IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELIANT PHARMACEUTICALS, INC., )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>PAR PHARMACEUTICAL, INC. )<br>)<br>Defendant. )<br>) | Civil Action No. 06-774-JJF |

## STIPULATION AND ORDER TO EXTEND TIME

At the request of defendant Par Pharmaceutical, Inc. ("Par"), plaintiff Reliant Pharmaceuticals, Inc. has agreed, subject to the approval of the Court, that the time for Par to answer, move, or otherwise respond to the Complaint is extended until January 30, 2007.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (No. 1014)
Maryellen Noreika (No. 3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
*Attorneys for Plaintiff*

*Of Counsel:*

John Desmarais
Gerald J. Flattmann, Jr.
Christine Willgoos
KIRKLAND & ELLIS, LLP
Citigroup Center
153 E. 53rd Street
New York, NY  10022
(212) 446-4800

SO ORDERED this _____ day of January, 2007.

_____
United States District Judge