# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JACK B. BLUMENFELD
302 351 9291
302 425 3012 FAX
jblumenfeld@mnat.com

February 27, 2007

The Honorable Joseph J. Farnan, Jr.                    *VIA ELECTRONIC FILING*
United States District Court                           *and HAND DELIVERY*
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:    *Reliant Pharmaceuticals, Inc. v. Par Pharmaceutical, Inc.*
C.A. No. 06-774-JJF

Dear Judge Farnan:

We represent Reliant Pharmaceuticals, Inc. ("Reliant"), the plaintiff in this patent infringement action. On February 8, 2007, the New York law firm of Frommer Lawrence & Haug LLP ("FLH") appeared for defendant Par Pharmaceutical, Inc. ("Par"). FLH was counsel to Reliant in connection with Reliant's acquisition of the patent and product at issue in this action. We believe that, as a result of its earlier representation of Reliant, FLH cannot represent Par in this action. As soon as we learned of FLH's intention to represent Par in this action in December, we brought the conflict to FLH's attention and asked it to withdraw from its representation of Par. We have renewed that request in letters dated January 25 and February 12, 2007. FLH has advised us that it will not withdraw from its representation of Par. Thus, we write to advise the Court that, in accordance with Your Honor's Order for filing non-case dispositive motions in patent cases, Reliant intends to move to disqualify FLH from representing Par in this action on March 14, 2007 and to notice that motion to be heard on April 13, 2007.

Respectfully,

Jack B. Blumenfeld (I.D. 1014)

JBB/dlb
cc:    Clerk of Court (Via Hand Delivery)
       Josy W. Ingersoll, Esquire (Via Hand Delivery)
       Edgar H. Haug, Esquire (Via Electronic Mail)
       Gerald J. Flattmann, Esquire (Via Electronic Mail)