IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RELIANT PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-774-JJF |
| | ) | |
| PAR PHARMACEUTICAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF AND COUNTERCLAIM-DEFENDANT
RELIANT PHARMACEUTICALS INC.'S ANSWER
TO PAR PHARMACEUTICAL, INC.'S COUNTERCLAIM**

Plaintiff and Counterclaim-Defendant Reliant Pharmaceuticals, Inc. ("Reliant") for its Answer to Par Pharmaceutical, Inc.'s ("Par") Counterclaim replies:

**Parties**

1. On information and belief, Reliant admits the allegations of Paragraph 1 of Par's Counterclaim.

2. Reliant admits the allegations of Paragraph 2 of Par's counterclaim.

**Jurisdiction and Venue**

3. Paragraph 3 of Par's Counterclaim sets forth a legal conclusion to which Reliant is not required to respond.

4. Paragraph 4 of Par's Counterclaim sets forth a legal conclusion to which Reliant is not required to respond. Reliant does not contest subject matter jurisdiction in this action.

5. Paragraph 5 of Par's Counterclaim sets forth a legal conclusion to which Reliant is not required to respond. Reliant does not contest venue in this action.

**Nature of the Action**

6. In response to paragraph 6 of Par's Counterclaim, Reliant admits that it holds an approved New Drug Application No. 21-416 for propafenone HCl extended release capsules.

Reliant admits that it sells 225 mg, 325 mg, and 425 mg propafenone HCl extended release capsules under the trade name Rythmol® SR.

7. In response to paragraph 7 of Par's Counterclaim, Reliant admits that U.S. Patent No. 5,681,588 is assigned to Reliant.

8. Upon information and belief, Reliant admits that Par has submitted an Abbreviated New Drug Application ("ANDA") to the United States Food and Drug Administration under 21 U.S.C. 505(j) seeking approval for the commercial manufacture, use, or sale of generic 225 mg, 325 mg, and 425 mg propafenone HCl extended release capsules.

9. Reliant is without knowledge or information sufficient to form a belief as to the allegations of Paragraph 9 of Par's Counterclaim.

10. In response to Paragraph 10 of Par's Counterclaim, Reliant admits that it received written notification of Par's ANDA, its § 505(j)(2)(A)(vii)(IV) allegations, and Par's intent to engage in the commercial manufacture, use and sale of generic Propafenone HCl SR 325 mg capsules on November 8, 2006. Reliant also admits that, on January 11, 2007, Reliant received written notification of Par's ANDA 78-540, its § 505(j)(2)(A)(vii)(IV) allegations, and Par's intent to engage in the commercial manufacture, use and sale of generic Propafenone HCl SR 225 mg, 325 mg, and 425 mg capsules. Except as expressly admitted herein, all other allegations of Paragraph 10 of Par's Counterclaim are denied.

### Reply To First Count Of Par's Counterclaim

11. In response to Paragraph 11 of Par's Counterclaim, Reliant repeats the statements contained in paragraphs 1 through 10 and denies the allegations set forth in Paragraphs 12-20 of Par's Affirmative Defenses.

12. In response to Paragraph 12 of Par's Counterclaim, Reliant admits that it has asserted the '588 patent against Par, and that Par's making, use, sale, offer for sale, marketing, or

importation of its generic propafenone HCl extended release products constitutes infringement of the '588 patent claims. Except as expressly admitted herein, all other allegations of Paragraph 12 of Par's Counterclaim are denied.

13. Paragraph 13 of Par's Counterclaim sets forth a legal conclusion to which Reliant is not required to respond.

14. Reliant denies all allegations of Paragraph 14 of Par's Counterclaim.

15. Reliant denies all allegations of Paragraph 15 of Par's Counterclaim.

### Reply To Second Count Of Par's Counterclaim

16. In response to Paragraph 16 of Par's Counterclaim, Reliant repeats the statements contained in paragraphs 1 through 15 and denies the allegations set forth in Paragraphs 12 -20 of Par's Affirmative Defenses.

17. Reliant denies all allegations of Paragraph 17 of Par's Counterclaim.

18. In response to Paragraph 18 of Par's Counterclaim, Reliant admits that it maintains that the '588 patent claims are valid. Except as expressly admitted herein, all other allegations of Paragraph 18 of Par's Counterclaim are denied.

19. Paragraph 19 of Par's Counterclaim sets forth a legal conclusion to which Reliant is not required to respond.

20. Reliant denies all allegations of Paragraph 20 of Par's Counterclaim.

### Reply To Third Count Of Par's Counterclaim

21. In response to Paragraph 21 of Par's Counterclaim, Reliant repeats the statements contained in paragraphs 1 through 20 and denies the allegations set forth in Paragraphs 12 -20 of Par's Affirmative Defenses.

22. Reliant denies all allegations of Paragraph 22 of Par's Counterclaim.

23. Reliant denies all allegations of Paragraph 23 of Par's Counterclaim.

24.　　Paragraph 24 of Par's Counterclaim sets forth a legal conclusion to which Reliant is not required to respond.

25.　　Reliant denies all allegations of Paragraph 25 of Par's counterclaim.

### Reply To Par's Prayer For Relief

26.　　Reliant denies that Par is entitled to any relief whatsoever from Reliant or from the Court, either as prayed for in Par's Counterclaims or otherwise.

27.　　Reliant further denies each allegation of Par's Counterclaim that was not specifically admitted, denied or otherwise responded to herein.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (No. 1014)
Maryellen Noreika (No. 3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Plaintiff*

*Of Counsel:*

John Desmarais
Gerald J. Flattmann, Jr.
Christine Willgoos
KIRKLAND & ELLIS, LLP
Citigroup Center
153 E. 53rd Street
New York, NY 10022
(212) 446-4800

March 1, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

Josy W. Ingersoll, Esquire
Young, Conaway, Stargatt & Taylor

I further certify that I caused to be served copies of the foregoing document on March 1, 2007 upon the following in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Karen L. Pascale, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street<br>17th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL<br>and HAND DELIVERY* |
| Edgar H. Haug, Esquire<br>Frommer Lawrence & Haug LLP<br>745 Fifth Avenue<br>New York, NY 10151 | *VIA ELECTRONIC MAIL<br>and FEDERAL EXPRESS* |

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (I.D. No. 1014)