# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JACK B. BLUMENFELD
302 351 9291
302 425 3012 FAX
jblumenfeld@mnat.com

March 19, 2007

The Honorable Joseph J. Farnan, Jr.                              *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:   *Reliant Pharmaceuticals, Inc. v. Par Pharmaceutical, Inc.*
           C.A. No. 06-774-JJF

Dear Judge Farnan:

      The parties are continuing to discuss the terms of a Scheduling Order and request an extension until this Friday, March 23, to submit a proposed Order.

      Respectfully,

      Jack B. Blumenfeld (I.D. 1014)

JBB/dlb
cc:   Clerk of Court (Via Hand Delivery)
      Josy W. Ingersoll, Esquire (Via Hand Delivery)
      Karen L. Pascale, Esquire (Via Hand Delivery)
      Edgar H. Haug, Esquire (Via Electronic Mail)
      Gerald J. Flattmann, Esquire (Via Electronic Mail)
766669.1