# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Maryellen Noreika
302 351 9278
302 425 3011 Fax
mnoreika@mnat.com

March 23, 2007

The Honorable Joseph J. Farnan, Jr.    *VIA ELECTRONIC FILING*
United States District Court
   for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   *Reliant Pharmaceuticals, Inc. v. Par Pharmaceutical, Inc.*
      C.A. No. 06-774-JJF

Dear Judge Farnan:

Enclosed is a proposed Scheduling Order that the parties have agreed to for the above-captioned case.

Respectfully,

Maryellen Noreika (I.D. 3208)

MN/dlb
Enclosure
cc:   Clerk of Court (Via Hand Delivery; w/ encl.)
      Josy W. Ingersoll, Esquire (Via Hand Delivery; w/ encl.)
      Karen L. Pascale, Esquire (Via Hand Delivery; w/ encl.)
      Edgar H. Haug, Esquire (Via Electronic Mail; w/ encl.)
      Gerald J. Flattmann, Esquire (Via Electronic Mail; w/ encl.)

774422.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RELIANT PHARMACEUTICALS, INC., )
        Plaintiff, )
        v. )
        ) Civil Action No. 06-774-JJF
PAR PHARMACEUTICAL, INC., )
        Defendant. )

**RULE 16 SCHEDULING ORDER**

The parties having satisfied their obligations under Fed. R. Civ. P. 26(f),

    IT IS ORDERED that:

    1. **Pre-Discovery Disclosures.** The parties will exchange by May 11, 2007 the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

    2. **Joinder of other Parties.** All motions to join other parties shall be filed on or before October 19, 2007.

    3. **Discovery.**

        (a) Exchange and completion of contention interrogatories, identification of fact witnesses and document production shall be commenced so as to be completed by August 24, 2007.

        (b) Maximum of 35 interrogatories, including contention interrogatories, for each side.

        (c) 100 requests for admission by each side, except concerning authenticity.

(d) Maximum of 15 depositions by plaintiff and 15 by defendant, excluding expert depositions. Depositions shall not commence until the discovery required by Paragraph 3(a) is completed.

(e) Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) shall be served from the party with the burden of proof on March 31, 2008, rebuttal expert reports shall be served April 30, 2008. If the Court has not issued a Markman ruling by March 24, 2008, the parties shall meet and confer regarding due dates for opening expert reports, rebuttal reports, and close of expert discovery after the issuance of the Markman ruling.

(f) Expert discovery shall close on May 30, 2008.

(g) Fact discovery shall close on March 7, 2008.

4. **Non-Case Dispositive Motions.**

(a) Any non-case dispositive motion, along with an Opening Brief, shall be filed with a Notice of Motion. The Notice of Motion shall indicate the date on which the movant seeks to have the motion heard. The date selected shall be within 30 days of the filing of the motion and allow or briefing in accordance with the Federal and Local Rules. Available motion dates will be posted on the Court's website at www.ded.uscourts.gov.

(b) At the motion hearing, each side will be allocated twenty (20) minutes to argue and respond to questions from the Court.

(c) Upon filing of the Notice of Motion, a copy of said Notice shall be sent to Chambers by-email at: jjf_civil@ded.uscourts.gov.

5. **Amendment of the Pleadings.** All motions to amend the pleadings shall be filed on or before October 19, 2007.

6. **Case Dispositive Motions**. Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief by June 27, 2008 Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court. The Court will issue a separate Order regarding procedures for filing summary judgment motions.

7. **Markman**. A Markman Hearing will be held on February 4, 2008. Briefing on the claim construction issues shall be completed at least ten (10) business days prior to the hearing. The Court, after reviewing the briefing, will allocate time to the parties for the hearing.

8. **Applications by Motion.**

(a) Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995). Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1. Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

(b) No facsimile transmissions will be accepted.

(c) No telephone calls shall be made to Chambers.

(d) Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency.

9. **Pretrial Conference and Trial.** After reviewing the parties' Proposed Scheduling Order, the Court will schedule a Pretrial Conference. The Court will determine whether the trial

date should be scheduled when the Scheduling Order is entered or at the Pretrial Conference. If scheduling of the trial date is deferred until the Pretrial Conference, the parties and counsel shall anticipate and prepare for a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference.

_____          _____
         DATE                                  UNITED STATES DISTRICT JUDGE