UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| RELIANT PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PAR PHARMACEUTICAL, INC., <br><br> Defendant. | C.A. No. 06-774-JJF |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, and subject to the approval of the Court, that the date for the hearing on Plaintiff's Motion for Disqualification of Frommer Lawrence & Haug LLP (D.I. 18) shall be continued until the Court' motion day of June 1, 2007. It is also agreed that the briefing schedule on Plaintiff's Motion for Disqualification of Frommer Lawrence & Haug LLP (D.I. 18) shall be extended as follows:

1)  Defendant's Answering Brief in Opposition to Plaintiff's Motion for Disqualification of Frommer Lawrence & Haug LLP (D.I. 18) shall be filed on or before April 6, 2007.

2)  Plaintiff's Reply Brief in Support of its Motion for Disqualification of Frommer Lawrence & Haug LLP (D.I. 18) shall be filed on or before April 23, 2007.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |

_/s/ Maryellen Noreika_
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mnorieka@mnat.com

*Attorneys for Reliant Pharmaceuticals, Inc.*

/s/ Karen E. Keller
Josy W. Ingersoll (#1088)
Karen L. Pascale (#2903)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(302) 571-6600
kkeller@ycst.com

*Attorneys for Par Pharmaceutical, Inc.*

SO ORDERED this ____ day of _____, 2007.

_____
United States District Court Judge