IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELIANT PHARMACEUTICALS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PAR PHARMACEUTICAL, INC., ) <br> ) <br> Defendant. ) | Civil Action No. 06-774-JJF |

**NOTICE OF MOTION**

TO:  Josy W. Ingersoll, Esquire            Edgar H. Haug, Esquire
     Karen L. Pascale, Esquire             Frommer Lawrence & Haug LLP
     Young, Conaway, Stargatt & Taylor     745 Fifth Avenue
     The Brandywine Building               New York, NY  10151
     1000 West Street
     17th Floor
     Wilmington, DE  19801

PLEASE TAKE NOTICE that the attached Plaintiff's Motion For Disqualification Of Frommer Lawrence & Haug, LLP will be presented to the Court on Friday, June 1, 2007 at 10:00 a.m.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Maryellen Noreika
Jack B. Blumenfeld (No. 1014)
Maryellen Noreika (No. 3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
mnoreika@mnat.com

*Attorneys for Plaintiff*

*Of Counsel:*

John Desmarais
Gerald J. Flattmann, Jr.
Christine Willgoos
KIRKLAND & ELLIS, LLP
Citigroup Center
153 E. 53rd Street
New York, NY  10022
(212) 446-4800

May 2, 2007