IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RELIANT PHARMACEUTICALS, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-774-JJF |
| PAR PHARMACEUTICAL, INC., | ) ) ) | |
| Defendant. | ) | |

### PLAINTIFF'S MOTION FOR DISQUALIFICATION OF FROMMER LAWRENCE & HAUG, LLP

Plaintiff, Reliant Pharmaceuticals, Inc. ("Reliant"), hereby moves to disqualify the law firm of Frommer Lawrence & Haug, LLP from representing defendant Par Pharmaceuticals, Inc. in this action. The grounds for this motion are set forth in Reliant's opening brief and the Declarations of Michael Lerner and Christine Willgoos, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Maryellen Noreika
Jack B. Blumenfeld (No. 1014)
Maryellen Noreika (No. 3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
mnoreika@mnat.com

*Attorneys for Plaintiff*

*Of Counsel:*

John Desmarais
Gerald J. Flattmann, Jr.
Christine Willgoos
KIRKLAND & ELLIS, LLP
Citigroup Center
153 E. 53rd Street
New York, NY 10022
(212) 446-4800

May 2, 2007

## **RULE 7.1.1 CERTIFICATE**

I hereby certify that the subject of the foregoing motion has been discussed with counsel for the defendant, and that no agreement was reached.

/s/ *Maryellen Noreika*
Maryellen Noreika (I.D. No. 3208)

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

Josy W. Ingersoll, Esquire
Young, Conaway, Stargatt & Taylor

I further certify that I caused to be served copies of the foregoing document on May 2, 2007 upon the following in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Karen L. Pascale, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street<br>17th Floor<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL<br>and HAND DELIVERY* |
| Edgar H. Haug, Esquire<br>Frommer Lawrence & Haug LLP<br>745 Fifth Avenue<br>New York, NY  10151 | *VIA ELECTRONIC MAIL<br>and FEDERAL EXPRESS* |

/s/ *Maryellen Noreika*
Maryellen Noreika (I.D. No. 3208)