IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELIANT PHARMACEUTICALS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PAR PHARMACEUTICAL, INC. ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 06-774-JJF |

## STIPULATION AND ORDER

WHEREAS on May 2, 2007, plaintiff filed a Motion For Disqualification of Frommer Lawrence & Haug, LLP (D.I. 29) and its opening brief in support of that motion (D.I. 30);

WHEREAS plaintiff has noticed that motion to be presented to the Court on Friday, June 1, 2007 at 10:00 a.m.;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the defendant's response to plaintiff's Motion For Disqualification of Frommer Lawrence & Haug, LLP will be filed and served on May 9, 2007 and plaintiff's reply will be filed and served on May 25, 2007.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT<br>& TUNNELL LLP | YOUNG, CONAWAY, STARGATT<br>& TAYLOR |
| /s/ Maryellen Noreika | /s/ Karen L. Pascale |
| Jack B. Blumenfeld (No. 1014)<br>Maryellen Noreika (No. 3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200 | Josy W. Ingersoll (No. 1088)<br>Karen L. Pascale (No. 2903)<br>The Brandywine Building<br>1000 West Street; 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899<br>(302) 571-6672 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED this _____ day of May, 2007.

_____
United States District Court Judge