IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELIANT PHARMACEUTICALS, INC., : <br> : <br> Plaintiff, : <br> v. : <br> : C.A. No. 06-774-JJF <br> PAR PHARMACEUTICAL, INC., : <br> : <br> Defendant. : <br> : | |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of John B. Harris, Esquire and Mary Marulis-Ohnuma, Esquire, both of Stillman, Friedman & Shectman, P.C., 425 Park Avenue, New York, NY 10022, telephone (212) 223-0200, to represent the defendant, Par Pharmaceutical, Inc., in this matter. Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this motion.

                      YOUNG CONAWAY STARGATT & TAYLOR LLP

                      */s/ Karen L. Pascale*

                      Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
                      Karen L. Pascale (# 2903) [kpascale@ycst.com]
                      Karen E. Keller (No. 4489) [kkeller@ycst.com]
                      The Brandywine Building
                      1000 West Street, 17th Floor
                      P.O. Box 391
                      Wilmington, Delaware 19899-0391
                      Telephone: 302-571-6600

Dated: May 8, 2007            *Attorneys for Defendant, Par Pharmaceutical, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admissions *pro hac vice* of John B. Harris, Esquire and Mary Margulis-Ohnuma, Esquire is granted.

Date: May _____, 2007            _____
                                              United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and Connecticut and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

John B. Harris
Stillman, Friedman & Shechtman, P.C.
425 Park Avenue
New York, NY 10022

Dated: May 4, 2007

.1

5/04/07 10:00 am

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Mary Margulis-Ohnuma
Stillman, Friedman & Shechtman, P.C.
425 Park Avenue
New York, NY 10022

Dated: May 4, 2007

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on May 8, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jack B. Blumenfeld [jbbefiling@mnat.com]
> Maryellen Noreika [menefiling@mnat.com]
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899
> (302) 658-9200

I further certify that on May 8, 2007, I caused a copy of the foregoing document to be served on the above-listed counsel and on the following non-registered participants in the manner indicated:

> ***By E-Mail and Hand Delivery***
>
> Jack B. Blumenfeld [jblumenfeld@mnat.com]
> Maryellen Noreika [mnoreika@mnat.com]
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899
> (302) 658-9200
>
> ***By E-Mail***
>
> John Desmarais [jdesmarais@kirkland.com]
> Gerald J. Flattmann, Jr. [gflattmann@kirkland.com]
> Christine Willgoos [cwillgoos@kirkland.com]
> KIRKLAND & ELLIS LLP
> Citigroup Center
> 153 E. 53rd Street
> New York, NY 10022
> (212) 446-4800

Steven C. Cherny [steven.cherny@lw.com]
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
(212) 906-1200

        YOUNG CONAWAY STARGATT & TAYLOR LLP

        */s/ Karen L. Pascale*

        Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
        Karen L. Pascale (No. 2903) [kpascale@ycst.com]
        The Brandywine Building
        1000 West Street, 17th Floor
        P.O. Box 391
        Wilmington, Delaware 19899-0391

          *Attorneys for Defendant-Counterclaimant,*
          *Par Pharmaceutical, Inc.*