IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RELIANT PHARMACEUTICALS, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-774-JJF |
| PAR PHARMACEUTICAL, INC., | ) ) | |
| Defendant. | ) ) ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff Reliant's Initial Disclosures Pursuant To Rule 26(A)(1)* were caused to be served on May 11, 2007 upon the following in the manner indicated:

Josy W. Ingersoll, Esquire  
Karen L. Pascale, Esquire  
Young, Conaway, Stargatt & Taylor  
The Brandywine Building  
1000 West Street  
17th Floor  
Wilmington, DE 19801

*VIA ELECTRONIC MAIL*  
*and HAND DELIVERY*

Edgar H. Haug, Esquire  
Frommer Lawrence & Haug LLP  
745 Fifth Avenue  
New York, NY 10151

*VIA ELECTRONIC MAIL*  
*and FEDERAL EXPRESS*

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Maryellen Noreika*<br>Jack B. Blumenfeld (No. 1014)<br>Maryellen Noreika (No. 3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>mnoreika@mnat.com |
| *Of Counsel:* | |
| John Desmarais<br>Gerald J. Flattmann, Jr.<br>Christine Willgoos<br>KIRKLAND & ELLIS, LLP<br>Citigroup Center<br>153 E. 53rd Street<br>New York, NY  10022<br>(212) 446-4800 | *Attorneys for Plaintiff* |

May 11, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

>Josy W. Ingersoll, Esquire
>Young, Conaway, Stargatt & Taylor

I further certify that I caused to be served copies of the foregoing document on May 11, 2007 upon the following in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Karen L. Pascale, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street<br>17th Floor<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Edgar H. Haug, Esquire<br>Frommer Lawrence & Haug LLP<br>745 Fifth Avenue<br>New York, NY  10151 | *VIA ELECTRONIC MAIL*<br>*and FEDERAL EXPRESS* |

>*/s/Maryellen Noreika*
>Maryellen Noreika (I.D. No. 3208)