UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

---

RELIANT PHARMACEUTICALS, INC.,

Plaintiff,

v.

PAR PHARMACEUTICAL, INC.,

Defendant.

Civil Action No. 06-774-JJF

CONFIDENTIAL - FILED UNDER SEAL

---

## DECLARATION OF JEFFREY A. HOVDEN IN SUPPORT OF PAR PHARMACEUTICAL, INC.'S OPPOSITION TO RELIANT PHARMACEUTICALS, INC.'S MOTION TO DISQUALIFY FROMMER LAWRENCE & HAUG LLP

I, Jeffrey A. Hovden, declare:

1. I am a partner in the law firm of Frommer Lawrence and Haug LLP ("FLH" or "the Firm"), counsel for defendant Par Pharmaceutical, Inc. ("Par") in the above-captioned action. I submit this declaration in support of Par's opposition to plaintiff Reliant Pharmaceuticals, Inc.'s ("Reliant") motion to disqualify FLH. I have personal knowledge of the facts set forth in this Declaration, or I believe such facts to be true based upon information provided to me by other knowledgeable persons.

2. During the brief time that Reliant was a client of the Firm, I billed a total of 23.75 hours to their matters. Specifically, [REDACTED] I billed 21.25 hours for work I did in connection with [REDACTED] My work included

In         I billed another 2.5 hours to the         matter for

Attached hereto as Exhibits 1 through 5 are true and

CONTAINS CONFIDENTIAL INFORMATION        00438056.DOC

REDACTED VERSION – PUBLICLY FILED

**REDACTED**

correct copies of invoices dated respectively, which describe the work that I did. On information and belief, all this work was completely unrelated to the subject matter of the present litigation.

3. I am not working on the litigation captioned above and I did no work on the matter that forms the basis for Reliant's motion to disqualify FLH—Reliant's acquisition of Rythmol® and U.S. Patent No. 5,681,588 ("the '588 patent"). On information and belief, I have never received and have no personal knowledge of any information, confidential or otherwise, that was provided to the Firm by Reliant that is substantially related to issues raised in the litigation captioned above.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on: May ___, 2007

_____
Jeffrey A. Hovden

## **CERTIFICATE OF SERVICE**

I, Karen L. Pascale, Esquire, hereby certify that on May 16, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jack B. Blumenfeld [jblumenfeld@mnat.com]
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>(302) 658-9200

I further certify that on May 16, 2007, I caused a copy of the foregoing document to be served on the above-listed counsel and on the following non-registered participants in the manner indicated:

>*By E-Mail and Hand Delivery*
>
>Jack B. Blumenfeld [jblumenfeld@mnat.com]
>Maryellen Noreika [mnoreika@mnat.com]
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>(302) 658-9200
>
>*By E-Mail*
>
>John Desmarais [jdesmarais@kirkland.com]
>Gerald J. Flattmann, Jr. [gflattmann@kirkland.com]
>Christine Willgoos [cwillgoos@kirkland.com]
>KIRKLAND & ELLIS LLP
>Citigroup Center
>153 E. 53rd Street
>New York, NY 10022
>(212) 446-4800

Steven C. Cherny [steven.cherny@lw.com]
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
(212) 906-1200

                        YOUNG CONAWAY STARGATT & TAYLOR LLP

                        /s/ Karen L. Pascale
                        _____
                        Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
                        Karen L. Pascale (No. 2903) [kpascale@ycst.com]
                        The Brandywine Building
                        1000 West Street, 17th Floor
                        P.O. Box 391
                        Wilmington, Delaware 19899-0391

                            *Attorneys for Defendant-Counterclaimant,*
                            *Par Pharmaceutical, Inc.*

# EXHIBITS 1 THROUGH 5 REDACTED IN THEIR ENTIRETY