IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RELIANT PHARMACEUTICALS, INC., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-774-JJF |
| PAR PHARMACEUTICAL, INC., | ) ) | |
| Defendant. | ) ) ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff Reliant Pharmaceuticals, Inc.'s First Set of Interrogatories* were caused to be served on May 18, 2007 upon the following in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Karen L. Pascale, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street<br>17th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Edgar H. Haug, Esquire<br>Frommer Lawrence & Haug LLP<br>745 Fifth Avenue<br>New York, NY 10151 | *VIA ELECTRONIC MAIL*<br>*and FEDERAL EXPRESS* |

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | /s/ Maryellen Noreika |
| | Jack B. Blumenfeld (No. 1014) |
| | Maryellen Noreika (No. 3208) |
| | 1201 North Market Street |
| | P.O. Box 1347 |
| *Of Counsel:* | Wilmington, DE 19899-1347 |
| | (302) 658-9200 |
| John Desmarais | mnoreika@mnat.com |
| Gerald J. Flattmann, Jr. | |
| Christine Willgoos | *Attorneys for Plaintiff* |
| KIRKLAND & ELLIS, LLP | |
| Citigroup Center | |
| 153 E. 53rd Street | |
| New York, NY 10022 | |
| (212) 446-4800 | |

May 18, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

        Josy W. Ingersoll, Esquire
        Young, Conaway, Stargatt & Taylor

I further certify that I caused to be served copies of the foregoing document on May 18, 2007 upon the following in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Karen L. Pascale, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street<br>17th Floor<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Edgar H. Haug, Esquire<br>Frommer Lawrence & Haug LLP<br>745 Fifth Avenue<br>New York, NY  10151 | *VIA ELECTRONIC MAIL*<br>*and FEDERAL EXPRESS* |

        */s/ Maryellen Noreika*
        Maryellen Noreika (I.D. No. 3208)