IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELIANT PHARMACEUTICALS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PAR PHARMACEUTICAL, INC., ) <br> ) <br> Defendant. ) <br> ) <br> ) | Civil Action No. 06-774-JJF |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff Reliant Pharmaceuticals, Inc.'s First Set of Requests For The Production Of Documents And Things* were caused to be served on May 18, 2007 upon the following in the manner indicated:

Josy W. Ingersoll, Esquire  
Karen L. Pascale, Esquire  
Young, Conaway, Stargatt & Taylor  
The Brandywine Building  
1000 West Street  
17th Floor  
Wilmington, DE 19801  

*VIA ELECTRONIC MAIL*  
*and HAND DELIVERY*

Edgar H. Haug, Esquire  
Frommer Lawrence & Haug LLP  
745 Fifth Avenue  
New York, NY 10151  

*VIA ELECTRONIC MAIL*  
*and FEDERAL EXPRESS*

                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                        */s/ Maryellen Noreika*
                                        Jack B. Blumenfeld (No. 1014)
                                        Maryellen Noreika (No. 3208)
                                        1201 North Market Street
                                        P.O. Box 1347

*Of Counsel:*                        Wilmington, DE  19899-1347
                                        (302) 658-9200
John Desmarais                   mnoreika@mnat.com
Gerald J. Flattmann, Jr.
Christine Willgoos                *Attorneys for Plaintiff*
KIRKLAND & ELLIS, LLP
Citigroup Center
153 E. 53rd Street
New York, NY  10022
(212) 446-4800

May 18, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

        Josy W. Ingersoll, Esquire
        Young, Conaway, Stargatt & Taylor

I further certify that I caused to be served copies of the foregoing document on May 18, 2007 upon the following in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Karen L. Pascale, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street<br>17th Floor<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Edgar H. Haug, Esquire<br>Frommer Lawrence & Haug LLP<br>745 Fifth Avenue<br>New York, NY  10151 | *VIA ELECTRONIC MAIL*<br>*and FEDERAL EXPRESS* |

        */s/ Maryellen Noreika*
        Maryellen Noreika (I.D. No. 3208)