## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RELIANT PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-774-JJF |
| | ) | |
| v. | ) | **REDACTED –** |
| | ) | **PUBLIC VERSION** |
| PAR PHARMACEUTICAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## SUPPLEMENTAL DECLARATION OF MICHAEL LERNER IN SUPPORT OF RELIANT'S MOTION FOR DISQUALIFICATION OF FROMMER LAWRENCE & HAUG LLP

I, Michael Lerner, make this supplemental declaration in support of Plaintiff Reliant Pharmaceuticals, Inc.'s Motion For Disqualification Of Frommer Lawrence & Haug LLP ("FLH").

1.    On March 9, 2007, I executed a declaration in support of Reliant's Motion To Disqualify FLH as counsel for Par.  I understand that Par and FLH dispute many of the statements made in that declaration.  I submit this Supplemental Declaration to correct FLH's misstatements of Reliant's attorney-client relationship with FLH.  In further support of the

statements made in my March 9th Declaration, I attach e-mail communications, redacted to protect Reliant's attorney-client privilege, that support the statements made in that declaration.[1]

2. I understand from Par's Opposition that Par and FLH dispute that Reliant retained FLH to provide legal advice concerning Rythmol® and Rythmol® SR (collectively referred to herein as "Rythmol®") and the associated patent portfolio, including the '588 patent. As I stated in my March 9th Declaration, I first contacted FLH with respect to Rythmol® and the '588 patent in or about June 2003, and from then until October 2003 (at which time the agreement with Abbott was executed), FLH provided Reliant with legal advice including whether or not the patents were valid and enforceable, the availability of a potential design around, potential litigation, the scope of patent protection, and the provisions of the Asset Purchase Agreement. Lerner Decl. at ¶ 9.

3. I understand from Par's Opposition that Par and FLH argue that FLH did not begin work on the Rythmol® acquisition until late September 2003. This is incorrect. In support of my previous statement that I first contacted FLH about Rythmol® in June 2003, I attach as Exhibit A a true and correct, but redacted, copy of a June 27, 2003 e-mail in which I forwarded the Abbott Confidential Rythmol® memorandum to FLH, portions of which are attached to Exhibit A. Attached as Exhibit B is a true and correct, but redacted, copy of Mr. Berdon's July 11, 2003 e-mail response, in which he confirmed that FLH will "look at the IP end" of Reliant's potential Rythmol® acquisition. Ex. A at July 11, 2003 2:32pm e-mail.

---

[1]    As per my March 9th Declaration, I understand that Reliant has offered to provide the Court and FLH copies of its privileged communications on a non-waiver basis. I further understand that Reliant has offered to provide the Court, for *in camera* inspection, and FLH, on a non-waiver and "attorneys' eyes only" basis, unredacted copies of the attached e-mails.

4.    Throughout July 2003, I requested and received legal advice from FLH concerning regulatory issues related to the drug and the product, including advice concerning Orange Book patent listing, market exclusivity, the effect of the Hatch-Waxman act on potential litigation, and potential to design around the Rythmol® SR product.  During this time period, Mr. Berdon informed me that FLH was working up a patent analysis of the '588 patent and other patents related to Rythmol®.  In support of these statements, I attach as Exhibit C true and correct, but redacted, copy of a July 21, 2003 e-mail string sent to me from Andy Berdon.  The July 21, 2003 15:56 e-mail in this string copies Dan Brown, and indicates that Mr. Brown was evaluating the file history of the '588 patent.  Attached as Exhibit D and Exhibit E are true and correct copies of separate July 21, 2003 e-mail strings between Mr. Berdon and me.  In their unredacted form, these e-mail strings reflect FLH's advice concerning regulatory issues, market exclusivity and the Hatch-Waxman Act, and potential generic competition and potential design-around concerning Rythmol®.

5.    FLH provided additional legal advice to Reliant through oral communications.  For example, FLH provided me with oral legal advice concerning the validity, scope and enforceability of the '588 and other patents.  These oral communications were not necessarily set out in writing.  For example, I attach as Exhibit F a true and correct, but redacted, copy of a September 12, 2003 e-mail from Mr. Berdon to me which reflects that Mr. Berdon and Mr. Brown provided Reliant with oral advice concerning the scope of the '588 patent.  I also received additional oral legal advice from FLH that may not be reflected in written communications.  I note that the e-mail of Exhibit F, in its unredacted form, also includes legal advice concerning market exclusivity and other regulatory issues, including the impact of the Hatch-Waxman Act on potential litigation concerning Rythmol®.

3

6.    I also note that FLH's legal advice concerning patent and regulatory issues was provided not just to me, but was also provided to members of Reliant's business development team who were directly involved in deciding whether or not to purchase the Rythmol® portfolio. For example, I attach as Exhibit G a true and correct, but redacted, copy of a September 29, 2003 e-mail from Mr. Berdon to Jim Misner and Stefan Aigner that was copied to me. This e-mail, in its unredacted form, reflects FLH's legal advice concerning the potential for a design around by a generic competitor, market exclusivity, regulatory issues, and the impact of the Hatch-Waxman Act on potential litigation concerning Rythmol®.

7.    I understand from his declaration that FLH scientific advisor Ali Berkin admitted that he performed a search of the FDA Orange Book to determine whether the '588 patent was listed for Rythmol®. Mr. Berdon provided me with legal advice concerning whether or not the '588 patent should be listed in the Orange Book, and the effect such a listing would have concerning any potential litigation on the patent. A true and correct, but redacted, copy of an October 21, 2003 e-mail that, in unredacted form, reflects this advice, is attached as Exhibit H.

8.    I also understand from Mr. Berkin's declaration that he was involved in other aspects of FLH's work relating to Rythmol® and the associated patents. For example, I requested and received legal advice from FLH concerning which Abbott patents to include in the Rythmol® deal. Mr. Berdon provided me with this advice based, in part, on Mr. Berkin's work. I attach as Exhibit I a true and correct, but redacted, copy of an October 28, 2003 e-mail from Andy Berdon to me that reflects Mr. Berkin's work and attaches his work product.

