# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELIANT PHARMACEUTICALS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-774 (JJF) |
| ) | |
| PAR PHARMACEUTICAL, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (i) *Plaintiff Reliant Pharmaceuticals, Inc.'s Objections and Responses to Par Pharmaceutical, Inc.'s First Set of Requests for the Production of Documents and Things* and (ii) *Plaintiff Reliant Pharmaceuticals, Inc.'s Response to Par Pharmaceutical, Inc.'s First Set of Interrogatories* were caused to be served on June 11, 2007 upon the following in the manner indicated:

Josy W. Ingersoll, Esquire                                  *VIA ELECTRONIC MAIL*
Karen L. Pascale, Esquire                                   *and HAND DELIVERY*
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street
17th Floor
Wilmington, DE  19801

Edgar H. Haug, Esquire                                      *VIA ELECTRONIC MAIL*
Frommer Lawrence & Haug LLP                                 *and FEDERAL EXPRESS*
745 Fifth Avenue
New York, NY  10151

John B. Harris, Esquire                                     *VIA ELECTRONIC MAIL*
Stillman, Friedman & Shectman, P.C.                         *and FEDERAL EXPRESS*
425 Park Avenue
New York, NY  10022

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    */s/ Maryellen Noreika (#3208)*
                    Jack B. Blumenfeld (# 1014)
                    Maryellen Noreika (# 3208)
                    1201 North Market Street
                    P.O. Box 1347
*Of Counsel:*            Wilmington, DE  19899-1347
                    (302) 658-9200
John Desmarais      mnoreika@mnat.com
Gerald J. Flattmann, Jr.
Christine Willgoos    *Attorneys for Plaintiff*
KIRKLAND & ELLIS, LLP
Citigroup Center
153 E. 53rd Street
New York, NY  10022
(212) 446-4800

June 11, 2007

## **CERTIFICATE OF SERVICE**

        I hereby certify that on June 11, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

        Josy W. Ingersoll, Esquire
        Young, Conaway, Stargatt & Taylor

        I further certify that I caused to be served copies of the foregoing document on June 11, 2007 upon the following in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Karen L. Pascale, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street<br>17th Floor<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Edgar H. Haug, Esquire<br>Frommer Lawrence & Haug LLP<br>745 Fifth Avenue<br>New York, NY  10151 | *VIA ELECTRONIC MAIL*<br>*and FEDERAL EXPRESS* |
| John B. Harris, Esquire<br>Stillman, Friedman & Shectman, P.C.<br>425 Park Avenue<br>New York, NY  10022 | *VIA ELECTRONIC MAIL*<br>*And FEDERAL EXPRESS* |

        */s/ Maryellen Noreika (#3208)*
        Maryellen Noreika(# 3208)