IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELIANT PHARMACEUTICALS, INC., | : |
| Plaintiff, | : |
| v. | : C.A. No. 06-774-JJF |
| PAR PHARMACEUTICAL, INC., | : |
| Defendant. | : |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 18, 2007, copies of:

*Defendant's Objections and Responses to Plaintiff's First Set of Interrogatories;* and

*Defendant's Objections and Responses to Plaintiff's First Set of Requests for the Production of Documents and Things;*

were served upon the following counsel of record in the manner indicated:

*By Hand Delivery and E-mail*

Jack B. Blumenfeld [jblumenfeld@mnat.com]
Maryellen Noreika [mnoreika@mnat.com]
MORRIS NICHOLS ARSHT & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

*By FedEx and E-mail*

John Desmarais [jdesmarais@kirkland.com]
Gerald J. Flattmann, Jr.
[gflattmann@kirkland.com]
Christine Willgoos [cwillgoos@kirkland.com]
KIRKLAND & ELLIS LLP
Citigroup Center
153 E. 53rd Street
New York, NY 10022
(212) 446-4800

Steven C. Cherny [steven.cherny@lw.com]
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
(212) 906-1200

Additionally, the undersigned hereby certifies that on June 18, 2007, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon counsel of record in the manner indicated above.

June 18, 2007

YOUNG CONAWAY STARGATT & TAYLOR LLP

/s/ Karen L. Pascale

Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: 302-571-6600
Fax: 302-571-1253

- and -

FROMMER LAWRENCE & HAUG LLP
Edgar H. Haug
James K. Stronski
John G. Taylor
745 Fifth Avenue
New York, New York 10151
Tel: (212) 588-0800
Fax: (212) 588-0500

*Attorneys for Defendant, Par Pharmaceutical, Inc.*