IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RELIANT PHARMACEUTICAL, INC., :
:
      Plaintiff, :
:
v. : Civil Action No. 06-774-JJF
:
PAR PHARMACEUTICAL, INC., :
:
      Defendant. :

### O R D E R

WHEREAS, Plaintiff has filed a Motion To Disqualify (D.I. 29) citing a prior representation related to the subject matter of this litigation;

WHEREAS, Defendant responds that the grounds asserted by Plaintiff are conclusory; the prior relationship was limited; and it has taken precautions to avoid any confidential information it may possess from being available to the attorneys admitted in this case;

WHEREAS, the Court finds the conflicting versions of the prior representation asserted by the parties in their papers do not allow the Court to make findings of fact necessary to decide the instant motion;

WHEREAS, the Court is persuaded that the precautions put in place by Defendant are sufficient, at this juncture, to protect Plaintiff;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Plaintiff's Motion For Disqualification (D.I. 29)

is DENIED with leave to renew after an opportunity for discovery on the disqualification issue;

    2) If Plaintiff elects to pursue the instant motion the parties may conduct agreed upon limited discovery to be completed by September 6, 2007;

    3) The March 28, 2007 Rule 16 Scheduling Order provision requiring identification of fact witnesses, document production and certain interrogatory exchanges may be extended for a maximum of thirty (30) days by either party without Court approval; however no additional extensions will be granted;

    4) Any Renewed Motion For Disqualification shall be noticed for the Court's October 2007 Motion Day.

July 25, 2007  
DATE

*[signature]*  
UNITED STATES DISTRICT JUDGE