IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RELIANT PHARMACEUTICALS, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 06-774 (JJF) |
| PAR PHARMACEUTICAL, INC., | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (i) *Reliant Pharmaceuticals, Inc.'s Interrogatories to Par Pharmaceutical, Inc. Concerning Frommer Lawrence & Haug LLP's Representation of Par in This Action* and (ii) *Reliant Pharmaceuticals, Inc.'s Document Requests to Par Pharmaceutical, Inc. Concerning Frommer Lawrence & Haug LLP's Representation of Par in This Action* were caused to be served on August 3, 2007 upon the following in the manner indicated:

Josy W. Ingersoll, Esquire                         *VIA ELECTRONIC MAIL*
Karen L. Pascale, Esquire                          *and HAND DELIVERY*
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Edgar H. Haug, Esquire                             *VIA ELECTRONIC MAIL*
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151

John B. Harris, Esquire                            *VIA ELECTRONIC MAIL*
Stillman, Friedman & Shectman, P.C.
425 Park Avenue
New York, NY 10022

2

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Maryellen Noreika (#3208)*
        Jack B. Blumenfeld (# 1014)
        Maryellen Noreika (# 3208)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE  19899-1347
        (302) 658-9200
        mnoreika@mnat.com

        *Attorneys for Plaintiff*

OF COUNSEL:

John Desmarais
Gerald J. Flattmann, Jr.
Christine Willgoos
KIRKLAND & ELLIS, LLP
Citigroup Center
153 E. 53rd Street
New York, NY  10022
(212) 446-4800

August 3, 2007

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

        Josy W. Ingersoll, Esquire
        Young, Conaway, Stargatt & Taylor

I further certify that I caused to be served copies of the foregoing document on August 3, 2007 upon the following in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Karen L. Pascale, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Edgar H. Haug, Esquire<br>Frommer Lawrence & Haug LLP<br>745 Fifth Avenue<br>New York, NY  10151 | *VIA ELECTRONIC MAIL* |
| John B. Harris, Esquire<br>Stillman, Friedman & Shectman, P.C.<br>425 Park Avenue<br>New York, NY  10022 | *VIA ELECTRONIC MAIL* |

        */s/ Maryellen Noreika (#320*
        Maryellen Noreika(# 3208)