IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELIANT PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PAR PHARMACEUTICAL, INC., <br><br> Defendant. | : <br> : <br> : <br> : <br> : C.A. No. 06-774-JJF <br> : <br> : <br> : <br> : |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 21, 2007, copies of:

*Defendant's Objections and Responses to Plaintiff's Interrogatories Concerning Frommer Lawrence & Haug LLP's Representation of Par in this Action;* and

*Defendant's Objections and Responses to Plaintiff's Document Requests Concerning Frommer Lawrence & Haug LLP's Representation of Par in this Action;*

were served upon the following counsel of record in the manner indicated:

*By E-mail*

Jack B. Blumenfeld [jblumenfeld@mnat.com]
Maryellen Noreika [mnoreika@mnat.com]
MORRIS NICHOLS ARSHT & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

Steven C. Cherny [steven.cherny@lw.com]
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
(212) 906-1200

*By Hand Delivery and E-mail*

John Desmarais [jdesmarais@kirkland.com]
Gerald J. Flattmann, Jr.
[gflattmann@kirkland.com]
Christine Willgoos [cwillgoos@kirkland.com]
KIRKLAND & ELLIS LLP
Citigroup Center
153 E. 53rd Street
New York, NY 10022
(212) 446-4800

DB02:6048987.1                                                              066039.1001

Additionally, the undersigned hereby certifies that on August 22, 2007, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the above-listed counsel of record by e-mail.

August 22, 2007

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: 302-571-6600
Facsimile: 302-571-1253

FROMMER LAWRENCE & HAUG LLP
Edgar H. Haug
James K. Stronski
John G. Taylor
745 Fifth Avenue
New York, New York 10151
Telephone: (212) 588-0800
Facsimile: (212) 588-0500

STILLMAN, FRIEDMAN & SHECHTMAN, P.C.
John B. Harris
Mary Margulis-Ohnuma
425 Park Avenue
New York, NY 10022
Telephone: (212) 223-0200

*Attorneys for Defendant, Par Pharmaceutical, Inc.*