IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RELIANT PHARMACEUTICALS, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 06-774 (JJF) |
| PAR PHARMACEUTICAL, INC., | ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Reliant Pharmaceuticals, Inc.'s Notices of Deposition of Ali Berkin, Arthur Hoag, Edgar Haug, and Daniel Brown were caused to be served on August 22, 2007 upon the following in the manner indicated:

Josy W. Ingersoll, Esquire                                                                           *VIA ELECTRONIC MAIL*
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

James K. Stronski, Esquire                                                                         *VIA ELECTRONIC MAIL*
John G. Taylor, Esquire
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY  10151

John B. Harris, Esquire                                                                 *VIA ELECTRONIC MAIL AND*
Stillman, Friedman & Shectman, P.C.                                                         *FIRST CLASS MAIL*
425 Park Avenue
New York, NY  10022

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld (#1014)*
Jack B. Blumenfeld (# 1014)
Maryellen Noreika (# 3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Plaintiff*

OF COUNSEL:

John Desmarais
Gerald J. Flattmann, Jr.
Christine Willgoos
KIRKLAND & ELLIS, LLP
Citigroup Center
153 E. 53rd Street
New York, NY  10022
(212) 446-4800

August 22, 2007

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

>Josy W. Ingersoll, Esquire
>Young, Conaway, Stargatt & Taylor

I further certify that I caused to be served copies of the foregoing document on August 22, 2007 upon the following in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Karen L. Pascale, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Edgar H. Haug, Esquire<br>Frommer Lawrence & Haug LLP<br>745 Fifth Avenue<br>New York, NY 10151 | *VIA ELECTRONIC MAIL* |
| John B. Harris, Esquire<br>Stillman, Friedman & Shectman, P.C.<br>425 Park Avenue<br>New York, NY 10022 | *VIA ELECTRONIC MAIL* |

>*/s/ Jack B. Blumenfeld (#1014)*
>Jack B. Blumenfeld (#1014)