IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RELIANT PHARMACEUTICALS, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 06-774 (JJF) |
| PAR PHARMACEUTICAL, INC., | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of 1) Plaintiff Reliant Pharmaceuticals, Inc.'s Second Set of Requests for Production of Documents and Things; and 2) Plaintiff Reliant Pharmaceuticals, Inc.'s First Set of Requests for Admission were caused to be served on August 22, 2007 upon the following in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL*<br>*AND HAND DELIVERY* |
| Edgar H. Haug, Esquire<br>Frommer Lawrence & Haug LLP<br>745 Fifth Avenue<br>New York, NY  10151 | *VIA ELECTRONIC MAIL* |
| John B. Harris, Esquire<br>Stillman, Friedman & Shectman, P.C.<br>425 Park Avenue<br>New York, NY  10022 | *VIA ELECTRONIC MAIL* |

                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                        */s/ Jack B. Blumenfeld (#1014)*
                        Jack B. Blumenfeld (# 1014)
                        Maryellen Noreika (# 3208)
                        1201 North Market Street
                        P.O. Box 1347
                        Wilmington, DE  19899-1347
                        (302) 658-9200
                        jblumenfeld@mnat.com

                        *Attorneys for Plaintiff*

OF COUNSEL:

John Desmarais
Gerald J. Flattmann, Jr.
Christine Willgoos
KIRKLAND & ELLIS, LLP
Citigroup Center
153 E. 53rd Street
New York, NY  10022
(212) 446-4800

August 22, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

> Josy W. Ingersoll, Esquire
> Young, Conaway, Stargatt & Taylor

I further certify that I caused to be served copies of the foregoing document on August 22, 2007 upon the following in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Karen L. Pascale, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL<br>and HAND DELIVERY* |
| Edgar H. Haug, Esquire<br>Frommer Lawrence & Haug LLP<br>745 Fifth Avenue<br>New York, NY  10151 | *VIA ELECTRONIC MAIL* |
| John B. Harris, Esquire<br>Stillman, Friedman & Shectman, P.C.<br>425 Park Avenue<br>New York, NY  10022 | *VIA ELECTRONIC MAIL* |

/s/ Jack B. Blumenfeld (#1014)
Jack B. Blumenfeld (#1014)