IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RELIANT PHARMACEUTICALS, INC.,           )
                                         )
            Plaintiff,                   )
                                         )
      v.                                 )
                                         )      C.A. No. 06-774 (JJF)
PAR PHARMACEUTICAL, INC.,                )
                                         )
            Defendant.                   )

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) *Plaintiff Reliant Pharmaceuticals, Inc.'s Response to Par Pharmaceutical, Inc.'s Second Set of Interrogatories*; (2) *Plaintiff Reliant Pharmaceuticals, Inc.'s Objections and Responses to Par Pharmaceutical, Inc.'s Second Set of Requests for the Production of Documents and Things* and (3) *Plaintiff Reliant Pharmaceuticals, Inc.'s Objections and Responses to Par Pharmaceutical, Inc.'s First Set of Requests for Admissions* were caused to be served on August 24, 2007 upon the following in the manner indicated:

Josy W. Ingersoll, Esquire                          *VIA ELECTRONIC MAIL*
YOUNG, CONAWAY, STARGATT & TAYLOR                   *AND HAND DELIVERY*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801


Edgar H. Haug, Esquire                              *VIA ELECTRONIC MAIL*
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY  10151

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____

Jack B. Blumenfeld (# 1014)
Maryellen Noreika (# 3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiff*

*Of Counsel*:

John Desmarais
Gerald J. Flattmann, Jr.
Christine Willgoos
KIRKLAND & ELLIS, LLP
Citigroup Center
153 E. 53rd Street
New York, NY  10022
(212) 446-4800

August 24, 2007

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2007 I electronically filed the foregoing with

the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

> Josy W. Ingersoll, Esquire
> YOUNG, CONAWAY, STARGATT & TAYLOR

I further certify that I caused to be served copies of the foregoing document on

August 22, 2007 upon the following in the manner indicated:

Josy W. Ingersoll, Esquire                          *VIA ELECTRONIC MAIL*
Karen L. Pascale, Esquire                              *and HAND DELIVERY*
YOUNG, CONAWAY, STARGATT & TAYLOR
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Edgar H. Haug, Esquire                              *VIA ELECTRONIC MAIL*
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY  10151

_____
Maryellen Noreika (#3208)