IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELIANT PHARMACEUTICALS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-774 (JJF) |
| ) | |
| PAR PHARMACEUTICAL, INC., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of subpoenas directed to (1) Robertson Microlit Laboratories, Inc.; (2) Ren-Pharm International, Ltd.; (3) BA Research International LP (Austin, TX); (4) PRACS Institute, Ltd.; (5) Particle Technology Labs, Inc.; and (6) BA Research International LP (Houston, TX) were caused to be served on September 7, 2007 upon the following in the manner indicated:

Josy W. Ingersoll, Esquire                                              *VIA HAND DELIVERY*
YOUNG, CONAWAY, STARGATT & TAYLOR
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

John Taylor, Esquire                                                         *VIA ELECTRONIC MAIL*
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY  10151

                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                        */s/ Jack B. Blumenfeld*
                        Jack B. Blumenfeld (# 1014)
                        Maryellen Noreika (# 3208)
                        1201 North Market Street
                        P.O. Box 1347
                        Wilmington, DE  19899-1347
                        (302) 658-9200
                        jblumenfeld@mnat.com
                        mnoreika@mnat.com

*Of Counsel*:                    *Attorneys for Plaintiff*

John Desmarais
Gerald J. Flattmann, Jr.
Christine Willgoos
KIRKLAND & ELLIS, LLP
Citigroup Center
153 E. 53rd Street
New York, NY  10022
(212) 446-4800

September 10, 2007

1229556

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

>Josy W. Ingersoll, Esquire
>YOUNG, CONAWAY, STARGATT & TAYLOR

I further certify that I caused to be served copies of the foregoing document on September 10, 2007 upon the following in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Karen L. Pascale, Esquire<br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Edgar H. Haug, Esquire<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY 10151 | *VIA ELECTRONIC MAIL* |

>*/s/ Jack B. Blumenfeld*
>Jack B. Blumenfeld (#1014)