**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| RELIANT PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-774-JJF |
| | ) | |
| PAR PHARMACEUTICAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF RENEWED MOTION**

TO:  Josy W. Ingersoll, Esquire           Edgar H. Haug, Esquire
     Karen L. Pascale, Esquire            Frommer Lawrence & Haug LLP
     Young, Conaway, Stargatt & Taylor    745 Fifth Avenue
     The Brandywine Building              New York, NY  10151
     1000 West Street
     17th Floor
     Wilmington, DE  19801

PLEASE TAKE NOTICE that the Plaintiff's Renewed Motion For Disqualification Of Frommer Lawrence & Haug, LLP will be presented to the Court on Friday, October 5, 2007 at 10:00 a.m.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld (#1014)*
Jack B. Blumenfeld (No. 1014)
Maryellen Noreika (No. 3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiff*

*Of Counsel:*

John Desmarais
Gerald J. Flattmann, Jr.
Christine Willgoos
KIRKLAND & ELLIS, LLP
Citigroup Center
153 E. 53rd Street
New York, NY  10022
(212) 446-4800

September 10, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

                Josy W. Ingersoll, Esquire
                Young, Conaway, Stargatt & Taylor

I further certify that I caused to be served copies of the foregoing document on September 10, 2007 upon the following in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL<br>AND HAND DELIVERY* |
| Edgar H. Haug, Esquire<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY  10151 | *VIA ELECTRONIC MAIL* |
| John B. Harris, Esquire<br>STILLMAN, FRIEDMAN & SHECTMAN, P.C.<br>425 Park Avenue<br>New York, NY  10022 | *VIA ELECTRONIC MAIL* |

                                              */s/ Jack B. Blumenfeld (#1014)*
                                              Jack B. Blumenfeld (#1014)