# SEALED DOCUMENT

Case 1:06-cv-00774-JJF    Document 91    Filed 09/10/2007    Page 1 of 1

SEALED DOCUMENT