UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
RELIANT PHARMACEUTICALS, INC., :
:
Plaintiff, :
: **Civil Action No. 06-774-JJF**
v. :
:
PAR PHARMACEUTICAL, INC., :
:
Defendant. :
:
---------------------------------------------------------------x

### DECLARATION OF OMAR JABRI IN SUPPORT OF PAR PHARMACEUTICAL, INC.'S OPPOSITION TO RELIANT PHARMACEUTICALS, INC.'S MOTION TO DISQUALIFY FROMMER LAWRENCE & HAUG LLP

I, Omar Jabri, declare:

1. I am an associate in the law firm of Frommer Lawrence and Haug LLP ("FLH" or "the Firm"). I am also part of the litigation team that is representing defendant Par Pharmaceutical, Inc. ("Par") in the above-captioned action. I submit this declaration in support of Par's opposition to plaintiff Reliant Pharmaceuticals, Inc.'s ("Reliant") motion to disqualify FLH. I have personal knowledge of the facts set forth in this Declaration, or I believe such facts to be true based upon my investigation and information provided to me by other knowledgeable persons.

2. I joined the Firm as an associate in September 2007.

3. I have never done any work on any Reliant matter, let alone the matter that forms the basis for Reliant's motion to disqualify FLH—Reliant's acquisition of Rythmol® and U.S. Patent No. 5,681,588 ("the '588 patent"). To my knowledge, I have never spoken with anyone from Reliant and I have never received or seen any confidential information that was provided to

00439044.DOC

the Firm by Reliant that relates to any matter. More specifically, I have never received or seen, and I have no personal knowledge of anyone at the Firm receiving, any information from Reliant, confidential or otherwise, that is substantially related to issues raised in the present litigation.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on: May 8, 2007

_____
Omar Jabri

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on September 21, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jack B. Blumenfeld [jbbefiling@mnat.com]
>Maryellen Noreika [menefiling@mnat.com]
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>(302) 658-9200

I further certify that on September 21, 2007, I caused a copy of the foregoing document to be served on the above-listed counsel and on the following non-registered participants in the manner indicated:

>***By E-Mail and Hand Delivery***
>
>Jack B. Blumenfeld [jblumenfeld@mnat.com]
>Maryellen Noreika [mnoreika@mnat.com]
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>(302) 658-9200
>
>***By E-Mail***
>
>John Desmarais [jdesmarais@kirkland.com]
>Gerald J. Flattmann, Jr. [gflattmann@kirkland.com]
>Christine Willgoos [cwillgoos@kirkland.com]
>KIRKLAND & ELLIS LLP
>Citigroup Center
>153 E. 53rd Street
>New York, NY  10022
>(212) 446-4800

2

Steven C. Cherny [steven.cherny@lw.com]
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4834
(212) 906-1200

        **YOUNG CONAWAY STARGATT & TAYLOR LLP**

        /s/ Karen L. Pascale
        _____
        Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
        Karen L. Pascale (No. 2903) [kpascale@ycst.com]
        The Brandywine Building
        1000 West Street, 17th Floor
        P.O. Box 391
        Wilmington, Delaware 19899-0391

         *Attorneys for Defendant-Counterclaimant,*
         *Par Pharmaceutical, Inc.*

2

DB02:5962508.1                                  066039.1001