IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RELIANT PHARMACEUTICALS, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 06-774 (JJF) |
| PAR PHARMACEUTICAL, INC., | ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff Reliant's Supplemental Responses to Par's First Set of Interrogatories* were caused to be served on September 24, 2007 upon the following in the manner indicated:

Josy W. Ingersoll, Esquire                                                     *VIA ELECTRONIC MAIL*
Karen Pascale, Esquire
YOUNG, CONAWAY, STARGATT & TAYLOR
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

John Taylor, Esquire                                                            *VIA ELECTRONIC MAIL*
Jim Stronski, Esquire                                                             *AND HAND DELIVERY*
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY  10151

2

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Jack B. Blumenfeld (#1014)*
          Jack B. Blumenfeld (# 1014)
          Maryellen Noreika (# 3208)
          1201 North Market Street
          P.O. Box 1347
          Wilmington, DE  19899-1347
          (302) 658-9200
          jblumenfeld@mnat.com
          mnoreika@mnat.com

*Of Counsel*:        *Attorneys for Plaintiff*

John Desmarais
Gerald J. Flattmann, Jr.
Christine Willgoos
KIRKLAND & ELLIS, LLP
Citigroup Center
153 E. 53rd Street
New York, NY  10022
(212) 446-4800

September 24, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

                Josy W. Ingersoll, Esquire
             YOUNG, CONAWAY, STARGATT & TAYLOR

I further certify that I caused to be served copies of the foregoing document on September 24, 2007 upon the following in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Karen L. Pascale, Esquire<br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Edgar H. Haug, Esquire<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY  10151 | *VIA ELECTRONIC MAIL* |

                              */s/ Jack B. Blumenfeld (#1014)*
                              Jack B. Blumenfeld (#1014)