REDACTED VERSION – PUBLICLY FILED

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

-------------------------------------------------------x
: 
RELIANT PHARMACEUTICALS, INC.,    :
: 
Plaintiff,    :
: 
v.    :    **Civil Action No. 06-774-JJF**
: 
PAR PHARMACEUTICAL, INC.,    :    **CONFIDENTIAL - FILED UNDER SEAL**
: 
Defendant.    :
: 
-------------------------------------------------------x

## DECLARATION OF THOMAS J. KOWALSKI IN SUPPORT OF PAR PHARMACEUTICAL, INC.'S OPPOSITION TO RELIANT PHARMACEUTICALS, INC.'S MOTION TO DISQUALIFY FROMMER LAWRENCE & HAUG LLP

I, Thomas J. Kowalski, declare:

1.    I am a partner in the law firm of Frommer Lawrence and Haug LLP ("FLH" or "the Firm"), counsel for defendant Par Pharmaceutical, Inc. ("Par") in the above-captioned action. I submit this declaration in support of Par's opposition to plaintiff Reliant Pharmaceuticals, Inc.'s ("Reliant") motion to disqualify FLH. I have personal knowledge of the facts set forth in this Declaration, or I believe such facts to be true based upon information provided to me by other knowledgeable persons.

2.    During the brief time that Reliant was a client of the Firm, I billed a total of 9.75 hours to their matters. I was called in very occasionally for minor consultation with respect to        matters. Specifically,                    I billed a total of 5.75 hours in            matter relating to a

The services included

# REDACTED

CONTAINS CONFIDENTIAL INFORMATION        00438040.DOC

REDACTED VERSION – PUBLICLY FILED

rejection of the application claims.  In                    I billed a total of 4.0 hours in

# REDACTED                                                  The services involved

Attached hereto as Exhibits 1 through 4 are true and correct copies of invoices dated

respectively, which describe the work

that I did.  Indeed, the hours I spent on Reliant matters                are less than 0.5% of

my total billable hours for each of those years.  Furthermore, I have no recollection of ever

dealing directly with Reliant.

     3.     The limited work I did for Reliant was completely unrelated to the subject matter

of the present litigation.  I am not working on the present litigation.  I did no work on any matter

that forms the basis for Reliant's motion to disqualify FLH—Reliant's acquisition of Rythmol®

and U.S. Patent No. 5,681,588 ("the '588 patent").  I have never received and have no personal

knowledge of any information, confidential or otherwise, that was provided to the Firm by

Reliant.  More particularly, I have never received and have no personal knowledge of any

information, confidential or otherwise, that was provided to the Firm by Reliant that is

substantially related to issues raised in the present litigation.

     I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true

and correct.

Executed on: May 7, 2007

Thomas J. Kowalski

CONTAINS CONFIDENTIAL INFORMATION

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on September 28, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jack B. Blumenfeld [jbbefiling@mnat.com]
> Maryellen Noreika [menefiling@mnat.com]
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899
> (302) 658-9200

I further certify that on September 28, 2007, I caused a copy of the foregoing document to be served on the above-listed counsel and on the following non-registered participants in the manner indicated:

> ### By E-Mail
>
> Jack B. Blumenfeld [jblumenfeld@mnat.com]
> Maryellen Noreika [mnoreika@mnat.com]
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899
> (302) 658-9200
>
> ### By E-Mail
>
> John Desmarais [jdesmarais@kirkland.com]
> Gerald J. Flattmann, Jr. [gflattmann@kirkland.com]
> Christine Willgoos [cwillgoos@kirkland.com]
> KIRKLAND & ELLIS LLP
> Citigroup Center
> 153 E. 53rd Street
> New York, NY 10022
> (212) 446-4800

Steven C. Cherny [steven.cherny@lw.com]
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4834
(212) 906-1200

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

/s/ Karen L. Pascale
_____

Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391

*Attorneys for Defendant-Counterclaimant,*
*Par Pharmaceutical, Inc.*

2

# EXHIBITS 1 THROUGH 4 REDACTED IN THEIR ENTIRETY