IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELIANT PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PAR PHARMACEUTICAL, INC. <br><br> Defendant. | C.A. No. 06-774 (JJF) |

## CORRECTED CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2007 I electronically filed *Plaintiff Reliant Pharmaceuticals, Inc.'s Reply Brief In Support Of Its Renewed Motion For Disqualification Of Frommer Lawrence & Haug LLP* ("Reply Brief") (D.I. 124) with the Clerk of the Court using CM/ECF, which sent notification of such filing to:

> Josy W. Ingersoll, Esquire
> YOUNG, CONAWAY, STARGATT & TAYLOR

I further certify that I caused to be served REDACTED copies of the Reply Brief on September 28, 2007 upon the following in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire <br> Karen L. Pascale, Esquire <br> YOUNG, CONAWAY, STARGATT & TAYLOR <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* <br> *and HAND DELIVERY* |
| Edgar H. Haug, Esquire <br> FROMMER LAWRENCE & HAUG LLP <br> 745 Fifth Avenue <br> New York, NY 10151 | *VIA ELECTRONIC MAIL* |
| John B. Harris, Esquire <br> STILLMAN, FRIEDMAN & SHECTMAN, P.C. <br> 425 Park Avenue <br> New York, NY 10022 | *VIA ELECTRONIC MAIL* |

I also further certify that I caused to be served UNREDACTED copies of the Reply Brief on October 2, 2007 upon the following in the manner indicated:

John B. Harris, Esquire                                                VIA ELECTRONIC MAIL
STILLMAN, FRIEDMAN & SHECTMAN, P.C.
425 Park Avenue
New York, NY 10022

                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                              */s/ Maryellen Noreika*
                              Jack B. Blumenfeld (# 1014)
                              Maryellen Noreika (# 3208)
                              1201 North Market Street
                              P.O. Box 1347
                              Wilmington, DE 19899-1347
                              (302) 658-9200
                              jblumenfeld@mnat.com
                              mnoreika@mnat.com

*Of Counsel*:                             *Attorneys for Plaintiff*

John Desmarais
Gerald J. Flattmann, Jr.
Christine Willgoos
KIRKLAND & ELLIS, LLP
Citigroup Center
153 E. 53rd Street
New York, NY 10022
(212) 446-4800

October 2, 2007

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

> Josy W. Ingersoll, Esquire
> YOUNG, CONAWAY, STARGATT & TAYLOR

I further certify that I caused to be served copies of the foregoing document on October 2, 2007 upon the following in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Karen L. Pascale, Esquire<br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Edgar H. Haug, Esquire<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY  10151 | *VIA ELECTRONIC MAIL* |
| John B. Harris, Esquire<br>STILLMAN, FRIEDMAN & SHECTMAN, P.C.<br>425 Park Avenue<br>New York, NY  10022 | *VIA ELECTRONIC MAIL* |

/s/ *Maryellen Noreika*
Maryellen Noreika (#3208)