IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELIANT PHARMACEUTICALS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PAR PHARMACEUTICAL, INC., ) <br> ) <br> Defendant. ) | C.A. No. 06-774 (JJF) |

### NOTICE OF SUBPOENA

PLEASE TAKE NOTICE THAT a subpoena, a copy of which has been served on counsel for the defendant, will be served upon Foley & Lardner LLP.

                                         MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                         /s/ Jack B. Blumenfeld
                                         Jack B. Blumenfeld (# 1014)
                                         Maryellen Noreika (# 3208)
                                         1201 North Market Street
                                         P.O. Box 1347
                                         Wilmington, DE  19899-1347
                                         (302) 658-9200
                                         jblumenfeld@mnat.com
                                         mnoreika@mnat.com

OF COUNSEL:                          *Attorneys for Plaintiff*

John Desmarais
Gerald J. Flattmann, Jr.
Christine Willgoos
KIRKLAND & ELLIS, LLP
Citigroup Center
153 E. 53rd Street
New York, NY  10022
(212) 446-4800

October 31, 2007
1302363

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

> Josy W. Ingersoll, Esquire
> YOUNG, CONAWAY, STARGATT & TAYLOR

I further certify that I caused to be served copies of the foregoing document on October 31, 2007 upon the following in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Karen L. Pascale, Esquire<br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| Edgar H. Haug, Esquire<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY 10151 | *VIA ELECTRONIC MAIL* |

_____
Jack B. Blumenfeld (#1014)