IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| RELIANT PHARMACEUTICALS, INC., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 06-774-JJF |
| PAR PHARMACEUTICAL, INC., | : | |
| Defendant. | : | |

**DEFENDANT'S MOTION TO COMPEL DISCOVERY OF FOREIGN INVENTORS**

Defendant, Par Pharmaceutical, Inc. ("Par"), respectfully moves the Court, pursuant to Fed. R. Civ. P. 37(b), to compel Plaintiff, Reliant Pharmaceuticals, Inc., to produce foreign inventors for depositions in the United States and to produce the inventors' responsive documents. A proposed form of order is attached hereto. The grounds for this motion are set forth in Defendant's Opening Brief and the Declaration of James K. Stronski, submitted herewith.

December 19, 2007

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Tel.: (302) 571-6600
Fax: (302) 571-1253

- and -

FROMMER LAWRENCE & HAUG LLP
Edgar H. Haug
James K. Stronski
John G. Taylor
745 Fifth Avenue
New York, New York 10151
Tel: (212) 588-0800
Fax: (212) 588-0500

*Attorneys for Defendant, Par Pharmaceutical, Inc.*

# CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on December 19, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>   Jack B. Blumenfeld [jbbefiling@mnat.com]
>   Maryellen Noreika [menefiling@mnat.com]
>   MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>   1201 North Market Street
>   P.O. Box 1347
>   Wilmington, DE 19899
>   (302) 658-9200

I further certify that on December 19, 2007, I caused a copy of the foregoing document to be served on the above-listed counsel and on the following non-registered participants in the manner indicated:

### *By E-Mail and Hand Delivery*

>   Jack B. Blumenfeld [jblumenfeld@mnat.com]
>   Maryellen Noreika [mnoreika@mnat.com]
>   MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>   1201 North Market Street
>   P.O. Box 1347
>   Wilmington, DE 19899
>   (302) 658-9200

### *By E-Mail*

>   John Desmarais [jdesmarais@kirkland.com]
>   Gerald J. Flattmann, Jr. [gflattmann@kirkland.com]
>   Christine Willgoos [cwillgoos@kirkland.com]
>   KIRKLAND & ELLIS LLP
>   Citigroup Center
>   153 E. 53rd Street
>   New York, NY 10022
>   (212) 446-4800

Steven C. Cherny [steven.cherny@lw.com]
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
(212) 906-1200

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391

*Attorneys for Defendant-Counterclaimant,
Par Pharmaceutical, Inc.*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RELIANT PHARMACEUTICALS, INC., | : | |
| Plaintiff, | : : : | |
| v. | : : | C.A. No. 06-774-JJF |
| PAR PHARMACEUTICAL, INC., | : : | |
| Defendant. | : : | |

### RULE 7.1.1. STATEMENT

Pursuant to Rule 7.1.1 of the Local Rules of the United States District Court for the District of Delaware, I hereby certify that counsel for Defendant, Par Pharmaceutical, Inc., has made a reasonable effort to reach agreement with counsel for Plaintiff, Reliant Pharmaceuticals, Inc., on the matters set forth in Defendant's Motion to Compel Discovery of Foreign Inventors, and that the parties have not been able to reach agreement.

December 19, 2007

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Tel.: (302) 571-6600
Fax: (302) 571-1253

- and -

FROMMER LAWRENCE & HAUG LLP
Edgar H. Haug
James K. Stronski
John G. Taylor
745 Fifth Avenue
New York, New York 10151
Tel: (212) 588-0800
Fax: (212) 588-0500

*Attorneys for Defendant, Par Pharmaceutical, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELIANT PHARMACEUTICALS, INC., :<br><br>Plaintiff, :<br><br>v. :<br><br>PAR PHARMACEUTICAL, INC., :<br><br>Defendant. : | C.A. No. 06-774-JJF |

## ORDER

WHEREAS, Defendant has filed a Motion to Compel Discovery of Foreign Inventors; and the Court having considered the respective papers submitted by Defendant and Plaintiff in support of, and in opposition to, said motion; and the Court having considered oral argument of counsel for the respective parties, if any; and the Court having considered the pleadings in this matter and the current status of the case; and for other good cause having been shown;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.  Plaintiff shall produce the foreign inventors, Karl Kolter, Helmut Fricke, Volker Buehler, and Herbert Mueller-Peltzer (collectively "the inventors"), in the United States for depositions at a time and place agreed to by the parties, but in no event later than the March 7, 2008 end of fact discovery; and

2.  Plaintiff shall produce one week before the first inventor deposition all documents, if any, of each and every inventor that are responsive to Defendant's subpoenas for documents served on Reliant's and the inventors' counsel on August 8, 2007, and a proper privilege log of any documents withheld on the ground of a privilege shall also be produced at such time;

3.    If Plaintiff fails to produce the inventors and their documents as ordered in paragraphs 1 and 2 of this Order, then:

    a. The 30-month statutory stay of approval of Defendant's Abbreviated New Drug Application No. 78-540 shall be shortened to expire on March 7, 2008 pursuant to 21 U.S.C. § 355(j)(5)(B)(iii);

    b. Adverse inferences shall be drawn that: (i) the inventors were aware of U.S. Patent No. 4,797,287 ("the '287 patent") during the prosecution of U.S. Patent No. 5,681,588 ("the '588 patent"); (ii) the inventors intentionally failed to disclose the '287 patent to the U.S. Patent and Trademark Office ("PTO") or the individuals prosecuting the '588 patent before the PTO; and (iii) the inventors believed the '287 patent was material to the patentability of the '588 patent; and

4.    Reliant shall be precluded from introducing any evidence from the inventors (including but not limited to declarations, reports, or witness summaries) for any purpose at trial or in connection with any motions, hearings, or other proceedings in this case..

DATED: _____ _____, 2008    _____
                                                                         UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| RELIANT PHARMACEUTICALS, INC., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> PAR PHARMACEUTICAL, INC., : <br> : <br> Defendant. : | C.A. No. 06-774-JJF |

## NOTICE OF MOTION

TO:  Jack B. Blumenfeld, Esq.  
     Maryellen Noreika, Esq.  
     MORRIS, NICHOLS, ARSHT & TUNNELL LLP  
     1201 North Market Street  
     P.O. Box 1347  
     Wilmington, DE 19899  
     (302) 658-9200  

John Desmarais, Esq.  
Gerald J. Flattmann, Jr., Esq.  
Christine Willgoos, Esq.  
KIRKLAND & ELLIS LLP  
Citigroup Center  
153 E. 53rd Street  
New York, NY 10022  
(212) 446-4800  

PLEASE TAKE NOTICE that Defendant, Par Pharmaceutical, Inc., will present Defendant's Motion to Compel Discovery of Foreign Inventors to the Court on Friday, January 18, 2008 at 10:00 a.m., or as soon thereafter as is convenient to the Court

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

December 19, 2007

Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]  
Karen L. Pascale (No. 2903) [kpascale@ycst.com]  
Karen E. Keller (No. 4489) [kkeller@ycst.com]  
The Brandywine Building  
1000 West St., 17th Floor  
P.O. Box 391  
Wilmington, Delaware 19899-0391  
Tel.: (302) 571-6600  
Fax: (302) 571-1253  

- and -

FROMMER LAWRENCE & HAUG LLP
Edgar H. Haug
James K. Stronski
John G. Taylor
745 Fifth Avenue
New York, New York 10151
Tel: (212) 588-0800
Fax: (212) 588-0500

*Attorneys for Defendant, Par Pharmaceutical, Inc.*