IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELIANT PHARMACEUTICALS, INC., :<br><br>Plaintiff, :<br><br>v. :<br><br>PAR PHARMACEUTICAL, INC., :<br><br>Defendant. : | C.A. No. 06-774-JJF |

**NOTICE OF DEPOSITION OF RELIANT PHARMACEUTICALS, INC.
PURSUANT TO FED. R. CIV. P. 30(b)(6)**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Defendant Par Pharmaceutical, Inc. ("Par") will take the oral deposition of Reliant Pharmaceuticals, Inc. ("Reliant") at the offices of Frommer Lawrence & Haug LLP, 745 Fifth Avenue, New York, NY 10151 beginning at 9:00 a.m. on February 6, 2008, or at such other time and location as is mutually agreeable. The topics for the deposition are set forth in Exhibit A attached hereto.

In accordance with Rule 30(b)(6) of the Federal Rules of Civil Procedure, Reliant is advised that is required to designate one or more officers, directors, managing agents, or other persons who consent to testify on its behalf with respect to the matters set forth in attached Exhibit A. No less than five business days before the scheduled deposition date, Reliant is requested to designate in writing to Par the names of the persons who will testify on its behalf, specifying the matters on which each person will testify.

The deposition will be taken in accordance with the Federal Rules of Civil Procedure before an official authorized to administer oaths under the laws of the United States, and shall

continue from day to day until completed. This deposition may be recorded by any means permitted under the Federal Rules of Civil Procedure, including audio, audio-visual, and/or stenographic means.

    Plaintiff's counsel is invited to attend and cross-examine.

December 27, 2007

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: 302-571-6600
Fax: 302-571-1253

- and -

FROMMER LAWRENCE & HAUG LLP
Edgar H. Haug
James K. Stronski
John G. Taylor
745 Fifth Avenue
New York, New York 10151
Tel: (212) 588-0800
Fax: (212) 588-0500

*Attorneys for Defendant, Par Pharmaceutical, Inc.*

# EXHIBIT A

In accordance with Rule 30(b)(6) of the Federal Rules of Civil Procedure, the deponent, Reliant Pharmaceuticals, Inc. ("Reliant"), has a duty to designate one or more officers, directors, managing agents, or other persons who consent to testify on its behalf with respect to the matters set forth below. No less than five business days before the scheduled deposition date, Reliant is requested to designate in writing to Par Pharmaceutical, Inc. ("Par") the names of the person(s) who will testify on Reliant's behalf with respect to each of the following categories:

1. The factual bases for Reliant's contention or belief that the proposed propafenone HCl SR capsules that are the subject of Par's Abbreviated New Drug Application ("ANDA") No. 78-540 ("Par's accused products") infringe any claim of U.S. Patent No. 5,681,588 ("the '588 patent").

2. Any pre-suit investigation by or on behalf of Reliant to determine if Par's accused products infringe any claim of the '588 patent.

3. The decision to sue Par for infringement of the '588 patent.

4. The factual bases for Reliant's contention or belief that Par's conduct warrants that this be declared an exceptional case pursuant to 35 U.S.C. § 285.

5. Any investigations, threats to sue, or actual lawsuits by Reliant or any other party concerning infringement of the '588 patent by any product other than Par's accused products.

6. Reliant's plans or strategies for delaying generic competition for Rythmol® SR.

7. The planning, preparation, filing, and approval process for New Drug Application ("NDA") No. 21-416, including clinical trials, amendments, supplements, and annual reports.

8. Reliant's acquisition of Rythmol® SR and the '588 patent from Abbott Laboratories, Inc. ("Abbott"), including but not limited to the decision to seek to acquire Rythmol® SR and the '588 patent, the considerations that went into the decision to acquire Rythmol® SR and the '588 patent, communications with Abbott concerning the acquisition of Rythmol® SR and the '588 patent, the negotiations of the acquisition of Rythmol® SR and the '588 patent, and any due diligence conducted in connection with the acquisition of Rythmol® SR and the '588 patent.

9. The factual bases for Reliant's contention or belief that claims in the '588 patent cover or read on Rythmol® SR.

10. The factual bases for Reliant's contention or belief that secondary indicia of non-obviousness (including commercial success, failure of others, long-felt need, acquiescence, and copying) "buttress the statutory presumption of validity of the '588 patent," including the nexus between these secondary indicia of non-obviousness and the claimed subject matter of the '588 patent.

11. The research and development resulting in and testing of each invention claimed in the '588 patent.

12. The conception and reduction to practice of each invention claimed in the '588 patent.

13. The first sale, offer for sale, description in a printed publication, and/or disclosure to a person other than the inventors of each invention claimed in the '588 patent.

14. The preparation and prosecution of the patent application that issued as the '588 patent.

15. The technical field of art to which the '588 patent pertains.

16. The level of ordinary skill in the art to which the '588 patent pertains at the time the inventions claimed in the '588 patent were made.

17. The total amount of revenue from sales of Rythmol® SR as well as the revenue each year from sales of that product.

18. The total gross profit and total net profit from sales of Rythmol® SR as well as the gross profit and net profit each year from sales of that product.

19. The marketing, advertising, and sales promotion activities for Rythmol® SR.

20. The total amount spent on marketing, advertising, and sales promotion for Rythmol® SR as well as the amount spent each year on marketing, advertising, and sales promotion for that product.

21. The nature and substance of all searches made by or on behalf of Reliant to locate documents and things responsive to Par's first and second sets of document requests.

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on December 27, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jack B. Blumenfeld [jbbefiling@mnat.com]
>Maryellen Noreika [menefiling@mnat.com]
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>(302) 658-9200

I further certify that on December 27, 2007, I caused a copy of the foregoing document to be served on the above-listed counsel and on the following non-registered participants in the manner indicated:

>*By E-Mail and Hand Delivery*
>
>Jack B. Blumenfeld [jblumenfeld@mnat.com]
>Maryellen Noreika [mnoreika@mnat.com]
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>(302) 658-9200
>
>*By E-Mail*
>
>John Desmarais [jdesmarais@kirkland.com]
>Gerald J. Flattmann, Jr. [gflattmann@kirkland.com]
>Christine Willgoos [cwillgoos@kirkland.com]
>William T. Vuk [wvuk@kirkland.com]
>KIRKLAND & ELLIS LLP
>Citigroup Center
>153 E. 53rd Street
>New York, NY 10022
>(212) 446-4800

2

Steven C. Cherny [steven.cherny@lw.com]
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
(212) 906-1200

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391

*Attorneys for Defendant-Counterclaimant,
Par Pharmaceutical, Inc.*

2