# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

January 3, 2008

The Honorable Joseph J. Farnan, Jr.   *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE  19801

      Re:    *Reliant Pharmaceuticals, Inc. v. Par Pharmaceutical, Inc.*
             C.A. No. 06-774-JJF

Dear Judge Farnan:

        I write on behalf of plaintiff Reliant Pharmaceuticals, Inc. ("Reliant") to bring to the Court's attention recent developments relevant to Reliant's pending Renewed Motion To Disqualify Frommer, Lawrence and Haug from representing defendant Par Pharmaceutical, Inc. ("Par") in this action. D.I. 86. The basis for Reliant's motion is that Frommer, Lawrence and Haug ("FLH") previously represented Reliant in connection with its acquisition from Abbott Laboratories, Inc. ("Abbott") of the patent and drug that are at issue in this litigation.

        Par recently served a Rule 30(b)(6) notice of deposition on Reliant. D.I. 136. That notice seeks testimony from Reliant regarding its acquisition of the '588 patent-in-suit and the Rythmol® SR product from Abbott, and Reliant's diligence in that acquisition. Par's deposition notice includes the following topic (at ¶ 8, emphasis added) (Exhibit A):

> Reliant's acquisition of Rythmol® SR and the '588 patent from Abbott Laboratories, Inc. ("Abbott"), including but not limited to the decision to seek to acquire Rythmol® SR and the '588 patent, the considerations that went into the decision to acquire Rythmol® SR and the '588 patent, communications with Abbott concerning the acquisition of Rythmol® SR and the '588 patent, the negotiations of the acquisition of Rythmol® SR and the '588 patent, ***and any due diligence conducted in connection with the acquisition of Rythmol® SR and the '588 patent.***

The Honorable Joseph J. Farnan, Jr.
January 3, 2008
Page 2

        These matters on which Par now seeks testimony from Reliant are unquestionably matters on which FLH previously represented Reliant and gave it legal advice. Indeed, in its opposition to the motion to disqualify, Par acknowledged that FLH gave Reliant legal advice concerning the agreement with Abbott, but argued that "[t]he terms of the Reliant-Abbott agreement are not at issue since the '588 patent's validity and Par's supposed infringement of it exist regardless of anything contained in the document transferring ownership." D.I. 99 at 30. Yet Par now seeks discovery regarding that agreement and places that agreement – and even the advice that FLH gave to Reliant – at issue in this litigation.

        This leaves no doubt that FLH's current representation of Par with respect to the '588 patent and the Rythmol® product in this litigation is substantially related to its prior representation of Reliant concerning the same patent and same drug. Reliant requests that the Court grant Reliant's motion to disqualify FLH.

Respectfully,

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)

JBB/dlb
Enclosure
cc:    Clerk of Court (Via Hand Delivery)
        Josy W. Ingersoll, Esquire (Via Hand Delivery)
        Karen L. Pascale, Esquire (Via Hand Delivery)
        Edgar H. Haug, Esquire (Via Electronic Mail)
        John B. Harris, Esquire (Via Electronic Mail)
        Gerald J. Flattmann, Esquire (Via Electronic Mail)
1349058.1

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELIANT PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PAR PHARMACEUTICAL, INC., <br><br> Defendant. | : <br> : <br> : <br> : <br> : C.A. No. 06-774-JJF <br> : <br> : <br> : <br> : |

**NOTICE OF DEPOSITION OF RELIANT PHARMACEUTICALS, INC.**
**PURSUANT TO FED. R. CIV. P. 30(b)(6)**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Defendant Par Pharmaceutical, Inc. ("Par") will take the oral deposition of Reliant Pharmaceuticals, Inc. ("Reliant") at the offices of Frommer Lawrence & Haug LLP, 745 Fifth Avenue, New York, NY 10151 beginning at 9:00 a.m. on February 6, 2008, or at such other time and location as is mutually agreeable. The topics for the deposition are set forth in Exhibit A attached hereto.

In accordance with Rule 30(b)(6) of the Federal Rules of Civil Procedure, Reliant is advised that is required to designate one or more officers, directors, managing agents, or other persons who consent to testify on its behalf with respect to the matters set forth in attached Exhibit A. No less than five business days before the scheduled deposition date, Reliant is requested to designate in writing to Par the names of the persons who will testify on its behalf, specifying the matters on which each person will testify.

The deposition will be taken in accordance with the Federal Rules of Civil Procedure before an official authorized to administer oaths under the laws of the United States, and shall

## EXHIBIT A

In accordance with Rule 30(b)(6) of the Federal Rules of Civil Procedure, the deponent, Reliant Pharmaceuticals, Inc. ("Reliant"), has a duty to designate one or more officers, directors, managing agents, or other persons who consent to testify on its behalf with respect to the matters set forth below. No less than five business days before the scheduled deposition date, Reliant is requested to designate in writing to Par Pharmaceutical, Inc. ("Par") the names of the person(s) who will testify on Reliant's behalf with respect to each of the following categories:

1. The factual bases for Reliant's contention or belief that the proposed propafenone HCl SR capsules that are the subject of Par's Abbreviated New Drug Application ("ANDA") No. 78-540 ("Par's accused products") infringe any claim of U.S. Patent No. 5,681,588 ("the '588 patent").

2. Any pre-suit investigation by or on behalf of Reliant to determine if Par's accused products infringe any claim of the '588 patent.

3. The decision to sue Par for infringement of the '588 patent.

4. The factual bases for Reliant's contention or belief that Par's conduct warrants that this be declared an exceptional case pursuant to 35 U.S.C. § 285.

5. Any investigations, threats to sue, or actual lawsuits by Reliant or any other party concerning infringement of the '588 patent by any product other than Par's accused products.

6. Reliant's plans or strategies for delaying generic competition for Rythmol® SR.

7. The planning, preparation, filing, and approval process for New Drug Application ("NDA") No. 21-416, including clinical trials, amendments, supplements, and annual reports.

8. Reliant's acquisition of Rythmol® SR and the '588 patent from Abbott Laboratories, Inc. ("Abbott"), including but not limited to the decision to seek to acquire Rythmol® SR and the '588 patent, the considerations that went into the decision to acquire Rythmol® SR and the '588 patent, communications with Abbott concerning the acquisition of Rythmol® SR and the '588 patent, the negotiations of the acquisition of Rythmol® SR and the '588 patent, and any due diligence conducted in connection with the acquisition of Rythmol® SR and the '588 patent.

9. The factual bases for Reliant's contention or belief that claims in the '588 patent cover or read on Rythmol® SR.