IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RELIANT PHARMACEUTICALS, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 06-774 (JJF) |
| PAR PHARMACEUTICAL, INC., | ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of 1) *Plaintiff Reliant Pharmaceuticals, Inc.'s 30(b)(6) Notice of Deposition*; 2) *Plaintiff Reliant's Second Set of Interrogatories*; and 3) *Plaintiff Reliant's Third Set of Requests for the Production of Documents and Things* were caused to be served on January 3, 2008 upon the following in the manner indicated:

Josy W. Ingersoll, Esquire                                              *VIA FEDERAL EXPRESS AND*
YOUNG, CONAWAY, STARGATT & TAYLOR                                       *ELECTRONIC MAIL*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

John Taylor, Esquire                                                    *VIA HAND AND ELECTRONIC MAIL*
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY  10151

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Maryellen Noreika*

          ―――――――――――――――――――
          Jack B. Blumenfeld (# 1014)
          Maryellen Noreika (# 3208)
          1201 North Market Street
          P.O. Box 1347
          Wilmington, DE  19899-1347
          (302) 658-9200
          jblumenfeld@mnat.com
          mnoreika@mnat.com

          *Attorneys for Plaintiff*

OF COUNSEL:

John Desmarais
Gerald J. Flattmann, Jr.
Christine Willgoos
KIRKLAND & ELLIS, LLP
Citigroup Center
153 E. 53rd Street
New York, NY  10022
(212) 446-4800

January 3, 2008
679019

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

        Josy W. Ingersoll, Esquire
        YOUNG, CONAWAY, STARGATT & TAYLOR

I further certify that I caused to be served copies of the foregoing document on January 3, 2008 upon the following in the manner indicated:

Josy W. Ingersoll, Esquire         *VIA ELECTRONIC MAIL*
YOUNG, CONAWAY, STARGATT & TAYLOR
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

John Taylor, Esquire         *VIA ELECTRONIC MAIL*
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151

*/s/ Maryellen Noreika*
_____
Maryellen Noreika (#3208)