IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELIANT PHARMACEUTICALS, INC., | : |
| Plaintiff, | : |
| v. | : C.A. No. 06-774-JJF |
| PAR PHARMACEUTICAL, INC., | : |
| Defendant. | : |

### DECLARATION OF JOHN G. TAYLOR IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL DISCOVERY OF FOREIGN INVENTORS

YOUNG CONAWAY STARGATT & TAYLOR LLP
Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Tel.: (302) 571-6600
Fax: (302) 571-1253

- and -

FROMMER LAWRENCE & HAUG LLP
Edgar H. Haug
James K. Stronski
John G. Taylor
745 Fifth Avenue
New York, New York 10151
Tel: (212) 588-0800
Fax: (212) 588-0500

*Attorneys for Defendant, Par Pharmaceutical, Inc.*

January 11, 2008

512689.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELIANT PHARMACEUTICALS, INC., | : |
| Plaintiff, | : |
| v. | : C.A. No. 06-774-JJF |
| PAR PHARMACEUTICAL, INC., | : |
| Defendant. | : |

**DECLARATION OF JOHN G. TAYLOR IN SUPPORT OF
DEFENDANT'S MOTION TO COMPEL DISCOVERY OF FOREIGN INVENTORS**

I, John G. Taylor, declare:

1. I am a partner in the law firm of Frommer Lawrence & Haug LLP ("FLH"), counsel for defendant Par Pharmaceutical, Inc. ("Par"). I submit this declaration in support of Defendant's Motion to Compel Discovery of Foreign Inventors. I have personal knowledge of the facts set forth in this declaration, or I believe them to be true based upon my investigation and information provided to me by other knowledgeable persons.

2. On December 14, 2007, we sent Reliant's counsel a letter renewing Par's request that Reliant secure the appearance of the inventors of U.S. Patent No. 5,681,588 ("the '588 patent") for depositions and collect and produce their relevant documents. This request was based on a patent assignment agreement executed by the inventors that obligates them to cooperate in U.S. litigations involving the '588 patent. In the December 14 letter, we also advised Reliant's counsel that Par would file the instant motion to compel if the parties could not reach agreement concerning discovery of the inventors. On December 19, counsel for the parties met and conferred to discuss Par's motion to compel. During the course of that conference,

512689.DOC

Reliant's counsel advised us that it had not yet contacted the inventors concerning the patent assignment agreement and whether they would reconsider their decision to not appear voluntarily in this litigation.

3. Par's German local counsel was informed by German authorities who had been served with Par's Letters of Request in this action that Germany's reservation under Article 23 of the Hague Convention does not allow for pre-trial discovery of documents as that practice is known in common law countries. German authorities also informed Par's local counsel that the submitted Letters of Request must set forth in detail the questions to be posed to the witnesses.

4. We have prepared revised Letters of Request to address the German authorities' objections. I provided copies of revised Letters of Request to Reliant's counsel on January 8, 2007 and asked if they would consent to their issuance. Reliant's counsel has not yet responded.

5. Attached hereto as Exhibit 1 is a true and correct copy of a letter from John G. Taylor to Gerald J. Flatttmann, Jr., dated August 21, 2007 (without enclosures), and true and correct copies of the first three pages of a 72-page document that was enclosed with the letter. The 72-page document included a copy of the patent assignment agreement that is attached as Exhibit 3 to the January 8, 2008 Declaration of Alexander L. Greenberg submitted by Relaint in opposition to the instant motion.

6. Attached hereto as Exhibit 2 is a true and correct copy of a letter from Adina C. Neuwirth to John G. Taylor, dated October 5, 2007 (without enclosures). Included as an enclosure to this letter was a copy of the patent assignment agreement referred to in paragraph 2 of this Declaration.

2

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 11th day of January, 2008, at New York, New York.

_____
John G. Taylor

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on January 11, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jack B. Blumenfeld [jbbefiling@mnat.com]
>Maryellen Noreika [menefiling@mnat.com]
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>(302) 658-9200

I further certify that on January 11, 2008, I caused a copy of the foregoing document to be served on the above-listed counsel and on the following non-registered participants in the manner indicated:

>***By E-Mail and Hand Delivery***
>
>Jack B. Blumenfeld [jblumenfeld@mnat.com]
>Maryellen Noreika [mnoreika@mnat.com]
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>(302) 658-9200
>
>***By E-Mail***
>
>John Desmarais [jdesmarais@kirkland.com]
>Gerald J. Flattmann, Jr. [gflattmann@kirkland.com]
>Christine Willgoos [cwillgoos@kirkland.com]
>William T. Vuk [wvuk@kirkland.com]
>KIRKLAND & ELLIS LLP
>Citigroup Center
>153 E. 53rd Street
>New York, NY  10022
>(212) 446-4800

