IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RELIANT PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-774 (JJF) |
| | ) | |
| PAR PHARMACEUTICAL, INC., | ) | **REDACTED – PUBLIC VERSION** |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF ALEXANDER L. GREENBERG
IN SUPPORT RELIANT PHARMACEUTICALS, INC.'S BRIEF
IN OPPOSITION TO PAR PHARMACEUTICAL, INC.'S
<u>MOTION TO COMPEL DISCOVERY OF FOREIGN INVENTORS</u>**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiff*

OF COUNSEL:

John M. Desmarais
Gerald J. Flattmann, Jr.
Christine Willgoos
KIRKLAND & ELLIS LLP
Citigroup Center
153 E. 53rd Street
New York, NY  10022
(212) 446-4800

Original Filing Date:  January 8, 2008
Redacted Filing Date: January 15, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RELIANT PHARMACEUTICALS, INC.,    )
                                  )
            Plaintiff,            )
                                  )
                                  )
        v.                        )    Civil Action No. 06-774-JJF
                                  )    REDACTED - PUBLIC VERSION
PAR PHARMACEUTICAL, INC.          )
                                  )
            Defendant.            )
                                  )

## DECLARATION OF ALEXANDER L. GREENBERG
## IN SUPPORT OF RELIANT PHARMACEUTICALS, INC.'S BRIEF IN OPPOSITION
## TO PAR PHARMACEUTICALS, INC.'S MOTION TO COMPEL
## DISCOVERY OF FOREIGN INVENTORS

I am an associate at Kirkland & Ellis LLP, counsel for Reliant Pharmaceuticals, Inc. ("Reliant"). I submit this declaration in support of Reliant Pharmaceuticals, Inc.'s Opposition to Par Pharmaceuticals, Inc.'s Motion to Compel Discovery Of Foreign Inventors.

1. Attached as Exhibit 1 is a true and correct copy of an Assignment, dated February 17, 1994.

2. Attached as Exhibit 2 is a true and correct copy of the October 28, 2003 Asset Purchase Agreement with select portions of exhibits and schedules, Bates Nos. REL013051-091; REL013103-105; REL013176-177; REL013185.

3. Attached as Exhibit 3 is a true and correct copy of an August 21, 2007 letter from J. Taylor to G. Flattmann.

4. Attached as Exhibit 4 is a true and correct copy of an August 8, 2007 letter from J. Taylor to G. Flattmann.

5. Attached as Exhibit 5 is a true and correct copy of an August 10, 2007 letter from C. Willgoos to J. Taylor.

6.      Attached as Exhibit 6 is a true and correct copy of an August 21, 2007

letter from C. Willgoos to J. Taylor.

7.      Attached as Exhibit 7 is a true and correct copy of a December 14, 2007

letter from J. Stronski to W. Vuk.


I declare under penalty of perjury that the foregoing is true and correct.


Alexander L. Greenberg

January 8, 2008
New York, New York.

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2008 I electronically filed the foregoing with

the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

Josy W. Ingersoll, Esquire
YOUNG, CONAWAY, STARGATT & TAYLOR

I further certify that I caused to be served copies of the foregoing document on

January 15, 2008 upon the following in the manner indicated:

Josy W. Ingersoll, Esquire                          *VIA ELECTRONIC MAIL*
YOUNG, CONAWAY, STARGATT & TAYLOR                        *and HAND DELIVERY*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

John Taylor, Esquire                                *VIA ELECTRONIC MAIL*
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY  10151


*/s/ Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)

# Exhibit 1

# ASSIGNMENT

**U S A**

O. Z. 0480101123

WHEREAS, we

*Karl Kolter, Sachsenweg 12, 67117 Limburgerhof*
*Helmut Fricke, Pfalzring 159, 67112 Mutterstadt*
*Volker Buehler, Liebigstrasse 2. 76135 Karlsruhe*
*Herbert Mueller-Peltzer, Uferstrasse 36. 69120 Heidelberg*
*Federal Republic of Germany*
*citizens of the Federal Republic of Germany*

have invented certain new and useful improvements in

Delayed release microtablet of β-phenylpropiophenone derivatives

as fully set forth and described in the specification executed by us on

February 17, 1994

Serial No. 08/525,749                  , filed 03 October 1995

preparatory to obtaining Letters Patent of the United States therefor; and

WHEREAS. *Knoll Aktiengesellschaft*, having a place of business at *67061 Ludwigshafen, Rheinland Pfalz, Federal Republic of Germany*, is desirous of acquiring said invention and application and the exclusive right in and to the Letters Patent to be granted therefor;

