IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELIANT PHARMACEUTICALS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PAR PHARMACEUTICAL, INC., ) <br> ) <br> Defendant. ) | C.A. No. 06-774 (JJF) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff Reliant Pharmaceuticals, Inc.'s Objections and Responses to Par Pharmaceutical, Inc.'s Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6)* were caused to be served on January 15, 2008 upon the following in the manner indicated:

Karen Keller, Esquire                                                             *VIA ELECTRONIC MAIL*
YOUNG, CONAWAY, STARGATT & TAYLOR
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

John Taylor, Esquire                                                       *VIA FEDERAL EXPRESS AND*
FROMMER LAWRENCE & HAUG LLP                                                       *ELECTRONIC MAIL*
745 Fifth Avenue
New York, NY  10151

2

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Jack B. Blumenfeld (#1014)*
        Jack B. Blumenfeld (# 1014)
        Maryellen Noreika (# 3208)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE  19899-1347
        (302) 658-9200
        jblumenfeld@mnat.com
        mnoreika@mnat.com

        *Attorneys for Plaintiff*

OF COUNSEL:

John Desmarais
Gerald J. Flattmann, Jr.
Christine Willgoos
KIRKLAND & ELLIS, LLP
Citigroup Center
153 E. 53rd Street
New York, NY  10022
(212) 446-4800

January 15, 2008
679019

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Josy W. Ingersoll, Esquire
> YOUNG, CONAWAY, STARGATT & TAYLOR

I further certify that I caused to be served copies of the foregoing document on January 15, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| John Taylor, Esquire<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY  10151 | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld (#1014)*
Jack B. Blumenfeld (#1014)