IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELIANT PHARMACEUTICALS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-774 (JJF) |
| ) | |
| PAR PHARMACEUTICAL, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) *Reliant Pharmaceuticals, Inc.'s Notice of Deposition of Michelle Bonomi*, (2) *Reliant Pharmaceuticals, Inc.'s Notice of Deposition of Damodar Patel*, (3) *Reliant Pharmaceuticals, Inc.'s Notice of Deposition of Janis A. Picurro*, (4) *Reliant Pharmaceuticals, Inc.'s Notice of Deposition of Eric Mittleberg*, and (5) *Reliant Pharmaceuticals, Inc.'s Notice of Deposition of Ping He* were caused to be served on January 16, 2008 upon the following in the manner indicated:

Karen Keller, Esquire                                              *VIA ELECTRONIC MAIL*
YOUNG, CONAWAY, STARGATT & TAYLOR
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

John G. Taylor, Esquire                                         *VIA ELECTRONIC AND*
James K. Stronski, Esquire                                      *FIRST CLASS MAIL*
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*

Jack B. Blumenfeld (# 1014)
Maryellen Noreika (# 3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiff*

*Of Counsel*:

John Desmarais
Gerald J. Flattmann, Jr.
Christine Willgoos
KIRKLAND & ELLIS, LLP
Citigroup Center
153 E. 53rd Street
New York, NY  10022
(212) 446-4800

January 16, 2008
679019

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Josy W. Ingersoll, Esquire
> YOUNG, CONAWAY, STARGATT & TAYLOR

I further certify that I caused to be served copies of the foregoing document on January 16, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| John G. Taylor, Esquire<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY 10151 | *VIA ELECTRONIC MAIL* |

*/s/ Maryellen Noreika*
―――――――――――――――――
Maryellen Noreika (#3208)