## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------

RELIANT PHARMACEUTICALS, INC.,    :
:
Plaintiff,    :
:
v.    :    C.A. No. 06-774-JJF
:
PAR PHARMACEUTICAL, INC.,    :
:
Defendant.    :

---------------------------------------------------------------

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 17, 2008, copies of:

> ***Defendant Par Pharmaceuticals, Inc.'s Objections and Responses to
> Reliant Pharmaceutical, Inc.'s Notice of Deposition Pursuant to Fed. R.
> Civ. P. 30(b0(6);***

were served upon the following counsel of record in the manner indicated:

*By E-mail*

Jack B. Blumenfeld  [jblumenfeld@mnat.com]
Maryellen Noreika [mnoreika@mnat.com]
MORRIS NICHOLS ARSHT & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

Steven C. Cherny [steven.cherny@lw.com]
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4834
(212) 906-1200

*By E-mail and First Class Mail*

John Desmarais [jdesmarais@kirkland.com]
Gerald J. Flattmann, Jr. [gflattmann@kirkland.com]
William T. Vuk [wvuk@kirkland.com]
Christine Willgoos [cwillgoos@kirkland.com]
KIRKLAND & ELLIS LLP
Citigroup Center
153 E. 53rd Street
New York, NY  10022
(212) 446-4800

Additionally, the undersigned hereby certifies that on January 22, 2008, this Notice of

Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the

above-listed counsel of record by e-mail.

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

January 22, 2008

_____
Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone:  302-571-6600
Facsimile:  302-571-1253

- and -

FROMMER LAWRENCE & HAUG LLP
Edgar H. Haug
James K. Stronski
John G. Taylor
745 Fifth Avenue
New York, New York 10151
Telephone: (212) 588-0800
Facsimile: (212) 588-0500

*Attorneys for Defendant, Par Pharmaceutical, Inc.*