# YOUNG CONAWAY STARGATT & TAYLOR, LLP

KAREN L. PASCALE
DIRECT DIAL: (302) 571-5001
DIRECT FAX: (302) 576-3516
kpascale@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

February 4, 2008

**BY E-FILING AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

      Re:    *Reliant Pharmaceuticals, Inc. v. Par Pharmaceutical, Inc.*,
             C.A. No. 06-774-JJF

Dear Judge Farnan:

      We write on behalf of Par Pharmaceutical, Inc. ("Par") in response to the February 1, 2008 letter (D.I 163) submitted on behalf of Reliant Pharmaceuticals, Inc. ("Reliant") concerning Reliant's renewed motion to disqualify Par's lead counsel, Frommer Lawrence & Haug LLP ("FLH") (D.I. 86). Reliant's February 1 letter rehashes arguments made in its unwarranted January 3, 2008 post-motion letter to the Court (D.I. 138) and underscores the tactical motivation behind Reliant's unmerited disqualification motion—to delay the resolution of this case. Par respectfully requests that the Court disregard Reliant's letter.

      As with its January 3 letter, Reliant's February 1 letter mischaracterizes Par's current discovery requests in a belated and legally-flawed attempt to supplement Reliant's motion to disqualify FLH for work it allegedly performed over four years ago. Par respectfully directs the Court's attention to Par's papers in opposition to Reliant's disqualification motion (D.I. 99-111) and Par's January 7, 2008 letter (D.I. 140) in response to Reliant's January 3 letter, which amply support denial of Reliant's motion.

      Reliant's January 3 and February 1 letters add nothing to the record on the pending motion and should not be considered. If the Court, however, believes these letters raise new issues relevant to the determination of Reliant's disqualification motion, Par respectfully requests that it be given an opportunity to address those issues.

Respectfully submitted,

*/s/ Karen L. Pascale*

Karen L. Pascale (No. 2903)

DB02:6551240.1

066039.1001

YOUNG CONAWAY STARGATT & TAYLOR, LLP

The Honorable Joseph J. Farnan, Jr.
February 4, 2008
Page 2

cc: Clerk of the Court (by hand delivery)
   Jack B. Blumenfeld, Esquire (by CM/ECF and hand delivery)
   Maryellen Noreika, Esquire (by CM/ECF and hand delivery)
   Gerald J. Flattmann, Jr., Esquire (by CM/ECF and e-mail)
   Edgar H. Haug, Esquire (by e-mail)
   James K. Stronski, Esquire (by CM/ECF and e-mail)
   John G. Taylor, Esquire (by CM/ECF and e-mail)
   John B. Harris, Esquire (by e-mail)