IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RELIANT PHARMACEUTICALS, INC., | ) | |
| Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | C.A. No. 06-774 (JJF) |
| PAR PHARMACEUTICAL, INC., | )<br>) | |
| Defendant. | )<br>) | |

**PLAINTIFF'S MOTION TO COMPEL A RESPONSE TO INTERROGATORY NO. 21**

    Plaintiff Reliant Pharmaceuticals, Inc. ("Reliant") hereby moves the Court to order defendant Par Pharmaceutical, Inc. to provide a complete answer to Reliant's Interrogatory No. 21. The grounds for this motion are set forth in Reliant's Opening Brief, submitted herewith.

                  MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                  */s/ Maryellen Noreika*

                  Jack B. Blumenfeld (#1014)
                  Maryellen Noreika (#3208)
                  1201 North Market Street
                  P.O. Box 1347
OF COUNSEL:           Wilmington, DE 19899-1347
                  (302) 658-9200
John Desmarais         jblumenfeld@mnat.com
Gerald J. Flattmann, Jr.       mnoreika@mnat.com
Christine Willgoos
KIRKLAND & ELLIS, LLP      *Attorneys for Plaintiff*
Citigroup Center
153 E. 53rd Street
New York, NY 10022
(212) 446-4800

February 7, 2008
1488133

## **RULE 7.1.1 CERTIFICATE**

I hereby certify that the subject of the foregoing motion has been discussed with counsel for the defendant and that we have not been able to reach agreement.

*/s/ Maryellen Noreika*
Maryellen Noreika (#3208)

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Josy W. Ingersoll, Esquire
> YOUNG, CONAWAY, STARGATT & TAYLOR

I further certify that I caused to be served copies of the foregoing document on February 7, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| John G. Taylor, Esquire<br>James K. Stronski, Esquire<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY  10151 | *VIA ELECTRONIC MAIL* |

*/s/ Maryellen Noreika*
_____
Maryellen Noreika (#3208)