IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RELIANT PHARMACEUTICALS, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 06-774 (JJF) |
| PAR PHARMACEUTICAL, INC., | ) ) | |
| Defendant. | ) ) | |

## PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER REGARDING PAR'S NOTICE OF DEPOSITION TO RELIANT PURSUANT TO RULE 30(b)(6)

        Plaintiff Reliant Pharmaceuticals, Inc. ("Reliant") hereby moves for a protective order regarding Parmaceutical, Inc.'s Notice of Deposition to Reliant Pursuant to Rule 30(b)(6). The grounds for this motion are set forth in Reliant's Opening Brief, submitted herewith.

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Maryellen Noreika*

        Jack B. Blumenfeld (#1014)
        Maryellen Noreika (#3208)
        1201 North Market Street
        P.O. Box 1347

OF COUNSEL:
        Wilmington, DE  19899-1347
        (302) 658-9200

John Desmarais
        jblumenfeld@mnat.com
Gerald J. Flattmann, Jr.
        mnoreika@mnat.com
Christine Willgoos
KIRKLAND & ELLIS, LLP        *Attorneys for Plaintiff*
Citigroup Center
153 E. 53rd Street
New York, NY  10022
(212) 446-4800

February 7, 2008
1488108

## **RULE 7.1.1 CERTIFICATE**

I hereby certify that the subject of the foregoing motion has been discussed with counsel for the defendant and that we have not been able to reach agreement.

*/s/ Maryellen Noreika*
Maryellen Noreika (#3208)

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Josy W. Ingersoll, Esquire
> YOUNG, CONAWAY, STARGATT & TAYLOR

I further certify that I caused to be served copies of the foregoing document on February 7, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| John G. Taylor, Esquire<br>James K. Stronski, Esquire<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY  10151 | *VIA ELECTRONIC MAIL* |

*/s/ Maryellen Noreika*
_____
Maryellen Noreika (#3208)