# SEALED DOCUMENT

Case 1:06-cv-00774-JJF    Document 174    Filed 02/07/2008    Page 1 of 1