IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RELIANT PHARMACEUTICALS, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 06-774 (JJF) |
| PAR PHARMACEUTICAL, INC., | ) ) | **REDACTED – PUBLIC VERSION** |
| Defendant. | ) ) | |

**EXHIBIT 7 TO
PLAINTIFF RELIANT PHARMACEUTICALS, INC.'S OPENING
BRIEF IN SUPPORT OF ITS MOTION FOR A PROTECTIVE ORDER REGARDING
PAR'S NOTICE OF DEPOSITION TO RELIANT PURSUANT TO RULE 30(b)(6)**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiff*

OF COUNSEL:

John M. Desmarais
Gerald J. Flattmann, Jr.
Christine Willgoos
KIRKLAND & ELLIS LLP
Citigroup Center
153 E. 53rd Street
New York, NY  10022
(212) 446-4800

Originally Filed:  February 7, 2008
Redacted Version Filed:  February 7, 2008

# EXHIBIT 7

## FULLY REDACTED

Case 1:06-cv-00774-JJF  Document 176  Filed 02/07/2008  Page 2 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Josy W. Ingersoll, Esquire
> YOUNG, CONAWAY, STARGATT & TAYLOR

I further certify that I caused to be served copies of the foregoing document on February 7, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| John G. Taylor, Esquire<br>James K. Stronski, Esquire<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY  10151 | *VIA ELECTRONIC MAIL* |

*/s/ Maryellen Noreika*
_____
Maryellen Noreika (#3208)