IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELIANT PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PAR PHARMACEUTICAL, INC. <br><br> Defendant. | Civil Action No. 06-774-JJF |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that paragraph 5(d) of the Stipulated Protective Order entered on August 14, 2007 (D.I. 70) is amended to delete Eric Pomerantz, Jerome Jabbour and Ariel Jasie, and to add Thomas Smith, Loretta Sauermelch, and Michelle Morrow, as in-house attorneys or other personnel responsible for overseeing outside counsel for Reliant.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld

---

Jack B. Blumenfeld (No. 1014)
Maryellen Noreika (No. 3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200

*Attorneys for Plaintiff*

YOUNG, CONAWAY, STARGATT & TAYLOR

/s/ Karen L. Pascale

---

Josy W. Ingersoll (No. 1088)
Karen L. Pascale (No. 2903)
The Brandywine Building
1000 West Street; 17th Floor
P.O. Box 391
Wilmington, DE  19899
(302) 571-6672

*Attorneys for Defendant*

SO ORDERED this ___ day of _____, 2008.

---

   United States District Court Judge