IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELIANT PHARMACEUTICALS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PAR PHARMACEUTICAL, INC., ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 06-774-JJF |

## NOTICE OF WITHDRAWAL OF MOTION

PLEASE TAKE NOTICE that plaintiff Reliant Pharmaceuticals, Inc. hereby withdraws Plaintiff's Motion to Compel A Response to Interrogatory No. 21 (D.I. 170).

                                                  MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                  */s/ Jack B. Blumenfeld*

                                                  Jack B. Blumenfeld (#1014)
                                                  Maryellen Noreika (#3208)
                                                  1201 North Market Street
                                                  P.O. Box 1347
*Of Counsel:*                                     Wilmington, DE 19899-1347
                                                  (302) 658-9200
John Desmarais                        jblumenfeld@mnat.com
Gerald J. Flattmann, Jr.               mnoreika@mnat.com
Christine Willgoos
KIRKLAND & ELLIS, LLP               *Attorneys for Plaintiff*
Citigroup Center
153 E. 53rd Street
New York, NY 10022
(212) 446-4800

February 25, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Josy W. Ingersoll, Esquire
>YOUNG, CONAWAY, STARGATT & TAYLOR

I further certify that I caused to be served copies of the foregoing document on February 25, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| John G. Taylor, Esquire<br>James K. Stronski, Esquire<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY 10151 | *VIA ELECTRONIC MAIL* |

/s/ *Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)