IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELIANT PHARMACEUTICALS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> PAR PHARMACEUTICAL, INC., ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 06-774 (JJF) |

## RELIANT PHARMACEUTICALS, INC.'S NOTICE
## OF DEPOSITION OF JULIE SZOZDA

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, plaintiff Reliant Pharmaceuticals, Inc., by its counsel, will take the deposition upon oral examination of Julie Szozda. The deposition will begin at 9:30 a.m. on April 8, 2008 at the offices of KIRKLAND & ELLIS, LLP, CitiGroup Center, 153 East 53rd St., New York City, New York 10022-4611, or at such other time and place as may be agreed upon by counsel. The examination will be taken before a Notary Public or other person authorized to administer oaths pursuant to Rule 28 of the Federal Rules of Civil Procedure, and will continue from day to day until completed. The testimony at the deposition will be recorded by videographic, stenographic, audio, audiovisual, and/or real-time computer means.

You are invited to attend.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (No. 1014)
Maryellen Noreika (No. 3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Reliant Pharmaceuticals, Inc.*

*Of Counsel:*

John Desmarais
Gerald J. Flattmann, Jr.
Christine Willgoos
Alexander L. Greenberg
KIRKLAND & ELLIS, LLP
Citigroup Center
153 E. 53rd Street
New York, NY  10022
(212) 446-4800

Dated: February 29, 2008
1723654

## CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

        Josy W. Ingersoll, Esquire
        YOUNG, CONAWAY, STARGATT & TAYLOR

I further certify that I caused to be served copies of the foregoing document on February 29, 2008 upon the following in the manner indicated:

Josy W. Ingersoll, Esquire                                                  *VIA ELECTRONIC MAIL*
YOUNG, CONAWAY, STARGATT & TAYLOR
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

John G. Taylor, Esquire                                                    *VIA ELECTRONIC MAIL*
James K. Stronski, Esquire
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY  10151

 

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)