## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RELIANT PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 06-774-JJF |
| PAR PHARMACEUTICAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DECLARATION OF DR. JEFFREY A. HUBBELL
## IN SUPPORT OF RELIANT PHARMACEUTICALS, INC.'S
## OPENING CLAIM CONSTRUCTION BRIEF

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Of Counsel:*

John Desmarais
Gerald J. Flattmann, Jr.
Christine Willgoos
KIRKLAND & ELLIS, LLP
Citigroup Center
153 E. 53rd Street
New York, NY  10022
(212) 446-4800

*Attorneys for Plaintiff*

March 5, 2008

I, Jeffrey A. Hubbell, declare and state as follows:

1.      I have been retained as an expert consultant in this case by counsel for Reliant Pharmaceuticals, Inc. ("Reliant") in connection with the matter *Reliant Pharmaceuticals, Inc. v. Par Pharmaceutical, Inc.*, Civil Action No. 06-774-JJF.

## I.      BACKGROUND

2.      I was awarded the degree of Bachelor of Science in Chemical Engineering from Kansas State University in 1982, and the degree of Doctor of Philosophy in Chemical Engineering from Rice University in 1986.

3.      Since 2004, I have been a Professor of Bioengineering and the Director of the Institute of Bioengineering, as well as a Professor of Chemical Engineering at the Institute for Chemical Sciences and Technology, both of the École Polytechnique Fédérale de Lausanne ("EPFL") in Lausanne, Switzerland.  My research at EPFL concerns mainly polymers for delivery of small molecule drugs, including delayed-release formulations; polymer and biopolymer hydrogels for delivering protein and peptide drugs in regenerative medicine, including bone, skin and muscle repair and inducing angiogenesis; polymers for delivery of gene-based drugs; polymers for antigen and danger signal delivery in vaccine formulations; and polymers for targeted and sustained delivery in local targets, such as articular cartilage and coronary artery.

4.      From 1997 to 2003, I held the position of Professor of Biomedical Engineering in the Department of Materials at Swiss Federal Institute of Technology Zurich ("ETHZ") and in the Faculty of Medicine at the University of Zurich, as well as the post of Director of the Institute for Biomedical Engineering (ETHZ and University of Zurich).  There I conducted research on polymers for delivery of small molecule drugs, including delayed-release formulations; on polymer and biopolymer hydrogels for delivering protein and peptide drugs in

regenerative medicine, including bone, skin and nerve repair and induction of angiogenesis; and on polymers and peptides for delivery of gene-based drugs.

5.     From 1995 to 1997, I was a Professor of Chemical Engineering at the California Institute of Technology.  There I conducted research on polymer and biopolymer hydrogels for delivering protein and peptide drugs in regenerative medicine; and on polymers for local drug delivery.

6.     From 1986 to 1994, I taught at the University of Texas, Austin, first as an Assistant Professor, and after 1991 as an Associate Professor of Chemical Engineering.  At the University of Texas, Austin, I conducted research on mechanisms of and pharmacological interference with surface-initiated and biomaterials-initiated thrombosis; on polymers for presentation of biologically active peptides and proteins; and on polymers for local drug delivery.

7.     In 1991, I founded Focal, Inc., a Cambridge, Massachusetts company that operated in the domain of polymers for surgery and drug delivery.  I served as chairman of its scientific advisory board for several years, and spent a one-year sabbatical working full-time in the company.  The company became publicly traded on the NASDAQ stock exchange and was later acquired by Genzyme, Inc., also of Cambridge, Massachusetts.  After the acquisition, I continued my work as a consultant for Genzyme.

8.     In 2000, I founded Kuros Therapeutics, AG, a company located in Zurich, Switzerland, now acquired by Institut Straumann, AG, of Basel, Switzerland.  I served as member of the Board of Directors and as Chief Scientific Officer of Kuros Therapeutics, and continued as a consultant to Institut Straumann after Kuros Therapeutics' acquisition.

9.      In 2002, I founded Kuros Biosurgery, AG, in Zurich, Switzerland.  I currently serve as a Chief Scientific Advisor and a member of the Board of Directors of Kuros Biosurgery. The company is privately held and employs approximately 80 individuals.  The domain of activity of the company is polymer and biopolymer hydrogels for delivering protein and peptide drugs in regenerative medicine, including bone and skin repair, and polymers for delivery of small molecules.

10.      I am a Fellow at the American Institute for Medical and Biological Engineering; President of Society for Biomaterials; member of the Executive Council of International Society for Applied Cardiovascular Biology; member of the Board of Directors of Tissue Engineering and Regenerative Medicine International Society; former Board of Directors member of Biomedical Engineering Society;.  I am also a member of various other professional societies.

11.      I am the author of over 230 scientific research and review articles, most of them in the area of biomaterials for the delivery or presentation of pharmaceutical substances.  I have authored several book and textbook chapters on biomaterials, tissue engineering, and drug delivery.  I am a co-inventor of more than 75 patents in the area of biomaterials, mostly for the delivery or presentation of pharmaceutical substances.

12.      A true and correct copy of my curriculum vitae, which includes a list of my honors, papers that I have published, and the committees and editorial boards on which I have served, is attached to this declaration as Exhibit A.

II.      **BASES FOR OPINION**

13.      In forming the opinions set forth in this declaration, I have relied upon my education, background and experience in the field of the delivery of pharmaceutical substances. I have also reviewed U.S. Patent No. 5,681,588 ("the '588 patent") and its associated file history.

14.    I understand that Reliant has alleged that Par Pharmaceutical, Inc.'s ("Par") generic propafenone drug products described in ANDA 78-540 infringe the claims of the '588 patent.

15.    I understand that the parties disagree about the meaning of some of the claim terms used in the patent, and that the purpose of my declaration is to assist the Court in understanding and defining those claim terms.

16.    I understand that the Court reads the claims of the patent from the viewpoint of "one of ordinary skill in the art." In my opinion, that person has basic training and education, but is not an expert, in the relevant field of the invention. The '588 patent claims are directed to a focused field (controlled drug delivery), and those of skill in the art at the time of the invention would have had basic knowledge of how to modulate the release of drugs *in vivo*, and in particular, in a human. In my opinion, one of ordinary skill in the art of controlled drug delivery would have had at least one degree in pharmacy (B.S., M.S., or Pharm. D.) and at least two years experience related to the formulation and evaluation of pharmaceutics, including delayed release drug products. Alternatively, one skilled in the art would have had at least one degree in another discipline related to pharmacy, such as chemistry, biology, chemical engineering or bio-engineering, in addition to at least four years work experience related to the formulation and evaluation of pharmaceutics, including delayed release drug products.

17.    I also understand that the relevant date for defining the claim terms is the earliest filing date of the patent specification, *i.e.*, April 3, 1993. My opinions are directed to what one of ordinary skill in the art would have known or understood on that date.

18.    In addition to the opinions and subject matter identified in this declaration, I may offer additional testimony or a declaration in response or rebuttal to any expert opinions offered by Par in support of its proposed claim constructions.

## III.    RELEASE-DELAYING TECHNOLOGIES

19.    Several technologies have been developed to delay the release of an active pharmaceutical substance from a tablet.  These include the use of release-delaying ancillary substances, among which are hydrophobic polymers, which may be used as release-delaying coatings or as release-delaying matrices.

20.    One approach is to utilize a hydrophobic polymer to form coatings on small particles of the active pharmaceutical substance. One method to form such a release-delaying coating is to suspend small particles of the active pharmaceutical substance within a solution or colloidal dispersion of the polymer, followed by drying.  This results in a thin coating of the hydrophobic polymer on the surfaces of the particles.  Upon compaction of the coated particles, perhaps with other ancillary substances such as lubricants and binders, the solid dosage form is obtained.  The hydrophobic coating on the individual particles serves to slow water uptake into the coated particles and to slow dissolution of the active pharmaceutical substance.  This method may utilize relatively low ratios of the hydrophobic polymer to the active pharmaceutical substance, since only a thin coating upon the particles is required.  Alternatively, a coating may be applied after compaction of a tablet.

21.    A second approach is to utilize a hydrophobic polymer to form a matrix in which the active pharmaceutical substance is embedded.  One method to form a release-delaying matrix is to mix a powder of the hydrophobic polymer with a powder of the active pharmaceutical substance, perhaps with other ancillary substances such as lubricants and binders, and to compact this powder into a tablet.  The hydrophobic matrix serves to slow water uptake into the tabletand

thus, to slow dissolution. In this approach, the particle size of the hydrophobic polymer powder can be important. For example, small particles generally yield more delayed release than larger particles. Similarly, the ratio of polymer to the active pharmaceutical substance can be important, with larger ratios yielding more delayed release than smaller ratios. Ratios in excess of 25% of the tablet by mass may be necessary in order to delay release.

22.    When forming tablets, polymers can also be used in ways other than as release-delaying ancillary substances. For example, polymers can also function as binders, film-formers, and masking agents, among other functions. When used for these purposes, polymers are generally included in percentages lower than those required for use as a release-delaying matrix.

## IV.    CLAIM DEFINITIONS

### A.    "DELAYED RELEASE MICROTABLET"

23.    I understand that the meaning of the claim term "delayed release microtablet" is in dispute.

24.    It is my opinion that one of ordinary skill in the art would understand the term "delayed release microtablet" to mean a small unit of solid medicament prepared by compaction in which the release of active ingredient after 3 hours is not more than 80% and after 24 hours is not less than 80%.

25.    The accepted meaning of the term "tablet" is a "unit form[] of solid medicaments prepared by compaction." Ex. B, Keith Marshall and Edward M. Rudnic, *Tablet Dosage Forms*, *in Modern Pharmaceutics* 355, 355 (Gilbert S. Banker & Christopher T. Rhodes eds., 2d ed. 1990). "Micro" means "small." Therefore, a "microtablet" means a small unit of compacted solid medicament.

26.    "Delayed release microtablet" is not a term that is commonly used with precision in the art. One of skill in the art, therefore, would look to the patent to understand its meaning.

7

Subpart (d) of Claim 1 discloses the release rate of the claimed microtablet. It states: "the release of active ingredient in the USP paddle method at 50 rpm is 80% as a maximum after 3 hours and as a minimum after 24 hours." Ex. D at Col. 8:36-38. Therefore, one skilled in the art would understand the term "delayed release" to mean the release of active ingredient after 3 hours is not more than 80% and after 24 hours is not less than 80%.

27.     The patent specification is consistent with this understanding. The specification refers to microtablets of diameter and height "from 1 to 3, preferably 1.5 to 2.5 mm." Ex. D at Col. 2:45-46. Tablets of this size would be considered small by a person of ordinary skill in the art. Further, the patent specification references a method of producing microtablets, namely, "granulation, drying, mixing, tabletting," which is consistent with preparing compacted solid units of medicament. Ex. D at Col. 3:51. And finally, the specification discloses "the release of active ingredient after 3, preferably 5, hours is not more than 80[%] and after 24, preferably 15, hours is not less than 80%." Ex. D at Col. 2:54-57.

28.     I have reviewed the communications between the U.S. Patent Office and the applicants of the patent that constitute the file history of the '588 patent. There is nothing in the file history that would lead me to believe that the term "delayed release microtablet" means anything different than a small unit of solid medicament prepared by compaction methods in which the release of active ingredient after 3 hours is not more than 80% and after 24 hours is not less than 80%. In fact, this definition is reiterated in the file history of the '588 patent. Ex. E at 3, 4.

    **B.    "CYLINDRICAL"**

29.     I understand that the claim term "cylindrical" is in dispute.

30.     It is my opinion that one of ordinary skill in the art would understand this term to mean a three-dimensional shape which includes a flat or convex surface in which the height and diameter are, independently of one another, 1-3 mm.

31.     The claims of the patent support this definition.  In fact, in the context of the patent claims, a cylindrical delayed release microtablet is expressly described as having "convex or flat upper side and lower side."  Ex. D at Col. 8:18-19.  The only other description of the "cylindrical" shape is that "the height and diameter are, independently of one another, 1-3 mm."  Ex. D at Col. 8:30-31.  Therefore, a person of ordinary skill in the art reading the claims of the '588 patent would understand that the claimed microtablets are not necessarily strictly cylindrical, but cylinder-like, having a height and diameter, independent of one another, between 1 mm and 3 mm.

32.     The patent specification is consistent with my opinion as to the meaning of the term "cylindrical."  The specification states: "The microtablets according to the invention are cylindrical with a flat or convex upper side and lower side and with a diameter and height which are preferably approximately equal and, independently of one another, from 1 to 3, preferably 1.5 to 2.5 mm." Ex. D at Col. 2:42-46.  And: "The resulting microtablets have a cylindrical shape with flat or convex surface [sic]."  Ex. D at Col. 4:19-21.  Therefore, the specification discloses microtablets with convex upper and lower surfaces that are generally cylindrical.  The file history is consistent with the patent specification.

C.      "CONVEX OR FLAT UPPER SIDE AND LOWER SIDE"

33.     I understand that the meaning of the claim term "convex or flat upper side and lower side" is in dispute.

34.     It is my opinion that one of ordinary skill in the art would understand this term to mean that each of the upper side and lower side has a surface that is without marked projections or depressions ("flat") or is curved or rounded outward ("convex").

35.     The accepted meaning of the term "flat" is "having a surface that is without marked projections or depressions."  Ex. C.  The accepted meaning of the term "convex" is "having a surface that is curved or rounded outward."  Ex. C.

36.     The use of the term "convex or flat upper side and lower side" in the specification and file history of the '588 patent is consistent with this definition.

### D.     "THE TABLET CONTAINS NO RELEASE-DELAYING ANCILLARY SUBSTANCE"

37.     I understand that the claim term "the tablet contains no release-delaying ancillary substance" is in dispute.

38.     It is my opinion that one of ordinary skill in the art would have understood this term to mean that the tablet contains no excipient that forms a release-delaying coating or matrix.

39.     The accepted meaning of the term "ancillary substance" is a pharmaceutical ingredient other than the active pharmaceutical ingredient ("API").  An "ancillary substance" is generally referred to as an excipient.

40.     It is my opinion that one of ordinary skill in the art would read the term "tablet" to refer to the delayed release microtablet disclosed in Claim 1 of the '588 patent.

41.     The patentees define the term "release-delaying ancillary substance" in the specification: "In the prior art the release of active ingredient from tablets is delayed either by a release-delaying matrix in which the active ingredient is embedded, or by a release-delaying coating through which the digestive fluid diffuses in and the active ingredient diffuses out." Ex. D at Col. 1:20-25.  Therefore, a person skilled in the art would have understood this term to

10

refer to a pharmaceutical ingredient acting as either a release-delaying matrix or as a release-delaying coating.

42.    One of skill in the art at the time of invention would have had knowledge of the substances commonly used to delay release of an active ingredient from tablets or microtablets. In particular, one of skill in the art would have known that the generally accepted ways to delay release at the time of invention were the use of release-delaying matrices and release-delaying coatings. One of skill in the art would also have understood that many excipients, including, for example, binders, lubricants, wetting agents, fillers and adhesives, may have some small effect on the release rate of an active pharmaceutical ingredient, but that such substances were not generally considered "release-delaying" substances.

43.    Moreover, in reading the patent specification and claims, one of skill in the art would have understood that the delayed release microtablets of the invention could encompass a microtablet that included ancillary substances such as binders, adhesives, fillers, wet granulators, etc. One of skill in the art would also have understood that the delayed release of the active pharmaceutical ingredient in the claimed delayed release microtablets was caused by the shape and size of the active ingredient microtablets, the high active ingredient content, and the high active ingredient density, and would not have considered excipients such as binders and fillers to significantly impact the function of the release-delaying properties of the claimed microtablets. Ex. D at Col. 8:18-44. Notably, the invention disclosed in the claims and the specification can explicitly encompass a microtablet that includes ancillary substances such as binders, adhesives, fillers, wet granulators, etc. Ex. D at Col. 4:16-18.

44.    The '588 patent file history is consistent with this definition. In the file history, the applicants teach that "by preparing a microtablet having the required size and shape, active

ingredient content and active ingredient density … it is possible to provide a microtablet that has surprisingly improved delayed release characteristics compared to other delayed release formats," such as matrices or coatings.  Ex. E at 2-3.

45.     Therefore, it is my opinion that the term "the tablet contains no release-delaying ancillary substance" means that the tablet contains no excipient that forms a release-delaying coating or matrix.

### E.     "LUBRICANT"

46.     I understand that the Court has been asked to construe the claim term "lubricant."

47.     It is my opinion that one of ordinary skill in the art would have understood this term to carry its plain meaning; that is, they would understand that a lubricant is a pharmaceutical ingredient that reduces friction and prevents adhesion of a tablet to tooling surfaces, *e.g.*, talc or magnesium stearate.

48.     The accepted meaning of the term "lubricant" is a pharmaceutical ingredient that functions to "prevent adhesion of the tablet material to the surface of the dies and punches, reduce interparticle friction, facilitate the ejection of the tablets from the die cavity and may improve the rate of flow of the tablet granulation."  Ex. F, Edward Rudnic & Joseph B. Schwartz, *Oral Solid Dosage Forms, in Remington's Pharmaceutical Sciences* 1633, 1636-37 (Alfonso R. Gennaro ed., 18th ed. 1990).

49.     The patent specification is consistent with this construction.  The specification teaches that "[a]fter the granules have been dried to the defined water content, 0.1-5, preferably 0.3-2% by weight of a lubricant for the tabletting are mixed in homogenously. It is likewise possible to use for this purpose all conventional substances such as talc, magnesium stearate, calcium stearate, stearic acid, calcium behenate, glycerin palmitostearate, sodium acetate, polyethylene glycol, sodium stearate [sic] fumarate."  Ex. D at Col. 4:7-13.  All of the listed

12

substances are pharmaceutical ingredients conventionally used to reduce friction and thus prevent adhesion of a tablet to tooling surfaces.

### F.     "OTHER CONVENTIONAL ANCILLARY SUBSTANCES"

50.     I understand that the parties disagree as to the meaning of the term "other conventional ancillary substances."

51.     It is my opinion that one of ordinary skill in the art would have understood this term to carry its plain meaning; that is, one would have understood this term to mean commonly used pharmaceutical ingredients other than an active pharmaceutical ingredient, a lubricant, or a "release-delaying ancillary substance" as defined above, *e.g.*, binders, adhesives, colorants, stabilizers, fillers, wetting agents, and flow regulators.

52.     The accepted meaning of the term "conventional" is in common use.  As discussed above, the accepted meaning of the term "ancillary substance" is a pharmaceutical ingredient other than the active pharmaceutical ingredient.

53.     It is my opinion, therefore, that a person skilled in the art would understand the term "other conventional ancillary substances" to encompass commonly used pharmaceutical ingredients other than the API and other than the types of ingredients preceding this term in the claims of the '588 patent, namely lubricants or release-delaying substances such as matrices or coatings.  Ex. D at Col. 8:41-44.

54.     The patent specification is consistent with this meaning and further lists examples of "other ancillary substances": "colorants, stabilizers, fillers, wetting agents, flow regulators." Ex. D at Col. 4:16-18.  The listed substances are known to anyone skilled in the art to be commonly used as neither active pharmaceutical ingredients, lubricants, nor release-delaying substances.

G.    **"RELEASE RATE IS VIRTUALLY INDEPENDENT OF THE PRESSURE WHEN COMPRESSING THE TABLETS"**

55.    I understand that the parties disagree as to the meaning of the claim term "release rate is virtually independent of the pressure when compressing the tablets."

56.    It is my opinion that one of ordinary skill in the art would understand this term to mean that within the ordinary range of compression used in the formulation of pharmaceutical tablets, the effect of the pressure when compressing the tablets on the release rate of the active pharmaceutical ingredient can be neglected for practical purposes.

57.    The patentees explicitly define the term "release rate is virtually independent of the pressure when compressing the tablets" in the specification.  The specification states that "[i]t was furthermore not predictable that the release of active ingredient is, in contrast to usual experience, virtually independent of the pressure when compressing the tablets. … 'Virtually independent' means that the effect can be neglected for practical purposes."  Ex. D at Col. 2:47-51.  In addition, Figure 9 of the '588 patent demonstrates that the pressure when compressing the tablets does not appreciably affect dissolution rate.  Ex. D at Fig. 9.

58.    The '588 patent file history confirms my opinion as to the definition of this term. The applicants stated that "the release of the active ingredient is virtually independent of the pressure used to compress the tablet ... These results are unexpected in view of the fact that it is generally accepted that increases in the compressive force used in tablet production provides a slowing of the release of active ingredient…"  Ex. E at 3.

59.    Further, it is my opinion that one of ordinary skill in the art would understand, in the context of the '588 patent, that the compaction pressure would refer to the ordinary range of compression used in pharmaceutical formulation.  Therefore, one would understand that the

14

effect of the pressure when compressing the tablets on the release rate of the active

pharmaceutical ingredient can be neglected while operating within this range of compression.

### H.     "ACTIVE INGREDIENT DENSITY"

60.     I understand that the Court has been asked to construe the claim term "active

ingredient density."

61.     It is my opinion that one of ordinary skill in the art would understand this term to

mean the density of the active ingredient in the delayed release microtablet.

62.     A person of ordinary skill in the art would construe the term "active ingredient

density" in the context of the patent claim in which it appears, *i.e.*, Claim 1 of the '588 patent.

Claim 1 discloses the characteristics of a microtablet, namely, size (Claim 1(a)), active ingredient

content (Claim 1(b)), release rate (Claim 1(d, e)), and composition (Claim 1(f)).  Ex. D at Col.

8:30-44.  Thus, the context of the claim makes clear that "active ingredient density" refers to the

active ingredient density in the claimed delayed release microtablet.

63.     The  patent specification uses the term "active ingredient density" to refer to

microtablets with a particular density of active ingredient.  For example, the specification states:

"It is an object of the present invention … to develop propafenone and diprafenone tablets with a

small size, high content and density of active ingredient…."  Ex. D at Col 2:11-13.  *See also* Ex.

D at Col. 4:65-67 ("The microtablets of the examples always had a diameter and height each of 2

mm, and the density of active ingredient was always more than one").

64.     The '588 patent file history is also consistent with this definition.  In the file

history, the applicants repeatedly refer to the active ingredient density of the microtablet.  *See,*

*e.g.*, Ex. E at 2 ("the cylindrical delayed release microtablet of the present invention is required

to … have an active ingredient density that is greater than 1"); *see also* Ex. E at 2-3 ("by

preparing a microtablet having the required size and shape, active ingredient content and active

ingredient density … it is possible to provide a microtablet that has surprisingly improved delayed release characteristics compared to other delayed release formats").

65.     Therefore, one of ordinary skill in the art would understand the term "active ingredient density" to mean the density of the active ingredient in the delayed release microtablet.

**I.     "A PRONOUNCED PLASMA LEVEL PLATEAU WITH A PTF<75%"**

66.     I understand that the Court has been asked to construe the claim term "a pronounced plasma level plateau with a PTF<75%."

67.     It is my opinion that one of ordinary skill in the art would have understood this term to mean a plasma level plateau with a peak to trough fluctuation of less than 75%, where peak to trough fluctuation is defined as $PTF(\%) = \dfrac{C_{max} - C_{min}}{\dfrac{AUC}{\Delta t}} \times 100$.

68.     The accepted meaning of the term "PTF" is peak to trough fluctuation.

69.     The patentees define this term in the specification:

Despite the short half-life, a pronounced blood level plateau develops (FIG. 11). The fluctuations in the blood level are considerably less with the microtablets. This is evident from the $t_{75\%}$ (period in the dosage interval during which the plasma levels are at least 75% of the maximum level), which is 8 to 9 hours with the microtablets according to the invention compared with 5 to 6 hours with the bolus delayed release form, and from the PTF (peak to trough fluctuation; cf. H. P. Koch and W. A. Ritschel, Synopsis der Biopharmazie und Pharmakokinetik, Ecomed-Verlagsgesellschaft mbH, Landsberg und Munchen, 1986)

$$PTF(\%) = \frac{C_{max} - C_{min}}{\dfrac{AUC}{\Delta t}} \times 100$$

for the AUC, cf. J. K. Aronson et al., Europ. J. of Clinical Pharmacology 35 (1988), 1-7.

16

which has a value for the microtablets which is only about half that for the bolus forms, in particular less than 75, preferably less than 60 %. The microtablets accordingly increase therapeutic safety because excessive peaks of plasma levels and the side effects caused thereby do not occur, the plasma level does not fall below the minimum effective level.

Ex. D at Cols. 2:60-3:17.

### J.    "BIOAVAILABILITY DOES NOT DEPEND ON THE INTAKE OF FOOD"

70.    I understand that the claim term "bioavailability does not depend on the intake of food" is in dispute.

71.    It is my opinion that one of ordinary skill in the art would understand this term to carry its plain meaning; that is, one would have understood this term to mean that the bioavailability of the active pharmaceutical ingredient is unaffected by food intake for practical purposes in patients.

72.    This plain meaning of the term is supported by the patent specification: "the bioavailability of this form [the delayed release microtablets] is unaffected by food intake..." Ex. D at Col. 3:18-20.

### K.    "CYLINDRICAL MOLD"

73.    I understand that the meaning of the claim term "cylindrical mold" is in dispute.

74.    It is my opinion that one of ordinary skill in the art would understand this term to mean a die and punch in which a formulation is formed into a "cylindrical" shape as defined in Section B above.

75.    My opinion as to the accepted meaning of the term "cylindrical" set forth in the section above is equally applicable here.  One of ordinary skill in the art would understand the term "mold" to mean a part of tooling for production of solid dosage form of drugs, *i.e.,* a punch and die in which a substance is shaped.

17

76.    The patent specification is consistent with this understanding of the term "mold." The specification discloses a non-limiting example of tooling comprising "a suitable tabletting machine equipped with multiple microtablet punches." Ex. D at Col. 4:19-20.  It is my opinion that a person having ordinary skill in the art would have understood the term "cylindrical mold" in light of the specification to refer to the conventional parts of the tabletting machines, i.e. dies and punches.

77.    The file history of the '588 patent is not inconsistent with the term "cylindrical mold" as a die and punch in which a formulation is formed that has a "cylindrical" shape as described above.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Executed on this 5th day of March 2008 in Lausanne, Switzerland.


Jeffrey A. Hubbell, Ph.D.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 5, 2008 I electronically filed the foregoing with the

Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Josy W. Ingersoll, Esquire
> YOUNG, CONAWAY, STARGATT & TAYLOR

I further certify that I caused to be served copies of the foregoing document on

March 5, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| John G. Taylor, Esquire<br>James K. Stronski, Esquire<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY 10151 | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)

# Exhibit A

# JEFFREY ALAN  HUBBELL, Ph.D.

Professor and Director, Institute of Bioengineering
Professor, Institute of Chemical Sciences and Engineering
Ecole Polytechnique Fédérale de Lausanne (EPFL)

## PERSONAL INFORMATION

Born:          November 7, 1959, Kansas City, Missouri, USA
Citizenship:   USA
Residency:     Switzerland (Permit C; permanent resident)

| University Address: | Home Address: |
|---|---|
| Institute of Bioengineering | Rue Louis de Savoie 27 |
| Laboratory for Regenerative Medicine and | CH-1110 Morges, Switzerland |
| Pharmacobiology (LMRP), Station 15 | Telephone    +41 21 803 00 50 |
| CH-1015 Lausanne, Switzerland | Telefax       +41 1  355 31 00 |
| Telephone    +41 21 693 9681 | Mobile        +41 79 593 87 41 |
| Secretary    +41 21 693 9682 | |
| Telefax      +41 21 693 9665 | |
| E-mail        jeffrey.hubbell@epfl.ch | |

## EDUCATION

Ph.D.     Chemical Engineering, Rice University, 1986
B.S.       Chemical Engineering, Kansas State University, 1982

## EXPERIENCE

2004-Present   Professor. Institute of Bioengineering (Faculty of Life Sciences and Faculty of Engineering) and the Institute of Chemical Sciences and Technology (Faculty of Basic Sciences); Director, Institute of Bioengineering (http://ibi.epfl.ch)

1997-2003      Professor of Biomedical Engineering in the Department of Materials (ETH) and the Faculty of Medicine (University of Zurich); Director, Institute for Biomedical Engineering (ETH and Univ. Zurich)

1995-1997      Professor of Chemical Engineering, California Institute of Technology

1991-1994      Associate Professor of Chemical Engineering, University of Texas

1986-1991      Assistant Professor of Chemical Engineering, University of Texas

## RESEARCH EMPHASIS

Our research is in the field of biomaterials and protein engineering, with applications in tissue engineering, drug delivery, and immunotherapeutics in mind.  We develop novel hydrogel and nanoparticle biomaterials and novel protein therapeutics in (i) regenerative medicine, (ii) immunotherapeutics (vaccines in infectious diseases and cancer; tolerance induction in transplant medicine and autoimmunity), and (iii) delivery of small molecule and gene drugs. As molecular targets, we (i) explore molecular variants of a number of growth factors and adhesion protein morphogens, (ii) develop new release vehicles for hydrophobic immunosuppressant, anticancer and anti-proliferative small molecule drugs, and (iii) investigate new product forms of nitric oxide; further, we develop novel nonviral vectors for delivering (iv) siRNA and (v) plasmid DNA. As clinical targets (where we have reached the human clinic, so indicated; otherwise work in development), we address *novel materials* for (i) type-I diabetes (in cell transplantation to pilot clinical trials; others in immunosuppression and tolerization in development), (ii) immunosuppression, (iii) restenosis prevention, (iv) postoperative adhesion prevention, (v) cartilage protection, (vi) cancer chemotherapy, (vii) cancer immunotherapy, and (viii) infectious diseases vaccination; and *novel bioactives* for (i) bone repair (presently to Phase II clinical trials), (ii) chronic wound repair (presently to Phase II clinical trials), (iii) restenosis prevention, (iv) bladder repair, and (v) cartilage repair. Historically, we have taken a surgical sealant to the clinic and marketplace, although we no longer work in this area academically.  As such, our philosophy is to target important conditions of human and animal health, to develop novel materials and bioactives to address them, and to investigate interesting biological questions with the tools that we develop along the way.

