IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELIANT PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PAR PHARMACEUTICAL, INC. <br><br> Defendant. | C.A. No. 06-774 (JJF) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the date for completion of fact discovery is extended until April 7, 2008. All other dates in the Scheduling Order (D.I. 27) remain unchanged.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiff*

YOUNG, CONAWAY, STARGATT & TAYLOR

/s/ *Karen L. Pascale*

Josy W. Ingersoll (#1088)
Karen L. Pascale (#2903)
The Brandywine Building
1000 West Street; 17th Floor
P.O. Box 391
Wilmington, DE 19899
(302) 571-6672
jingersoll@ycst.com
kpascale@ycst.com

*Attorneys for Defendant*

SO ORDERED this ___ day of March, 2008.

_____
United States District Court Judge

1791436.1