4

9.    In addition, I understand from his declaration that Mr. Berkin conducted a search for patents relating to Rythmol® and/or its active ingredient, propafenone. I also understand that Mr. Berkin stated that he divided his patent search results into tiers based on relevance. In the course of FLH's work relating to Rythmol®, Mr. Berdon provided me with legal advice concerning the validity and enforceability of the '588 patent and the relationship of the prior art to the patent and the Rythmol® SR product. Mr. Berdon advised me concerning the specific relevance of certain prior art patents, including the Pich '287 patent, to the Rythmol® SR formulation. I attach as Exhibit J a true and correct, but redacted, copy of an October 21, 2003 e-mail from Mr. Berdon to me that, in its unredacted form, reflects this legal advice. I note that this e-mail also reflects FLH's legal advice concerning which patents should be included in the Rythmol® deal.

10.    I understand from Par's Opposition that FLH admits that it received a copy of the draft Asset Purchase Agreement, and that this confidential draft is still in FLH's firm files. I also understand from Par's Opposition and Arthur Hoag's declaration that, although Mr. Hoag admits to reviewing and providing Reliant with advice concerning that draft agreement, he has stated that he did nothing more than advise Reliant concerning the location of the grant back clause. That is incorrect. As I stated in my March 9 th Declaration, FLH, and Mr. Hoag specifically, provided Reliant with advice concerning the nature and scope of the patent rights being given to Reliant, warranty provisions provided for in the agreement, and manufacturing rights, and the nature (not just the location) of the grant back clause. Lerner Decl. at ¶ 10. For example, I attach as Exhibit K a true and correct, but redacted, copy of an October 21, 2003 e-mail from Mr. Berdon to me, copied to Mr. Hoag, that, in its unredacted form, reflects Mr. Hoag's advice concerning the grant back clause, patent assignment and warranty provisions.

5

Based on Mr. Hoag's advice, Mr. Berdon drafted a new grant back clause for the Reliant agreement with Abbott. A true and correct, but redacted, copy of an October 21, 2003 e-mail that, in its unredacted form, reflects this advice is attached as Exhibit L.

      11.    In addition, Mr. Hoag provided advice to Reliant concerning the "IP reps and warranties" contained in the agreements with Abbott. This advice concerned specific definitions contained in Abbott's representations and warranties, and suggestions for modification of the terms of the agreement. Attached as Exhibit M is a true and correct, but redacted, copy of an October 21, 2003 e-mail from Mr. Berdon to me, attaching Mr. Hoag's legal advice concerning the Abbott agreement. Additional advice provided by FLH concerning the representations and warranties is reflected in the true and correct, but redacted, copy of the October 22, 2003 e-mail attached as Exhibit N.

      12.    I understand from Par's Opposition that Par and FLH claim that FLH did not have any confidential Reliant information. I disagree. As noted above in Paragraph 10, I sent FLH a copy of the draft Asset Purchase Agreement (which I understand Par admitted FLH still has in its files) and the Confidential Abbott Descriptive Memorandum. In addition, as set forth in Paragraph 5, Mr. Brown provided Reliant with confidential and privileged legal advice concerning, at least, the scope of patent protection afforded by the '588 patent. Similarly, as reflected in Paragraphs 10 and 11, Mr. Hoag has confidential and privileged information concerning the patent assignment and Asset Purchase Agreement under which Reliant acquired Rythmol® and the '588 patent.

      13.    To summarize, FLH rendered legal advice to Reliant between June 2003 and October 2003 concerning the validity, enforceability, the potential to design around, and the

scope of patent protection afforded by the '588 patent and other Rythmol® patents, as well as certain provisions of the Asset Purchase Agreement and patent assignment agreement between Reliant and Abbott. Several FLH lawyers performed confidential and privileged legal work in connection with the Rythmol® acquisition, including Andrew Berdon, current partners Arthur Hoag and Daniel Brown, and scientific advisor Ali Berkin. During the course of FLH's representation of Reliant in connection with the Rythmol® acquisition, FLH received confidential information regarding the value, validity, enforceability, and scope of the Rythmol® products and patents, including Rythmol® SR and the '588 patent. Based in part on FLH's legal advice, Reliant proceeded to purchase Rythmol® and related patents, including the '588 patent.

14.    I understand from Par's Opposition that Par and FLH have suggested that Latham & Watkins provided advice concerning the '588 patent. I did not request, and Latham & Watkins did not provide to me, any opinions concerning the validity, enforceability, potential infringement or design around of the '588 patent or any other related patent. To my knowledge the only advice concerning the '588 patent was provided to Reliant by FLH.

15.    Similarly, I understand from Par's Opposition that Par and FLH suggest that Reliant had already decided to purchase the Abbott Rythmol® portfolio prior to approaching FLH for advice concerning the Rythmol® patents. That is incorrect. Reliant first requested legal advice concerning Rythmol® from FLH in June 2003, before Reliant put a bid on Abbott's Rythmol® assets and before Reliant made a definitive decision whether or not to purchase the Rythmol® portfolio. Reliant acquired Rythmol® SR and the '588 patent, based, in part, on FLH's legal advice concerning the validity, enforceability, scope, potential infringement and design-around of the Rythmol® patents.

7

16.    Finally, attached to Mr. Haug's declaration is a February 9, 2004 e-mail to me from FLH requesting a written waiver of any future conflict based on FLH's prior work for Reliant. I did not provide FLH with the waiver requested in that letter. To the best of my knowledge, Reliant never waived any conflicts concerning FLH's former representation of Reliant.

I declare under penalty of perjury that the foregoing is true and correct.

May 24 2007

Michael Lerner

8

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2007 I electronically filed the foregoing with the

Clerk of the Court using CM/ECF, which will send notification of such filing to:.