Steven C. Cherny [steven.cherny@lw.com]
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4834
(212) 906-1200

        YOUNG CONAWAY STARGATT & TAYLOR LLP

/s/ Karen E. Keller
_____
Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391

*Attorneys for Defendant-Counterclaimant,
Par Pharmaceutical, Inc.*

2

# EXHIBIT 1

 **FROMMER LAWRENCE & HAUG** LLP

New York
745 Fifth Avenue
New York, NY 10151
Telephone: (212) 588-0800
Fax: (212) 588-0500

www.flhlaw.com

Washington, DC
Tokyo

August 21, 2007

**John G. Taylor**
JTaylor@flhlaw.com

**BY E-MAIL (w/o production documents) AND HAND DELIVERY**

Gerald J. Flattmann, Jr., Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

Re:   Reliant Pharmaceuticals, Inc. v. Par Pharmaceutical, Inc.
      Civil Action No. 06-774-JJF (D. Del)

Dear Gerald:

Enclosed please find the following:

1. Defendant's Objections and Responses to Plaintiff's Interrogatories Concerning Frommer Lawrence & Haug LLP's Representation of Par in this Action;

2. Defendant's Objections and Responses to Plaintiff's Document Requests Concerning Frommer Lawrence & Haug LLP's Representation of Par in this Action;

3. Par's Privileged Document Log;

4. Par's Redacted Document Log; and

5. production documents bearing production numbers PAR-FLH001-752.

Sincerely,

John G. Taylor

cc:   Jack B. Blumenfeld, Esq. (via e-mail only w/o production documents)
      Steven C. Cherny, Esq. (via e-mail only w/o production documents)
      Christine Willgoos, Esq. (via e-mail only w/o production documents)
      John B. Harris, Esq. (via e-mail only w/o production documents)
      Mary Margulis-Ohnuma (via e-mail only w/o production documents)
      Josy E. Ingersoll, Esq. (via e-mail only w/o production documents)
      Karen L. Pascale, Esq. (via e-mail only w/o production documents)

00475063.DOC

# Patent Assignment Abstract of Title

**NOTE: Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.**

**Total Assignments:** 8
  **Patent #:** 5681588    **Issue Dt:** 10/28/1997    **Application #:** 08525749    **Filing Dt:** 10/03/1995
  **Inventors:** KARL KOLTER, HELMUT FRICKE, VOLKER BUEHLER, HERBERT MUELLER-PELTZER
    **Title:** DELAYED RELEASE MICROTABLET OF BETA-PHENYLPROPIOPHENONE DERIVATIVES
**Assignment:** 1
    **Reel/Frame:** 008616 / 0035        **Recorded:** 11/09/1995        **Pages:** 2
    **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
        **Assignors:** KOLTER, KARL                    **Exec Dt:** 02/17/1994
                       FRICKE, HELMUT                  **Exec Dt:** 02/17/1994
                       BUEHLER, VOLKER                 **Exec Dt:** 02/17/1994
                       MUELLER-PELTZER, HERBERT        **Exec Dt:** 02/17/1994
        **Assignee:** KNOLL AKTIENGESELLSCHAFT
                      67061 LUDWIGSHAFEN, RHEINLAND PFALZ
                      GERMANY
    **Correspondent:** OBLON, SPIVAK, MCCLELLAND, MAIER ET AL.
                       TIMOTHY R. SCHWARTZ
                       ATTORNEYS AT LAW, FOURTH FLOOR
                       1755 JEFFERSON DAVIS HIGHWAY
                       ARLINGTON, VA 22202
**Assignment:** 2
    **Reel/Frame:** 013758 / 0551        **Recorded:** 02/24/2003        **Pages:** 22
    **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
        **Assignor:** KNOLL AKTIENGESELLSCHAFT          **Exec Dt:** 11/22/2001
        **Assignee:** ABBOTT GMBH & CO. KG
                      KNOLLSTRASSE
                      LUDWIGSHAFEN, GERMANY
    **Correspondent:** WOOD PHILIPS KATZ, ET AL.
                       MARTIN L. KATZ
                       500 WEST MADISON STREET
                       CITICORP CENTER, SUITE 3800
                       CHICAGO, IL 60661-2511
**Assignment:** 3
    **Reel/Frame:** 014455 / 0058        **Recorded:** 09/09/2003        **Pages:** 21
    **Conveyance:** CORRECTIVE ASSIGNMENT TO CORRECT THE ASSIGNEE ADDRESS. DOCUMENT PREVIOUSLY RECORDED ON REEL 013758 FRAME 0551, ASSIGNOR CONFIRMS THE ASSIGNMENT OF THE ENTIRE INTEREST.
        **Assignor:** KNOLL AKTIENGESELLSCHAFT          **Exec Dt:** 11/22/2001
        **Assignee:** ABBOTT GMBH & CO. KG
                      MAX-PLANCK-RING 2
                      WIESBADEN, GERMANY
    **Correspondent:** WOOD, PHILLIPS, KATZ, CLARK & MORTIMER
                       CITICORP CENTER, SUITE 3800