NOW, THEREFORE, in consideration of the sum of One Dollar ($1.00) to us in hand paid, the receipt whereof is hereby acknowledged, and other valuable consideration, we, the said

*Karl Kolter*
*Helmut Fricke*
*Volker Buehler*
*Herbert Mueller-Peltzer*

have sold, assigned and transferred, and by these presents do sell, assign and transfer unto said *Knoll Aktiengesellschaft* the full and exclusive right to the said invention and application and the entire right, title and interest in and to said any and all Letters Patent which may be granted therefor, and in and to any and all divisions, reissues, continuations and extensions thereof.

We hereby authorize and request the Commissioner of Patents to issue the said Letters Patent, when granted, to said *Knoll Aktiengesellschaft*, as the assignee of our entire right, title and interest in and to the same, for the sole use and behoof of said *Knoll Aktiengesellschaft*, its successors and assigns.

FURTHER, we agree that we will communicate to said *Knoll Aktiengesellschaft*, or its representatives, any facts known to us respecting said invention, and testify in any legal proceeding, sign all lawful papers, execute all divisional, continuation, substitution, renewal and reissue applications, make all rightful oaths and generally do everything possible to aid said *Knoll Aktiengesellschaft*, its successors and assigns to obtain and enforce proper protection for said invention in the United States.

The undersigned hereby grant(s) the firm of Oblon, Spivak, McClelland, Maier & Neustadt, P.C. of Fourth Floor, 1755 Jefferson Davis Highway, Arlington, Virginia 22202 the power to insert on this assignment any further identification, including the application number and filing date, which may be necessary or desirable in order to comply with the rules of the United States Patent and Trademark Office for recordation of this document.

IN TESTIMONY WHEREOF, we hereunto set our hands.

Febr. 17, 1994
Date: _____
*Karl Kolter*

Febr. 17, 1994
Date: _____
*Helmut Fricke*

Febr. 17, 1994
Date: _____
*Volker Buehler*

Febr. 17, 1994
Date: _____
*Herbert Mueller-Peltzer*

RECORDED: 11/09/1995

PATENT
REEL: 8616 FRAME: 0036

PAR-FLH191

# Exhibit 2

# EXHIBIT 2

## FULLY REDACTED

# Exhibit 3

**FLH** FROMMER LAWRENCE & HAUG LLP

New York                        www.flhlaw.com
745 Fifth Avenue
New York, NY 10151              Washington, DC
Telephone: (212) 588-0800       Tokyo
Fax: (212) 588-0500

August 21, 2007                 **John G. Taylor**
                                JTaylor@flhlaw.com

**BY E-MAIL (w/o production documents) AND HAND DELIVERY**

Gerald J. Flattmann, Jr., Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

Re:    Reliant Pharmaceuticals, Inc. v. Par Pharmaceutical, Inc.
       Civil Action No. 06-774-JJF (D. Del)

Dear Gerald:

       Enclosed please find the following:

       1.  Defendant's Objections and Responses to Plaintiff's Interrogatories Concerning
           Frommer Lawrence & Haug LLP's Representation of Par in this Action;

       2.  Defendant's Objections and Responses to Plaintiff's Document Requests
           Concerning Frommer Lawrence & Haug LLP's Representation of Par in this
           Action;

       3.  Par's Privileged Document Log;

       4.  Par's Redacted Document Log; and

       5.  production documents bearing production numbers PAR-FLH001-752.

       Sincerely,

       John G. Taylor

cc:    Jack B. Blumenfeld, Esq. (via e-mail only w/o production documents)
       Steven C. Cherny, Esq. (via e-mail only w/o production documents)
       Christine Willgoos, Esq. (via e-mail only w/o production documents)
       John B. Harris, Esq. (via e-mail only w/o production documents)
       Mary Margulis-Ohnuma (via e-mail only w/o production documents)
       Josy E. Ingersoll, Esq. (via e-mail only w/o production documents)
       Karen L. Pascale, Esq. (via e-mail only w/o production documents)