## PROFESSIONAL SOCIETIES

American Association for the Advancement of Science, AAAS
American Chemical Society, ACS
American Institute for Medical and Biological Engineering, AIMBE (College of Fellows)
American Institute of Chemical Engineers, AIChE
Biomedical Engineering Society, BMES (former Board of Directors member)
Controlled Release Society, CRS
European Society for Biomaterials, ESB
International Society for Applied Cardiovascular Biology, ISACB (Executive Council)
Materials Research Society, MRS
Society for Biomaterials (President Elect, 2007/8; President, 2008/9)
Swiss Society for Biomaterials, SSB
Swiss Society for Biomedical Engineering
Tissue Engineering and Regenerative Medicine International Society (Board of Directors member)

## EDITORIAL ACTIVITIES

Associate Editor, *Journal of Biomaterials Science, Polymer Edition*
Associate Editor, *Biotechnology & Bioengineering*
Executive Editor, *Advanced Drug Delivery Reviews*
Editorial Board, *Annals of Biomedical Engineering*

Editorial Board, *Acta Biomaterialia*
Editorial Board, *Biomacromolecules*
Editorial Board, *Cell Transplantation*
Editorial Board, *Journal of Controlled Release*
Editorial Board, *Journal of Polymer Science*
Editorial Board, *European Journal of Pharmaceutics and Biopharmaceutics*

## AWARDS AND HONORS

| | |
|---|---|
| 2007 | Distinguished Alumnus Award, Rice University |
| 2006 | Gordon Conference, Biointerface Science, Co-founder and Chair |
| 2006 | George Winter Award, European Society for Biomaterials |
| 2004 | Gaden Award, John Wiley and Sons, and the American Chemical Society |
| 2002 | Körber Foundation Award for European Science |
| 2002 | Distinguished Lecturer, Institute for Biosciences and Bioengineering, Rice University |
| 2002 | Benjamin Zweifach Lecturer, University of California San Diego |
| 2001 | Skinner Lecturer, Northwestern University |
| 2000 | Elected Fellow of Biomaterials Science and Engineering |
| 2000 | Elected Fellow of the American Association for the Advancement of Science |
| 2000 | Distinguished Lecturer, Massachusetts Institute of Technology, Department of Materials Science and Engineering |
| 1999 | Britton Chance Lecturer, University of Pennsylvania |
| 1996 | Clemson Award for Applied Research, Society for Biomaterials |
| 1996 | Chair, Keystone Symposium on Tissue Engineering |
| 1995 | Elected Fellow, American Institute of Medical and Biological Engineering |
| 1993-5 | Gordon Conference, Biocompatibility of Biomaterials, Vice Chair, Chair 1995-7 |
| 1992 | W.J. Kolff Award for Outstanding Research, Am. Soc. Artif. Intern. Organs |
| 1991 | American Society of Engineering Education Dow Outstanding Young Faculty Awd. |
| 1991 | Department of Chemical Engineering Teaching Award |
| 1990 | National Science Foundation Presidential Young Investigator Award |
| 1990 | College of Engineering Award for Outstanding Teaching by an Assistant Professor |
| 1988 | National Institutes of Health, First Independent Research Support and Transition Award |
| 1988 | Department of Chemical Engineering Teaching Award |
| 1988 | Dow Chemical Company Junior Faculty Award |
| 1988 | University of Texas College of Engineering, Faculty Leadership Award |
| 1986 | Outstanding Dissertation in Chemical Engineering, Rice University |
| 1982 | Atlantic Richfield Company Fellow, Rice University |

## MEMBERSHIP IN FEDERAL PANELS

| | |
|---|---|
| 1998 | NIH Special Study Section on Tissue Engineering, Chair (USA) |
| 1995 | NAE Organizing Committee on Frontiers of Engineering (USA) |
| 1993-7 | NIH Study Section on Surgery and Bioengineering (USA) |
| 1993 | NIH Special Study Section, Division of Research Resources (USA) |
| 1992 | NIH Study Section on Surgery and Bioengineering, Ad Hoc Member (USA) |

1992   NIH Study Section on Surgery, Anesthesiology and Trauma, Ad Hoc Member (USA)

1992   NIH Study Section on Bioengineering SBIR Applications, Ad Hoc Member (USA)

1991-2 NIH Working Party on Blood-Tissue-Materials Interactions (USA)

1991   NIH/NSF Study Sect. on Biomaterials-Centered Infection, Ad Hoc Member (USA)

1990   NSF Review Panel in Bioengineering and Biotechnology, Initiation Awards (USA)

1990   NSF Review Panel in Bioengineering and Biotechnology (USA)

1989   NIH Study Section on Biosensing SBIR Applications, Ad Hoc Member (USA)

1988   NSF Review Panel in Bioengineering and Research to Aid the Handicapped (USA)


## MEMBERSHIP IN OTHER PANELS

2007-Present   Scientific Advisory Board, DFG Center for Regenerative Therapies Dresden

2001-2005   Scientific Advisory Board, UK Centre for Tissue Engineering

2001-   Volkswagen Foundation, Research Commission

1997-2001   Paul Scherrer Institut, Research Commission, Life Sciences Division

1996-2001   Advisor, University of Washington, Engineering Research Center on Engineered Biomaterials


## THESES, DISSERTATIONS AND RESEARCH SUPERVISED AND IN PROGRESS
*(Trainees having moved to professorial positions are shown in italic, along with their current university.)*

| Desai, Neil P. | Blood compatibility of methacrylate copolymers: An interfacial approach | MS, ChE | 1988 |
|---|---|---|---|
| Pohl, Phillip I. | A light scattering device for studying human blood platelet aggregation | MS, ChE | 1988 |
| Sawhney, Amarpreet | Biodegradable polymers for the prevention of postoperative adhesions | MS, ChE | 1989 |
| Desai, Neil P. | Surface modifications for enhanced blood compatibility | PhD, ChE | 1991 |
| du Laney, Tracy | Nonadhesive biomaterials with biologically enhanced albumin affinity | MS, BME | 1991 |
| *Massia, Stephen P. Arizona State University* | Biomaterials with enhanced cell adhesion by bioactive peptide grafting | PhD, Biology | 1991 |
| Persad, Vashti | Cell adhesive biomaterials | MS, BME | 1991 |
| *Wagner, William R, University of Pittsburgh* | Thrombosis on model injured blood vessels | PhD, ChE | 1991 |
| Lyckman, Alvin | Materials for nerve regeneration | Postdoc Biology | 1992 |
| Pathak, Chandrashekhar | *In situ* photocuring biomedical hydrogels | Postdoc Chemistry | 1992 |
| Sawhney, Amarpreet | Enhanced biocompatibility of | PhD, ChE | 1992 |

|  | microencapsulation membranes for intraperitoneal islet xenografts |  |  |
| --- | --- | --- | --- |
| Drumheller, Paul D. | Endothelial cell function in injury and thrombosis | PhD, ChE | 1994 |
| Hossainy, Syed A. | Cell nonadhesive biomaterials | PhD, ChE | 1994 |
| Brockmuller, Sunny | Hydrogels for drug delivery | MS, BME | 1995 |
| Frautschi, Jack | Cellulosic membranes with enhanced albumin adsorption and reduced complement activation | PhD, BME | 1995 |
| Hearn, Dianne | Bioactive materials for the promotion of cell-type selective adhesion *in vivo* | MS, ChE | 1995 |
| Herbert, Curtis B. | Biomaterials for controlled peripheral nerve regeneration | PhD, ChE | 1995 |
| Quinn, Christopher P. | Biocompatibility and stability of biosensors | PhD, ChE | 1995 |
| *West, Jennifer L. Rice University* | Surgical hydrogels | PhD, BME | 1996 |
| Cruise, Greg | Photopolymerization approaches for cell immunoisolation | PhD, ChE | 1997 |
| Dang, Mai Huong | Hydrogels for ocular healing | Postdoc, MSE | 1997 |
| Elbert, Donald L | Surfactants for control of biological adhesion | PhD, ChE | 1997 |
| Lindsay, Jamie | Bioactive hydrogels for arterial resurfacing | MS, ChE | 1997 |
| *Noh, Insup, Seoul National University of Technology* | Peptide derivatization of poly(tetrafluoroethylene) surfaces | PhD, ChE | 1997 |
| Uhlich, Thomas | Polymer hydrogels for islet xenotransplantation | Postdoc, Chem | 1997 |
| Yue, Chenyun | Hydrogels for controlled drug retention for postoperative adhesion prevention | Postdoc, Chem | 1997 |
| *Kao, John, University of Wisconsin, Madison* | Peptide derivatized materials for manipulating leukocyte-material interactions | Postdoc, BME | 1998 |
| *Panitch, Alyssa, Arizona State University* | Tissue engineering of vascular ingrowth | Postdoc, Chem | 1998 |
| Schense, Jason C. | Bioactive materials for peripheral nerve regeneration | PhD, ChE | 1999 |
| *Elbert, Donald L Washington University* | Environmentally responsive polymers for delivery of macromolecules to the cytoplasm | Postdoc, ChE | 2000 |
| Park, Yong Doo | Cellularly resorbable materials for MSC transplantation in cartilage repair' | Postdoc, BME | 2000 |
| *Sakiyama, Shelly E, Washington University* | Bioactive hydrogel biomaterials | PhD, ChE | 2000 |
| Schense, Jason C. | Modified fibrin gels for enhancing wound healing | PhD, ChE | 2000 |

| | | | |
|---|---|---|---|
| Schweitzer, Beat | Development of vascular grafts using modified fibrin gels | Postdoc, Biology | 2000 |
| *Vernon, Brent, Arizona State University* | Development of in situ gelling materials using multifunctional polymer precursors' | Postdoc, BME | 2000 |
| Winblade, Natalie D. | Self-assembling materials for steric stabilization of tissue surfaces | PhD, ChE | 2000 |
| Bearinger, Jane P. | Supermolecular adlayers of sulfide-containing macroamphiphiles | Postdoc, ChE | 2001 |
| Pratt, Alison | Cell-responsive synthetic biomaterials formed in situ | PhD, ChE | 2001 |
| Schense, Jason C. | Bioactive materials for bone repair | Postdoc, ChE | 2001 |
| *Tae, Giyoong, Gwangju Institute of Science and Technology* | Enzymatically triggered hydrophobic Interactions Leading to Gel Formation in Telechelic Polymers | PhD, ChE | 2001 |
| Fuchs, Rainer | Engineering a novel hepatocyte bioreactor system for application as extracorporal liner support apparatus | PhD, MSE | 2002 |
| Gössl, Andreas | Disulfide-based biomedical hydrogel gelation and degelation chemistries | Postdoc, ChE | 2002 |
| Halstenberg, Sven | Protein polymer networks for peripheral nerve regeneration | PhD, ChE | 2002 |
| *Maynard, Heather D. UCLA* | Peptide mimetics of heparin and heparan sulfate | Postdoc, Chemistry | 2002 |
| *Metters, Andrew, Clemson University* | Mathematical modeling of PEG network resorption and remodeling | Postdoc, ChE | 2002 |
| *Seliktar, Dror, Technion* | Functional hydrogels in vascular healing: TGF-beta- and VEGF-containing materials | Postdoc, ChE | 2002 |
| *Tirelli, Nicola, University of Manchester* | Novel syntheses, properties evaluation and morphogenesis for PEG-based soft matter | Group leader, Chemistry | 2002 |
| Van de Vondele, Stephane | Hepatocyte bioreactor for an extracorporeal liver support device: Bioengineering of hepatocyte phenotype via surface signaling' | PhD, MSE | 2002 |
| Cellesi, Francesco | Combined covalent and physicochemical gelation for cell encapsulation | PhD, MSE | 2003 |
| Hall, Heike | Mechanisms involved in cord and tube formation of endothelial cells | Group leader, Biology | 2003 |
| *Lutolf, Matthias Ecole Polytechnique Fédérale de Lausanne* | Proteolytically degradable hydrogels for cartilage and bone repair | PhD, MSE | 2003 |
| Napoli, Alessandro | Poly(propylene sulfide)-based macroamphiphiles and their self-assembly into micellar and lamellar mesophases | PhD, MSE | 2003 |
| *Rizzi, Simone* | Designed protein-polymer networks for | PhD, MSE | 2003 |

| *Queensland University of Technology* | tissue engineering | | |
|---|---|---|---|
| Valentini, Massimiliano | NMR structural characterization of polymeric vesicles and study of their interactions with proteins | Postdoc, Chemistry | 2003 |
| Zisch, Andreas | Endothelialisation signaled by protein domains presented in hydrogels | Group leader, Biol | 2003 |
| Ehrbar, Martin | VEGF variants in angiogenesis tissue engineering and angiogenesis biology | PhD, MSE | 2004 |
| Lussi, Jost | Surface patterning techniques for manipulating cell attachment at the 100 nm length scale | PhD, MSE | 2004 |
| Raeber, George | Cellular ingrowth and remodeling of PEG-based synthetic extracellular marices | PhD, MSE | 2004 |
| Rehor, Annemie | Poly(propylene sulfide) nanoparticles with application in drug delivery | PhD, MSE | 2004 |
| Thurner, Philipp | Novel staining techniques for synchretron radiation-based micro-tomography | PhD, MSE | 2004 |
| Weber-Gründler, Cornelia | Angiopoietin variant forms for angiogenesis tissue engineering | PhD, MSE | 2004 |
| Zammaretti, Prisca | Tissue engineering of angiogenesis with endothelial progenitor cells | Postdoc, ChE | 2004 |
| Cerritelli, Simona | Poly(propylene sulfide)-based polymersomes for intracellular drug targeting | Postdoc, Chemistry | 2005 |
| Feller, Lydia | Chip functionalization chemistries for bioanalytical surfaces | PhD, MSE | 2005 |
| Matthies, Annette | Biofunctional hydrogels in scar-free healing | Postdoc, Biology | 2005 |
| Missirlis, Dimitrios | Gel nanoparticles in drug delivery | PhD, MSE | 2005 |
| Trentin, Diana | Functional peptides in high-efficiency DNA delivery | PhD, MSE | 2005 |
| Van de Wetering, Petra | Functional polymers in drug delivery: the peritoneum as a target | Group Leader, Chemistry | 2005 |
| Wechsler, Sandra | PDGF variant forms for skin tissue engineering | PhD, MSE | 2005 |
| *Barker, Thomas Georgia Institute of Technology* | Fibrin-based biomaterials by fibrinogen protein engineering | Postdoc, BME | 2006 |
| *Bermudez, Harry University of Massachusetts* | Steric stabilization approaches for in vivo selection of combinatorial libraries | Postdoc, ChE | 2006 |
| Schmökel, Hugo | Orthopedic tissue engineering | Group Leader, Vet. Med. | 2006 |
| Schoenmakers, Ronald | Functional polymers in drug delivery | Group Leader, Chemistry | 2006 |

| *Segura, Tatiana*<br>*UCLA* | Self-assembled polymer systems for delivery of siRNA | Postdoc, ChE | 2006 |
|---|---|---|---|
| Adelöw, Catharina | Tissue engineering of bladder reconstruction | PhD, BioE | Current |
| Gengler, Malou | Cell-degradable, disulfide-based biomaterials in form of gels and colloidal particles | PhD, MSE | Current |
| Hasegawa, Urara | Electrostatic interactions with growth factor proteins in self-assembled complexes | Postdoc | Current |
| Ihm, Jong-Eun | Granulosa cell-free oocyte maturation using tissue engineering approaches | PhD, BioE | Current |
| Jo, Yun-Suk | Long-term NO donor biomaterials | PhE, BioE | Current |
| Kontos, Stephan | Expression and selection of sulfated peptides | PhD, BioE | Current |
| Kourtis, Iraklis | Immunofunctional nanoparticles as cancer vaccines | PhD, BioE | Current |
| Kraehenbuehl, Thomas | Biomimetic gel scaffolds in embryonic stem cell differentiation | PhD, BioE | Current |
| Lee, Seung Tae | Hydrogel systems for embryonic stem cell self-renewal and differentiation | Postdoc | Current |
| Lorenz, Kristen | Modulation of smooth muscle phenotype through matrix signaling | PhD, BioE | Current |
| Martino, Mikael | Protein engineering of fibrinogen and fibrin | PhD, BioE | Current |
| Michol, Lionel | Tissue engineering of the bladder wall | PhD, BioE | Current |
| Mochizuki, Mayumi | Matrix effects on angiogenic signaling | Postdoc, Cell Biology | Current |
| O'Neil, Conlin | Surface functionalization of water-dispersible macroamphiphiles | PhD, BioE | Current |
| Patterson, Jennifer | Therapeutic angiogenesis in myocardial repair following infarction | Postdoc | Current |
| Pisarek, Rubin | Polymer blends in cardiovascular devices | PhD, BioE | Current |
| Pullin, Brian | Tissue engineering cartilage formation with local gene therapy approaches | PhD, BioE | Current |
| Reddy, Sai | Lymphatic drug targeting with functionalized nanoparticles | PhD, BioE | Current |
| Rothenfluh, Dominique | Bioactive biomaterials as therapeutics in articular cartilage | PhD, BioE | Current |
| Simeoni, Eleonora | Nonviral gene delivery in bone healing | Senior sci., Molec. Biol. | Current |
| Van der Vlies, André | Erythrocyte-binding polymers in modulating iv pharmacodynamics | Postdoc, Chemistry | Current |
| Velluto, Diana | Nanoparticle formulations in drug delivery | Postdoc, Pharm. Sci. | Current |
| Yang, Lirong | Recombinant fibrin variants in tissue engineering | PhD, BioE | Current |

**COURSES TAUGHT (U, undergraduate; G, graduate)**

1. CHE 102, Introduction to Chemical Engineering, undergraduate (U), Univ. Texas
2. CHE 350, Chemical Engineering Materials, (U), Univ. Texas
3. CHE 253M, Chemical Engineering Fundamentals Laboratory, (U), Univ. Texas

4.   CHE 353M, Measurement, Control, and Data Analysis Laboratory, (U), Univ. Texas
5.   CHE 381N, Fluid Flow and Heat Transfer, graduate (G), Univ. Texas
6.   CHE 385J, Biocompatibility of Biomaterials, (G), Univ. Texas
7.   10.491, Integrated Chemical Engineering, Controlled Release Systems, (U), MIT
8.   CHE 353, Transport Phenomena, (U), Univ. Texas
9.   CHE 103C, Mass Transport, (U), Calif. Inst. Technol.
10.  CHE 169, Biomedical Engineering - Biomaterials, (G), Calif. Inst. Technol.
11.  ETH 39-620, Molecular and Cellular Aspects of Biomedical Materials, ETH and University of Zurich
12.  ETH 39-718, Principals of Tissue Engineering, ETH and University of Zurich
13.  ETH 39-706, Biomaterial Surfaces: Properties and Characterization, ETH Zurich
14.  ETH 39-797, Materialwissenschaften
15.  ETH 39-714, Biocompatible Materials I, ETH and University of Zurich
16.  ETH 39-614, Biocompatible Materials II, ETH and University of Zurich
17.  ETH 39-102, Biology I, ETH and University of Zurich
18.  ETH 39-718, Materials for Pharmaceutical Applications, ETH and University of Zurich
19.  EPFL BB-02, Materials in Tissue Engineering and Pharmaceutical Technology, EPFL
20.  EPFL, Biomaterials, in the Faculty of Life Sciences and the Faculty of Basic Sciences
21.  EPFL, Materials Science, in the Faculty of Life Sciences
22.  EPFL, Batchelor Deign Projects in Bioengineering and Biotechnology, in the Faculty of Life Sciences

## PUBLICATIONS



**Citations in Each Year**

Years

Citations Per Year (as of 14 Jan. 2008)

H-index = 53 (14 Jan. 2008)

1. Degano, J.R., Vilalta, M., Bago, J.R., Matthies, A.M., Hubbell, J.A., Dimitrou, H., Bianco, P., Rubio, N. & Blanco, J. Bioluminescence imagin of calvarial bone repair using bone marrow and adipose tissue-derived mesenchymal stem cells. *Biomaterials* **29**, 427-437 (2008).

2. Adelöw, C., Segura, T., Hubbell, J.A. & Frey, P. The effect of enzymatially degradable poly(ethylene glycol) hydrogels on smoorh muscle cell phenotype. *Biomaterials* **29**, 314-326 (2008).

3. Walpoth, B.H., Zammaretti, P., Cikirikcioglu, M., Khabiri, E., Djebaili, M.K., Pache, J.C., Tille, J.C., Aggoun, Y., Morel, D., Kalangos, A., Hubbell, J.A. & Zisch, A.H. Enhanced intimal thickening of expanded polytetrafluoroethylene grafts coated with fibrin or fibrin-releasing vascular endothelial growth factor in the pig carotid artery interposition model. *J. Thorac. Cardiovasc. Surg.* **133**, 1163-1170 (2007).

4. Segura, T., Schmokel, H. & Hubbell, J.A. RNA interference targeting hypoxia inducible factor 1 alpha reduces post-operative adhesions in rats. *J. Surg. Res.* **141**, 162-170 (2007).

5. Segura, T. & Hubbell, J.A. Synthesis and in vitro characterization of an ABC triblock copolymer for siRNA delivery. *Bioconjug. Chem.* **18**, 736-745 (2007).

6. Roman, I., Vilalta, M., Rodriguez, J., Matthies, A.M., Srouji, S., Livne, E., Hubbell, J.A., Rubio, N. & Blanco, J. Analysis of progenitor cell-scaffold combinations by in vivo non-invasive photonic imaging. *Biomaterials* **28**, 2718-2728 (2007).

7. Reddy, S.T., van der Vlies, A.J., Simeoni, E., Angeli, V., Randolph, G.J., O'Neill, C.P., Lee, L.K., Swartz, M.A. & Hubbell, J.A. Exploiting lymphatic transport and complement activation in nanoparticle vaccines. *Nat. Biotechnol.* **25**, 1159-1164 (2007).

8. Raeber, G.P., Mayer, J. & Hubbell, J.A. Part I: A novel in-vitro system for simultaneous mechanical stimulation and time-lapse microscopy in 3D. *Biomechanics and Modeling in Mechanobiology* **E-pub ahead of print** (2007).

9. Raeber, G.P., Lutolf, M.P. & Hubbell, J.A. Part II: Fibroblasts preferentially migrate in the direction of principal strain. *Biomechanics and Modeling in Mechanobiology* **E-pub ahead of print** (2007).

10. Raeber, G.P., Lutolf, M.P. & Hubbell, J.A. Mechanisms of 3-D migration and matrix remodeling of fibroblasts within artificial ECMs. *Acta Biomaterialia* **3**, 615-629 (2007).

11. Mercanzini, A., Reddy, S.T., Velluto, D., O'Neil, C.P., Maillard, A., Bensadoun, J.C., Bertsch, A., Hubbell, J.A. & Renaud, P. Controlled releaes drug coatings on flexible neural probes. *Conf. Proc. IEEE Eng. Med. Biol. Soc.* **1**, 6612-6615 (2007).

12. Hubbell, J.A. Matrix-bound growth factors in tissue repair. *Swiss Medical Weekly* **137**, Suppl. 155: 172S-176S (2007).

13. Gurav, N., Lutolf, M.P., Raeber, G.P., Hubbell, J.A. & Di Silvio, L. Differentiation of human bone marrow stem cells within RGD functionalised, proteolytically sensitive PEG gels. *Tissue Eng.* **13**, 1675-1675 (2007).

14. Ehrbar, M., Zeisberger, S.M., Raeber, G.P., Hubbell, J.A., Schnell, C. & Zisch, A.H. The role of actively released fibrin-conjugated VEGF for VEGF receptor 2 gene activation and the enhancement of angiogenesis. *Biomaterials* **E-pub ahead of print** (2007).

15. Ehrbar, M., Rizzi, S.C., Schoenmakers, R.G., San Miguel, B., Hubbell, J.A., Weber, F.E. & Lutolf, M.P. Biomolecular hydrogels formed and degraded via site-specific enzymatic reactions. *Biomacromolecules* **8**, 3000-3007 (2007).

16. Ehrbar, M., Rizzi, S.C., Hlushchuk, R., Djonov, V., Zisch, A.H., Hubbell, J.A., Weber, F.E. & Lutolf, M.P. Enzymatic formation of modular cell-instructive fibrin analogs for tissue engineering. *Biomaterials* **28**, 3856-3866 (2007).

17. Cerritelli, S., Velluto, D. & Hubbell, J.A. PEG-SS-PPS: Reduction-sensitive disulfide block copolymer vesicles for intracellular drug delivery. *Biomacromolecules* **8**, 1966-1972 (2007).

18. Zisch, A.H., Ehrbar, M., Hubbell, J., Raeber, G., Schnell, C. & Walpoth, B. Biomimetic materials for injectable tissue engineering: studies of acute, lasting and unexpected angiogenesis response. *FASEB J.* **20**, A20-A21 (2006).

19. Trentin, D., Hall, H., Wechsler, S. & Hubbell, J.A. Peptide-matrix-mediated gene transfer of an oxygen-insensitive hypoxia-inducible factor-1 alpha variant for local induction of angiogenesis. *Proc. Natl. Acad. Sci. U. S. A.* **103**, 2506-2511 (2006).

20. Rizzi, S.C., Ehrbar, M., Halstenberg, S., Raeber, G.P., Schmoekel, H.G., Hagenmuller, H., Muller, R., Weber, F.E. & Hubbell, J.A. Recombinant protein-co-PEG networks as cell-adhesive and proteolytically degradable hydrogel matrixes. Part II: Biofunctional characteristics. *Biomacromolecules* **7**, 3019-3029 (2006).

21. Reidy, M., Zihlmann, P., Hubbell, J.A. & Hall, H. Activation of cell-survival transcription factor NF kappa B in L1Ig6-stimulated endothelial cells. *J. Biomed. Mater. Res.* **77A**, 542-550 (2006).

22. Reddy, S.T., Swartz, M.A. & Hubbell, J.A. Targeting dendritic cells with biomaterials: developing the next generation of vaccines. *Trends in Immunology* **27**, 573-579 (2006).

23. Reddy, S.T., Rehor, A., Schmoekel, H.G., Hubbell, J.A. & Swartz, M.A. In vivo targeting of dendritic cells in lymph nodes with poly(propylene sulfide) nanoparticles. *J. Controlled Release* **112**, 26-34 (2006).

24. Missirlis, D., Kawamura, R., Tirelli, N. & Hubbell, J.A. Doxorubicin encapsulation and diffusional release from stable, polymeric, hydrogel nanoparticles. *Eur. J. Pharm. Sci.* **29**, 120-129 (2006).

25. Missirlis, D., Hubbell, J.A. & Tirelli, N. Thermally-induced glass formation from hydrogel nanoparticles. *Soft Matter* **2**, 1067-1075 (2006).

26. Lussi, J.W., Falconnet, D., Hubbell, J.A., Textor, M. & Csucs, G. Pattern stability under cell culture conditions - A comparative study of patterning methods based on PLL-g-PEG background passivation. *Biomaterials* **27**, 2534-2541 (2006).

27. Hubbell, J.A. 3D engineered ECM analogues for studying cell behaviour and engineering tissue healing. *J. Anat.* **209**, 567-568 (2006).

28. Hubbell, J.A. Multifunctional polyplexes as locally triggerable nonviral vectors. *Gene Ther.* **13**, 1371-1372 (2006).

29. Hubbell, J.A. Matrix-bound growth factors in tissue repair. *Swiss Medical Weekly* **136**, 387-391 (2006).

30. Billinger, M., Buddenberg, F., Hubbell, J.A., Elbert, D.L., Schaffner, T., Mettler, D., Windecker, S., Meier, B. & Hess, O.M. Polymer stent coating for prevention of neointimal hyperplasia. *J. Invasive Cardiol.* **18**, 423-426 (2006).

31. Weber, C.C., Cai, H., Ehrbar, M., Kubota, H., Martiny-Baron, G., Weber, W., Djonov,

V., Weber, E., Mallik, A.S., Fussenegger, M., Frei, K., Hubbell, J.A. & Zisch, A.H. Effects of protein and gene transfer of the angiopoietin-1 fibrinogen-like receptor-binding domain on endothelial and vessel organization. *J. Biol. Chem.* **280**, 22445-22453 (2005).

32. van de Wetering, P., Metters, A.T., Schoenmakers, R.G. & Hubbell, J.A. Poly(ethylene glycol) hydrogels formed by conjugate addition with controllable swelling, degradation, and release of pharmaceutically active proteins. *J. Controlled Release* **102**, 619-627 (2005).

33. Urech, L., Bittermann, A.G., Hubbell, J.A. & Hall, H. Mechanical properties, proteolytic degradability and biological modifications affect angiogenic process extension into native and modified fibrin matrices in vitro. *Biomaterials* **26**, 1369-1379 (2005).

34. Trentin, D., Hubbell, J. & Hall, H. Non-viral gene delivery for local and controlled DNA release. *J. Controlled Release* **102**, 263-275 (2005).

35. Thurner, P., Muller, R., Raeber, G., Sennhauser, U. & Hubbell, J. 3D Morphology of cell cultures: A quantitative approach using micrometer synchrotron light tomography. *Microsc. Res. Tech.* **66**, 289-298 (2005).

36. Tae, G., Kornfield, J.A. & Hubbell, J.A. Sustained release of human growth hormone from in situ forming hydrogels using self-assembly of fluoroalkyl-ended poly(ethylene glycol). *Biomaterials* **26**, 5259-5266 (2005).

37. Schmoekel, H.G., Weber, F.E., Schense, J.C., Gratz, K.W., Schawalder, P. & Hubbell, J.A. Bone repair with a form of BMP-2 engineered for incorporation into fibrin cell ingrowth matrices. *Biotechnol. Bioeng.* **89**, 253-262 (2005).

38. Schmoekel, H.G., Weber, F.E., Hurter, K., Schense, J.C., Seiler, G., Rytz, U., Spreng, D., Schawalder, P. & Hubbell, J. Enhancement of bone healing using non-glycosylated rhBMP-2 released from a fibrin matrix in dogs and cats. *J. Small Anim. Pract.* **46**, 17-21 (2005).

39. Rizzi, S.C. & Hubbell, J.A. Recombinant protein-co-PEG networks as cell-adhesive and proteolytically degradable hydrogel matrixes. Part 1: Development and physicochernical characteristics. *Biomacromolecules* **6**, 1226-1238 (2005).

40. Rehor, A., Hubbell, J.A. & Tirelli, N. Oxidation-sensitive polymeric nanoparticles. *Langmuir* **21**, 411-417 (2005).

41. Rehor, A., Botterhuis, N.E., Hubbell, J.A., Sommerdijk, N. & Tirelli, N. Glucose sensitivity through oxidation responsiveness. An example of cascade-responsive nano-sensors. *J. Mater. Chem.* **15**, 4006-4009 (2005).

42. Raeber, G.P., Lutolf, M.P. & Hubbell, J.A. Molecularly engineered PEG hydrogels: A novel model system for proteolytically mediated cell migration. *Biophys. J.* **89**, 1374-1388 (2005).

43. Pittier, R., Sauthier, F., Hubbell, J.A. & Hall, H. Neurite extension and in vitro myelination within three-dimensional modified fibrin matrices. *J. Neurobiol.* **63**, 1-14 (2005).

44. Napoli, A., Bermudez, H. & Hubbell, J.A. Interfacial reactivity of block copolymers: Understanding the amphiphile-to-hydrophile transition. *Langmuir* **21**, 9149-9153 (2005).

45. Missirlis, D., Tirelli, N. & Hubbell, J.A. Amphiphilic hydrogel nanoparticles. Preparation, characterization, and preliminary assessment as new colloidal drug carriers. *Langmuir* **21**, 2605-2613 (2005).

46. Metters, A. & Hubbell, J. Network formation and degradation behavior of hydrogels formed by Michael-type addition reactions. *Biomacromolecules* **6**, 290-301 (2005).

47. Meinhart, J.G., Schense, J.C., Schima, H., Gorlitzer, M., Hubbell, J.A., Deutsch, M. &

Zilla, P. Enhanced endothelial cell retention on shear-stressed synthetic vascular grafts precoated with RGD-cross-linked fibrin. *Tissue Eng.* **11**, 887-895 (2005).

48. Maynard, H.D. & Hubbell, J.A. Discovery of a sulfated tetrapeptide that binds to vascular endothelial growth factor. *Acta Biomaterialia* **1**, 451-459 (2005).

49. Lutolf, M.P. & Hubbell, J.A. Synthetic biomaterials as instructive extracellular microenvironments for morphogenesis in tissue engineering. *Nat. Biotechnol.* **23**, 47-55 (2005).

50. Lussi, J.W., Tang, C., Kuenzi, P.A., Staufer, U., Csucs, G., Voros, J., Danuser, G., Hubbell, J.A. & Textor, M. Selective molecular assembly patterning at the nanoscale: a novel platform for producing protein patterns by electron-beam lithography on SiO2/indium tin oxide-coated glass substrates. *Nanotechnology* **16**, 1781-1786 (2005).

51. Karrer, L., Duwe, J., Zisch, A.H., Khabiri, E., Cikirikcioglu, M., Napoli, A., Goessl, A., Schaffner, T., Hess, O.M., Carrel, T., Kalangos, A., Hubbell, J.A. & Walpoth, B.H. PPS-PEG surface coating to reduce thrombogenicity of small diameter ePTFE vascular grafts. *Int. J. Artif. Organs* **28**, 993-1002 (2005).

52. Ihm, J.E., Han, K.O., Hwang, C.S., Kang, J.H., Ahn, K.D., Han, I.K., Han, D.K., Hubbell, J.A. & Cho, C.S. Poly (4-vinylimidazole) as nonviral gene carrier: in vitro and in vivo transfection. *Acta Biomaterialia* **1**, 165-172 (2005).

53. Hubbell, J.A. Transglutaminase-mediated immobilization of growth factors within fibrin for tissue healing. *Febs Journal* **272**, 409-409 (2005).

54. Hall, H. & Hubbell, J.A. Modified fibrin hydrogels stimulate angiogenesis in vivo: potential application to increase perfusion of ischemic tissues. *Materialwissenschaft Und Werkstofftechnik* **36**, 768-774 (2005).

55. Fittkau, M.H., Zilla, P., Bezuidenhout, D., Lutolf, M., Human, P., Hubbell, J.A. & Davies, N. The selective modulation of endothelial cell mobility on RGD peptide containing surfaces by YIGSR peptides. *Biomaterials* **26**, 167-174 (2005).

56. Feller, L.M., Cerritelli, S., Textor, M., Hubbell, J.A. & Tosatti, S.G.P. Influence of poly(propylene sulfide-block-ethylene glycol) di-and triblock copolymer architecture on the formation of molecular adlayers on gold surfaces and their effect on protein resistance: A candidate for surface modification in biosensor research. *Macromolecules* **38**, 10503-10510 (2005).

57. Ehrbar, M., Raeber, G., Hubbell, J., Schnell, C. & Zisch, A. Fast versus slow release of exogenous VEGF: differential vessel formation and transcriptional regulation response. *J. Vasc. Res.* **42**, 106-107 (2005).

58. Ehrbar, M., Metters, A., Zammaretti, P., Hubbell, J.A. & Zisch, A.H. Endothelial cell proliferation and progenitor maturation by fibrin-bound VEGF variants with differential susceptibilities to local cellular activity. *J. Controlled Release* **101**, 93-109 (2005).

59. Chilkoti, A. & Hubbell, J.A. Biointerface science. *MRS Bulletin* **30**, 175-176 (2005).

60. Cerritelli, S., Fontana, A., Velluto, D., Adrian, M., Dubochet, J., De Maria, P. & Hubbell, J.A. Thermodynamic and kinetic effects in the aggregation behavior of a poly(ethylene glycol-b-propylene sulfide-b-ethylene glycol) ABA triblock copolymer. *Macromolecules* **38**, 7845-7851 (2005).

61. Zisch, A.H., Zeisberger, S.M., Ehrbar, M., Djonov, V., Weber, C.C., Ziemiecki, A., Pasquale, E.B. & Hubbell, J.A. Engineered fibrin matrices for functional display of cell membrane-bound growth factor-like activities: Study of angiogenic signaling by ephrin-B2. *Biomaterials* **25**, 3245-3257 (2004).

62. Valentini, M., Vaccaro, A., Rehor, A., Napoli, A., Hubbell, J.A. & Tirelli, N. Diffusion NMR spectroscopy for the characterization of the size and interactions of colloidal matter: The case of vesicles and nanoparticles. *J. Am. Chem. Soc.* **126**, 2142-

2147 (2004).

63.     Tosatti, S., Schwartz, Z., Campbell, C., Cochran, D.L., VandeVondele, S., Hubbell,
        J.A., Denzer, A., Simpson, J., Wieland, M., Lohmann, C.H., Textor, M. & Boyan,
        B.D. RGD-containing peptide GCRGYGRGDSPG reduces enhancement of osteoblast
        differentiation by poly(L-lysine)-graft-poly(ethylene glycol)-coated titanium surfaces.
        *J. Biomed. Mater. Res.* **68A**, 458-472 (2004).

64.     Thurner, P., Muller, B., Sennhauser, U., Hubbell, J. & Muller, R. Tomography studies
        of biological cells on polymer scaffolds. *Journal of Physics-Condensed Matter* **16**,
        S3499-S3510 (2004).

65.     Seliktar, D., Zisch, A.H., Lutolf, M.P., Wrana, J.L. & Hubbell, J.A. MMP-2 sensitive,
        VEGF-bearing bioactive hydrogels for promotion of vascular healing. *J. Biomed.
        Mater. Res.* **68A**, 704-716 (2004).

66.     Schoenmakers, R.G., van de Wetering, P., Elbert, D.L. & Hubbell, J.A. The effect of
        the linker on the hydrolysis rate of drug-linked ester bonds. *J. Controlled Release* **95**,
        291-300 (2004).

67.     Schmokel, H.G., Weber, F.E., Seiler, G., von Rechenberg, B., Schense, J.C.,
        Schawalder, P. & Hubbell, J. Treatment of nonunions with nonglycosylated
        recombinant human bone morphogenetic protein-2 delivered from a fibrin matrix. *Vet.
        Surg.* **33**, 112-118 (2004).

68.     Schmoekel, H., Schense, J.C., Weber, F.E., Gratz, K.W., Gnagi, D., Muller, R. &
        Hubbell, J.A. Bone healing in the rat and dog with nonglycosylated BMP-2
        demonstrating low solubility in fibrin matrices. *J. Orthop. Res.* **22**, 376-381 (2004).

69.     Pratt, A.B., Weber, F.E., Schmoekel, H.G., Muller, R. & Hubbell, J.A. Synthetic
        extracellular matrices for in situ tissue engineering. *Biotechnol. Bioeng.* **86**, 27-36
        (2004).

70.     Park, Y., Lutolf, M.P., Hubbell, J.A., Hunziker, E.B. & Wong, M. Bovine primary
        chondrocyte culture in synthetic matrix metalloproteinase-sensitive poly(ethylene
        glycol)-based hydrogels as a scaffold for cartilage repair. *Tissue Eng.* **10**, 515-522
        (2004).