Josy W. Ingersoll, Esquire
Young, Conaway, Stargatt & Taylor

I further certify that I caused to be served copies of the foregoing document on

May 30, 2007 upon the following in the manner indicated:

Josy W. Ingersoll, Esquire                          *VIA ELECTRONIC MAIL*
Karen L. Pascale, Esquire                              *and HAND DELIVERY*
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street
17th Floor
Wilmington, DE 19801

Edgar H. Haug, Esquire                              *VIA ELECTRONIC MAIL*
Frommer Lawrence & Haug LLP                         *and FEDERAL EXPRESS*
745 Fifth Avenue
New York, NY 10151

John B. Harris, Esquire                             *VIA ELECTRONIC MAIL*
Stillman, Friedman & Shectman, P.C.                 *and FEDERAL EXPRESS*
425 Park Avenue
New York, NY 10022

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (# 1014)

# EXHIBIT A

# REDACTED

**From:** Lerner, Michael
**Sent:** Friday, June 27, 2003 4:23 PM
**To:** 'Andrew M. Berdon (E-mail)'
**Subject:** FW: Abbott: Rythmol

**Importance:** High



PDF_Docu.pdf (10 MB)

Attached is background on Rythmol>

-----Original Message-----
From: Martin, Kip
Sent: Friday, June 27, 2003 12:27 PM
To: Rotenberg, Keith; DePadova, Anthony; Bobotas, George; Kosmoski, Paulette; Misner, Jim; Lerner, Michael; Zajac, Joe
Subject: FW: Abbott: Rythmol
Importance: High

-----Original Message-----
From: Utasi, Christine
Sent: Friday, June 27, 2003 12:20 PM
To: Martin, Kip
Subject: Abbott: Rythmol
Importance: High

As requested...

-----Original Message-----
From: Administrator
Sent: Friday, June 27, 2003 12:05 PM
To: Utasi, Christine
Subject: PDF Document from HP Digital Sender

Please open the attached document.
This document was sent to you using an HP Digital Sender.

Sent by:               <administrator@reliantrx.com>
Number of pages:        73
Document type:          Color-B/W Photo
Attachment File Format:  Adobe PDF

1

To view this document you need to use the Adobe Acrobat Reader.
For more information on the HP Digital Sender, Adobe Circulate,
or a free copy of the Acrobat reader please visit:

http://www.digitalsender.hp.com/reader-en

2

CONFIDENTIAL

ABBOTT LABORATORIES

# Rythmol
(Propafenone hydrochloride)

*Descriptive Memorandum*

THIS PAGE HAS BEEN REDACTED

THIS PAGE HAS BEEN REDACTED

THIS PAGE HAS BEEN REDACTED

THIS PAGE HAS BEEN REDACTED

THIS PAGE HAS BEEN REDACTED

THIS PAGE HAS BEEN REDACTED

THIS PAGE HAS BEEN REDACTED

THIS PAGE HAS BEEN REDACTED

THIS PAGE HAS BEEN REDACTED

THIS PAGE HAS BEEN REDACTED

EXHIBIT B

**REDACTED**

---

| | |
|---|---|
| **From:** | Andrew Berdon [Aberdon@FLHLAW.COM] |
| **Sent:** | Friday, July 11, 2003 2:32 PM |
| **To:** | Lerner, Michael |
| **Subject:** | Re: FW: Abbott: Rythmol |

Mike:

The real issue on Rythmol sounds like        **REDACTED**

We will look at the IP end of this, and I will also        **REDACTED**

Always love the banter on work product.

AB

Andrew M. Berdon
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Direct Tel: 212.863.2073
Fax: 212.588.0500
E-Mail: aberdon@flhlaw.com

>>> "Lerner, Michael" <mlerner@reliantrx.com> 07/11/03 02:24PM >>>
I provided you with the patent info.        **REDACTED**

**REDACTED**

——Original Message——
From: Andrew Berdon <Aberdon@FLHLAW.COM>
To: Lerner, Michael <mlerner@reliantrx.com>
Sent: Fri Jul 11 14:13:54 2003
Subject: Re: FW: Abbott: Rythmol

I will get on this right away and get back to you early next week.

AB

Andrew M. Berdon
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Direct Tel: 212.863.2073

1

Fax: 212.588.0500
E-Mail: aberdon@flhlaw.com

>>> "Lerner, Michael" <mlerner@reliantrx.com> 06/27/03 04:22PM >>>
Attached is background on Rythmol>

——Original Message——
From: Martin, Kip
Sent: Friday, June 27, 2003 12:27 PM
To: Rotenberg, Keith; DePadova, Anthony; Bobotas, George; Kosmoski, Paulette; Misner, Jim; Lerner, Michael;
Zajac, Joe
Subject: FW: Abbott: Rythmol
Importance: High

——Original Message——
From: Utasi, Christine
Sent: Friday, June 27, 2003 12:20 PM
To: Martin, Kip
Subject: Abbott: Rythmol
Importance: High

As requested...

——Original Message——
From: Administrator
Sent: Friday, June 27, 2003 12:05 PM
To: Utasi, Christine
Subject: PDF Document from HP Digital Sender

--------------------------------------------------

Please open the attached document.
This document was sent to you using an HP Digital Sender.

    Sent by:              <administrator@reliantrx.com>
    Number of pages:      73
    Document type:        Color-B/W Photo
    Attachment File Format:   Adobe PDF

To view this document you need to use the Adobe Acrobat Reader.
For more information on the HP Digital Sender, Adobe Circulate,
or a free copy of the Acrobat reader please visit:

    http://www.digitalsender.hp.com/reader-en

2

=========================

This message originates from the law firm of Frommer Lawrence & Haug
LLP. It contains information that may be confidential or privileged and
is intended only for the individual or entity named above. No one else
may disclose, copy, distribute, or use the contents of this message.
Unauthorized use, dissemination, and duplication is strictly prohibited,
and may be unlawful. All personal messages express views solely of the
sender, which are not to be attributed to Frommer Lawrence & Haug LLP,
and may not be copied or distributed without this disclaimer. If you
received this message in error, please notify us immediately at
firm@flhlaw.com or call (212) 588-0800.

=========================

This message originates from the law firm of Frommer Lawrence & Haug LLP. It contains information that may
be confidential or privileged and is intended only for the individual or entity named above. No one else may
disclose, copy, distribute, or use the contents of this message. Unauthorized use, dissemination, and duplication is
strictly prohibited, and may be unlawful. All personal messages express views solely of the sender, which are not to
be attributed to Frommer Lawrence & Haug LLP, and may not be copied or distributed without this disclaimer. If
you received this message in error, please notify us immediately at firm@flhlaw.com or call (212) 588-0800.