500 WEST MADISON STREET
CHICAGO, IL 60661-2511

**Assignment: 4**
    **Reel/Frame:** 014901 / 0679    **Recorded:** 01/21/2004    **Pages:** 3
    **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
    **Assignor:** ABBOTT GMBH & CO. KG    **Exec Dt:** 11/07/2003
    **Assignee:** ABBOTT LABORATORIES
    100 ABBOTT PARK ROAD
    ABBOTT PARK, ILLINOIS 60064
    **Correspondent:** LATHAM & WATKINS LLP
    MATTHEW W. WALCH
    SEARS TOWER, SUITE 5800
    233 S. WACKER DR.
    CHICAGO, IL 60606

**Assignment: 5**
    **Reel/Frame:** 014910 / 0543    **Recorded:** 01/21/2004    **Pages:** 3
    **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
    **Assignor:** ABBOTT LABORATORIES    **Exec Dt:** 12/03/2003
    **Assignee:** RELIANT PHARMACEUTICALS, LLC
    110 ALLEN ROAD
    LIBERTY CORNER, NEW JERSEY 07938
    **Correspondent:** LATHAM & WATKINS LLP
    MATTHEW W. WALCH
    233 S. WACKER DR.
    CHICAGO, IL 60606

**Assignment: 6**
    **Reel/Frame:** 015116 / 0592    **Recorded:** 09/08/2004    **Pages:** 6
    **Conveyance:** SECURITY AGREEMENT
    **Assignor:** RELIANT PHARMACEUTICALS, INC.    **Exec Dt:** 09/03/2004
    **Assignee:** CREDIT SUISSE FIRST BOSTON
    11 MADISON AVENUE
    ATTENTION: AGENCY GROUP
    NEW YORK, NEW YORK 10010
    **Correspondent:** LATHAM & WATKINS LLP
    CHRISTINA MCCLURE
    SEARS TOWER
    233 S. WACKER DRIVE, SUITE 5800
    CHICAGO, ILLINOIS 60606

**Assignment: 7**
    **Reel/Frame:** 015810 / 0418    **Recorded:** 09/27/2004    **Pages:** 6
    **Conveyance:** SECURITY AGREEMENT
    **Assignor:** RELIANT PHARMACEUTICALS, INC.    **Exec Dt:** 09/03/2004
    **Assignee:** CREDIT SUISSE FIRST BOSTON
    11 MADISON AVENUE
    NEW YORK, NEW YORK 10010
    **Correspondent:** CLEARY, GOTTLIEB, STEEN & HAMILTON

PAR-FLH188

MICHAEL HANNA
ONE LIBERTY PLAZA
NEW YORK, NY 1006

**Assignment: 8**

**Reel/Frame:** <u>016460 / 0713</u>   **Recorded:** 04/18/2005   **Pages:** 6

**Conveyance:** SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignor:** <u>RELIANT PHARMACEUTICALS, INC.</u>   **Exec Dt:** 04/13/2005

**Assignee:** <u>BANK OF NEW YORK, THE</u>
600 E. LAS COLINAS BLVD.
IRVING, TEXAS 75039

**Correspondent:** VICTOR CHIU
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

Search Results as of: 09/20/2006 09:34 AM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350.
Web Interface last modified: July 26, 2006 v.1.10

PAR-FLH189

# EXHIBIT 2

Case 1:06-cv-00774-JJF    Document 144-2    Filed 01/11/2008    Page 6 of 7

Abbott Laboratories
IP Litigation
Dept. 0324, Bldg. AP6A-1
100 Abbott Park Road
Abbott Park, IL 60064-6008

October 5, 2007

Mr. John G. Taylor, Esq.
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
Via Fax: 212-588-0500

Re: Reliant Pharmaceuticals, Inc. v. Par Pharmaceutical, Inc. Subpoena in a Civil Case
Case No. 06-774-JJF

Dear Mr. Taylor,

Enclosed is Abbott Laboratories' production of non-privileged documents responsive to the requests made by subpoena in the case of Reliant Pharmaceuticals, Inc. v. Par Pharmaceutical, Inc. Please note that certain documents are designated as confidential, outside counsel eyes only, pursuant the protective order entered in the above-referenced litigation. A copy of these materials will also be produced to Reliant Pharmaceuticals' outside counsel.

Sincerely,

*[signature]*

Adina C. Neuwirth
Litigation Paralegal
Intellectual Property Litigation

cc:    Christine Willgoos, Esq.

**Abbott**
A Promise for Life