00475063.DOC

# ASSIGNMENT

U S A

O. Z. 0480101123

WHEREAS, we

Karl Kolter, Sachsenweg 12, 67117 Limburgerhof
Helmut Fricke, Pfalzring 159, 67112 Mutterstadt
Volker Buehler, Lieblgstrasse 2. 76135 Karlsruhe
Herbert Mueller-Peltzer, Uferstrasse 36. 69120 Heidelberg
Federal Republic of Germany
citizens of the Federal Republic of Germany

have invented certain new and useful improvements in

Delayed release microtablet of 3-phenylpropiophenone derivatives

as fully set forth and described in the specification executed by us on

February 17, 1994

Serial No. 08/525,749           , filed 03 October 1995

preparatory to obtaining Letters Patent of the United States; and

WHEREAS. *Knoll Aktiengesellschaft*, having a place of business at *67061 Ludwigshafen, Rheinland Pfalz, Federal Republic of Germany*, is desirous of acquiring said invention and application and the exclusive right in and to the Letters Patent to be granted therefor:

NOW, THEREFORE, in consideration of the sum of One Dollar ($1.00) to us in hand paid, the receipt whereof is hereby acknowledged, and other valuable consideration. we, the said

Karl Kolter
Helmut Fricke
Volker Buehler
Herbert Mueller-Peltzer

have sold, assigned and transferred, and by these presents do sell, assign and transfer unto said *Knoll Aktiengesellschaft* the full and exclusive right to the said invention and application and the entire right, title and interest in and to any and all Letters Patent which may be granted therefor, and in and to any and all divisions, reissues, continuations and extensions thereof.

We hereby authorize and request the Commissioner of Patents to issue the said Letters Patent, when granted, to said *Knoll Aktiengesellschaft*, as the assignee of our entire right, title and interest in and to the same, for the sole use and behoof of said *Knoll Aktiengesellschaft*, its successors and assigns.

FURTHER, we agree that we will communicate to said *Knoll Aktiengesellschaft*, or its representatives, any facts known to us respecting said invention, and testify in any legal proceeding, sign all lawful papers, execute all divisional, continuation, substitution, renewal and reissue applications, make all rightful oaths and generally do everything possible to aid said *Knoll Aktiengesellschaft*, its successors and assigns to obtain and enforce proper protection for said invention in the United States.

The undersigned hereby grant(s) the firm of Oblon, Spivak, Mc.Clelland, Maier & Neustadt, P.C. of Fourth Floor, 1755 Jefferson Davis Highway, Arlington, Virginia 22202 the power to insert on this assignment any further identification, including the application number and filing date, which may be necessary or desirable in order to comply with the rules of the United States Patent and Trademark Office for recordation of this document.

IN TESTIMONY WHEREOF, we hereunto set our hands.

Febr. 17, 1994
Date: _____
Karl Kolter

Febr. 17, 1994
Date: _____
Helmut Fricke

Febr. 17, 1994
Date: _____
Volker Buehler

Febr. 17, 1994
Date: _____
Herbert Mueller-Peltzer

REGISTERED: 11/09/1995

PATENT
REEL: 8616 FRAME: 0036

PAR-FLH191

# Exhibit 4

**FLH** FROMMER LAWRENCE & HAUG LLP

New York
745 Fifth Avenue
New York, NY 10151
Telephone: (212) 588-0800
Fax: (212) 588-0500

www.flhlaw.com

Washington, DC

Tokyo

August 8, 2007

**John G. Taylor**
JTaylor@flhlaw.com

**BY E-MAIL AND HAND DELIVERY**

Gerald J. Flattmann, Jr., Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

Re:    Reliant Pharmaceuticals, Inc. v. Par Pharmaceutical, Inc.
       Civil Action No. 06-774-JJF (D. Del)

Dear Gerald:

Further to our August 1, 2007 telephone conference, enclosed are document subpoenas for the following individuals and companies:

1. Karl Kolter;

2. Helmut Fricke;

3. Volker Bueller;

4. Herbert Mueller-Peltzer;

5. Thomas Moest;

6. Claus Pich;

7. Abbott Laboratories, Inc.;

8. Knoll Aktiengesellschaft; and

9. BASF Aktiengesellschaft.

With respect to each of these parties, please advise us immediately whether Kirkland & Ellis represents them, whether Kirkland & Ellis accepts service of the subpoenas on their behalf, and whether they will voluntarily produce documents sought in the subpoenas and appear for depositions at mutually convenient times and places. In this regard, we repeat the request in our July 23, 2007 letter that Reliant immediately produce all agreements and related documents concerning Reliant's acquisition of Rythmol® and the '588 patent from Abbott, including specifically any agreement that concerns any right of Reliant to seek the assistance of the inventors, Abbott, BASF or Knoll (or any related person or entity) on patent, regulatory or litigation matters concerning Rythmol® or the '588 patent, and/or the obligation of the inventors,

00469960.DOC

Gerald J. Flattmann, Jr., Esq.
Kirkland & Ellis LLP
August 8, 2007
Page 2

Abbott, BASF or Knoll (or any related person or entity) to cooperate or provide assistance to Reliant on such matters.