71.     Napoli, A., Valentini, M., Tirelli, N., Muller, M. & Hubbell, J.A. Oxidation-
        responsive polymeric vesicles. *Nature Materials* **3**, 183-189 (2004).

72.     Napoli, A., Boerakker, M.J., Tirelli, N., Nolte, R.J.M., Sommerdijk, N. & Hubbell,
        J.A. Glucose-oxidase based self-destructing polymeric vesicles. *Langmuir* **20**, 3487-
        3491 (2004).

73.     Lussi, J.W., Michel, R., Reviakine, I., Falconnet, D., Goessl, A., Csucs, G., Hubbell,
        J.A. & Textor, M. A novel generic platform for chemical patterning of surfaces. *Prog.
        Surf. Sci.* **76**, 55-69 (2004).

74.     Lippold, B.S., Schmoekel, H.G., Weber, F.E., Schense, J.C., Hubbell, J.A., Ueltschi,
        G. & Brehm, W. The use of nonglycosylated recombinant human bone morphogenic
        protein 2 (rhBMP-2) released from a fibrin matrix to promote arthrodesis in an equine
        pastern joint. *Pferdeheilkunde* **20**, 442-446 (2004).

75.     Kim, D.H., Haake, A., Sun, Y., Neild, A.P., Ihm, J.E., Dual, J., Hubbell, J.A., Ju, B.K.
        & Nelson, B.J. High-throughput cell manipulation with ultrasound fields. *Conf. Proc.
        IEEE Eng. Med. Biol. Soc.* **4**, 2571-2574 (2004).

76.     Khabiri, E., Zisch, A.H., Duwe, J., Karrer, L., Djebaili, M.K., Hubbell, J.A. &
        Walpoth, B.H. Effect of bi-functional polymer coating on thrombogenicity of
        synthetic coronary grafts. *Br. J. Surg.* **91**, 925-925 (2004).

77.     Hubbell, J.A. Biomaterials science and high-throughput screening. *Nat. Biotechnol.*
        **22**, 828-829 (2004).

78.     Hall, H. & Hubbell, J.A. Matnix-bound sixth Ig-like domain of cell adhesion molecule

L1 acts as an angiogenic factor by ligating alpha v beta 3-integrin and activating VEGF-R2. *Microvasc. Res.* **68**, 169-178 (2004).

79. Goessl, A., Tirelli, N. & Hubbell, J.A. A hydrogel system for stimulus-responsive, oxygen-sensitive in situ gelation. *J. Biomater. Sci. Polym. Ed.* **15**, 895-904 (2004).

80. Ehrbar, M., Djonov, V.G., Schnell, C., Tschanz, S.A., Martiny-Baron, G., Schenk, U., Wood, J., Burri, P.H., Hubbell, J.A. & Zisch, A.H. Cell-demanded liberation of VEGF(121) from fibrin implants induces local and controlled blood vessel growth. *Circ. Res.* **94**, 1124-1132 (2004).

81. Cellesi, F., Weber, W., Fussenegger, M., Hubbell, J.A. & Tirelli, N. Towards a fully synthetic substitute of alginate: Optimization of, a thermal gelation/chemical cross-linking scheme ("Tandem" gelation) for the production of beads and liquid-core capsules. *Biotechnol. Bioeng.* **88**, 740-749 (2004).

82. Cellesi, F., Tirelli, N. & Hubbell, J.A. Towards a fully-synthetic substitute of alginate: development of a new process using thermal gelation and chemical cross-linking. *Biomaterials* **25**, 5115-5124 (2004).

83. Zisch, A.H., Lutolf, M.P. & Hubbell, J.A. Biopolymeric delivery matrices for angiogenic growth factors. *Cardiovascular Pathology* **12**, 295-310 (2003).

84. Zisch, A.H., Lutolf, M.P., Ehrbar, M., Raeber, G.P., Rizzi, S.C., Davies, N., Schmokel, H., Bezuidenhout, D., Djonov, V., Zilla, P. & Hubbell, J.A. Cell-demanded release of VEGF from synthetic, biointeractive cell-ingrowth matrices for vascularized tissue growth. *FASEB J.* **17** (2003).

85. Vernon, B., Tirelli, N., Bachi, T., Haldimann, D. & Hubbell, J.A. Water-borne, in situ crosslinked biomaterials from phase-segregated precursors. *J. Biomed. Mater. Res.* **64A**, 447-456 (2003).

86. VandeVondele, S., Voros, J. & Hubbell, J.A. RGD-Grafted poly-l-lysine-graft-(polyethylene glycol) copolymers block non-specific protein adsorption while promoting cell adhesion. *Biotechnol. Bioeng.* **82**, 784-790 (2003).

87. Valentini, M., Napoli, A., Tirelli, N. & Hubbell, J.A. Precise determination of the hydrophobic/hydrophilic junction in polymeric vesicles. *Langmuir* **19**, 4852-4855 (2003).

88. Tosatti, S., De Paul, S.M., Askendal, A., VandeVondele, S., Hubbell, J.A., Tengvall, P. & Textor, M. Peptide functionalized poly(L-lysine)-g-poly(ethylene glycol) on titanium: resistance to protein adsorption in full heparinized human blood plasma. *Biomaterials* **24**, 4949-4958 (2003).

89. Thurner, P., Muller, B., Beckmann, F., Weitkamp, T., Rau, C., Muller, R., Hubbell, J.A. & Sennhauser, U. Tomography studies of human foreskin fibroblasts on polymer yarns. *Nuclear Instruments & Methods In Physics Research Section B-Beam Interactions With Materials And Atoms* **200**, 397-405 (2003).

90. Tae, G., Lammertink, R.G.H., Kornfield, J.A. & Hubbell, J.A. Facile hydrophilic surface modification of poly(tetrafluoroethylene) using fluoroalkyl-terminated poly(ethylene glycol)s. *Advanced Materials* **15**, 66-69 (2003).

91. Rehor, A., Tirelli, N. & Hubbell, J.A. Novel carriers based on polysulfide nanoparticles: Production via living emulsion polymerization, characterization and preliminary carrier assessment. *J. Controlled Release* **87**, 246-247 (2003).

92. Park, Y.D., Tirelli, N. & Hubbell, J.A. Photopolymerized hyaluronic acid-based hydrogels and interpenetrating networks. *Biomaterials* **24**, 893-900 (2003).

93. Lutolf, M.R., Weber, F.E., Schmoekel, H.G., Schense, J.C., Kohler, T., Muller, R. & Hubbell, J.A. Repair of bone defects using synthetic mimetics of collagenous extracellular matrices. *Nat. Biotechnol.* **21**, 513-518 (2003).

94. Lutolf, M.P., Raeber, G.P., Zisch, A.H., Tirelli, N. & Hubbell, J.A. Cell-responsive

synthetic hydrogels. *Advanced Materials* **15**, 888-892 (2003).

95.   Lutolf, M.P., Lauer-Fields, J.L., Schmoekel, H.G., Metters, A.T., Weber, F.E., Fields, G.B. & Hubbell, J.A. Synthetic matrix metalloproteinase-sensitive hydrogels for the conduction of tissue regeneration: Engineering cell-invasion characteristics. *Proc. Natl. Acad. Sci. U. S. A.* **100**, 5413-5418 (2003).

96.   Lutolf, M.P. & Hubbell, J.A. Synthesis and physicochemical characterization of end-linked poly(ethylene glycol)-co-peptide hydrogels formed by Michael-type addition. *Biomacromolecules* **4**, 713-722 (2003).

97.   Kusonwiriyawong, C., van de Wetering, P., Hubbell, J.A., Merkle, H.P. & Walter, E. Evaluation of pH-dependent membrane-disruptive properties of poly(acrylic acid) derived polymers. *Eur. J. Pharm. Biopharm.* **56**, 237-246 (2003).

98.   Ju, Y.M., Ahn, K.D., Kim, J.M., Hubbell, J.A. & Han, D.K. Physical properties and biodegradation of lactide-based poly(ethylene glycol) polymer networks for tissue engineering. *Polymer Bulletin* **50**, 107-114 (2003).

99.   Hubbell, J.A., Zisch, A.P., Ehrbar, M., Lutolf, M. & Djonov, V. Incorporation of engineered VEGF variants in fibrin cell ingrowth matrices. *FASEB J.* **17**, A553-A553 (2003).

100.   Hubbell, J.A. Enhancing drug function. *Science* **300**, 595-596 (2003).

101.   Hubbell, J.A. Materials as morphogenetic guides in tissue engineering. *Curr. Opin. Biotechnol.* **14**, 551-558 (2003).

102.   Hubbell, J.A. Tissue and cell engineering - Editorial overview. *Curr. Opin. Biotechnol.* **14**, 517-519 (2003).

103.   Heggli, M., Tirelli, N., Zisch, A. & Hubbell, J.A. Michael-type addition as a tool for surface functionalization. *Bioconjug. Chem.* **14**, 967-973 (2003).

104.   Hall, H., Bozic, D., Michel, K. & Hubbell, J.A. N-terminal alpha-dystroglycan binds to different extracellular matrix molecules expressed in regenerating peripheral nerves in a protein-mediated manner and promotes neurite extension of PC12 cells. *Mol. Cell. Neurosci.* **24**, 1062-1073 (2003).

105.   Bearinger, J.P., Voros, J., Hubbell, J.A. & Textor, M. Electrochemical optical waveguide lightmode spectroscopy (EC-OWLS): A pilot study using evanescent-field optical sensing under voltage control to monitor polycationic polymer adsorption onto indium tin oxide (ITO)-coated waveguide chips. *Biotechnol. Bioeng.* **82**, 465-473 (2003).

106.   Bearinger, J.P., Terrettaz, S., Michel, R., Tirelli, N., Vogel, H., Textor, M. & Hubbell, J.A. Chemisorbed poly(propylene sulphide)-based copolymers resist biomolecular interactions. *Nature Materials* **2**, 259-264 (2003).

107.   Winblade, N.D., Schmokel, H., Baumann, M., Hoffman, A.S. & Hubbell, J.A. Sterically blocking adhesion of cells to biological surfaces with a surface-active copolymer containing poly(ethylene glycol) and phenylboronic acid. *J. Biomed. Mater. Res.* **59**, 618-631 (2002).

108.   Tae, G.Y., Kornfield, J.A., Hubbell, J.A. & Lal, J.S. Ordering transitions of fluoroalkyl-ended poly(ethylene glycol): Rheology and SANS. *Macromolecules* **35**, 4448-4457 (2002).

109.   Tae, G., Kornfield, J.A., Hubbell, J.A. & Johannsmann, D. Anomalous sorption in thin films of fluoroalkyl-ended poly(ethylene glycol)s. *Langmuir* **18**, 8241-8245 (2002).

110.   Rehor, A., Tirelli, N. & Hubbell, J.A. A new living emulsion polymerization mechanism: Episulfide anionic polymerization. *Macromolecules* **35**, 8688-8693 (2002).

111.   Napoli, A., Tirelli, N., Wehrli, E. & Hubbell, J.A. Lyotropic behavior in water of amphiphilic ABA triblock copolymers based on poly(propylene sulfide) and

poly(ethylene glycol). *Langmuir* **18**, 8324-8329 (2002).

112. Michel, R., Lussi, J.W., Csucs, G., Reviakine, I., Danuser, G., Ketterer, B., Hubbell, J.A., Textor, M. & Spencer, N.D. Selective molecular assembly patterning: A new approach to micro- and nanochemical patterning of surfaces for biological applications. *Langmuir* **18**, 3281-3287 (2002).

113. Halstenberg, S., Panitch, A., Rizzi, S., Hall, H. & Hubbell, J.A. Biologically engineered protein-graft-poly(ethylene glycol) hydrogels: A cell adhesive and plasm in-degradable biosynthetic material for tissue repair. *Biomacromolecules* **3**, 710-723 (2002).

114. Cellesi, F., Tirelli, N. & Hubbell, J.A. Materials for cell encapsulation via a new tandem approach combining reverse thermal gelation and covalent crosslinking. *Macromolecular Chemistry and Physics* **203**, 1466-1472 (2002).

115. Bontempo, D., Tirelli, N., Masci, G., Crescenzi, V. & Hubbell, J.A. Thick coating and functionalization of organic surfaces via ATRP in water. *Macromolecular Rapid Communications* **23**, 418-422 (2002).

116. Bontempo, D., Tirelli, N., Feldman, K., Masci, G., Crescenzi, V. & Hubbell, J.A. Atom transfer radical polymerization as a tool for surface functionalization. *Advanced Materials* **14**, 1239-1241 (2002).

117. Zisch, A.H., Schenk, U., Schense, J.C., Sakiyama-Elbert, S.E. & Hubbell, J.A. Covalently conjugated VEGF-fibrin matrices for endothelialization. *J. Controlled Release* **72**, 101-113 (2001).

118. Windecker, S., Buddeberg, F., Hubbell, J.A., Elbert, D., Schaffner, T., Meier, B. & Hess, O.M. Novel polymer stent coating for reduction of neointimal hyperplasia: poly-L-lysine with polyethylene glycol. *Eur. Heart J.* **22**, 483-483 (2001).

119. Tae, G., Kornfield, J.A., Hubbell, J.A., Johannsmann, D. & Hogen-Esch, T.E. Hydrogels with controlled, surface erosion characteristics from self-assembly of fluoroalkyl-ended poly(ethylene glycol). *Macromolecules* **34**, 6409-6419 (2001).

120. Sakiyama-Elbert, S.E., Panitch, A. & Hubbell, J.A. Development of growth factor fusion proteins for cell-triggered drug delivery. *FASEB J.* **15**, 1300-1302 (2001).

121. Sakiyama-Elbert, S.E. & Hubbell, J.A. Functional biomaterials: Design of novel biomaterials. *Ann. Rev. Mater. Res.* **31**, 183-201 (2001).

122. Napoli, A., Tirelli, N., Kilcher, G. & Hubbell, J.A. New synthetic methodologies for amphiphilic multiblock copolymers of ethylene glycol and propylene sulfide. *Macromolecules* **34**, 8913-8917 (2001).

123. Lutolf, M.P., Tirelli, N., Cerritelli, S., Cavalli, L. & Hubbell, J.A. Systematic modulation of Michael-type reactivity of thiols through the use of charged amino acids. *Bioconjug. Chem.* **12**, 1051-1056 (2001).

124. Huang, N.P., Michel, R., Voros, J., Textor, M., Hofer, R., Rossi, A., Elbert, D.L., Hubbell, J.A. & Spencer, N.D. Poly(L-lysine)-g-poly(ethylene glycol) layers on metal oxide surfaces: Surface-analytical characterization and resistance to serum and fibrinogen adsorption. *Langmuir* **17**, 489-498 (2001).

125. Handel, T.M., Bertozzi, C. & Hubbell, J.A. Biopolymer engineering and design: beyond the genome - Editorial overview. *Curr. Opin. Chem. Biol.* **5**, 675-676 (2001).

126. Hall, H., Baechi, T. & Hubbell, J.A. Molecular properties of fibrin-based matrices for promotion of angiogenesis in vitro. *Microvasc. Res.* **62**, 315-326 (2001).

127. Elbert, D.L., Pratt, A.B., Lutolf, M.P., Halstenberg, S. & Hubbell, J.A. Protein delivery from materials formed by self-selective conjugate addition reactions. *J. Controlled Release* **76**, 11-25 (2001).

128. Elbert, D.L. & Hubbell, J.A. Conjugate addition reactions combined with free-radical cross-linking for the design of materials for tissue engineering. *Biomacromolecules* **2**,

430-441 (2001).

129.  Ye, Q., Zund, G., Benedikt, P., Jockenhoevel, S., Hoerstrup, S.P., Sakyama, S., Hubbell, J.A. & Turina, M. Fibrin gel as a three dimensional matrix in cardiovascular tissue engineering. *Eur. J. Cardiothorac. Surg.* **17**, 587-591 (2000).

130.  Winblade, N.D., Nikolic, I.D., Hoffman, A.S. & Hubbell, J.A. Blocking adhesion to cell and tissue surfaces by the chemisorption of a poly-L-lysine-graft-(poly(ethylene glycol); phenylboronic acid) copolymer. *Biomacromolecules* **1**, 523-533 (2000).

131.  West, J.L. & Hubbell, J.A. Special issue: Cardiovascular biomaterials - Preface. *Biomaterials* **21**, 2213-2213 (2000).

132.  Schense, J.C. & Hubbell, J.A. Three-dimensional migration of neurites is mediated by adhesion site density and affinity. *J. Biol. Chem.* **275**, 6813-6818 (2000).

133.  Schense, J.C., Bloch, J., Aebischer, P. & Hubbell, J.A. Enzymatic incorporation of bioactive peptides into fibrin matrices enhances neurite extension. *Nat. Biotechnol.* **18**, 415-419 (2000).

134.  Sakiyama-Elbert, S.E. & Hubbell, J.A. Development of fibrin derivatives for controlled release of heparin-binding growth factors. *J. Controlled Release* **65**, 389-402 (2000).

135.  Sakiyama-Elbert, S.E. & Hubbell, J.A. Controlled release of nerve growth factor from a heparin-containing fibrin-based cell ingrowth matrix. *J. Controlled Release* **69**, 149-158 (2000).

136.  Razatos, A., Ong, Y.L., Boulay, F., Elbert, D.L., Hubbell, J.A., Sharma, M.M. & Georgiou, G. Force measurements between bacteria and poly(ethylene glycol)-coated surfaces. *Langmuir* **16**, 9155-9158 (2000).

137.  Kenausis, G.L., Voros, J., Elbert, D.L., Huang, N.P., Hofer, R., Ruiz-Taylor, L., Textor, M., Hubbell, J.A. & Spencer, N.D. Poly(L-lysine)-g-poly(ethylene glycol) layers on metal oxide surfaces: Attachment mechanism and effects of polymer architecture on resistance to protein adsorption. *J. Phys. Chem. B* **104**, 3298-3309 (2000).

138.  An, Y.J. & Hubbell, J.A. Intraarterial protein delivery via intimally-adherent bilayer hydrogels. *J. Controlled Release* **64**, 205-215 (2000).

139.  West, J.L. & Hubbell, J.A. Polymeric biomaterials with degradation sites for proteases involved in cell migration. *Macromolecules* **32**, 241-244 (1999).

140.  Schense, J.C. & Hubbell, J.A. Cross-linking exogenous bifunctional peptides into fibrin gels with factor XIIIa. *Bioconjug. Chem.* **10**, 75-81 (1999).

141.  Sakiyama, S.E., Schense, J.C. & Hubbell, J.A. Incorporation of heparin-binding peptides into fibrin gels enhances neurite extension: an example of designer matrices in tissue engineering. *FASEB J.* **13**, 2214-2224 (1999).

142.  Lore, A.B., Hubbell, J.A., Bobb, D.S., Ballinger, M.L., Loftin, K.L., Smith, J.W., Smyers, M.E., Garcia, H.D. & Bittner, G.D. Rapid induction of functional and morphological continuity between severed ends of mammalian or earthworm myelinated axons. *J. Neurosci.* **19**, 2442-2454 (1999).

143.  Kao, W.J., Hubbell, J.A. & Anderson, J.M. Protein-mediated macrophage adhesion and activation on biomaterials: a model for modulating cell behavior. *J. Mater. Sci.-Mater. Med.* **10**, 601-605 (1999).

144.  Hubbell, J.A. Biotechnology - A new-for-old urinary bladder. *Nature* **398**, 198-199 (1999).

145.  Hubbell, J.A. Bioactive biomaterials. *Curr. Opin. Biotechnol.* **10**, 123-129 (1999).

146.  Elbert, D.L., Herbert, C.B. & Hubbell, J.A. Thin polymer layers formed by polyelectrolyte multilayer techniques on biological surfaces. *Langmuir* **15**, 5355-5362 (1999).

147. Cruise, G.M., Hegre, O.D., Lamberti, F.V., Hager, S.R., Hill, R., Scharp, D.S. & Hubbell, J.A. In vitro and in vivo performance of porcine islets encapsulated in interfacially photopolymerized poly(ethylene glycol) diacrylate membranes. *Cell Transplant.* **8**, 293-306 (1999).

148. Shoichet, M.S. & Hubbell, J.A. Polymers for tissue engineering - Foreword. *J. Biomater. Sci. Polym. Ed.* **9**, 405-406 (1998).

149. Shoichet, M.S. & Hubbell, J.A. Special issue III on polymers for tissue engineering - Preface. *J. Biomater. Sci. Polym. Ed.* **9**, 627-628 (1998).

150. Saltzman, W.M. & Hubbell, J.A. Tissue engineering - Preface. *Advanced Drug Delivery Reviews* **33**, 1-2 (1998).

151. Noh, I., Goodman, S.L. & Hubbell, J.A. Chemical modification and photograft polymerization upon expanded poly (tetrafluoroethylene). *J. Biomater. Sci. Polym. Ed.* **9**, 407-426 (1998).

152. Kao, W.Y.J. & Hubbell, J.A. Murine macrophage behavior on peptide-grafted polyethyleneglycol-containing networks. *Biotechnol. Bioeng.* **59**, 2-9 (1998).

153. Hubbell, J.A. Synthetic biodegradable polymers for tissue engineering and drug delivery. *Current Opinion In Solid State & Materials Science* **3**, 246-251 (1998).

154. Hern, D.L. & Hubbell, J.A. Incorporation of adhesion peptides into nonadhesive hydrogels useful for tissue resurfacing. *J. Biomed. Mater. Res.* **39**, 266-276 (1998).

155. Herbert, C.B., Nagaswami, C., Bittner, G.D., Hubbell, J.A. & Weisel, J.W. Effects of fibrin micromorphology on neurite growth from dorsal root ganglia cultured in three-dimensional fibrin gels. *J. Biomed. Mater. Res.* **40**, 551-559 (1998).

156. Han, D.K., Park, K.D., Hubbell, J.A. & Kim, Y.H. Surface characteristics and biocompatibility of lactide-based poly(ethylene glycol) scaffolds for tissue engineering. *J. Biomater. Sci. Polym. Ed.* **9**, 667-680 (1998).

157. Han, D.K., Elbert, D.L., Hubbell, J.A., Kim, J.M. & Ahn, K.D. Polylysine-PEG copolymer barriers with dual character of both adsorption to tissue and prevention of cell adhesion. *Polymer-Korea* **22**, 999-1006 (1998).

158. Elbert, D.L. & Hubbell, J.A. Self-assembly and steric stabilization at heterogeneous, biological surfaces using adsorbing block copolymers. *Chem. Biol.* **5**, 177-183 (1998).

159. Elbert, D.L. & Hubbell, J.A. Reduction of fibrous adhesion formation by a copolymer possessing an affinity for anionic surfaces. *J. Biomed. Mater. Res.* **42**, 55-65 (1998).

160. Cruise, G.M., Scharp, D.S. & Hubbell, J.A. Characterization of permeability and network structure of interfacially photopolymerized poly(ethylene glycol) diacrylate hydrogels. *Biomaterials* **19**, 1287-1294 (1998).

161. Cruise, G.M., Hegre, O.D., Scharp, D.S. & Hubbell, J.A. A sensitivity study of the key parameters in the interfacial photopolymerization of poly(ethylene glycol) diacrylate upon porcine islets. *Biotechnol. Bioeng.* **57**, 655-665 (1998).

162. Slepian, M.J. & Hubbell, J.A. Polymeric endoluminal gel paving: Hydrogel systems for local barrier creation and site-specific drug delivery. *Advanced Drug Delivery Reviews* **24**, 11-30 (1997).

163. Noh, I. & Hubbell, J.A. Photograft polymerization of acrylate monomers and macromonomers on photochemically reduced PTFE films. *J. Polym. Sci., Part A: Polym. Chem.* **35**, 3467-3482 (1997).

164. Noh, I., Chittur, K., Goodman, S.L. & Hubbell, J.A. Surface modification of poly(tetrafluoroethylene) with benzophenone and sodium hydride by ultraviolet irradiation. *J. Polym. Sci., Part A: Polym. Chem.* **35**, 1499-1514 (1997).

165. Hill, R.S., Cruise, G.M., Hager, S.R., Lamberti, F.V., Yu, X.J., Garufis, C.L., Yu, Y., Mundwiler, K.E., Cole, J.F., Hubbell, J.A., Hegre, O.D. & Scharp, D.W. Immunoisolation of adult porcine islets for the treatment of diabetes mellitus - The use

of photopolymerizable polyethylene glycol in the conformal coating of mass-isolated porcine islets. *Ann. N. Y. Acad. Sci.* **831**, 332-343 (1997).

166. Han, D.K. & Hubbell, J.A. Synthesis of polymer network scaffolds from L-lactide and poly(ethylene glycol) and their interaction with cells. *Macromolecules* **30**, 6077-6083 (1997).

167. West, J.L. & Hubbell, J.A. Separation of the arterial wall from blood contact using hydrogel barriers reduces intimal thickening after balloon injury in the rat: The roles of medial and luminal factors in arterial healing. *Proc. Natl. Acad. Sci. U. S. A.* **93**, 13188-13193 (1996).

168. West, J.L., Chowdhury, S.M., Sawhney, A.S., Pathak, C.P., Dunn, R.C. & Hubbell, J.A. Efficacy of adhesion barriers - Resorbable hydrogel, oxidized regenerated cellulose and hyaluronic acid. *J. Reprod. Med.* **41**, 149-154 (1996).

169. Hubbell, J.A. Hydrogel systems for barriers and local drug delivery in the control of wound healing. *J. Controlled Release* **39**, 305-313 (1996).

170. Hubbell, J.A. In situ material transformations in tissue engineering. *MRS Bulletin* **21**, 33-35 (1996).

171. Herbert, C.B., Hernandez, A.M. & Hubbell, J.A. Platelet adhesion to polyurethane blended with polytetramethylene oxide. *Biotechnol. Bioeng.* **52**, 81-88 (1996).

172. Herbert, C.B., Bittner, G.D. & Hubbell, J.A. Effects of fibrinolysis on neurite growth from dorsal root ganglia cultured in two- and three-dimensional fibrin gels. *J. Comp. Neurol.* **365**, 380-391 (1996).

173. Han, D.K. & Hubbell, J.A. Lactide-based poly(ethylene glycol) polymer networks for scaffolds in tissue engineering. *Macromolecules* **29**, 5233-5235 (1996).

174. Frautschi, J.R., Eberhart, R.C., Hubbell, J.A., Clark, B.D. & Gelfand, J.A. Alkylation of cellulosic membranes results in reduced complement activation. *J. Biomater. Sci. Polym. Ed.* **7**, 707-714 (1996).

175. Elbert, D.L. & Hubbell, J.A. Surface treatments of polymers for biocompatibility. *Ann. Rev. Mater. Res.* **26**, 365-394 (1996).

176. Chowdhury, S.M. & Hubbell, J.A. Adhesion prevention with ancrod released via a tissue-adherent hydrogel. *J. Surg. Res.* **61**, 58-64 (1996).

177. West, J.L. & Hubbell, J.A. Photopolymerized Hydrogel Materials For Drug-Delivery Applications. *Reactive Polymers* **25**, 139-147 (1995).

178. West, J.L. & Hubbell, J.A. Comparison Of Covalently And Physically Cross-Linked Polyethylene Glycol-Based Hydrogels For The Prevention Of Postoperative Adhesions In A Rat Model. *Biomaterials* **16**, 1153-1156 (1995).

179. Quinn, C.P., Pishko, M.V., Schmidtke, D.W., Ishikawa, M., Wagner, J.G., Raskin, P., Hubbell, J.A. & Heller, A. Kinetics Of Glucose Delivery To Subcutaneous Tissue In Rats Measured With 0.3-Mm Amperometric Microsensors. *Am. J. Physiol-Endocrinol. Metab.* **32**, E155-E161 (1995).

180. Quinn, C.P., Pathak, C.P., Heller, A. & Hubbell, J.A. Photo-Cross-Linked Copolymers Of 2-Hydroxyethyl Methacrylate, Poly(Ethylene Glycol) Tetra-Acrylate And Ethylene Dimethacrylate For Improving Biocompatibility Of Biosensors. *Biomaterials* **16**, 389-396 (1995).

181. Hubbell, J.A. & Langer, R. Tissue Engineering. *Chem. Eng. News* **73**, 42-54 (1995).

182. Hubbell, J.A. Biomaterials In Tissue Engineering. *Bio-Technology* **13**, 565-576 (1995).

183. HillWest, J.L., Dunn, R.C. & Hubbell, J.A. Local release of fibrinolytic agents for adhesion prevention. *J. Surg. Res.* **59**, 759-763 (1995).

184. Frautschi, J.R., Eberhart, R.C. & Hubbell, J.A. Alkylated cellulosic membranes with enhanced albumin affinity: Influence of competing proteins. *J. Biomater. Sci. Polym.*

*Ed.* **7**, 563-575 (1995).

185.   Dumanian, G.A., Dascombe, W., Hong, C., Labadie, K., Garrett, K., Sawhney, A.S., Pathak, C.P., Hubbell, J.A. & Johnson, P.C. A New Photopolymerizable Blood-Vessel Glue That Seals Human Vessel Anastomoses Without Augmenting Thrombogenicity. *Plast. Reconstr. Surg.* **95**, 901-907 (1995).

186.   Drumheller, P.D. & Hubbell, J.A. Densely Cross-Linked Polymer Networks Of Poly(Ethylene Glycol) In Trimethylolpropane Triacrylate For Cell-Adhesion-Resistant Surfaces. *J. Biomed. Mater. Res.* **29**, 207-215 (1995).

187.   Drumheller, P.D. & Hubbell, J.A. Analysis Of Phase Mixing In Aged Polymer Networks Of Poly(Ethylene Glycol) And Poly(Trimethylolpropane Triacrylate). *Polymer* **36**, 883-885 (1995).

188.   Sawhney, A.S., Pathak, C.P., Vanrensburg, J.J., Dunn, R.C. & Hubbell, J.A. Optimization Of Photopolymerized Bioerodible Hydrogel Properties For Adhesion Prevention. *J. Biomed. Mater. Res.* **28**, 831-838 (1994).

189.   Sawhney, A.S., Pathak, C.P. & Hubbell, J.A. Modification Of Islet Of Langerhans Surfaces With Immunoprotective Poly(Ethylene Glycol) Coatings Via Interfacial Photopolymerization. *Biotechnol. Bioeng.* **44**, 383-386 (1994).

190.   Pathak, C.P., Sawhney, A.S., Quinn, C.P. & Hubbell, J.A. Polyimide Polyethylene-Glycol Block-Copolymers - Synthesis, Characterization, And Initial Evaluation As A Biomaterial. *J. Biomater. Sci. Polym. Ed.* **6**, 313-323 (1994).

191.   Hubbell, J.A., Palsson, B.O. & Papoutsakis, E.T. Tissue Engineering And Cell Therapies - Preface. *Biotechnol. Bioeng.* **43**, 541-541 (1994).

192.   Hossainy, S.F.A. & Hubbell, J.A. Molecular-Weight Dependence Of Calcification Of Polyethylene-Glycol Hydrogels. *Biomaterials* **15**, 921-925 (1994).

193.   Hill-West, J.L., Chowdhury, S.M., Slepian, M.J. & Hubbell, J.A. Inhibition Of Thrombosis And Intimal Thickening By In-Situ Photopolymerization Of Thin Hydrogel Barriers. *Proc. Natl. Acad. Sci. U. S. A.* **91**, 5967-5971 (1994).

194.   Hill-West, J.L., Chowdhury, S.M., Sawhney, A.S., Pathak, C.P., Dunn, R.C. & Hubbell, J.A. Prevention Of Postoperative Adhesions In The Rat By In-Situ Photopolymerization Of Bioresorbable Hydrogel Barriers. *Obstet. Gynecol.* **83**, 59-64 (1994).

195.   Hill-West, J.L., Chowdhury, S.M., Dunn, R.C. & Hubbell, J.A. Efficacy Of A Resorbable Hydrogel Barrier, Oxidized Regenerated Cellulose, And Hyaluronic-Acid In The Prevention Of Ovarian Adhesions In A Rabbit Model. *Fertil. Steril.* **62**, 630-634 (1994).

196.   Drumheller, P.D. & Hubbell, J.A. Polymer Networks With Grafted Cell-Adhesion Peptides For Highly Biospecific Cell Adhesive Substrates. *Anal. Biochem.* **222**, 380-388 (1994).

197.   Drumheller, P.D., Elbert, D.L. & Hubbell, J.A. Multifunctional Poly(Ethylene Glycol) Semiinterpenetrating Polymer Networks As Highly Selective Adhesive Substrates For Bioadhesive Peptide Grafting. *Biotechnol. Bioeng.* **43**, 772-780 (1994).

198.   Csoregi, E., Quinn, C.P., Schmidtke, D.W., Lindquist, S.E., Pishko, M.V., Ye, L., Katakis, I., Hubbell, J.A. & Heller, A. Design, Characterization, And One-Point In-Vivo Calibration Of A Subcutaneously Implanted Glucose Electrode. *Anal. Chem.* **66**, 3131-3138 (1994).

199.   Sawhney, A.S., Pathak, C.P. & Hubbell, J.A. Bioerodible Hydrogels Based On Photopolymerized Poly(Ethylene Glycol)-Co-Poly(Alpha-Hydroxy Acid) Diacrylate Macromers. *Macromolecules* **26**, 581-587 (1993).

200.   Sawhney, A.S., Pathak, C.P. & Hubbell, J.A. Interfacial Photopolymerization Of Poly(Ethylene Glycol)-Based Hydrogels Upon Alginate Poly(L-Lysine)

Microcapsules For Enhanced Biocompatibility. *Biomaterials* **14**, 1008-1016 (1993).

201. Pathak, C.P., Sawhney, A.S. & Hubbell, J.A. Rapid Photopolymerization Of Immunoprotective Gels In Contact With Cells And Tissue (Vol 114, Pg 8311, 1992). *J. Am. Chem. Soc.* **115**, 2548-2548 (1993).

202. Massia, S.P., Rao, S.S. & Hubbell, J.A. Covalently Immobilized Laminin Peptide Tyr-Ile-Gly-Ser-Arg (Yigsr) Supports Cell Spreading And Colocalization Of The 67-Kilodalton Laminin Receptor With Alpha-Actinin And Vinculin. *J. Biol. Chem.* **268**, 8053-8059 (1993).

203. Hubbell, J.A. Pharmacological Modification Of Materials. *Cardiovascular Pathology* **2**, S121-S127 (1993).

204. Helmus, M.N. & Hubbell, J.A. Materials Selection. *Cardiovascular Pathology* **2**, S53-S71 (1993).

205. Wagner, W.R. & Hubbell, J.A. Adp Receptor Antagonists And Converting Enzyme-Systems Reduce Platelet Deposition Onto Collagen. *Thromb. Haemostasis* **67**, 461-467 (1992).