EXHIBIT C

# REDACTED

---

**From:**          Andrew Berdon [Aberdon@FLHLAW.COM]
**Sent:**          Monday, July 21, 2003 4:09 PM
**To:**            Lerner, Michael
**Subject:**      Re: Rythmol

We will do our best

Andrew M. Berdon
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Direct Tel: 212.863.2073
Fax: 212.588.0500
E-Mail: aberdon@flhlaw.com

>>> "Lerner, Michael" <mlerner@reliantrx.com> 07/21/03 04:05PM >>>
Look to see if there are any     REDACTED
------------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)

——Original Message——
From: Andrew Berdon <Aberdon@FLHLAW.COM>
To: Lerner, Michael <mlerner@reliantrx.com>
CC: DBROWN@FLHLAW.COM <DBROWN@FLHLAW.COM>
Sent: Mon Jul 21 15:56:35 2003
Subject: Re: Rythmol

Mike:

The analysis of whether there are any patents out there to

# REDACTED

We will jump on this other patent right away. We already have the file history on the first patent, and Dan is working it up as we speak.

AB

Andrew M. Berdon
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Direct Tel: 212.863.2073
Fax: 212.588.0500
E-Mail: aberdon@flhlaw.com

>>> "Lerner, Michael" <mlerner@reliantrx.com> 07/21/03 03:36PM >>>

Andy: I also need you to review  REDACTEDto see whether we should have this patent included in the deal. Also need to see whether any patents out there to    **REDACTED**

**REDACTED**

NEED ANSWERS AS WELL AS YOUR REPORT

ASAP.

----------------------

Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)

=========================

This message originates from the law firm of Frommer Lawrence & Haug LLP.  It contains information that may be confidential or privileged and is intended only for the individual or entity named above.  No one else may disclose, copy, distribute, or use the contents of this message.  Unauthorized use, dissemination, and duplication is strictly prohibited, and may be unlawful.  All personal messages express views solely of the sender, which are not to be attributed to Frommer Lawrence & Haug LLP, and may not be copied or distributed without this disclaimer.  If you received this message in error, please notify us immediately at firm@flhlaw.com or call (212) 588-0800.

=========================

This message originates from the law firm of Frommer Lawrence & Haug LLP.  It contains information that may be confidential or privileged and is intended only for the individual or entity named above.  No one else may disclose, copy, distribute, or use the contents of this message.  Unauthorized use, dissemination, and duplication is strictly prohibited, and may be unlawful.  All personal messages express views solely of the sender, which are not to be attributed to Frommer Lawrence & Haug LLP, and may not be copied or distributed without this disclaimer.  If you received this message in error, please notify us immediately at firm@flhlaw.com or call (212) 588-0800.

# EXHIBIT D

# REDACTED

| | |
|---|---|
| From: | Andrew Berdon [Aberdon@FLHLAW.COM] |
| Sent: | Monday, July 21, 2003 3:45 PM |
| To: | Lerner, Michael |
| Subject: | Re: Question |

# REDACTED

Andrew M. Berdon
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Direct Tel: 212.863.2073
Fax: 212.588.0500
E-Mail: aberdon@flhlaw.com

>>> "Lerner, Michael" <mlerner@reliantrx.com> 07/21/03 03:41PM >>>
We are looking at    **REDACTED**

Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)


-----Original Message-----
From: Andrew Berdon <Aberdon@FLHLAW.COM>
To: Lerner, Michael <mlerner@reliantrx.com>
Sent: Mon Jul 21 15:38:40 2003
Subject: Re: Question

Mike:

It depends on    **REDACTED**

# REDACTED

# REDACTED


AB

Andrew M. Berdon
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Direct Tel: 212.863.2073
Fax: 212.588.0500
E-Mail: aberdon@flhlaw.com

>>> "Lerner, Michael" <mlerner@reliantrx.com> 07/21/03 03:12PM >>>
Does Hatch Waxman    **REDACTED**

1

# REDACTED

========================

This message originates from the law firm of Frommer Lawrence & Haug LLP. It contains information that may be confidential or privileged and is intended only for the individual or entity named above. No one else may disclose, copy, distribute, or use the contents of this message. Unauthorized use, dissemination, and duplication is strictly prohibited, and may be unlawful. All personal messages express views solely of the sender, which are not to be attributed to Frommer Lawrence & Haug LLP, and may not be copied or distributed without this disclaimer. If you received this message in error, please notify us immediately at firm@flhlaw.com or call (212) 588-0800.

========================

This message originates from the law firm of Frommer Lawrence & Haug LLP. It contains information that may be confidential or privileged and is intended only for the individual or entity named above. No one else may disclose, copy, distribute, or use the contents of this message. Unauthorized use, dissemination, and duplication is strictly prohibited, and may be unlawful. All personal messages express views solely of the sender, which are not to be attributed to Frommer Lawrence & Haug LLP, and may not be copied or distributed without this disclaimer. If you received this message in error, please notify us immediately at firm@flhlaw.com or call (212) 588-0800.

EXHIBIT E

# REDACTED

| | |
|---|---|
| **From:** | Andrew Berdon [Aberdon@FLHLAW.COM] |
| **Sent:** | Monday, July 21, 2003 3:44 PM |
| **To:** | Lerner, Michael |
| **Subject:** | Re: Rythmol |

# REDACTED

# REDACTED

AB

Andrew M. Berdon
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York  10151
Direct Tel:  212.863.2073
Fax:  212.588.0500
E-Mail:  aberdon@flhlaw.com

>>> "Lerner, Michael" <mlerner@reliantrx.com> 07/21/03 03:36PM >>>
Andy: I also need you to review REDACTED to see whether we should have this patent
included in the deal.