Finally, please advise us immediately when Reliant is going to begin producing documents and when it is going to provide amended responses to Par's first set of interrogatories. At the beginning of our August 1 telephone conference, you said that Reliant was "ready to start streaming documents" to us. When we asked you later during the telephone conference when Reliant would produce documents and amend its interrogatory responses, you stated that you would get back to us promptly. Although Reliant took the unfounded position that it would not produce documents until the motion to disqualify was decided, it nevertheless should have collected and prepared documents in response to Par's requests so that they could be produced consistent with the Court's scheduling orders. With respect to interrogatory responses, Reliant has not provided substantive responses to any of Par's contention interrogatories. The statement in Christine Willgoos' July 26, 2007 letter that Reliant's "responses are appropriate for this early stage of discovery" is unsatisfactory. Although Reliant may supplement its responses as discovery progresses, Par is entitled to substantive responses now. As we pointed out in our July 23 letter, Reliant has had Par's notice letters for over six months and has had Par's ANDA and samples for more than 3 months. There is no excuse for Reliant not providing substantive information in response to Par's interrogatories seeking infringement contentions.

Sincerely,

John G. Taylor

Encls.

Cc:    Jack B. Blumenfeld, Esq. (via e-mail only)
       Christine Willgoos, Esq. (via e-mail only)
       Josy E. Ingersoll, Esq. (via e-mail only)
       Karen L. Pascale, Esq. (via e-mail only)

# Exhibit 5

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

Citigroup Center
153 East 53rd Street
New York, New York 10022-4611

Christine Willgoos
To Call Writer Directly:
212 446-4964
cwillgoos@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

August 10, 2007

VIA EMAIL

John Taylor, Esq.
Frommer, Lawrence & Haug
745 Fifth Avenue
New York, New York 10151

Re:    *Reliant Pharmaceuticals, Inc. v. Par Pharmaceuticals*

Dear John:

I write in response to your August 8, 2007 letter to Gerald Flattmann.

Thank you for providing courtesy copies of the subpoenas you intend to serve. Kirkland & Ellis represents Drs. Kolter, Frike, Bueller, Mueller-Peltzer, Moest and Pich. We are not, however, authorized to accept subpoenas on their behalf.

None of Drs. Kolter, Frike, Bueller, Mueller-Peltzer, Moest and Pich are currently, or ever have been, employees of Reliant. Reliant has no control over them. However, in an effort to facilitate discovery, Kirkland & Ellis will ask them if they would be willing to voluntarily produce documents or appear for deposition in this action in the United States.

Kirkland & Ellis does not represent Abbott Laboratories, Inc., Knoll AG, or BASF AG in this action.

Pursuant to the Court's July 25, 2007 Order, either party may extend, without leave of Court, the time to comply with paragraph 3 of the March 28, 2007 Scheduling Order by 30 days. Reliant advised you during our August 1, 2007 teleconference that it was extending that date, and thus has until September 24, 2007 to comply with paragraph 3 of the Scheduling Order. Reliant will begin its document production shortly and supplement its interrogatory responses in order to timely meet its discovery obligations. Reliant's document production will include the agreements you request, subject to the objections made in its June 11, 2007 Objections and Responses.

Chicago      Hong Kong      London      Los Angeles      Munich      San Francisco      Washington, D.C.

### KIRKLAND & ELLIS LLP

John Taylor, Esq.
August 10, 2007
Page 2


Moreover, although Par produced its ANDA and samples, it did so pursuant to the Offer of Confidential Access, which does not permit disclosure to experts for purposes of litigation preparation. Reliant will be in a better position to provide more complete substantive answers to Par's interrogatories once it is able to consult with its experts. Now that the Protective Order has been filed, we should be able to do that shortly.