206. Wagner, W.R. & Hubbell, J.A. Evidence For A Role In Thrombus Stabilization For Thromboxane-A2 In Human Platelet Deposition On Collagen. *J. Lab. Clin. Med.* **119**, 690-697 (1992).

207. Sawhney, A.S. & Hubbell, J.A. Poly(Ethylene Oxide)-Graft-Poly(L-Lysine) Copolymers To Enhance The Biocompatibility Of Poly(L-Lysine)-Alginate Microcapsule Membranes. *Biomaterials* **13**, 863-870 (1992).

208. Pathak, C.P., Sawhney, A.S. & Hubbell, J.A. Rapid Photopolymerization Of Immunoprotective Gels In Contact With Cells And Tissue. *J. Am. Chem. Soc.* **114**, 8311-8312 (1992).

209. Massia, S.P. & Hubbell, J.A. Immobilized Amines And Basic-Amino-Acids As Mimetic Heparin-Binding Domains For Cell-Surface Proteoglycan-Mediated Adhesion. *J. Biol. Chem.* **267**, 10133-10141 (1992).

210. Massia, S.P. & Hubbell, J.A. Vascular Endothelial-Cell Adhesion And Spreading Promoted By The Peptide Redv Of The Iiics Region Of Plasma Fibronectin Is Mediated By Integrin Alpha-4-Beta-1. *J. Biol. Chem.* **267**, 14019-14026 (1992).

211. Massia, S.P. & Hubbell, J.A. Tissue Engineering In The Vascular Graft. *Cytotechnology* **10**, 189-204 (1992).

212. Hubbell, J.A., Massia, S.P. & Drumheller, P.D. Surface-Grafted Cell-Binding Peptides In Tissue Engineering Of The Vascular Graft. *Ann. N. Y. Acad. Sci.* **665**, 253-258 (1992).

213. Hossiany, S.F.A., Desai, N.P. & Hubbell, J.A. Avoidance Of Photoactivation In The Epifluorescence Video Microscopic Observation Of Thrombosis. *J. Biomed. Mater. Res.* **26**, 1535-1542 (1992).

214. Desai, N.P. & Hubbell, J.A. Surface Physical Interpenetrating Networks Of Poly(Ethylene-Terephthalate) And Poly(Ethylene Oxide) With Biomedical Applications. *Macromolecules* **25**, 226-232 (1992).

215. Desai, N.P. & Hubbell, J.A. Tissue-Response To Intraperitoneal Implants Of Polyethylene Oxide-Modified Polyethylene Terephthalate. *Biomaterials* **13**, 505-510 (1992).

216. Desai, N.P., Hossainy, S.F.A. & Hubbell, J.A. Surface-Immobilized Polyethylene Oxide For Bacterial Repellence. *Biomaterials* **13**, 417-420 (1992).

217. Wagner, W.R. & Hubbell, J.A. Effects Of Thrombin On Platelet Thrombogenesis - Reply. *J. Lab. Clin. Med.* **118**, 106-107 (1991).

218. Massia, S.P. & Hubbell, J.A. Human Endothelial-Cell Interactions With Surface-Coupled Adhesion Peptides On A Nonadhesive Glass Substrate And 2 Polymeric

Biomaterials. *J. Biomed. Mater. Res.* **25**, 223-242 (1991).

219. Massia, S.P. & Hubbell, J.A. An Rgd Spacing Of 440nm Is Sufficient For Integrin Alpha-V-Beta-3-Mediated Fibroblast Spreading And 140nm For Focal Contact And Stress Fiber Formation. *J. Cell Biol.* **114**, 1089-1100 (1991).

220. Hubbell, J.A., Pohl, P.I. & Wagner, W.R. The Use Of Laser-Light Scattering And Controlled Shear In Platelet Aggregometry. *Thromb. Haemostasis* **65**, 601-607 (1991).

221. Hubbell, J.A., Massia, S.P., Desai, N.P. & Drumheller, P.D. Endothelial Cell-Selective Materials For Tissue Engineering In The Vascular Graft Via A New Receptor. *Bio-Technology* **9**, 568-572 (1991).

222. Drumheller, P.D. & Hubbell, J.A. Local Modulation Of Intracellular Calcium Levels Near A Single-Cell Wound In Human Endothelial Monolayers. *Arterioscler. Thromb.* **11**, 1258-1265 (1991).

223. Desai, N.P. & Hubbell, J.A. Solution Technique To Incorporate Polyethylene Oxide And Other Water-Soluble Polymers Into Surfaces Of Polymeric Biomaterials. *Biomaterials* **12**, 144-153 (1991).

224. Desai, N.P. & Hubbell, J.A. Biological Responses To Polyethylene Oxide Modified Polyethylene Terephthalate Surfaces. *J. Biomed. Mater. Res.* **25**, 829-843 (1991).

225. Wagner, W.R. & Hubbell, J.A. Local Thrombin Synthesis And Fibrin Formation In An Invitro Thrombosis Model Result In Platelet Recruitment And Thrombus Stabilization On Collagen In Heparinized Blood. *J. Lab. Clin. Med.* **116**, 636-650 (1990).

226. Sawhney, A.S. & Hubbell, J.A. Rapidly Degraded Terpolymers Of Dl-Lactide, Glycolide, And Epsilon-Caprolactone With Increased Hydrophilicity By Copolymerization With Polyethers. *J. Biomed. Mater. Res.* **24**, 1397-1411 (1990).

227. Massia, S.P. & Hubbell, J.A. Covalent Surface Immobilization Of Arg-Gly-Asp-Containing And Tyr-Ile-Gly-Ser-Arg-Containing Peptides To Obtain Well-Defined Cell-Adhesive Substrates. *Anal. Biochem.* **187**, 292-301 (1990).

228. Massia, S.P. & Hubbell, J.A. Covalently Attached Grgd On Polymer Surfaces Promotes Biospecific Adhesion Of Mammalian-Cells. *Ann. N. Y. Acad. Sci.* **589**, 261-270 (1990).

229. Pohl, P.I. & Hubbell, J.A. A Light-Scattering Device For Studying Human-Blood Platelet-Aggregation. *Arteriosclerosis* **8**, A715-A716 (1988).

230. McIntire, L.V. & Hubbell, J.A. Visualizing Clots On Artificial Surfaces. *Mechanical Engineering* **108**, 32-35 (1986).

231. Hubbell, J.A. & McIntire, L.V. Technique For Visualization And Analysis Of Mural Thrombogenesis. *Rev. Sci. Instrum.* **57**, 892-897 (1986).

232. Hubbell, J.A. & McIntire, L.V. Visualization And Analysis Of Mural Thrombogenesis On Collagen, Polyurethane And Nylon. *Biomaterials* **7**, 354-363 (1986).

233. Hubbell, J.A. & McIntire, L.V. Platelet Active Concentration Profiles Near Growing Thrombi - A Mathematical Consideration. *Biophys. J.* **50**, 937-945 (1986).

PATENTS

1. WO2007098254-A2, S. T. Reddy, J. A. Hubbell, M. A. Swartz and A. Van Der Vlies, New nanoparticle composition comprising particles that comprise a synthetic polymer that activates complement, useful in delivering an immunotherapeutic agent for treating or preventing diseases, e.g., cancer.

2. WO2007008300-A2, T. Segura and J. A. Hubbell, Triblock copolymer for delivering negatively charged molecule to cell for treating disease such as cancer, restenosis, or scar formation, comprises hydrophobic block disposed between hydrophilic block and positively charged block.

3. WO2007015782-A1, J. A. Hubbell and T. A. Barker, New nucleic acid encoding molecular variant fibrinogen fusion protein, useful for drug delivery or in tissue engineering.

4. US2006127595-A1, J. P. Bearinger, J. A. Hubbell and K. J. Michlitsch, Method for selectively patterning oxidizable surface in fabrication of microelectronics, involves exciting photosensitizer, generating radical species, and locally oxidizing surface at points where radical species contact to surface.

5. US6958212-B1, J. A. Hubbell, D. Elbert and R. Schoenmakers, New biomaterials (formed from the cross-linking of two or more precursor components) useful to delivery therapeutic substances to a cell, tissue, organ, organ system or body; and to treat or prevent disease, disorder or infection.

6. US2005226933-A1, J. A. Hubbell, J. A. Kornfield and G. Tae, Hydrogel precursor composition for forming hydrogel in contact with tissue comprises polymer including water-soluble polymer domain with hydrophobic interacting groups and physical chemical protecting group.

7. US6872384-B1, R. Franklin, D. S. P. Cowling, J. A. Hubbell and P. Van De Wetering, Use of a composition comprising a microgel polyanionic polymer that comprises polymer strands to treat an area affected by a trauma of corneal wounds (e.g. a corneal ulcer) and to inhibit or reduce the formation or reformation of adhesions.

8. US6858229-B1, J. A. Hubbell, J. A. Kornfield and G. Tae, Hydrogel composition, useful for medical purposes, comprises a polymer, a physical chemical protecting group and optionally a molecule that disrupts an interaction between the protecting group and a hydrophobic interacting group.

9. US2004195710-A1, J. A. Hubbell, C. P. Pathak, A. S. Sawhney, N. P. Desai and S. F. A. Hossainy, Encapsulation of an islet cell encapsulated in a microcapsule involving creating a mix of the cell in an aqueous solution of macromer and photo initiator, forming small globular geometric shapes of the mix and polymerizing macromer.

10. US2004138329-A1, J. A. Hubbell, C. P. Pathak, A. S. Sawhney, N. P. Desai, S. F. A. Hossainy and J. L. Hill-West, Biocompatible gel material useful to encapsulate biological materials e.g. living cells comprises at least one ionically crosslinked component and at least one covalently crosslinked component.

11. US2004133193-A1, J. P. Bearinger and J. A. Hubbell, Intraluminal blockages treating apparatus includes energy source adapted to excite photocatalyst and generate radical species in the presence of appropriate medium.

12. US2004105878-A1, S. P. Schwendeman, G. Zhu, H. Bentz, J. A. Hubbell, W. Jiang, A. Shenderova and J. Kang, Stabilizing biologically active agent in biodegradable polymeric delivery system for reducing irreversible inactivation of active agents involves dispersing active agent, and solidifying polymer.

13. US2004086493-A1; US7153519-B2, J. A. Hubbell, C. P. Pathak, A. S. Sawhney, N. P. Desai, J. L. Hill and S. F. A. Hossainy, Encapsulating, sealing, plugging or

supporting of biological material involves using non-toxic water-soluble biocompatible macromer containing free radical-polymerizable substituents.

14. WO2004032881-A2; US2004136971-A1; AU2003285887-A1; EP1553893-A2; BR200315130-A; JP2006503080-W; MX2005003829-A1; KR2005055760-A; ZA200503534-A, D. Scharp, P. Latta, X. Yu, C. Yue, J. Hubbell and J. A. Hubbell, Composition useful for the treatment of e.g. neurologic, cardiovascular, hepatic and skin disease comprises cells such as hepatic cell encapsulated in devices coated with polyethylene glycol.

15. US2003215723-A1, J. P. Bearinger, J. A. Hubbell and K. J. Michlitsch, Selectively patterning oxidizable surface comprises generating radical species with excited photocatalyst.

16. US6632446-B1, J. A. Hubbell, C. P. Pathak, A. S. Sawhney, N. P. Desai, J. L. Hill and S. F. A. Hossainy, Coating biocompatible substrate by mixing water soluble biocompatible macromer comprising free radical-polymerizable substituents, where macromer is non-toxic and has specific molecular weight, and polymerization initiator.

17. US2003119186-A1; US7241730-B2, J. A. Hubbell, J. C. Schense and S. E. Sakiyama, A protein matrix of fibrin with crosslinked to it a peptide which promotes neurite growth and extension is useful for tissue engineering.

18. US2003087985-A1, J. A. Hubbell, C. P. Pathak, A. S. Sawhney, N. P. Desai, S. F. A. Hossainy and J. L. Hill-West, Crosslinked biocompatible material used in microencapsulation technology, comprises ionically crosslinked component(s) and covalently crosslinked component(s).

19. US6465001-B1, J. A. Hubbell, C. P. Pathak, A. Sawhney, N. Desai, S. Hossainy and J. L. Hill-West, Treating of medical condition, by applying polymerization initiator to localized site, applying degradable macromer with cross-linkable substituents and polymerizing macromer to form cross-linked polymeric material.

20. WO2003040235-A; WO2003040235-A1; EP1446453-A1; AU2002363343-A1; KR2004062958-A; BR200213937-A; NO200402357-A; US2005065281-A1; JP2005508237-W; CN1668697-A; US2007264227-A1, M. Luetolf, J. C. Schense, A. Jen, J. A. Hubbell, M. Lutolf and M. Capone, Biomaterial useful as three-dimensional scaffold or matrix for wound healing application and tissue regeneration, comprises three-dimensional polymeric network obtained from reaction of first and second precursor molecules.

21. WO2003052091-A; WO2003052091-A1; US2003166833-A1; AU2002358272-A1; EP1465989-A1; NO200403031-A; KR2004101195-A; BR200215192-A; JP2005517658-W; MX2004006021-A1; US7247609-B2; US2007179093-A1; US2003187232-A1; US6894022-B1, J. A. Hubbell, M. Lutolf, J. Schense, A. Jen, J. C. Schense, M. Luetolf and S. E. Sakiyama-Elbert, New fusion peptide for tissue (e.g. bone) repair, regeneration or remodeling and/or for drug delivery, comprises a first domain having a parathyroid hormone and a second domain having a covalently crosslinkable substrate domain.

22. WO2003024186-A2; US2003114002-A1; EP1438738-A2; AU2002331869-A1; MX2004002555-A1; US7091127-B2, J. A. Hubbell, J. P. Bearinger and M. Textor, Kit for patterning surface comprises thioether adsorbed onto surface.

23. WO2003024897-A; WO2003024897-A2; US2003133963-A1; EP1441865-A2; AU2002343376-A1; MX2004002554-A1, J. A. Hubbell, J. P. Bearinger, A. Napoli, M. Textor and N. Tirelli, Surface coating useful in medical devices comprises an amphiphilic thioether coated on a hydrophobic substrate.

24. WO2003023401-A; WO2003023401-A1; EP1425583-A1; AU2001281664-A1; US2005014151-A1, M. Textor, R. Michel, J. Voeroes, J. A. Hubbell, J. Lussi and J. Voros, Chemical surface patterns containing device for bioanalytical sensing platform, includes prepatterns of regions, and consecutively applied molecular self-assembly systems.

25. WO2003020966-A; WO2003020966-A2; EP1421217-A2; AU2002338007-A1; US2005009026-A1; AU2002338007-A8, A. P. Abel, M. Ehrat, E. Kauffmann, D. Utinger, V. Benoit, S. M. De Paul, M. Textor, S. Vandevondele, J. A. Hubbell and S. Vande Vondele, Surface for immobilizing nucleic acid, useful for making arrays for e.g. drug screening, has layer of polylysine-graft-poly(ethylene glycol) for probe attachment.

26. WO2003007689-A; WO2003007689-A3; WO2003007689-A2; US2003064410-A1; AU2002354962-A1; EP1469887-A2; JP2005504025-W; MX2004000564-A1; US7060681-B2, J. A. Hubbell, R. Schoenmakers and H. D. Maynard, Use of a ligand comprising at least one sulfated or sulfonated amino acid for the treatment of e.g. tumors, rheumatoid arthritis, diabetic retinopathy and hypoxia.

27. US6461640-B1, J. A. Hubbell, J. L. Hill-West and R. C. Dunn, Surgical adhesion prevention method involves applying fibrinolysis agent in biocompatible, biodegradable polymeric matrix, that is cross-linked on tissue where adhesions are to be prevented.

28. US6468731-B1, J. A. Hubbell, J. C. Schense and S. E. Sakiyama, Novel matrix for controlled delivery of heparin binding protein has fibrin, peptide having first domain with Factor XIIIa substrate and second domain with heparin/heparin-like compound, and heparin binding protein.

29. WO200285422-A; WO200285422-A1; US2003012818-A1; EP1406678-A1; AU2002312855-A1; JP2004531534-W; MX2003009760-A1; US2007202178-A1; EP1837040-A2, H. Schmoekel, F. Weber, J. C. Schense and J. A. Hubbell, System for wound healing, comprises compositions containing biological active molecule of deglycosylated members of cystine knot growth factor superfamily and components that forms three dimensional network upon mixing.

30. US2002091229-A1; US6602975-B2, J. A. Hubbell, C. P. Pathak, A. S. Sawhney, N. P. Desai and J. L. Hill, Novel biodegradable, polymerizable, and water soluble macromer for forming polymeric, biocompatible material on tissue, comprises water soluble region, degradable region, and two free radical polymerizable regions.

31. WO200274158-A; WO200274158-A2; US2003044468-A1; EP1379133-A2; AU2002244322-A1; JP2004527291-W; MX2003008498-A1, F. Cellesi, N. Tirelli and J. A. Hubbell, Preparation of biomaterial, e.g. gel, useful as drug delivery vehicle, comprises shaping polymeric precursor by thermally inducing gelation of aqueous polymeric precursor solution, and curing polymeric precursor.

32. WO200255185-A; WO200255185-A2; US2003059906-A1; EP1355965-A2; AU2002245205-A1; JP2004517979-W; MX2003003390-A1; US7132475-B2; AU2002245205-B2, J. A. Hubbell, A. Napoli and N. Tirelli, Synthesis of block copolymer involves generating polymeric thiol from first compound and polymerizing second compound comprising episulfide group with the thiol.

33. WO200215913-A; WO200215913-A1; AU200069264-A; EP1318819-A1; BR200017340-A; JP2004506688-W; US2003007951-A1, R. Franklin, D. S. P. Cowling, J. A. Hubbell and P. Van De Wetering, Treatment of corneal wounds, internal trauma or inflammatory diseases comprises administration of a polyanionic polymer.

34. WO200216443-A; WO200216443-A1; AU200069277-A; EP1320553-A1; JP2004522808-W; US2002177680-A1; US6943211-B1, R. Franklin, D. S. P. Cowling, J. A. Hubbell, P. Van De Wetering, P. V. D. Wetering and D. Cowling, Pre-formed, hydrolytically susceptible non-addition polyanionic polymer composition for medical application, comprises polymer strands formed from ethylenically unsaturated monomer(s).

35. US2002009493-A1; US6743446-B2, S. P. Schwendeman, G. Zhu, H. Bentz, J. A. Hubbell, W. Jiang, A. Shenderova and J. Kang, Stabilizing biologically active agent in biodegradable polymeric delivery system comprises forming polymer solution, blending pore forming agent with the solution, dispersing the active agent, and solidifying the polymer.

36. WO200192584-A; WO200192584-A1; AU200175226-A; EP1292709-A1; US2003220245-A1; JP2003535066-W; MX2002011891-A1; AU2001275226-B2; US7291673-B2, J. A. Hubbel, D. Elbert, R. Schoenmakers and J. A. Hubbell, New biomaterial useful for medical treatment comprises an active or a binding group and has an ester or amide bond onto the active or binding group.

37. US6306922-B1, J. A. Hubbell, C. P. Pathak, A. S. Sawhney, N. P. Desai and J. L. Hill, New biodegradable, photopolymerizable, water-soluble macromers which are useful as tissue adhesives, tissue supports or tissue coatings or for delivery of active agents.

38. WO200183522-A; EP1280566-A; WO200183522-A2; AU200046922-A; EP1280566-A2; JP2003535055-W; CA2407952-C, J. A. Hubbell, J. C. Schense and S. E. Sakiyama-Elbert, Novel growth factor modified protein matrix useful for tissue repair, regeneration and/or remodeling, and/or drug delivery.

39. WO200155360-A; WO200155360-A1; AU200129782-A; US2001048947-A1; EP1255823-A1; KR2003009346-A; JP2003520810-W; MX2002007281-A1; BR200107942-A; US6699504-B2; US2004156914-A1; US6939557-B2; CN1606620-A; US2006003009-A1; MX235268-B; AU785288-B2, S. C. Rowe, K. Yim, B. P. Retnarajan, J. A. Hubbell, D. Annavajula, S. C. Rove and K. Im, Slow release drug delivery articles, especially useful for proteins.

40. WO200166164-A; EP1175235-A; WO200166164-A1; AU200044882-A; EP1175235-A1; US2002146414-A1; JP2003525916-W; US6723344-B2; MX2001010692-A1, J. A. Hubbell, J. C. Schense and S. E. Sakiyama-Elbert, Implantable matrices for promoting nerve re-growth and regeneration.

41. US2001020086-A1; US6960452-B2, J. A. Hubbell, J. C. Schense and S. E. Sakiyama, New polysaccharide-peptide chimera having both polysaccharide-binding and bioactive peptide domains, useful in designing improved devices and wound treatment platforms through (non-)covalent attachment of bioactive proteins.

42. WO200154735-A; WO200154735-A2; AU200134623-A; US2003095993-A1, H. Bentz, A. M. Garcia and J. A. Hubbell, Gel-infused sponge matrix for delivering cells and/or bioactive agents, comprises sponge material infused with gel precursor.

43. WO200065352-A; EP1190252-A; WO200065352-A1; AU200046846-A; EP1190252-A1; US2002128234-A1; JP2003516519-W; AU769571-B; US6884628-B2, J. A. Hubbell, M. Textor, D. L. Elbert, S. Finken, L. Ruiz-Taylor, N. D. Spencer and R. Hofer, Reducing adsorption on charged surfaces or substrates, e.g. of analytical device, sensor or implant, by applying polyionic multifunctional copolymer having side-chains grafted onto charged polyionic backbone.

44. WO200064977-A; WO200064977-A1; AU200049778-A; EP1173517-A1, J. A. Hubbell, J. A. Kornfield and G. Tae, Hydrogel precursors are useful for the in situ formation of hydrogels for the controlled release of drugs, for delivering live cells in

cell transplantation, as a barrier to prevent postoperative adhesions and as a structural support.

45. WO200064481-A; EP1178834-A; WO200064481-A1; AU9934381-A; EP1178834-A1; JP2002542301-W; MX2001010567-A1; EP1178834-B1; DE69929323-E; DE69929323-T2; ES2255257-T3, S. E. Sakiyama, J. A. Hubbell, S. Sakiyama-Elbert, J. Hubbell, E. Sakiyama-Elbert and A. Hubbell, Matrix for controlled release of growth factor for wound healing, has substrate that attaches heparin binding peptide, protein growth factor that bind heparin with low affinity, and heparin or heparin-like polymer.

46. WO200049991-A; WO200049991-A2; AU9952070-A; EP1173157-A2; KR2002000143-A; JP2002537069-W, R. Franklin, D. Cowling and J. A. Hubbell, Use of microgel comprising crosslinked polyanionic polymer and optionally proteolytic enzyme in treatment of corneal wounds e.g. ulcers and abrasions and internal trauma e.g. surgical wounds and for treating implants to reduce adhesions.

47. WO200044808-A; WO200044808-A1; AU200032204-A; EP1181323-A1; JP2002535108-W; AU773914-B2; MX2001007777-A1; US2006127352-A1, J. A. Hubbell, D. Elbert, M. Lutolf, A. Pratt, R. Schoenmakers, N. Tirelli and B. Vernon, Producing polymeric biomaterials by polymerizing two or more precursor components (e.g. polymer, protein or peptide) of the biomaterial, useful for delivering therapeutic molecules to a subject and as adhesives or sealants.

48. US6064313-A; CA2286590-C, W. J. Anderson, J. A. Hubbell, C. B. Herbert and D. L. Elbert, Electrical distribution circuit tester has light emitting diodes and timers which are activated according to comparison result of sampled electrical circuit voltage with loaded circuit voltage.

49. US6060582-A, J. A. Hubbell, C. P. Pathak, A. S. Sawhney, N. P. Desai and J. L. Hill-West, Biodegradable water-soluble macromer containing photopolymerizable, linking and backbone groups, can be polymerized in vivo to give hydrogels useful e.g. as tissue adhesives or for drug release.

50. WO200012146-A; EP1107802-A; WO200012146-A1; AU9956954-A; EP1107802-A1; US6350527-B1; US2002061288-A1; JP2002523476-W; AU761903-B; NZ510057-A; US6652902-B2; EP1107802-B1; DE69921158-E; ES2233072-T3; DE69921158-T2; CA2341519-C, J. A. Hubbell, D. L. Elbert, N. D. Winblade, A. Hubbell, L. Elbert and D. Winblade, Multi-layer gel coatings for preventing adhesions and thrombosis comprise boronic acid containing polymers crosslinked with diol or carboxylic acid containing polymers or substrates.

51. US5986043-A, J. L. Hill-West, N. P. Desai, A. S. Sawhney, J. A. Hubbell and C. P. Pathak, New treatment of a medical condition e.g. thrombosis or restenosis, comprises application of an aqueous solution of polymerisable monomers optionally containing an active agent, and polymerising.

52. WO9910022-A; EP1009451-A; WO9910022-A2; AU9890365-A; EP1009451-A2; US6596267-B1; JP2003527874-W; US2003185787-A1; EP1009451-B1; DE69819343-E; ES2210808-T3; US7029688-B2, J. A. Hubbell, N. D. Winblade and D. L. Elbert, Boronate containing copolymer for prevention of adhesions.

53. WO9921512-A; EP1027016-A; WO9921512-A1; AU9911238-A; EP1027016-A1; US6149931-A; JP2001520979-W; AU743819-B; US6475508-B1, D. M. Schwartz, J. A. Hubbell and A. R. Irvine, Methods and compositions for closure of retinal breaks comprising applying a polymer formulation.

54. WO9907417-A; EP1003568-A; WO9907417-A1; AU9886955-A; ZA9807019-A; EP1003568-A1; JP2001513368-W; AU738784-B; EP1003568-B1; DE69813242-E, A. J. Coury, A. S. Sawhney, J. A. Hubbell and C. M. Philbrook, Haemostatic tissue

sealant - comprises a biocompatible, biodegradable hydrogel tissue sealant incorporating a haemostatic agent.

55. WO9903454-A; EP1019031-A; WO9903454-A1; AU9884904-A; EP1019031-A1; BR9811793-A; US6153211-A; CN1271277-A; CZ200000218-A3; JP2001510151-W; KR2001022007-A; AU748756-B; MX2000000610-A1; NZ502358-A; US6703037-B1; MX216098-B; US2004197369-A1; EP1512395-A1; AU2002301013-A1, J. A. Hubbell, M. T. Kieras, E. S. Ron and S. C. Rowe, Controlled release of bioactives from biodegradable macromers - by combining bioactive and monomer, polymerising, and administering, use notably for proteins and peptides, also as diagnostic agents.

56. US5858746-A, J. L. Hill, A. S. Sawhney, C. P. Pathak, J. A. Hubbell, S. F. A. Hossainy and N. P. Desai, Applying free radical-polymerisable macromers and non-toxic initiator to biological substrates and exposing to activating agent - useful for encapsulating, sealing, plugging or supporting mammalian cells, cell aggregates or cell tissue.

57. US5843743-A, A. S. Sawhney, N. P. Desai, J. A. Hubbell, J. L. Hill, S. F. A. Hossainy and C. P. Pathak, New substrate comprising a surface having a polymeric coating - useful for vascular grafts, contact lenses, catheters, intraocular lenses, porous membranes, electrodes and containers for biological materials.

58. US5834274-A, A. S. Sawhney, S. F. A. Hossainy, N. P. Desai, C. P. Pathak, J. A. Hubbell and J. L. Hill, Coating polymers for the encapsulation of biological materials - useful for protecting e.g. lumen of blood vessels against damage or islet cells from being immuno:reactive.

59. WO9847948-A; EP975691-A; WO9847948-A1; AU9871211-A; EP975691-A1; JP2002515932-W; US2003087111-A1; US6743521-B2; US2006122290-A1, J. A. Hubbell, D. L. Elbert and C. B. Herbert, New block or graft co-polymers for use in coatings - comprise poly-cationic block and at least one non-tissue binding block.

60. WO9843686-A; EP1124590-A; WO9843686-A1; AU9872455-A; GB2348426-A; GB2348426-B; EP1124590-A1; DE19882746-T; US2002168718-A1; US6607740-B1; US2004082513-A1; US6331422-B1, J. Hubbell, J. C. Schense, A. Schense, A. Zisch, H. Hall and J. A. Hubbell, A new modified fibrin containing a bioactive factor - useful to promote cell growth, wound healing, and tissue regeneration.

61. WO9812243-A; US2001000728-A; EP927214-A; US6352710-B1; WO9812243-A1; ZA9708537-A; AU9745870-A; US5900245-A; EP927214-A1; BR9711537-A; US6051248-A; US6162241-A; AU728281-B; US6217894-B1; US2001000728-A1; JP2002514235-W; US2002127266-A1; CA2396229-A1; CA2266478-C; US6531147-B2; US2003104032-A1; US2004234574-A9; CA2396229-C; US7238364-B2; EP927214-B1; DE69737909-E; JP2007238962-A; US6352710-B2, P. K. Jarrett, A. Sawhney, A. J. Coury, R. S. Rudowsky, M. D. Powell, L. Z. Avila, D. J. Enscore, S. D. Goodrich, W. C. Nason, F. Yao, D. Weaver, S. P. Barman, A. S. Sawhney, M. L. Powell, M. D. Lyman, D. Wever, J. A. Hubbell, C. M. Philbrook, P. Jarrett, A. Coury, R. Rudowsky, M. Powell, L. Avila, D. Enscore, S. Goodrich, W. Nason and S. Barman, Biodegradable polymers containing carbonate or dioxanone groups - are water soluble and form hydrogels, useful for sealing wounds, tissue leaks after surgery or dentistry, skin grafts, and for controlled drug delivery.

62. US5626863-A, J. L. Hill, A. S. Sawhney, C. P. Pathak, J. A. Hubbell and N. P. Desai, Production of polymeric, biodegradable material for application to tissue or cells - used as tissue adherent or coating, to prevent surgical adhesions, and for controlled drug delivery.

63. US5612050-A, J. A. Hubbell, V. Sun, G. E. Selecman, M. F. Lang, S. C. Rowe, F. F. Ahari and S. J. Herman, Efficient targeted application of non-flowable polymer to

tissue - esp. photo-polymerisable hydrogel to internal tissue using endoscopic or laparoscopic technique by spraying prepolymer to form coating and exposing to curing light.

64. WO9640304-A; EP835143-A; WO9640304-A1; AU9660485-A; EP835143-A1; JP11505734-W; AU720569-B; US6129761-A, J. A. Hubbell, Implanting tissue into animal - comprises mixing dissociated cells with a soln. of crosslinkable biocompatible polymer; implanting to form hydrogel matrix contg. dispersed cells.

65. US5573934-A, S. F. A. Hossainy, J. L. Hill-West, A. S. Sawhney, C. P. Pathak, J. A. Hubbell and N. P. Desai, Encapsulation of cells and other biological materials - without loss of vitality, e.g. for treatment of diabetes.

66. US5567435-A, C. P. Pathak, N. P. Desai, J. A. Hubbell, J. L. Hill-West and A. S. Sawhney, Prodn. of polymer compsn. for controlled release of bioactive substance - by radical polymerisation of biodegradable macromer, used for drug delivery on tissue surface.

67. WO9629370-A; EP815177-A; WO9629370-A2; WO9629370-A3; AU9655249-A; EP815177-A1; BR9607977-A; US5749968-A; US5800373-A; US5844016-A; JP11502552-W; AU709527-B; AU9948864-A; US6121341-A; US6387977-B1; EP815177-B1; DE69637198-E; AU747339-B; AU2002300592-A1; AU2002300592-B2, A. S. Sawhney, D. A. Melanson, C. P. Pathak, J. A. Hubbell, L. Z. Avila, M. T. Kieras, S. D. Goodrich, S. P. Barman, A. J. Coury, R. S. Rudowsky, D. J. K. Weaver, M. A. Levine, J. C. Spiridigliozzi, T. S. Bromander, D. M. Pichon, G. Selecman, D. J. Nedder, B. C. Poff, D. L. Elbert, D. J. Weaver, A. Sawhney, D. Melanson, C. Pathak, J. Hubbell, L. Avila, M. Kieras, S. Goodrich, S. Barman, A. Coury, R. Rudowsky, D. Weaver, M. Levine, J. Spiridigliozzi, T. Bromander, D. Pichon, D. Nedder and B. Poff, Compsns. and devices for forming coatings e.g. tissue surfaces - using a priming soln. comprising a polymerisation initiator, and a coating soln. comprising a polymerisable material.

68. WO9515747-A; WO9515747-A1; AU9513381-A; US5468505-A; EP732915-A1; JP9509401-W; AU690949-B; EP732915-B1; DE69425509-E; ES2151952-T3; CA2178487-C; JP2006193535-A, R. C. Dunn, J. A. Hubbell and J. L. Hill-West, Prevention of surgical tissue adhesion - by application of fibrinolytic agent in matrix conforming to tissue, providing controlled release of the agent.

69. US5410016-A, C. P. Pathak, N. P. Desai, J. A. Hubbell, J. L. Hill and A. S. Sawhney, Biodegradable, polymerisable macromer(s), useful as surgical adhesives etc - comprises a water-soluble region(s) and degradable region(s) which is hydrolysable in vivo.

70. WO9509883-A; WO9509883-A1; AU9479679-A; US5462990-A; EP722470-A1; US5567440-A; US5627233-A; JP9506012-W; AU683312-B; US5849839-A; EP722470-B1; DE69425577-E; ES2152334-T3, J. A. Hubbell, D. Elbert, J. L. Hill-West, P. D. Drumheller, S. Chowdhury, A. Sawhney, P. D. Drumbeller and A. S. Sawhney, Tissue coating for inhibiting adhesion - comprising block copolymer having a region which binds to tissue and a region which does not bind to tissue.

71. WO9424962-A; EP696185-A; WO9424962-A1; AU9469056-A; EP696185-A1; JP8509642-W; US5662712-A; AU686634-B; US5741323-A; EP696185-B1; DE69412474-E; ES2119201-T3; US5849035-A; US6176871-B1; CA2161776-C, C. P. Pathak, A. S. Sawhney, J. A. Hubbell, S. J. Herman, L. A. Roth, P. K. Campbell, K. M. Berrigan, P. K. Jarrett and A. J. Coury, Appts. and method for moulding polymeric structures in vivo - where the structures comprise polymers that can be heated to their moulding temp. by absorption of visible or near-visible wavelengths of light.