# REDACTED         # REDACTED

                                        NEED ANSWERS AS WELL AS YOUR REPORT

ASAP.
--------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)


==========================

This message originates from the law firm of Frommer Lawrence & Haug LLP.  It contains
information that may be confidential or privileged and is intended only for the individual
or entity named above.  No one else may disclose, copy, distribute, or use the contents of
this message.  Unauthorized use, dissemination, and duplication is strictly prohibited,
and may be unlawful.  All personal messages express views solely of the sender, which are
not to be attributed to Frommer Lawrence & Haug LLP, and may not be copied or distributed
without this disclaimer.  If you received this message in error, please notify us
immediately at firm@flhlaw.com or call (212) 588-0800.

1

EXHIBIT F

# REDACTED

| | |
|---|---|
| **From:** | Andrew Berdon [Aberdon@FLHLAW.COM] |
| **Sent:** | Friday, September 12, 2003 1:34 PM |
| **To:** | Lerner, Michael |
| **Subject:** | Fwd: Re: Question |



Re: Question

Mike:

This is the timeline I prepared.

On the coverage of the patent, I believe that Dan Brown and I gave you a verbal brief, but that we agreed at that time not to put into writing any view on the potential ability of the patent to **REDACTED**

## REDACTED

AB

Andrew M. Berdon
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Direct Tel: 212.863.2073
Fax: 212.588.0500
E-Mail: aberdon@flhlaw.com

===========================

This message originates from the law firm of Frommer Lawrence & Haug LLP. It contains information that may be confidential or privileged and is intended only for the individual or entity named above. No one else may disclose, copy, distribute, or use the contents of this message. Unauthorized use, dissemination, and duplication is strictly prohibited, and may be unlawful. All personal messages express views solely of the sender, which are not to be attributed to Frommer Lawrence & Haug LLP, and may not be copied or distributed without this disclaimer. If you received this message in error, please notify us immediately at firm@flhlaw.com or call (212) 588-0800.

1

**REDACTED**

---

From:           Andrew Berdon [Aberdon@FLHLAW.COM]
Sent:           Monday, July 21, 2003 3:53 PM
To:             Lerner, Michael
Subject:        Re: Question

If you launch the product        **REDACTED**


So, assume that the product has a        **REDACTED**


So, you are looking at        **REDACTED**

If        **REDACTED**                    then you will be faced with a Paragraph IV
certification.  Your decision whether or not to sue will of course depend upon
**REDACTED**

Assuming that you sue, it is fair to say that        **REDACTED**

So, assuming that you sue, you should have        **REDACTED**

The risk is that the ANDA        **REDACTED**


AB


Andrew M. Berdon
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York  10151
Direct Tel:  212.863.2073
Fax:  212.588.0500
E-Mail:  aberdon@flhlaw.com

>>> "Lerner, Michael" <mlerner@reliantrx.com> 07/21/03 03:45PM >>>
Key focus for discussion is        **REDACTED**


-------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)


-----Original Message-----
From: Andrew Berdon <Aberdon@FLHLAW.COM>
To: Lerner, Michael <mlerner@reliantrx.com>
Sent: Mon Jul 21 15:38:40 2003
Subject: Re: Question


Mike:


It depends on the        **REDACTED**

**REDACTED**

**REDACTED**

AB

Andrew M. Berdon
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York  10151
Direct Tel:  212.863.2073
Fax:  212.588.0500
E-Mail:  aberdon@flhlaw.com

>>> "Lerner, Michael" <mlerner@reliantrx.com> 07/21/03 03:12PM >>>
Does Hatch Waxman    REDACTE
                 Please let me know asap.
---------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)

==========================

This message originates from the law firm of Frommer Lawrence & Haug LLP.  It contains
information that may be confidential or privileged and is intended only for the individual
or entity named above.  No one else may disclose, copy, distribute, or use the contents of
this message.  Unauthorized use, dissemination, and duplication is strictly prohibited,
and may be unlawful.  All personal messages express views solely of the sender, which are
not to be attributed to Frommer Lawrence & Haug LLP, and may not be copied or distributed
without this disclaimer.  If you received this message in error, please notify us
immediately at firm@flhlaw.com or call (212) 588-0800.

EXHIBIT G

# REDACTED

| | |
|---|---|
| **From:** | Andrew Berdon [Aberdon@FLHLAW.COM] |
| **Sent:** | Monday, September 29, 2003 10:33 AM |
| **To:** | Misner, Jim; Aigner, Stefan |
| **Cc:** | Lerner, Michael |
| **Subject:** | Privileged & Confidential - Rythmol |



Re: Question

       I forward a rough outline of the likely market **REDACTED**
       for Rythmol.

# REDACTED

AB

Andrew M. Berdon
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York  10151
Direct Tel:  212.863.2073
Fax:  212.588.0500
E-Mail:  aberdon@flhlaw.com

================================

This message originates from the law firm of Frommer Lawrence & Haug LLP.  It contains
information that may be confidential or privileged and is intended only for the individual
or entity named above.  No one else may disclose, copy, distribute, or use the contents of
this message.  Unauthorized use, dissemination, and duplication is strictly prohibited,
and may be unlawful.  All personal messages express views solely of the sender, which are
not to be attributed to Frommer Lawrence & Haug LLP, and may not be copied or distributed
without this disclaimer.  If you received this message in error, please notify us
immediately at firm@flhlaw.com or call (212) 588-0800.