Sincerely,

Christine Willgoos

CW/lesr

# Exhibit 6

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

Citigroup Center
153 East 53rd Street
New York, New York 10022-4611

Christine Willgoos
To Call Writer Directly:
212 446-4964
cwillgoos@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

August 21, 2007

**VIA EMAIL**

John Taylor, Esq.
Frommer, Lawrence & Haug
745 Fifth Avenue
New York, New York 10151

Re:    *Reliant Pharmaceuticals, Inc. v. Par Pharmaceuticals*

Dear John:

I write in response to your August 13, 2007 letter to me and your August 20, 2007 letter to Gerald Flattmann.

Pursuant to the Court's July 25, 2007 Order, Reliant has an additional 30 days - until September 24, 2007 -- to comply with its discovery obligations set forth in paragraph 3 of the Rule 16 Scheduling Order. Reliant has repeatedly informed you that it intends to meet its discovery obligations prior to that date. *See, e.g.*, August 10, 2007 letter from Christine Willgoos to John Taylor.

Accordingly, any motion to compel filed by Par prior to the September 24, 2007 deadline is premature. In particular, should Par file any motions to compel on August 23, 2007, as indicated in your letter to Gerald Flattmann, such motions would be frivolous, and Reliant will move for its costs incurred in defending them.

Regarding the inquiries made in your August 13, 2007 letter, Drs. Kolter, Frike, Bueller, Mueller-Peltzer, Moest and Pich have indicated that they will not appear voluntarily in this action.

Sincerely,

Christine Willgoos

CW/lesr

Chicago    Hong Kong    London    Los Angeles    Munich    San Francisco    Washington, D.C.

# Exhibit 7

**FLH** FROMMER LAWRENCE & HAUG LLP

New York                    www.flhlaw.com
745 Fifth Avenue
New York, NY 10151          Washington, DC
Telephone: (212) 588-0800   Tokyo
Fax: (212) 588-0500

December 14, 2007                    **James K. Stronski**
                                     JStronski@flhlaw.com

**BY E-MAIL**

William T. Vuk, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

Re:    Reliant Pharmaceuticals, Inc. v. Par Pharmaceutical, Inc.
       Civil Action No. 06-774-JJF (D. Del)

Dear Bill:

    We have been advised by the German authorities that the Hague Convention Letters of Request that were authorized by the Court will need to be revised to, among other things, set forth more specifically the questions to be asked and the documents sought. It is not clear when or if we will be able to take discovery through this process in Germany, but we are working now to make revisions so that amended requests can be provided to the Court promptly. We will provide to you a set of draft amended requests next week.

    Given these difficulties, however, we renew our request that Reliant, as the successor and assign to Knoll Aktiengesellschaft, as owner of the '588 patent, secure the appearance of the inventors—Drs. Kolter, Fricke, Bueller, and Mueller-Peltzer—and collect and produce their responsive documents. I attach the patent assignment by which the inventors are bound to Knoll or its successors and assigns to "...generally do everything possible to aid ... [Reliant] to obtain and enforce proper protection for said invention in the United States." Under this assignment agreement, Reliant can secure the attendance of the inventors at depositions in the United States and the collection and production of their documents here.

    In *Amgen, Inc. v. Ariad Pharms, Inc.*, C.A. No. 06-259, 2007 U.S. Dist. LEXIS 35076 (D. Del. May 14, 2007), Judge Farnan held that a patent assignment agreement signed by the inventors obligated the patent holder to produce the foreign-based inventors in the United States for deposition. *Id.* at *11. Notably, the pertinent section of the assignment agreement at issue in *Amgen* mirrors the assignment agreement at issue here, with both agreements requiring the inventors to testify in any legal proceedings related to the patent:

00505775.DOC

William T. Vuk, Esq.
Kirkland & Ellis LLP
December 14, 2007
Page 2

| Language from *Amgen* Assignment Agreement | Language from Assignment Agreement Signed by Inventors of the '988 Patent |
|---|---|
| AND, we hereby further agree . . . to perform any other lawful acts which may be deemed necessary *to secure fully the aforesaid invention to said ASSIGNEE*, . . . including the execution of applications for patents in foreign countries, and the execution of substitution, reissue, divisional or continuation applications and preliminary or other statements and *the giving of testimony* in any interference *or other proceeding* in which *said invention* or any application or patent directed thereto *may be involved*. (emphasis added). | FURTHER, we agree that we will communicate to said Knoll Aktiengesellchaft, or its representatives, any facts known to us respecting said invention, *and testify in any legal proceeding*, sign all lawful papers, execute all divisional, continuation, substitution, renewal and reissue applications, make all rightful oaths and *generally do everything possible to aid* said Knoll Aktiengesellschaft, its successors *and assigns to obtain and enforce proper protection for said invention <u>in the United States</u>*. (emphasis added). |