72. EP690736-A; WO9421324-A; WO9421324-A1; AU9464907-A; EP690736-A1; JP8508180-W; US5698189-A; AU686613-B; EP690736-B1; DE69414558-E; ES2123135-T3; US6004547-A; CA2158731-C; US6468520-B1; US2003032916-A1; US2004131554-A1; JP3579052-B2; US6960340-B2; US7037490-B2, S. C. Rowe, J. A. Hubbell, S. J. Herman, M. F. Lang, G. E. Selecman, F. F. Ahari and V. Sun, Local application appts for applying polymeric material to tissue - applies fluent material e.g liquid to mammalian tissue and activates material by exposure to energy source e.g actinic light.

73. WO9317699-A; EP631502-A; WO9317699-A1; AU9348078-A; EP631502-A1; JP8504168-W; EP631502-A4; AU678381-B; JP2846470-B2; US5888512-A; JP3011768-B2; EP631502-B1; DE69329379-E; ES2150949-T3, C. A. Clayberger, A. M. Krensky, J. A. Hubbell, C. P. Pathak, A. S. Sawhney, N. P. Desai, J. L. Hill and S. F. A. Hossainy, New peptide(s) based on Class I HLA antigen domains - used for modulating cytotoxic T-lymphocyte activity towards targets.

74. WO9317669-A; EP627911-A; WO9317669-A1; AU9337353-A; EP627911-A1; EP627911-A4; AU673160-B; BR9306038-A; EP627911-B1, J. A. Hubbell, C. P. Pathak, A. S. Sawhney, N. P. Desai and J. L. Hill, Biodegradable, polymerisable, water-soluble macromer(s) - used for controlled release, tissue repair, prevention of surgical adhesion(s), etc.

75. WO9316687-A; EP627912-A; WO9316687-A1; AU9337809-A; EP627912-A1; JP7506961-W; JP7507056-W; EP627912-A4; NZ251039-A; US5529914-A; NZ249770-A; BR9306041-A; AU683209-B; US5801033-A; CA2117588-C; CA2117584-C; JP3011767-B2; DE69329594-E; ES2153378-T3; US6258870-B1; KR266912-B; US2002058318-A1; KR323043-B; EP627912-B1; DE69333512-E; ES2220906-T3; US6911227-B2; US2007100015-A1, J. A. Hubbell, C. P. Pathak, A. S. Sawhney, N. P. Desai, J. L. Hill, S. F. A. Hossainy, S. F. A. Houssainy, J. L. Hill-West and S. F. Hossainy, Encapsulation of biological materials - e.g. proteins, cells, tissues, drugs, sugars, etc., for use in, e.g. prepn. of delivery systems.

76. WO9206678-A; EP553195-A; WO9206678-A1; AU9187557-A; EP553195-A1; US5232984-A; US5380536-A; EP553195-A4; EP553195-B1; DE69126535-E; ES2104727-T3; US5820882-A; US6231892-B1, J. A. Hubbell and A. S. Sawhney, Biocompatible microcapsules for transplantation into animals - for timed drug delivery or to enclose cells e.g. insulin cells for diabetics, without immune or inflammatory response.

77. EP494216-A; WO9105036-A; AU9064472-A; EP494216-A1; JP5502998-W; US5278063-A; AU646644-B; US5330911-A; WO9105036-A3; EP494216-B1; DE69030730-E; ES2102366-T3, J. A. Hubbell, S. P. Massia and N. P. Desai, Surfaces having cell adhesive effects - formed by covalently linking small peptides which facilitate cell receptor mediated attachment of cells.

# Exhibit B

# Modern Pharmaceutics

*Second Edition, Revised and Expanded*

edited by

**GILBERT S. BANKER**
University of Minnesota
Minneapolis, Minnesota

**CHRISTOPHER T. RHODES**
University of Rhode Island
Kingston, Rhode Island

MARCEL DEKKER, INC.

New York and Basel

Library of Congress Cataloging-in-Publication Data

Modern pharmaceutics.

  (Drugs and the pharmaceutical sciences ; v. 40)
  Includes bibliographical references.
   1. Drugs--Dosage forms.   2.  Biopharmaceutics.
3.  Pharmacokinetics.  4.  Pharmaceutical industry--Quality
control.  I. Banker, Gilbert S.    II.  Rhodes,
Christopher T.   III.  Series.
RS200.M63    1989          615'.1              89-23365
ISBN 0-8247-7499-X

COPYRIGHT © 1990 by MARCEL DEKKER, INC.  ALL RIGHTS RESERVED.

Neither this book nor any part may be reproduced or transmitted in any
form or by any means, electronic or mechanical, including photocopying,
microfilming, and recording, or by any information storage and retrieval
system, without permission in writing from the publisher.

MARCEL DEKKER, INC.
270 Madison Avenue, New York, New York 10016

PRINTED IN THE UNITED STATES OF AMERICA

# 10
## Tablet Dosage Forms

KEITH MARSHALL

*Smith Kline & French Laboratories, King of Prussia, Pennsylvania*

EDWARD M. RUDNIC

*Schering-Plough Corporation, Miami, Florida*

## I. INTRODUCTION

Solid oral dosage forms are medication delivery systems presented as solid-dose units readily administered by mouth. The group includes tablets, capsules, cachets, and pills, as well as bulk or unit-dose powders and granules. The group constitutes the most popular form of presentation, and tablets and capsules account for the greatest number of preparations in this category. The prime reasons for this popularity include: ease of accurate (yet versatile) dosage, good physical and chemical stability, competitive unit production costs, and an elegant distinctive appearance resulting in a high level of patient acceptability. Among the potential disadvantages are irritant effects on the gastrointestinal mucosa by some solids and the possibility of bioavailability problems caused by the fact that both disintegration (in most cases) and dissolution must take place before the drug is available for absorption.

### A. Types of Tablet Dosage Forms

#### Compressed Tablets

The most common solid dosage forms in contemporary practice are tablets, which may be defined as unit forms of solid medicaments prepared by compaction. Most consist of a mixture of powders which has been compacted in a die to produce a single rigid body. We may distinguish several categories of tablets depending on their mode of use. The most common types are those intended to be swallowed whole and to disintegrate and release their medicaments in the gastrointestinal tract (GIT). A less common type of tablet is that formulated to allow dissolution or dispersion in water prior to administration. Ideally for this type of tablet all ingredients should be soluble, but frequently a fine suspension has to be accepted. Many are formulated to be effervescent and their main advantages include more rapid release of medicament and reduced chance of causing gastric irritation.

355

Some tablets are designed to be masticated (chewed) and used where local action or absorption from the buccal cavity is desired, or to enhance dispersion prior to swallowing. Alternatively they may be intended to dissolve slowly in the mouth, e.g., lozenges, and used where a local action in the upper GIT is required, or to facilitate buccal absorption. A few tablets are designed to be placed under the tongue (sublingual) and to release their medicament rapidly with resultant quick onset of action. Buccal or sublingual absorption can be used for drugs liable to extensive hepatic metabolism by the so-called first-pass effect; thus, sublingual tablets are used for such drugs as testosterone and nitroglycerin.

There are now many types of tablet formulations which provide for the release of the medicament to be delayed or allow a controlled rate of availability. Some of these preparations are highly sophisticated and are rightly referred to as complete "drug delivery systems."

*Coated Tablets*

Many tablets are now coated because this can disguise or minimize the unpleasant taste of certain medicaments, protect the ingredients against decomposition, and enhance the appearance. Some coating techniques permit an even wider range of dosage regimens and can overcome inherent incompatibility. For example, a coat can be applied which will be resistant to the gastric juices but which is readily broken down in the lower GI tract. These "enteric" coatings can protect medicaments against decomposition in the acid environment of the stomach and transport them to the area of the GIT from which they are absorbed. This provides a further type of delayed-release product.

Traditionally the coating process involved the building up of a surface layer of materials, mainly sucrose, by applying a syrup to the tablets as they rotated in a pan and then hastening the drying process by blowing in hot air. This procedure was repeated until a coating of the required thickness and appearance was achieved and could take several days. Mainly for this reason the trend is towards more rapid coating methods involving the spray application of thin film of material onto the tablet surface and rapidly drying it. The coating usually consists of organic polymer plus plasticizer dissolved in an organic solvent mixture or in aqueous solution or dispersion. Although the process can be carried out in a pan, alternative techniques using air suspension equipment are becoming increasingly popular.

Tableting machinery has also developed to a stage where it is possible to compress a coat of material around a tablet "core." Similar presses can produce multilayered tablets with different ingredients in each layer and very distinctive appearance. More importantly, potentially incompatible ingredients can be copresented by such manipulations. For technical reasons, this process has been slow to be widely commercialized.

**B.  Desirable Properties of Raw Materials**

Most formulations will be composed of one or more medicaments plus excipients of the various types to be considered in the following sections. Irrespective of the type of tablet, certain general criteria for these raw materials can be indicated. For accurate reproducible dosage it is essential that each component be uniformly dispersed within the mixture and any tendency for component segregation be minimized. In addition, the processing operations demand that the mixture have certain minimum flow characteristics, but must be cohesive when compressed.

360                                                    Marshall and Rudnic

categories.  More specifically "preformulation" groups, whose prime role is
the physicochemical characterization of starting materials and their interac-
tions, are now acting as a preliminary to any formulation work.

As the complexity of drug delivery systems and the pressure to quickly
optimize formulations increases, so do the demands for sophisticated scientific
methodology in this area.  Already optimum formulations are being predicted
by computer evaluation of a whole spectrum of experimental data [22].
Chapter 20 on optimization techniques describes this approach in some de-
tail.

For a variety of reasons including cost, potential variability, regulatory
concern and supply difficulties, there is a natural desire to keep the num-
ber of ingredients in a formulation to the minimum, and this is a sound
maxim.  However, because some excipients, while being superior in their
main role, possess undesirable additional properties, judicious choice of
synergistic mixtures with respect to a desired characteristic might result
in a product of optimum _overall_ performance.  Such possibilities are con-
sidered in the more detailed treatment of excipients which follows.  The
question of drug-excipient interactions is normally addressed during pre-
formulation screening, by preparation of intimate powder mixes of drug
and commonly used adjuvants [23], or preferably compacted prototype for-
mulae.  The work of Chowhan and his colleagues [24] is typical of desirable
studies and clearly indicates their value.


## II.  DESIGN AND FORMULATION OF COMPRESSED TABLETS

### A.  General Considerations

Pharmaceutical compressed tablets are prepared by placing an appropriate
powder mix or granulation in a metal die on a tablet press.  At the base
of the die is a lower punch, and above the die is an upper punch.  When
the upper punch is forced down upon the powder mix (single punch press)
or when the upper and lower punches squeeze together (rotary press) the
powder mix or granulation is forced into a tablet.

Perhaps the most significant factor in the tableting process arises from
the need to produce tablets of uniform weight and achieve this by feeding
constant volumes of homogeneous material to the dies.  Such an approach
is necessary because direct weighing, at rates commensurate with modern
tablet press operation, is impossible.  This requirement immediately places
demands on the physical characteristics of the feed and on press design
itself.  In the case of the former, the precompression step of granulation
is one of the major ways of minimizing difficulties from this source.

We must remember also the great paradox in pharmaceutical tableting,
namely, the need to manufacture a compact of sufficient mechanical strength
to withstand the rigors of processing and packaging, yet capable of repro-
ducible breakdown on administration so as to release the drug.  The mech-
anisms involved in this dispersion of conventional tablets constitutes in
most cases bursting apart of the compacted structure by aqueous fluids
penetrating the fine residual pore structure of the tablet and coming into
contact with components which either swell or release gases.

The selected precompression treatment (if any) markedly affects the
formulation of tablets, determining in particular whether a mixture of pow-
dered ingredients is to be used directly or whether an intervening moist
granulation step is to be introduced.  This is the first decision to be made
and will be influenced by many factors including the stability of the medica-
ment to heat and moisture, the flow properties of the mixed ingredients,

Tablet Dosage Forms

and any tendency to segregate. At the present time two additional con-
flicting general considerations tend to play a major role in the choice:
these are reluctance to change methods employed traditionally by the com-
pany versus the economic advantages of omission of a complete stage in the
production sequence. As a result of these factors, plus the increasing
complications due to legislative demands, the tendency is that for existing
products moist granulation methods predominate, whereas the trend for new
ones is to utilize direct compression procedures. In moist granulation the
components of the formulations are mixed with a granulating liquid such as
water or ethanol to produce granules which will readily compress to give
tablets. In direct compression there is no granulation stage. The ingre-
dients are simply dry-mixed and then compressed. However, with many
newer systems, some formulators have found that moist-granulated products
are more robust, and can accommodate more variability in raw materials.
Thus for some companies, the trend is toward formulating products for
moist-granulation.

## B.  Tablets Designed for Rapid Release of Drugs

Conventional solid dosage forms can be divided into two classes: those
which disintegrate and those that don't. Disintegrating dosage forms re-
lease their medicaments by breaking down the physical integrity of the dos-
age form, usually with the aid of solid disintegrating agents or gas-releasing
effervescent agents. Nondisintegrating dosage forms are usually made of
soluble drugs and excipients which will rapidly dissolve in the mouth or
gastrointestinal tract.

In recent years, the advent of new prolonged-release dosage forms has
caused some pharmaceutical scientists to regard conventional disintegrating
dosage forms as "noncontrolled-release." This term is a misnomer since
with the aid of modern tablet disintegrants and other excipients the disin-
tegration of these dosage forms can be controlled, both quantitatively and
qualitatively. There are certainly many drugs which when administered,
need to achieve therapeutic levels quickly. Analgesics, most antibiotics
and drugs for the acute treatment of angina pectoris are prime examples.
These dosage forms need to be designed so that the drug is liberated from
the dosage form in such a way that dissolution of the drug is maximized.
Very often this means that disintegration of the tablet must be followed by
granular disintegration (see Fig. 3) in order to promote rapid dissolution
and hence absorption.

The ingredients or excipients used to make compressed tablets are
many. They can be classified by their use or function as in Table 1.
However, not all formulations need contain all of the types of ingredients
listed in that table. Certain of these excipients, such as the antioxidants
and wetting agents are clearly used only in situations where they are ex-
pressly needed to assure the stability or solubility of the active ingredient.
Other ingredients, such as the dissolution modifiers are used primarily in
controlled-release formulations, which will be discussed in detail later. In
fact, the fewer ingredients in a formulation generally means fewer potential
problems. Hence many formulators adhere to the motto, "Keep it simple..."

Because of the nature of modern pharmaceutical systems, pharmaceutical
scientists have had to be more and more investigative of the materials they
use. This interest has identified several uses for many materials, and these
uses can be concentration dependent. For example, in Table 2 are listed

# Exhibit C

# Webster's Encyclopedic Unabridged Dictionary of the English Language

RECEIVED LIBRARY

JAN 12 2003

KIRKLAND & ELLIS LLP
NEW YORK OFFICE



**PORTLAND HOUSE** • NEW YORK

ACKNOWLEDGMENTS AND PERMISSIONS:

The "A Dictionary of the English Language" section of this book (*Webster's Encyclopedic Unabridged Dictionary*) is based on the first edition of *The Random House Dictionary of the English Language, the Unabridged Edition*, copyright © 1983.

*Atlas of the World*, copyright © 1984 by John Bartholomew & Son Limited. Reprinted by arrangement with John Bartholomew & Son Limited.

*A Manual of Style*, copyright © 1986 by Crown Publishers, Inc. Excerpted and reprinted by arrangement with Crown Publishers, Inc.

Krevisky, Joseph and Jordan L. Linfield—*The Bad Speller's Dictionary*, copyright © 1967, 1963 by Innovation Press. Reprinted by arrangement with Random House, Inc.

Stein, Jess, Ed.—*Rhyming Dictionary*, copyright © 1960 by Random House, Inc. Reprinted by arrangement with Random House, Inc.

Weiman, Ralph—*Living Language ™ Common Usage Dictionary, French-English/English-French*, copyright 1946, 1955, © 1968, 1974, 1983, 1985 by Crown Publishers, Inc. Reprinted by arrangement with Crown Publishers, Inc.

Martin, Genevieve A. and Theodor Bertram—*Living Language ™ Common Usage Dictionary, German-English/English-German*, copyright © 1956, 1985 by Crown Publishers, Inc. Reprinted by arrangement with Crown Publishers, Inc.

Martin, Genevieve A. and Mario Ciatti—*Living Language ™ Common Usage Dictionary, Italian-English/English-Italian*, copyright © 1956, 1985 by Crown Publishers, Inc. Reprinted by arrangement with Crown Publishers, Inc.

Weiman, Ralph and O. A. Succar—*Living Language ™ Common Usage Dictionary, Spanish-English/English-Spanish*, copyright 1946, © 1955, 1968, 1974, 1983, 1985 by Crown Publishers, Inc. Reprinted by arrangement with Crown Publishers, Inc.

*Webster's Crossword Puzzle Dictionary*, 1986 edition, copyright © 1963 by Fawcett Publications, Inc. and copyright © 1964 by Ottenheimer Publishers, Inc. Reprinted by arrangement with Ottenheimer Publishers, Inc.

Copyright © 1989 by dilithium Press, Ltd.
All rights reserved.

This 1989 edition is published by Portland House, a division of dilithium Press, Ltd., distributed by Crown Publishers, Inc., 225 Park Avenue South, New York, New York 10003.

Printed and Bound in the United States of America

Library of Congress Cataloging-in-Publication Data
Webster's encyclopedic unabridged dictionary of the English language.
    1. English language—Dictionaries.
PE1625.W46    1989
423—dc19                89-3785
                         CIP
ISBN 0-517-68781-X

h g f e d c b

**con·ver·sa·tion·al** (kon″vər sā′shə nəl), *adj.* 1. of, pertaining to, or characteristic of conversation: *a conversational tone of voice.* 2. able or ready to converse; given to conversation. [CONVERSATION + -AL] —con′ver·sa′tion·al·ly, *adv.*
—Syn. 1. See colloquial.

**con·ver·sa·tion·al·ist** (kon″vər sā′shə nə list), *n.* a person who enjoys and contributes to good conversation; an interesting person in conversation. [CONVERSATIONAL + -IST]

**con·ver·sa·tional quality'ty,** (in public speaking) a manner of utterance that resembles the spontaneity and informality of direct conversation.

**conversa′tion chair′,** an English chair of the 18th century designed to be straddled facing the back of the chair with the elbows resting on the crest rail: an English imitation of the voyeuse.

**conversa′tion piece′,** 1. group portraiture representing more or less fashionable people either in an interior or landscape setting. 2. any object that arouses comment because of some striking or unusual quality.

**con·ver·sa·zi·o·ne** (kōn′ver sä tsyō′ne; *Eng.* kon″vər sä′zē ō′nē), *n., pl.* **-ni** (-nē; *Eng.* **-zi·o·nes.** *Italian.* a social gathering for conversation, esp. on literary or scholarly subjects. [It., conversation]

**con·verse¹** (*v.* kən vûrs′, *n.* kon′vûrs), *v.,* **-versed, -vers·ing, *n.* —*v.i.* 1. to talk informally with another or others; exchange views, opinions, etc., by talking. 2. *Obs.* a. to maintain a familiar association (usually fol. by *with*). b. to have sexual intercourse (usually fol. by *with*). c. to commune spiritually (usually fol. by *with*). —*n.* 3. familiar discourse or talk; conversation. 4. *Obs.* spiritual communion. [ME *converse(n)* < L *conversārī* to associate with. See CON-, VERSED] —con·vers′er, *n.*
—Syn. 1. talk, chat, discuss. See speak.

**con·verse²** (*adj.* kən vûrs′, kon′vûrs; *n.* kon′vûrs), *adj.* 1. opposite or contrary in direction, action, sequence, etc.; turned around. —*n.* 2. something that is the opposite or contrary of another. 3. *Logic.* a. a proposition obtained from another proposition by conversion. b. the relation between two terms, one of which is related to the other in a given manner, as "younger than" to "older than." 4. a group of words correlative with a preceding group but having a significant pair of terms interchanged, as "hot in winter but cold in summer" and "cold in winter but hot in summer." [< L converse(us) turned around, pps. of *convertere*. See CONVERT] —con·verse·ly (kon vûrs′lē, kon′vûrs-), *adv.*

**Con·verse** (kon′vûrs), *n.* **Frederick Shepherd** (shep′ərd), 1871–1940, U.S. composer.

**con·ver·sion** (kən vûr′zhən, -shən), *n.* 1. act or state of converting; state of being converted. 2. change in character, form, or function. 3. spiritual change from sinfulness to righteousness. 4. change from one religion, political party, viewpoint, etc., to another. 5. a change of attitude, emotion, or viewpoint from one of indifference, disbelief, or antagonism to one of acceptance, faith, or enthusiastic support, esp. such a change in a person's religion. 6. a physical transformation from one material or state to another: *conversion of coal, water, and air into nylon.* 7. a change from one form to another: *conversion of securities into cash; conversion of francs into dollars.* 8. a physical, structural, or design change or transformation from one state or condition to another, esp. to effect a change in function: *conversion of the basement into a rumpus room; conversion of a freighter into a passenger liner.* 9. a substitution of one component to another so as to effect a change; *conversion from oil heat to gas heat.* 10. *Math.* a change in the form or units of an expression. 11. *Logic.* the transposition of the subject and predicate of a proposition, as "No good man is unhappy" becomes by conversion "No unhappy man is good." 12. *Law.* a unauthorized assumption and exercise of rights of ownership over personal property belonging to another. b. change from realty into personalty, or vice versa, as in the sale or purchase of land, mining coal, etc. 13. *Football.* a. score made on a try for point after touchdown by place-kicking or drop-kicking the ball over the bar between the goal posts or by completing a pass in or running the ball into the end zone. 14. *Psychoanal.* the process by which a repressed psychic event, idea, feeling, memory, or impulse is represented by a bodily change or symptom, thus stimulating a physical illness or its symptoms. 15. *Physics.* the production of radioactive material in a process in which one nuclear fuel is converted into a second nuclear fuel by the capture of neutrons. Cf. breeding (def. 6). 16. *Computer Technol.* a. a change from one code or symbolic system to another, as a change in number base. b. a change from one physical or recording system to another, as from paper tape to punch cards. [ME *conversio(u)n < L conversiō(n-)* (s. of *conversiō*) a complete change. See CONVERSE, -ION] —con·ver·sion·al, con·ver·sion·ar·y (kən vûr′zhə ner″ē, -shə-), *adj.*

**conver′sion ra′tio,** *Physics.* (in a reactor) the number of fissionable atoms produced by each fissionable atom that is destroyed.

**conver′sion ta′ble,** a tabular arrangement of the equivalent values of the weight or measure units of different systems.

**con·ver·sus** (kən vûr′səs), *n., pl.* **-si** (-sī, -sē). *Eccles.* a lay brother. [< L, pp. of *convertere;* see CONVERT]

**con·vert** (*v.* kən vûrt′; *n.* kon′vûrt), *v.t.* 1. to change (something) into something of different form or properties; transform; transmute. 2. *Chem.* to cause (a substance) to undergo a chemical change: *to convert sugar into alcohol.* 3. to cause to adopt a different religion, party, opinion, etc.: *When the war came along, he was converted from a pacifist to a jingoist.* 4. to change in character; cause to turn from an evil life to a righteous one: *to convert a criminal.* 5. to turn to another or a particular use or purpose; divert from the proper or intended use: *They converted the study into a nursery when the baby was born.* 6. to modify (something) so as to make it serve a different function: *to convert an underwater factory for the manufacture of army uniforms.* 7. to appropriate wrongfully to one's own use. 8. to exchange for an equivalent: *to convert bank notes into gold.* 9. to invert or transpose. 10. *Law.* a. to assume unlawful rights of ownership of (personal property). b. to change the form (of property), as from realty to personalty or vice versa. 11. *Logic.* to transpose the subject and predicate of (a proposition) by conversion. 12. *Finance.* to exchange (one type of security, etc.) for another; to change (paper money) into specie or vice versa.



A. Convex lens ; B. Convex-concave lens ; C. Concave-convex lens

**con′vex hull′,** *Math.* the smallest convex set containing a given set; the intersection of all convex sets that contain a given set.

**con·vex·i·ty** (kon vek′si tē), *n., pl.* **-ties** for 2. 1. the state of being convex. 2. a convex surface or thing. [< L *convexitās.* See CONVEX, -ITY]

**convexo-,** a combining form of convex: *convexoconcave.*

**con·vex·o-con·cave** (kən vek′sō kon kāv′), *adj.* 1. convex on one side and concave on the other. 2. *Optics.* pertaining to or noting a lens in which the convex face has a greater radius of curvature than the concave face. [CONVEXO- + CONCAVE]

**con·vex·o-con·vex** (kən vek′sō kon veks′), *adj.* convex on both sides; biconvex. [CONVEXO- + CONVEX]

**con·vex·o-plane** (kən vek′sō plān′), *adj.* plano-convex. [CONVEXO- + PLANE]

**con·vey** (kən vā′), *v.t.* 1. to carry, bring, or take from one place to another; transport; bear. 2. to lead or conduct, as a channel or medium; transmit. 3. to communicate; impart; make known. 4. *Law.* to transfer; pass the title to. 5. *Archaic.* steal; purloin. 6. *Obs.* to take away secretly. [ME *convey(en)* < AF *conveier* < VL *conviāre,* equiv. to con- CON- + *viāre,* deriv. of *via* way; see VIA] —con·vey′a·ble, *adj.*
—Syn. 1. bring. See carry.

**con·vey·ance** (kən vā′əns), *n.* 1. the act of conveying; transmission; communication. 2. a means of transporting, esp. a vehicle, as a carriage, automobile, etc. 3. *Law.* a. the transfer of property from one person to another. b. the instrument or document by which this is effected. [CONVEY + -ANCE]

**con·vey·anc·ing** (kən vā′ən sing), *n.* the branch of law practice consisting of examining titles, giving opinions as to their validity, and drawing of deeds, etc., for the conveyance of property from one person to another. [CONVEYANCE + -ING¹]

**con·vey·or** (kən vā′ər), *n.* 1. one who or that which conveys. 2. *Mach.* an endless chain or belt adapted for carrying objects or materials. Also, **con·vey′er.** [CONVEY + -OR²]

**convey′or belt′,** *Mach.* an endless belt or chain, set of rollers, etc., for carrying materials or objects short distances, as from one part of a building to another.

**convey′or chain′,** *Mach.* an endless chain used as a conveyor.

**con·vey·or·ize** (kən vā′ə rīz′), *v.t.,* **-ized, -iz·ing.** to equip (a factory or the like) with conveyor belts. [CONVEYOR + -IZE] —con·vey′or·i·za′tion, *n.* —con·vey′or·iz′er, *n.*

**con·vict** (*v.* kən vikt′; *n.* kon′vikt), *v.t.* 1. to prove or declare guilty of an offense, esp. after a legal trial: *to convict a prisoner of felony.* 2. to impress with a sense of guilt. —*n.* 3. a person proved or declared guilty of an offense. 4. a person serving a prison sentence. 5. *Archaic.* convicted. [ME *convict(e)* (pp.) < L *convictus* (ptp. of *convincere*), equiv. to con- CON- + *vic-* (ptp. s. of *vincere* to overcome) + -tus ptp. suffix] —con·vict′a·ble, con·vict′i·ble, *adj.*

**con′vict-fish′** (kon′vikt fish″), *n., pl.* **-fish·es,** (esp. collectively) **-fish.** See painted greenling. [CONVICT + FISH, so called from the fancied resemblance of its stripings to a convict's uniform]

**con·vic·tion** (kən vik′shən), *n.* 1. the act of convicting. 2. the state of being convicted. 3. a fixed or firm belief. [late ME < LL *convictiō-* (s. of *convictiō*) proof (of guilt). See CONVICT, -ION] —con·vic·tion·al, *adj.*
—Syn. 3. See belief. —Ant. 4. doubt, uncertainty.

**con·vince** (kən vins′), *v.t.,* **-vinced, -vinc·ing.** 1. to persuade by argument or proof; cause to believe in the truth of what is alleged (often fol. by *of,* or *to* convince a *man of his errors.* 2. *Obs.* to prove or find guilty. 3. *Obs.* overcome; vanquish. [< L *convince(re)* (to) prove (something) false or true, (somebody) right or wrong, equiv. to con- CON- + *vincere* to overcome] —con·vinc′ed·ly, *adv.* —con·vinc′er, *n.* —con·vinc′ing·ness, *n.*
—Syn. 1. satisfy. See persuade.

**con·viv·i·al** (kən viv′ē əl), *adj.* 1. fond of feasting, drinking, and merry company; jovial. 2. of or befitting a feast; festive. 3. friendly; agreeable: *convivial atmosphere.* [< LL *convīviāl(is)* festal, equiv. to L *convīvi(um)* feast (*convīvere* to feast with, equiv. to con- CON- + *vīvere* to live well + -ium n. suffix) + -ālis -AL] —con·viv′i·al·ist, *n.* —con·viv·i·al·i·ty (kən viv′ē al′i tē), *n.* —con·viv′i·al·ly, *adv.*

**con·vo·ca·tion** (kon′vō kā′shən), *n.* 1. the act of convoking. 2. the state of being convoked. 3. a group of people gathered in answer to a summons; assembly. 4. *Ch. of Eng.* one of the two provincial synods or assemblies of the clergy. 5. *Prot. Episc. Ch.* a. an assembly of the clergy of part of a diocese. b. the area represented at such an assembly. [ME *convocacio(un)* < L *convocātiōn-* (s. of *convocātiō*). See CONVOCATION, -ATION] —con·vo·ca·tion·al, *adj.* —con·vo·ca·tion·al·ly, *adv.*
—Syn. 3. See convention.

**con·vo·ca·tor** (kon′vō kā′tər), *n.* 1. one who convokes a meeting. 2. one who takes part in a convocation. [< NL, equiv. to *convocā(re)* (see CONVOKE) + *-tor* -OR²]

**con·voke** (kən vōk′), *v.t.,* **-voked, -vok·ing.** to call together; summon to meet; assemble by summons. [< L *convocā(re),* equiv. to con- CON- + *vocāre* to call] —con·vok′er, *n.* —con·vo·cate, *v.*

**con·vo·lute** (kon′və lōōt′), *adj., v.,* **-lut·ed, -lut·ing.** *adj.* —*t.,* *v.t.* 1. to coil up; form into a twisted shape. —*adj.* 2. rolled up together or with one part over another. 3. *Bot.* coiled up longitudinally so that one margin is within the coil and the other without, as the petals of cotton. [< L *convolūt(us)* rolled up, equiv. to *convol-* (ptp. s. of *convolvere* to CONVOLVE) + -tus ptp. suffix] —con′vo·lute′ly, *adv.*

**con·vo·lut·ed** (kon′və lōō′tid), *adj.* 1. twisted; coiled. 2. complicated; intricately involved: *a convoluted way of presenting an argument.* [CONVOLUTE + -ED²] —con′vo·lut′ed·ness, *n.*

**con·vo·lu·tion** (kon′və lōō′shən), *n.* 1. a rolled up or coiled condition. 2. a rolling or coiling together. 3. a turn of anything coiled; whorl; sinuosity. 4. *Anat.* one of the sinuous folds or ridges of the surface of the brain. [< L *convolū(t-)* (see CONVOLUTE) + -ION¹] —con′vo·lu′tion·al, con·vo·lu·tion·ar·y (kon′və lōō′shə ner″ē), *adj.*

**con·volve** (kən volv′), *v.t., v.i.,* **-volved, -volv·ing.** to roll or wind together; coil; twist. [< L *convolv(ere),* equiv. to con- CON- + *volvere* to roll, turn, twist] —con·volve′ment, *n.*

**con·vol·vu·la·ceous** (kən vol′vyə lā′shəs), *adj.* belonging to the *Convolvulaceae,* or morning-glory family of plants, including the convolvuluses, ipomoeas, etc. [CONVOLVUL(US) + -ACEOUS]

**con·vol·vu·lus** (kən vol′vyə ləs), *n., pl.* **-lus·es, -li** (-lī′). any plant of the genus *Convolvulus,* which comprises erect, twining, or prostrate herbs having trumpet-shaped flowers. Cf. morning-glory. [< NL, L; bindweed, equiv. to *convolv(ere)* (to) CONVOLVE + -ulus -ULE]

**con·voy** (*n.* kon′voi, kon vol′; *v.* kon′voi), *v.t.* 1. to accompany or escort, usually for protection: *A destroyer convoyed the merchant ship.* —*n.* 2. the act of convoying. 3. the protection provided by an escort. 4. an armed force, warship, etc., that escorts, esp. for protection. 5. a ship, fleet, group of vehicles, etc., accompanied by a protecting escort. 6. any group of military vehicles traveling together under the same orders. 7. *Obs.* a drag or friction brake, as for a wagon. [ME *convoye(n)* < MF *convoi(er),* AF *conveier* to CONVEY]
—Syn. 1. See accompany.

**con·vulse** (kən vul′sənt), *adj.* 1. causing convulsions; convulsive. —*n.* 2. a convulsant agent. [CONVULSE + -ANT]

**con·vulse** (kən vuls′), *v.t.,* **-vulsed, -vuls·ing.** 1. to shake violently; agitate. 2. to cause to shake violently with laughter, anger, pain, etc. 3. to cause to suffer violent, spasmodic convulsions or muscular contractions. 4. *Pathol.* to affect with convulsions. [< NL, L; *convul(sus)* (see *convellere*), equiv. to con- CON- + -l (ptp. of *vellere* to pull, tear) + -tus, var. of -*tus* ptp. suffix] —con·vuls′i·ble, *adj.* —con·vuls′i·bil·i·ty, *n.*

**con·vul·sion** (kən vul′shən), *n.* 1. *Pathol.* contortion of the body caused by violent, involuntary muscular contractions of the extremities, trunk, and head. 2. violent agitation or disturbance; commotion. 3. an outburst of great, uncontrollable laughter. [< Medical L *convulsiō-* (s. of *convulsiō*). See CONVULSE, -ION] —con·vul·sion·ar·y (kən vul′shə ner″ē), *adj., n., pl.* **-ar·ies,** 2. a person who has convulsions, esp. as a result of religious experience. [CONVULSION + -ARY]

**con·vul·sive** (kən vul′siv), *adj.* 1. of the nature of or characterized by convulsions or spasms. 2. producing or accompanied by convulsions: *convulsive rage.* [< Medical L *convulsiv(us).* See CONVULSE, -IVE] —con·vul′sive·ly, *adv.* —con·vul′sive·ness, *n.*
—Syn. 1. spasmodic.

**Con·way** (kon′wā), *n.* 1. a town in central Arkansas. 9791 (1960). 2. a town in NE South Carolina. 8563 (1960). 3. a boy's given name.