1

**REDACTED**

| From: | Andrew Berdon [Aberdon@FLHLAW.COM] |
|---|---|
| Sent: | Monday, July 21, 2003 3:53 PM |
| To: | Lerner, Michael |
| Subject: | Re: Question |

If you launch the product, it will take at least **REDACTED**

So, assume that the product has a **REDACTED**

So, you are looking at **REDACTED**

If **REDACTED** then you will be faced with a Paragraph IV certification. Your decision whether or not to sue will of course depend upon **REDACTED**

Assuming that you sue, it is fair to say that **REDACTED**

So, assuming that you sue, you should have **REDACTED**

The risk is that the ANDA **REDACTED**

AB


Andrew M. Berdon
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York  10151
Direct Tel:  212.863.2073
Fax:  212.588.0500
E-Mail:  aberdon@flhlaw.com

>>> "Lerner, Michael" <mlerner@reliantrx.com> 07/21/03 03:45PM >>>
Key focus for discussion is **REDACTED**

-----------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)

-----Original Message-----
From: Andrew Berdon <Aberdon@FLHLAW.COM>
To: Lerner, Michael <mlerner@reliantrx.com>
Sent: Mon Jul 21 15:38:40 2003
Subject: Re: Question

Mike:

It depends on the **REDACTED**

1

**REDACTED**

**REDACTED**

AB

Andrew M. Berdon
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York  10151
Direct Tel:  212.863.2073
Fax:  212.588.0500
E-Mail:  aberdon@flhlaw.com

>>> "Lerner, Michael" <mlerner@reliantrx.com> 07/21/03 03:12PM >>>
Does Hatch Waxman **REDACTED** Please let me know asap. **REDACTED**

Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)


=========================

This message originates from the law firm of Frommer Lawrence & Haug LLP.  It contains
information that may be confidential or privileged and is intended only for the individual
or entity named above.  No one else may disclose, copy, distribute, or use the contents of
this message.  Unauthorized use, dissemination, and duplication is strictly prohibited,
and may be unlawful.  All personal messages express views solely of the sender, which are
not to be attributed to Frommer Lawrence & Haug LLP, and may not be copied or distributed
without this disclaimer.  If you received this message in error, please notify us
immediately at firm@flhlaw.com or call (212) 588-0800.

2

EXHIBIT H

# REDACTED

| | |
|---|---|
| **From:** | Andrew Berdon [Aberdon@FLHLAW.COM] |
| **Sent:** | Tuesday, October 21, 2003 6:42 PM |
| **To:** | Lerner, Michael |
| **Subject:** | Orange Book |

Just to let you know, the '588 is ▮    # REDACTED

AB

Andrew M. Berdon
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Direct Tel: 212.863.2073
Fax: 212.588.0500
E-Mail: aberdon@flhlaw.com

==========================

This message originates from the law firm of Frommer Lawrence & Haug LLP. It contains information that may be confidential or privileged and is intended only for the individual or entity named above. No one else may disclose, copy, distribute, or use the contents of this message. Unauthorized use, dissemination, and duplication is strictly prohibited, and may be unlawful. All personal messages express views solely of the sender, which are not to be attributed to Frommer Lawrence & Haug LLP, and may not be copied or distributed without this disclaimer. If you received this message in error, please notify us immediately at firm@flhlaw.com or call (212) 588-0800.

# EXHIBIT I

# REDACTED

| | |
|---|---|
| **From:** | Andrew Berdon [Aberdon@FLHLAW.COM] |
| **Sent:** | Tuesday, October 28, 2003 2:45 PM |
| **To:** | Lerner, Michael |
| **Subject:** | Fwd: Expiration of the '114 patent |



Expiration of the
'114 patent

As discussed. If you look at the second page of the document, there is a "legal status" section. It is consistent with the patent being **REDACTED**

AB

Andrew M. Berdon
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Direct Tel: 212.863.2073
Fax: 212.588.0500
E-Mail: aberdon@flhlaw.com

=======================

This message originates from the law firm of Frommer Lawrence & Haug LLP. It contains information that may be confidential or privileged and is intended only for the individual or entity named above. No one else may disclose, copy, distribute, or use the contents of this message. Unauthorized use, dissemination, and duplication is strictly prohibited, and may be unlawful. All personal messages express views solely of the sender, which are not to be attributed to Frommer Lawrence & Haug LLP, and may not be copied or distributed without this disclaimer. If you received this message in error, please notify us immediately at firm@flhlaw.com or call (212) 588-0800.

**REDACTED**

---

| | |
|---|---|
| **From:** | Ali Berkin [Aberkin@FLHLAW.COM] |
| **Sent:** | Tuesday, October 28, 2003 2:40 PM |
| **To:** | Aberdon@FLHLAW.COM |
| **Subject:** | Expiration of the '114 patent |

# United States Patent [19]

**Franke, deceased et al.**

[11]  Patent Number:  **4,945,114**

[45]  Date of Patent:  **Jul. 31, 1990**

[54] THERAPEUTIC AGENTS CONTAINING ENANTIOMERS OF PROPAFENONE

[75] Inventors: Albrecht Franke, deceased, late of Wachenheim, by Renate E. Franke, Catharina Franke, legal representatives; Rainer Schickfus, Eisenheim; Josef Gries, Wachenheim; Gerda Von Philipsborn, Weinheim; Liliane Unger, Ludwigshafen, all of Fed. Rep. of Germany

[73] Assignee: BASF Aktiengesellschaft, Ludwigshafen, Fed. Rep. of Germany

[21] Appl. No.: 225,756

[22] Filed: Jul. 29, 1988

[30] Foreign Application Priority Data

Jul. 30, 1987 [DE] Fed. Rep. of Germany ...... 3725273

[51] Int. Cl.⁵ .................................... A61K 31/135

[52] U.S. Cl. ........................ 514/652; 514/821

[58] Field of Search ...................... 514/652, 821

[56] References Cited

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,460,635 | 7/1984 | Petrik et al. ........... 514/652 |
| 4,571,409 | 2/1986 | Frank et al. ........... 514/652 |

## OTHER PUBLICATIONS

Liebigs Ann. Chem., 1987, pp. 561–563, Blaschke, et al., Racemattrennung von Propafenon und Diprafenon, Konfiguration . . .

*Primary Examiner*—Frederick E. Waddell
*Attorney, Agent, or Firm*—Oblon, Spivak, McClelland, Maier & Neustadt

[57]  **ABSTRACT**

Therapeutic agents containing enantiomers of propafenone, the preparation of the said agents and their use for certain groups of patients.