In fact, the assignment agreement at issue here is arguably more forceful than the one at issue in *Amgen* as it explicitly requires the inventors to "testify in *any* legal proceeding . . . in the *United States.*" It is of no consequence that the assignment agreement at issue is not between the inventors and Reliant because the agreement clearly states that the inventors must aid Knoll's *assigns.* As Judge Farnan observed, such language "means that all inventors have agreed to testify in *any legal proceeding involving the invention or patent* directed thereto, and not just in those proceedings in which [the patent holder] would like them to testify." *Id.* at *11 (emphasis added).

We again ask that Reliant secure the inventors' attendance at deposition and collect and produce their requested documents before the close of discovery. Please respond no later than December 18, 2007. If we cannot reach an agreement, we intend to file a motion for the January calendar directed to this relief.

Very truly yours,

James K. Stronski
Enclosure

William T. Vuk, Esq.
Kirkland & Ellis LLP
December 14, 2007
Page 3

cc:    Gerald J. Flattmann, Jr., Esq.
       Christine Willgoos, Esq.
       Jack B. Blumenfeld, Esq.

00505775.DOC

USA

**ASSIGNMENT**

O. Z .0480/01123

WHEREAS, we

*Karl Kolter, Sachsenweg 12, 67117 Limburgerhof*
*Helmut Fricke, Pfalzring 159, 67112 Mutterstadt*
*Volker Buehler, Lieblgstrasse 2, 76135 Karlsruhe*
*Herbert Mueller-Peltzer, Uferstrasse 36, 69120 Heidelberg*
*Federal Republic of Germany*
*citizens of the Federal Republic of Germany*

have invented certain new and useful improvements in

```
Delayed release microtablet of ß-phenylpropiophenone derivatives
```

as fully set forth and described in the specification executed by us on

February 17, 1994

Serial No. 08/525,749                  , filed 03 October 1995

preparatory to obtaining Letters Patent of the United States therefor; and

WHEREAS, *Knoll Aktiengesellschaft*, having a place of business at *67061 Ludwigshafen, Rheinland Pfalz, Federal Republic of Germany*, is desirous of acquiring said invention and application and the exclusive right in and to the Letters Patent to be granted therefor:

NOW, THEREFORE, in consideration of the sum of One Dollar ($1.00) to us in hand paid, the receipt whereof is hereby acknowledged, and other valuable consideration, we, the said

*Karl Kolter*
*Helmut Fricke*
*Volker Buehler*
*Herbert Mueller-Peltzer*

have sold, assigned and transferred, and by these presents do sell, assign and transfer unto said *Knoll Aktiengesellschaft* the full and exclusive right to the said invention and application and the entire right, title and interest in and to any and all Letters Patent which may be granted therefor, and in and to any and all divisions, reissues, continuations and extensions thereof.

We hereby authorize and request the Commissioner of Patents to issue the said Letters Patent, when granted, to said *Knoll Aktiengesellschaft*, as the assignee of our entire right, title and interest in and to the same, for the sole use and behoof of said *Knoll Aktiengesellschaft*, its successors and assigns.

FURTHER, We agree that we will communicate to said *Knoll Aktiengesellschaft*, or its representatives, any facts known to us respecting said invention, and testify in any legal proceeding, sign all lawful papers, execute all divisional, continuation, substitution, renewal and reissue applications, make all rightful oaths and generally do everything possible to aid said *Knoll Aktiengesellschaft*, its successors and assigns to obtain and enforce proper protection for said invention in the United States.

The undersigned hereby grant(s) the firm of Oblon, Spivak, McClelland, Maier & Neustadt, P.C. of Fourth Floor, 1755 Jefferson Davis Highway, Arlington, Virginia 22202 the power to insert on this assignment any further identification, including the application number and filing date, which may be necessary or desirable in order to comply with the rules of the United States Patent and Trademark Office for recordation of this document.

IN TESTIMONY WHEREOF, we hereunto set our hands.

Febr. 17, 1994
Date: _____
Karl Kolter

Febr. 17, 1994
Date: _____
Helmut Fricke

Febr. 17, 1994
Date: _____
Volker Buehler

Febr. 17, 1994
Date: _____
Herbert Mueller-Peltzer