**cyclone furnace**    **cynicalness**

**cy·clone fur·nace**, a furnace burning liquid or pulverized fuel in a whirling air column.

**cy·clo·nite** (sī′klə nīt′, sik′lə-), *n. Chem.* See RDX. [CYCLO- + (TRI)NIT(RO- + AMIN)E]

**cy·clo·ole·fin** (sī′klō ō′lə fin, sik′lō-), *n. Chem.* any of the homologous series of unsaturated alicyclic hydrocarbons containing one double bond in the ring and having the general formula, $C_nH_{2n-2}$. [CYCLO- + OLEFIN]

**cy·clo·par·af·fin** (sī′klə par′ə fin, sik′lə-), *n. Chem.* any of the homologous series of saturated, alicyclic hydrocarbons having the general formula, $C_nH_{2n}$. [CYCLO- + PARAFFIN]

**cy·clo·pe·an** (sī′klə pē′ən), *adj.* 1. of or characteristic of the Cyclops. 2. (sometimes l.c.) gigantic; vast. 3. (usually l.c.) *Archit., Building Trades.* formed with, or containing, large, undressed stones: *a cyclopean wall.* [< L Cyclōpē(us) (< Gk Kyklṓpeios, equiv. to Kyklōp(s)]

**cy·clo·pe′an con·crete**, concrete containing stones weighing 100 pounds or more.

**cy·clo·pe·di·a** (sī′klə pē′dē ə), *n.* an encyclopedia. Also, **cy′clo·pae′di·a**. [by aphesis] —**cy′clo·pe′dist**, *n.*

**cy·clo·pe·dic** (sī′klə pē′dik), *adj.* like a cyclopedia in character or contents; broad and varied; exhaustive. Also, **cy′clo·pae′dic**. [aph. var. of ENCYCLOPEDIC] —**cy′clo·pe′di·cal·ly, cy′clo·pae′di·cal·ly**, *adv.*

**cy·clo·pen·ta·di·ene** (sī′klə pen′tə dī′ēn, sik′lə-), *n. Chem.* a colorless liquid, $C_5H_6$, derived by the distillation of coal tar: used chiefly in the manufacture of insecticides and resins. [CYCLO- + pentadiene; see PENTA-, -DIENE]

**cy·clo·pen·tane** (sī′klə pen′tān, sik′lə-), *n. Chem.* a colorless, water-insoluble liquid, $C_5H_{10}$, obtained from petroleum and used chiefly as a solvent. Also called **pentamethylene**. [CYCLO- + PENTANE]

**cy·clo·pi·a** (sī klō′pē ə), *n. Med.* a congenital defect characterized by fusion of the orbits into a single cavity containing one eye. Also called **synophthalmia**. [< NL < Gk Kyklōp(s) CYCLOPS + -ia -IA]

**cy·clo·ple·gi·a** (sī′klə plē′jē ə, -jə, sik′lə-), *n. Pathol.* paralysis of the intramuscular muscles. [CYCLO- + -PLEGIA] —**cy′clo·ple′gic**, *adj., n.*

**cy·clo·pro·pane** (sī′klə prō′pān, sik′lə-), *n. Chem., Pharm.* a colorless, flammable gas, $C_3H_6$, used in organic synthesis and in medicine as an anesthetic. Also called **trimethylene**. [CYCLO- + PROPANE]

**Cy·clops** (sī′klops), *n., pl.* **Cy·clo·pes** (sī klō′pēz). 1. *Class. Myth.* a member of a family of giants having a single round eye in the middle of the forehead. 2. (l.c.) a fresh-water copepod of the genus *Cyclops*, having a median eye in the front of the head. [< Gk Kýklōps, lit., round-eye, equiv. to Kýkl(os) a circle, round + ṓps eye]

**cy·clo·ram·a** (sī′klə ram′ə, -rä′mə), *n.* 1. a pictorial representation, in perspective, of a landscape, battle, etc., on the inner wall of a cylindrical room or hall, the spectators occupying a position in the center. 2. *Theat.* a curved wall or drop at the back of a stage, used for creating an illusion of unlimited space or distance in the background of exterior scenes or for obtaining lighting effects. [CYCLO- + (h)(d)rama view] —**cy′clo·ram′ic**, *adj.*

**cy·clo·sil·i·cate** (sī′klə sil′ə kit, -kāt′), *n. Mineral.* any silicate involving more than two tetrahedral $SiO_2$ groups in a ring. Cf. inosilicate, nesosilicate, sorosilicate, tektosilicate. [CYCLO- + SILICATE]

**cy·clo·sis** (sī klō′sis), *n., pl.* **-ses** (-sēz). *Biol.* the movement of protoplasm within a cell. [< Gk kýklōsis an encircling. See CYCL-, -OSIS]

**cy·clo·stom·a·tous** (sī′klə stom′ə təs, -stō′mə-, sik′lə-), *adj.* 1. having a circular mouth. 2. belonging or pertaining to the cyclostomes. Also, **cy·clos·to·mate** (sī klos′tə mit, -māt′).

**cy·clo·stome** (sī′klə stōm′, sik′lə-), *adj.* 1. belonging or pertaining to the *Cyclostomata*, a subclass of eellike, aquatic, agnathous vertebrates comprising the lampreys and hagfishes. 2. having a circular mouth. —*n.* 3. a cyclostome vertebrate; a lamprey or hagfish. [CYCLO- + -STOME]

**cy·clo·stroph·ic** (sī′klə strof′ik, sik′lə-), *adj. Meteorol.* pertaining to atmospheric motion in which the centripetal acceleration exactly balances the horizontal pressure force. [CYCLO- + LGk strophikḗ(s) turning, equiv. to Gk stroph- (s. of strephein to turn) + -ikos -IC; see STROPHE]

**cy·clo·style** (sī′klə stīl′, sik′lə-), *n.* 1. a manifolding device consisting of a kind of pen with a small toothed wheel at the end which cuts minute holes in a specially prepared paper stretched over a smooth surface; used to produce a stencil from which copies are printed. 2. *Archit.* a circular colonnade or columned building open at the center. [formerly trademark] —**cy′clo·styl′ar**, *adj.*

**cy·clo·thy·mi·a** (sī′klə thī′mē ə, sik′lə-), *n. Psychiatry.* a mild, manic-depressive psychosis involving recurring cycles of exhilaration and depression. [CYCLO- -thymia < Gk thȳm(ós) spirit + -ia] —**cy′clo·thy′mic**, *adj.*

**cy·clo·thy·mic** (sī′klə thī′mik, sik′lə-), *n.* a person affected with cyclothymia. [CYCLOTHYMI(A) + -AC]

**cy·clo·tome** (sī′klə tōm′, sik′lə-), *n. Surg.* a type of scalpel for performing a cyclotomy. [CYCLO- + -TOME]

**cy·clo·to·mic** (sī′klə tom′ik, sik′lə-), *adj.* 1. of or pertaining to cyclotomy. 2. *Math.* (of a polynomial) irreducible and of the form $x^{n-1} + x^{n-2} + \dots + 1$, where p is a prime number. [CYCLOTOM(Y) + -IC]

**cy·clot·o·my** (sī klot′ə mē), *n., pl.* **-mies**. 1. *Surg.* incision of the ciliary muscle. 2. *Geom.* the process of dividing a circle into a specific number of equal parts. [CYCLO- + -TOMY]

**cy·clo·tri·meth·yl·ene·tri·ni·tra·mine** (sī′klō trī meth′ə lēn trī′nī tram′in, -trī ni′tram′ēn, sik′lō-), *n. Chem.* See RDX. [CYCLO- + TRI- + METHYLENE + TRI- + NITR- + AMINE]

**cy·clo·tron** (sī′klə tron′, sik′lə-), *n. Physics,* an accelerator in which particles are propelled in spiral paths by the use of a constant magnetic field. [CYCLO- + (ELEC)TRON]

**Cyc·nus** (sik′nəs), *n. Class. Myth.* 1. any of several men transformed into swans. 2. a son of Ares killed in a duel with Hercules.

**Cyd** (sid), *n.* a girl's given name.

**cy·der** (sī′dər), *n. Brit.* cider.

**Cy·dip·pe** (sī dip′ē), *n. Class. Myth.* a priestess of Hera at Argos and the mother of Biton and Cleobis.

**Cyd·nus** (sid′nəs), *n.* a river in SE Asia Minor, in Cilicia.

**cy·e·sis** (sī ē′sis), *n., pl.* **-ses** (-sēz). *Med.* pregnancy. [< NL < Gk kýēsis pregnancy, equiv. to kyē- (var. s. of kyein to be pregnant) + -sis -sis] —**cy·et′ic** (-et′ik), *adj.*

**cyg·net** (sig′nit), *n.* a young swan. [late ME signet < L cygn(us), var. of cycnus (< Gk kýknos swan); see -ET]

**Cyg·nus** (sig′nəs), *n., gen. -ni* (-nī). *Astron.* the Swan, a northern constellation southwest of Draco, containing the bright star Deneb. [< L swan; see CYGNET]

**cy·ke** (sīk), *n. Informal.* cyclorama (def. 2). [short var. of CYCLORAMA; cf. BIKE]

**cyl.**, cylinder.

**cyl·in·der** (sil′in dər), *n.* 1. *Geom.* a surface or solid bounded by two parallel planes and generated by a straight line moving parallel to the given planes and tracing a curve bounded by the planes and lying in a plane perpendicular or oblique to the given planes. 2. any cylinderlike object or part, whether solid or hollow. 3. the rotating part of a revolver, containing the chambers for the cartridges. 4. (in a pump) a cylindrical chamber in which a piston slides to move or compress a fluid. 5. (in an engine) a cylindrical chamber in which the pressure of a gas or liquid moves a sliding piston. 6. (in certain printing presses) a rotating cylinder which produces the impression and under which a flat form to be printed from passes, b. either of two cylinders, one carrying a curved form or plate to be printed from, which rotate against each other in opposite directions. 7. (in certain locks) a cylindrical device for retaining the bolt until tumblers have been pushed out of its way. 8. (in a screw or cylindrical gear) an imaginary cylindrical form, concentric to the axis, defining the pitch or the inner or outer ends of the threads or teeth. 9. *Textiles.* the main roller on a carding machine, esp. the roller covered with card clothing that works in combination with the worker and stripper rollers in carding fibers. 10. *Archaeol.* a cylindrical or somewhat barrel-shaped stone or clay object bearing a cuneiform inscription or a carved design, worn by the Babylonians, Assyrians, and kindred peoples as a seal and amulet. —*v.t.* 11. to furnish with a cylinder or cylinders. 12. to subject to the action of a cylinder or cylinders. [< L cylindr(us) < Gk kýlindros roller, cylinder, akin to kylíndein to roll] —**cyl′in·der·like′**, *adj.*


Cylinder (Right Section)

**cyl′inder desk′**, a desk having a cylinder front, usually a tambour but occasionally of solid wood.

**cyl′inder es·cape′ment**, *Horol.* an escapement in which an escape wheel, having teeth with a wedgelike section are around the rim of a cylinder, alternately with an oscillating, hollow, semicylindrical part on the balance staff.

**cyl′inder front′**, *Furniture.* a front cover for a desk or the like, consisting either of a solid piece or of a tambour sliding up and back in quadrantal grooves.

**cyl′inder glass′**, a sheet of glass formed originally in the shape of a cylinder and then divided lengthwise and flattened. Also called **broad glass**.

**cyl′inder head′**, (in a reciprocating engine or pump) a detachable plate or cover on the end opposite to that from which the piston rod or connecting rod projects.

**cyl′inder press′**, a printing press in which paper is impressed by a cylinder against type on a flat plane.

**cyl·in·dra·ceous** (sil′in dra′shəs), *adj.* resembling a cylinder. [CYLIND(ER) + -ACEOUS]

**cy·lin·dri·cal** (si lin′dri kəl), *adj.* of, pertaining to, or having the form of a cylinder. Also, **cy·lin′dric**. [< NL cylindric(us) (< Gk kylíndrikós); see CYLINDER, -IC] + -al] —**cy·lin′dri·cal·ly**, *adv.* —**cy·lin′dri·cal·ness, cy·lin·dric·i·ty** (sil′in dris′i tē, sil′-), *n.*

**cy·lin′dri·cal co·or′di·nates**, *Naval Archit.* See longitudinal coefficient.

**cy·lin′dri·cal co·or′di·nates**, *Math.* a system of coordinates for locating a point in space by its polar coordinates and its perpendicular distance to the polar plane.

**cyl·in·drite** (sil′in drīt′, si lin′-), *n.* a mineral, a complex sulfide of lead, tin, and antimony, occurring in cylindrical form. [CYLIND(ER) + -ITE[1]]

**cy·lin·droid** (sil′in droid′), *n.* 1. a solid having the form of a cylinder, esp. one with an elliptical, as opposed to a circular, cross section. —*adj.* 2. resembling a cylinder. Cf. cylindroid(al)(s) cylinderlike. See CYLINDER, -OID]

**cyl·in·dro·ma** (sil′in drō′mə), *n. Pathol.* a type of epithelial tumor containing small plugs or cylinders of connective tissue, usually involving salivary glands, bronchi, or skin. [< NL < Gk kýlindr(os) cylinder + -ŌMA -OMA] —**cyl·in·drom·a·tous** (sil′in drom′ə təs), *adj.*

**cy·lix** (sī′liks, sil′iks), *n., pl.* **cy·li·ces** (sil′ə sēz′). kylix.

**Cyl·le·ne** (si lē′nē), *n.* a mountain in S Greece. Also, **Kyllene**.

**Cyl·le·ni·an** (si lē′nē ən), *adj.* of or pertaining to Mount Cyllene in Arcadia, Greece, or to the god Hermes, reputed to have been born there. [< LL Cyllēni(us) (< Gk Kyllḗnios, equiv. to Kyllḗn(ē) in Arcadia + -ios -IOUS) + -AN]

**Cyl·vi·a** (sil′vē ə), *n.* a girl's given name. Also, Sylvia. Sym., Cymric.

**Cy·ma** (sī′mə), *n., pl.* **-mae** (-mē), **-mas**. 1. *Archit.* either of two moldings having a partly convex and partly concave curve for an outline: used esp. in classical architecture. Cf. cyma recta, cyma reversa. 2. *Bot.* a cyme. [< NL < Gk kýma something swollen, a wave, wavy molding, sprout, equiv. to kȳ(ein) (to be pregnant, swell with child + -ma n. suffix]

**cy·mar** (si mär′), *n.* a simar (def. 1).

**Cy·mar** (si mär′), *n.* a girl's given name. Also, Simar.

**cy·ma re·ver·sa** (si rivûr′sə), *Archit.* a cyma whose convex part projects beyond the concave part. Also called **Lesbian cyma, Lesbian cymatium**. See illus. under molding. [< NL: lit., reversed cyma]

**cy·ma·tion** (si māt′ə mē), *n.* a cymatium.

**cy·ma·ti·um** (si māt′ē əm, -shē-), *n., pl.* **-ti·a** (-shē ə). *Archit.* 1. the uppermost member of a classical cornice or of a cornice of similar form: usually a cyma recta in classical examples. Cf. sima. 2. echinus (def. 1). [< L cȳmātium < Gk kȳmátion, equiv. to kȳmat- (s. of kȳma wave; see CYMA) + -ion dim. suffix]

**Cym·be·line** (sim′bə lēn′), *n.* a girl's given name. **Cym·ric** (sim′rik, kim′-), *n.* a romantic drama (1610?) by Shakespeare.

**cym·bi·form** (sim′bə fôrm′), *adj. Bot., Zool.* boat-shaped. [< L cymb(a) (< Gk kýmbḗ hollow object) + -I- + -FORM]

**cym·bal** (sim′bəl), *n.* a concave plate of brass or bronze which produces a sharp, ringing sound when struck: played either in pairs, by being struck together, or singly, by being struck with a drumstick or the like. [ME; OE cymbal < ML, var. of cymbalum < L < Gk kýmbalon, var. of kýmbos, kýmbē hollow object] —**cym′bal·er, cym′bal·ist**, *n.* —**cym′bal·like′**, *adj.*

**cym·ba·lom** (sim′bə ləm), *n.,* a complex zither of Hungary. Also, cimbalom. [< Hung cimbalom < ML cymbalum < L cymbalum CYMBAL]

**Cym·be·line** (sim′bə lēn′), *n.* a girl's given name. **Cym·re** (sim′rik, kim′-), *n.* Welsh (def. 3).

**cy·me** (sīm), *n. Bot.* an inflorescence in which the primary axis bears a single terminal flower which develops first, the inflorescence being continued by secondary, tertiary, and other axes. 2. a flat or convex inflorescence of this type. [< L cȳma cabbage sprout < Gk kȳma; see CYMA]

**cy·mene** (sī′mēn), *n. Chem.* a colorless, pleasant-smelling benzene derivative, $CH_3C_6H_4CH(CH_3)_2$, occurring in the volatile oil of the common cumin, *Cuminum cyminum*, and existing in three forms, the ortho, meta, and para isomers. Cf. para-cymene. [< Gk kȳm(inon) cumin + -ENE]

**cy·mo-**, a learned borrowing from Greek meaning "wave," used in the formation of compound words: *cymometer*. [< Gk kýmo-, comb. form of kȳma wave. See CYMA]

**cy·mo·gene** (sī′mə jēn′), *n. Chem.* a mixture of very volatile, flammable hydrocarbons, constituting the fraction boiling at about 0°C, obtained in distilling crude petroleum and containing a large percentage of butane. [CYM(ENE) + -O- + -GENE]

**cy·moid** (sī′moid), *adj.* 1. resembling a cyma. 2. resembling a cyme. [CYM(A) + -OID]

**cy·mom·e·ter** (sī mom′i tər), *n. Elect. Obs.* an instrument for measuring electromagnetic waves. [CYMO- + -METER]

**cy·mo·phane** (sī′mə fān′), *n. Mineral.* chrysoberyl. [CYMO- + -PHANE]

**cy·mose** (sī′mōs), *adj.* 1. having or resembling a cyme. 2. of or of the nature of a cyme. [< L cȳmōs(us) full of shoots. See CYME, -OSE[1]] —**cy′mose·ly**, *adv.*

**cy·mot·ri·chous** (sī mot′rə kəs), *adj.* having wavy hair. [CYMO- + TRICH(O)- + -OUS] —**cy·mot′ri·chy**, *n.*

**cym·ric** (kim′rik, sim′-), *adj.* 1. of or pertaining to the Cymry. —*n.* 2. Welsh (def. 3). Also, **Kymric**. [< Welsh Cymr(eg) with the form of a cyme. See CYME, -IC]

**Cyn** (sin), *n.* a girl's given name, form of Cynthia.

**Cyn·a·ra** (sin′ər ə), *n.* a girl's given name.

**cyn·ic** (sin′ik), *n.* 1. a person who believes that only selfishness motivates human actions and who disbelieves in or minimizes selfless acts or disinterested points of view. 2. (cap.) one of a sect of Greek philosophers, 4th century B.C., who advocated the doctrine that virtue is the only good, that the essence of virtue is self-control, and that surrender to any external influence is beneath the dignity of man. —*adj.* 3. cynical. 4. (cap.) of or pertaining to the Cynics or their doctrines. 5. *Astron., Bibl.* of or pertaining to the Dog Star. 6. *Med.* Rare. resembling the actions of a dog: *cynic spasm.* [< L Cynic(us) < Gk Kynikós Cynic, lit., doglike, currish, equiv. to kyn- (s. of kýōn) dog + -ikos -IC]

**cyn·i·cal** (sin′i kəl), *adj.* 1. like or characteristic of a cynic; distrusting or disparaging the motives of others. 2. showing contempt for accepted standards of honesty or morality by one's actions, esp. by actions that exploit the scruples of others. 3. (cap.) (cyn. def. 4). [CYNIC + -AL[1]] —**cyn′i·cal·ly**, *adv.* —**cyn′i·cal·ness**, *n.* —Syn. 1. distrustful, disbelieving, sneering, contemptuous, derisive. CYNICAL, PESSIMISTIC, SARCASTIC, SATIRIC can imply holding a low opinion of mankind. CYNICAL suggests a disbelief in the sincerity of human motives: *cynical about honesty.* PESSIMISTIC implies a more or less habitual disposition to look on the dark side of things, and to believe that the worst will happen: *pessimistic about the future.* SARCASTIC refers to sneering or making jibes: *sarcastic about a profession of faith.* SATIRICAL suggests expressing scorn or ridicule by saying the opposite of what one means: *satirical about the way in which actions differ.* —Ant. 1. optimistic.

CONCISE ETYMOLOGY KEY: <, descended or derived from; >, whence; b., blend of, blended; c., cognate with; deriv., derivative; equiv., equivalent; imit., imitative; m., modification of; obl., oblique; r., replacing; s., stem; sp., spelling; trans., translation; ?, origin unknown, perhaps; *, hypothetical. See the full key inside the front cover.

flapdoodle                                                                                                      540                                                                                                      flatfish

**flapdoodle** /ˈflap dōōd'l/, *n.* *Informal.* nonsense; bosh. [?]

**flap′ door′,** *n.* 1. Also called **falling door.** a door hinged at the bottom so as to fall downward and outward. 2. a door placed horizontally or on a shallow incline, as an exterior cellar door.

**flap-drag-on** /ˈflap′drag′ən/, *n.* 1. an old game in which the players snatch raisins, plums, etc., out of burning brandy, and eat them. 2. the object so caught and eaten. [FLAP + DRAGON]

**flap-er-on** /ˈflap′ə ron′/, *n.* Aeron. a control surface functioning both as a flap and as an aileron. [FLAP + (AIL)ERON]

**flap-jack** /ˈflap′jak′/, *n.* griddlecake. [FLAP + JACK]

**flap-per** /ˈflap′ər/, *n.* 1. something broad and flat for striking with, or for making a noise by striking. 2. a broad, flat, hinged or hanging piece; flap. 3. a young bird just learning to fly. 4. a young woman, esp. one who, during the decade following World War I, behaved in a manner free from traditional social or moral restraints. 5. *Slang.* the hand. [FLAP + -ER] —**flap′per-dom**, *n.* —**flap′per-ish**, *adj.*

**flap-py** /ˈflap′ē/, *adj.,* -pi-er, -pi-est. slack or loose, so as to flap readily. [FLAP + -Y¹]

**flaps** (flaps), *n.* (construed as sing.) *Vet. Pathol.* swelling of the lips of a horse. [FLAP (n.) + -s³]

**flap′ valve′.** See clack valve.

**flare** /flâr/, *v.,* flared, flar-ing, *n.* —*v.i.* 1. to burn with an unsteady, swaying flame, as a torch or candle in the wind. 2. to blaze with a sudden burst of flame (often fol. by *up*): *The fire flared up as the paper caught on.* 3. to start up or burst out in sudden, fierce activity, passion, etc. (sometimes fol. by *up* or *out*): *His anger flared when his realtors were questioned.* 4. to shine or glow. 5. to spread gradually outward, as the end of a trumpet, the bottom of a white skirt, the sides of a ship, etc. —*v.t.* 6. to cause (a candle, torch, etc.) to burn with a swaying flame. 7. to display conspicuously or ostentatiously. 8. to signal by flares of fire or light. 9. to cause (something) to spread gradually outward in form. 10. *Metall.* to heat (a high-zinc brass) to such a high temperature that the zinc vapors begin to burn. 11. flare out or up, *Informal.* to vent one's anger: *become suddenly enraged: He flared out at her for no apparent reason. She flares up easily.* —*n.* 12. a flaring or swaying flame or light, as of torches in the wind. 13. a sudden blaze or burst of flame. 14. a bright blaze of fire or light used as a signal, a means of illumination or guidance, etc. 15. a device or substance used to produce such a blaze of fire or light. 16. a sudden burst, as of zeal or of temper. 17. a gradual spread outward in form; outward curvature: *the flare of a skirt.* 18. something that spreads out. 19. *Optics.* unwanted light reaching the image plane of an optical instrument, resulting from extraneous reflections, scattering by lenses, and the like. 20. *Photog.* a fogged appearance given to an image by reflection within a camera lens or within the camera itself. [orig. meaning: spread out, said of hair, a ship's sides, etc.; cf. OE *flāre* either of the spreading sides at the end of the nose] —**Syn. 1. flam. 13. flash.**

**flare-back** /ˈflâr′bak′/, *n.* 1. a blast of flame that sometimes issues from the breech of a large gun or cannon when it is opened after firing. 2. a brief, unexpected recurrence: *a flareback of winter in May.* [n. use of *v. phrase flare back*]

**flare-up** /ˈflâr′up′/, *n.* 1. a sudden flaring up of flame or light. 2. a sudden outburst of anger. 3. a sudden outbreak of violence, disease, or other condition thought to be quelled, checked, or inactive. [n. use of *v. phrase flare up*]

**flar-ing** /ˈflâr′ing/, *adj.* 1. blazing; flaming. 2. glaringly bright or showy. 3. spreading gradually outward in form: *a flaring skirt.* [FLARE + -ING²]. —**flar′ing-ly**, *adv.*

**flash** (flash), *n.* 1. a brief, sudden burst of bright light: *a flash of lightning.* 2. a sudden, brief outburst or display of joy, wit, etc. 3. a very brief moment; instant: *I'll be back in a flash.* 4. flashlight (def. 1). 5. ostentatious display; gaudy showiness. 6. Also called **news flash.** *Journalism.* a brief dispatch sent by a wire service, usually transmitting preliminary news of an important story or development. Cf. bulletin (def. 7). 7. *Photog.* a. bright artificial light thrown briefly upon a subject during an exposure. b. See flash lamp. 8. the sudden flame or intense heat produced by a bomb or other explosive device. 9. a device as a lock or sluice, for confining and releasing water to send a boat down a shallow stream. 10. *Metall.* a. a ridge of metal left on a casting by a seam between parts of the mold. b. a ridge formed at the edge of a forging or weld where excess metal has been squeezed out. 11. *Poker.* a hand containing all five suits in a game played with a five-suit pack. 12. *Archaic.* an artificially induced rush of water for sending a boat down a shallow stream. 13. *Obs.* the cant or jargon of thieves, vagabonds, etc. 14. flash in the pan, a. a brief, intense effort that produces no significant result. b. a person who makes such an effort; one who enjoys short-lived success: *She was a flash in the pan who had met his record and then disappeared from show business.* —*v.i.* 15. to break forth into sudden flame or light, esp. transiently or intermittently: *a buoy flashing in the distance.* 16. to speak or behave with sudden anger, outrage, or the like (often fol. by *out*): *I couldn't help flashing out at such a stupid remark. He flashed crimson with rage at her rudeness.* 17. to gleam. 18. to burst suddenly into view or recognition: *The answer flashed into his mind.* 19. to move like a flash. 20. to break into sudden action. 21. *Archaic.* to make a flash or sudden display. 22. *Archaic.* to dash or splash, as the sea or waves. —*v.t.* 23. to emit or send forth (fire or light) in sudden flashes. 24. to cause to flash, as powder by ignition or a sword by waving. 25. to change (water) instantly into steam by causing it to strike a hot surface. 26. to send forth like a flash. 27. to communicate instantaneously, as by telegraph. 28. *Informal.* to make an ostentatious display of: *He's forever flashing a large roll of bills.* 29. to increase the flow of water in (a river, channel, etc.). 30. *Glassmaking.* a. to coat (plain glass or a glass object) with a layer of colored, opalescent, or white glass. b. to apply (such a layer). c. to color or make (glass) opaque by reheating. 31. *Building Trades.* to protect with flashing. 32. to reduce the permanent magnetism of (a vessel) by wrapping a cable horizontally around the vessel and energizing the cable. 33. *Cards.* to expose (a card) in the process of dealing. 34. *Archaic.* to dash or splash (water).

—*adj.* 35. showy or ostentatious. 36. counterfeit or sham. 37. of or belonging to sporting men; sporty. 38. belonging to or connected with thieves, vagabonds, etc., or their cant or jargon. 39. sudden and brief: *a flash storm.* 40. caused by or used as protection against flash: *a number of flash injuries; to wear flash clothing.* [ME *flasshe*(n) (to) sprinkle; ? b. FLY¹ and WASH] —**flash′er,** *n.* —**flash′ing-ly,** *adv.*

—**Syn. 1. flare, gleam, glare. 3. twinkling, wink. 17. scintillate. FLASH, GLAZE, GLINT, GLITTER mean to send forth a sudden gleam (or gleams) of bright light. To FLASH is to send forth light with a sudden, transient brilliancy: *A shooting star flashed briefly.* To GLANCE is to emit a brilliant flash of light as a reflection from a smooth surface: *Sunlight glanced from the glass windshield.* GLINT suggests a hard bright gleam of reflected light as from something polished or burnished: *Light glints from silver or from burnished copper.* To GLITTER is to reflect intermittent flashes of light from a hard surface: *Ice glitters in the moonlight.* 35. flashy, gaudy, tawdry, pretentious, superficial. 36. false, fake.

**flash-back** /ˈflash′bak′/, *n.* a scene representing an earlier event inserted into a current situation depicted in a novel, motion picture, play, etc. [n. use of v. phrase *flash back*]

**flash-board** /ˈflash′bôrd′, -bōrd′/, *n.* *Civ. Eng.* a board, or one of a series of boards, as on a bulkhead, used to increase the depth of the impounded water. [FLASH + BOARD]

**flash′ bulb′,** *Photog.* 1. a glass bulb, filled with oxygen and aluminum or zirconium wire or foil, which, when ignited electrically, burns with a brilliant flash to provide momentary illumination of a subject. 2. Also called **flashtube, flash tube.** an electronic flash lamp consisting of a glass or quartz tube filled with xenon or krypton and having an electrode at each end. Also, **flash′bulb′.**

**flash′ burn′,** a burn produced by brief exposure to intense, radiant heat, as from an explosion.

**flash′ card′,** a card having words, numerals, or pictures on it, designed for gaining a rapid response from pupils when held up briefly by a teacher, used esp. in reading, arithmetic, or vocabulary drills.

**flash-cube** /ˈflash′kyōōb′/, *n.* *Photog.* a cube, for attaching to a camera, that contains a flash bulb in each vertical side and rotates automatically for taking four pictures in rapid succession. [FLASH + CUBE]

**flash′ flood′,** a sudden and destructive rush of water down a narrow gully or over a sloping surface: caused by heavy rainfall. —**Syn. See flood.**

**flash′ gun′,** *Photog.* a device that simultaneously discharges a flash bulb and operates a camera shutter.

**flash-ing** /ˈflash′ing/, *n.* 1. *Building Trades.* pieces of sheet metal or the like used to cover and protect certain joints and angles, as where a roof comes in contact with a wall or chimney. 2. act of creating an artificial flood in a conduit or stream, as in a sewer for cleansing it. [FLASH + -ING²]

**flash′ing point′,** *Physical Chem.* See flash point.

**flash′ lamp′,** *Photog.* a lamp for providing momentary illumination for the subject of a photograph. Also, **flash′lamp′.**

**flash-light** /ˈflash′līt′/, *n.* 1. a small, portable electric lamp powered by dry batteries or a tiny generator. 2. a flash of light, or a light that flashes. 3. any light, as from a lighthouse, that flashes intermittently. 4. artificial light as used in flash photography. [FLASH + LIGHT]

**flash-lock** /ˈflash′lok′/, *n.* stanch¹ (def. 5).

**flash-o-ver** /ˈflash′ō′vər/, *n.* *Elect.* 1. a disruptive discharge around or over the surface of a solid or liquid insulator. —*v.i.* 2. to establish a flashover. [orig. n. use of *v. phrase flash over*]

**flash′ photog′raphy,** photography using a momentary flash of artificial light as a source of illumination. Also called **photoflash photography.**

**flash′ pic′ture,** a photograph made with a flash lamp or flashcube.

**flash′ point′,** *Physical Chem.* the lowest temperature at which a liquid in a specified apparatus will give off sufficient vapor to ignite momentarily on application of a flame. Also, **flashing point.**

**flash-tube** /ˈflash′tōōb′, -tyōōb′/, *n.* *Photog.* See flash bulb (def. 2). Also, **flash′ tube′.** [FLASH + TUBE]

**flash-y** /ˈflash′ē/, *adj.,* flash-i-er, flash-i-est. 1. sparkling or brilliant, esp. in a superficial way or for the moment: *a flashy performance.* 2. pretentiously smart; showy; gaudy: *flashy clothes.* 3. *Archaic.* flashing with light. [FLASH + -Y¹] —**flash′i-ly,** *adv.* —**flash′i-ness,** *n.* —**Syn. 2. See gaudy.**

**flask** (flask, fläsk), *n.* 1. a bottle-shaped container made of glass, metal, etc.: *a flask of brandy.* 2. an iron container for shipping mercury, holding a standard commercial unit of 76 pounds. 3. *Foundry.* a container into which sand is rammed around a pattern to form a mold. [ME; OB *flasce, flaxe*; cf. FLAGON]

**flask-et** /ˈflas′kit, fläs′-/, *n.* 1. a long, shallow basket. 2. a small flask. [< OF *flasquet,* dim. of *flasque* FLASK¹]

**flat**¹ (flat), *adj.,* flat-ter, flat-test, *n.,* adv., *v.,* flat-ted, flat-ting, *adv.* —*adj.* 1. horizontally level: *a flat road.* 2. level, even, or without inequalities of surface, as land, table tops, etc. 3. having a surface that is without marked projections or depressions: *a broad, flat face.* 4. lying horizontally and at full length, as a person: *He was flat on the canvas after the knockdown.* *r*. 5. lying wholly on or against something: *The ladder stood flat against a wall.* 6. thrown down, laid low, or level with the ground, as fallen trees or buildings. 7. having a generally level shape or appearance; not deep or thick: *a flat plate.* 8. (of the heel of a shoe) low and broad. 9. spread out, as an unrolled map, the open hand, etc. 10. deflated; collapsed: *a flat tire.* 11. without qualification; absolute, downright, or positive: *a flat denial.* 12. without modification or variation: *a flat price; a flat rate.* 13. *Informal.* lacking money; broke: *I'd lend you the dollar but I'm absolutely flat myself.* 14. without vitality or animation; lifeless; dull: *flat writing.* 15. having lost its flavor, sharpness, or life, as wine, food, etc.; stale. 16. (of a beverage) having lost its effervescence: *flat beer.* 17. without flavor; not spiced: *flat cooking.* 18. prosaic, banal, or insipid: *a flat style.* 19. pointless, as a remark, joke, etc. 20. commercially dull, as trade or the market. 21. *Painting,* a. not having the illusion of volume or depth. b. lacking gradations of tone or color: *flat background.* c. without gloss; mat. 22. not clear, sharp, or ringing, as sound, a voice, etc. 23. lacking resonance and variation in pitch; monotonous: *a flat delivery of the speech.* 24. *Music,* a. (of a tone) lowered a half step in pitch: *B flat.* b. below an intended pitch, as a note; too low (opposed to *sharp*). 25. *Gram.* derived without change in form, as English *to rush* from the noun *brush* and adverbs which do not add *-ly* to the adjective form as *fast, cheap, slow,* etc. 26. *Phonet.* lenis; voiced. 27. *Naut.* (of a sail) a. too flat. b. trimmed as nearly fore-and-aft as possible, for sailing to windward. 28. flat a, the a-sound (a) of *glad, bat,* or *ax.* 29. flat aft, *Naut.* so taut fore-and-aft sails present as flat a surface as possible, as in sailing close to the wind: *Haul the sheets flat aft!* 30. flat on one's back, confined to bed because of illness or other physical disorder: *He's been flat on his back for two weeks now that his virus.* —*n.* 31. something flat. 32. Often, flats. a shoe, esp. a woman's shoe, with a flat heel or no heel. 33. a flat surface, side, or part of anything: *the flat of a blade; He struck her with the flat of his hand.* 34. flat or level ground; a flat area: *salt flats.* 36. a marsh, shoal, or shallow. 36. *Music.* a. (in musical notation) the character ♭, which when attached to a note or to a staff gree lowers its significance one chromatic half step. b. a tone one chromatic half step below another: *The flat of B is B flat.* c. (on keyboard instruments, with reference to any given note) the key next below or to the left. 37. *Theat.* a piece of scenery consisting of a wooden frame, usually rectangular, covered with lightweight board or fabric. 38. a broad, thin book, chiefly for children: *a juvenile flat.* 39. *Informal.* a deflated automobile tire. 40. *Archit.* a flat roof or deck. 41. Also called **platform.** *Naut.* a. a partial deck between two full decks. b. a low, flat barge or lighter. 42. *Shipbuilding.* a broad, flat piece of iron or steel for overlapping and joining two plates at their edges. b. a straight timber in a frame or structural member of generally curved timbers. 43. an iron or steel bar of rectangular section. 44. *Textiles.* one of a series of laths covered with card clothing, used in conjunction with the cylinder in carding. 45. *Photog.* a. a device for holding a negative or positive flat for reproduction by photoengraving. b. one or more negatives or positives in position to be reproduced. 46. *Hort.* a shallow box used for rooting seeds and cuttings. 47. *Football.* the area of the field immediately inside of or outside of an offensive end, close behind or at the line of scrimmage. 48. flats, *Informal.* flat races between horses. Cf. flat race. —*v.t.* 49. to make flat. 50. *Music.* to lower a (pitch), esp. one half step. —*v.i.* 51. to become flat. 52. flat in, *Naut.* to pull the clew of (a fore-and-aft sail) as nearly amidships as possible; flatten in. —*adv.* 53. in a flat position; horizontally; levelly. 54. in a flat manner; positively; absolutely. 55. completely; utterly: *flat broke.* 56. exactly; precisely: *He raced around the track in two minutes flat.* 57. *Music.* below the true pitch: *to sing flat.* 58. *Finance* without interest. 59. fall flat, to fail to produce the desired effect; fail completely: *Their attempts at photography fall flat.* [ME < Scand; cf. Icel *flatr*, Sw *flat,* akin to OE *flet* floor. See FLAT²] —**flat′ly,** *adv.* —**flat′ness,** *n.* —**Syn. 3. level. 4. low, supine, prostrate, prone. 11. outright, peremptory, categorical. 14. boring, spiritless, prosaic. 17. vapid, unsavory.** —**Ant. 1. upright, vertical. 14. spirited. 17. savory.**

**flat²** (flat), *n.* 1. an apartment or suite of rooms on one floor, forming a residence, as for a family. 2. *Brit.* a floor or story of a building. [var. of obs. *flet,* OE: floor, house, hall; akin to FLAT¹]

**flat′ arch′,** an arch having a more or less flat intrados and without its voussoirs radiating from a center below the arch. See illus. under **arch.** Also called **jack arch.**

**flat′ back′,** 1. a book spine presenting a completely flat surface. 2. a book bound with such a spine.

**flat′-bed cyl′inder press′** (ˈflat′bed′), a printing press in which a flat bed holding the printing form moves against a revolving cylinder which carries the paper.