7 Claims, No Drawings

Therapeutic agents containing enantiomers of propafenone (US4945114)          Page 1 of 2



## The Delphion Integrated View

Get Now: ☒ PDF | More choices...                    Tools: Citation Link | Add to Work File: Create new Wor

View: Expand Details | INPADOC | Jump to: [Top          ]  Go to: Derwent                ✉ Ema

| | |
|---|---|
| ⓣTitle: | **US4945114: Therapeutic agents containing enantiomers of propafen** |
| ⓣDerwent Title: | Propafenone R- and S-isomers use - as antiarrhythmic agents with different beta-sympatholytic activity [Derwent Record] |
| ⓣCountry: | US United States of America |
| ⓣInventor: | **Franke, deceased, Albrecht**; late of Wachenheim, Germany **Schlecker, Rainer**; Bissersheim, Germany **Gries, Josef**; Wachenheim, Germany **Von Philipsborn, Gerda**; Weinheim, Germany **Unger, Liliane**; Ludwigshafen, Germany |
| ⓣAssignee: | **BASF Aktiengesellschaft**, Ludwigshafen, Germany other patents from BASF AKTIENGESELLSCHAFT (54310) (approx. 10,232) News, Profiles, Stocks and More about this company |
| ⓣPublished / Filed: | **1990-07-31 / 1988-07-29** |
| ⓣApplication Number: | US1988000225756 |
| ⓣIPC Code: | A61K 31/135; |
| ⓣU.S. Class: | Current: 514/652; 514/821; Original: 514/652; 514/821; |
| ⓣField of Search: | 514/652,821 |
| ⓣPriority Number: | 1987-07- DE1987003725273 |
| ⓣAbstract: | Therapeutic agents containing enantiomers of propafenone, the preparation of the said agents and their use for certain groups of patients. |
| ⓣAttorney, Agent or Firm: | Oblon, Spivak, McClelland, Maier & Neustadt ; |
| ⓣPrimary / Assistant Examiners: | Waddell, Frederick E.; |

ⓣINPADOC Legal Status:

| Gazette date | Code | Description (remarks) List all possible codes for US |
|---|---|---|
| 1990-05-22 | AS02 | Assignment of assignor's interest (New owner: BASF AKTIENGESELLSCHAFT 6700 LUDWIGSHAFEN RHEINLAN 1988-07-27 ) |
| 1990-05-22 | AS02 | Assignment of assignor's interest (New owner: FRANKE, RENATE ELISABETH 1988-07-27 ) |
| 1990-05-22 | AS02 | Assignment of assignor's interest (New owner: |

Therapeutic agents containing enantiomers of propafenone (US4945114)                    Page 2 of 2

| | | FRANKE, CATHARINA 1988-07-27 ) |
|---|---|---|
| 1990-05-22 | AS02 | Assignment of assignor's interest (New owner: SCHLECKER, RAINER 1988-07-26 ) |
| 1990-05-22 | AS02 | Assignment of assignor's interest (New owner: GRIES, JOSEF 1988-07-26 ) |

**Get Now:** Family Legal Status Report

**Designated Country:** AT BE CH DE ES FR GB GR IT LI NL SE

**Family:** Show 14 known family members

**First Claim:** Show all 7 claims

We claim:
1. A method for the treatment of arrhythmias in an older patient or a patient suffering from hypotension and cardiac insufficiency, for whom ß-blockers are contraindicated, by administering to said patient an effective amount of (R)-propafenone alone.

**Background / Summary:** Show background / summary

**Drawing Descriptions:** Show drawing descriptions

**Description:** Show description

**Forward References:** Show 3 U.S. patent(s) that reference this one

**U.S. References:** Go to Result Set: All U.S. references | Forward references (3) | Backward referenc Citation Link

| PDF | Patent | Pub.Date | Inventor | Assignee | Title |
|---|---|---|---|---|---|
| | US4460605 | 1984-07 | Petrik et al. | Helopharm W. Petrik & Co. | 2-[2'-Hydroxy-3'-(1,1-dimethylpropylamino)-propo phenylpropiophenone, its physiologically acceptable a salts, and pharmaceutical co |
| | US4571409 | 1986-02 | Frank et al. | BASF Aktiengesellschaft | Aminopropanol derivatives o hydroxy-ß-phenyl-propiophe their preparation and therap agents containing these com |

**Foreign References:** None

**Other Abstract Info:** CHEMABS 112(07)048796X DERABS C89-033359

**Other References:**
• Liebigs Ann. Chem., 1987, pp. 561-563, Blaschke, et al., Racemattrennung von Prop Diprafenon, Konfiguration . . . (3 pages)






© 1997-2003 Thomson Delphion     Research Subscriptions | Privacy Policy | Terms & Conditions | Site Map | Contact Us

EXHIBIT J

**REDACTED**

From:           Andrew Berdon [Aberdon@FLHLAW.COM]
Sent:           Tuesday, October 21, 2003 7:05 PM
To:             Lerner, Michael
Subject:        more on the patents

Mike:

According to the our on-line resources, the '347 patent     **REDACTED**

The '114 patent claims     **REDACTED**

However, Reliant could in the future     **REDACTED**

Patents that are     **REDACTED**     to currently approved product.  Each of these patents
appears to have     **REDACTED**

1.
2.
3.
4.
5.
6.
7.  **REDACTED**
8.
9.
10
11
12.  4,797,287
13.
14 **REDACTED**
15

In an abundance of caution, we will search online for any other patents
**REDACTED**

AB

Andrew M. Berdon
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York  10151
Direct Tel:  212.863.2073
Fax:  212.588.0500
E-Mail:  aberdon@flhlaw.com

==========================

This message originates from the law firm of Frommer Lawrence & Haug LLP.  It contains
information that may be confidential or privileged and is intended only for the individual
or entity named above.  No one else may disclose, copy, distribute, or use the contents of
this message.  Unauthorized use, dissemination, and duplication is strictly prohibited,
and may be unlawful.  All personal messages express views solely of the sender, which are
not to be attributed to Frommer Lawrence & Haug LLP, and may not be copied or distributed

without this disclaimer.  If you received this message in error, please notify us
immediately at firm@flhlaw.com or call (212) 588-0800.

# EXHIBIT K

**REDACTED**

| | |
|---|---|
| **From:** | Andrew Berdon [ABerdon@flhlaw.com] |
| **Sent:** | Tuesday, October 21, 2003 5:57 PM |
| **To:** | Lerner, Michael |
| **Cc:** | Arthur Hoag |
| **Subject:** | Re: Rythmol Patent assignment |

Mike:

We reviewed the patent assignment and have the following comments.