**flat-bed press.** See cylinder press.

**flat-boat** /ˈflat′bōt′/, *n.* a large, flat-bottomed boat for use in shallow water, esp. on rivers. [FLAT² + BOAT]

**flat-bot-tomed** /ˈflat′bot′əmd/, *adj.* (of boats) having a flat bottom.

**flat-bread** /ˈflat′bred′/, *n.* a thin, wafer-like rye bread baked esp. in Scandinavian countries. Also, **flat-brod** (ˈflat′brôd). [trans. of Norw *flatbrød*]

**flat′ fang′,** any of numerous flattened hemipterous insects of the family *Aradidae* that live under bark and feed on fungi. Also called **fungus bug.**

**flat-car** /ˈflat′kär′/, *n.* *U.S.* a railroad car consisting of a platform without sides or top. [FLAT¹ + CAR²]

**flat-fish** /ˈflat′fish/, *n.,* pl. (esp. collectively) -fish, (esp. referring to two or more kinds or species) -fish-es. any

---

CONCISE ETYMOLOGY KEY: <, descended or derived from; >, whence; b., blend of; blended; c., cognate with; deriv., derivative; equiv., equivalent; imit., imitative; m., modification of; obl., oblique; r., replacing; s., stem; sp. spelling; trans., translation; ?, origin unknown, perhaps; *, hypothetical. See the full key inside the front cover.

# Exhibit D

US005681588A

# United States Patent [19]

## Kolter et al.

[11] **Patent Number:** 5,681,588

[45] **Date of Patent:** Oct. 28, 1997

[54] **DELAYED RELEASE MICROTABLET OF β-PHENYLPROPIOPHENONE DERIVATIVES**

[75] Inventors: **Karl Kolter**, Limburgerhof; **Helmut Fricke**, Mutterstadt; **Volker Buehler**, Karlsruhe; **Herbert Mueller-Peltzer**, Heidelberg, all of Germany

[73] Assignee: **Knoll Aktiengesellschaft**, Ludwigshafen, Germany

[21] Appl. No.: **525,749**

[22] PCT Filed: **Mar. 24, 1994**

[86] PCT No.: **PCT/EP94/00949**

　　　§ 371 Date: **Oct. 3, 1995**

　　　§ 102(e) Date: **Oct. 3, 1995**

[87] PCT Pub. No.: **WO94/22434**

　　　PCT Pub. Date: **Oct. 3, 1994**

[30] **Foreign Application Priority Data**

　Apr. 3, 1993　[DE]　Germany ........................... 43 10 963.2

[51] Int. Cl.$^6$ ...................................................... **A61K 9/20**

[52] U.S. Cl. .......................... 424/464; 424/469; 424/461; 424/468; 424/458

[58] Field of Search ...................................... 424/464, 456; 252/1; 514/652

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,951,821 | 4/1976 | Davidson | ..................................... 252/1 |
| 4,474,986 | 10/1984 | Lietz | ..................................... 564/349 |
| 4,945,114 | 7/1990 | Franke | ..................................... 514/652 |
| 4,954,347 | 9/1990 | Kristen et al. | ..................................... 424/456 |

Primary Examiner—Thurman K. Page
Assistant Examiner—William E. Benston, Jr.
Attorney, Agent, or Firm—Oblon, Spivak, McClelland, Maier & Neustadt, P.C.

[57] **ABSTRACT**

A cylindrical delayed release tablet with a convex or flat upper side and lower side is provided, along with a method for its production and a gelatin capsule containing 3–200 tablets of the same having identical or different release rates, wherein the tablet if made of β-phenylpropiophenone derivatives of the formula I as active ingredient



where R is n-propyl or 1,1-dimethylpropyl, and their pharmacologically acceptable salts, wherein the tablet has a height and diameter that are both, independently of one another, 1–3 mm, the active ingredient content is in the range from 81–99.9% of the weight of the microtablet, (but not taking into account the weight of any coating which is present, the active ingredient density is greater than 1, the release of active ingredient in the USP paddle method at 50 rpm is 80% as a maximum after 3 hours and as a minimum after 24 hours, the release rate is virtually independent of the pressure when compressing the tablets, and the tablet contains no release-delaying ancillary substance but can contain 0.1–5% by weight of a lubricant and 0–18.9% by weight of other conventional ancillary substances.

**6 Claims, 11 Drawing Sheets**

EXAMPLE 1

% ACTIVE INGREDIENT

HOURS (h)



*FIG. 1*



*FIG. 2*



*FIG.3*



*FIG. 4*



*FIG. 5*



*FIG. 6*



*FIG. 7*



*FIG. 8*



*FIG. 9*

FIG. 10



FIG. 11

5,681,588

1

## DELAYED RELEASE MICROTABLET OF β-PHENYLPROPIOPHENONE DERIVATIVES

This application is a 35USC371 of PCT/EP94/00949 filed Mar. 24, 1994.

### BACKGROUND OF THE INVENTION

#### 1. Field of the Invention

The present invention relates to cylindrical microtablets of β-phenylpropiophenone derivatives with a high content and density of active ingredient and a delayed release which is independent of the compressive force, with no release-delaying ancillary substances.

#### 2. Discussion of the Background

Reference to β-phenylpropiophenone derivatives hereinbefore and hereinafter always includes and particularly means their physiologically acceptable salts, preferably the hydrochloride.

In the prior art the release of active ingredient from tablets is delayed either by a release-delaying matrix in which the active ingredient is embedded, or by a release-delaying coating through which the digestive fluid diffuses in and the active ingredient diffuses out.

Both principles have considerable disadvantages. For example, matrix tablets contain relatively large amounts of ancillary substances so that the volume of the tablet for a given dose of active ingredient is relatively large, which is unpleasant for the patient. On the other hand, film-coated tablets are elaborate to produce and, in particular, mechanically sensitive. The slightest damage to the lacquer film leads to the risk of sudden release of the entire content of active ingredient (dose dumping), which is extremely undesirable (local and temporal overdose with adverse side effects; short total action time).

Both matrix and film-coated delayed release tablets normally have diameters of about 6 to 12 mm or more and are therefore unable to pass through the closed pylorus. The release and absorption of their total content of active ingredient concentrated at one site in the gastrointestinal tract depends on the conditions prevailing at this site, which results in wide interindividual and intraindividual variation in the plasma level.

This variation is less with multiple unit delayed release forms because the units are distributed uniformly along the gastrointestinal tract and can also pass through the closed pylorus. Usually employed as multiple unit forms are pellets with a diffusion lacquer packed into hard gelatin capsules. It is possible to produce matrix pellets only with very low doses of medicinal substances because, owing to the large surface area, even more matrix substance would be required than for the bolus delayed d release tablet.

For example, the Patent Applications GB 2 176 999 and WO 92/04013 disclose small matrix delayed release tablets which likewise contain relatively large amounts of release-delaying ancillary substances. The Patent Application EP 22 17 32 claims delayed release tablets of active ingredients with low solubility, which contain 60–80% active ingredient in addition to at least four auxiliaries. The release from these bolus forms is, as described in the patent, highly dependent on the granulation process and the equipment used for manufacture.

It is furthermore generally known that an increase in the compressive force in tablet production is associated with a slowing of the release of active ingredient. This applies both to fast release tablets and to delayed release tablets (Patent

2

Application WO 92/00064). Since the compressive forces fluctuate, despite the most up to date machine engineering, the resulting release rates vary. An additional factor is the variation between batches in the compression properties, which derives from the variability in the granules to be compressed. Differences in the particle size, porosity, surface structure, wettability etc. may have a large effect on the compression properties and the delaying of release.

### SUMMARY OF THE INVENTION

It is an object of the present invention to overcome the disadvantages of the prior art, ie. to develop propafenone and diprafenone tablets with a small size, high content and density of active ingredient and release of active ingredient which is independent of the compressive force and uniform over a lengthy period.

We have found that this object is achieved by the microtablets of the present invention. This is because it has been found, surprisingly, that it is possible in the present case to produce delayed release tablets without release-delaying ancillary substances. This is all the more surprising because other medicinal substances with a water solubility similar to that of propafenone hydrochloride (0.7%), for example cimetidine hydrochloride or paracetamol, are 90% released in 1 hour from the same preparation.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

By comparison with other substances, propafenone HCl is extremely difficult to compress. A bolus tablet with commercial dosages of 150–300 mg and an active ingredient content above 80% cannot be produced under production conditions. By contrast, the microtablets according to the invention can, surprisingly, be produced at a relatively high machine speed without problems concerning friability and hardness, and specifically with active ingredient contents in the range from 81 to 99.9, preferably 85 to 99.5, % by weight and with an active ingredient density above 1. Such high contents of active ingredients of this type in tablets have not previously been reached.

The microtablets according to the invention are cylindrical with a flat or convex upper side and lower side and with a diameter and height which are preferably approximately equal and, independently of one another, from 1 to 3, preferably 1.5 to 2.5 mm.

It was furthermore not predictable that the release of active ingredient is, in contrast to usual experience, virtually independent of the pressure when compressing the tablets and, moreover, over a wide range of pH of the medium. "Virtually independent" means that the effect can be neglected for practical purposes. This ensures release at a constant rate. It is adjusted via the size of the tablet and possibly by additives which increase the release rate so that the release of active ingredient after 3, preferably 5, hours is not more than 80 and after 24, preferably 15, hours is not less than 80%. Surprisingly, the microtablets according to the invention also display distinct advantages in vivo unlike conventional delayed release forms such as a bolus delayed release form with similar in vitro release. Despite the short half-life, a pronounced blood level plateau develops (FIG. 11). The fluctuations in the blood level are considerably less with the microtablets. This is evident from the $t_{75\%}$ (period in the dosage interval during which the plasma levels are at least 75% of the maximum level), which is 8 to 9 hours with the microtablets according to the invention compared with 5 to 6 hours with the bolus delayed release form, and from the

5,681,588

3

PTF (peak to trough fluctuation; cf. H. P. Koch and W. A. Ritschel, Synopsis der Biopharmazie und Pharmakokinetik, Ecomed-Verlagsgesellschaft mbH, Landsberg und München, 1986)

$$PTF\ (\%) = \frac{C_{max} - C_{min}}{\frac{AUC}{\Delta t}} \times 100$$

for the AUC. cf. J. K. Aronson et al., Europ. J. of Clinical Pharmacology 35 (1988), 1–7.
which has a value for the microtablets which is only about half that for the bolus forms, in particular less than 75, preferably less than 60. %. The microtablets accordingly increase therapeutic safety because excessive peaks of plasma levels and the side effects caused thereby do not occur, the plasma level does not fall below the minimum effective level, and the bioavailability of this form is unaffected by food intake, in contrast to the bolus delayed release form.

The AUC found for the bolus delayed release form is 50% higher when fasting.

In general, the microtablets show smaller intra- and inter-individual differences by comparison with the bolus delayed release form.

The microtablets according to the invention furthermore have the advantage that when introduced into gastric or intestinal fluid they show no tendency to stick or adhere. This ensures that they pass as individual articles through the gastrointestinal tract and, moreover, do not become attached to the wall of the stomach or intestine and induce irritation. Sticking or adhesion properties of this type are displayed, for example, by small articles with hydrophilic release-delaying polymers (cf. WO 92/04013).

The production of delayed release forms with hydrophilic release-delaying polymers often requires the use of organic solvents during granulation so that swelling does not start even during this process. It is possible entirely to dispense with this in the production of the microtablets according to the invention.

Presentations with hydrophilic release-delaying polymers additionally have the disadvantage that, because of the tendency to sorption and swelling, they are sensitive to a change in humidity during storage. These formulations are damaged by high humidities in particular. The microtablets according to the invention are stable even at relatively high humidities because of the insensitivity of the materials used. Even after storage at 93% rel. humidity for 21 days the water uptake is less than 1%, and no visible change is detectable.

The microtablets according to the invention are produced in conventional pharmaceutical equipment by the following steps: granulation, drying, mixing, tabletting.

The particle size of the active ingredient is, within the conventional pharmaceutical range, of only minor or no importance in the production of the microtablets according to the invention, against all expectations. This means that it is possible to convert propafenone hydrochloride and diprafenone hydrochloride of different particle sizes into products of the same quality.

Granulation and drying are preferably carried out in a fluidized bed. However, the agglomeration can also be carried out in a horizontal or vertical mixer.

After the wet granules have been passed through a screen of suitable mesh width they are dried either in a circulating air dryer or in a fluidized bed. The particle size of the granules should be below 1 mm, preferably below 0.8 mm.

It is possible to employ all conventional binders or adhesives for the agglomeration, eg. polyvinylpyrrolidone,

4

vinylpyrrolidone/vinyl acetate copolymers, gelatin, hydroxypropylmethylcellulose, hydroxypropylcellulose, polymers of methacrylic acid and its esters. It is possible to dispense with the use of a binder by using a solution of active ingredient as granulation liquid. Water without additives is preferred as granulation liquid.

After the granules have been dried to the defined water content, 0.1–5, preferably 0.3–2, % by weight of a lubricant for the tabletting are mixed in homogeneously. It is likewise possible to use for this purpose all conventional substances such as talc, magnesium stearate, calcium stearate, stearic acid, calcium behenate, glycerin palmitostearate, sodium acetate, polyethylene glycol, sodium stearate [sic] fumarate. In addition, up to 18.9% by weight of other conventional ancillary substances can be added, for example colorants, stabilizers, fillers, wetting agents, flow regulators but no release-delaying agents.

The tabletting takes place in a suitable tabletting machine equipped with multiple microtablet punches. The resulting microtablets have a cylindrical shape with flat or convex surface [sic]. The height and the diameter can be varied independently of one another. It is often expedient, to increase the apparent density and improve flowability, to match the height of the microtablets to the diameter.

Another element in the control of release besides the size of the microtablets is the addition of wetting agents which increase the rate of dissolution. Wetting agents which can be used are, on the one hand, surfactants such as polyoxyethylene fatty acid esters, polyoxyethylene fatty alcohol ethers, fatty acid salts, bile acid salts, alkyl sulfates or ethylene oxide/propylene oxide block copolymers or, on the other hand, genuinely water-soluble substances such as polyethylene glycols, urea, sodium chloride, sorbitol, mannitol, glycine, nicotinamide, or salts of citric acid, tartaric acid or phosphoric acid. In this case the rate of release increases in parallel with the rise in the wetting agent concentration.

The wetting agent can have been incorporated into the granules or else be subsequently mixed in together with the lubricant. This is, of course, possible only with solid wetting agents. The wetting agent concentration is 0.1–15, as a rule 1–10, % of the total mass.

To increase the rate of erosion of the active ingredient from the tablet surface, and thus the release of active ingredient, it is also possible to use disintegrants in concentrations of 0.001–0.5, preferably 0.01–0.1, %, which are far below the conventional concentrations.

As a rule, the microtablets can be packed into gelatin capsules directly using conventional filling machines. It may occasionally be advantageous for the microtablets, before the packing, to be provided with a readily soluble film coating which does not influence the release.

In addition, it is in many cases expedient to combine delayed release with instant release or not so delayed release microtablets. This results in release of an initial dose at once, followed by the slow release of the maintenance dose. Modern capsule filling machines are able to meter two products into one capsule without problems.

The instant release microtablet differs from the delayed release microtablet in that it contains conventional amounts of disintegrant, swelling agent, pore former, which bring about rapid disintegration of the microtablet into small fragments and rapid dissolution of the active ingredient.

The microtablets of the examples always had a diameter and height each of 2 mm, and the density of active ingredient was always more than 1.

5,681,588

| 5 | 6 |
|---|---|

## EXAMPLES

### Example 1 (FIG. 1)

Propafenone delayed release microtablets

| Composition | |
|---|---|
| Propafenone HCl | 6.25 mg (96%) |
| Hydroxypropylmethylcellulose | 0.20 mg |
| Magnesium stearate | 0.05 mg |
| Total weight | 6.50 mg |

30kg of propafenone HCl were granulated with 10 kg of a 10% strength hydroxypropylmethylcellulose solution (Pharmacoat® 603) and dried in a fluidized bed granulator. The granules were passed through a screen of suitable mesh width and then mixed in a plowshare mixer with the stated amount of magnesium stearate.

The microtablets were produced in a rotary tabletting machine equipped with multiple microtablet punches.

The number of microtablets corresponding to the dose to be administered was packed into hard gelatin capsules using a suitable capsule filling machine.

### TABLE 1

Results of studies on volunteers with propafenone HCl microtablets of Example 1 and a bolus delayed release form according to the comparative test (n = 18, dose: 400 mg of propafenone HCl, repeated administration)

| | | Microtablets | | Bolus delayed release form | |
|---|---|---|---|---|---|
| | | fasting | non-fasting | fasting | non-fasting |
| AUC | ng · h ml | 5 500 | 5 500 | 6 900 | 4 700 |
| $t_{75\%}$ | (h) | 8–9 | 8–9 | 5–6 | 5–6 |
| PTF | (%) | 52 | 56 | 88 | 106 |

n = number of volunteers
ng = nanogram
h = hours

### Example 2 (FIG. 2)

Propafenone delayed release microtablets

| Composition | |
|---|---|
| Propafenone HCl | 5.92 mg (91%) |
| Hydroxypropylmethylcellulose | 0.20 mg |
| Poloxamer 188 (USP) | 0.33 mg |
| Magnesium stearate | 0.05 mg |
| Total weight | 6.5 mg |

Production took place as in Example 1. The required amount of poloxamer 188 together with the magnesium stearate were mixed with the granules in a plowshare mixer.

### Example 3 (FIG. 3)

Propafenone delayed release microtablets

| Composition | |
|---|---|
| Propafenone HCl | 5.61 mg (86%) |
| Hydroxypropylmethylcellulose | 0.19 mg |
| Poloxamer 188 | 0.65 mg |
| Magnesium stearate | 0.05 mg |
| Total weight | 6.5 mg |

Production took place as in Example 2.

### Example 4 (FIG. 4)

Propafenone delayed release microtablets

| Composition | |
|---|---|
| Propafenone HCl | 6.0 mg (86%) |
| Hydroxypropylmethylcellulose | 0.2 mg |
| Calcium hydrogen phosphate | 0.613 mg |
| Monoglyceride (Myvatex ®) | 0.15 mg |
| Crosslinked polyvinylpyrrolidone | 0.007 mg |
| Magnesium stearate | 0.03 mg |
| Total weight | 7.0 mg |

Production took place as in Example 2.

### Example 5 (FIG. 5)

Propafenone delayed release microtablets

| Composition | |
|---|---|
| Propafenone HCl | 5.70 mg (81%) |
| Gelatin | 0.18 mg |
| Calcium hydrogen phosphate | 0.38 mg |
| NaCl | 0.70 mg |
| Magnesium stearate | 0.04 mg |
| Total weight | 7.0 mg |

Production took place as in Example 1. A 10% strength gelatin solution was used as granulating agent. The amount of NaCl was mixed in with the magnesium stearate.

### Example 6 (FIG. 6)

Propafenone delayed release microtablets

| Composition | |
|---|---|
| Propafenone HCl | 5.83 mg (83%) |
| Hydroxypropylmethylcellulose | 0.17 mg |
| β-Cyclodextrin | 0.9 mg |
| Magnesium stearate | 0.1 mg |
| Total weight | 7.0 mg |

Production took place as in Example 2.

### Example 7 (FIG. 7)

Gelatin capsules with propafenone delayed release microtablets and propafenone instant release microtablets

To achieve a higher initial release, 14 instant release microtablets and 55 delayed release microtablets were

5,681,588

**7**

packed into hard gelatin capsules in a suitable capsule filling machine.

| Composition of the instant release microtablets | |
|---|---|
| Propafenone HCl | 6.05 mg (93%) |
| Hydroxypropylmethylcellulose | 0.20 mg |
| Sodium carboxymethylstarch | 0.20 mg |
| Magnesium stearate | 0.05 mg |
| Total weight | 6.5 mg |

The instant release microtablets were produced as in Example 2.

The delayed release microtablets were produced as in Example 1.

### Example 8 (FIG. 8)

Propafenone delayed release microtablets

| Composition | |
|---|---|
| Propafenone HCl | 6.48 mg (99.7%) |
| Magnesium stearate | 0.02 mg |
| Total weight | 6.50 mg |

Propafenone hydrochloride and magnesium stearate were mixed in a plowshare mixer and subsequently compressed to microtablets.

The in vitro release plots (FIGS. 1 to **10**) were determined using a USP paddle apparatus with 0.08 molar HCl in the first two hours and then phosphate buffer pH 6.8. The paddle rotated at 50 rpm.

Comparative test

Propafenone delayed release bolus film-coated tablet

| Composition | |
|---|---|
| Propafenone HCl | 450.0 mg |
| Sodium alginate | 112.0 mg |
| Microcrystalline cellulose type PH 101 | 37.0 mg |
| Copolymers of acrylic and methacrylic esters with a small content of quaternary ammonium groups (Eudragit ® RS) | 15.0 mg |
| Gelatin | 55.0 mg |
| Magnesium stearate | 3.5 mg |
| Microcrystalline cellulose type PH 102 | 12.5 mg |
| Readily soluble film coating | 15.0 mg |
| Total weight | 700.0 mg |

Propafenone hydrochloride, sodium alginate, microcrystalline cellulose (type PH 101) and Eudragit RS were mixed in a vertical mixer and granulated with 20% strength gelatin solution. The wet granules were dried in a fluidized bed dryer with inlet air at 60° C. After passing through a screen of suitable mesh width, magnesium stearate and microcrystalline cellulose (type PH 102) were admixed in a horizontal mixer and subsequently the mixture was compressed to oblong tablets (dimensions 18×8.7 mm) in a rotary tabletting machine. The readily soluble coating was applied in a horizontal coater.

**8**

Determination of in vitro release in a paddle apparatus at 50 rpm produced the following results (in %):

| | |
|---|---|
| 1st hour | 3.8 |
| 2nd hour | 5.5 |
| 3rd hour | 23.7 |
| 4th hour | 43.0 |
| 6th hour | 75.4 |
| 8th hour | 89.5 |

The in vitro release from the delayed release bolus film-coated tablet is thus similar to that of the delayed release microtablets according to the invention. Nevertheless, the in vivo release is entirely different and, in fact, better according to the invention, cf. drug levels shown in FIG. 11.

We claim:

1. A cylindrical delayed release microtablet with a convex or flat upper side and lower side of β-phenylpropiophenone derivatives of the formula I as active ingredient



where R is n-propyl or 1,1-dimethylpropyl, and their pharmacologically acceptable salts, wherein

a) the height and diameter are, independently of one another, 1–3 mm,

b) the active ingredient content is in the range from 81 to 99.9% of the weight of the microtablet,

c) the active ingredient density is greater than 1,

d) the release of active ingredient in the USP paddle method at 50 rpm is 80% as a maximum after 3 hours and as a minimum after 24 hours,

e) the release rate is virtually independent of the pressure when compressing the tablets, and

f) the tablet contains no release-delaying ancillary substance but 0.1–5% by weight of a lubricant and 0–18.9% by weight of other conventional ancillary substances.

2. A tablet as claimed in claim 1, which in vivo results in a pronounced plasma level plateau with a PTF<75% and whose bioavailability does not depend on the intake of food.

3. A tablet as claimed in claim 1, wherein the active ingredient is propafenone hydrochloride.

4. A tablet as claimed in claim 1, wherein the height and diameter are approximately the same.

5. A gelatin capsule which contains 3–200 tablets as claimed in claim 1 with identical or different release rates.

6. A process for producing cylindrical delayed release microtablets as claimed in claim 1, which comprises a homogeneous mixture of 81–99.9% by weight of the granulated active ingredient with a particle size below 1 mm, 0.1–5% by weight of a lubricant and 0–18.9% by weight of other conventional ancillary substances which do not delay release being compressed in a cylindrical mold with a height and diameter each of 1–3 mm and being removed from the mold.

*  *  *  *  *

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO.  :  5,681,588
DATED       :  October 28, 1997
INVENTOR(S) :  Karl KOLTER et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the title page, Item [87], the PCT Pub. Date should read:

    -- Oct. 13, 1994 --

Signed and Sealed this

Tenth Day of February, 1998

Attest:

*BRUCE LEHMAN*

Attesting Officer        *Commissioner of Patents and Trademarks*

# Exhibit E

524-2396-0X PCT

## IN THE UNITED STATES PATENT & TRADEMARK OFFICE

IN RE APPLICATION OF:

KARL KOLTER ET AL.                    : GROUP ART UNIT: 1502

SERIAL NO.  08/525,749

FILED: OCTOBER 3, 1995               : EXAMINER:  BENSTON

FOR:  DELAYED RELEASE MICRO-
       TABLET OF BETA-PHENYL-
       PROPIOPHENONE DERIVATIVES

## AMENDMENT AND REQUEST FOR RECONSIDERATION

ASSISTANT COMMISSIONER FOR PATENTS
WASHINGTON, D.C.   20231

SIR:

Responsive to the Official Action of October 17, 1996, Applicants respectfully request reconsideration of the above-identified application in view of the following amendments and remarks.

## IN THE CLAIMS

Claim 1, lines 9-10 (not counting the structure of formula I) delete "but not taking into account the weight of any coating which is present,".

## REMARKS

Claims 1-6 are active in this application.  The above amendment is supported by Claim 1 as originally filed and the specification.  No new matter has been added by these amendments.

The present invention relates to a cylindrical delayed

release microtablet having a convex or flat upper side and lower side, which contains a β-phenylpropiophenone derivative of formula I



I

where R is n-propyl or 1, 1-dimethylpropyl, and its pharmaceutically acceptable salts.  In particular, the cylindrical delayed release microtablet of the present invention is required to have a height and diameter that are each, independently, 1-3 mm, must contain the active ingredient in the range from 81-99.9% of the weight of the microtablet, and have an active ingredient density that is greater than 1.  Further, the microtablet of the present invention must have a release rate which is virtually independent of the pressure when compressing the tablets and contains no release-delaying ancillary substance but can contain specified amounts of a lubricant or other conventional ancillary substances.  The release of the active ingredient in the present microtablet according to the U.S.P. paddle method at 50 rpm is required to be a maximum of 80% after 3 hours and a minimum of 80% after 24 hours.

Applicants have found that by preparing a microtablet having the required size and shape, active ingredient content and active ingredient density, containing the β-phenylpropio-

- 2 -

phenone derivative of formula I as its active ingredient, it is possible to provide a microtablet that has surprisingly improved delayed release characteristics compared to other delayed release formats.  This is especially surprising in view of the fact that the present microtablet contains no other release delaying additives.

A further surprising result achieved with the present microtablet formulation is that the release of the active ingredient is virtually independent of the pressure used to compress the tablet and independent of the pH.  These results are unexpected in view of the fact that it is generally accepted that increases in the compressive force used in tablet production provides a slowing of the release of active ingredient (see specification at page 2 beginning at line 14).  A common problem with this feature is that fluctuations in the compressive force in a single machine can result in tablets being produced that have a wide range of delay release times.  Yet another surprising result achieved by the present invention is that other medicinal substances having a similar water solubility to that of propafenone hydrochloride (one of the compounds encompassed by the present formula I) are 90% released after one hour, when produced in the same type of microtablet.  However, the present microtablets provide no more than 80% release after 3 hours and no less than 80% release after 24 hours.

The claims stand rejected under 35 U.S.C. §103 over Davidson in view of Franke.  Davidson discloses a

- 3 -

disintegrating agent for tablets which improves the
disintegration of tablets by incorporating therein a plurality
of small tubules (see abstract). The Examiner appears to have
misinterpreted the thrust of the Davidson invention, since
Davidson is specifically looking toward *instant* release and
*speeding up the disintegration* of tablets by inserting the
tubules described therein. In fact, as shown in the examples
of Davidson, the tablets prepared by insertion of their
tubules have disintegration times (i.e., release times) of no
more than about 5 minutes. In fact, the longest release time
disclosed by Davidson is 17 minutes for tablets without the
tubules (see column 7, lines 22-23).

This patent cannot suggest the present invention, which
is drawn to a delayed release microtablet which is required by
the claim to have no more than 80% release of the active
ingredient after 3 hours and no less than 80% after 24 hours.
While it is true that the present invention can contain a
disintegrant, the claims still require that the release of
active ingredient be delayed to meet the requirements of part
(d) of Claim 1. Thus any disintegrant used in the present
invention cannot remove that requirement of the claims.
Davidson cannot suggest such a microtablet.

The Examiner has used the Franke et al reference to
suggest modifying the Davidson composition by the use of
propafenone hydrochloride. While it is true that Franke et al
disclose propafenone, there is no disclosure nor suggestion of
a microtablet having the required delayed release

- 4 -

characteristics of the present invention nor the required shape, size or active ingredient content.

If one were to modify Davidson by the teachings of Franke et al, one would obtain a propafenone hydrochloride tablet containing the disintegration tubules of Davidson. The expected result of such a composition would be relatively instant release, certainly within five minutes or less, as taught by Davidson.

This is not the present invention. Applicants have shown in the present application that by preparing the microtablets of the present invention to meet the size, shape and active ingredient content requirements, one obtains a microtablet having remarkable delayed release characteristics. This is especially surprising in view of the behavior of other medicinal substances having water solubilities similar to that of propafenone hydrochloride as described at page 2, lines 34-41 of the present application. Such medicinal substances having a similar water solubility to that of propafenone hydrochloride, when prepared in the same type of microtablet as in the present invention, end up showing a 90% release after one hour. Why would one of ordinary skill in the art expect the compounds of formula I of the present invention to give such surprisingly delayed release when prepared in the microtablet form required by the present invention, especially in view of the rapid release which is seen with other compounds having similar water solubilities?

The references cited by the Examiner simply do not

- 5 -

present a _prima facie_ case of obviousness, since the
combination of the references would only be expected to result
in an instant release tablet containing propafenone
hydrochloride.  There is no suggestion within either reference
that the compounds of formula I of the present invention would
have surprisingly delayed release characteristics when
compressed into the tablet form required by the present
invention.  There could be no expectation by one of ordinary
skill in the art of the delayed relatively uniform release of
active ingredient using the compounds of Formula I of the
present invention in a microtablet having the required size,
shape and other characteristics as required by the present
claims.  Accordingly, the references cannot render the present
invention obvious and the rejection should be withdrawn.

The claims further stand rejected under 35 U.S.C. §112,
second paragraph.  This rejection has been obviated by the
above amendment.

Applicants submit that the application is now in condition for allowance, and early notification of such action is earnestly solicited.

Respectfully submitted,

OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.