1.  My colleague Arthur Hoag tells me that it would be useful    **REDACTED**

    a.    **REDACTED**

    b.    **REDACTED**

2.  The grant back rights **REDACTED**

3.  The Assignment should include    **REDACTED**

4.  The warranty    **REDACTED**

More to come on the APA.

AB


Andrew M. Berdon
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Direct Tel: 212.863.2073
Fax: 212.588.0500
E-Mail: aberdon@flhlaw.com

>>> Lerner, Michael 10/21 5:43 PM >>>
Thanks
────────────────────────
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)

1

-----Original Message-----
From: Andrew Berdon <ABerdon@flhlaw.com>
To: Lerner, Michael <mlerner@reliantrx.com>
Sent: Tue Oct 21 17:44:00 2003
Subject: Re: Rythmol

will do.

Andrew M. Berdon
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Direct Tel: 212.863.2073
Fax: 212.588.0500
E-Mail: aberdon@flhlaw.com

>>> Lerner, Michael 10/21 4:31 PM >>>
Andy: Review REDACTED the APA. REDACTED

Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)

2

EXHIBIT L

# REDACTED

From:       Andrew Berdon [ABerdon@flhlaw.com]
Sent:       Tuesday, October 21, 2003 6:38 PM
To:         Lerner, Michael
Subject:    Re: Rythmol



00153833.doc (29
KB)

Mike:

# REDACTED

AB

Andrew M. Berdon
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Direct Tel: 212.863.2073
Fax: 212.588.0500
E-Mail: aberdon@flhlaw.com

>>> Lerner, Michael 10/21 5:43 PM >>>
Thanks
--------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)

-----Original Message-----
From: Andrew Berdon <ABerdon@flhlaw.com>
To: Lerner, Michael <mlerner@reliantrx.com>
Sent: Tue Oct 21 17:44:00 2003
Subject: Re: Rythmol

will do.

Andrew M. Berdon
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York 10151
Direct Tel: 212.863.2073
Fax: 212.588.0500
E-Mail: aberdon@flhlaw.com

>>> Lerner, Michael 10/21 4:31 PM >>>
Andy: Review section 5.5 of the APA-patent reps
--------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)

1

**Exhibit D**

**Assignment of Patents**

**A S S I G N M E N T**

**REDACTED**

WITNESS my hand this ____ day of _____, 2003.

ABBOTT GMBH & CO. KG

By: _____

Its: _____

On this _____ day of _____, 2003, before me, a Notary Public in and for the [County and Country], appeared _____, to me personally known to be the same person whose name is subscribed to the foregoing instrument, and acknowledged that he executed said instrument as his free and voluntary act and for the uses and purposes therein expressed.

WITNESS my hand and seal the same day and year last above given.

_____

My Commission Expires: _____

EXHIBIT M

# REDACTED

| | |
|---|---|
| From: | Andrew Berdon [Aberdon@FLHLAW.COM] |
| Sent: | Tuesday, October 21, 2003 7:15 PM |
| To: | Lerner, Michael |
| Subject: | Fwd: IP reps and warranties |



IP reps and
warranties

Mike:

Here are Arthur Hoag's comments on the reps and warranties.

# REDACTED

AB

Andrew M. Berdon
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York  10151
Direct Tel:  212.863.2073
Fax:  212.588.0500
E-Mail:  aberdon@flhlaw.com

==========================

This message originates from the law firm of Frommer Lawrence & Haug LLP.  It contains
information that may be confidential or privileged and is intended only for the individual
or entity named above.  No one else may disclose, copy, distribute, or use the contents of
this message.  Unauthorized use, dissemination, and duplication is strictly prohibited,
and may be unlawful.  All personal messages express views solely of the sender, which are
not to be attributed to Frommer Lawrence & Haug LLP, and may not be copied or distributed
without this disclaimer.  If you received this message in error, please notify us
immediately at firm@flhlaw.com or call (212) 588-0800.

**REDACTED**

| | |
|---|---|
| From: | Arthur Hoag [AHoag@FLHLAW.COM] |
| Sent: | Tuesday, October 21, 2003 6:45 PM |
| To: | Aberdon@FLHLAW.COM |
| Subject: | IP reps and warranties |

I have the following comments on the IP reps and warranties:

1. The definition of  **REDACTED**
   a.  **REDACTED**
   b.  **REDACTED**
   c.  **REDACTED**
   d.  **REDACTED**

2. In 5(a)  **REDACTED**

3. 5(a)(1)(B) '**REDACTED**

4. Subsection (d)?  **REDACTED**

5. in subsection (d)  **REDACTED**

6. It may be helpful to add the following:  **REDACTED**

**REDACTED**

1

# EXHIBIT N

# REDACTED

---

| | |
|---|---|
| **From:** | Andrew Berdon [Aberdon@FLHLAW.COM] |
| **Sent:** | Wednesday, October 22, 2003 11:00 AM |
| **To:** | Lerner, Michael |
| **Subject:** | Fwd: IP reps and warranties |



Fwd: IP reps and
warranties

Mike:

Here is a potential rep regarding the Orange Book listing:

# REDACTED

Mike:

I also attach again my email from last night regarding the IP reps.

AB

Andrew M. Berdon
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, New York  10151
Direct Tel:  212.863.2073
Fax:  212.588.0500
E-Mail:  aberdon@flhlaw.com


========================

This message originates from the law firm of Frommer Lawrence & Haug LLP.  It contains
information that may be confidential or privileged and is intended only for the individual
or entity named above.  No one else may disclose, copy, distribute, or use the contents of
this message.  Unauthorized use, dissemination, and duplication is strictly prohibited,
and may be unlawful.  All personal messages express views solely of the sender, which are
not to be attributed to Frommer Lawrence & Haug LLP, and may not be copied or distributed
without this disclaimer.  If you received this message in error, please notify us
immediately at firm@flhlaw.com or call (212) 588-0800.