Norman F. Oblon
Attorney of Record
Registration No. 24,618

J. Derek Mason, Ph.D.
Registration No. 35,270

Crystal Square Five – Fourth Floor
1755 South Jefferson Davis Highway
Arlington, VA    22202
(703) 413-3000
NFO:JDM/smi

I:\DJM\05242396.am

- 7 -

# Exhibit F

Case 1:06-cv-00774-JJF    Document 196-3    Filed 03/05/2008    Page 34 of 42

# 18TH EDITION

# Remington's

**ALFONSO R GENNARO**

*Editor, and Chairman
of the Editorial Board*

# Pharmaceutical

# Sciences

## 1990

MACK PUBLISHING COMPANY

Easton, Pennsylvania 18042

Case 1:06-cv-00774-JJF   Document 168-3   Filed 08/05/2008   Page 36 of 42

RS 91
R 384
1990

Entered according to Act of Congress, in the year 1885 by Joseph P Remington,
in the Office of the Librarian of Congress, at Washington DC

Copyright 1889, 1894, 1905, 1907, 1917, by Joseph P Remington

Copyright 1926, 1936, by Joseph P Remington Estate

Copyright 1948, 1951, by The Philadelphia College of Pharmacy and Science

Copyright © 1956, 1960, 1965, 1970, 1975, 1980, 1985, 1990, by The Philadelphia College of
Pharmacy and Science

*All Rights Reserved*

Library of Congress Catalog Card No. 60-53334

ISBN 0-912734-04-3



THE
UNIVERSITY
OF CHICAGO
LIBRARY

*The use of structural formulas from USAN and the USP Dictionary of Drug Names is by
permission of The USP Convention. The Convention is not responsible for any inaccuracy
contained herein.*

*NOTICE—This text is not intended to represent, nor shall it be interpreted to be, the equivalent
of or a substitute for the official United States Pharmacopeia (USP) and/or the National
Formulary (NF). In the event of any difference or discrepancy between the current official
USP or NF standards of strength, quality, purity, packaging and labeling for drugs and
representations of them herein, the context and effect of the official compendia shall
prevail.*

*Printed in the United States of America by the Mack Printing Company, Easton, Pennsylvania*

# CHAPTER 89

# Oral Solid Dosage Forms

**Edward Rudnic, PhD**
Director, Formulation Development
Schering-Plough Research
Miami, FL 33169

**Joseph B Schwartz, PhD**
Tice Professor of Pharmaceutics
Philadelphia College of Pharmacy and Science
Philadelphia, PA 19104

Drug substances most frequently are administered orally by means of solid dosage forms such as tablets and capsules. Large-scale production methods used for their preparation, as described later in the chapter, require the presence of other materials in addition to the active ingredients. Additives also may be included in the formulations to enhance the physical appearance, improve stability and aid in disintegration after administration. These supposedly inert ingredients, as well as the production methods employed, have been shown in some cases to influence the release of the drug substances.[1] Therefore care must be taken in the selection and evaluation of additives and preparation methods to ensure that the physiological availability and therapeutic efficacy of the active ingredient will not be diminished.

In a limited number of cases it has been shown that the drug substance's solubility and other physical characteristics have influenced its physiological availability from a solid dosage form. These characteristics include its particle size, whether it is amorphous or crystalline, whether it is solvated or nonsolvated and its polymorphic form. After clinically effective formulations are obtained, variations among dosage units of a given batch, as well as batch-to-batch differences, are reduced to a minimum through proper in-process controls and good manufacturing practices. The recognition of the importance of validation both for equipment and processes has greatly enhanced assurance in the reproducibility of formulations. It is in these areas that significant progress has been made with the realization that large-scale production of a satisfactory tablet or capsule depends not only on the availability of a clinically effective formulation



Fig 89-1. Tablet press operators checking batch record in conformance with Current Good Manufacturing Practices (courtesy, Lilly).

but also on the raw materials, facilities, personnel, validated processes and equipment, packaging and the controls used during and after preparation (Fig 89-1).

# Tablets

Tablets may be defined as solid pharmaceutical dosage forms containing drug substances with or without suitable diluents and prepared either by compression or molding methods. They have been in widespread use since the latter part of the 19th century and their popularity continues. The term *compressed tablet* is believed to have been used first by John Wyeth and Brother of Philadelphia. During this same period, molded tablets were introduced to be used as "hypodermic" tablets for the extemporaneous preparation of solutions for injection. Tablets remain popular as a dosage form because of the advantages afforded both to the manufacturer (eg, simplicity and economy of preparation, stability and convenience in packaging, shipping and dispensing) and the patient (eg, accuracy of dosage, compactness, portability, blandness of taste and ease of administration).

Although the basic mechanical approach for their manufacture has remained the same, tablet technology has undergone great improvement. Efforts are being made continually to understand more clearly the physical characteristics of tablet compression and the factors affecting the availability of the drug substance from the dosage form after oral administration. Compression equipment continues to improve both as to production speed and the uniformity of tablets compressed. Recent advances in tablet technology have been reviewed.[8–13]

Although tablets frequently are more discoid in shape, they also may be round, oval, oblong, cylindrical or triangular. They may differ greatly in size and weight depending on the amount of drug substance present and the intended method of administration. They are divided into two general classes, whether they are made by compression or molding. Compressed tablets usually are prepared by large-scale production methods while molded tablets generally involve small-scale operations. The various tablet types and abbreviations used in referring to them are listed below.

### Compressed Tablets (CT)

These tablets are formed by compression and contain no special coating. They are made from powdered, crystalline or granular materials, alone or in combination with binders, disintegrants, lubricants, diluents and in many cases, colorants.

**1634    CHAPTER 89**

**Sugar-Coated Tablets (SCT)**—These are compressed tablets containing a sugar coating. Such coatings may be colored and are beneficial in covering up drug substances possessing objectionable tastes or odors, and in protecting materials sensitive to oxidation.

**Film-Coated Tablets (FCT)**—These are compressed tablets which are covered with a thin layer or film of a water-soluble material. A number of polymeric substances with film-forming properties may be used. Film coating imparts the same general characteristics as sugar coating with the added advantage of a greatly reduced time period required for the coating operation.

**Enteric-Coated Tablets (ECT)**—These are compressed tablets coated with substances that resist solution in gastric fluid but disintegrate in the intestine. Enteric coatings can be used for tablets containing drug substances which are inactivated or destroyed in the stomach, for those which irritate the mucosa or as a means of delayed release of the medication.

**Multiple Compressed Tablets (MCT)**—These are compressed tablets made by more than one compression cycle.

*Layered Tablets*—Such tablets are prepared by compressing additional tablet granulation on a previously compressed granulation. The operation may be repeated to produce multilayered tablets of two or three layers. Special tablet presses are required to make layered tablets such as the Versa press (Stokes/Pennwalt).

*Press-Coated Tablets*—Such tablets, also referred to as dry-coated, are prepared by feeding previously compressed tablets into a special tableting machine and compressing another granulation layer around the preformed tablets. They have all the advantages of compressed tablets, ie, slotting, monogramming, speed of disintegration, etc, while retaining the attributes of sugar-coated tablets in masking the taste of the drug substance in the core tablets. An example of a press-coated tablet press is the *Manesty* Drycota. Press-coated tablets also can be used to separate incompatible drug substances; in addition, they can provide a means to give an enteric coating to the core tablets. Both types of multiple-compressed tablets have been used widely in the design of prolonged-action dosage forms.

**Controlled-Release Tablets**—Compressed tablets can be formulated to release the drug slowly over a prolonged period of time. Hence, these dosage forms have been referred to as "Prolonged-Release" or "Sustained-Release" dosage forms as well. These tablets (as well as capsule versions) can be categorized into three types: (1) those which respond to some physiological condition to release the drug, such as enteric coatings; (2) those that release the drug in a relatively steady, controlled manner and (3) those that combine combinations of mechanisms to release "pulses" of drug, such as repeat-action tablets. The performance of these systems are described in more detail in Chapter 91.

**Tablets for Solution**—Compressed tablets to be used for preparing solutions or imparting given characteristics to solutions must be labeled to indicate that they are not to be swallowed. Examples of these tablets are Halazone Tablets for Solution and Potassium Permanganate Tablets for Solution.

**Effervescent Tablets**—In addition to the drug substance, these contain sodium bicarbonate and an organic acid such as tartaric or citric. In the presence of water, these additives react liberating carbon dioxide which acts as a disintegrator and produces effervescence. Except for small quantities of lubricants present, effervescent tablets are soluble.

**Compressed Suppositories or Inserts**—Occasionally, vaginal suppositories, such as Metronidazole Tablets, are prepared by compression. Tablets for this use usually contain lactose as the diluent. In this case, as well as for any tablet intended for administration other than by swallowing, the label must indicate the manner in which it is to be used.

**Buccal and Sublingual Tablets**—These are small, flat, oval tablets. Tablets intended for buccal administration by inserting into the buccal pouch may dissolve or erode slowly; therefore, they are formulated and compressed with sufficient pressure to give a hard tablet. Progesterone Tablets may be administered in this way.

Some newer approaches use tablets that melt at body temperatures. The matrix of the tablet is solidified while the drug is in solution. After melting, the drug is automatically in solution and available for absorption, thus eliminating dissolution as a rate-limiting step in the absorption of poorly soluble compounds. Sublingual tablets, such as those containing nitroglycerin, isoproterenol hydrochloride or erythrityl tetranitrate, are placed under the tongue. Sublingual tablets dissolve rapidly and the drug substances are absorbed readily by this form of administration.

### Molded Tablets or Tablet Triturates (TT)

Tablet triturates usually are made from moist material using a triturate mold which gives them the shape of cut sections of a cylinder. Such tablets must be completely and rapidly soluble. The problem arising from compression of these tablets is the failure to find a lubricant that is completely water-soluble.

**Dispensing Tablets (DT)**—These tablets provide a convenient quantity of potent drug that can be incorporated readily into powders and liquids, thus circumventing the necessity to weigh small quantities. These tablets are supplied primarily as a convenience for extemporaneous compounding and should never be dispensed as a dosage form.

**Hypodermic Tablets (HT)**—Hypodermic tablets are soft, readily soluble tablets and originally were used for the preparation of solutions to be injected. Since stable parenteral solutions are now available for most drug substances, there is no justification for the use of hypodermic tablets for injection. Their use in this manner should be discouraged since the resulting solutions are not sterile. Large quantities of these tablets continue to be made but for oral administration. No hypodermic tablets have ever been recognized by the official compendia.

## Compressed Tablets (CT)

In order for medicinal substances, with or without diluents, to be made into solid dosage forms with pressure, using available equipment, it is necessary that the material, either in crystalline or powdered form, possess a number of physical characteristics. These characteristics include the ability to flow freely, cohesiveness and lubrication. Other ingredients such as disintegrants designed to break the tablet up in gastrointestinal fluids, and controlled-release polymers designed to slow down drug release, ideally should possess these characteristics, or not interfere with the desirable performance traits of the other excipients. Since most materials have none or only some of these properties, methods of tablet formulation and preparation have been developed to impart these desirable characteristics to the material which is to be compressed into tablets.

The basic mechanical unit in all tablet-compression equipment includes a lower punch which fits into a die from the bottom and an upper punch, having a head of the same shape and dimensions, which enters the die cavity from the top after the material filled the die cavity. See Fig 89-2. The tablet is formed by pressure applied on the punches and subsequently is ejected from the die. The weight of the tablet is determined by the volume of the material which fills the die cavity. Therefore, the ability of the granulation to flow freely into the die is important in insuring a uniform fill, as well as the continuous movement of the granulation from the source of supply or feed hopper.

If the tablet granulation does not possess cohesive properties, the tablet after compression will crumble and fall apart on handling. As the punches must move freely within the die and the tablet must be ejected readily from the punch faces, the material must have a degree of lubrication to minimize friction and allow for the removal of the compressed tablets.

There are three general methods of tablet preparation: the wet-granulation method, the dry-granulation method and direct compression. The method of preparation and



**Fig 89-2.** Basic mechanical unit for tablet compression: lower punch, die and upper punch (courtesy, Vector/Colton).

the added ingredients are selected in order to give the tablet formulation the desirable physical characteristics allowing the rapid compression of tablets. After compression the tablets must have a number of additional attributes such as appearance, hardness, disintegration ability, appropriate dissolution characteristics and uniformity which also are influenced both by the method of preparation and by the added materials present in the formulation. In the preparation of compressed tablets the formulator also must be cognizant of the effect which the ingredients and methods of preparation may have on the availability of the active ingredients and hence the therapeutic efficacy of the dosage form. In response to a request by physicians to change a dicumarol tablet in order that it might be broken more easily, a Canadian company reformulated to make a large tablet with a score. Subsequent use of the tablet containing the same amount of drug substance as the previous tablet, resulted in complaints that larger-than-usual doses were needed to produce the same therapeutic response. On the other hand, literature reports indicate that the reformulation of a commercial digoxin tablet resulted in a tablet, although containing the same quantity of drug substance, that gave the desired clinical response at half its original dose. Methods and principles that can be used to assess the effects of excipients and additives on drug absorption have been reviewed.[2,14,15] See Chapters 36, 75 and 76.

### Tablet Ingredients

In addition to the active or therapeutic ingredient, tablets contain a number of inert materials. The latter are known as additives or *excipients*. They may be classified according to the part they play in the finished tablet. The first group contains those which help to impart satisfactory processing and compression characteristics to the formulation. These include diluents, binders and glidants and lubricants. The second group of added substances helps to give additional desirable physical characteristics to the finished tablet. Included in this group are disintegrants, colors, and in the case of chewable tablets, flavors and sweetening agents, and in the case of controlled-release tablets, polymers or waxes or other solubility-retarding materials.

Although the term *inert* has been applied to these added materials, it is becoming increasingly apparent that there is an important relationship between the properties of the excipients and the dosage forms containing them. Preformulation studies demonstrate their influence on stability, bioavailability and the processes by which the dosage forms are prepared. The need for acquiring more information and use standards for excipients has been recognized in a joint venture of the Academy of Pharmaceutical Sciences and the Council of the Pharmaceutical Society of Great Britain. The result is called the *Handbook of Pharmaceutical Excipients*. This reference is now distributed widely throughout the world.[16]

#### Diluents

Frequently the single dose of the active ingredient is small and an inert substance is added to increase the bulk in order to make the tablet a practical size for compression. Compressed tablets of dexamethasone contain 0.75 mg steroid per tablet; hence, it is obvious that another material must be added to make tableting possible. Diluents used for this purpose include dicalcium phosphate, calcium sulfate, lactose, cellulose, kaolin, mannitol, sodium chloride, dry starch and powdered sugar. Certain diluents, such as mannitol, lactose, sorbitol, sucrose and inositol, when present in sufficient quantity, can impart properties to some compressed tablets that permit disintegration in the mouth by chewing.

Such tablets commonly are called *chewable tablets*. Upon chewing, properly prepared tablets will disintegrate smoothly at a satisfactory rate, have a pleasant taste and feel and leave no unpleasant aftertaste in the mouth. Diluents used as excipients for direct compression formulas have been subjected to prior processing to give them flowability and compressibility. These are discussed under *Direct Compression*, page 1645.

Most formulators of immediate-release tablets tend to use consistently only one or two diluents selected from the above group in their tablet formulations. Usually, these have been selected on the basis of experience and cost factors. However, in the formulation of new therapeutic agents the compatibility of the diluent with the drug must be considered. For example, calcium salts used as diluents for the broad-spectrum antibiotic tetracycline have been shown to interfere with the drug's absorption from the gastrointestinal tract. When drug substances have low water solubility, it is recommended that water-soluble diluents be used to avoid possible bioavailability problems. Highly adsorbent substances, eg, bentonite and kaolin, are to be avoided in making tablets of drugs used clinically in small dosage, such as the cardiac glycosides, alkaloids and the synthetic estrogens. These drug substances may be adsorbed to the point where they are not completely available after administration. The combination of amine bases with lactose, or amine salts with lactose in the presence of an alkaline lubricant, results in tablets which discolor on aging.

Microcrystalline cellulose (Avicel) usually is used as an excipient in direct compression formulas. However, its presence in 5 to 15% concentrations in wet granulations has been shown to be beneficial in the granulation and drying processes in minimizing case-hardening of the tablets and in reducing tablet mottling.

Many ingredients are used for several different purposes, even within the same formulation. For example, corn starch can be used in paste form as a binder. When added in drug or suspension form, it is a good disintegrant. Even though these two uses are to achieve opposite goals, some tablet formulas use corn starch in both ways. In some controlled-release formulas, the polymer hydroxypropylmethylcellulose (HPMC) is used both as an aid to prolong the release from the tablet, as well as a film-former in the tablet coating. Therefore, most excipients used in formulating tablets and capsules have many uses, and a thorough understanding of their properties and limitations is necessary in order to use them rationally.

#### Binders

Agents used to impart cohesive qualities to the powdered material are referred to as binders or granulators. They impart a cohesiveness to the tablet formulation which insures the tablet remaining intact after compression, as well as improving the free-flowing qualities by the formulation of granules of desired hardness and size. Materials commonly used as binders include starch, gelatin and sugars as sucrose, glucose, dextrose, molasses and lactose. Natural and synthetic gums which have been used include acacia, sodium alginate, extract of Irish moss, panwar gum, ghatti gum, mucilage of isapol husks, carboxymethylcellulose, methylcellulose, polyvinylpyrrolidone, Veegum and larch arabogalactan. Other agents which may be considered binders under certain circumstances are polyethylene glycol, ethylcellulose, waxes, water and alcohol.

The quantity of binder used has considerable influence on the characteristics of the compressed tablets. The use of too much binder or too strong a binder will make a hard tablet which will not disintegrate easily and which will cause excessive wear of punches and dies. Differences in binders used

for CT Tolbutamide resulted in differences in hypoglycemic effects observed clinically. Materials which have no cohesive qualities of their own will require a stronger binder than those with these qualities. Alcohol and water are not binders in the true sense of the word, but because of their solvent action on some ingredients such as lactose, starch and celluloses, they change the powdered material to granules and the residual moisture retained enables the materials to adhere together when compressed.

Binders are used both as a solution and in a dry form depending on the other ingredients in the formulation and the method of preparation. However, several "pregelatinized" starches available are intended to be added in the dry form so that water alone can be used as the granulating solution. The same amount of binder in solution will be more effective than if it were dispersed in a dry form and moistened with the solvent. By the latter procedure the binding agent is not as effective in reaching and wetting each of the particles within the mass of powders. Each of the particles in a powder blend has a coating of adsorbed air on its surface, and it is this film which must be penetrated before the powders can be wetted by the binder solution. After wetting, a certain period of time is necessary to dissolve the binder completely and make it completely available for use. Since powders differ with respect to the ease with which they can be wetted, and their rate of solubilization, it is preferable to incorporate the binding agent in solution. By this technique it often is possible to gain effective binding with a lower concentration of binder.

The direct compression method for preparing tablets (see page 1645) requires a material that not only is free-flowing but also sufficiently cohesive to act as a binder. This use has been described for a number of materials including microcrystalline cellulose, microcrystalline dextrose, amylose and polyvinylpyrrolidone. It has been postulated that microcrystalline cellulose is a special form of cellulose fibril in which the individual crystallites are held together largely by hydrogen bonding. The disintegration of tablets containing the cellulose occurs by breaking the intercrystallite bonds by the disintegrating medium.

**Starch Paste**—Corn starch is used widely as a binder. The concentration may vary from 10 to 20%. It usually is prepared as it is to be used by dispersing corn starch in sufficient cold purified water to make a 10% *w/w* solution and warming in a water bath with continuous stirring until a translucent paste forms. It has been observed that during paste formation, not all of the starch is hydrolyzed. Starch paste then, is not only useful as a binder, but also as a method to incorporate some disintegrant inside the granules.

**Gelatin Solution**—Gelatin generally is used as a 10 to 20% solution; gelatin solutions should be prepared freshly as needed and used while warm or they will solidify. The gelatin is added to cold purified water and allowed to stand until it is hydrated. It is then warmed in water bath to dissolve the gelatin and the solution is made up to the final volume on a weight basis to give the concentration desired.

**Cellulosic Solutions**—Various cellulosics have been used as binders in solution form. Hydroxypropylmethylcellulose (HPMC) has been used widely in this regard. Typical of a number of cellulosics, HPMC is more soluble in cold water than hot. It also is more dispersable in hot water than cold. Hence, in order to obtain a good, smooth gel that is free from lumps or "fisheyes," it is necessary to add the HPMC in hot, almost boiling water and, under agitation, cool the mixture down as quickly as possible, as low as possible. Other water-soluble cellulosics such as hydroxyethylcellulose (HEC) and hydroxypropylcellulose (HPC) have been used successfully in solution as binders.

Not all cellulosics are soluble in water. Ethylcellulose can

be used effectively when dissolved in alcohol, or as a dry binder which then is wetted with alcohol. It is used as a binder for materials that are moisture-sensitive.

**PVP**—Polyvinylpyrrolidone can be used as an aqueous or alcoholic solution and this versatility has increased its popularity. Concentrations range from 2% and vary considerably.

It will be noted that binder solutions usually are made up to weight rather than volume. This is to enable the formulator to determine the weight of the solids which have been added to the tablet granulation in the binding solution. This becomes part of the total weight of the granulation and must be taken into consideration in determining the weight of the compressed tablet which will contain the stated amount of the therapeutic agent. As can be seen by the list of binders in this chapter, most modern binders used in solution are polymeric in form. Because of this, the flow or spreadability of these solutions becomes important when selecting the appropriate granulating equipment. The rheology of polymeric solutions is a fascinating subject in and of itself, and should be considered for these materials.

### Lubricants

Lubricants have a number of functions in tablet manufacture. They prevent adhesion of the tablet material to the surface of the dies and punches, reduce interparticle friction, facilitate the ejection of the tablets from the die cavity and may improve the rate of flow of the tablet granulation. Commonly used lubricants include talc, magnesium stearate, calcium stearate, stearic acid, hydrogenated vegetable oils and polyethylene glycol (PEG). Most lubricants, with the exception of talc, are used in concentrations less than 1%. When used alone, talc may require concentrations as high as 5%. Lubricants are in most cases hydrophobic materials. Poor selection or excessive amounts can result in "waterproofing" the tablets, resulting in poor tablet disintegration and/or delayed dissolution of the drug substance.

The addition of the proper lubricant is highly desirable if the material to be tableted tends to stick to the punches and dies. Immediately after compression most tablets have the tendency to expand and will bind and stick to the side of the die. The choice of the proper lubricant effectively will overcome this.

The method of adding a lubricant to a granulation is important if the material is to perform its function satisfactorily. The lubricant should be divided finely by passing it through a 60- to 100-mesh nylon cloth onto the granulation. In production this is called "bolting" the lubricant. After adding the lubricant the granulation is tumbled or mixed gently to distribute the lubricant without coating the particles too well or breaking them down to finer particles. Some recent research has concluded that the order of mixing of lubricants and other excipients can have a profound effect on the performance of the final dosage form. Thus, attention to the mixing process itself is just as important as the selection of lubricant materials.

These process variable can be seen in the prolonged blending of a lubricant in a granulation. Overblending materially can affect the hardness, disintegration time and dissolution performance for the resultant tablets.

The quantity of lubricant varies, being as low as 0.1%, and in some cases as high as 5%. Lubricants have been added to the granulating agents in the form of suspensions or emulsions. This technique serves to reduce the number of operational procedures and thus reduce the processing time.

In selecting a lubricant, proper attention must be given to its compatibility with the drug agent. Perhaps the most widely investigated drug is acetylsalicylic acid. Different talcs varied significantly the stability of aspirin. Talc with a

high calcium content and a high loss on ignition was associated with increased aspirin decomposition. From a stability standpoint, the relative acceptability of tablet lubricants for combination with aspirin was found to decrease in the following order: hydrogenated vegetable oil, stearic acid, talc and aluminum stearate.

The primary problem in the preparation of a water-soluble tablet is the selection of a satisfactory lubricant. Soluble lubricants reported to be effective include sodium benzoate, a mixture of sodium benzoate and sodium acetate, sodium chloride, leucine and Carbowax 4000. However, it has been suggested that formulations used to prepare water-soluble tablets may represent a number of compromises between compression efficiency and water solubility. While magnesium stearate is one of the most widely used lubricants, its hydrophobic properties can retard disintegration and dissolution. To overcome these waterproofing characteristics sodium lauryl sulfate sometimes is included. One compound found to have the lubricating properties of magnesium stearate without its disadvantages is magnesium lauryl sulfate. Its safety for use in pharmaceuticals has not been established yet.

### Glidants

A glidant is a substance which improves the flow characteristics of a powder mixture. These materials always are added in the dry state just prior to compression (ie, during the lubrication step). Colloidal silicon dioxide [Cab-o-sil (*Cabot*); Quso (*Phila Quartz*)] is the most commonly used glidant and generally is used in low concentrations of 1% or less. Talc (asbestos-free) also is used and may serve the dual purpose as lubricant/glidant.

It is especially important to optimize the order of addition and the mixing process for these materials in order to maximize their effect and to make sure that their influence on the lubricant(s) is minimized.

### Disintegrants

A disintegrant is a substance, or a mixture of substances, added to a tablet to facilitate its breakup or disintegration after administration. The active ingredient must be released from the tablet matrix as efficiently as possible to allow for its rapid dissolution. Materials serving as disintegrants have been classified chemically as starches, clays, celluloses, algins, gums and crosslinked polymers.

The oldest and still the most popular disintegrants are corn and potato starch which have been well-dried and powdered. Starch has a great affinity for water and swells when moistened, thus facilitating the rupture of the tablet matrix. However, others have suggested that its disintegrating action in tablets is due to capillary action rather than swelling; the spherical shape of the starch grains increases the porosity of the tablet, thus promoting capillary action. Starch, 5%, is suggested, but if more rapid disintegration is desired, this amount may be increased to 10 or 15%. Although it might be expected that disintegration time would decrease as the percentage of starch in the tablet increased, this does not appear to be the case for tolbutamide tablets. In this instance, there appears to be a critical starch concentration for different granulations of the chemical. When their disintegration effect is desired, starches are added to the powder blends in the dry state.

A new group of materials known as "super disintegrants" have gained in popularity as disintegrating agents. The name comes from the low levels (2 to 4%) at which they are completely effective. Croscarmelose, crospovidone and sodium starch glycolate represent examples of a cross-linked cellulose, a cross-linked polymer and a cross-linked starch, respectively.

The development of these disintegrants fostered new theories about the various mechanisms by which disintegrants work. Sodium starch glycolate swells seven- to twelvefold in less than 30 sec. Croscarmelose swells four- to eightfold in less than 10 sec. The starch swells equally in all three dimensions while the cellulose swells only in two dimensions, leaving fiber length essentially the same. Since croscarmelose is the more efficient disintegrating agent, it is postulated that the rate, force and extent of swelling play an important role in those disintegrants that work by swelling. Cross-linked PVP swells little, but returns to its original boundaries quickly after compression. Wicking, or capillary action, also is postulated to be a major factor in the ability of cross-linked PVP to function.[18-20]

In addition to the starches a large variety of materials have been used and are reported to be effective as disintegrants. This group includes Veegum HV, methylcellulose, agar, bentonite, cellulose and wood products, natural sponge, cation-exchange resins, alginic acid, guar gum, citrus pulp and carboxymethylcellulose.[17] Sodium lauryl sulfate in combination with starch also has been demonstrated to be an effective disintegrant. In some cases the apparent effectiveness of surfactants in improving tablet disintegration is postulated as being due to an increase in the rate of wetting.

The disintegrating agent usually is mixed with the active ingredients and diluents prior to granulation. In some cases it may be advantageous to divide the starch into two portions: one part is added to the powdered formula prior to granulation, and the remainder is mixed with the lubricant and added prior to compression. Incorporated in this manner the starch serves a double purpose; the portion added to the lubricant rapidly breaks down the tablet to granules, and the starch mixed with the active ingredients disintegrates the granules into smaller particles. Veegum has been shown to be more effective as a disintegrator in sulfathiazole tablets when most of the quantity is added after granulation and only a small amount before granulation. Likewise, the montmorillonite clays were found to be good tablet disintegrants when added to prepared granulations as powder. They are much less effective as disintegrants when incorporated within the granules.

Factors other than the presence of disintegrants can affect significantly the disintegration time of compressed tablets. The binder, tablet hardness and the lubricant have been shown to influence the disintegration time. Thus, when the formulator is faced with a problem concerning the disintegration of a compressed tablet, the answer may not lie in the selection and quantity of the disintegrating agent alone.

The evolution of carbon dioxide is also an effective way to cause the disintegration of compressed tablets. Tablets containing a mixture of sodium bicarbonate and an acidulant such as tartaric or citric acid will effervesce when added to water. Sufficient acid is added to produce a neutral or slightly acidic reaction when disintegration in water is rapid and complete. One drawback to the use of the effervescent type of disintegrator is that such tablets must be kept in a dry atmosphere at all times during manufacture, storage and packaging. Soluble, effervescent tablets provide a popular form for dispensing aspirin and noncaloric sweetening agents.

### Coloring Agents

Colors in compressed tablets serve functions other than making the dosage form more esthetic in appearance. Color helps the manufacturer to control the product during its preparation, as well as serving as a means of identification to the user. The wide diversity in the use of colors in solid dosage forms makes it possible to use color as an important category in the identification code developed by the AMA to

**1638    CHAPTER  89**

### Table I—Colors Approved for Use in the US in Oral Dosage Forms[a,b]

| Color | Other names | Color Index (CI 1971) | Use restriction (US) |
|---|---|---|---|
| FD & C Red 40 | Allura red | 16035 | FDA certification on each lot of dye |
| D & C Red 33 | Acid fuchsin D | 17200 | ADI 0–0.75 mg. |
| | Naphtalone red B | | |
| D & C Red 36 | | | ADI 0–1.0 mg |
| Canthaxanthinin | Food orange 8 | 40850 | None |
| D & C Red 22 | Eosin Y | 45380 | FDA certification on each lot of dye |
| D & C Red 28 | Phloxine B | 45410 | FDA certification on each lot of dye |
| D & C Red 3 | Erythrosine | 45430 | FDA certification on each lot of dye |
| Cochineal extract | Natural red 4 | 75470 | None |
| | Carmine | | |
| Iron oxide—red | | 77491 | ADI 0–5 mg elemental iron |
| FD & C Yellow 6 | Sunset yellow FCF | 15985 | None |
| | Yellow orange 5 | | |
| FD & C Yellow 5 | Tartrazine | 19140 | Label declaration and FDA certification on each lot of dye |
| D & C Yellow 10 | Quinoline yellow WS | 47005 | Requires FDA certification on each lot of dye |
| Beta-carotene | — | 40800 | None |
| Iron oxide—yellow | | 77492 | ADI 0–5 mg elemental iron. |
| FD & C Blue 1 | Brilliant blue FCF | 42090 | FDA certification on each lot of dye |
| FD & C Blue 2 | Indigotine | 73015 | None |
| | Indigo carmine | | |
| FD & C Green 3 | Fast green FCF | 42035 | FDA certification on each lot of dye |
| Iron oxide—black | — | 77499 | ADI 0–5 mg elemental iron |
| Caramel | Burnt sugar | — | None |
| Titanium dioxide | — | 77891 | None |

[a] Abbreviations:  ADI—Acceptable Daily Intake (per kg body weight)
        CI—Color index numbers of 1971 (US)
        D & C—Drug and Cosmetic Dyes (US)
        FD & C—Food, Drug and Cosmetic Dyes (US)
        FDA—Food and Drug Administration (US)
[b] As of February, 1988 and subject to revision.

establish the identity of an unknown compressed tablet in situations arising from poisoning.

All colorants used in pharmaceuticals must be approved and certified by the FDA. For several decades colorants have been subjected to rigid toxicity standards and, as the result, a number of colorants have been removed from an approved list of FD&C colors or "delisted." Several have been listed as well. The colorants currently approved in the US are listed in Table I. Each country has its own list of approved colorants and formulators must consider this in designing products for the international market.[21]

Any of the approved water-soluble FD&C dyes, mixtures of the same or their corresponding lakes may be used to color tablets. A color lake is the combination by adsorption of a water-soluble dye to a hydrous oxide of a heavy metal resulting in an insoluble form of the dye. In some instances multiple dyes are used to give a purposefully heterogeneous coloring in form of speckling to compressed tablets. The dyes available do not meet all the criteria required for the ideal pharmaceutical colorants. The photosensitivity of several of the commonly used colorants and their lakes has been investigated, as well as the protection afforded by a number of glasses used in packaging tablets. Another approach for improving the photostability of dyes has been in the use of ultraviolet-absorbing chemicals in the tablet formulations with the dyes. The Di-Pac line (Amstar) is a series of commercially available colored, direct-compression sugars.

The most common method of adding color to a tablet formulation is to dissolve the dye in the binding solution prior to the granulating process. Another approach is to adsorb the dye on starch or calcium sulfate from its aqueous solution; the resultant powder is dried and blended with the other ingredients. If the insoluble lakes are used, they may be blended with the other dry ingredients. Frequently during drying, colors in wet granulations migrate, resulting in an uneven distribution of the color in the granulation. After compression the tablets will have a mottled appearance due to the uneven distribution of the color. Migration of colors may be reduced by drying the granulation slowly at low temperatures and stirring the granulation while it is drying. The affinity of several water-soluble anionic certified dyes for natural starches has been demonstrated; in these cases this affinity should aid in preventing color migration. Other additives have been shown to act as dye migration inhibitors. Tragacanth (1%), acacia (3%), attapulgite (5%) and talc (7%) were effective in inhibiting the migration of FD&C Blue No 1 in lactose. In using dye lakes the problem of color migration is avoided since the lakes are insoluble. Prevention of mottling can be helped also by the use of lubricants and other additives which have been colored similarly to the granulation prior to their use. The problem of mottling becomes more pronounced as the concentration of the colorants increases. Color mottling is an undesirable characteristic common to many commercial tablets.

### Flavoring Agents

In addition to the sweetness which may be afforded by the diluent of the chewable tablet, eg, mannitol or lactose, artificial sweetening agents may be included. Formerly, the cyclamates, either alone or in combination with saccharin, were used widely. With the banning of the cyclamates and the indefinite status of saccharin new natural sweeteners are being sought. Aspartame (Searle), recently made available, has found applications for pharmaceutical formulations. Sweeteners other than the sugars have the advantage of reducing the bulk volume considering the quantity of sucrose required to produce the same degree of sweetness. Being present in small quantities, they do not affect markedly the physical characteristics of the tablet granulation.

### Tablet Characteristics

Compressed tablets may be characterized or described by a number of specifications. These include the diameter size,