IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| RELIANT PHARMACEUTICALS, INC., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 06-774-JJF |
| PAR PHARMACEUTICAL, INC., | : | *** **REDACTED VERSION**\*** |
| Defendant. | : | |

## PAR'S APPENDIX OF EXHIBITS
## IN SUPPORT OF CONSTRUCTION

YOUNG CONAWAY STARGATT & TAYLOR LLP
Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Tel.: (302) 571-6600
Fax: (302) 571-1253

- and -

FROMMER LAWRENCE & HAUG LLP
Edgar H. Haug
James K. Stronski
John G. Taylor
745 Fifth Avenue
New York, New York 10151
Tel: (212) 588-0800
Fax: (212) 588-0500

*Attorneys for Defendant, Par Pharmaceutical, Inc.*

March 12, 2008

# TABLE OF CONTENTS

Exhibit 1:      U.S. Patent No. 5,681,588

Exhibit 2A:     Table of Contents to Prosecution History for U.S. Patent No. 5,681,588

Exhibit 2:      Prosecution History for U.S. Patent No. 5,681,588

Exhibit 3:      Excerpt from *The Merck Index* (13th ed. 2001)

Exhibit 4:      Pages from Drugs@FDA website regarding approved labeling for Rythmol® SR
                New Drug Application No. 021416

Exhibit 5:      Excerpt from *Merriam-Webster's Collegiate Dictionary* (10th Ed. 1994)

Exhibit 6:      O.A. Beck & H. Hochrein, *Indications and Risks of Antiarrythmia Treatment with
                Propafenone*, 103 Deut. Med. Wochenschr. 1261 (1978) (abstract translation)

Exhibit 7:      Pages from Drugs@FDA website regarding Label and Approval History for
                Rythmol® New Drug Application No. 019151

Exhibit 8:      Letter from the FDA to Knoll Pharmaceutical Co., dated December 23, 1997

Exhibit 9:      U.S. Patent No. 4,797,287

Exhibit 10:     U.S. Patent No. 4,828,843

Exhibit 11:     Plaintiff Reliant's Supplemental Responses to Par's First Set of Interrogatories
                dated September 24, 2007 *[CONFIDENTIAL]*

Exhibit 12:     Excerpt from *New Webster's Dictionary and Thesaurus of the English Language*
                (1993)

Exhibit 13:     Excerpt from *The American Heritage Science Dictionary* (2005)

Exhibit 14:     Excerpt from *Hawley's Condensed Chemical Dictionary* (12th ed. 1993)

Exhibit 15:     U.K. Patent Application GB 2 176 999A

Exhibit 16:     International Patent Application  WO 92/04013

Exhibit 17:     European Patent Application No. 022 17 32

Exhibit 18:     Excerpt from *Remington's Pharmaceutical Sciences* (18th ed. 1990)

Exhibit 19:     Excerpt from *The New Fowler's Modern English Usage* (3d ed. 1996)

Exhibit 20:     Rossen Koytchev, *Diprafenone: A New Antiarrhythmic Drug Related to
                Propafenone*, 15 Cardiovascular Drug Reviews 224 (1997)

Exhibit 21:     Excerpt from *Dictionary of Pharmacy* (1986)

Exhibit 22:     Procos Certificate of Analysis, PAR000161 - 63 *[CONFIDENTIAL]*

Exhibit 23:     Eugene L. Parrott, Chapter 4: Compression, *Pharmaceutical Dosage Forms –
                Tablets*, vol. 2 (2d ed. 1990)

Exhibit 24:     Excerpt from *Webster's Medical Desk Dictionary* (1986)

Exhibit 25:     Excerpt from Leon Shargel & Andrew B.C. Yu, *Applied Biopharmaceutics and
                Pharmacokinetics* (3d ed. 1993)

EXHIBIT 3

# THE
# MERCK INDEX

### AN ENCYCLOPEDIA OF
### CHEMICALS, DRUGS, AND BIOLOGICALS

THIRTEENTH EDITION

### Editorial Staff

Maryadele J. O'Neil, *Senior Editor*

Ann Smith, *Senior Associate Editor*

Patricia E. Heckelman, *Associate Editor*

John R. Obenchain Jr., *Editorial Assistant*

Jo Ann R. Gallipeau, *Technical Assistant*

Mary Ann D'Arecca, *Administrative Associate*

Susan Budavari, *Editor Emeritus*

*Published by*
*Merck Research Laboratories*
*Division of*

## MERCK & CO., INC.
Whitehouse Station, NJ

2001



**MERCK & CO., INC.**
Whitehouse Station, NJ
USA

1st Edition—1889
2nd Edition—1896
3rd Edition—1907
4th Edition—1930
5th Edition—1940
6th Edition—1952
7th Edition—1960
8th Edition—1968
9th Edition—1976
10th Edition—1983
11th Edition—1989
12th Edition—1996

Library of Congress Catalog
Card Number 89-60001
ISBN Number 0911910-13-1

Copyright © 2001 by MERCK & CO., INC.
All rights reserved. Copyright under the Universal Copyright Convention
and the International Copyright Convention.
Copyright reserved under the Pan-American Copyright Convention.

Printed in the USA

The Thirteer
lishing a conci
needs of chem
The informatio
but the commi
scientific comn
This edition
than 4,000 mor
ticals; over 2,0(
and another 2,
tional 1,000 m
Almost 1,000
hundred descril
A number of
graph section h
from our reade
derivative comp
ative compoun
registry numbe
addition to nar
has been reform
tion on Organi
schema have b
redesigned and
mation.
To facilitate
Index will be e
LINE[SM], and TH
The latter two f
information tha
appear as part c
Changes in s
each edition to
nologies in ord
and sophisticate
so many still r
edition, publish
and the public,

**7886**                    Propafenone

Activity studies: Duke, *Diss. Abstr. B* 28, 1315 (1967); Jawerski, *J. Agr. Food Chem.* 17, 165 (1969); Lamoureaux *et al., ibid.* 19, 346 (1971); Dhillon, Anderson, *Weed Res.* 12, 782 (1972). Metabolism: J. E. Bakke *et al., Science* 210, 433 (1980). Toxicity data: E. E. Kenaga, *Down Earth* 35, 25 (1979).



Light tan solid, mp 67-76°. Vapor pressure at 110°: 0.03 mm Hg. Soly in water at 20°: 700 mg/l. Sol in common organic solvents except aliphatic hydrocarbons. LD₅₀ orally in rats: 710 mg/kg (Kenaga).

USE: Herbicide.

**7886. Propafenone.** [54063-53-5] 1-[2-[2-Hydroxy-3-(propylamino)propoxy]phenyl]-3-phenyl-1-propanone; 2'-[2-hydroxy-3-(propylamino)propoxy]-3-phenylpropiophenone; SA-79. C₂₁H₂₇NO₃; mol wt 341.44. C 73.87%, H 7.97%, N 4.10%, O 14.06%. Prepn: R. Sachse, *DE 2001431* (1971 to Helopharm), *C.A.* 75, 151538f (1971). Pharmacology: H.-J. Hapke, E. Prigge, *Arzneimittel-Forsch* 26, 1849 (1976). Use in arrhythmia: O. A. Beck, H. Hochrein, *Deut. Med. Wochenschr.* 103, 1261 (1978). Pharmacokinetics: H. Blanke *et al., ibid.* 104, 587 (1979); M. Hollmann *et al., Arzneimittel-Forsch.* 33, 763 (1983). Brief review: M. Fischer, *Med. Klin.* 75, 39 (1980).



Hydrochloride. [34183-22-7] Arythmol; Pronon; Rythmol; Rytmonorm. C₂₁H₂₇NO₃.HCl; mol wt 377.91. Fine white crystals. Slightly bitter taste. Sol in basic lower aliphatic alcohols, CCl₄, hot water; slightly sol in cold water. Insol in ether. LD₅₀ in rats (mg/kg): 18.8 i.v.; 700 orally (Hapke, Prigge).

THERAP CAT: Antiarrhythmic (class IC).

**7887. Propagermanium.** [12758-40-6] 3,3'-(1,3-Dioxo-1,3-digermanoxanediyl)bispropanoic acid; 2-(carboxyethyl)germanium sesquioxide; 3-oxygermylpropionic acid polymer; poly-*trans*-[(2-carboxyethyl)germasesquioxane]; ` proxigermanium; repagermanium; GE-132; SK-818; Serocion. (GeCH₂-CH₂COOH)₂O₃. Biologic response modifier. Polymeric organogermanium compound. Orginally synthesized at Asai Germanium Institute in 1967. Prepn and crystal structure: M. Tsutsui *et al., J. Am. Chem. Soc.* 98, 8287 (1976). Toxicology and clinical pharmacokinetics: K. Miyao *et al., Curr. Chemother. Infect. Dis.* 2, 1527 (1979). TLC quantitation: X. Peishan *et al., J. Planar Chromatog.* 3, 141 (1990). Electrochemical behavior and determn: K. Hasebe *et al., Electroanalysis* 6, 779 (1994). Antiviral activity: Y. Ishiwata *et al., Arzneimittel-Forsch.* 44, 357 (1994). Review of biological activities and mechanism of antitumor action: R. R. Brutkiewicz, F. Suzuki, *In Vivo* 1, 189-204 (1987). *Review:* K. Miyao, N. Tanaka, *Drugs Future* 13, 441-453 (1988). Review of clinical use as an immunostimulant: H. Fukazawa *et al., Head-Neck* 16, 30-38 (1994).

Colorless, amorphous crystals or crystalline powder having no odour but a slightly acidic taste. mp 270° (dec). pKa 3.6. Sol in water at 1.09% at 20°. Insol or very slightly sol in almost all organic solvents. Very sol in water under alkaline conditions; >10% at pH 7.4. Aq solns exhibit acid reactions. Stable

at pH 2-12, especially at pH 7.4 especially where decomposition does not occur at 130° for 5 min. LD₅₀ i.p. in mice: 2.8 g/kg (Brutkiewicz).

THERAP CAT: Antineoplastic; immunostimulant.

**7888. Propallylonal.** [545-93-7] 5-(2-Bromo-2-propynyl)-5-(1-methylethyl)-2,4,6(1H,3H,5H)pyrimidinetrione; 5-(β-bromoallyl)-5-isopropylbarbituric acid; Noctal. C₁₀H₁₃BrN₂O₃; mol wt 289.13. C 41.54%, H 4.53%, Br 27.64%, N 9.69%, O 16.60%. Prepn: *US 1622129* (1927); *cf.* Fierzeg, *Arch. Pharm.* 263, 216 (1925). Acute toxicity: Maloney, *J. Pharmacol. Exp. Ther.* 42, 267 (1931).



Crystals. mp 177-179°. Slightly bitter taste. Slightly sol in water; freely sol in alcohol, glacial acetic acid, acetone, alkalies. Sparingly sol in ether, chloroform, benzene. MLD orally in rabbits: 300-350 mg/kg (Maloney).

*Caution:* May be habit forming: 21 CFR, 329.1 and is a controlled substance (depressant) 21 CFR, 1308.13.

THERAP CAT: Sedative, hypnotic.

**7889. Propamidine.** [104-32-5] 4,4'-[1,3-Propanediylbis(oxy)]bisbenzenecarboximidamide; 4,4'-(trimethylenedioxy)dibenzamidine; 4,4'-diamidino-α,ω-diphenoxypropane. C₁₇H₂₀N₄O₂; mol wt 312.37. C 65.37%, H 6.45%, N 17.94%, O 10.24%. Prepn: A. J. Ewins *et al., GB* 507565 (1939 to May & Baker); J. N. Ashley *et al., J. Chem. Soc.* 1942, 103; of isethionate: G. Newbery, A. P. T. Easson: *US* 2394003 (1946 to May & Baker). Trypanocidal activity: E. M. Lourie, W. Yorke, *Ann. Trop. Med. Parasitol.* 33, 289 (1939). Preliminary pharmacology: R. Wien, *ibid.* 37, 1 (1943). Determn in biological fluids: D. P. Jackson *et al., J. Biol. Chem.* 167, 377 (1947). Mode of action: M. J. Pine, *Biochem. Pharmacol.* 17, 75 (1968). Activity in fibrinolytic systems: J. D. Gerntz, *Thromb. Diath. Haemorrh.* 29, 154 (1973). Clinical use in treatment of Acanthamoeba keratitis: D. L. Easty, *Brit. Med. J.* 296, 228 (1988); J. J. Wiens, W. B. Jackson, *Can. J. Ophthalmol.* 23, 107 (1988). Early review of pharmacology, mode of action and clinical applications: E. B. Schoenbach, E. M. Greenspan, *Medicine* 27, 327-377 (1948).



Isethionate. [140-63-6] M & B 782; Brolene Drops. C₂₁H₃₂N₄O₁₀S₂; mol wt 564.64. Hygroscopic, very bitter crystals or granular powder, mp ~ 235°. Soluble in water (~1 in 3) or aqueous glycerol, 95% alcohol (~1 in 33). Practically insol in ether, chloroform, fixed oils, liq petrolatum. pH of a 5% w/v soln in water ~ 4.5 to 6.5.

THERAP CAT: Antiprotozoal (Trypanosoma); antiamebic.

THERAP CAT (VET): Anti-infective (topical). Formerly used as antiprotozoal (Trypanosoma, Babesia).

**7890.  Propamocarb.** [24579-73-5] [3-(Dimethylamino)propyl]carbamic acid propyl ester; propyl-(3-dimethylaminopropyl)carbamate. C₉H₂₀N₂O₂; mol wt 188.27. C 57.42%, H 10.71%, N 14.88%, O 17.00%. Systemic carbamate fungicide. Prepn: *BE 708057* (1968 to Schering AG); G.-A. Hoyer, E. A. Pieroh, *US* 3649674 (1972 to Schering AG). Properties and activity: E. A. Pieroh *et al., Med. Fac. Landbouww. Rijksuniv. Gent,* 43, 933 (1978). Metabolic fate in plants

and catfish: C. Gray, C. O. Knowles, *G* (1981). Efficacy vs late blight fungus on ... Y. Cohen, *Phytoparasitica* 18, 27 (199...). products: T. Nagayama *et al., J. AO...* (1993). Uptake and redistribution in potato ... Harris, *Brighton Crop Prot. Conf. - Pests ...*



mp 139-141°. n²₀ᴰ 1.4490.
Hydrochloride. [25606-41-1] SN-66752 ... 66108271]; Banol; Previcur; Proplant. C₉H₂₀... 224.73. Colorless, odorless crystals, mp 45- ... (100ml); water >70; dichloromethane, >43 ... Vapor pressure at 25°: 6 × 10⁻⁶ torr. LD₅₀ ... rats. LC₅₀ (96 hr) in rainbow trout, sunfish, ... US, 234 (Pieroh).

USE: Agricultural fungicide.

**7891.  Propane.** [74-98-6] Dimethylmethane. C₃H₈; mol wt 44.10. C 81.71%, H 18 ... G₈. Constituent of natural gas and of crude ... ... ...by the so-called "stabilization process" ... distillation under pressure: Francis, Robbins, ... 45, 6789 (1913). Many syntheses, e.g., by w... calisodium: Timmermans, *J. Chim. Phys.* 18, ... (...). Odorless when pure. Burns with a l... flame. Explosive limits, % by vol in air: 2.37-9... G. Gas liter weighs 2.0200 g at 0° and 760... 20° and 760 mm.: Liquefies at ~42°; solid at ... (...) ~42.1°; bp (2 atm) ~ 25.6°; bp (5 atm) + ... 26.9°; bp (20 atm) 58.1°; bp (30 atm) 78.7°; ... Crit temp 96.81°; crit press. 42.01 atm. Hea... (...vol) 528.4 cal, (const pressure) 553.5 cal ... dissolve 6.5 vols at 17.8° and 753 mm press... dissolve 790 vols at 16.6° and 754 mm p... ... dissolve 926 vols at 16.6° and 757 mm p... ... chloroform dissolve 1299 vols at 21.6° and 7... ... 100 vols benzene dissolve 1452 vols at 21.5°... ... 100 vols turpentine dissolve 1587 vols ... mm pressure.

*Caution:* Potential symptoms of overexpos... confusion, excitation, asphyxia; direct contac... ... cous frostbite. *See NIOSH Pocket Guide to C...* ... (DHHS/NIOSH 97-140, 1997), p 262.

USE: As fuel gas, sometimes mixed with b... synthesis. As refrigerant.

**7892.  1-Propanearsonic Acid.** [107-...] arsonic acid. C₃H₉AsO₃; mol wt 168.02. C ... As 44.59%, O 28.57%. C₃H₇AsO(OH)₂. ... White needles, mp 125°. Freely sol in wat... ... Used in ether.

USE: For the determination of zirconium.

**7893.  1,3-Propanedithiol.** [109-80-8] ... propane; trimethylenedithioglycol; dithiog... trimethylenedimercaptan. C₃H₈S₂; mol wt ... H 7.45%, S 59.25%. HSCH₂CH₂CH₂SH. ... thesis of propylene-1,3-diisothiuronium ... Gaudry *et al., J. Org. Chem.* 20, 50 (1955). ... Oil. Disagreeable odor. d²₀₄ 1.0772. bp₇ ... 170-171°; bp₁₅ 92-98°. n²₅ᴰ 1.5392. Vol... Slightly sol in water. Miscible with alcohol, ... and benzene.

**7894.  Propanethiol S-Oxide.** [3215... ... propaldehyde S-oxide; thiopropanal S-oxide. ... CH₃CH₂CH=S⁺-O⁻. C₃H₆OS; mol wt ... C 39.97%, H 6.71%, O 17.75%, S ... CH₃CH₂-S⁺O. Lachrymatory factor of the onio... found as a 95% cis- and 5% trans- mixture ... esaltie: W. D. Niegisch, W. H. Stahl, *Food Res...*

EXHIBIT 4

RYTHMOL® SR Labeling
Page 1 of 18

(Nos. 6134, 6135, 6136)
NEW

**RYTHMOL® SR**
(propafenone hydrochloride) extended release
**CAPSULES**

**DESCRIPTION**
RYTHMOL SR (propafenone hydrochloride) is an antiarrhythmic drug supplied in extended-release capsules of 225, 325 and 425 mg for oral administration.

The structural formula of propafenone HCl is given below:



$C_{21}H_{27}NO_3 \cdot HCl$                    M.W. = 377.92

2'-[2-Hydroxy-3-(propylamino)
-propoxy]-3-phenylpropiophenone
hydrochloride

Propafenone HCl has some structural similarities to beta-blocking agents. Propafenone HCl occurs as colorless crystals or white crystalline powder with a very bitter taste. It is slightly soluble in water (20°C), chloroform and ethanol. Rythmol SR are capsules filled with cylindrical-shaped 2 x 2 mm microtablets containing propafenone and the following inactive ingredients: antifoam, gelatin, hypromellose, red iron oxide, magnesium stearate, shellac, sodium lauryl sulfate, sodium dodecyl sulfate, soy lecithin and titanium dioxide.

**CLINICAL PHARMACOLOGY**
**Mechanism of Action:**
Propafenone is a Class 1C antiarrhythmic drug with local anesthetic effects, and a direct stabilizing action on myocardial membranes. The electrophysiological effect of propafenone manifests itself in a reduction of upstroke velocity (Phase 0) of the monophasic action potential. In Purkinje fibers, and to a lesser extent myocardial fibers, propafenone reduces the fast inward

current carried by sodium ions. Diastolic excitability threshold is increased and effective refractory period prolonged. Propafenone reduces spontaneous automaticity and depresses triggered activity.

Studies in anesthetized dogs and isolated organ preparations show that propafenone has beta-sympatholytic activity at about 1/50 the potency of propranolol. Clinical studies employing isoproterenol challenge and exercise testing after single doses of propafenone indicate a beta-adrenergic blocking potency (per mg) about 1/40 that of propranolol in man. In clinical trials with the immediate release formulation, resting heart rate decreases of about 8% were noted at the higher end of the therapeutic plasma concentration range. At very high concentrations in vitro, propafenone can inhibit the slow inward current carried by calcium, but this calcium antagonist effect probably does not contribute to antiarrhythmic efficacy. Moreover, propafenone inhibits a variety of cardiac potassium currents in in vitro studies (i.e. the transient outward, the delayed rectifier, and the inward rectifier current). Propafenone has local anesthetic activity approximately equal to procaine. Compared to propafenone, the main metabolite, 5-hydroxypropafenone, has similar sodium and calcium channel activity, but about 10 times less beta-blocking activity (N-depropylpropafenone has weaker sodium channel activity but equivalent affinity for beta-receptors).

**Electrophysiology:**
Electrophysiology studies in patients with ventricular tachycardia (VT) have shown that propafenone prolongs atrioventricular (AV) conduction while having little or no effect on sinus node function. Both atrioventricular (AV) nodal conduction time (AH interval) and His-Purkinje conduction time (HV interval) are prolonged. Propafenone has little or no effect on the atrial functional refractory period, but AV nodal functional and effective refractory periods are prolonged. In patients with Wolff-Parkinson-White (WPW) syndrome, RYTHMOL immediate release tablets reduce conduction and increase the effective refractory period of the accessory pathway in both directions (see **ADVERSE REACTIONS/Electrocardiograms**).

**Hemodynamics:**
Studies in humans have shown that propafenone exerts a negative inotropic effect on the myocardium. Cardiac catheterization studies in patients with moderately impaired ventricular function (mean C.I.=2.61 L/min/m$^2$), utilizing intravenous propafenone infusions (loading dose of 2 mg/kg over 10 min+ followed by 2 mg/min for 30 min) that gave mean plasma concentrations of 3.0 µg/mL (a dose that produces plasma levels of propafenone greater than does recommended oral dosing), showed significant increases in pulmonary capillary wedge pressure, systemic and pulmonary vascular resistances and depression of cardiac output and cardiac index.

**Pharmacokinetics and Metabolism:**
**Absorption/Bioavailability**
Maximal plasma levels of propafenone are reached between three to eight hours following the administration of RYTHMOL SR. Propafenone is known to undergo extensive and saturable presystemic biotransformation which results in a dose and dosage form dependent absolute bioavailability; e.g., a 150 mg immediate release tablet had an absolute bioavailability of 3.4%,

while a 300 mg immediate release tablet had an absolute bioavailability of 10.6%. Absorption from a 300 mg solution dose was rapid, with an absolute bioavailability of 21.4%. At still larger doses, above those recommended, bioavailability of propafenone from immediate release tablets increased still further.

Relative bioavailability assessments have been performed between RYTHMOL SR capsules and RYTHMOL immediate release tablets. In extensive metabolizers, the bioavailability of propafenone from the SR formulation was less than that of the immediate release formulation as the more gradual release of propafenone from the prolonged-release preparations resulted in an increase in overall first pass metabolism (See **Metabolism**). As a result of the increased first pass effect, higher daily doses of propafenone were required from the SR formulation relative to the immediate release formulation, to obtain similar exposure to propafenone. The relative bioavailability of propafenone from the 325 twice daily regimens of RYTHMOL SR approximates that of RYTHMOL immediate release 150 mg three times daily regimen. Mean exposure to 5-hydroxypropafenone was about 20-25% higher after SR capsule administration than after immediate-release tablet administration.

Food increased the exposure to propafenone 4-fold after single dose administration of 425 mg of RYTHMOL SR. However, in the multiple dose study (425 mg dose BID), the difference between the fed and fasted state was not significant.

**Distribution**
Following intravenous administration of propafenone, plasma levels decline in a bi-phasic manner consistent with a two-compartment pharmacokinetic model. The average distribution half-life corresponding to the first phase was about five minutes. The volume of the central compartment was about 88 liters (1.1 L/kg) and the total volume of distribution about 252 liters.

In serum, propafenone is greater than 95% bound to proteins within the concentration range of 0.5-2μg/mL. Protein binding decreases to about 88% in patients with severe hepatic dysfunction.

**Metabolism**
There are two genetically determined patterns of propafenone metabolism. In over 90% of patients, the drug is rapidly and extensively metabolized with an elimination half-life from 2-10 hours. These patients metabolize propafenone into two active metabolites: 5-hydroxypropafenone which is formed by CYP2D6 and N-depropylpropafenone (norpropafenone) which is formed by both CYP3A4 and CYP1A2. In less than 10% of patients, metabolism of propafenone is slower because the 5-hydroxy metabolite is not formed or is minimally formed. In these patients, the estimated propafenone elimination half-life ranges from 10-32 hours. Decreased ability to form the 5-hydroxy metabolite of propafenone is associated with a diminished ability to metabolize debrisoquine and a variety of other drugs such as encainide, metoprolol, and dextromethorphan whose metabolism is mediated by the CYP2D6 isozyme. In these patients, the N-depropylpropafenone metabolite occurs in quantities comparable to the levels occurring in extensive metabolizers.

As a consequence of the observed differences in metabolism, administration of RYTHMOL SR to slow and extensive metabolizers results in significant differences in plasma concentrations of propafenone, with slow metabolizers achieving concentrations about twice those of the extensive metabolizers at daily doses of 850 mg/day. At low doses the differences are greater, with slow metabolizers attaining concentrations about three to four times higher than extensive metabolizers. In extensive metabolizers, saturation of the hydroxylation pathway (CYP2D6) results in greater-than-linear increases in plasma levels following administration of RYTHMOL SR capsules. In slow metabolizers, propafenone pharmacokinetics are linear. Because the difference decreases at high doses and is mitigated by the lack of the active 5-hydroxy metabolite in the slow metabolizers, and because steady-state conditions are achieved after for to five days of dosing in all patients, the recommended dosing regimen of RYTHMOL SR is the same for all patients. The large intersubject variability in blood levels require that the dose of the drug be titrated carefully in patients with close attention paid to clinical and ECG evidence of toxicity (See **DOSAGE AND ADMINISTRATION**).

The 5-hydroxypropafenone and norpropafenone metabolites have electrophysiologic properties similar to propafenone in vitro. In man after administration of RYTHMOL SR, the 5-hydroxyproprafenone metabolite is usually present in concentrations less than 40% of propafenone. The norpropafenone metabolite is usually present in concentrations less than 10% of propafenone.

**Inter-Subject Variability**
With propafenone, there is a considerable degree of inter-subject variability in pharmacokinetics which is due in large part to the first pass hepatic effect and non-linear pharmacokinetics in extensive metabolizers. A higher degree of inter-subject variability in pharmacokinetic parameters of propafenone was observed following both single and multiple dose administration of RYTHMOL SR capsules. Inter-subject variability appears to be substantially less in the poor metabolizer group than in the extensive metabolizer group, suggesting that a large portion of the variability is intrinsic to CYP2D6 polymorphism rather than to the formulation.

The clearance of propafenone is reduced and the elimination half-life increased in patients with significant hepatic dysfunction (see **PRECAUTIONS**). Decreased liver function also increases the bioavailability of propafenone. Absolute bioavailability assessments have not been determined for the RYTHMOL SR capsule formulation. Absolute bioavailability of RYTHMOL immediate release tablets has been demonstrated to be inversely related to indocyanine green clearance, reaching 60-70% at clearances of 7 mL/min and below.

**Stereochemistry**
RYTHMOL is a racemic mixture. The R- and S-enantiomers of propafenone display stereoselective disposition characteristics. In vitro and in vivo studies have shown that the R-isomer of propafenone is cleared faster than the S-isomer via the 5-hydroxylation pathway (CYP2D6). This results in a higher ratio of S-propafenone to R-propafenone at steady state. Both enantiomers have equivalent potency to block sodium channels; however, the S-enantiomer is a more potent β-antagonist than the R-enantiomer. Following administration of RYTHMOL immediate release tablets or RYTHMOL SR capsules, the S/R ratio for the area under the plasma

concentration-time curve was about 1.7. The S/R ratios of propafenone obtained after administration of 225, 325 and 425 mg RYTHMOL SR are independent of dose. In addition, no difference in the average values of the S/R ratios is evident between genotypes or over time.

**Clinical Trials:**
RYTHMOL SR has been evaluated in patients with a history of electrocardiographically documented recurrent episodes of symptomatic atrial fibrillation in two randomized, double-blind, placebo controlled trials.

**RAFT**
In one US multicenter study (Rythmol SR Atrial Fibrillation Trial, RAFT), three doses of RYTHMOL SR (225 mg BID, 325 mg BID and 425 mg BID) and placebo were compared in 523 patients with symptomatic, episodic atrial fibrillation. The patient population in this trial was 59% male with a mean age of 63 years, 91% White and 6% Black. The patients had a median history of atrial fibrillation of 13 months, and documented symptomatic atrial fibrillation within 12 months of study entry. Over 90% were NYHA Class I, and 21% had a prior electrical cardioversion. At baseline, 24% were treated with calcium channel blockers, 37% with beta blockers, and 38% with digoxin. Symptomatic arrhythmias after randomization were documented by transtelephonic electrocardiogram and centrally read and adjudicated by a blinded adverse event committee. RYTHMOL SR administered for up to 39 weeks was shown to prolong significantly the time to the first recurrence of symptomatic atrial arrhythmia, predominantly atrial fibrillation, from Day 1 of randomization (primary efficacy variable) compared to placebo, as shown in Table 1.

**Table 1: Analysis of tachycardia-free period (days) from Day 1 of randomization**

|  | RYTHMOL SR Dose | | | Placebo |
|---|---|---|---|---|
| Parameter | 225 mg BID (N = 126) n (%) | 325 mg BID (N = 135) n (%) | 425 mg BID (N = 136) n (%) | (N = 126) n (%) |
| Patients completing with terminating event† | 66 (52) | 56 (41) | 41 (30) | 87 (69) |
| Comparison of tachycardia-free periods |  |  |  |  |
| Kaplan-Meier Median | 112 | 291 | * | 41 |
| Range | 0 – 285 | 0 – 293 | 0 – 300 | 0 – 289 |
| p-Value (Log-rank test) | 0.014 | < 0.0001 | < 0.0001 | -- |
| Hazard Ratio compared to placebo | 0.67 | 0.43 | 0.35 | -- |
| 95% CI for Hazard Ratio | (0.49, 0.93) | (0.31, 0.61) | (0.24, 0.51) | -- |

*Fewer than 50% of the patients had events. The median time is not calculable.
†Terminating events comprised 91% atrial fibrillation, 5% atrial flutter, and 4% PSVT.

There was a dose response for RYTHMOL SR for the tachycardia-free period as shown in the proportional hazard analysis and the Kaplan Meier curves presented in Figure 1.

Figure 1    RAFT Kaplan-Meier Analysis for the Tachycardia-free period from Day 1 of
randomization:



Days:    0    25    50    75    100    125    150    175    200    225    250    275    300

Patients at Risk:
Rythmol SR    397    220    191    166    76
Placebo    126    50    38    25    7

—□— Placebo    – –△– – Propafenone SR 325 mg bid [a]
··□·· Propafenone SR 225 mg bid    ··×·· Propafenone SR 425 mg bid

[a] Patient closeout started on Day 273 (week 39) and lasted until 300 days. On day 291, of the 2 patients
that were left on 325 mg, 1 had an event, causing a 50% decline in the Kaplan-Meier curves

In additional analyses, RYTHMOL SR (225 mg BID, 325 mg BID, and 425 mg BID) was also
shown to prolong time to the first recurrence of symptomatic atrial fibrillation from Day 5
(steady-state pharmacokinetics were attained). The antiarrhythmic effect of RYTHMOL SR was
not influenced by age, gender, history of cardioversion, duration of atrial fibrillation, frequency
of atrial fibrillation or use of medication that lowers heart rate. Similarly, the antiarrhythmic
effect of RYTHMOL SR was not influenced by the individual use of calcium channel blockers,
beta-blockers or digoxin. Too few non-White patients were enrolled to assess the influence of
race on effects of RYTHMOL SR.

No difference in the average heart rate during the first recurrence of symptomatic arrhythmia
between RYTHMOL SR and placebo was observed.

**ERAFT**
In a European multicenter trial [European Rythmonorm SR Atrial Fibrillation Trial (ERAFT)],
two doses of RYTHMOL SR (325 mg BID and 425 mg BID) and placebo were compared in 293
patients. The patient population in this trial was 61% male, 100% White with a mean age of 61
years. Patients had a median duration of atrial fibrillation of 3.3 years, and 61% were taking
medications that lowered heart rate. At baseline, 15% of the patients were treated with calcium
channel blockers (verapamil and diltiazem), 42% with beta-blockers and 8% with digoxin.
During a qualifying period of up to 28 days, patients had to have one ECG-documented incident
of symptomatic atrial fibrillation. The double-blind treatment phase consisted of a four-day
loading period followed by a 91-day efficacy period. Symptomatic arrhythmias were documented
by electrocardiogram monitoring.

In ERAFT, RYTHMOL SR was shown to prolong the time to the first recurrence of symptomatic atrial arrhythmia from Day 5 of randomization (primary efficacy analysis). The proportional hazard analysis revealed that both RYTHMOL SR doses were superior to placebo. The antiarrhythmic effect of propafenone SR was not influenced by age, gender, duration of atrial fibrillation, frequency of atrial fibrillation or use of medication that lower heart rate. It was also not influenced by the individual use of calcium channel blockers, beta-blockers or digoxin. Too few non-White patients were enrolled to assess the influence of race on the effects of RYTHMOL SR. There was a slight increase in the incidence of centrally diagnosed asymptomatic atrial fibrillation or atrial flutter in each of the two RYTHMOL SR treatment groups compared to placebo.

## INDICATIONS AND USAGE
RYTHMOL SR is indicated to prolong the time to recurrence of symptomatic atrial fibrillation in patients without structural heart disease.

The use of RYTHMOL SR in patients with permanent atrial fibrillation or in patients exclusively with atrial flutter or PSVT has not been evaluated. RYTHMOL SR should not be used to control ventricular rate during atrial fibrillation.

The effect of RYTHMOL SR on mortality has not been determined (see black box WARNINGS).

## CONTRAINDICATIONS
RYTHMOL SR is contraindicated in the presence of congestive heart failure, cardiogenic shock, sinoatrial, atrioventricular and intraventricular disorders of impulse generation or conduction (e.g., sick sinus node syndrome, atrioventricular block) in the absence of an artificial pacemaker, bradycardia, marked hypotension, bronchospastic disorders, electrolyte imbalance, or hypersensitivity to the drug.

## WARNINGS
**Mortality:**
In the National Heart, Lung and Blood Institute's Cardiac Arrhythmia Suppression Trial (CAST), a long-term, multi-center, randomized, double-blind study in patients with asymptomatic non-life-threatening ventricular arrhythmias who had a myocardial infarction more than six days but less than two years previously, an increased rate of death or reversed cardiac arrest rate (7.7%; 56/730) was seen in patients treated with encainide or flecainide (Class 1C antiarrhythmics) compared with that seen in patients assigned to placebo (3.0%; 22/725). The average duration of treatment with encainide or flecainide in this study was ten months.

The applicability of the CAST results to other populations (e.g., those without recent myocardial infarction) or other antiarrhythmic drugs is uncertain, but at present it is prudent to consider any 1C antiarrhythmic to have a significant risk in patients with structural heart disease. Given the lack of any evidence that these drugs improve survival, antiarrhythmic agents should generally be

avoided in patients with non-life-threatening ventricular arrhythmias, even if the patients are experiencing unpleasant, but not life-threatening, symptoms or signs.

**Proarrhythmic Effects:**
Propafenone has caused new or worsened arrhythmias. Such proarrhythmic effects include sudden death and life-threatening ventricular arrhythmias such as ventricular fibrillation, ventricular tachycardia, asystole and Torsades de Pointes. It may also worsen premature ventricular contractions or supraventricular arrhythmias and it may prolong the QT interval. It is therefore essential that each patient given RYTHMOL SR be evaluated electrocardiographically prior to and during therapy, to determine whether the response to RYTHMOL SR supports continued treatment. Because propafenone prolongs the QRS interval in the electrocardiogram, changes in the QT interval are difficult to interpret.

In a 474 patient U.S. uncontrolled, open label multicenter trial using the immediate release formulation in patients with symptomatic SVT, 1.9% (9/474) of these patients experienced ventricular tachycardia (VT) or ventricular fibrillation (VF) during the study. However, in 4 of the nine patients, the ventricular tachycardia was of atrial origin. Six of the nine patients that developed ventricular arrhythmias did so within 14 days of onset of therapy. About 2.3% (11/474) of all patients had recurrence of SVT during the study which could have been a change in the patients' arrhythmia behavior or could represent a proarrhythmic event. Case reports in patients treated with RYTHMOL for atrial fibrillation/flutter have included increased PVCs, VT, VF, Torsades de Pointes, asystole, and death.

In the RAFT study, there were five deaths, three in the pooled RYTHMOL SR group (0.8%) and two in the placebo group (1.6%). In the overall RYTHMOL SR and RYTHMOL immediate release database of 8 studies, the mortality rate was 2.5% per year on RYTHMOL and 4.0% per year on placebo. Concurrent use of propafenone with other antiarrhythmic agents has not been well studied.

**Use with Drugs that Prolong the QT Interval and Antiarrhythmic Agents:**
The use of RYTHMOL SR in conjunction with other drugs that prolong the QT interval has not been extensively studied and is not recommended. Such drugs may include many antiarrhythmics, some phenothiazines, cisapride, bepridil, tricyclic antidepressants and oral macrolides. Class Ia and III antiarrhythmic agents should be withheld for at least five half-lives prior to dosing with Rythmol SR. The use of propafenone with Class Ia and III antiarrhythmic agents (including quinidine and amiodarone) is not recommended. There is only limited experience with the concomitant use of Class Ib or Ic antiarrhythmics.

**Nonallergic Bronchospasm (e.g., chronic bronchitis, emphysema):**
Patients with bronchospastic disease should not, in general, receive propafenone or other agents with beta-adrenergic-blocking activity.

**Congestive Heart Failure:**
Propafenone exerts a negative inotropic activity on the myocardium as well as beta blockade effects and may provoke overt congestive heart failure. In the U.S. trial (RAFT) in patients with

symptomatic atrial fibrillation, congestive heart failure was reported in four (1.0%) patients receiving RYTHMOL SR (all doses), compared to one (0.8%) patient receiving placebo. Proarrhythmic effects are more likely to occur when propafenone is administered to patients with congestive heart failure (NYHA III and IV) or severe myocardial ischemia. (See **CONTRAINDICATIONS**).

**Conduction Disturbances:**
Propafenone causes dose-related first degree AV block. Average PR interval prolongation and increases in QRS duration are also dose-related.

Propafenone should not be given to patients with atrioventricular and intraventricular conduction defects in the absence of a pacemaker (see **CONTRAINDICATIONS**).

In a U.S. trial (RAFT) in 523 patients with a history of symptomatic atrial fibrillation treated with RYTHMOL SR, electrocardiograms obtained in response to symptoms were associated with no patients having sinus rhythm with Mobitz Type I (Wenckenbach) second degree AV block, sinus rhythm with Mobitz Type II second degree AV block, or third degree AV block. Sinus bradycardia (rate <50 beats/min) was reported with the same frequency with RYTHMOL SR and placebo.

**Effects on Pacemaker Threshold:**
Propafenone may alter both pacing and sensing thresholds of artificial pacemakers. Pacemakers should be monitored and programmed accordingly during therapy.

**Hematologic Disturbances:**
Agranulocytosis (fever, chills, weakness, and neutropenia) has been reported in patients receiving propafenone. Generally, the agranulocytosis occurred within the first two months of propafenone therapy and upon discontinuation of therapy, the white count usually normalized by 14 days. Unexplained fever and/or decrease in white cell count, particularly during the initial three months of therapy, warrant consideration of possible agranulocytosis or granulocytopenia. Patients should be instructed to report promptly the development of any signs of infection such as fever, sore throat, or chills.

## PRECAUTIONS
**Hepatic Dysfunction:**
Propafenone is highly metabolized by the liver and should, therefore, be administered cautiously to patients with impaired hepatic function. Severe liver dysfunction increases the bioavailability of propafenone to approximately 70% compared to 3-40% in patients with normal liver function when given RYTHMOL immediate release tablets. In eight patients with moderate to severe liver disease administered RYTHMOL immediate release tablets, the mean half-life was approximately nine hours. No studies are currently available comparing bioavailability of propafenone from RYTHMOL SR in patients with normal and impaired hepatic function. Increased bioavailability of propafenone in these patients may result in excessive accumulation. Careful monitoring for excessive pharmacological effects (see **OVERDOSAGE**) should be performed for patients with impaired hepatic function.

**Renal Dysfunction:**
Approximately 50% of propafenone metabolites are excreted in the urine following administration of RYTHMOL immediate release tablets. No studies have been performed to assess the percentage of metabolites eliminated in the urine following the administration of RYTHMOL SR capsules.

Until further data are available, RYTHMOL SR should be administered cautiously to patients with impaired renal function. These patients should be carefully monitored for signs of overdosage (see **OVERDOSAGE**).

**Information for Patients:**
Medications and Supplements:
Assessment of patients' medication history should include all over-the-counter, prescription and herbal/natural preparations with emphasis on preparations that may affect the pharmacodynamics or kinetics of Rythmol SR (see **WARNINGS/Use with Drugs that Prolong QT interval and Antiarrhythmic Agents**). Patients should be instructed to notify their health care providers of any change in over-the-counter, prescription and supplement use. If a patient is hospitalized or is prescribed new medication for any condition, the patient must inform the health care provider of ongoing Rythmol SR therapy. Patients should also check with their health care providers prior to taking a new over-the-counter medicine.

Electrolyte Imbalance:
If patients experience symptoms that may be associated with altered electrolyte balance, such as excessive or prolonged diarrhea, sweating, or vomiting, or loss of appetite or thirst, these conditions should be immediately reported to their health care provider.

Dosing Schedule:
Patients should be instructed NOT to double the next dose if a dose is missed. The next dose should be taken at the usual time.

**Elevated ANA Titers:**
Positive ANA titers have been reported in patients receiving propafenone. They have been reversible upon cessation of treatment and may disappear even in the face of continued propafenone therapy. These laboratory findings were usually not associated with clinical symptoms, but there is one published case of drug-induced lupus erythematosus (positive rechallenge); it resolved completely upon discontinuation of therapy. Patients who develop an abnormal ANA test should be carefully evaluated and, if persistent or worsening elevation of ANA titers is detected, consideration should be given to discontinuing therapy.

**Impaired Spermatogenesis:**
Reversible disorders of spermatogenesis have been demonstrated in monkeys, dogs and rabbits after high dose intravenous administration of propafenone. Evaluation of the effects of short-term RYTHMOL administration on spermatogenesis in 11 normal subjects suggested that propafenone produced a reversible, short-term drop (within normal range) in sperm count.

RYTHMOL® SR Labeling
Page 11 of 18

Subsequent evaluations in 11 patients receiving RYTHMOL chronically have found no effect of propafenone on sperm count.

**Neuromuscular Dysfunction:**
Exacerbation of myasthenia gravis has been reported during RYTHMOL immediate release tablet therapy.

**Drug Interactions:**
Drugs that inhibit CYP2D6, CYP1A2 and CYP3A4 might lead to increased plasma levels of propafenone. When propafenone is co-administered with inhibitors of these enzymes, the patients should be closely monitored and the dose adjusted accordingly.

*Quinidine:* Small doses of quinidine completely inhibit the hydroxylation metabolic pathway, making all patients, in effect, slow metabolizers (see **CLINICAL PHARMACOLOGY**). The use of quinidine with propafenone is not recommended.
*Local Anesthetics:* Concomitant use of local anesthetics (i.e., during pacemaker implantations, surgery, or dental use) may increase the risks of central nervous system side effects.
*Digitalis:* RYTHMOL immediate release tablets have been shown to produce dose-related increases in serum digoxin levels ranging from about 35% at 450 mg/day to 85% at 900 mg/day of RYTHMOL immediate release tablets without affecting digoxin renal clearance. Elevations of digoxin levels were maintained for up to 16 months during concomitant administration. Plasma digoxin levels of patients on concomitant therapy should be measured, and digoxin dosage should ordinarily be reduced when propafenone is started, especially if a relatively large digoxin dose is used or if plasma concentrations are relatively high.
*Beta-Antagonists:* In a study involving healthy subjects, concomitant administration of RYTHMOL immediate release tablets and propranolol resulted in substantial increases in propranolol plasma concentration and elimination half-life with no change in propafenone plasma levels from control values. Similar observations have been reported with metoprolol. Propafenone appears to inhibit the hydroxylation pathway for the two beta-antagonists (just as quinidine inhibits propafenone metabolism). Increased plasma concentrations of metoprolol could overcome its relative cardioselectivity. In RYTHMOL immediate release tablet clinical trials, patients who were receiving beta-blockers concurrently did not experience an increased incidence of side effects. While the therapeutic range for beta-blockers is wide, a reduction in dosage may be necessary during concomitant administration with propafenone.
*Warfarin:* In a study of eight healthy subjects receiving RYTHMOL immediate release tablets and warfarin concomitantly, mean steady-state warfarin plasma concentrations increased 39% with a corresponding increase in prothrombin times of approximately 25%. It is therefore recommended that prothrombin times be routinely monitored and the dose of warfarin be adjusted if necessary.
*Cimetidine:* Concomitant administration of RYTHMOL immediate release tablets and cimetidine in 12 healthy subjects resulted in a 20% increase in steady-state plasma concentrations of propafenone with no detectable changes in electrocardiographic parameters beyond that measured on propafenone alone.
*Desipramine:* Concomitant administration of propafenone and desipramine may result in elevated serum desipramine levels. Both desipramine, a tricyclic antidepressant, and propafenone

are cleared by oxidative pathways of demethylation and hydroxylation carried out by the hepatic P-450 cytochrome.

*Cyclosporin:* Propafenone therapy may increase levels of cyclosporin.

*Theophylline:* Propafenone may increase theophylline concentration during concomitant therapy with the development of theophylline toxicity.

*Rifampin:* Rifampin may accelerate the metabolism and decrease the plasma levels and antiarrhythmic efficacy of propafenone.

## Renal and Hepatic Toxicity in Animals:

Renal changes have been observed in the rat following six months of oral administration of propafenone HCl at doses of 180 and 360 mg/kg/day (about two and four times, respectively, the maximum recommended human daily dose [MRHD] on a mg/m$^2$ basis). Both inflammatory and non-inflammatory changes in the renal tubules, with accompanying interstitial nephritis, were observed. These changes were reversible, as they were not found in rats allowed to recover for six weeks. Fatty degenerative changes of the liver were found in rats following longer durations of administration of propafenone HCl at a dose of 270 mg/kg/day (about three times the MRHD on a mg/m$^2$ basis). There were no renal or hepatic changes at 90 mg/kg/day (equivalent to the MRHD on a mg/m$^2$ basis).

## Carcinogenesis, Mutagenesis, Impairment of Fertility:

Lifetime maximally tolerated oral dose studies in mice (up to 360 mg/kg/day, about twice the maximum recommended human oral daily dose [MRHD] on a mg/m$^2$ basis) and rats (up to 270 mg/kg/day, about three times the MRHD on a mg/m$^2$ basis) provided no evidence of a carcinogenic potential for propafenone HCl.

Propafenone HCl tested negative for mutagenicity in the Ames (salmonella) test and in the in vivo mouse dominant lethal test. It tested negative for clastogenicity in the human lymphocyte chromosome aberration assay in vitro and in rat and Chinese hamster micronucleus tests, and other in vivo tests for chromosomal aberrations in rat bone marrow and Chinese hamster bone marrow and spermatogonia.

Propafenone HCl, administered intravenously to rabbits, dogs, and monkeys, has been shown to decrease spermatogenesis. These effects were reversible, were not found following oral dosing of propafenone HCl, were seen at lethal or near lethal dose levels and were not seen in rats treated either orally or intravenously (see **PRECAUTIONS, Impaired Spermatogenesis**). Treatment of male rabbits for 10 weeks prior to mating at an oral dose of 120 mg/kg/day (about 2.4 times the MRHD on a mg/m$^2$ basis) or an intravenous dose of 3.5 mg/kg/day (a spermatogenesis-impairing dose) did not result in evidence of impaired fertility. Nor was there evidence of impaired fertility when propafenone HCl was administered orally to male and female rats at dose levels up to 270 mg/kg/day (about three times the MRHD on a mg/m$^2$ basis).

## Pregnancy:

Teratogenic Effects: *Pregnancy Category C.* Propafenone HCl has been shown to be embryotoxic (decreased survival) in rabbits and rats when given in oral maternally toxic doses of 150 mg/kg/day (about three times the maximum recommended human dose [MRHD] on a mg/m$^2$

basis) and 600 mg/kg/day (about six times the MRHD on a mg/m$^2$ basis), respectively. Although maternally tolerated doses (up to 270 mg/kg/day, about three times the MRHD on a mg/m$^2$ basis) produced no evidence of embryotoxicity in rats, post-implantation loss was elevated in all rabbit treatment groups (doses as low as 15 mg/kg/day, about 1/3 the MRHD on a mg/m$^2$ basis). There are no adequate and well-controlled studies in pregnant women. RYTHMOL SR should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

<u>Non-teratogenic Effects</u>: In a study in which female rats received daily oral doses of propafenone HCl from mid-gestation through weaning of their offspring, doses as low as 90 mg/kg/day (equivalent to the MRHD on a mg/m$^2$ basis) produced increases in maternal deaths. Doses of 360 or more mg/kg/day (four or more times the MRHD on a mg/m$^2$ basis) resulted in reductions in neonatal survival, body weight gain and physiological development.

**Labor and Delivery:**
It is not known whether the use of propafenone during labor or delivery has immediate or delayed adverse effects on the fetus, or whether it prolongs the duration of labor or increases the need for forceps delivery or other obstetrical intervention.

**Nursing Mothers:**
Propafenone is excreted in human milk. Caution should be exercised when RYTHMOL SR is administered to a nursing mother.

**Pediatric Use:**
The safety and effectiveness of propafenone in pediatric patients have not been established.

**Geriatric Use:**
Of the total number of subjects in Phase III clinical studies of RYTHMOL SR, 45.7 percent were 65 and over, while 15.7 percent were 75 and over. No overall differences in safety or effectiveness were observed between these subjects and younger subjects, but greater sensitivity of some older individuals at higher doses cannot be ruled out. The effect of age on the pharmacokinetics and pharmacodynamics of propafenone has not been studied.

**ADVERSE REACTIONS**
The data described below reflect exposure to RYTHMOL SR 225 mg BID in 126 patients, to RYTHMOL SR 325 mg BID in 135 patients, to RYTHMOL SR 425 mg BID in 136 patients, and to placebo in 126 patients for up to 39 weeks in a placebo-controlled trial (RAFT) conducted in the US. The most commonly reported adverse events in the trial included dizziness, chest pain, palpitations, taste disturbance, dyspnea, nausea, constipation, anxiety, fatigue, upper respiratory tract infection, influenza, first degree heart block and vomiting. The frequency of discontinuation due to adverse events was highest during the first 14 days of treatment. The majority of the patients with serious adverse events who withdrew or were discontinued recovered without sequelae.

Adverse events occurring in 2% or more of the patients in any of the RAFT propafenone SR treatment groups and more common with propafenone than with placebo, excluding those that

are common in the population and those not plausibly related to drug therapy, are listed in Table 2.

**Table 2: Most common adverse events (≥2.0% in any RAFT propafenone SR treatment group and more common on propafenone than on placebo)**

| MedDRA Body System/Preferred Term | RYTHMOL SR | | | Placebo (N = 126) n (%) |
|---|---|---|---|---|
| | 225 mg BID (N = 126) n (%) | 325 mg BID (N = 135) n (%) | 425 mg BID (N = 136) n (%) | |
| Mean exposure (days) | 124 | 149 | 141 | 91 |
| **Cardiac disorders** | | | | |
| Angina pectoris | 0 (0) | 0 (0) | 3 (2) | 0 (0) |
| Atrial flutter | 3 (2) | 2 (1) | 0 (0) | 1 (1) |
| AV block first degree | 3 (2) | 3 (2) | 4 (3) | 0 (0) |
| Bradycardia | 4 (3) | 4 (3) | 6 (4) | 1 (1) |
| Cardiac failure congestive | 0 (0) | 1 (1) | 3 (2) | 1 (1) |
| Cardiac murmur | 2 (2) | 3 (2) | 6 (4) | 0 (0) |
| Edema | 6 (5) | 18 (13) | 10 (7) | 8 (6) |
| **Eye disorders** | | | | |
| Vision blurred | 1 (1) | 1 (1) | 5 (4) | 0 (0) |
| **Gastrointestinal disorders** | | | | |
| Constipation | 10 (8) | 19 (14) | 16 (12) | 3 (2) |
| Diarrhea | 2 (2) | 3 (2) | 5 (4) | 3 (2) |
| Dry mouth | 1 (1) | 1 (1) | 5 (4) | 1 (1) |
| Flatulence | 3 (2) | 3 (2) | 1 (1) | 0 (0) |
| Nausea | 11 (9) | 15 (11) | 23 (17) | 11 (9) |
| Vomiting | 1 (1) | 0 (0) | 8 (6) | 3 (2) |
| **General disorder and administration site** | | | | |
| Fatigue | 14 (11) | 17 (13) | 17 (13) | 7 (6) |
| Weakness | 4 (3) | 6 (4) | 6 (4) | 3 (2) |
| **Infections and infestations** | | | | |
| Upper respiratory tract infection | 11 (9) | 16 (12) | 11 (8) | 7 (6) |
| **Investigations** | | | | |
| Blood alkaline phosphatase increased | 0 (0) | 0 (0) | 4 (3) | 0 (0) |
| Cardioactive drug level above therapeutic | 1 (1) | 1 (1) | 3 (2) | 1 (1) |
| Hematuria | 2 (2) | 2 (1) | 4 (3) | 3 (2) |
| **Musculoskeletal, connective tissue and bone** | | | | |
| Muscle weakness | 1 (1) | 5 (4) | 1 (1) | 0 (0) |
| **Nervous system disorders** | | | | |
| Dizziness (excluding vertigo) | 29 (23) | 28 (21) | 29 (21) | 18 (14) |
| Headache | 8 (6) | 12 (9) | 14 (10) | 11 (9) |
| Taste disturbance | 7 (6) | 18 (13) | 30 (22) | 1 (1) |

| MedDRA Body System/Preferred Term | RYTHMOL SR | | | Placebo (N = 126) n (%) |
|---|---|---|---|---|
| | 225 mg BID (N = 126) n (%) | 325 mg BID (N = 135) n (%) | 425 mg BID (N = 136) n (%) | |
| Tremor | 2 (2) | 0 (0) | 3 (2) | 1 (1) |
| Somnolence | 1 (1) | 1 (1) | 4 (3) | 0 (0) |
| Psychiatric disorders | 12 (10) | 17 (13) | 16 (12) | 13 (10) |
| Anxiety | 1 (1) | 4 (3) | 0 (0) | 2 (2) |
| Depression | | | | |
| Respiratory, thoracic and mediastinal disorder | 16 (13) | 23 (17) | 17 (13) | 9 (7) |
| Dyspnea | 2 (2) | 1 (1) | 3 (2) | 0 (0) |
| Rales | 0 (0) | 0 (0) | 3 (2) | 0 (0) |
| Wheezing | | | | |
| Skin & subcutaneous tissue disorders | 2 (2) | 3 (2) | 5 (4) | 0 (0) |
| Ecchymosis | | | | |

No clinically important differences in incidence of adverse reactions were noted by age, or gender. Too few non-White patients were enrolled to assess adverse events according to race. Adverse events occurring in 2% or more of the patients in any of the ERAFT propafenone SR treatment groups and not listed in Table 2 include the following: bundle branch block left, bundle branch block right, conduction disorders, sinus bradycardia and hypotension.

Other adverse events reported with propafenone clinical trials not already listed in Table 2 include the following adverse events by body and preferred term.

*Blood and lymphatic system disorders:* anemia; lymphadenopathy; spleen disorder; thrombocytopenia; *Cardiac disorders:* angina unstable; arrhythmia; atrial hypertrophy; atrioventricular block; bundle branch block; bunch branch block left; bundle branch block right; cardiac arrest; cardiac disorder; conduction disorder; coronary artery disease; extrasystoles; myocardial infarction; nodal arrhythmia; palpitations; pericarditis; sinoatrial block; sinus arrest; sinus arrhythmia; sinus bradycardia; supraventricular extrasystoles; supraventricular tachycardia; ventricular arrhythmia; ventricular extrasystoles; ventricular hypertrophy; *Ear and labyrinth disorders:* hearing impaired; tinnitus; vertigo; *Eye disorders:* eye hemorrhage; eye inflammation; eyelid ptosis; miosis; retinal disorder; visual acuity reduced; *Gastrointestinal disorders:* abdominal distension; abdominal pain; dry throat; duodenitis; dyspepsia; dysphagia; eructation; gastritis; gastroesophageal reflux disease; gingival bleeding; glossitis; glossodynia; gum pain; halitosis; intestinal obstruction; melena; mouth ulceration; pancreatitis; peptic ulcer; rectal bleeding; sore throat;  *General disorders and administration site conditions:* chest pain; feeling hot; hemorrhage; malaise; pain; pyrexia; *Hepato-biliary disorders:* hepatomegaly; *Investigations:* abnormal electrocardiogram; abnormal heart sounds; abnormal liver function tests; abnormal pulse; carotid bruit; decreased blood chloride; decreased blood pressure; decreased blood sodium; decreased hemoglobin; decreased neutrophil count; decreased platelet count; decreased prothrombin level; decreased red blood cell count; decreased weight; electrocardiogram QT prolonged; glycosuria present; heart rate irregular; increased alanine

aminotransferase; increased aspartate aminotransferase; increased blood bilirubin; increased blood cholesterol; increased blood creatinine; increased blood glucose; increased blood lactate dehydrogenase; increased blood pressure; increased blood prolactin; increased blood triglycerides; increased blood urea; increased blood uric acid; increased eosinophil count; increased gamma-glutamyltransferase; increased monocyte count; increased prostatic specific antigen; increased prothrombin level; increased weight; increased white blood cell count; ketonuria present; proteinuria present; *Metabolism and nutrition disorders:* anorexia; dehydration; diabetes mellitus; gout; hypercholesterolemia; hyperglycemia; hyperlipidemia; hypokalemia; *Musculoskeletal, connective tissue and bone disorders:* arthritis; bursitis; collagen-vascular disease; costochondritis; joint disorder; muscle cramps; muscle spasms; myalgia; neck pain; pain in jaw; sciatica; tendonitis; *Nervous system disorders:* amnesia; ataxia; balance impaired; brain damage; cerebrovascular accident; dementia; gait abnormal; hypertonia; hypothesia; insomnia; paralysis; paresthesia; peripheral neuropathy; speech disorder; syncope; tongue hypoesthesia; *Psychiatric disorders:* decreased libido; emotional disturbance; mental disorder; neurosis; nightmare; sleep disorder; *Renal and urinary disorders:* dysuria; nocturia; oliguria; pyuria; renal failure; urinary casts; urinary frequency; urinary incontinence; urinary retention; urine abnormal; *Reproductive system and breast disorders:* breast pain; impotence; prostatism; *Respiratory, thoracic and mediastinal disorders:* atelectasis; breath sounds decreased; chronic obstructive airways disease; cough; epistaxis; hemoptysis; lung disorder; pleural effusion; pulmonary congestion; rales; respiratory failure; rhinitis; throat tightness; *Skin and subcutaneous tissue disorders:* alopecia; dermatitis; dry skin; erythema; nail abnormality; petechiae; pruritis; sweating increased; urticaria; *Vascular disorders:* arterial embolism limb; deep limb venous thrombosis; flushing; hematoma; hypertension; hypertensive crisis; hypotension; labile blood pressure; pallor; peripheral coldness; peripheral vascular disease; thrombosis.

## Laboratory

### Electrocardiograms

Propafenone prolongs the PR and QRS intervals in patients with atrial and ventricular arrhythmias. Prolongation of the QRS interval makes it difficult to interpret the effect of propafenone on the QT interval.

Table 3: Mean Change in 12-Lead Electrocardiogram Results (RAFT)

|  | RYTHMOL SR BID dosing | | | |
|---|---|---|---|---|
|  | 225 mg | 325 mg | 425 mg | Placebo |
|  | n=126 | n=135 | n=136 | n=126 |
| PR (ms) | 9±22 | 12±23 | 21±24 | 1±16 |
| QRS (ms) | 4±14 | 6±15 | 6±15 | -2±12 |
| QTe* (ms) | 2±30 | 5±36 | 6±37 | 5±35 |

*Calculated using Bazett's correction factor

In RAFT, the distribution of the maximum changes in QTc compared to baseline over the study in each patient was similar in the RYTHMOL SR 225 mg BID, 325 mg BID, and 425 mg BID and placebo dose groups. Similar results were seen in the ERAFT study.

RYTHMOL® SR Labeling
Page 17 of 18

Table 4: Number of patients according to the range of maximum QTc change compared to baseline over the study in each dose group (RAFT study)

| Range of maximum QTc change | RYTHMOL SR | | | Placebo |
|---|---|---|---|---|
| | 225 mg BID | 325 mg BID | 425 mg BID | |
| | N=119 | N=129 | N=123 | N=120 |
| | n (%) | n (%) | n (%) | n (%) |
| >20% | 1 (1%) | 6 (5%) | 3 (2%) | 5 (4%) |
| >10-20% | 19 (16%) | 28 (22%) | 32 (26%) | 24 (20%) |
| ≤10% | 99 (83%) | 95 (74%) | 88 (72%) | 91 (76%) |

## OVERDOSAGE

The symptoms of overdosage may include hypotension, somnolence, bradycardia, intra-atrial and intraventricular conduction disturbances, and rarely convulsions and high grade ventricular arrhythmias. Defibrillation as well as infusion of dopamine and isoproterenol have been effective in controlling abnormal ventricular rhythm and blood pressure. Convulsions have been alleviated with intravenous diazepam. General supportive measures such as mechanical respiratory assistance and external cardiac massage may be necessary.

The hemodialysis of propafenone in patients with an overdose is expected to be of limited value in the removal of propafenone as a result of both its high protein binding (>95%) and large volume of distribution.

## DOSAGE AND ADMINISTRATION

The dose of RYTHMOL SR must be individually titrated on the basis of response and tolerance. Therapy should be initiated with RYTHMOL SR 225 mg given every twelve hours. Dosage may be increased at a minimum of five day interval to 325 mg given every twelve hours. If additional therapeutic effect is needed, the dose of RYTHMOL SR may be increased to 425 mg given every twelve hours.

In patients with hepatic impairment or having significant widening of the QRS complex or second or third degree AV block, dose reduction should be considered.

RYTHMOL SR can be taken with or without food. Do not crush or further divide the contents of the capsule.

## HOW SUPPLIED

RYTHMOL® SR (propafenone HCl) capsules are supplied as white, opaque, hard gelatin capsules containing either 225 mg, 325 mg, or 425 mg of propafenone HCl and imprinted in red with ⊟ and strength. The 325 mg strength is also imprinted with a single red band around ¾ of the circumference of the body; the 425 mg strength is imprinted with three bands around ¾ of the circumference of the body.

RYTHMOL© SR Labeling
Page 18 of 18

| | NDC #0074-xxxx-yy | |
|---|---|---|
| | Abbo-Pac® Unit dose | Bottle of 100 |
| 225 mg | 6134-11 | 6134-13 |
| 325 mg | 6135-11 | 6135-13 |
| 425 mg | 6136-11 | 6136-13 |

**Storage:** Store at 25°C (77°F); excursions permitted to 15-30°C (59-86°F) [see USP controlled room temperature]. Dispense in a tight container as defined in the USP.

Rx Only
All Rights Reserved.

RYTHMOL is a registered trademark of G. Petrik used under license by Abbott Laboratories

Product of Switzerland

Revised: NEW



ABBOTT
LABORATORIES
NORTH CHICAGO, IL 60064, U.S.A.
PRINTED IN U.S.A.

EXHIBIT 5





### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1994 by Merriam-Webster, Incorporated

Philippines Copyright 1994 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
        p.      cm.
    ISBN 0-87779-708-0 (unindexed). — ISBN 0-87779-709-9 (indexed).
— ISBN 0-87779-710-2 (deluxe). — ISBN 0-87779-707-2 (laminated cover).
    1. English language—Dictionaries.
PE1628.M36      1994
423—dc20                                               93-32603
                                                            CIP

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

9101112RMcN94

Case 1:06-cv-00774-JJF    Document 202-2    Filed 03/12/2008    Page 27 of 44



**an·ces·tor** \ˈan-ˌses-tər\ *n* [ME *ancestre*, fr. OF, fr. L *antecessor* predecessor, fr. *antecedere* to go before, fr. *ante-* + *cedere* to go — more at CEDE] (13c)  1 : one from whom a person is descended and who is usu. more remote in the line of descent than a grandparent : a forebear  2 : FOREBEARER  3 : a progenitor of a type — **an·ces·tral** \an-ˈses-trəl\ *adj* — **an·ces·tral·ly** \-trə-lē\ *adv*

**an·ces·try** \ˈan-ˌses-trē\ *n* (1580)  1 : line of descent : LINEAGE; *esp* : honorable, noble, or aristocratic descent  2 : persons initiating or comprising a line of descent : ANCESTORS

**an·chor** 1: *A yachtsman's:* 1 ring, 2 stock, 3 shank, 4 bill, 5 fluke, 6 arm, 7 throat, 8 crown; *B grapnel;* *C mushroom.*



**an·cient history** (1595)  1 : the history of ancient times  2 : knowledge or information that is widespread and has lost its initial freshness or importance : common knowledge

**an·cient·ly** *adv* (1502)  1 : in ancient times : long ago

**an·cil·lary** \ˈan-sə-ˌler-ē\ *adj* (1667)  1 : SUBORDINATE, SUBSIDIARY  2 : AUXILIARY, SUPPLEMENTARY

**an·con** \ˈaŋ-ˌkän\ *n, pl* **an·co·nes** — more at ANGLE] (ca. 1706) : a bracket, elbow, or console used as an architectural support

**an·dan·te** \än-ˈdän-ˌtā\ *adv or adj* [It, dim. of *andante*] (1819) : a musical composition or movement in andante tempo

**an·dro·gyny** \an-ˈdrä-jə-nē\ *n* (1552) : the quality or state of being androgynous

**50**   anti...e anticlinal



composing stick

compound interest n (1660) : interest computed on the sum of an original principal and accrued interest

compound microscope n (ca. 1859) : a microscope consisting of an objective and an eyepiece mounted in a drawtube

compound number n (1674) : a number (as 2 ft. 5 in.) involving different denominations or more than one unit

com-pra-dor or com-pra-dore \ˈkäm-prə-ˌdȯr, -ˌdōr\ n [Pg comprador, fr. comprado] 1 a : a Chinese agent engaged by a foreign establishment in China to have charge of its Chinese employees and to act as an intermediary in business affairs  2 : INTERMEDIARY

com-pre-hend \ˌkäm-pri-ˈhend\ vt [ME, fr. L comprehendere, fr. com- + prehendere to grasp — more at GET] (14c)  1 : to grasp the nature, significance, or meaning of  2 : to contain or hold within a total scope, significance, or amount (philosophy's scope ~s the truth of everything which man may understand ~ H. O. Taylor)  3 : to include by construction or implication (does not prudence ~ all the virtues? — Thomas B. Silver)  syn see UNDERSTAND, INCLUDE — com-pre-hend-ible \-ˈhen-də-bəl\ adj — com-pre-hend-ing-ly \-ˈhen-diŋ-lē\ adv

com-pre-hen-si-ble \ˌkäm-pri-ˈhen-sə-bəl\ adj (1598) : capable of being comprehended : INTELLIGIBLE — com-pre-hen-si-bil-i-ty \-ˌhen-sə-ˈbi-lə-tē\ n — com-pre-hen-si-ble-ness \-ˈhen-sə-bəl-nəs\ n — com-pre-hen-si-bly \-blē\ adv

com-pre-hen-sion \ˌkäm-pri-ˈhen-chən\ n [MF & L; MF, fr. L comprehension-, comprehensio, fr. comprehendere to understand, comprise] (15c)  1 : the act or action of grasping with the intellect : UNDERSTANDING  b : knowledge gained by comprehending  c : the capacity for understanding fully  2 a : the act or process of comprising : b : the faculty or capability of including : COMPREHENSIVENESS  3 : CONNOTATION

com-pre-hen-sive \-ˈhen(t)-siv\ adj (1614)  1 : covering completely or broadly : INCLUSIVE (~ examinations) (~ insurance)  2 : having or exhibiting wide mental grasp (~ knowledge) — com-pre-hen-sive-ly adv — com-pre-hen-sive-ness n

1com-press \kəm-ˈpres\ vb [ME, fr. LL compressare to press hard, freq. of L comprimere to compress, fr. com- + premere to press — more at PRESS] vt (14c)  1 : to press or squeeze together  2 : to reduce in size or volume as if by squeezing ~ vi : to undergo compression · syn see CONTRACT

2com-press \ˈkäm-ˌpres\ n [MF compresse, fr. compresser to compress, fr. LL compressare] (1599)  1 : a folded cloth or pad applied so as to compress a body part  2 : a machine for compressing

com-pressed \kəm-ˈprest\ adj (14c)  1 : pressed together  b : reduced in size or volume (as by pressure)  2 : flattened as though subjected to compression : as a flattened laterally (petioles ~)  b : narrow from side to side and deep in a dorsoventral direction  com-pressed-ly \kəm-ˈpre-sid-, -ˈprest-lē\ adv

compressed air n (1669) : air under pressure greater than that of the atmosphere

com-press-ible \kəm-ˈpre-sə-bəl\ adj (1691) : capable of being compressed — com-press-ibil-i-ty \-ˌpre-sə-ˈbi-lə-tē\ n

com-pres-sion \kəm-ˈpre-shən\ n (15c)  1 a : the act, process, or result of compressing  b : the state of being compressed  2 : the process of compressing the fuel mixture in a cylinder of an internal combustion engine (as in an automobile)  3 : a much compressed fossil plant — com-pres-sion-al \-ˈpre-shə-nᵊl\ adj

compressional wave n (1887) : a longitudinal wave (as a sound wave) propagated by the elastic compression of the medium — called also compression wave

com-pres-sive \kəm-ˈpre-siv\ adj (1572)  1 : of or relating to compression  2 : tending to compress — com-pres-sive-ly adv

com-pres-sor \-ˈpre-sər\ n (1839) : one that compresses: as a : a muscle that compresses a part  b : a machine that compresses gases

com-prise \kəm-ˈprīz\ vt [ME, fr. MF compris, pp. of comprendre, fr. L comprehendere] (15c)  1 : to include comprise, esp. within a particular scope : CONSTITUTE  2 : COMPOSE

com-pro-mise \ˈkäm-prə-ˌmīz\ n [ME, fr. MF compromis, fr. LL compromissum, fr. L compromissus, pp. of compromittere to promise mutually, fr. com- + promittere to promise — more at PROMISE] (15c)  1 : settlement of differences by arbitration or by consent reached by mutual concessions  2 a : something intermediate between or blending qualities of two different things  b : a concession to something derogatory or prejudicial (a ~ of principles)

1com-pro-mise \ˈkäm-prə-ˌmīz\ vb, com-pro-mised; com-pro-mis-ing (1598)  1 obs : to bind by mutual agreement  2 : to adjust or settle by mutual concessions  3 a : to expose to suspicion, discredit, or mischief  b : to reveal or expose to an unauthorized person and esp. to an enemy (confidential information was compromised)  c : to cause the impairment of (a compromised immune system) ~ vi  1 : to find or follow a way between extremes  2 : to make a shameful or disreputable concession (wouldn't ~ with their principles) — com-pro-mis-er n

com-pul-sion \kəm-ˈpəl-shən\ n [ME, fr. MF, fr. LL, ML; MF, fr. LL compul-
pulsion, compulsio, fr. L compellere to compel] (15c)  1 : an act of compelling : the state of being compelled  b : a force that compels  2 : an irresistible impulse to perform an irrational act

com-pul-sive \-ˈpəl-siv\ adj (1588)  1 : having power to compel  2 : of, relating to, caused by, or suggestive of psychological compulsion or obsession (~ actions) — com-pul-sive-ly adv — com-pul-sive-ness n — com-pul-siv-i-ty \kəm-ˌpəl-ˈsi-və-tē, ˌkäm-\ n

com-pul-so-ry \kəm-ˈpəls-rē, -ˈpəl-sə-\ adj (1581)  1 : MANDATORY, ENFORCED  2 : COERCIVE COMPELLING — com-pul-so-ri-ly \-rə-lē\ adv

com-punc-tion \kəm-ˈpəŋ(k)-shən\ n [ME compunccioun, fr. L compunction-, compunctio, fr. L compungere to prick — more at PUNGENT] (14c)  1 : anxiety arising from awareness of guilt  2 : distress of mind over an anticipated action or result

com-pur-ga-tion \ˌkäm-(ˌ)pər-ˈgā-shən\ n [LL compurgation-, compurgatio, fr. L compurgare to clear completely, fr. com- + purgare to purge] (ca. 1658) : the clearing of an accused person by oaths of others who swear to the veracity or innocence of the accused

com-put-able \kəm-ˈpyü-tə-bəl\ adj (1646) : capable of being computed — com-put-abil-i-ty \-ˌpyü-tə-ˈbi-lə-tē\ n

com-pu-ta-tion \ˌkäm-pyu̇-ˈtā-shən\ n (15c)  1 a : the act or action of computing : CALCULATION  2 a : a system of reckoning  3 : an amount computed — com-pu-ta-tion-al \-shnəl, -shə-nᵊl\ adj — com-pu-ta-tion-al-ly adv

com-pute \kəm-ˈpyüt\ vb com-put-ed; com-put-ing [L computare — more at COUNT] vt (1616)  1 : to determine esp. by mathematical means ~ vi : to make calculation : RECKON  2 : to use a computer

computed tomography n (1975) : radiography in which a three-dimensional image of a body structure is constructed by computer from a series of plane cross-sectional images made along an axis — called also computed axial tomography, computerized axial tomography, computerized tomography

com-put-er \kəm-ˈpyü-tər\ n, often attrib (1646) : one that computes; specif : a programmable electronic device that can store, retrieve, and process data — com-put-er-dom \-ˌdäm\ n — com-put-er-less \-ləs\ adj — com-put-er-like \-ˌlīk\ adj

computer language n (ca. 1960) : jargon used by computer technologists

com-put-er-ise chiefly Brit var of COMPUTERIZE

com-put-er-ist \kəm-ˈpyü-tə-rist\ n (1973) : a person who uses or operates a computer

com-put-er-ize \kəm-ˈpyü-tə-ˌrīz\ vt -ized; -iz-ing (1957)  1 : to carry out, control, or produce by means of a computer  2 : to equip with computers  3 : to store in a computer  b : to put in a form that a computer can use — com-put-er-iz-able \-ˌrī-zə-bəl\ adj — com-put-er-i-za-tion \-ˌpyü-tə-rə-ˈzā-shən\ n

com-put-er-nik \-ˈpyü-tər-nik\ n (1968) : a computer enthusiast or expert

com-put-er-phobe \-ˌfōb\ n (1976) : a person who experiences anxiety about computers and esp. about their use — com-put-er-pho-bia \-ˌpyü-tər-ˈfō-bē-ə\ n — com-put-er-pho-bic \-ˈfō-bik\ adj

com-rade \ˈkäm-ˌrad, -rəd, esp Brit -ˌräd\ n [MF camarade group slept; comrade \ˈkäm-ˌrad, -rəd, esp Brit ...] — com-rade-ly \-lē\ adj — com-rade-ship \-ˌship\ n

con-sum-mate

1con \ˈkän\ adv [ME, short for contra] (15c) : on the negative side : in opposition (so much has been written pro and ~)

2con \ˈkän\ n (1589)  1 : an argument or evidence in opposition  2 : the live position or one holding it (an appraisal of the pros and ~s)

3con adj [by shortening] (1889) : CONFIDENCE

4con vt conned; con-ning (1896)  1 : SWINDLE  2 : MANIPULATE  3 : PERSUADE, CAJOLE

5con n (1901) : something (as a ruse) used deceptively to gain another's confidence; also : a confidence game : SWINDLE

6con \ˈkän\ vt conned; con-ning [ME connen to know, learn, study, alter. of cunnen to know, infin. of con — more at CAN] (13c)  1 : to commit to memory  2 : to study or examine closely

Comsat \ˈkäm-ˌsat\ service mark — used for communications services involving an artificial satellite

Com-stock-ery \ˈkäm-ˌstä-kə-rē also ˈkəm-\ n [Anthony Comstock † 1915 Am reformer] (1905)  1 : strict censorship of materials considered obscene (as in literature)

com-sym \ˈkäm-ˌsim\ n [communist + sympathizer] (ca. 1961) : a person sympathetic to communist causes — usu. used disparagingly

Comtian or Com-tean \ˈkäm-tē-ən, ˈkōⁿ-\ adj (1846) : of or relating to Auguste Comte or his doctrines — Comtism \ˈkäm-ˌtiz-əm\ n

con \ˈkän\ vt con-ned; con-ning [ME connen to know, learn, study, alter. of cunnen to know]  1 : to commit to memory  2 : to study or examine closely

\ə\ abut  \ᵊ\ kitten, F table  \ər\ farther  \a\ ash  \ā\ ace  \ä\ mop, mar  \au̇\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job  \ŋ\ sing  \ō\ go  \ȯ\ law  \ȯi\ boy  \th\ thin  \t̲h̲\ the  \ü\ loot  \u̇\ foot  \y\ yet  \zh\ vision  \ə, ᵊ, ⁱ, ⁿ, oe, ue, ᵫ, ᵫⁱ\ see Guide to Pronunciation

## 250  contemplative • continually

attention : STUDY  3 : the act of regarding steadily  4 : INTENTION, EXPECTATION

**con·tem·pla·tive** \kən-'tem-plə-tiv; 'kän-təm-plā-, -'tem-\ *adj* (14c) : marked by or given to contemplation *specif* : of or relating to a religious order devoted to prayer and penance — **con·tem·pla·tive·ly** *adv* — **con·tem·pla·tive·ness** *n*

**²contemplative** *n* (14c) : a person who practices contemplation

**con·tem·po·ra·ne·i·ty** \kən-,tem-pə-rə-'nē-ə-tē, -,tem-, -'nā-\, *n* (1772) : the quality or state of being contemporary or contemporaneous

**con·tem·po·ra·ne·ous** \kən-,tem-pə-'rā-nē-əs\ *adj* [L *contemporaneus*, fr. *com-* + *tempor-, tempus* time] (ca. 1656) : existing, occurring, or originating during the same time  *syn* see CONTEMPORARY — **con·tem·po·ra·ne·ous·ly** *adv* — **con·tem·po·ra·ne·ous·ness** *n*

**¹con·tem·po·rary** \kən-'tem-pə-,rer-ē\ *adj* [*com-* + *tempor, tempus*] (1631)  1 : happening, existing, living, or coming into being during the same period of time  2 : SIMULTANEOUS  3 : marked by characteristics of the present period : MODERN, CURRENT — **con·tem·po·rar·i·ly** \-,tem-pə-'rer-ə-lē\ *adv*

*syn* CONTEMPORARY, CONTEMPORANEOUS, COEVAL, SYNCHRONOUS, SIMULTANEOUS, COINCIDENT mean existing or occurring at the same time. CONTEMPORARY is likely to apply to people and what relates to them (Abraham Lincoln was *contemporary* with Charles Darwin). CONTEMPORANEOUS applies to events (*contemporaneous* accounts of the kidnapping). COEVAL refers usu. to periods, ages, eras, eons (two stars thought to be *coeval*). SYNCHRONOUS implies exact correspondence in time and esp. in periodic intervals (*synchronous* timepieces). SIMULTANEOUS implies correspondence in a moment of time (the two shots were *simultaneous*). COINCIDENT is applied to events and may be used in order to avoid implication of causal relationship (the end of World War II was *coincident* with a great vintage year).

**²contemporary** *n, pl* **-rar·ies** (1646)  1 : one that is contemporary with another  2 : one of the same or nearly the same age as another — **con·tem·po·rize** \kən-'tem-pə-,rīz\ *vt* -**rized, -riz·ing** (1646) : to make contemporary

**con·tempt** \kən-'tem(p)t\ *n* [ME, fr. L *contemptus*, fr. *contemnere*] (14c)  1 a : the act of despising : the state of mind of one who despises : DISDAIN  b : lack of respect or reverence for something  2 : the state of being despised  3 : willful disobedience to or open disrespect of a court, judge, or legislative body (~ of court)

**con·tempt·ible** \kən-'tem(p)-tə-bəl\ *adj* (14c)  1 : worthy of contempt  2 *obs* : SCORNFUL, CONTEMPTUOUS — **con·tempt·i·bil·i·ty** \-,tem(p)-tə-'bil-ə-tē\ *n* — **con·tempt·i·bly** \-'tem(p)-tə-blē\ *adv*

*syn* CONTEMPTIBLE, DESPICABLE, PITIABLE, SORRY, SCURVY mean arousing or deserving scorn. CONTEMPTIBLE may imply any quality provoking scorn or a low standing in any scale of values (a *contemptible* liar). DESPICABLE may imply utter worthlessness and usu. suggests arousing an attitude of moral indignation (a *despicable* crime). PITIABLE applies to what inspires mixed contempt and pity (a *pitiable* attempt at tragedy). SORRY may stress pitiable inadequacy or may suggest wretchedness or sordidness (this material is a *sorry* excuse for a car). SCURVY adds to DESPICABLE an implication of arousing disgust (a *scurvy* crew of hangers-on).

**con·temp·tu·ous** \-'tem(p)-chə-wəs, -chəs, -shwəs\ *adj* [L *contemptus*] (1595) : manifesting, feeling, or expressing contempt — **con·temp·tu·ous·ly** *adv* — **con·temp·tu·ous·ness** *n*

**con·tend** \kən-'tend\ *vb* [ME, fr. MF & L; MF *contendre*, fr. L *contendere*, fr. *com-* + *tendere* to stretch — more at THIN] *vi* (15c)  1 : to strive or vie in contest or rivalry or against difficulties : STRUGGLE  2 : to strive in debate : ARGUE  ~ *vt* 1 : MAINTAIN, ASSERT (~ed that he was right)  2 : to struggle for : CONTEST

**con·tend·er** \-'ten-dər\ *n* (1547) : one that contends; *esp* : a competitor for a championship or high honor (a heavyweight title ~)

**¹con·tent** \kən-'tent\ *adj* [ME, fr. MF, fr. L *contentus*, fr. pp. of *continēre* to hold in, contain — more at CONTAIN] (15c) : CONTENTED, SATISFIED

**²content** *vt* (15c)  1 : to appease the desires of  2 : to limit (oneself) in requirements, desires, or actions

**³content** \kən-'tent\ *n* (1579) : CONTENTMENT (to his heart's ~)

**⁴con·tent** \'kän-,tent\ *n* [ME fr. L *contentus*, pp. of *continēre* to contain] (15c)  1 a : something contained — usu. used in pl. (the jar's ~) (the drawer's ~)  b : the topics or matter treated in a written work (table of ~)  2 : SUBSTANCE, GIST  3 : MEANING, SIGNIFICANCE  c : the events, physical detail, and information in a work of art — compare FORM  4 b : 3 : the matter dealt with in a field of study  b : a part, element, or complex of parts  4 : the amount of specified material contained : PROPORTION

**con·tent analysis** *n* (1945) : analysis of the manifest and latent content of a body of communicated material (as a book or film) through a classification, tabulation, and evaluation of its key symbols and themes in order to ascertain its meaning and probable effect

**con·tent·ed** \kən-'ten-təd\ *adj* (1536) : feeling or manifesting satisfaction with one's possessions, status, or situation (a ~ smile) — **con·tent·ed·ly** *adv* — **con·tent·ed·ness** *n*

**con·ten·tion** \kən-'ten-chən\ *n* [ME *contencioun*, fr. MF, fr. L *contention-, contentio* fr. *contendere*] (14c)  1 : an act or instance of contending  2 : a point advanced or maintained in a debate or argument  3 : RIVALRY, COMPETITION  *syn* see DISCORD

**con·ten·tious** \kən-'ten(t)-shəs\ *adj* (15c)  1 : likely to cause contention (a ~ argument)  2 : exhibiting an often perverse and wearisome tendency to quarrels and disputes (a man of a most ~ nature)  *syn* see BELLIGERENT — **con·ten·tious·ly** *adv* — **con·ten·tious·ness** *n*

**con·tent·ment** \kən-'tent-mənt\ *n* (15c)  1 : the quality or state of being contented  2 : something that contents

**content word** \'kän-,tent-\ *n* (1940) : a word that primarily expresses lexical meaning — compare FUNCTION WORD

**con·ter·mi·nous** \kän-'tər-mə-nəs, kən-\ *adj* [L *conterminus*, fr. *com-* + *terminus* boundary — more at TERM] (1631)  1 : having a common boundary  2 : COTERMINOUS  3 : enclosed within one common boundary (the 48 ~ states) — **con·ter·mi·nous·ly** *adv*

**con·test** \kən-'test, 'kän-,\ *vb* [MF *contester*, fr. L *contestari* (litem) to bring an action at law, fr. *com-* + *testari* to call to witness, fr. *com-* + *testis* witness — more at TESTAMENT] *vi* (1603) : STRIVE, VIE  ~ *vt* : to make

the subject of dispute, contention, or litigation; *esp* : DISPUTE, LENGE — **con·test·able** \-'tes-tə-bəl\ *adj* — **con·test·er** *n*

**²con·test** \'kän-,test\ *n* (1647)  1 : a struggle for superiority or vi : COMPETITION  2 : a competition in which each contestant perf without direct contact with or interference from his competitors

**con·tes·tant** \kən-'tes-tənt *also* 'kän-,\ *n* (1665)  1 : one that p pates in a contest  2 : one that contests an award or decision

**con·tes·ta·tion** \,kän-,tes-'tā-shən\ *n* (1580) : CONTROVERSY, DEBATE

**con·text** \'kän-,tekst\ *n* [ME, weaving together of words, fr. L *con textus* connection of words, coherence, fr. *contextere* to weave togeth *com-* + *texere* to weave — more at TECHNICAL] (ca. 1568)  1 : parts of a discourse that surround a word or passage and can t light on its meaning  2 : the interrelated conditions in which s thing exists or occurs : ENVIRONMENT, SETTING — **con·tex·tu** \-'teks(t)-chə-wəl, -'tekst-shə-wəl, kən-, -chəl\ *adj* — **con·tex·tu·al·ly** *adv*

**con·text-free** \,kän-,tekst-'frē\ *adj* (1964) : of, relating to, or be grammar or language based on rules that describe a change in a s without reference to elements outside of the string; *also* : being si rule

**con·tex·tu·al·ize** \kän-'teks-chə-wə-,līz, -chə-,līz\ *vt* -**ized**; **-i** (1934) : to place (as a word or activity) in a context

**con·tex·ture** \kən-'teks-chər, 'kän-,\ *n* (1605)  1 : the manner of weaving part a whole; *also* : a structure so formed (a ~ of ties)  2 : CONTEXT — **con·ti·gu·i·ty** \,kän-tə-'gyü-ə-tē\ *n, pl* **-ties** (1612) : the quality or of being contiguous : PROXIMITY

**con·tig·u·ous** \kən-'ti-gyə-wəs\ *adj* [L *contiguus*, fr. *contigere* to contact with — more at CONTINGENT] (ca. 1609)  1 : being in a contact : touching along a boundary or at a point  2 *of angles* : CENT  3 : next or near in time or sequence  4 : touching or nected throughout in an unbroken sequence (~ row houses)  *sy* ADJACENT — **con·tig·u·ous·ly** *adv* — **con·tig·u·ous·ness** *n*

**con·ti·nence** \'kän-t[ə]-nən(t)s\ *n* (14c)  1 : SELF-RESTRAINT; *esp* : fraining from sexual intercourse  2 : the ability to retain a bodil charge voluntarily (fecal ~)

**¹con·ti·nent** \'kän-t[ə]-nənt\ *adj* [ME, fr. MF, fr. L *continent-, conti* fr. prp. of *continēre* to hold in — more at CONTAIN] (14c)  1 : exe ing continence  2 *obs* : RESTRICTIVE — **con·ti·nent·ly** *adv*

**²con·ti·nent** \'kän-t[ə]-nənt, 'känt-nənt\ *n* [in senses 1 & 2, fr. L nent-, continens, prp. of continēre, to hold together, contain; in sen & 4, fr. L continent-, continens continuous mass of land, mainlan *continent-, continens*, prp.] (1541)  1 *archaic* : CONTAINER, CONFIN *archaic* : EPITOME  3 : MAINLAND  4 : one of the six or seven divisions of land on the globe  b *cap* : the continent of Europe — with the

**con·ti·nen·tal** \,kän-t[ə]-'nent-[ə]l\ *adj* (1760)  1 *a* : of, relating t characteristic of a continent (~ waters); *specif, often cap* : of or ing to the continent of Europe excluding the British Isles  *b often* : of, relating to, or being a cuisine derived from the classic dish Europe and esp. France  2 *a often cap* : of or relating to the col lies forming the U.S. (Continental Congress)  b : being the part U.S. on the No. American continent; *also* : being the part of the comprising the lower 48 states — **con·ti·nen·tal·ly** \-t-[ə]l-ē\ *adv*

**²continental** *n* (1777)  1 *a often cap* : an American soldier o Revolution in the Continental army  b **,** (1) : a piece of Contin paper currency  (2) : the least bit (not worth a ~)  2 : an inhab of a continent and esp. the continent of Europe

**continental breakfast** *n, often cap C* (1911) : a light breakfast ( rolls or toast and coffee)

**continental drift** *n* (1926) : a hypothetical slow movement of continents on a deep-seated viscous zone within the earth — com PLATE TECTONICS

**continental shelf** *n* (1892) : a shallow submarine plain of va width forming a border to a continent and typically ending in a s slope to the oceanic abyss

**continental slope** *n* (1900) : the usu. steep slope from a contin shelf to the ocean floor

**con·tin·gence** \kən-'tin-jən(t)s\ *n* (ca. 1530)  1 : CONTINGENCE  : TANGENCY

**con·tin·gen·cy** \kən-'tin-jən(t)-sē\ *n, pl* **-cies** (1561)  1 : the qu or state of being contingent  2 : a contingent event or condition : an event (as an emergency) that may but is not certain to occur ing to provide for every ~)  b : something liable to happen as an junct to or result of something else  *syn* see JUNCTURE

**contingency fee** *n* (1945) : a fee for services (as of a lawyer) paid successful completion of the services and usu. calculated as a per age of the gain realized for the client — called also *contingent fee*

**con·tin·gen·cy table** *n* (ca. 1947) : a table of data in which the entries tabulate the data according to one variable and which the col entries tabulate it according to another variable and which is used in the study of the correlation between variables

**¹con·tin·gent** \kən-'tin-jənt\ *adj* [ME, fr. MF, fr. L *contingent-, co* *gens, prp.* of *contingere* to have contact with, befall, fr. *com-* + tan .to touch — more at TANGENT] (14c)  1 : likely but not certain to pen : POSSIBLE  2 : not logically necessary; *esp* : EMPIRICAL  ( : happening by chance or unforeseen causes  b : subject to chan unseen effects : UNPREDICTABLE  c : intended for use in circumsta not completely foreseen  4 : dependent on or conditioned by so thing else  5 : not necessitated : determined by free choice  *syn* ACCIDENTAL — **con·tin·gent·ly** *adv*

**²contingent** *n* (1548)  1 : something contingent : CONTINGENCY  representative group : DELEGATION, DETACHMENT

**con·tin·u·al** \kən-'tin-yə-wəl, -yəl\ *adj* [ME, fr. MF, fr. L *continuus* tinuus] (14c)  1 : continuing indefinitely in time without interrup (~ fear)  2 : recurring in steady usu. rapid succession (a history invasions) — **con·tin·u·al·ly** *adv*

*syn* CONTINUAL, CONTINUOUS, CONSTANT, INCESSANT, PERPETUAL, PE NIAL mean characterized by continued occurrence or recurrence. TINUAL often implies a close prolonged succession or recurrence ( *tinual* showers the whole weekend). CONTINUOUS usu. implie uninterrupted flow or spatial extension (football's oldest *contin* rivalry). CONSTANT implies uniform or persistent occurrence or re rence (lived in *constant* pain). INCESSANT implies ceaseless or uni



**254**   **convert ● cool**

spare) in bowling ~ *vi* 1 : to undergo conversion  2 : to make good on a try for point, field goal, or free throw  *syn* see TRANSFORM

**²con·vert** \ˈkän-ˌvərt\ *n* (1561) : one that is converted

**con·vert·er** \kən-ˈvər-tər\ *n* (1533) 1 : one that converts: as  a : the furnace used in the Bessemer process  b *or* con·ver·tor \-ˈvər-tər\ : a device employing mechanical rotation for changing electrical energy from one form to another (as from direct current to alternating current or vice versa); *also* : a radio device for converting one frequency to another  c : a device for adapting a television or radio receiver to receive channels or frequencies for which it was not orig. designed -(a cable ~) (FM ~)  d : a device that accepts data in one form and converts it to another (analog-digital ~)  a : CATALYTIC CONVERTER

**con·vert·i·ble** \kən-ˈvər-tə-bəl, *adj* (14c) 1 : capable of being converted  2 : having a top that may be lowered or removed (~ coupe)  3 : capable of being exchanged for a specified equivalent (as another currency or security) (a bond ~ to 12 shares of common stock) — **con·vert·i·bil·i·ty** \-ˌvər-tə-ˈbi-lə-tē\ *n* — **con·vert·i·ble·ness** \-ˈvər-tə-bəl-nəs\ *n* — **con·vert·i·bly** \-blē\ *adv*

**²convertible** *n* (1615) : something convertible; *esp* : a convertible automobile

**con·vert·i·plane** *also* **con·vert·a·plane** \kən-ˈvər-tə-ˌplān\ *n* (1949) : an aircraft that takes off and lands like a helicopter and flies as a fixed-wing configuration for forward flight

**¹con·vex** \kän-ˈveks; ˈkän-ˌ, kən-ˈ\ *adj* [MF *or* L; MF *convexe*, fr. L *convexus* vaulted, concave, convex, fr. *com-* + *-vexus* perh. akin to L *vehere* to carry — more at WAY] (1571) 1 a : curved or rounded like the exterior of a sphere or circle  b : being a continuous function or part of a continuous function with the property that a line joining any two points on its graph lies on or above the graph  2 a *of a set of points* : containing all points in a line joining any two constituent points  b *of a geometric figure* : comprising a convex set when combined with its interior (a ~ polygon)

**con·vex·i·ty** \kän-ˈvek-sə-tē, kən-\, *n, pl* **-ties** (1599) 1 : the quality or state of being convex  2 : a convex surface or part

**con·vex·o-con·cave** \kən-ˌvek-(ˌ)sō-kän-ˈkāv, kän-ˌvek-, -ˈkän-ˌkāv\ *adj* (1693) 1 : CONCAVO-CONVEX  2 : having the convex side of greater curvature than the concave

**con·vey** \kən-ˈvā\ *vt* con·veyed; con·vey·ing [ME, fr. MF *conveier* to accompany, escort, fr. (assumed) VL *conviare*, fr. L *com-* + *via* way — more at WAY] (14c) 1 *obs* : LEAD, CONDUCT  2 a : to bear from one place to another: *esp* : to move in a continuous stream or mass  b : to impart or communicate by statement, suggestion, gesture, or appearance  c (1) *archaic* : STEAL  (2) *obs* : to carry away secretly  d : to transfer or deliver to another *esp.* by a sealed writing  e : to cause to pass from one place or person to another

**con·vey·ance** \kən-ˈvā-ən(t)s, n (15c) 1 : the action of conveying  2 : a means or way of conveying: *as*  a : an instrument by which title to property is conveyed,  b : a means of transport : VEHICLE

**con·vey·anc·er** \-ən(t)-sər\ *n* (1650) : one whose business is conveyancing

**con·vey·anc·ing** \-ən(t)-siŋ\ *n* (1714) : the act or business of drawing deeds, leases, or other writings for transferring the title to property

**con·vey·or** *also* **con·vey·er** \kən-ˈvā-ər\ *n* (1ca. 1514) : one that conveys: *as*  a : a person who transfers property  b *also* conveyor : a mechanical apparatus for moving articles or bulk material from place to place (as by an endless moving belt or a chain of receptacles)

**con·vey·or·ise** *Brit var of* CONVEYORIZE

**con·vey·or·ize** \-ˌrīz\ *vt* -ized; -iz·ing (1941) : to equip with a conveyor — **con·vey·or·i·za·tion** \-ˌvā-ə-rə-ˈzā-shən\ *n*

**¹con·vict** \kən-ˈvikt\ *adj* (14c) *archaic* : having been convicted

**²con·vict** \kən-ˈvikt\ *vt* [ME, fr. L *convictus*, pp. of *convincere* to refute, convict] (14c) 1 : to find or prove to be guilty  2 : to convince of error or sinfulness

**³con·vict** \ˈkän-ˌvikt\ *n* (15c) 1 : a person convicted of and under sentence for a crime  2 : a person serving a sentence : one long prison sentence

**con·vic·tion** \kən-ˈvik-shən\ *n* (15c) 1 : the act or process of convicting of a crime *esp.* in a court of law  2 a : the act of convincing a person of error or of compelling the admission of a truth  b : the state of being convinced of error or compelled to admit the truth  3 a : a strong persuasion or belief  b : the state of being convinced  *syn* see CERTAINTY, OPINION

**con·vince** \kən-ˈvin(t)s\ *vt* con·vinced; con·vinc·ing [L *convincere* to refute, convict, prove, fr. *com-* + *vincere* to conquer — more at VICTOR] (1530) 1 *obs* : to overcome by argument  2 : to OVERPOWER, OVERCOME  2 *obs* : DEMONSTRATE, PROVE  3 : to bring (as by argument) to belief, consent, or a course of action : PERSUADE (*convinced* himself that she was all right — William Faulkner) (something I could never ~ him to read — John Lahr) — **con·vinc·er** *n*

**con·vinc·ing** \kən-ˈvin(t)-siŋ\ *adj* (1624) 1 : satisfying or assuring by argument or proof (a ~ test of a new product)  2 : having power to convince of the truth, rightness, or reality of something : PLAUSIBLE (told a ~ story)  *syn* see VALID — **con·vinc·ing·ly** \-siŋ-lē\ *adv* — **con·vinc·ing·ness** *n*

**con·viv·i·al** \kən-ˈviv-yəl, -ˈvi-vē-əl\ *adj* [LL *convivialis*, fr. L *convivium* banquet, fr. *com-* + *vivere* to live — more at QUICK] (ca. 1668) 1 : relating to, occupied with, or fond of feasting, drinking, and good company — **con·viv·i·al·i·ty** \-ˌvi-vē-ˈa-lə-tē\ *n* — **con·viv·i·al·ly** \-ˈviv-yə-lē, -ˈvi-vē-ə-lē\ *adv*

**con·vo·ca·tion** \ˌkän-və-ˈkā-shən\ *n* [ME, fr. MF, fr. L *convocation-, convocatio*, fr. *convocatus*] (14c) 1 : an assembly of persons convoked  b (1) : an assembly of bishops and representative clergy of the Church of England  (2) : a consultative assembly of clergy and lay delegates from one part of an Episcopal diocese; *also* : a territorial division of an Episcopal diocese  c : a ceremonial assembly of members of a college or university  2 : the act or process of convoking — **con·vo·ca·tion·al** \-shnəl, -shə-nᵊl\ *adj*

**con·voke** \kən-ˈvōk\ *vt* con·voked; con·vok·ing [MF *convoquer*, fr. L *convocare*, fr. *com-* + *vocare* to call, fr. *vox* voice — more at VOICE] (1598) : to call together to a meeting  *syn* see SUMMON

**con·vo·lute** \ˈkän-və-ˌlüt\ *adj* (1696) : rolled or twisted together : coiled  *syn* see TWIST, COIL

**con·vo·lut·ed** \-ˌlü-təd\ *adj* (1766) 1 : having convolutions  2 : INVOLVED, INTRICATE

---

**convoluted tubule** *n* (1923) : all or part nephron:  a : PROXIMAL CONVOLUTED TUBU TUBULE

**con·vo·lu·tion** \ˌkän-və-ˈlü-shən\ *n* (1545) : folded in curved or tortuous windings  2 : on the surface of the brain and esp. of the ce  3 : a complication or intricacy of form, desi

**con·vol·vu·lus** \kən-ˈväl-vyə-ləs\ *n*, *pl* -lus·es *or* -li \-ˌlī, -ˌlē\ [NL, fr. L *convolve vi* (1650) 1 : to roll together : WRITHE — *vi* late in evolution

**con·voy** \ˈkän-ˌvȯi, kän-ˈ\ *vt* [ME, fr. MF *convoier* fr. *com-* + *via* way — more at VOICE] (14c) : ACCOMPANY, *esp*: to escort f

**²con·voy** \ˈkän-ˌvȯi\ *n* (1523) 1 : one that escort (as for ships)  2 : the act of convoy or organized for convenience or protection (a

**¹con·vulse** \kən-ˈvəls\ *vb* con·vulsed; con· of *convellere* to pluck up, convulse, fr. *com-* at VULNERABLE] *vt* (1643) : to shake or agita with or as if with irregular spasms ~ vi convulsions  *syn* see SHAKE

**con·vul·sion** \kən-ˈvəl-shən\ *n* (1547) 1 : involuntary contraction or series of contrac : a violent disturbance  2 : an uncontrolla vul·sion·ary \-shə-ner-ē\ *adj*

**con·vul·sive** \kən-ˈvəl-siv\ *adj* (1615) 1 : ing a convulsion  b : intended or affected sembling a convulsion in being violent, sud *syn* see FITFUL — **con·vul·sive·ly** *adv* — *co* cony *var of* CONEY

**coo** \ˈkü\ *vi* [imit.] (1670) 1 : to make the pigeon or a similar sound  2 : to talk fond tively (an album that will be ~ed over by c six critics — Ellen Sander) — coo *n*

**¹cook** \ˈkük\ *n* [ME, fr. OE *cōc*, fr. L *coquus*, OE *dīġan* fried, Gk *pessein* to cook] (bef. 1 pare food for eating  2 : a technical or ind to cooking food; *also* : a substance to proce

**²cook** *vi* (14c) 1 : to prepare food for eating undergo the action of being cooked (the rice HAPPEN (find out what was ~ing in the c do, or proceed well (the jazz quartet was ~ right through the night) ~ *vt* 1 : CONCOC with up (~ed up a scheme)  2 : to prepa process  3 : FALSIFY, DOCTOR (~ed the bo cuts and accounting gimmickry — Colleen O to the action of heat or fire — **cook·a·ble** one's goose : to ruin one irretrievably

**³cook·book** \ˌbük\ *n* (1809) : a book o recipes; *broadly* : a book of detailed instructi

**²cookbook** *adj* (1944) 1 : involving or usin whose rationale is not explained (a ~ ap cook cheese *n* (1941) : an unripened cheese been cooked to a soft consistency — called al

**cook·er** \ˈkü-kər\ *n* (1869) : one that cooks: apparatus for cooking  b : one material on cook *: COOK : STOVE

**cook·ery** \ˈkü-kə-rē\ *n, pl* -er·ies (14c cooking  2 : an establishment for cooking

**cook·ery book** *n* (1839) *chiefly Brit* : cookbo

**cook·house** \ˈkük-ˌhau̇s\ *n* (1795) : a buildin

**cook·ie** *or* **cooky** \ˈkü-kē\ *n, pl* **cook·ies** [D (1703) 1 : a small flat or slightly raised ca woman (a buxom French ~ who haunts t spot —*Newsweek*)  b : PERSON, GUY (a tough cookie-cutter *adj* (1963) : marked by lack c : Brit : STOVE

**cookie cutter** *n* (1903) : a device used to cu shapes before baking

**cookie sheet** *n* (1926) : a flat rectangle of me edge used *esp.* for the baking of cookies or bis

**cook·ing** *adj* (ca. 1813) : suitable for or used i

**cook·off** \ˈkük-ˌȯf, -ˌäf\ *n* (1937) : a cooking

**cook off** *vi* (1945) *of a cartridge* : to fire as a r

**cook·out** \ˈkük-ˌau̇t\ *n* (1947) : an outing a and served in the open air : the meal cooke

**cook·shack** \-ˌshak\ *n* (1909) : a shack used f

**cook·shop** \-ˌshäp\ *n* (ca. 1552) : a shop sup food

**Cook's tour** \ˈkuks-\ *n* [Thomas *Cook & Sor* 1909] : a rapid or cursory survey or review

**cook·stove** \ˈkük-ˌstōv\ *n* (1824) : a stove for

**cook·top** \ˈkük-ˌtäp\ *n* (1948) 1 : the flat tof cabinet-top cooking apparatus containing usu

**cook·ware** \ˈkük-ˌwar, -ˌwer\ *n* (1953) : utens

**¹cool** \ˈkül\ *adj* [ME, fr. OE *cōl*; akin to OE *ce* cold — more at COLD] (bef. 12c) 1 : mod warmth  2 a : marked by steady dispassi control (a ~ and calculating administrator ~ ing ardor or friendliness (a ~ impersonal ma : by restrained emotion and the frequent use : from tensions or violence (meeting with mind to keep the city ~)  3 — used as an intensive : marked by deliberate effrontery or lack of d ~ reply)  5 : facilitating or suggesting relief a *of a color* : producing an impression of bein the range violet through blue to green  b *of* lacking in timbre or resonance  7 *slang* : s

cyclamate ... n ...

cyclamen ... n ... a genus of plants of the primrose family ...

cyclase ... n ... an enzyme ...

cyclic ... adj ...

cy-clo ... n ... a group of poems, plays, novels, or songs ...

cyclo- ... comb form ...

cycloid ... adj ... 1 : smooth with rounded or flattened scales 2 : relating to or being a cycloid

cycloid ... n ...

cyclometer ... n ...

cyclone ... n ...

cyclonic ... adj ...

cyclopean ... adj ...

cyclops ... n ...

cymophane ... n ...

*[Dictionary page with three columns of densely-set dictionary entries spanning from "dekagram" through "deliquescent." The body text is set in very small type and is largely illegible at this resolution.]*



flamingo

Case 1:06-cv-00774-JJF     Document 202-2     Filed 03/12/2008     Page 35 of 44



intaglio 1a



\a\ abut \\'\ kitten, F table \\or\ further \\a\ ash \\ā\ ace \\ä\ mop, mar
\\au\ out \\ch\ chin \\e\ bet \\ē\ easy \\g\ go \\i\ hit \\ī\ ice \\j\ job
\\ŋ\ sing \\ō\ go \\ȯ\ law \\ȯi\ boy \\th\ thin \\th\ the \\ü\ loot \\u̇\ foot
\\y\ yet \\zh\ vision \\ə, ḵ, ᵉ, œ, ü, ue\ see Guide to Pronunciation

ble of reducing friction, heat, and wear when introduced as a film between solid surfaces 2 : something that lessens or prevents friction or difficulty — **lubricant** *adj*

**lu·bri·cate** \'lü-brə-ˌkāt\ *vb* -**cat·ed**; -**cat·ing** [L *lubricatus*, pp. of *lubricare*, fr. *lubricus* slippery] 2 t : to apply a lubricant to ~ *vi* 1 : to act as a lubricant — **lu·bri·ca·tion** \ˌlü-brə-'kā-shən\ *n* — **lu·bri·ca·tive** \'lü-brə-ˌkā-tiv\ *adj* — **lu·bri·ca·tor** \-ˌkā-tər\ *n*

**lu·bri·cious** \lü-'bri-shəs\ *or* **lu·bri·cous** \'lü-bri-kəs\ *adj* [ML *lubricus* fr. L slippery, easily led astray] (1535) 1 : marked by wantonness : LECHEROUS *also* : SALACIOUS 2 : SLIPPERY 3 : having a smooth or slippery quality — **lu·bri·cious·ly** *adv*

**lu·bric·i·ty** \lü-'bri-sə-tē\, *n*, *pl* -ties (15c) : the property or state of being lubricious; *also* : the capacity for reducing friction

**Lu·cas** \'lü-kəs\ *n* [LL *Lucanus*, fr. *Lucas* Luke, fr. Gk *Loukas*] (1890) : of or relating to Luke or the Gospel ascribed to him

**lu·carne** \lü-'kärn\ *n* [F] (ca. 1825) : DORMER

**Lu·ca·ya** \lü-'kī-(ˌ)ä\ *also* **Lu·ca·yan** \-'kī-ən\ *n* (1929) : a member of an Arawakan people of the Bahamas

**lu·cen·cy** \'lü-s'n(t)-sē\, *n* (1650) : the quality or state of being lucent
**lu·cent** \'lü-s'nt\ *adj* [ME, fr. L *lucens*, *lucens*, prp. of *lucēre* to shine — more at LIGHT] (15c) 1 : glowing with light : LUMINOUS 2 : marked by clarity or translucence : CLEAR — **lu·cent·ly** *adv*
**lu·cern** *n* [prob. modif. of G *lüchssern* of a lynx, fr. *Luchs* lynx] (ca. 1533) *obs* : LYNX
**lu·cerne** *also* **lu·cern** \lü-'sərn\ *n* [F *luzerne*, fr. Prov *luzerno*] (1620) *chiefly Brit* : ALFALFA

**lu·cid** \'lü-səd\ *adj* [L *lucidus*, fr. *lucēre*] (1591) 1 a : suffused with light : LUMINOUS b : TRANSLUCENT 2 : having full use of one's faculties : SANE 3 : clear to the understanding : INTELLIGIBLE *syn* see CLEAR — **lu·cid·i·ty** *adv* — **lu·cid·ness** *n*
**lu·cid·i·ty** \lü-'si-də-tē\ *n* (1851) 1 : clearness of thought or style 2 : a presumed, capacity to perceive the truth directly and instantaneously : CLAIRVOYANCE

**Lu·ci·fer** \'lü-sə-fər\ *n* [ME, the morning star, a fallen rebel archangel, the Devil, fr. OE, fr. L, the morning star, fr. *lucifer* light-bearing, fr. *lux* light + *-fer -ferous* — more at LIGHT] (bef. 12c) 1 — used as a name of the devil 2 : the planet Venus when appearing as the morning star 3 *not cap* : a friction match having an active substance and many sulfide and potassium chlorate — **Lu·ci·fe·ri·an** \ˌlü-sə-'fir-ē-ən\ *adj*

**lu·cif·er·ase** \lü-'si-fə-ˌrās, -ˌrāz\ *n* [ISV, fr. *luciferin*], (1888) : an enzyme that catalyzes the oxidation of luciferin
**lu·cif·er·in** \-ˌfə-rən\ *n* [ISV, fr. L *lucifer* light-bearing] (1888) : any of various organic substances in luminescent organisms (as fireflies) that upon oxidation produce a virtually heatless light
**lu·cif·er·ous** \lü-'si-fə-rəs\ *adj* [L *lucifer*] (1648) : bringing light or insight : ILLUMINATIVE
**Lu·ci·na** \lü-'sī-nə\ *n* [L, Roman goddess of childbirth] (1658) *archaic* : MIDWIFE

**Lu·cite** \'lü-ˌsīt\ *trademark* — used for an acrylic resin or plastic consisting essentially of polymerized methyl methacrylate
**luck** \'lək\ *n* [ME *lucke*, fr. MD *luc*; akin to MHG *gelücke* luck] (15c) 1 a : a force that brings good fortune or adversity b : the events or circumstances that operate for or against an individual 2 : favoring chance *also* : SUCCESS — **luck·less** \-ləs\ *adj*
**luck** *vi* (ca. 1584) 1 : to prosper or succeed esp. through chance or good fortune — usu. used with *out* 2 : to come upon something desirable by chance — usu. used with *out, on, onto, or into*
**luck·i·ly** \'lə-kə-lē, *adv* (1530) 1 : in a lucky manner 2 : FORTUNATELY 2 ⟨~, we were on time⟩ *usage* see HOPEFULLY 1
**lucky** \'lə-kē\ *adj* **luck·i·er**; -**est** (15c) 1 : having good luck 2 : happening by chance : FORTUITOUS 3 : producing or resulting in good by chance : FAVORABLE 4 : seeming to bring good luck ⟨a rabbit's foot⟩ — **luck·i·ness** \'lə-kē-nəs\ *n*
*syn* LUCKY, FORTUNATE, HAPPY, PROVIDENTIAL mean meeting with unforeseen success. LUCKY stresses the agency of chance in bringing about a favorable result even because of a lucky bounce). FORTUNATE suggests being rewarded beyond one's deserts ⟨fortunate in my investments⟩. HAPPY combines the implications of LUCKY and FORTUNATE with stress on being blessed ⟨a series of *happy* accidents⟩. PROVIDENTIAL more definitely implies the help or intervention of a higher power ⟨a *providential* change in the weather⟩.
**lucky dip** *n* (1922) *Brit* : GRABBAG
**lu·cra·tive** \'lü-krə-tiv\ *adj* [ME *lucratif*, fr. MF, fr. L *lucrativus*, fr. *lucratus*, pp. of *lucrari* to gain, fr. *lucrum*] (15c) : producing wealth : PROFITABLE — **lu·cra·tive·ly** *adv* — **lu·cra·tive·ness** *n*
**lu·cre** \'lü-kər\ *n* [ME, fr. L *lucrum*; prob. akin to OE *léan* reward, OHG *lōn*, Gk *apolauein* to enjoy] (14c) : monetary gain : PROFIT; *also* : MONEY
**lu·cu·bra·tion** \ˌlü-kyə-'brā-shən, ˌlü-kə-\, *n* [L *lucubratio*, *lucubratio* study by night, work produced at night, fr. *lucubrare* to work by lamplight; akin to L *lux, lucis*] (1595) : laborious or intensive study *also* : the product of such study — usu. used in pl.
**lu·cu·lent** \'lü-kyə-lənt\ *adj* [L *luculentus*, fr. *lux, lucis* light] (ca. 1548) : clear in thought or expression : LUCID — **lu·cu·lent·ly** *adv*
**Lu·cul·lan** \lü-'kə-lən\ *also* **Lu·cul·li·an** \-lē-ən\ *adj* [L *Lucullanus* of L *Licinius Lucullus* †ca. 57 B.C. Roman gen. whose reputation for luxurious banquets] (1861) : LAVISH, LUXURIOUS ⟨a ~ feast⟩
**Lud·dite** \'lə-ˌdīt\ *n* [perh. fr. Ned *Ludd*, 18th cent. Leicestershire workman who destroyed machinery] (1811) : one of a group of early 19th century English workmen destroying laborsaving machinery as a protest; *broadly* : one who is opposed to esp. technological change — **Lud·dite** *adj*
**lu·di·crous** \'lü-də-krəs\ *adj* [F *ludique*, fr. L *ludus*] (1940) : of, relating to, or characterized by play : PLAYFUL (~ behavior) ⟨a ~ novel⟩
**lu·di·crous** \'lü-də-krəs\ *adj* [L *ludicrus*, fr. *ludus* play, sport; perh. akin to Gk *loidoros* abusive] (1782) 1 : amusing or laughable through obvious absurdity, incongruity, exaggeration, or eccentricity 2 : meriting derisive laughter or scorn as absurdly inept, false, or foolish *syn* see LAUGHABLE — **lu·di·crous·ly** *adv* — **lu·di·crous·ness** *n*
**lues** \'lü-(ˌ)ēz\ *n, pl* lues [NL, fr. L plague; akin to Gk *lyein* to loosen, destroy — more at LOSE] (1634) : SYPHILIS — **lu·et·ic** \lü-'e-tik\ *adj*

**luff** \'ləf\ *n* [ME, weather side of a ship, luff, fr. MF *lof* weather side of ship] (14c) 1 : the act of sailing a ship nearer the wind 2 : the forward edge of a fore-and-aft sail
**luff** *vi* (14c) : to turn the head of a ship toward the wind
**luf·fa** *var of* LOOFAH
**luft·mensch** \'lüft-ˌmen(t)sh\ *n, pl* **luft·men·schen** \-ˌmen(t)shən\ [Yiddish *luftmentsh*, fr. *luft* air + *mentsh* human being] (1907) : an impractical contemplative person having no definite business or income
**lug** \'ləg\ *vb* **lugged**; **lug·ging** [ME *luggen* to pull by the hair or ear, drag, prob. of Scand origin; akin to Norw *lugge* to pull by the hair] (14c) 1 : DRAG, PULL 2 : to carry laboriously 3 : to introduce in a forced manner ⟨he was ~ into the argument⟩ ~ *vi* 1 : to pull with effort; *esp* : to jerk 2 : to move heavily or by jerks ⟨the car ~ on hills⟩ 3 *of a racehorse* : to swerve from the course toward or away from the inside rail
**lug** *n* (1616) 1 *archaic* a : an act of lugging b : something that is lugged c : a shipping container for produce 2 : LUGSAIL 3 *pl, superior airs or affectations ⟨put on ~⟩ 4 *slang* : an exaction of money — used in the phrase *put the lug on*
**lug** *n* [ME *lugge*, perh. fr. ME *luggen*] (15c) 1 : something (as a handle) that projects like an ear: as a : a leather loop on a harness saddle through which the shaft passes b : a metal fitting to which electrical wires are soldered or connected 2 *chiefly Brit* : EAR 3 : a ridge (as on the bottom of a shoe) to increase traction 4 : a nut used to secure a wheel on an automotive vehicle — *also* lug nut 1
**lug** : BLOCKHEAD, LOUT
**Lu·gan·da** \lü-'gän-də, -'gan-\ *n* (1889) : the Bantu language of the Ganda people
**luge** \'lüzh\ *n* [F] (1905) : a small sled that is ridden in a supine position and used esp. in competition; *also* : the competition itself — **luge** *vi* — **lug·er** \'lü-zhər\ *n*
**lug·gage** \'lə-gij\ *n* (1596) : something that is lugged; *esp* : suitcases for a traveler's belongings : BAGGAGE
**lug·ger** \'lə-gər\ *n* [*lugsail*] (1757) 2 : a small fishing or coasting boat that carries one or more lugsails
**lug·sail** \'ləg-sāl, -s'l *n* [perh. fr. *lug*] (1677) : a 4-sided sail bent to an obliquely hanging yard that is hoisted and lowered with the sail
**lu·gu·bri·ous** \lü-'gü-brē-əs *also* -'gyü-\ *adj* [L *lugubris*, fr. *lugēre* to mourn; akin to Gk *lygros* mournful] (1601) 1 : MOURNFUL; *esp* : exaggeratedly or affectedly mournful ⟨dark, dramatic and ~ brooding —Y. S. Pritchett⟩ 2 : DISMAL ⟨a ~ landscape⟩ — **lu·gu·bri·ous·ly** *adv* — **lu·gu·bri·ous·ness** *n*
**lug·worm** \'ləg-ˌwərm\ *n* [origin unknown] (1802) : any of a genus (*Arenicola*) of marine polychaete worms that have a row of tufted gills along each side of the back and are used for bait
**Lu·kan** \'lü-kən\ *var of* LUCAN
**Luke** \'lük\ *n* [L *Lucas*, fr. Gk *Loukas*] 1 : a Gentile physician and companion of the apostle Paul traditionally identified as the author of the third Gospel in the New Testament and of the book of Acts 2 : the third Gospel in the New Testament — see BIBLE table
**luke·warm** \'lük-'worm\ *adj* [ME, fr. *luke* lukewarm (~ *warm* fr. akin to OHG *lāo* lukewarm — more at LEE] (14c) 1 : moderately warm : TEPID 2 : lacking conviction : HALFHEARTED — **luke·warm·ly** *adv* — **luke·warm·ness** *n*
**lull** \'ləl\ *vb* [ME, prob. of imit. origin] (14c) 1 : to cause to sleep or rest : SOOTHE 2 : to cause to relax vigilance
**lull** *n* (1719) 1 *archaic* : something that lulls; *esp* : LULLABY 2 : temporary pause or decline in activity ⟨the early morning ~ in sales noise⟩; as : a temporary calm before or during a storm b : a temporary drop in business activity
**lul·la·by** \'lə-lə-ˌbī, *n, pl* -**bies** [obs. E *lulla*, interj. used to lull a child (fr. *lull*) + *bye*, interj. used to quiet a child, fr. *bye* bye] (1588) 1 : a soothing refrain; *specif* : a song to quiet children or lull them to sleep
**lul·la·by** *vt* -**bied**; -**by·ing** (1592) : to quiet with or as if with a lullaby
**lu·lu** \'lü-(ˌ)lü\ *n* [prob. fr. *Lulu*, nickname fr. *Louise*] (1886) *slang* : one that is remarkable or wonderful
**lum** \'ləm\ *n* [origin unknown] (ca. 1628) *chiefly Scot* : CHIMNEY
**lum·ba·go** \ˌləm-'bā-(ˌ)gō\ *n* [L, fr. *lumbus*] (ca. 1693) : usu. painful muscular rheumatism involving the lumbar region
**lum·bar** \'ləm-bər, -ˌbär\ *adj* [NL *lumbaris*, fr. L *lumbus* loin — more at LOIN] (ca. 1656) : of, relating to, or constituting the loins or the vertebrae between the thoracic vertebrae and sacrum ⟨~ region⟩
**lum·ber** \'ləm-bər\ *vi* **lum·bered**; **lum·ber·ing** \-b(ə-)riŋ\ *vi* [ME *lomeren*] (14c) 1 : to move ponderously 2 : RUMBLE
**lum·ber** *n* [perh. fr. *Lombard*; fr. the use of pawnshops as storehouses of disused property] (1552) 1 : surplus or disused articles (as furniture) that are stored away 2 : timber or logs esp. when dressed for use b : any of various structural materials prepared in a form similar to lumber — **lumber** *adj*
**lum·ber** *vb* **lum·bered**; **lum·ber·ing** \-b(ə-)riŋ\ *vt* (1642) 1 : to clutter with or as if with lumber : ENCUMBER 2 : to heap together in disorder 3 : to saw up into lumber ~ *vi* 1 : to cut logs for the market or to saw logs into lumber for the market — **lumber·er** \-bər-ər\ *n*
**lum·ber·jack** \'ləm-bər-ˌjak\ *n* (1831) : LOGGER
**lum·ber·man** \-mən, -ˌman\ *n* (1809) 1 : a person who is engaged in one sees the business of cutting, processing, and marketing lumber
**lumber room** *n* (1741) : STOREROOM 1
**lum·ber·yard** \-ˌyärd\ *n* (1788) : a yard where a stock of lumber is kept for sale
**lum·bo·sa·cral** \ˌləm-bō-'sā-krəl, -'sa-\ *adj* (1840) : relating to or of the lumbar and sacral regions or parts
**lu·men** \'lü-mən\ *n, pl* **lumens** *also* **lu·mi·na** \-mə-nə\ [NL, fr. L *lumen*, fr. L, light, air shaft, opening] (1873) 1 : the cavity of a tubular organ ⟨the ~ of a blood vessel⟩ 2 : the bore of a tube (as of a low needle or catheter) 3 : a unit of luminous flux equal to the light emitted in a unit solid angle by a uniform point source of one candle intensity — **lu·mi·nal** *also* **lu·me·nal** \'lü-mə-n'l, -mē-\ *adj*
**lu·min-** *or* **lumini-** *comb form* [ME *lumin-*, fr. L *lumin-, lumen*] : light ⟨*lumini*[cence]⟩
**lu·mi·naire** \ˌlü-mə-'nar, -'ner\ *n* [F, lamp, lighting] (1921) : a complete lighting unit
**lu·mi·nance** \'lü-mə-nən(t)s\ *n* (1880) 1 : the quality or state of being luminous 2 : the luminous intensity of a surface in a given direction per unit of projected area

mez·za vo·ce \·met-sä-'vō-(,)chā, ,med-zä-\ *adv or adj* [It, half voice] (1775) : with medium or half volume — used as a direction in music

mez·zo \'met-(,)sō, 'med-(,)zō, 'medz-(,)ō\ *n, pl* mezzos [It, lit., middle, moderate, half, fr. L *medius*] — more at MID[1832] : MEZZO-SOPRANO

mez·zo for·te \·met-(,)sō-'fȯr-,tā, ,med-(,)zō-, -'fȯr-tē\ *adv or adv* [It] (1811) : moderately loud — used as a direction in music

mez·zo pia·no \-pē-'ä-(,)nō\ *adj or adv* [It] (1811) : moderately soft — used as a direction in music

mez·zo-re·lie·vo or mez·zo-ri·lie·vo \-ri-'lē-(,)vō, -rēl-'yä-(,)vō\ *n, pl* -vos [It *mezzorilievo*, fr. *mezzo* + *rilievo* relief] (1598) : sculptural relief intermediate between bas-relief and high relief

mez·zo-so·pra·no \-sə-'pra-(,)nō, -'prä-\ *n* [It *mezzosoprano*, fr. *mezzo* + *soprano* soprano] (ca. 1753)  1 : a woman's voice with a range between that of the soprano and contralto  2 : a singer having a mezzo-soprano voice

mez·zo·tint \'met-sō-,tint, 'med-zō-\ *n* [modif. of It *mezzotinto*, fr. *mezzo* (fem. of *mezzo*) + *tinto* tint] (1738)  1 : a manner of engraving on copper or steel by scraping or burnishing a roughened surface to produce light and shade  2 : an engraving produced by mezzotint

mho \'mō\ *n, pl* mhos [backward spelling of *ohm*] (1883) : a unit of conductance equal to the reciprocal of the ohm : SIEMENS

mi \'mē\ *n* [ML, fr. the syllable sung to this note in a medieval hymn to St. John the Baptist] (15c) : the 3d tone of the diatonic scale in solmization

MIA \,em-(,)ī-'ā\ *n* [*missing in action*] (1944) : a member of the armed forces whose whereabouts following a combat mission are unknown and whose death cannot be established beyond reasonable doubt

Mi·ami \mī-'a-mē, -mä\ *n, pl* Miami *or* Mi·am·is (1722) : a member of an American Indian people orig. of Wisconsin and Indiana

mi·aow \mē-'au̇\ *var of* MEOW

mi·as·ma \mī-'az-mə, mē-\ *n, pl* -mas *also* -ma·ta \-'mät-ə, -'maz-tə\ [NL, fr. Gk *miainein*, fr. *miainein* to pollute] (1665)  1 : a vaporous exhalation formerly believed to cause disease; *also* : a heavy vaporous emanation or atmosphere (a ~ of tobacco smoke)  2 : an influence or atmosphere that tends to deplete or corrupt (freed from the ~ of poverty —Sir Arthur Bryant); *also* : an atmosphere that obscures : FOG (re-treated into an asexual emotional ~ —Times Lit. Supp.) — mi·as·mal \-məl\ *adj* — mi·as·mat·ic \,mī-əz-'mat-ik, ,mē-\ *adj* — mi·as·mic \mī-'az-mik, mē-\ *adj* — mi·as·mi·cal·ly \-mi-k(ə-)lē\ *adv*

Mi·cah \'mī-kə\ *n* [Heb *Mīkhāh*, short for *Mīkhāyāhū*]  1 : a Hebrew prophet of the 8th century BC  2 : a prophetic book of canonical Jewish and Christian Scripture — see BIBLE table

Mi·caw·ber \mi-'kȯ-bər, -'kä-\ *n* [Wilkins *Micawber*, character in the novel *David Copperfield* (1849–50) by Charles Dickens] (1852) : one who is poor but lives in optimistic expectation of better fortune — Mi·caw·ber·ish \-bə-rish\ *adj*

mice *pl of* MOUSE

mi·celle \mi-'sel\ *n* [NL *micella*, fr. L *mica*] (1881) : a unit of structure built up from polymeric molecules or ions: as  a : an ordered region in a fiber (as of cellulose or rayon)  b : a molecular aggregate that constitutes a colloidal particle — mi·cel·lar \-'se-lər\ *adj*

Mi·cha·el \'mī-kəl\ *n* [Heb *Mīkhā'ēl*] : one of the four archangels named in Hebrew tradition

Mi·chael·is constant \mi-'kā-ləs-, mə-\ *n* [Leonor *Michaelis* 1949 Am. biochemist] (1949) : a constant that is a measure of the kinetics of an enzyme reaction and that is equivalent to the concentration of substrate at which the reaction takes place at one half its maximum rate

Mi·chael·mas \'mi-kəl-məs\ *n* [ME *mychelmasse*, fr. OE *Mīcheles mæsse* Michael's mass] (bef. 12c) : September 29 celebrated as the feast of St. Michael the Archangel

Mi·chael·mas daisy *n* (1785) : a wild aster; *esp* : one blooming about Michaelmas

Mi·che·as \'mī-kē-əs, mī-'\ *n* [LL *Micheas*, fr. Gk *Michaias*, fr. Heb *Mīkhāyāh*] : MICAH

mick \'mik\ *n, often cap* [Mick, nickname for *Michael*, common Irish given name] (1856) : IRISHMAN — often taken to be offensive

Mick·ey Finn \,mik-ē-'fin\ *n* [prob. fr. the name *Mickey Finn*] (1928)  1 : an alcoholic drink doctored with a purgative or a drug

Mickey Mouse \mik-ē-'maus\ *adj* [*Mickey Mouse*, cartoon character created by Walt Disney] (1936)  1 *often used esp* : being or performing insipid or corny popular music  2 : lacking importance : INSIGNIFICANT (*Mickey Mouse* courses, where you don't work too hard —Willie Cager)  3 : annoyingly petty (*Mickey Mouse* regulations) : PETTY

mick·le \'mi-kəl\ *adj* [ME *mikel*, fr. OE *micel* — more at MUCH] (bef. 12c) *chiefly Scot* : GREAT, MUCH — mickle *adv, chiefly Scot*

Mic·mac \'mik-,mak\ *n, pl* Micmac *or* Micmacs [Micmac *mi'kmaw*] (1830)  1 : a member of an American Indian people of eastern Canada  2 : the Algonquian language of the Micmac people

mi·cro *or* micr- *comb form* [ME *micro-*, fr. L, fr. Gk *mikr-*, *mikro-*, fr. *mikros* small, short; perh. akin to OE *smicle* careful, exquisite]  1 a : small : minute (*microsaurid*)  b : used for or involving minute quantities or variations (*microbarograph*)  2 : one-millionth part of a (specified) unit (*microgram*)  3 a : using microscopy (*microdissection*) : used in microscopy  b : revealed by or having the structure discernible only by microscopic examination (*microorganism*); *also* : abnormally small (*microcyte*)  5 : of or relating to a small area (*microclimate)  c : employed in or connected with microphotographing or microfilming (*microcopy*)

mi·cro \'mī-(,)krō\ *adj* [*micro-*] (1923)  –1 : very small; *esp* : MICROSCOPIC  2 : involving minute quantities or variations

micro n, pl micros (1971)  1 : MICROCOMPUTER  2 : MICROPROCESSOR

mi·cro·am·pere \mī-krō-'am-,pir\ *n* (ca. 1890) : a unit of current equal to one millionth of an ampere

mi·cro·anal·y·sis \,mī-krō-ə-'nal-ə-səs\ *n* (1856) : chemical analysis on a small or minute scale that usu. requires special, very sensitive, or small scale apparatus — mi·cro·an·a·lyst \-'a-nəl-ist\ *n* — mi·cro·an·a·lyt·i·cal \,mī-krō-,an-əl-'it-i-kəl\ *adj*

mi·cro·anat·o·my \,mī-krō-ə-'nat-ə-mē\ *n* (ca. 1899) : HISTOLOGY — mi·cro·an·a·tom·i·cal \-,an-ə-'täm-i-kəl\ *adj*

mi·cro·bal·ance \'mī-krō-,ba-lən(t)s\ *n* (1903) : a balance designed to measure very small weights

mi·cro·ba·ro·graph \,mī-krō-'bar-ə-,graf\ *n* [ISV] (1904) : a barograph for recording small and rapid changes

mi·crobe \'mī-,krōb\ *n* [ISV *micr-* + Gk *bios* life — more at QUICK] (1881) : MICROORGANISM, GERM — mi·cro·bi·al \mī-'krō-bē-əl\ *also* mi·cro·bic \-bik\ *adj*

mi·cro·beam \'mī-krō-,bēm\ *n* (1950) : a beam of radiation of small cross section (a focused laser ~) (a ~ of electrons)

mi·cro·bi·ol·o·gy \,mī-krō-,bī-'ä-lə-jē\ *n* [ISV] (1888) : a branch of biology dealing esp. with microscopic forms of life — mi·cro·bi·o·log·i·cal \-bē-ə-'lä-ji-kəl\ *also* mi·cro·bi·o·log·ic \-jik\ *adj* — mi·cro·bi·o·log·i·cal·ly \-ji-k(ə-)lē\ *adv* — mi·cro·bi·ol·o·gist \-'ä-lə-jəst\ *n*

mi·cro·brew·ery \,mī-krō-'brü-ə-rē, -'brü(-ə)r-ē\ *n* (1984)  1 : a small brewery with usu. only local distribution — mi·cro·brew·er \-'brü-ər\ *n* — mi·cro·brew·ing \-'brü-iŋ\ *n*

mi·cro·burst \'mī-krō-,bərst\ *n* (1982) : a violent short-lived localized downdraft that creates extreme wind shears at low altitudes and is usu. associated with thunderstorms

mi·cro·bus \'mī-krō-,bəs\ *n* (1948) : a station wagon shaped like a bus

mi·cro·cal·o·rim·e·ter \,mī-krō-,ka-lə-'ri-mə-tər\ *n* (1911) : an instrument for measuring very small quantities of heat — mi·cro·cal·o·ri·met·ric \-kə-,lȯr-ə-'me-trik, -ka-lȯ-, -lȯr-ē-\ *adj* — mi·cro·cal·o·rim·e·try \-,ka-lə-'ri-mə-trē\ *n*

mi·cro·cap·sule \'mī-krō-,kap-səl, -(,)sül \also -(,)syü(ə)l\ *n* (1961) : a tiny capsule containing material (as an adhesive or a medicine) that is released when the capsule is broken, melted, or dissolved

mi·cro·cas·sette \,mī-krō-kə-'set, -ka-\ *n* (1979) : a small cassette of magnetic tape that is used esp. for dictation

mi·cro·ce·phal·ic \-sə-'fa-lik\ *adj* (ca. 1856) : having a small head; *specif* : having an abnormally small head

mi·cro·cephalic *n* (ca. 1871) : one that is microcephalic

mi·cro·ceph·a·ly \-'se-fə-lē\ *n* [NL *microcephalia*, fr. *microcephalic*, fr. *micr-* + Gk *kephalē* head — more at CEPHALIC] (1863) : a condition of abnormal smallness of the head usu. associated with mental defects

mi·cro·chip \'mī-krō-,chip\ *n* (1969) : INTEGRATED CIRCUIT

mi·cro·cir·cuit \-,sər-kət\ *n* (1959) : a compact electronic circuit : as: INTEGRATED CIRCUIT — mi·cro·cir·cuit·ry \-,sər-kə-trē\ *n*

mi·cro·cir·cu·la·tion \-,sər-kyə-'lā-shən\ *n* (1959) : blood circulation in the microvascular system; *also* : the microvascular system itself — mi·cro·cir·cu·la·to·ry \-lə-,tōr-ē, -,tȯr-ē\ *adj*

mi·cro·cli·mate \'mī-krō-,klī-mət\ *n* [ISV] (1925) : the essentially uniform local climate of a usu. small site or habitat — mi·cro·cli·mat·ic \,mī-krō-klī-'ma-tik\ *adj*

mi·cro·cline \'mī-krō-,klīn\ *n* [G *Mikroklin*, fr. *mikr-* micr- + Gk *klinein* to lean — more at LEAN] (1849) : a triclinic mineral of the feldspar group that is like orthoclase in composition

mi·cro·coc·cus \,mī-krō-'kä-kəs\ *n, pl* -coc·ci \-'käk-,(s)ī, -'kä-,(k)ī, 'käk-,(s)ī, (k)ī\ [NL] (1870) : a small spherical bacterium; *esp* : any of a genus (*Micrococcus*) of gram-positive chiefly harmless bacteria that typically occur in irregular clusters — mi·cro·coc·cal \-'kä-kəl\ *adj*

mi·cro·code \'mī-krō-,kōd\ *n* (ca. 1962) : the microinstruction set of a microprocessor

mi·cro·com·put·er \'mī-krō-kəm-,pyü-tər\ *n* (1971)  1 : a very small computer that uses a microprocessor to handle information  2 : a microprocessor

mi·cro·copy \'mī-krō-,kä-pē\ *n* [ISV] (1935) : a photographic copy in which graphic matter is reduced in size (as on microfilm)

mi·cro·cosm \'mī-krō-,kä-zəm\ *n* [ME, fr. ML *microcosmus*, modif. of Gk *mikros kosmos*] (15c)  1 : a little world; *esp* : the human race or human nature seen as an epitome of the world or the universe  2 : a community or other unity that is an epitome of a larger unity — mi·cro·cos·mic \,mī-krō-'käz-mik\ *adj* — mi·cro·cos·mi·cal·ly \-'käz-mi-k(ə-)lē\ *adv* — in microcosm : in a greatly diminished size, form, or scale

microcosmic salt *n* (1783) : a white crystalline salt $NaNH_4PO_4·4H_2O$ used as a flux in testing for metallic oxides and salts

mi·cro·cos·mos \'mī-krō-'käz-məs, -mäs, -,mōs\ *n* [ME *microcosmos*] (1921) : MICROCOSM  2 : the microscopic or submicroscopic world

mi·cro·crys·tal \'mī-krō-,kris-t<sup>ə</sup>l\ *n* (1886) : a crystal visible only under the microscope — mi·cro·crys·tal·line \,mī-krō-'kris-tə-lən *also* -,līn *or* -,lēn\ *adj* — mi·cro·crys·tal·lin·i·ty \-,kris-tə-'li-nə-tē\ *n*

mi·cro·cul·ture \'mī-krō-,kəl-chər\ *n* (1892)  1 : a microscopic culture of cells or organisms  2 : the culture of a small group of human beings within a larger group — mi·cro·cul·tur·al \-'kəlch-rəl, -'kəl-chə-rəl\ *adj*

mi·cro·cu·rie \'mī-krō-,kyu̇r-ē, ,mī-krō-kyu̇-'rē\ *n* (1911) : a unit of quantity or of radioactivity equal to one millionth of a curie

mi·cro·cyte \'mī-krə-,sīt\ *n* [ISV] (1876) : a small red blood cell potent esp. in some anemias — mi·cro·cyt·ic \,mī-krə-'si-tik\ *adj*

mi·cro·den·si·tom·e·ter \,mī-krō-,den(t)-sə-'tä-mə-tər\ *n* (1935) : a densitometer for measuring the densities of very small areas of a photographic film or plate (as for detecting invisible spectrographic lines) — mi·cro·den·si·to·met·ric \-,den(t)-sə-tə-'me-trik\ *adj* — mi·cro·den·si·tom·e·try \-sə-'tä-mə-trē\ *n*

mi·cro·dis·sec·tion \,mī-krō-di-'sek-shən, -,dī-\ *n* (1915) : dissection under the microscope; *specif* : dissection of cells and tissues by means of fine needles that are precisely manipulated by levers

mi·cro·dot \'mī-krō-,dät, -,krō-\ *n* (1946)  1 : a photographic reproduction of printed matter reduced to the size of a dot for ease or security of transmittal

mi·cro·earth·quake \,mī-krō-'ərth-,kwāk\ *n* (1965) : an earthquake of low intensity

mi·cro·eco·nom·ics \-,e-kə-'nä-miks, -,ē-kə-\ *n pl but usu sing in constr* (1947) : a study of economics in terms of individual areas of activity (as a firm, household, or prices) — compare MACROECONOMICS — mi·cro·eco·nom·ic \-ik\ *adj*

mi·cro·elec·trode \,mī-krō-i-'lek-,trōd\ *n* (1917) : a minute electrode; *esp* : one that is inserted in a living biological cell or tissue in studying its electrical characteristics

mi·cro·elec·tron·ics \-i-,lek-'trä-niks\ *n* that deals with ... 2 : devices and components ... — mi·cro·elec·tron·ic \-ik\ *adj*

mi·cro·elec·tro·pho·re·sis ... electrophoresis of particles ... minute size or of ... movement ... electrophoresis ... — mi·cro·elec·tro·pho·ret·ic ...

mi·cro·en·cap·su·late \,mī-krō-in-'kap-sə-,lāt\ *vt* ... to enclose in a microcapsule — mi·cro·en·cap·su·la·tion *n*

mi·cro·fiche \'mī-krō-,fēsh, -,fish\ *n, pl* microfiche *or* microfiches ... : a sheet of microfilm containing ... rows of ... document pages in reduced form

mi·cro·film \'mī-krō-,film\ *n* [ISV] (1911) : a film bearing a photographic record on a reduced scale — microfilm *vt* — mi·cro·film·able *adj* — mi·cro·film·er *n*

mi·cro·form \'mī-krō-,fȯrm\ *n* (1950) : a ... reduced photographic reproduction (as on microfilm)

mi·cro·gram \'mī-krō-,gram\ *n* [ISV] (1893) : one millionth of a gram — see METRIC SYSTEM table

mi·cro·graph \'mī-krō-,graf\ *n* [ISV] (1843) : a graphic ... (as of an object formed by a microscope)

mi·cro·graph·ics \,mī-krə-'gra-fiks\ *n pl but usu sing in constr* ... the production ... and use ... microform ...

mi·cro·grav·i·ty \'mī-krō-'gra-və-tē\ *n* : a condition of very low gravity ...

mi·cro·groove \'mī-krō-,grüv\ *n* (1948) : a groove (as of a phonograph record) having a ... small width ...

mi·cro·hab·i·tat \,mī-krō-'ha-bə-,tat\ *n* : the ... microhabitat of an organism ...

mi·cro·lith \'mī-krō-,lith\ *n* [ISV] ... : a small stone tool ...

mi·cro·man·age \,mī-krō-'ma-nij\ *vt* ... to manage with excessive control or attention — mi·cro·man·age·ment *n* — mi·cro·man·ag·er *n*

mi·cro·me·te·or·ite \,mī-krō-'mē-tē-ə-,rīt\ *n* ... : a very small meteorite ...

mi·crom·e·ter \mī-'krä-mə-tər\ *n* : an instrument ... for measuring minute ... — mi·cro·met·ri·cal \,mī-krə-'me-tri-kəl\ *adj*

mi·cro·me·tre \'mī-krō-,mē-tər\ *n* ... : a unit of length equal to one millionth of a meter

mi·cro·min·i·a·ture \,mī-krō-'mi-nē-ə-,chu̇r\ *adj* : MICROMINIATURIZED

mi·cron \'mī-,krän\ *n, pl* microns *also* mi·cra \-krə\ [ISV] ... : MICROMETER ... — mi·cron·ic *adj*

Mi·cro·ne·sian \,mī-krə-'nē-zhən\ *n* ... — Micronesian *adj*

mi·cro·or·gan·ism \,mī-krō-'ȯr-gə-,ni-zəm\ *n* ... : an organism of microscopic or ultramicroscopic size — mi·cro·or·gan·is·mal *adj*



²ni·tro n, pl nitros (1903) : any of various nitrated products; specif : NITROGLYCERIN

ni·tro·ben·zene \ˌnī-trō-ˈben-ˌzēn, -bən-\ n [ISV] (1868) : a poisonous yellow insoluble oil $C_6H_5NO_2$ with an almond odor that is used esp. as a solvent, as a mild oxidizing agent, and in making aniline

ni·tro·cel·lu·lose \-ˈsel-yə-ˌlōs, -ˌlōz\ n [ISV] (1882) : any of several nitric-acid esters of cellulose used esp. for making explosives, plastics, and varnishes

ni·tro·fu·ran \ˌnī-trō-ˈfyu̇r-ˌan, -fyə-ˈran\ n (1930) : any of several nitro derivatives of furan used as bacteria-inhibiting agents

ni·tro·gen \ˈnī-trə-jən\ n, often attrib [F nitrogène, fr. nitre 'niter' + -gène 'gen] (1794) : a colorless tasteless odorless element that as a diatomic gas is relatively inert and constitutes 78 percent of the atmosphere by volume and that occurs as a constituent of all living tissues — see ELEMENT table — ni·trog·e·nous \nī-ˈträj-ə-nəs\ adj

ni·trog·e·nase \nī-ˈträj-ə-ˌnās, ˈnī-trə-jə-ˌnās\ n (1934) : an enzyme of various nitrogen-fixing bacteria that catalyzes the reduction of molecular nitrogen to ammonia

nitrogen balance n (1944) : the difference between nitrogen intake and nitrogen loss in the body or the soil

nitrogen cycle n (1908) : a continuous series of natural processes by which nitrogen passes successively from air to soil to organisms and back to air or soil involving principally nitrogen fixation, nitrification, decay, and denitrification

nitrogen dioxide n (ca. 1906) : a reddish brown gas $NO_2$ that is a strong oxidizing agent, is produced by combustion use of fossil fuels, and is an atmospheric pollutant

nitrogen fixation n (1895) : the metabolic assimilation of atmospheric nitrogen into ammonia by soil microorganisms and esp. rhizobia — nitrogen–fixer n (1912) : any of various soil microorganisms that are involved in nitrogen fixation

nitrogen–fixing adj (1899) : capable of nitrogen fixation (~ bacteria)

nitrogen mustard n (1943) : any of various toxic blistering compounds analogous to mustard gas but containing nitrogen instead of sulfur

nitrogen narcosis n (1937) : a state of euphoria and exhilaration that occurs when nitrogen in normal air enters the bloodstream at approximately seven times atmospheric pressure (as in deep-water diving) — called also rapture of the deep

nitrogen oxide n (ca. 1934) : any of several oxides of nitrogen most of which are produced in combustion and are considered to be atmospheric pollutants: as a : NITRIC OXIDE b : NITROGEN DIOXIDE c : NITROUS OXIDE

nitrogen tetroxide n (1898) : a colorless toxic gas $N_2O_4$ that is a dimer of nitrogen dioxide and that in liquid form is used as an oxidizer in rocket engines

ni·tro·glyc·er·in or ni·tro·glyc·er·ine \ˌnī-trə-ˈglis-rən, -ˈglis-ə-\ or [ISV] (1857) : a heavy oily explosive poisonous liquid $C_3H_5N_3O_9$ used chiefly in making dynamites and in medicine as a vasodilator

ni·tro·meth·ane \ˌnī-trō-ˈme-ˌthān, Brit usu -ˈmē-\ n (1872) : a liquid nitroparaffin $CH_3NO_2$ that is used as an industrial solvent, in chemical synthesis, and as a fuel for rockets and high-performance engines

ni·tro·par·af·fin \-ˈpar-ə-fən\ n [ISV] (1892) : any of various nitro derivatives of alkanes

nitros– or nitroso– comb form [NL nitrosa nitrous] : containing the group NO (nitrosamine)

ni·tro·sa·mine \nī-ˈtrō-sə-ˌmēn\ n (1878) : any of various organic compounds which are characterized by the grouping NNO and some of which are powerful carcinogens

ni·trous \ˈnī-trəs\ adj [NL nitrosus, fr. L. full of natron, fr. natrum natron — more at NITER] (1601) archaic : of, relating to, or containing niter

nitrous acid n (1676) : an unstable acid $HNO_2$ known only in solution or in the form of its salts

nitrous oxide n (1800) : a colorless gas $N_2O$ that when inhaled produces loss of sensibility to pain preceded by exhilaration and sometimes laughter and is used esp. as an anesthetic in dentistry and that is an atmospheric pollutant produced by combustion and a suspected contributor to greenhouse warming — called also laughing gas

nit·ty–grit·ty \ˈni-tē-ˈgri-tē, ˌ-ˈ-\ n [origin unknown] (1963) : what is essential and basic : specific practical details (get down to the ~ of the problem) — nitty–gritty adj

nit·wit \ˈnit-ˌwit\ n [prob. fr. G dial. nit not + E wit] (ca. 1922) : a scatterbrained or stupid person

nix \ˈniks\ n [G nichts nothing] (1789) : NOTHING

²nix vt (ca. 1934) : VETO, REJECT (the court ~ed the merger)

³nix adv (ca. 1909) : NO — used to express disagreement or the withholding of permission often used with no (they said ~ on our plan)

⁴nix n [G, fr. OHG nihhus akin to OE nicor water monster and perh. to Gk nizein to wash] (1833) : a water sprite of Germanic folklore

nix·ie \ˈnik-sē\ n [G Nixe female nix, fr. OHG nichessa, fem. of nihhus nix] (1816) : nix

²nix·ie also nixy \ˈnik-sē\ n, pl nix·ies [nix + -y (ca. 1890) : a piece of mail that is undeliverable because illegibly or incorrectly addressed

Nix·on \ˈnik-sən\, Richard Milhous (1913–1994) pres. of the U.S.

ni·zam \ni-ˈzäm, ˈnī-zəm, nī-\ n [Hindi nizām order, governor, fr. Ar nizām] (1768) : one of a line of sovereigns of Hyderabad, India, reigning from 1713 to 1950 — ni·zam·ate \ni-ˈzä-ˌmāt, nī-\ n

¹no \ˈnō\ adv [ME, fr. OE nā, fr. ne not + ā always; akin to ON & OHG ne not, L ne-, Gk nē- — more at AYE] (bef. 12c)  1 : a chiefly Scot : NOT  b — used as a function word to express the negative of an alternative choice or possibility (shall we go? or not dinner or ~)  2 : in no respect or degree — used in comparisons  3 : not so — used to express negation, dissent, denial, or refusal (~, I'm not going)  4 — used with a following adjective to imply a meaning expressed by the opposite positive statement (in ~ uncertain terms)  5 — used as a function word to emphasize a following negative or to introduce a more emphatic, explicit, or comprehensive statement  6 — used as an interjection to express surprise, doubt, or incredulity  7 — used with an affirmation to form a compound adjective (no-bake pie)

²no adj [(12c)  1 a : not any (~ parking)  (~ dispute)  b : hardly any : very little (finished in ~ time)  2 : not a : quite other than a (he's ~ expert)  3 — used in combination with a noun to form a compound adjective (a no-nonsense realist)

³no \ˈnō\ n, pl noes or nos \ˈnōz\ (1588)  1 : an act or instance of refusing or denying by the use of the word no : DENIAL  2 : a negative vote or decision  b pl : persons voting in the negative

No or Noh \ˈnō\ n, pl No or Noh [Jp nō, lit., talent] (1871) : classic Japanese dance-drama having a heroic theme, a chorus, and highly stylized action, costuming, and scenery

no–account adj (1845) : of no account : TRIFLING (her ~ relatives)

No·ah \ˈnō-ə\ also \nō-ˈä-ᵊn\ ad [Heb Nōaḥ Noah] (1678)  1 : of or relating to the patriarch Noah or his time  2 : ANCIENT, ANTIQUATED

No·ah \ˈnō-ə\, n [Heb Nōaḥ] : an Old Testament patriarch who in the ark in which he, his family, and living creatures of every kind survived the Flood

¹nob \ˈnäb\ n [prob. alter. of knob] (ca. 1700)  1 : HEAD  2 : a jack of the same suit as the starter in cribbage that scores one point for the holder — usu. used in the phrases his nob or his nobs

²nob n [perh. fr. ¹nob] (1703) chiefly Brit : one in a superior position in life

nob·ble \ˈnä-bəl\ vt nob·bled; nob·bling \-b(ə-)liŋ\ [perh. irreg. freq. of nab] (1847)  1 Brit : to incapacitate (a racehorse) esp. by drugging  2 slang Brit  a : to win over to one's side  b : STEAL  c : SWINDLE, CHEAT  d : to get hold of ; CATCH — nob·bler \-b(ə-)lər\ n

nob·by \ˈnä-bē\ adj nob·bi·er; -est (1788) : CHIC, SMART

No·bel·ist \nō-ˈbe-list\ n (1938) : a winner of a Nobel prize

no·bel·i·um \nō-ˈbe-lē-əm\ n [NL, fr. Alfred B. Nobel] (1957) : a radioactive element produced artificially — see ELEMENT table

No·bel \nō-ˈbel, ˈnō-bel\, n (1900) : any of various annual prizes (as in peace, literature, medicine) established by the will of Alfred Nobel for the encouragement of persons who work for the interests of humanity

no·bil·i·ty \nō-ˈbi-lə-tē\ n [ME nobilite, fr. MF nobilité, fr. L nobilitas, fr. nobilis] (14c)  1 : the quality or state of being noble in character, quality, or rank  2 : the body of persons forming the noble class in a country or state : ARISTOCRACY

no·ble \ˈnō-bəl\ adj no·bler \-b(ə-)lər\; no·blest \-b(ə-)ləst\ [ME, fr. OF, fr. L nobilis well-known, noble, fr. noscere to come to know — more at KNOW] (13c)  1 a : possessing outstanding qualities : ILLUSTRIOUS  b : FAMOUS, NOTABLE (~ deeds)  2 : of high birth or exalted rank : ARISTOCRATIC  3 a : possessing very high or excellent qualities or properties (~ wine)  b : very good or excellent  4 : grand or impressive esp. in appearance (~ edifice)  5 : possessing, characterized by, or arising from superiority of mind or character or of ideals or morals : LOFTY (a ~ ambition)  6 : chemically inert or inactive esp. toward oxygen (a ~ metal such as platinum) — compare BASE 6b — no·ble·ness \-nəs\ n — no·bly \-blē\ adv

¹no·ble n (14c)  1 : a person of noble rank or birth  2 : an old English gold coin equivalent to 6s 8d

noble gas n (1902) : any of a group of rare gases that include helium, neon, argon, krypton, xenon, and sometimes radon and that exhibit great stability and extremely low reaction rates — called also inert gas

no·ble·man \ˈnō-bəl-mən\ n (14c) : a man of noble rank : PEER

noble savage n (1672) : a mythic conception of people belonging to non-European cultures as having innate natural simplicity and virtue uncorrupted by European civilization; also : a person exemplifying this conception

no·blesse \nō-ˈbles\ n [ME, fr. OF noblesse, fr. noble] (13c)  1 : noble birth or condition  2 : the members esp. of the French nobility

no·blesse oblige \nō-ˈbles-ō-ˈblēzh\ n [F, lit., nobility obligates] (1837) : the obligation of honorable, generous, and responsible behavior associated with high rank or birth

no·ble·wom·an \ˈnō-bəl-ˌwu̇-mən\ n (13c) : a woman of noble rank : PEERESS

¹no·body \ˈnō-bä-dē, -ˌbä-dē\ pron (14c) : no person : not anybody

²nobody n, pl no·bod·ies (1581) : a person of no influence or consequence

no–brain·er \ˈnō-ˈbrā-nər\ n (1973) : something that requires a minimum of thought

no·cent \ˈnō-sᵊnt\ adj [ME, fr. L nocent, nocens, fr. prp. of nocēre to harm, hurt — more at NOXIOUS] (15c) : HARMFUL

no·ci·cep·tive \ˌnō-si-ˈsep-tiv\ adj [L noceō + E -i- + receptive] (1904)  1 of a stimulus : PAINFUL, INJURIOUS  2 : of, induced by, or responding to a nociceptive stimulus — used esp. of receptors or protective reflexes

¹nock \ˈnäk\ n [ME nocke notched tip on the end of a bow; akin to MD nocke summit] (14c)  1 : one of the notches cut in either of two tips of a horn fastened on the ends of a bow or in the bow itself for holding the string  2 a : the part of an arrow having a notch for the bowstring  b : the notch itself

²nock vt (14c)  1 : to make a nock in (a bow or arrow)  2 : to fit (as an arrow) against the bowstring

no con·test n (1952) : NOLO CONTENDERE

noc·tam·bu·list \näk-ˈtam-byə-list\ n [L noct-, nox night + -ambulare to walk + -ist] (1818) : SLEEPWALKER

noc·ti·lu·cent cloud \ˌnäk-tə-ˈlü-sᵊnt-\ n [noctilucent silver, fr. L noct- + lucent, lucens luceō] (1910) : a luminous thin usu. colored cloud seen esp. at twilight at a height of about 50 miles (80 kilometers)

noc·tu·id \ˈnäk-chə-wəd, -shə-\ n [NL Noctuidae, fr. Noctua, genus of moths, fr. L the little owl (Athene noctua); akin to L nox night] (1894) : any of a large family (Noctuidae) of medium-sized often dull-colored moths with larvae (as cutworms and armyworms) that are often destructive agricultural pests — noctuid adj

noc·turn \ˈnäk-ˌtərn\ n [ME nocturne, fr. MF, fr. ML nocturna, fem. of nocturnal] (15c) : a principal division of the office of matins

noc·tur·nal \näk-ˈtər-nᵊl\ adj [ME, fr. MF or LL, MF nocturnal, fr. LL nocturnalis, fr. L nocturnus of night, fr. noct-, nox night] (15c)  1 of, relating to, or occurring in the night (a ~ journey)  2 : active at night (a ~ predator) — noc·tur·nal·ly \-ᵊl-ē\ adv

nocturne \ˈnäk-ˌtərn\ n [F, adj., nocturnal, fr. L nocturnus] (1862) : a work of art dealing with evening or night esp. : a dreamy pensive composition for the piano — compare AUBADE 3

noc·u·ous \ˈnä-kyə-wəs\ adj [L nocuus, fr. nocēre to harm — more at NOXIOUS] (1637) : HARMFUL — noc·u·ous·ly adv

¹nod \ˈnäd\ vb nod·ded; nod·ding [ME nodden; perh. akin to OHG hnoton to shake] (14c)  1 : to make a quick downward motion of the head whether deliberately (as in expressing assent, salutation, or command) or involuntarily (as from drowsiness)  2 : to incline or sway

**pre-sid-ed** *adj* ...

**pre-side** *vb* **pre-sid-ed; pre-sid-ing** [L. *praesidēre* to guard, *prae-* + *sedēre* to sit — more at SIT] ... **1 :** to occupy the place of authority, as president, chairman, or moderator **b :** to occupy a position of authority ...

**pres-i-den-cy** *n* ...

**pres-i-dent** \'prez-ə-dənt, -ˌdent\ *n* [ME *president*, fr. L. *praesident-, praesidens*, fr. prp. of *praesidēre*] ...

**pres-i-dent-elect** *n* ...

**pres-i-den-tial** \ˌprez-ə-'den-chəl\ *adj* ...

**pre-sid-i-um** \pri-'sid-ē-əm\ *n* ...

**press** *vb* ...

**press-board** \'pres-ˌbȯrd, -ˌbōrd\ *n* (1849) **1 :** IRONING BOARD; *esp* **:** a small one for sleeves **2 :** a strong highly glazed composition board ...

**press box** *n* (1889) **:** a space reserved for reporters (as at a stadium)

**press cloth** *n* (1899) **:** a cloth used between an iron and a fabric

**press conference** *n* (1937) **:** an interview or announcement given by a public figure to the press by appointment

**press-gang** \'pres-ˌgaŋ\ *vt* ...

**press-ing** *adj* (1616) **1 :** urgently important **:** CRITICAL **2 :** EARNEST, INSISTENT — **press-ing-ly** *adv*

**press-man** \'pres-mən, -ˌman\ *n* (1598) **1 :** an operator of a press; *esp* **:** the operator of a printing press **2** *Brit* **:** NEWSPAPERMAN

**press-mark** \-ˌmärk\ *n* [*press* (closet)] (1802) *chiefly Brit* **:** a mark or number assigned to a book to indicate its location in a library

**press of sail** (1794) **:** the fullest amount of sail that a ship can crowd on — called also *press of canvas*

**press-room** \'pres-ˌrüm, -ˌru̇m\ *n* (1683) **1 :** a room in a printing plant containing the printing presses **2 :** a room (as at the White House) for the use of reporters

**press-run** \-ˌrən\ *n* (1945) **:** a continuous operation of a printing press producing a specified number of copies; *also* **:** the number of copies printed

**press secretary** *n* (1951) **:** a person officially in charge of press relations for a person prominent in public life (the President's *press secretary*)

**press-up** \'pres-ˌəp\ (1936) *Brit* **:** PUSH-UP

**pres-sure** \'presh-ər\ *n* [ME, fr. L. *pressura*, fr. L. action of pressing, pressure, fr. *pressus*, pp. of *premere*] (14c) **1 a :** the burden of physical or mental distress **b :** the constraint of circumstances **2 :** the application of force to something **3 :** the application of force to something pressing against an object **4 :** the action of a force against an opposing force ...

**pres-sure cooker** *n* (1915) **1 :** an airtight vessel for quick cooking or preserving of foods by means of superheated steam under pressure; **2 :** a situation or environment that is fraught with emotional or social pressures — **pressure-cook** *vb*

**pres-sure gauge** *n* (1862) **:** a gauge for indicating fluid pressure

**pressure group** *n* (1928) **:** an interest group organized to influence public and esp. government policy but not to elect candidates to office

**pressure point** *n* (1909) **:** a point where a blood vessel runs near a bone and can be compressed (as to check bleeding) by the application of pressure against the bone

**pressure suit** *n* (1936) **:** an inflatable suit for high-altitude or space flight to protect the body from low pressure

**pressure wave** *n* (1942) **:** a wave (as a sound wave) in which the propagated disturbance is a variation of pressure in a material medium — called also *P-wave*

**pres-sur-ize** \'presh-ə-ˌrīz\ *vt* **-ized; -iz-ing** (1938) **1 :** to confine the contents of under a pressure greater than that of the outside atmosphere **2 :** to maintain near-normal atmospheric pressure in (as in a high-altitude or spaceflight) **3 :** to design to withstand pressure — **pres-sur-iza-tion** \ˌpresh-(ə-)rə-'zā-shən\ *n* — **pres-sur-iz-er** *n*

**press-work** \'pres-ˌwərk\ *n* (1771) **:** the operation, management, or product of a printing press; *esp* **:** the branch of printing concerned with the actual transfer of ink from form or plates to paper

**Prest** \'prest\ *adj* [ME, fr. OF, fr. L. *praestus* — more at PRESTO] (14c) *archaic* **:** READY

**pres-ti-dig-i-ta-tion** \ˌpres-tə-ˌdij-ə-'tā-shən\ *n* [F, fr. *prestidigitateur* prestidigitator, fr. *preste* nimble, quick (fr. It *presto*) + L *digitus* finger — more at DIGIT] (1859) **:** SLEIGHT OF HAND, LEGERDEMAIN — **pres-ti-dig-i-ta-tor** \-'dij-ə-ˌtāt-ər\ *n*

**pres-tige** \pre-'stēzh, -'stēj\ *n*, *often attrib* [F, fr. MF, conjuror's trick, illusion, fr. L *praestigiae*, pl., conjuror's tricks, fr. *praestringere* to graze, blunt, constrict, fr. *prae-* + *stringere* to bind tight — more at STRAIN] (1829) **1 :** standing or estimation in the eyes of people **2 :** commanding position in people's minds — **pres-ti-gious** \pre-'stij-əs\ *adj*

**pres-to** \'pres-(ˌ)tō\ *adv or adj* [It, fr. L *praestus* ready] (1598) **1 :** suddenly as if by magic **:** IMMEDIATELY **2 :** at a rapid tempo — used in a direction in music

**pre-stress** \(ˌ)prē-'stres\ *vt* (1934) **:** to introduce internal stresses into (a structural beam) to counteract the stresses that will result from applied load (as in incorporating cables under tension in concrete) — **pre-stress** \'prē-ˌstres, prē-'\ *n* (1951) **1 :** the stresses introduced in prestressing **2 :** the process of prestressing **3 :** the condition of being prestressed

**pre-sum-able** \pri-'zü-mə-bəl\ *adj* (1692) **:** capable of being presumed **:** acceptable as an assumption — **pre-sum-ably** \-blē\ *adv* (1846) **:** by reasonable assumption

**pre-sume** \pri-'züm\ *vb* **pre-sumed; pre-sum-ing** [ME, fr. L. LL & MF, L. *praesumere* to dare, fr. L. to anticipate, assume, fr. *prae-* + *sumere* to take; MF *presumer* to presume, fr. L *praesumere* — more at CONSUME] *vt* (14c) **1 :** to undertake without leave or clear justification **:** DARE **2 :** to expect or assume esp. with confidence **3 :** to suppose to be true without proof (*presumed* innocent until proved guilty) **4 :** to take for granted **:** IMPLY ~ *vi* **1 :** to act or proceed presumptuously or on a presumption **2 :** to go beyond what is right or proper — **pre-sum-ed-ly** \-'zü-məd-lē, -'zümd-lē\ *adv* — **pre-sum-er** *n*

**pre-sump-tion** \pri-'zəm(p)-shən\ *n* [ME *presumpcioun*, fr. OF *presumpcion*, fr. LL & L) LL *praesumption-, praesumptio* presumptuous attitude, fr. L assumption, fr. L *praesumere*] (13c) **1 :** an attitude or belief dictated by probability **:** ASSUMPTION **2 :** the ground, reason, or evidence lending probability to a belief **3 :** a legal inference as to the existence or truth of a fact not certainly known that is drawn from the known or proved existence of some other fact

**pre-sump-tive** \-'zəm(p)-tiv\ *adj* (15c) **1 :** based on probability or presumption **2 :** giving grounds for reasonable opinion or belief **3 :** being an embryonic precursor with the potential for forming a particular structure or tissue in the normal course of development (~ retina) — **pre-sump-tive-ly** *adv*

**pre-sump-tu-ous** \pri-'zəm(p)-chü-wəs, -chəs, -shəs\ *adj* [ME, fr. MF *presumptueux*, fr. LL *praesumptuosus*, irreg. fr. *praesumptio*] (14c) **:** overstepping due bounds (as of propriety or courtesy) **:** taking liberties — **pre-sump-tu-ous-ly** *adv* — **pre-sump-tu-ous-ness** *n*

**pre-sup-pose** \ˌprē-sə-'pōz\ *vt* [ME & MF *presupposer*, fr. ML *praesupponere* (perf. indic. *praesupposui*), fr. L *prae-* + ML *supponere* to suppose — more at SUPPOSE] (15c) **1 :** to suppose beforehand **2 :** to require as an antecedent in logic or fact — **pre-sup-po-si-tion** \(ˌ)prē-ˌsə-pə-'zish-ən\ *n*

**pre-syn-ap-tic** \ˌprē-sə-'nap-tik\ *adj* (1959) **:** situated or occurring just before a nerve synapse — **pre-syn-ap-ti-cal-ly** \-ti-k(ə-)lē\ *adv*

**pret-a-por-ter** or **prêt-à-porter** \ˌpret-ə-pȯr-'tā\ *n* [F, ready to wear] (1959) **:** ready-to-wear clothes

**pre-teen** \(ˌ)prē-'tēn, 'prē-ˌtēn\ *n* (1952) **:** a boy or girl not yet 13 years old — **preteen** *adj* (1954) **1 :** relating to or produced for children esp. in the 9 to 12 year-old age group (~ fashions) **2 :** being younger than 13

**pre-teen-ager** \(ˌ)prē-'tē-nə-jər\ *n* (1965) **:** PRETEEN

**pre-tend** \pri-'tend\ *vb* [ME, fr. L *praetendere* to allege as an excuse, lit., to stretch out, fr. *prae-* + *tendere* to stretch — more at THIN] *vt* (14c) **1 :** to give a false appearance of being, possessing, or performing (does not ~ to be a sophisticate) **2 :** to make believe **:** FEIGN (he ~ed deafness) **b :** to claim, represent, or assert falsely (~ing an emotion he could not really feel) **3** *archaic* **:** VENTURE, UNDERTAKE ~ *vi* **1 :** to feign an action, part, or role in play **2 :** to put in a claim — **pre-tend-er** *n*

**pre-tend** *adj* (1911) **:** IMAGINARY, MAKE-BELIEVE

**pre-tend-ed** *adj* (15c) **:** professed or avowed but not genuine (~ affection) — **pre-tend-ed-ly** *adv*

**pre-tender** \pri-'ten-dər\ *n* (1609) **:** one that pretends **:** as **a :** one who lays claim to something; *specif* **:** a claimant to a throne when it is held to have no just title **b :** one who makes a false or hypocritical show

**pre-tense** or **pre-tence** \'prē-ˌten(t)s, pri-'\ *n* [ME, fr. MF *pretensse*, fr. (assumed) ML *praetensa*, fr. L, fem. of *praetensus*, pp. of L *praetendere*] (15c) **1 :** a claim made or implied; *esp* **:** one not supported by fact **2 :** a mere simulation **:** PRETENTIOUSNESS (pompous dignity with pomposity and ~ —Bennett Cerf) **b :** a pretentious act or assertion **3 :** an inadequate or inchoate attempt to obtain a certain condition or quality **4 :** professed rather than real intention or purpose **:** PRETEXT (was there under false ~) **5 :** MAKE-BELIEVE, FICTION **6 :** false show

**pre-ten-sion** \pri-'ten-chən\ *n* (15c) **1 :** an allegation of doubtful value **:** PRETEXT **2 :** a claim or an effort to establish a claim **3 :** a claim or right to attention or honor because of merit **4 :** an aspiration or intention that may or may not reach fulfillment (has serious literary ~) **5 :** VANITY, PRETENTIOUSNESS — **pre-ten-sion-less** \-ləs\ *adj*

**pre-ten-tious** \pri-'ten-chəs\ *adj* (1832) **1 :** making usu. unjustified or excessive claims (as of value or standing) (the ~ fraud who assumes a love of culture that is alien to him —Richard Watts) **b :** expressive of affected, unwarranted, or exaggerated importance, worth, or stature (~ language) (~ houses) **2 :** making demands on one's skill, ability, or means **:** AMBITIOUS (the ~ daring of the Green Mountain Boys in crossing the lake —*Amer. Guide Series: Vt.*) *syn* see SHOWY — **pre-ten-tious-ly** *adv* — **pre-ten-tious-ness** *n*

**pret-er-it** or **pret-er-ite** \'pret-ə-rət\ *adj* [ME *preterit*, fr. MF, fr. L *praeteritus*, fr. pp. of *praeterire* to go by, pass, fr. *praeter* beyond, past, by (fr. compar. of *prae* before) + *ire* to go — more at FOR, ISSUE] (14c) *archaic* **:** BYGONE, FORMER

**preterit** or **preterite** *n* (14c) **:** PAST TENSE

**pre-term** \(ˌ)prē-'tərm, 'prē-ˌ\ *adj* (1928) **:** of, relating to, being, or brought forth by premature birth (~ infant) (~ labor)

**pre-ter-mi-nal** \(ˌ)prē-'tərm-nəl, -'tər-mə-\ *adj* (1947) **:** occurring before death (~ cancer)

**pre-ter-mis-sion** \ˌprēt-ər-'mish-ən\ *n* [L *praetermission-, praetermissio* fr. *praetermittere*] (1583) **:** the act or an instance of pretermitting **:** OMISSION

\ə\ abut \ˆ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \th\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision \ə, k, ⁿ, œ, ᴤ, ū, ᵫ\ see Guide to Pronunciation

ial force and continuing in motion by its own a weapon (as a firearm)   2 : a self-propelling

: projecting or impelling forward (a ~ force) i forward

n(\ n (1557) 1 a : a systematic presentation e lines on a flat surface upon which features : of the earth or the celestial sphere may be : or technique of representing a spatial object surface, or a line by projecting its points: also 'med . 2 : a transforming change — 3 : the act forward...4 : the forming of a plan : SCHEM. out  (2) : a part that juts out  b : a view of a element  6 a : the act of perceiving a mental nsibly objective; also : something so perceived e's own ideas, feelings, or attitude to other the externalization of blame, guilt, or respon- st anxiety . 7 : the display of projection from them upon a screen  8 a : the act of ience  b : control of the volume, clarity, and : gain greater audibility  9 : an estimate of on a current trend — pro-jec-tion-al \-shnal,

SION. PROTUBERANCE. BULGE mean an extension · or surface. PROJECTION implies a jutting out hose projections along the wall are salient fea- gests a thrusting out so that the extension bizarre protrusions of a coral reef). PROTUBER- · or swelling out in rounded form (a skin dis- protuberances). BULGE suggests an expansion ure (bulge in the tile floor).

ter (1557) 1 : PLANE esp 2 a draft of a pro-

'n [projects \-'zhā(z), -zhā(z)\ [F, fr. MF leter] (1808) 1 : FLANE esp 2 a draft of a pro- 2 : a projected or proposed design -ē-ēv\ n [NL Protoryotes, proposed subdivi- -ē-kəry- + -otes, pl. n. suffix, fr. Gk ōtos — cellular organism (as a bacterium or a blue have a distinct nucleus — compare EUKARY- ·kar-ē-'ō-tik\ adj

'n [Gpro- + lan- + -lyte] (1932) : a protein obe of the pituitary that induces lactation tt \'prō-la-mən, -,men\ n [ISV prolin + am- 38) : any of various simple proteins (as zein eds, and are insoluble in absolute alcohol or

fr. L proles progeny — more at PROLETARIAN. gonadotrophic hormones:  a : FOLLICLU- L LUTEINIZING HORMONE S-\ n [NL prolapsus, fr. LL, fall, fr. L prolabi · pro-forward or labi to slide — more at PRO. lling down or slipping of a body part from its

pro-lapsed; pro-laps-ing (1876) : to un-

L prolatus (lip. of proferre to bring forward, + latus, lip. of ferre to carry — more at BEAR. DEED, esp : elongated in the direction of a line xroid)\ ")

7 : PROLETARIAN e (1816) : a fleshy leg that occurs on an ab- insect larvae but not in the adult 1'glā-mə-,nən, -mən, -,ōl əv-nrā, \-nō\ [Gk, prolegein to say beforehand, fr. pro- before + LEGEIN] (ca. 1652) : prefatory remarks; specif al discussion serving to introduce and inter- pro-le-gom-e-nous \-nəs\ adj n, pl -lep-ses \-,sēz\ [Gk prolēpsis, fr. prolam- L fr. pro- before + lambanein to take — more ICATION as . a : the representation or assump- velopment as if presently existing or accom- on of an adjective to a noun in anticipation of the verb (as in "while yet faint show") in the ·lep-tic \-'lep-tik\ adj — pro-lep-ti-cal-ly

ır-ē-ət, -'tar-, -ē-,at\ n [F proletariat, fr. L he lowest social or economic class of a comm- e class; esp : the class of industrial workers is of production and hence sell their labor to

[the dictionary body continues in dense columns — individual entries for pro-life, proliferate, proliferation, prolific, proline, prolix, prolocutor, prologize, prologue, prolong, prolongation, prolusion, PROMENADE, Prometheus, promethium, prominence, prominent, promiscuous, promise, promisee, promising, promontory, promote, promotion, prompt, promulgate, pronate, prone, proneness, etc.]

\à\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ cot, cart ...see Guide to Pronunciation

\a\ abut  \ʳ\ kitten, F table  \ər\ further \a\ ash  \ā\ ace, \ä\ mop, mar
\aú\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job
\ŋ\ sing  \ō\ go  \ò\ law  \oí\ boy  \th\ thin  \th\ the  \ü\ loot  \ù\ foot
\y\ yet  \zh\ vision  \ə, ᵏ, ⁿ, œ, ü, œ̄, ᵫ\ see Guide to Pronunciation

part of a vehicle on the axles   **c** : the act, process, or manner in which the pendulum of a timepiece is suspended

**suspension bridge** *n* (1821) : a bridge that has its roadway suspended from two or more cables usu. passing over towers and securely anchored at the ends — see BRIDGE illustration

**suspension points** *n pl* (1919) : usu. three spaced periods used to show the omission of a word or word group from a written context

**suspensive** \sə-'spen(t)-siv\ *adj* (15c)   **1** : stopping temporarily : SUSPENDING \(~ ~ veto\)   **2** : characterized by suspense, judgment, or indecisiveness : characterized by suspension — **suspensively** *adv*

**suspen·sor** \sə-'spen(t)-sər\ *n* [NL, fr. L suspendere] (1832) : a suspending part or structure as   **a** : a group or chain of cells that is produced from the zygote of a heterosporous plant and serves to push the embryo which arises at its extremity deeper into the embryo sac and into contact with the food supply of the megaspore   **b** : either of a pair of gametangia-bearing hyphal outgrowths in fungi (order Mucorales) that extend from two sexually compatible hyphae and support the resulting zygospore

**sus·pen·so·ry** \sə-'spen(t)-sə-rē, -'spen(t)s-rē\ *adj* (15c)   **1** : held in suspension; also : fitted or serving to suspend   **2** : temporarily leaving undetermined : SUSPENSIVE

**suspensory** *n, pl* -ries (15c) : something that suspends or holds up; *esp* : a fabric supporter for the scrotum

**suspensory ligament** *n* (1831) : a ligament or fibrous membrane suspending an organ or part; *esp* : a ringlike fibrous membrane connecting the ciliary body and the lens of the eye and holding the lens in place — see EYE illustration

**sus·pi·cion** \sə-'spish-ən\ *n* [ME, fr. L suspicion-, suspicio, fr. suspectus] ... : the act or an instance of suspecting ... : a state of mental uneasiness and uncertainty : DOUBT   **2** : barely detectable amount : TRACE *(just a ~ of garlic)*   *syn* see UNCERTAINTY

**suspicion** *vt* suspi·cioned; suspi·cion·ing \-'shə-niŋ\ (ca. 1637) *chiefly dial* : SUSPECT

**sus·pi·cious** \sə-'spish-əs\ *adj* (14c)   **1** : tending to arouse suspicion : QUESTIONABLE   **2** : disposed to suspect : DISTRUSTFUL \(~ of strangers\)   **3** : expressing or indicative of suspicion \(a ~ glance\) — **suspiciously** *adv* — **suspiciousness** *n*

**sus·pi·ra·tion** \ˌsəs-pə-'rā-shən\ *n* (15c) : a long deep breath : SIGH

**sus·pire** \sə-'spī(-ə)r\ *vi* suspired; suspir·ing [ME, fr. L suspirare, fr. sub- + spirare to breathe] (15c)   **1** : to draw a long deep breath : SIGH   **2** : to breathe

**sus·tain** \sə-'stān\ *vt* [ME susteinen, fr. AF sustein-, stem of sustenir, fr. L sustinēre, fr. sub- + tenēre to hold] (13c)   **1** : to give support or relief to   **2** : to supply with sustenance : NOURISH   **3** : KEEP UP, PROLONG   **4** : to support the weight of : PROP   **5** : to buoy up   **6** : to bear up under   **7** : SUFFER, UNDERGO \(~ed heavy losses\)   **8** : to support as true, legal, or just   **9** : to prove or corroborate : CONFIRM — **sus·tain·a·ble** \-'stā-nə-bəl\ *adj*

**sus·tained** \sə-'stānd\ *adj* (1727)   **1** : capable of being sustained

**sus·te·nance** \'səs-tə-nən(t)s\ *n* [ME, fr. AF, fr. OF, fr. sustenir] (14c)   **1** : means of support, maintenance, or subsistence : LIVING   **2** : FOOD, PROVISIONS; *also* : NOURISHMENT

**Susu** \'sü-(ˌ)sü\ *or* **Soso** *or* **Sousou** (1786)   **1** : a member of a West African people of Mali, Guinea, and the area along the northern border of Sierra Leone   **2** : the Mande language of the Susu people

**su·sur·ra·tion** \ˌsü-sə-'rā-shən\ *n* (14c) : a whispering sound : MURMUR

**su·sur·rous** \sü-'sər-əs, -'sə-rəs, 'sü-sə-\ *adj* (1859) : full of whispering sounds

**su·sur·rus** \sü-'sər-əs, -'sə-rəs\ *n* [L, hum, whisper — more at SWARM] (1826) : a whispering or rustling sound — **su·sur·rant** \-'sər-ənt, -'sə-rənt\ *adj*

**su·tra** \'sü-trə\ *n* [Skt sūtra precept, lit., thread; akin to L suere to sew, — more at SEW] (1801)   **1** : a precept summarizing Vedic teaching; *also* : a collection of these precepts   **2** : a discourse of the Buddha

**sut·tee** \ˌsə-'tē, 'sə-ˌtē\ *n* [Skt satī wife who performs suttee, lit., devoted woman, fr. fem. of sat true, good; akin to OE sōth true — more at ...]

**SOOTH** (1786) : the act or custom of a Hindu widow willingly being cremated on the funeral pyre of her husband as an indication of her devotion to him; *also* : a woman cremated in this way

**su·ture** \'sü-chər\ *n* [MF & L; MF, fr. L sutura, fr. sutus, pp. of suere to sew — more at SEW] (1541)   **1 a** : a strand or fiber used to sew parts of the living body; *also* : a stitch made with a suture   **b** : the act or process of sewing with sutures   **2 a** : a uniting of parts ... **b** : the seam or seamlike line along which two things or parts are sewed or united   **3 a** : the line of union in an immovable articulation (as between the bones of the skull); *also* : such an articulation   **b** : a furrow at the junction of adjacent bodily parts; *esp* : a line of dehiscence (as on a fruit) — **su·tur·al** \'sü-chə-rəl, 'süch-rəl\ *adj* — **su·tur·al·ly** \-ē\ *adv*

**suture** *vt* su·tured; su·tur·ing \'sü-chə-riŋ, 'süch-riŋ\ (1777) : to unite, close, or secure with sutures (as a wound)

**su·zer·ain** \'sü-zə-rən, -ˌrān; 'sü-ˌzren\ *n* [F, fr. (assumed) MF su·zer, fr. MF sur up (fr. L sursum, fr. sub up + versum -ward, fr. neut. of versus, pp. of vertere to turn) + -erain (as in sovereign)] ... : a superior feudal lord to whom fealty is due : OVERLORD   **2** : a dominant state controlling the foreign relations of a vassal state but allowing it sovereign authority in its internal affairs

**su·zer·ain·ty** \-tē\ *n* [F suzeraineté, fr. MF suzereneté, fr. suzerain] (1823) : the dominion of a suzerain : OVERLORDSHIP

**svelte** \'svelt, 'sfelt\ *adj* [F, fr. It svelto, fr. pp. of svellere to pluck out, modif. of L evellere, fr. e- + vellere to pluck — more at VULNERABLE] (ca. 1817)   **1** : SLENDER, LITHE   **b** : having clean lines : SLEEK   **2** : URBANE, SUAVE — **svelte·ly** *adv* — **svelte·ness** *n*

**Sven·ga·li** \sven-'gä-lē, sfen-\ *n* [Svengali, malevolent hypnotist in the novel *Trilby* (1894) by George du Maurier] (1919) : one who attempts with evil intentions to persuade or force another to do his bidding

**swab** \'swäb\ *n* [prob. fr. obs. D swabber; akin to LG swabber mop] (1653)   **1** : MOP   **2** : a yarn mop   **b** **(1)** : a wad of absorbent material usu. wound around one end of a small stick and used for applying medication or for removing material from an area   **(2)** : a specimen taken with a swab   **c** : a sponge or cloth patch attached to a long handle and used to clean the bore of a firearm   **2 a** : a useless or contemptible person   **b** : SAILOR

**swab** *vt* **swabbed; swab·bing** [back-formation fr. swabber] (1719)   **1** : to clean with or as if with a swab   **2** : to apply medication with a swab *(swabbed the wound with iodine)*

**swab·ber** \'swäb-ər\ *n* [akin to LG swabber mop, MLG swabben to sway] (1592)   **1** : one that swabs   **2** : SWAB 2a

**swab·bie** *also* **swab·by** \'swäb-ē\ *n, pl* **swabbies** (1944) *slang* : SWAB 2b

**sycn·a·dle** \'swä-d'l\ *vt* **swad·dled; swad·dling** \'swäd-liŋ, 'swä-d'l-iŋ\ [ME swadelen, swathlen, prob. alter. of swethen, swethen, fr. swathing, swaddling, fr. OE akin to OE swathian to swathe] (14c)   **1** : to wrap (an infant) with swaddling clothes   **b** : ENVELOP, SWATHE *(swaddled ourselves in sleeping bags)*   **2** : RESTRAIN, RESTRICT ... *... swaddled him in a domesticity he came to loathe — Nina Sutton*

**swaddling clothes** *n pl* (15c)   **1** : narrow strips of cloth wrapped around an infant to restrict movement   **2** : limitations or restrictions imposed on the immature or inexperienced

**swag** \'swag\ *vb* **swagged; swag·ging** \'swag-iŋ\ [prob. of Scand origin; akin to ON svagga to sway; akin to OHG swingan to swing] (1520)   **1** : SWAY, LURCH   **2** : SAG — *vt* **1** : to adorn with swags   **2** : to arrange or hang in the form of a swag

**swag** *n* (1660)   **1** [swag 2]   **2 a** : something (as a decoration) fastened in a curve between two points : FESTOON   **b** : a suspended cluster (as of evergreen branches)   **3** : a depression in the earth   **5** *chiefly Austral & NewZeal* **a** : personal belongings carried in a bundle or pack   **b** : SPOILS, PROFITS   **4 a** : a depression in the earth   **5 chiefly Austral** : pack of personal belongings

**swage** \'swāj, 'swaj\ *n* [ME, ornamental border, fr. MF souage] (1812) : a tool used by metalworkers for shaping their work by fitting it on the work or on it and striking with a hammer or die — **swage** *vt* **swaged; swag·ing** (1831) : to shape by or as if by means of a swage

**swagger** \'swag-ər\ *vb* **swag·gered; swag·ger·ing** \'swag-(ə-)riŋ\ [prob. freq. of swag] (1590)   **1** : to conduct oneself in an arrogant or superciliously pompous manner; *esp* : to walk with an air of overbearing self-confidence   **2** : BOAST, BRAG — *vt* : to force by argument or threat : BULLY — **swagger** *n* — **swag·ger·er** *n*

**swagger** *adj* (1725)   **1** : an act or instance of swaggering : a blustering gait or contentedly self-assured behavior   **2** : ostentatious bravado   **3** : self-confident outlook : COCKINESS

**swagger** *adj* (1879) : marked by elegance or smartness : POSH

**swagger stick** *n* (1887) : a short light stick usu. covered with leather and tipped with metal at each end and intended for carrying in the hand (as by military officers)

**swag·gie** \'swag-ē\ *n* [by shortening & alter.] (1891) *chiefly Austral* : SWAGMAN

**swag·man** \'swag-mən\ *n* (1851) *chiefly Austral* : DRIFTER one who carries a swag when traveling

**Swa·hi·li** \swä-'hē-lē\ *n, pl* **Swahili** *or* **Swahilis** [Ar sawāhil, pl. of sāhil coast] (1814)   **1** : a member of a Bantu-speaking people of the east coast of Africa   **2** : a Bantu language that is the governmental language over much of East Africa and in the Congo region

**swain** \'swān\ *n* [ME swein boy, servant, fr. ON sveinn boy; akin to OE swān swineherd, AF swein, MF sauvoin] (14c)   **1** *archaic* : PEASANT; *specif* : SHEPHERD   **2** : male admirer or suitor — **swain·ish** \-ish\ *adj* — **swain·ish·ness** *n*

# EXHIBIT 6

August 1978 · 103. Jahr · Heft 32

E 2252 CX

# Deutsche Medizinische Wochenschrift

## DMW mit Praxis Forum

Aus dem Inhalt

Verlaufsformen der chronisch persistierenden Hepatitis — 1251

### Praxis-Forum

Kein Nutzen durch Screening-Untersuchungen? — 1253

Harnwegsinfekte bei Diabetes mellitus — 1253

Goldtherapie der chronischen Polyarthritis — 1254

Aktuelle Diagnostik: Diagnostik bei B-Zell-Tumoren des Pankreas — 1255

Aktuelle Therapie: Orale Therapie des Eisenmangels — 1257

Arztrecht in der Praxis — 1258

Fragen aus der Praxis — 1259

### Originalien

Propafenon bei Herzrhythmusstörungen — 1261

Resistenztestung und Chemotherapie bei Bronchialtumoren — 1266

Pathogenese und Therapie der Dysmenorrhoe — 1270

Mikroelektrophorese des nicht eingeengten Liquor — 1274

Leser-Zuschriften — 1277

Mediquiz vor S. 1251

Inhaltsverzeichnis Seite 5

This journal is regularly listed in Current Contents and Science Citations Index



### Diurese nach Maß und zur Kombination

SANORANIA Dr. G. Strohschear
1 Berlin 28

# Thieme  Georg Thieme Verlag Stuttgart

ISSN 0012-0472

Dtsch. med. Wschr.

# DMW Originalien

Payment has been made to the
Copyright Clearance Center for this article.

Duch. med. Wschr. 103 (1978), 1261–1265
© Georg Thieme Verlag, Stuttgart

## Wirksamkeit und Risiken von Propafenon bei der Akutbehandlung von Herzrhythmusstörungen

O. A. Beck und H. Hochrein

III. Medizinische Klinik, Rudolf-Virchow-Krankenhaus, Berlin (Chefarzt: Prof. Dr. H. Hochrein)

124 Patienten mit verschiedenen Herzrhythmusstörungen unterschiedlicher Genese wurden mit Propafenon in einer mittleren Dosierung von 70–140 mg (1–2 mg/kg) intravenös behandelt. Propafenon zeigte eine gute Wirksamkeit bei supraventrikulären und ventrikulären paroxysmalen Tachykardien und Ektopien. Extrasystolische Arrhythmien wurden bei 40 von 81 Patienten vollständig und anhaltend unterdrückt. Bei 15 von 19 Patienten mit paroxysmalen Tachykardien konnte ein Sinusrhythmus wiederhergestellt werden. Bei atrialen Tachykardien und Tachyarrhythmien gelang nur in fünf von 22 Fällen eine Beseitigung der Arrhythmie. Dagegen wurde bei der Mehrzahl der nicht konvertierbaren Patienten durch Verlangsamung der atrioventrikulären Überleitung und Senkung der Vorhoffrequenz die Kammerfrequenz wirksam verlangsamt. Propafenon wirkte gleichermaßen auf Vorhöfe, Kammern und Erregungsleitungssystem im Sinne einer Frequenzerniedrigung ektoper und nomotoper Schrittmacherzentren. Auch akzessorische Nebenverbindungen werden selektiv durch Propafenon blockiert, so konnte bei vier von neun Patienten mit WPW-Syndrom die Antesystolie beseitigt werden. Therapeutische Gefahren ergeben sich für Propafenon in erster Linie aus der hemmenden Wirkung auf die atrioventrikuläre und intraventrikuläre Erregungsleitung und depressiven Eigenschaften auf die Sinusknotenfunktion. Ferner besitzt Propafenon auch negativ-inotrope und peripher drucksenkende Nebenwirkungen. Bei fortgeschrittener Herzinsuffizienz, Hypotonie und Schock nicht arrhythmogener Ursache sowie bei höhergradigen atrioventrikulären, intraventrikulären und sinuatrialen Blockierungen sollte Propafenon nicht angewandt werden. Bei sachgemäßer Anwendung und therapeutischer Dosierung sind die Nebenwirkungen vergleichsweise gering, so daß Propafenon im Spektrum der derzeit verfügbaren Antiarrhythmika eine wichtige Ergänzung darstellt.

Propafenon[a] ist ein neueres Antiarrhythmikum zur Behandlung von tachykarden und extrasystolischen Arrhythmien sowohl ventrikulären als auch supraventrikulären Ursprunges (1, 3, 4, 9, 15). Seine pharmakologi-

schen, hämodynamischen, elektrophysiologischen und damit antiarrhythmischen Eigenschaften sind tierexperimentell und klinisch weitgehend charakterisiert (2, 5, 8, 10, 14, 16–20; Übersicht: 15). Die antiarrhythmische Wirkung wird auf lokalanästhetische, membranstabilisierende und β-blockierende Eigenschaften zurückgeführt

Indications and risks of antiarrhythmia treatment with propafenone

Propafenone, a new antiarrhythmia drug, was given at an average dose of 70–140 mg (1–2 mg/kg body-weight) to 124 patients with various types of cardiac arrhythmias. It proved successful in patients with ectopic beats and tachycardias of atrial or ventricular origin. Ectopic beats were suppressed in 40 of 81 patients, while sinus rhythm was restored in 15 of 19 patients with paroxysmal tachycardias. Sinus rhythm was restored in only 5 of 22 patients with atrial tachy-arrhythmias, while in most of the others in this group the heart rate decreased markedly during propafenone injection. The effect of propafenone was on atrial and ventricular myocardium and on the conduction system, lowering the discharge rate of sinus node and ectopic pacemakers. ECG signs of pre-excitation disappeared in 4 of 9 patients with WPW syndrome given the drug. Propafenone may prolong atrioventricular and intraventricular conduction, as well as cause a transitory decrease in cardiac function and a fall in systemic arterial blood pressure. It should, therefore, not be given to patients in severe heart failure, hypotension or shock, or with high-degree atrioventricular, intraventricular or sinoatrial block.

[a] 2'-(2-Hydroxy-3-propylamino-propoxy)-3-phenyl-propiophenon

0012—0472/78　0811 − 1261　§ 03.00　© 1978 Georg Thieme Publishers

(14, 18). Die erregungshemmende Wirkung beruht in erster Linie auf einer Verminderung der Na$^+$-Permeabilität der Zellmembran (17). Elektrophysiologisch steht eine Verringerung der Amplitude und der maximalen Anstiegsgeschwindigkeit des Aktionspotentials bei vergleichsweise geringfügiger Verlängerung der effektiven Refraktärperiode im Vordergrund (10).

Aufgrund seines Angriffspunktes an sämtlichen Strukturen des spezifischen Erregungsleitungssystems besitzt Propafenon ein breites Anwendungsgebiet. Die bisherigen klinischen Erfahrungsberichte lassen erkennen, daß mit Propafenon ein potentes Antiarrhythmikum zur Verfügung steht, welches sowohl bei oraler (6, 7, 12) als auch bei parenteraler Applikation gleichermaßen wirksam ist (15) und sich aufgrund seiner pharmakokinetischen Eigenschaften auch zur Langzeittherapie eignet (16).

Im folgenden sollen unsere Erfahrungen mit Propafenon nach intravenöser Anwendung bei der Akutbehandlung von Herzrhythmusstörungen dargestellt und die Indikationsstellung und möglichen Gefahren aufgezeigt werden.

## Patienten und Methode

Die antiarrhythmische Wirksamkeit von Propafenon (Rytmonorm®) wurde an insgesamt 124 Patienten beiderlei Geschlechts im Akutversuch überprüft. Die Applikation erfolgte als intravenöse Einzelinjektion in Dosierungen von durchschnittlich 70–140 mg (1–2 mg/kg Körpergewicht), in Einzelfällen bis maximal 210 mg. Die Injektionsgeschwindigkeit schwankte je nach Dosis zwischen 1 und 5 Minuten. Die Anwendung der Substanz erfolgte in allen Fällen unter fortlaufender EKG- bzw. Monitor-Kontrolle. Grundleiden und Arrhythmie-Ursache waren in erster Linie koronare und hypertone Herzkrankheit, akuter Myokardinfarkt, postinfarzielle und postmyokarditische Zustände, Cor pulmonale und Digitalisintoxikation (Tabelle 2).

Vor der Anwendung von Propafenon wurden arrhythmie-auslösende und -unterhaltende Faktoren, wie Elektrolytverschiebungen, Herzinsuffizienz, Hypoxämie und Acidose, nach Möglichkeit beseitigt.

Tab. 1. Behandlungsergebnisse mit Propafenon bei 124 Patienten mit Herzrhythmusstörungen

| Herzrhythmusstörungen | Gesamt | Erfolg |
|---|---|---|
| paroxysmale Tachykardie | | |
| ventrikulär | 10 | 7 |
| supraventrikulär | 9 | 8 |
| Extrasystolie | | |
| ventrikulär (ve) | 57 | 26 |
| supraventrikulär (sv) | 10 | 5 |
| sv + ve | 7/7 | 6/3 |
| Antesystolie | 9 | 4 |
| atriale Tachyarrhythmien | 22 | 5 |
| Vorhofflimmern | 7 | 2 |
| Vorhofflattern | 13 | 2 |
| Vorhoftachykardie | 2 | 1 |

Art und Zahl der behandelten Arrhythmien gehen aus Tabelle 1 hervor. Als Therapieerfolg wurde die vollständige und anhaltende Unterdrückung von zuvor stabilen Ektopien, die Beendigung von paroxysmalen Tachykardien, die Konversion von Vorhofflattern

und -flimmern zum Sinusrhythmus sowie die Beseitigung der Antesystolie (Delta-Welle) beim Wolff-Parkinson-White-(WPW-) Syndrom angesehen. Partielle Unterdrückungen von Extrasystolien sowie Frequenzreduktion bei Tachykardie ohne Wiederherstellung des Sinusrhythmus wurden nicht als Therapieerfolg gewertet.

Tab. 2. Behandlungsergebnisse mit Propafenon intravenös in Abhängigkeit von der Arrhythmie-Ursache bzw. dem zugrunde liegenden Herzleiden

| Arrhythmie-Ursache | Gesamt | Erfolg |
|---|---|---|
| koronare und hypertone Herzkrankheit | 49 | 22 |
| akuter Myokardinfarkt | 14 | 8 |
| Cor pulmonale | 9 | 1 |
| Glykosidintoxikation | 12 | 10 |
| postmyokarditischer Zustand | 11 | 5 |
| WPW-Syndrom | 9 | 4 |
| andere | 20 | 10 |

## Ergebnisse

Propafenon zeigte eine ausgezeichnete antiarrhythmische Wirksamkeit bei einer Reihe von ektopen und tachykarden Arrhythmien unterschiedlicher Genese (Tabellen 1 und 2).



Abb. 1. Terminierung Tachykardie. Nach 140 mg Propafenon intravenös zunehmende Verlangsamung der Kammerfrequenz, Beendigung der ektopen Erregungsbildung und Manifestation eines bradykarden Knotenersatzrhythmus bei Vorhofstillstand.





Vent
tienten
werden
Supr
tienten
Eine
von .p
paroxy:
Patient
wurde
Tachyk
prompt
ren als
pafenon
Herzfre
die Fül
Frequei
auch a
stehend

Nr. 32, 11. August 1978, 103. Jg.                                    Beck, Hochrein: Propafenon bei Herzrhythmusstörungen     1263

Ventrikuläre Extrasystolen konnten bei 29 von 64 Patienten (45%) vollständig und anhaltend beseitigt werden.

Supraventrikuläre Ektopien wurden bei elf von 17 Patienten unterdrückt.

Eine gute Wirksamkeit ergab sich bei der Behandlung von paroxysmalen Tachykardien. Supraventrikuläre paroxysmale Tachykardien wurden bei acht von neun Patienten erfolgreich unterbrochen, und Sinusrhythmus wurde wiederhergestellt. Paroxysmale ventrikuläre Tachykardien sprachen bei sieben von zehn Patienten prompt auf Propafenon an. Sowohl bei supraventrikulären als auch ventrikulären Tachykardien bewirkte Propafenon in fast allen Fällen zunächst eine Reduktion der Herzfrequenz, bis der Sinusknoten mit oder ohne Latenz die Führung übernahm (Abbildungen 1 und 2). Die Frequenzabnahme ektoper Automatiezentren ließ sich auch am Beispiel einer Patientin mit langjährig bestehender Knotentachykardie belegen (Abbildung 3).

Propafenon wurde ferner bei 22 Patienten mit atrialen Tachykardien und Tachyarrhythmien angewandt. Bei fünf Patienten gelang eine Konversion zum Sinusrhythmus in direktem Zusammenhang mit der Medikamentenapplikation.

Bei den 17 Patienten ohne Konversionserfolg senkte Propafenon die schnelle Kammerfrequenz von im Mittel $142{,}7 \pm 31{,}5$ auf $117{,}9 \pm 19{,}4$ Schläge pro Minute, teils durch Abnahme der Vorhoffrequenz, teils durch Zunahme des Blockierungsgrades im Atrioventrikularknoten. Nur bei einem Patienten mit absoluter Arrhythmie bei Vorhofflimmern kam es zu einer Zunahme der Kammerfrequenz von 70 auf 115 $min^{-1}$ durch Senkung der Vorhoffrequenz und damit verbesserte Überleitungsrate auf die Kammern.

Bei vier von neun Patienten mit typischem WPW-Syndrom gelang eine Beseitigung der Antesystolie.

Werden die Behandlungsergebnisse mit der Arrhythmie-Ursache bzw. dem kardialen Grundleiden in Bezie-



Abb. 2. Paroxysmale supraventrikuläre Tachykardie (links), Herzfrequenz 170/min. Nach 70 mg Propafenon intravenös Verlangsamung der Kammerfrequenz und Übergang in einen Sinusrhythmus (rechts).



Abb. 3. Knotentachykardie bei einer 28-jährigen Patientin mit Zustand nach Myokarditis. Oben vor Propafenonbehandlung, unten nach 210 mg Propafenon intravenös: deutliche Reduktion der Frequenz des heterotopen Erregungsbildungszentrums.

hung gesetzt, so zeigt sich lediglich bei Behandlungsversuchen von Rhythmusstörungen im Rahmen des Cor pulmonale eine geringe Wirksamkeit. Dagegen sprachen glykosidinduzierte Arrhythmien in einem hohen Prozentsatz (83%) auf Propafenon an.

Die Verträglichkeit von Propafenon war insgesamt gut. Nebenwirkungen subjektiver Art wurden bei 10 Patienten (8%) beobachtet, und zwar zum Teil kombiniert in Form von Trockenheit (n = 1) und bitterem Geschmack (n = 2) im Mund, Brechreiz und Erbrechen (n = 5), Schwindel (n = 2), Hitzegefühl (n = 1) und Dyspnoe (n = 4). Bei einem Patienten mit chronisch asthmoider Emphysembronchitis trat in zeitlicher Koinzidenz mit der Medikamentengabe ein Asthma-Anfall auf.

Drei Patienten mit begleitender kardialer Dekompensation reagierten auf die Propafenon-Injektion mit stärkerem Blutdruckabfall und konsekutiven Zeichen zerebraler und peripherer Minderdurchblutung. Mäßiggradige Blutdruckverminderungen ohne klinische Bedeutung waren immer dann zu sehen, wenn eine Arrhythmie nicht vollständig beseitigt werden konnte und gleichzeitig kardiovaskuläre Dekompensationszustände vorhanden waren.

Die wichtigsten und häufigsten elektrokardiographischen Veränderungen bestanden in einer Zunahme auch zuvor normaler PQ- und QRS-Zeiten. Atrioventrikuläre Blockierungen I. Grades mit einer PQ-Dauer von nicht über 0,24 s wurden bei acht, PQ-Zeiten von über 0,24 s bei zwei Patienten beobachtet. Nur bei einem Patienten entwickelte sich nach 120 mg Propafenon ein höhergradiger AV-Block zusammen mit einer sinuatrialen Bradykardie. Schenkelblockierungen mit normalen Ausgangswerten für QRS wurden bei sieben Patienten in Form inkompletter und bei zwei Patienten in Form kompletter Schenkelblockierungen erfaßt.

Der Wirkungseintritt erfolgte im allgemeinen bereits während der Injektion bzw. in den darauffolgenden Minuten. Die Wirkungsdauer war unterschiedlich entsprechend dem Charakter der zugrunde liegenden Rhythmusstörung bzw. Herzerkrankung. Rhythmisierungserfolge bei paroxysmalen Tachykardien hielten in allen Fällen über den zu erwartenden Medikamenteneffekt hinaus an. Vollwirkungen bei extrasystolischen Arrhythmien waren meist 15 bis 60 Minuten anhaltend.

Aufgrund der therapeutischen Erfahrungen und unter Berücksichtigung der möglichen Nebenwirkungen können als optimale und verträgliche Dosis 70–140 mg (1–2 mg/kg) Propafenon, in 2–4 Minuten intravenös appliziert, gelten.

## Diskussion

Die Ergebnisse der klinischen Anwendung von Propafenon zeigen, daß eine gute Beeinflussung verschiedener Herzrhythmusstörungen erreicht werden kann. Sowohl ventrikuläre als auch supraventrikuläre Extrasystolien und Tachykardien konnten in einem hohen Prozentsatz erfolgreich behandelt werden. Rhythmusstörungen unterschiedlicher Genese – entzündlich, toxisch, degenerativ, ischämisch – ließen sich unter-

drücken. Die Überführung von Vorhofflimmern und -flattern in einen Sinusrhythmus gelingt nur in Einzelfällen durch eine intravenöse Einzelinjektion. Dagegen ist die Konversionsbehandlung bei oraler Anwendung von Propafenon in über 40% erfolgreich und stellt somit eine brauchbare Alternative zur medikamentösen Konversion mit Chinidin oder Lidoflazin dar (9).

Propafenon greift gleichermaßen an Vorhöfen, Kammern und Erregungsleitungssystem an; es senkt ektope Vorhof-, Knoten- und Kammerfrequenzen und führt zu einer Abnahme der Sinusfrequenz (3–5, 7, 20). In klinisch-elektrokardiographischen Untersuchungen konnte gezeigt werden, daß Propafenon dosisabhängig die intrakardiale Erregungsleitung relativ uniform in allen Kompartimenten des Erregungsleitungssystems verzögert (5, 7, 20). Dementsprechend fanden sich Zunahmen der sinuatrialen und intraatrialen Leitungszeit sowie Erregungsleitungsverzögerungen innerhalb des AV-Knotens und des His-Purkinje-Systems. Außerdem verlängert Propafenon die effektive Refraktärphase des Vorhofs sowie die effektive, relative und funktionelle Refraktärzeit des AV-Knotens und entfaltet einen depressiven Effekt auf die Sinusknotenautomatie (5, 11, 19, 20).

Aus diesen Befunden lassen sich sowohl die antiarrhythmischen Wirkungen bei supraventrikulären und ventrikulären Ektopien und Tachykardien, die konvertierenden Eigenschaften bei Vorhofflimmern und -flattern, die Wirkung auf akzessorische Leitungsbahnen als auch die möglichen Nebenwirkungen ableiten. Mit letzteren ist insbesondere bei bereits geschädigtem Erregungsleitungssystem und beim Sinusknotensyndrom wie auch bei Anwendung höherer Dosen zu rechnen. Da es sich bei den kardialen Nebeneffekten zum Teil um Erscheinungen handelt, die mit dem pharmakologischen Wirkungsprinzip gekoppelt sind, müssen sie auch im therapeutischen Bereich erwartet werden (13). Der depressive Effekt auf die Sinusknotenautomatie äußert sich in sinuatrialen Blockierungen und Bradykardien, prolongiertem Vorhofstillstand und einer Zunahme der Sinusknotenerholungszeit nach frequenter Vorhofstimulation (9, 20). Die bremsende Wirkung von Propafenon auf den AV-Knoten erklärt die Frequenzabnahme bei Vorhofflimmern und -flattern und ist hier als durchaus erwünschter Effekt anzusehen.

Die Leitungsverzögerung im AV-Knoten ist ausgesprochen frequenzabhängig, was insofern von Bedeutung ist, als tachykarde Arrhythmien supraventrikulären Ursprungs mit steigender Frequenz zunehmend im AV-Knoten blockiert werden (20). Bei normfrequentem Sinusrhythmus wird der Impuls im AV-Knoten beim gleichen Patienten dagegen nur mäßig verzögert; spontane Blockierungen höheren Grades im AV-Knoten bei Sinusrhythmus sind daher selten.

Sind bereits Leitungsstörungen vorhanden, so kann die durch Propafenon induzierte Hemmung der intrakardialen Erregungsleitung allerdings zu gefährlichen Blockierungen führen. Die Hemmung der atrioventrikulären und intraventrikulären Erregungsleitung ist dosisabhängig und kann mit Hilfe des Elektrokardiogramms durch die Messung und Beobachtung des AV-Intervalls

und der QRS-Dauer kontrolliert und somit vermieden werden. Die Tatsache, daß im individuellen Fall zwischen der Serumkonzentration von Propafenon und der Zunahme des AV-Intervalls eine enge Korrelation besteht, gibt darüber hinaus der Möglichkeit, sich über Dosierung und therapeutische Führung an diesem Parameter zu orientieren (16).

In Übereinstimmung experimenteller und klinischer Untersuchungen mindert Propafenon, wie die meisten der gebräuchlichen Antifibrillantien (13), direkt die myokardiale Kontraktilität und besitzt ferner peripher drucksenkende vasodilatierende Eigenschaften (2, 8, 14, 19). Klinisch ist es daher von Bedeutung, daß eine begleitende Herzinsuffizienz die therapeutische Breite verschmälert und zu unerwünschten Reaktionen führen kann, und zwar besonders dann, wenn eine Beseitigung der zu behandelnden Arrhythmie nicht gelingt. Andererseits wird die negative Inotropie durch die Unterbrechung von bedrohlichen und hämodynamisch ungünstigen Arrhythmien mehr als aufgefangen, und zuvor gesenkte Blutdrücke werden angehoben. Entsprechend einer Plasmahalbwertszeit von 3,6 Stunden sind sowohl die antiarrhythmischen als auch die hämodynamischen Propafenon-Wirkungen über 30–45 Minuten nach intravenöser Injektion nachweisbar (16). Diesem Umstand ist vor allem bei wiederholten Einzelinjektionen oder bei successiver Anwendung anderer Antiarrhythmika Rechnung zu tragen. Die sachgemäße Anwendung von Propafenon erfordert daher bei kardialen Dekompensationserscheinungen eine ordnungsgemäße Digitalisierung. Schwere kardiovaskuläre Dekompensationszustände und arterielle Hypotension und Schock nicht arrhythmogener Genese sowie bereits bestehende höhergradige intrakardiale Erregungsleitungsstörungen müssen als Kontraindikationen angesehen werden.

Propafenon ist ein potentes Antiarrhythmikum, das aufgrund seines breiten Wirkungsspektrums ein umfangreiches Anwendungsgebiet beanspruchen kann. Bei relativ geringer Nebenwirkungsrate, guter Verträglichkeit, raschem Wirkungseintritt nach intravenöser Injektion, guter Steuerbarkeit und ausreichend langer Wirkungsdauer nach oraler Gabe ist es sowohl zur Akutals auch zur Langzeitbehandlung geeignet.

Literatur

(1) Aldor, E., H. Hergen: Klinische Erfahrungen mit Propafenon. In: Hochrein, H., H.-J. Hapke, O. A. Beck (Hrsg.): Fortschritte von Herzrhythmusstörungen (G. Fischer Stuttgart 1977), 115.

(2) Bachour, G., F. Bender, O. A. Beck, R. Wolf, H. Hochrein: Untersuchungen zur Hämodynamik des Antiarrhythmikums Propafenon bei koronarer Herzkrankheit. Therapiewoche 24 (1974), 4979.

(3) Baedeker, W., A. Wirtzfeld, D. Seck, K. Overzoh: Die antiarrhythmische Wirkung von Propafenon bei ventrikulären Tachykardien. Herz/Kreisl. 9 (1977), 348.

(4) Beck, O. A., K. D. Krämer, R. Wolf, A. Müller, H. Hochrein: Propafenon, ein neues Antiarrhythmikum zur Therapie tachykarder und extrasystolischer Herzrhythmusstörungen. Med. Klin. 70 (1975), 55.

(5) Beck, O. A., E. Witt, H. Hochrein: Der Einfluß des Antiarrhythmikums Propafenon auf die intrakardiale Erregungsleitung. Klinische Untersuchungen mit Hilfe der His-Bündel-Elektrographie. Z. Kardiol. 64 (1975), 179.

(6) Beck, O. A., S. Abdulla, H. Hochrein: Klinische Untersuchungen zur oralen Wirkung des Antiarrhythmikums Propafenon. Med. Klin. 70 (1975), 1713.

(7) Beck, O. A., S. Abdulla, H. Hochrein: Hemmung der Erregungsleitung durch Propafenon. Dauer und Dosiswirkungsbeziehung nach oraler Anwendung. Münch. med. Wschr. 117 (1975), 1309.

(8) Beck, O. A., J. Vogt, H. Hochrein: Der Einfluß von Antiarrhythmika auf die Hämodynamik bei akutem Myokardinfarkt (Vergleich von Propafenon mit Lidocain). Z. Kardiol. 67 (1978), 41.

(9) Beck, O. A., H.-U. Lehmann, H. Hochrein: Propafenon und Lidocain bei chronischen Vorhofflimmern und -flattern. Vergleichende Untersuchungen. Dtsch. med. Wschr. 103 (1978), 1068.

(10) Bergmann, K., H. D. Bolter: Elektrophysiologische Untersuchungen mit Propafenon an myokardialen Einzelfasern. In: Hochrein, H., H.-J. Hapke, O. A. Beck (Hrsg.): Fortschritte in der Pharmakotherapie von Herzrhythmusstörungen (G. Fischer Stuttgart 1977), 29.

(11) Füll, W. D., P. Kühn, P. Probst, H. Zilcher: Anwendung von Propafenon am Menschen. Effekte auf elektrophysiologische und hämodynamische Parameter, klinische Ergebnisse. In: Hochrein, H., H.-J. Hapke, O. A. Beck (Hrsg.): Fortschritte in der Pharmakotherapie von Herzrhythmusstörungen (G. Fischer Stuttgart 1977), 71.

(12) Fischer, G., L. Seipel: Klinische Erfahrungen mit der oralen Propafenontherapie. In: Hochrein, H., H.-J. Hapke, O. A. Beck (Hrsg.): Fortschritte in der Pharmakotherapie von Herzrhythmusstörungen (G. Fischer Stuttgart 1977), 102.

(13) Greeff, K.: Pharmakologische und toxikologische Begleiterscheinungen der antifibrillatorischen Substanzen. Verh. dtsch. Ges. Kreisl.-Forsch. 35 (1969), 88.

(14) Hapke, H.-J., E. Prigge: Zur Pharmakologie von 2'-[2-Hydroxy-3-propylamino-propoxy]-3-phenylpropiophenon-hydrochlorid (Propafenon, SA 79). Arzneimittel-Forsch. 26 (1976), 1849.

(15) Hochrein, H., H.-J. Hapke, O. A. Beck (Hrsg.): Fortschritte in der Pharmakotherapie von Herzrhythmusstörungen (G. Fischer Stuttgart 1977).

(16) Keller, K., G. Meyer-Estorf, O. A. Beck, H. Hochrein: Correlation between serum concentration and pharmacological effect on atrioventricular conduction time of the antiarrhythmic drug propafenone. Europ. J. clin. Pharmacol. 13 (1978), 1.

(17) Kohlhardt, M.: Der Einfluß von Propafenon auf den transmembranären Na+- und Ca++-Strom der Warmblüter-Myokardfasermembran. In: Hochrein, H., H.-J. Hapke, O. A. Beck (Hrsg.): Fortschritte in der Pharmakotherapie von Herzrhythmusstörungen (G. Fischer Stuttgart 1977), 20.

(18) Palenz, E., G. Pöch, W. R. Kukovetz: Analyse der β-Blockierwirkung von Propafenon (SA 79). In: Hochrein, H., H.-J. Hapke, O. A. Beck (Hrsg.): Fortschritte in der Pharmakotherapie von Herzrhythmusstörungen (G. Fischer Stuttgart 1977), 10.

(19) Probst, P., O. Pachinger: Einflüsse von Propafenon auf die Hämodynamik des linken Ventrikels und die atrioventrikuläre Überleitung unter besonderer Berücksichtigung des WPW-Syndroms. Z. Kardiol. 65 (1976), 212.

(20) Seipel, L., G. Breithardt, A. Buth, E. Wiebringhaus: Wirkung von Propafenon auf den Sinusknoten und die intrakardiale Erregungsleitung beim Menschen. In: Hochrein, H., H.-J. Hapke, O. A. Beck (Hrsg.): Fortschritte in der Pharmakotherapie von Herzrhythmusstörungen (G. Fischer Stuttgart 1977), 45.

Dr. O. A. Beck, Prof. Dr. H. Hochrein
III. Medizinische Klinik
Rudolf-Virchow-Krankenhaus
1000 Berlin 65, Augustenburger Platz 1

EXHIBIT 7



**U.S. Food and Drug Administration**
CENTER FOR DRUG EVALUATION AND RESEARCH

**Drugs@FDA**
FDA Approved Drug Products

FAQ | Instructions | Glossary | Contact Us | CDER Home

Start Over | Back to Search Results | Back to Details

# Label and Approval History

| | |
|---|---|
| **Drug Name(s)** | RYTHMOL (Brand Name Drug) |
| **FDA Application No.** | (NDA) 019151 |
| **Active Ingredient(s)** | PROPAFENONE HYDROCHLORIDE |
| **Company** | RELIANT PHARMS |

Go to Approval History

## Label Information

What information does a label include?
Note: Not all labels are available in electronic format from FDA.

| Labels are not available on this site for RYTHMOL, NDA no. 019151 |
|---|

## Approval History
### NDA 019151

Note: Not all reviews are available in electronic format from FDA.
Older labels are for historical information only, and should not be used for clinical purposes.
Approval dates can only be verified from 1984 to the present.

Click on a column header to re-sort the table:

| Action Date | Supplement Number | Approval Type | Letters, Reviews, Labels, Patient Package Insert | Note |
|---|---|---|---|---|
| 12/05/2002 | 005 | Labeling Revision | Letter | Label is not available on this site. |
| 12/05/2002 | 009 | Labeling Revision | Letter | Label is not available on this site. |
| 01/11/2002 | 010 | Control Supplement | | This supplement type does not usually require new labeling. |
| 12/21/2000 | 008 | Control Supplement | | This supplement type does not usually require new labeling. |
| 07/14/2000 | 007 | Manufacturing Change or Addition | | This supplement type does not usually require new labeling. |
| 09/24/1999 | 006 | Manufacturing Change or Addition | | This supplement type does not usually require new labeling. |
| 12/23/1997 | 002 | New or Modified Indication | Review | Label is not available on this site. |
| 03/19/1997 | 004 | Labeling Revision | | Label is not available on this site. |
| 11/23/1993 | 003 | Manufacturing Change or Addition | | This supplement type does not usually require new labeling. |
| 11/20/1992 | 001 | Control Supplement | | This supplement type does |

| | | | | not usually require new labeling. |
|---|---|---|---|---|
| 11/27/1989 | 000 | Approval | | Label is not available on this site. |

PDF files, marked with an icon 🔊, require the free Adobe Acrobat Reader.

- **Therapeutic Equivalents**

Back to Top | Back to Previous Page | Back to Drugs@FDA Home

Disclaimer
CDER Home Page | CDER Site Info | Contact CDER | What's New @ CDER
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | Privacy | Accessibility | HHS Home Page

FDA/Center for Drug Evaluation and Research
Office of Training and Communications
Division of Information Services
Update Frequency: Daily

# EXHIBIT 8



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Public Health Service

_Dr Wallace_

Food and Drug Administration
Rockville MD 20857

NDA  19-151/S-002

OCT 23 1997

Knoll Pharmaceutical Company
Attention:  Robert W. Ashworth, Ph.D.
199 Cherry Hill Road
Parsippany, NJ 07054

Dear Dr. Ashworth:

Please refer to your November 30, 1992 supplemental new drug application (NDA) submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Rythmol (propafenone HCl) 150, 225, and 300 mg Tablets.

We acknowledge receipt of your amendments and correspondence dated September 12 and 26 and November 19, 1997.

The user fee goal date is March 29, 1998.

The supplemental application provides for the new indication of paroxysmal supraventricular tachycardia (PSVT).

We have completed the review of this supplemental application including the submitted draft labeling and have concluded that adequate information has been presented to demonstrate that the drug product is safe and effective for use as recommended in the enclosed marked-up draft. Accordingly, the supplemental application is approved effective on the date of this letter.

The final printed labeling (FPL) must be identical to the enclosed marked-up draft.

Please submit 20 copies of the FPL as soon as it is available, in no case more than 30 days after it is printed.  Please individually mount ten of the copies on heavy-weight paper or similar material.  For administrative purposes, this submission should be designated "FINAL PRINTED LABELING" for approved supplemental NDA  19-151/S-002.  Approval of this submission by FDA is not required before the labeling is used.

Should additional information relating to the safety and effectiveness of the drug become available, revision of that labeling may be required.

Page 2 - NDA 19-151/S-002

Should a letter communicating important information about this drug product (i.e., a "Dear Doctor" letter) be issued to physicians and others responsible for patient care, we request that you submit a copy of the letter to this NDA and a copy to the following address:

MEDWATCH, HF-2
FDA
5600 Fishers Lane
Rockville, MD   20852-9787

We remind you that you must comply with the requirements for an approved NDA set forth under 21 CFR 314.80 and 314.81.

We are also asking at this time that you submit labeling in the form of a supplemental application within 6 months revised as follows:

All statements comparing animal with human doses of propafenone HCl should state the applicable mg/kg dose in the animal, the (total daily) human dose to which it is being compared and the multiple of that human dose calculated on a mg/M$^2$ basis.

Consideration should be given to deleting the **Animal Toxicology** subsection of the **PRECAUTIONS** section of the labeling. Reassessment of the need for this information regarding liver and kidney pathology in rats should be based on whether there is now sufficient human experience to override concerns based on animal findings at the time of approval of the original Rythmol application.

Should you have any questions, please contact:

Ms. Diana Willard
Regulatory Health Project Manager
Telephone:   (301) 594-5311

Sincerely yours,

Robert Temple, M.D.
Director
Office of Drug Evaluation I
Center for Drug Evaluation and Research

Enclosure

Page 3 - NDA 19-151/S-002

cc:
Original NDA
HFD-110
HF-2/MedWatch (with draft/final labeling)
HFD-002/ORM (efficacy supplements only)
HFD-92/DDM-DIAB (with draft/final labeling)
HFD-101 (with draft/final labeling, efficacy supplements only)
HFD-101/L.Carter (efficacy supplements only)
HFD-40/DDMAC (with draft/final labeling)
HFD-613/OGD (with draft/final labeling)
HFD-735/DPE (with draft/final labeling)
HFD-560/OTC (with draft/final labeling- OTC drugs only)
HFD-21/ACS (with draft/final labeling - for supplements discussed at advisory committee)
DISTRICT OFFICE
HFD-810/ONDC Division Director
HFI-20/Press Office (with draft/final labeling)
HFD-110/DWillard/12/23/97
sb/12/23/97

Approval Date: November 27, 1989

APPROVAL (AP)

EXHIBIT 9



U 7123163

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

February 15, 2008

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM
THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *4,797,287*

ISSUE DATE: *January 10, 1989*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN

Certifying Officer

# United States Patent [19]

## Pich et al.

[11] Patent Number: **4,797,287**

[45] Date of Patent: **Jan. 10, 1989**

[54] **CYLINDRICAL MICROTABLETS**

[75] Inventors: **Claus H. Pich; Thomas Moest, both of Moorrege, Fed. Rep. of Germany**

[73] Assignee: **BASF Aktiengesellschaft, Ludwigshafen, Fed. Rep. of Germany**

[21] Appl. No.: **45,194**

[22] Filed: **Apr. 30, 1987**

### Related U.S. Application Data

[63] Continuation of Ser. No. 745,960, Jun. 18, 1985, abandoned.

[30] **Foreign Application Priority Data**

Jun. 19, 1984 [DE] Fed. Rep. of Germany ...... 3422619
Jun. 19, 1984 [DE] Fed. Rep. of Germany ...... 8418439

[51] Int. Cl.4 .......................................... A61K 9/20
[52] U.S. Cl. .................................................. 424/464
[58] Field of Search ..................................... 424/464

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,175,521 | 3/1965 | Hershberg | 424/14 |
| 3,473,490 | 10/1969 | Corvi-Mora | 107/54 |
| 4,294,819 | 10/1981 | Teneza | 424/14 |
| 4,339,428 | 7/1982 | Teneza | 424/21 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 996819 | 6/1965 | United Kingdom | 424/14 |
| 1204580 | 9/1970 | United Kingdom | 424/37 |
| 2039737 | 8/1980 | United Kingdom | |
| 2091554 | 8/1982 | United Kingdom | 424/14 |

*Primary Examiner*—Shep K. Rose
*Attorney, Agent, or Firm*—Keil & Weinkauf

[57] **ABSTRACT**

Cylindrical microtablets which have a convex upper face and a convex lower face and whose cylinder diameter and height independently of one another are each from 1.0 to 2.5 mm and the ratio of the said diameter to said height is from 1:0.5 to 1:1.5, and a process for their preparation.

**2 Claims, 1 Drawing Sheet**



**U.S. Patent**       Jan. 10, 1989       4,797,287



4,797,287

1

## CYLINDRICAL MICROTABLETS

This application is a continuation of application Ser. No. 745,960, filed on June 18, 1985 now abandoned.

For many purposes, it is desirable to have particles 1–2.5 mm diameter which possess a very uniform particle size and regular shape, high weight uniformity, very low porosity, a reproducible surface structure and a high content of active substance. For example, the administration of drugs in the form of pellets which can be introduced into, for example, capsules is generally preferred to the administration of compact tablets because very high local concentrations of active compound in the gastrointestinal tract are avoided with multi-unit-dose-system pellets, in contrast to single-unit-dose-system tablets. However, uniform filling of capsules necessitates uniform size and shape of the pellets. Moreover, the very steady release of active compound per unit time generally desired in the case of sustained-release pellets is only possible if the pellets are of uniform size and shape. The same applies to pellets which are provided with a coating resistant to gastric juice. Only regularly shaped particles permit uniform coating with a very small amount of coating agent.

It is also desirable to prepare pellets which have the stated properties and are of such uniformity that single-unit doses are possible. This means that each individual pellet particle must meet the requirements set by the European pharmacopoeia with regard to the single-unit dose forms described there. The necessary weight uniformity for tablets is specified in the European pharmacopoeia, vol. III, page 77.

The specifications regarding the disintegration times for uncoated tablets (loc.cit page 235), of coated tablets which are soluble in gastric juice (loc.cit page 237) and of tablets which are provied with a coating resistant to gastric juice (loc.cit page 237) must be met by each pellet particle.

Pellets are usually produced by a pelletizing process, for example using a disk or drum pelletizer, in a coating pan or with the aid of other apparatuses for agglomerative granulation, or by extrusion, cutting of the extrudates and rounding off the resulting cylindrical particles on appropriate conventional apparatuses. These processes are described, for example, by R. Voigt, in Lehrbuch der pharmazeutischen Technologie, 2nd edition, VEB Verlag Volk und Gesundheit, Berlin 1975, 158–169, and in Hagers Handbuch der pharmazeutischen Praxis, 4th edition, Springer-Verlag, Berlin - Heidelberg - New York, 1971, VII A, 312–318.

All of these processes have the disadvantage that they give a broad particle size distribution, so that oversize and undersize particles have to be separated off. Moreover, the shape and/or the surface structure are frequently non-uniform. In all of these processes, a solvent is incorporated and then evaporated, so that a porous structure is produced. The weight of the individual particles fluctuates greatly. Single-unit doses are impossible since the requirements of the European pharmacopoeia are not met.

These disadvantages are overcome if tablets are produced by pressing, but tablets having a diameter of less than 3 mm are unknown to date.

Skilled workers from the manufacturing sector for tableting presses and tools, i.e. dies and punches, are unanimous in the opinion that it is impossible to produce smaller tablets. The reasons for this are the sensitivity of

2

the thin punches, which are compressed and break off when used in conventional presses, the required precision of the tableting presses, and the requirements with respect to the free-flowing properties, particle size and particle size distribution of the tableting material.

It is an object of the present invention to produce particles having the properties described at the outset.

We have found that this object is achieved by a process for the production of cylindrical microtablets which have a convex upper face and a convex lower face and whose cylinder diameter and height, independently of one another, are each from 1.0 to 2.5 mm, preferably from 2.0 to 2.3 mm, and their ratio is from 1:0.5 to 1:1.5, preferably from 1:0.9 to 1:1.1, wherein a free-flowing tableting material having a maximum particle diameter of 30%, preferably 20%, of the tablet diameter and containing less than 10, preferably less than 5, per cent by weight of dust (with particle diameters of less than 50 μm) is pressed with a force of from 0.4 to 3, preferably from 1 to 2, kN.

The required tableting materials having the stated particle size and the stated low dust content are advantageously obtained by using larger particles, preferred mills being those which have a low shearing action. The process furthermore requires novel tableting presses unlike those available commercially to date. Not only must they possess correspondingly small dies and punches, but the measuring range for the applied compressive force must be adapted to the smaller dimensions of the microtablet. The tools must be controlled in a particularly precise manner. Sensitive control of the metering is required in order to avoid deviations of the mean tablet weight during the pressing procedure, since overfilling the dies leads to overloading of the tools. Finally, it is necessary to provide a very efficiently functioning scraper, which conveys the microtablets carefully and without damage, but also reliably without leaving a residue, from the die into the discharge device.

The radius of curvature r of the convex upper and lower faces of the cylindrical microtablet is from 0.6 to 1.5 times, preferably from 0.7 to 0.9 times, the diameter of the cylinder. With smaller radii of curvature (a spherical shape), the tools do not withstand the pressure required, while with larger radii flat upper and lower faces (infinite radius of curvature) are approached, with the disadvantage that the edges present problems during coating and are susceptible to mechanical damage.

The height of the tablet is the maximum dimension along the cylinder axis.

Free-flowing, as used herein, is intended to mean that the cotangent ψ of the angle of slope determined in accordance with DIN 53916 is greater than 1.2, preferably greater than 1.4.

The term dust content, as used herein, embraces the product fractions having particle diameters of less than 50 μm. The amount of such fractions in the material being pressed should be less than 10, preferably less than 5, per cent by weight.

Pharmaceutical microtablets contain one or more active pharmaceutical compounds in an effective amount, in addition to conventional pharmaceutical auxiliaries.

The novel microtablets weigh from 1 to 20, preferably from 5 to 10, mg. The relative standard deviations of the mean weights of 50 weighed microtablets prepared by this process are less than 4%, in general even less than 2.5%. They meet the requirements of the Euro-

Copy provided by USPTO from the PIRS Image Database on 02/14/2008

4,797,287

3

pean pharmacopeia in respect of weight uniformity of tablets. For a definition of the standard deviation, see textbooks of statistics, eg. Siegfried Noack, Auswertung von Mess- und Versuchsdaten mit Taschenrechner und Tischkomputer, Walter de Gruyter Verlag, Berlin, New York 1980, pages 192–201.

After having been provided with a retarding lacquer coating, conventional pellets of non-uniform size and shape give characteristics for the release of active compound which exhibit pronounced scatter in individual cases. This is attributable to the different surface areas of pellets which have different diameters.

Smaller pellets which have a large surface area per unit weight require a larger amount of coating material than larger pellets with a smaller surface area per unit weight, in order to produce a coating which has the same thickness and is thus equally effective. This broad distribution of release rates is reinforced by the effects of shape factors, since particles with edges and corners or raised surface structures require a larger amount of coating material in order to cover these irregularities.

When an average amount of surface coating material is applied during the coating procedure, only a few pellets will achieve the desired average release characteristics. Release from large and flat particles will be slower, and that from small and irregular particles will be faster.

Mixing these different particles leads to addition of the individual release characteristics and hence to pronounced deviation from the desired linear characteristics. 0-order release is not possible in the case of a large number of simultaneously releasing pellets, as are present, for example, after a hard gelatine capsule has been dissolved.

If the novel microtablets are provided with a retarding coating by a conventional method, for example by fluidized-bed coating or by coating in a perforated drum coater with coating solutions based on, for example, ethylcellulose or acrylic resins, the uniformity of size, shape and surface structure of the microtablets leads to coatings which ensure that each retard pellet releases the active compound present at a steady rate. A pellet ensemble, e.g. the contents of a hard gelatine capsule, has the same narrow-band release characteristics, i.e. linear variation with time.

The skilled worker is familiar with the problem of using coatings which are soluble in intestinal juice to formulate conventional pellets resistant to gastric juice so that the active compound present in the pellets is reliably protected from the action of the acidic medium in the stomach. Protection from gastric acid is necessary particularly for acid-sensitive substances, e.g. the enzyme lipase. In the case of pellets of this type, a coating which is resistant to gastric juice usually requires a very large amount of coating material, which accounts for as much as 50% of the total weight of the coated pellets. Nevertheless, such resistant pellets too are generally only resistant to gastric juice in the sense that the active compound does not diffuse through the coating and into the gastric acid, but not in the required way whereby the gastric acid is not diffused in the opposite direction through the coating and into the interior of the pellet.

With the novel microtablets, pellets which are completely resistant to gastric juice can be produced without particular expense. With the aid of the abovementioned coating procedures, pellets which are homogeneously resistant to gastric juice can be obtained by applying coatings based on conventional coating sys-

4

tems, such as cellulose acetate phthalate or hydroxypropylmethylcellulose phthalate. The consumption of coating material is not more than 25% (w/w), depending on the pellet size; in many cases 10% (w/w) is sufficient.

The novel microtablets can consist of a very wide range of materials and accordingly can be used for a very large variety of purposes. For example, they can be employed as catalysts in the petroleum and chemical industries, or as readily meterable starting materials or additives for solutions as used in a very wide variety of industrial processes, for example for finishing and dyeing textiles, tanning, impregnation, etc. However, the most important and very particularly preferred field of use is in the pharmaceutical sector. Their advantages are particularly utilized when they are provided with a retarding or gastric juice-resistant coating. Retardation can be effected by the matrix principle or, preferably, by means of a coating. The very particularly preferred novel microtablets provided with a coating resistant to gastric juice are those which contain pancreatin as the active compound.

Surprisingly, not only is it possible to produce microtablets having a diameter of less than 2.5 mm by pressing, but these microtablets furthermore possess unexpectedly good pressing characteristics, and the pressability of materials intended for pressing is, surprisingly, better in the case of such small tablets.

For example, it is possible to produce microtablets having a high content of substances which are difficult to press.

Paracetamol can be pressed, via PVP granules, to give mechanically stable microtablets containing 95% of active compound. These are so stable that they can be coated in a Wurster apparatus.

10 mm tablets prepared from the same granules by way of comparison cannot be coated since they undergo laminar cleavage under mechanical load.

This cannot be prevented by means of a higher compressive pressure, this resulting, on the contrary, in direct capping.

The mold release agent talc can likewise be pressed via PVP granules to give firm microtablets having a content of 95%. These microtablets, too, are so stable that they can be coated without difficulty in a Wurster apparatus.

10 mm tablets prepared from the same granules by way of comparison possess only little strength. When they are fluidized in the Wurster apparatus, the mechanical abrasion is sufficient to cause the tablets to lose their shape.

Pancreatin can be pressed to give tablets having a content of 99.5%.

If these granules are pressed using conventional round tools of 10 mm diameter, either capping is observed or the strength of the resulting tablets is insufficient to permit them to be further processed.

In the Examples, parts and percentages are by weight.

## EXAMPLE 1

Commercial coarse-particled ascorbic acid which met the requirements of the pharmacopeia was comminuted on a roll mill so that 1.2% remained on a sieve having a mesh size of 0.4 mm. The fraction below 50 μm was 7.5%

1,940 g of this milled vitamin C were mixed with 50 g of microcrystalline cellulose and 10 g of magnesium

4,797,287

5

sterate in a 5 liter mixer. The mixture, having free-flow characteristics according to DIN 53916 which corresponded to cotangent $\psi=1.45$, was pressed on an eccentric press equipped with instrumentation and having precise punch control to give microtablets having a diameter of 1.5 mm and a height of 1.8 mm, the compressive force being 0.9 kN. The radius of curvature was 1.0 mm.

The mean weight of 50 microtablets was 3.56 mg, the relative standard deviation being 2.9%. The microtablets met the pharmacopeia requirements in respect of weight uniformity for tablets.

After 300,000 microtablets had been prepared, the press tool still remained completely undamaged.

### EXAMPLE 2

The oversize was removed from commercial potassium chloride which met the pharmacopeia requirements by means of a 0.5 mm sieve. The fine fraction contained 2.7% of just having a size of less than 50 μm.

After 11,940 g of this potassium chloride fraction has been mixed with 60 g of magnesium stearate in a 50 liter mixer, the mixture had free-flow characteristics according to DIN 53916 which corresponded to cotangent $\psi=1.49$.

This material for pressing was converted to pellet-like microtablets having a diameter of 2.0 mm and a height of 2.0 mm on a 24-punch rotary press with sensitive monitoring of the compressive force and control of metering, and with a very precisely operating scraper, the compressive force used being 1.5 kN. The radius of curvature was 1.4 mm, the mean weight of 50 microtablets was 11.2 mg and the relative standard deviation was 1.8%.

The microtablets met the pharmacopeia requirements for weight uniformity for tablets. After the preparation of 100,000 microtablets, the press tool was still undamaged.

The potassium chloride microtablets were coated continuously in a fluidized-bed spray granulator with an ethanolic ethylcellulose solution whose concentration was 5.5% (w/w). The specific viscosity of the ethylcellulose was 10 mPas. The polymer solution contained 20%, based on the weight of the polymer, of dibutyl phthalate as a plasticizer.

Talc was suspended in this solution, as a filler, in an amount of 50% (w/w), based on the weight of the polymer. The total amount of coating material was 5% (w/w), based on the coated potassium chloride microtablets. The fluidized-bed coating procedure was controlled so that the product temperature was from 23° to 25° C.

Filling of the retarded potassium chloride microtablets produced in this manner into hard gelatine capsules could be carried out very easily and precisely in conventional apparatuses.

Potassium chloride release as determined by the paddle method according to U.S. pharmacopeia XX showed the following behavior:

| Time (h) | Amount liberated in % |
|---|---|
| 1 | 14 |
| 2 | 30 |
| 4 | 62 |
| 8 | 98 |

6

### COMPARATIVE EXPERIMENT

For comparison, potassium chloride pellets were prepared on a disk pelletizer, 4% (w/w) of hydroxy-propylmethylcellulose being incorporated as a binder, and undersize particles smaller than 1.6 mm and oversize particles larger than 2.0 mm were separated off by means of a sieve. The useful fraction was retarded by a similar process, the total amount of coating material being 5.5% (w/w) based on the coated potassium chloride pellets.

Release of potassium chloride gave the following values:

| Time (h) | Amount liberated in % |
|---|---|
| 1 | 27 |
| 2 | 46 |
| 4 | 60 |
| 8 | 93 |

Comparison of the two products showed that the retarded potassium chloride microtablets used according to the invention approach ideal behavior, i.e. 0-order release, whereas the conventionally prepared potassium chloride exhibits substantial deviations.

### EXAMPLE 3

Pancreatin prepared by the extraction method was comminuted on a roll mill so that the fraction above 0.5 mm was 0.8%, and the dust fraction below 50 μm was 3.5%.

After 1,990 g of this pancreatin had been mixed with 10 g of magnesium stearate in a 5 liter laboratory mixer, the mixture had free-flow characteristics according to DIN 53916 which corresponded to cotangent $\psi=1.35$.

This material for pressing was converted to microtablets having a diameter of 2.25 mm and a height of 2.2 mm on an eccentric press equipped with instrumentation, and having precise punch control, the compressive force used being 2 kN. The radius of curvature was 1.7 mm. The mean weight of 50 microtablets was 8.5 mg and the relative standard deviation was 2.4%.

The microtablets met the pharmacopeia requirements in respect of weight uniformity for tablets.

The pancreatin microtablets were coated in a rotating perforated drum (Accela Cota 24" from Manesty, Liverpool having a drum with 0.3 mm perforations produced by laser beam) with a solution of hydroxypropyl-methylcellulose phthalate in a 3:7 isopropanol/methylenechloride mixture with the aid of a two-material nozzle. The concentration of the solution was 7% (w/w). The total amount of the coating polymer was 14% (w/w), based on the coated pancreatin microtablets. 20% (w/w), based on the polymer material, of dibutyl phthalate was added to the polymer solution, as a plasticizer.

The coating procedure was controlled so that when the coating solution was metered at a rate of 40 ml/min, the product temperature remained at 24°-26° C.

The pancreatin microtablets resistant to gastric juice could be introduced into hard gelatine capsules very easily and precisely using conventional apparatuses.

The resistance to gastric juice was tested by the method described in Ph. Eur. Furthermore, the penetration of synthetic gastric acid into the pellets was determined by measuring the content of lipase after the acid

4,797,287

7

had been allowed to act for 2 hours, and comparing this content with the initial value.

In the microtablets resistant to gastric juice and produced according to the invention, no decrease in the lipase activity could be detected.

For comparison a commercial product containing pellets resistant to gastric juice was investigated. Although this product was resistant to gastric juice according to the pharmacopeia specification, the lipase activity was found to decrease by 60% after exposure to synthetic gastric acid for 2 hours. The amount of coating in this product was determined as 38% (w/w).

To compare the tabletting behavior, circular 10 mm tablets were prepared from the same material for pressing, containing 99.5% of pancreatin.

These tablets possess only a low breaking strength and exhibit high abrasion. An attempt to coat them in a Wurster apparatus had to be terminated because fragments and particles produced by abrasion did not permit useful coating to be carried out.

### EXAMPLE 4

Finely powdered active carbon was granulated in an intensive mixer, together with starch paste, prepared by heating 10% of corn starch in water. The amount of starch paste was 30% (w/w). The moist granules were passed through a sieve of 1.6 mm mesh size, dried in a drying oven and then comminuted in a suitable mill so that the fraction above 0.5 mm was 2.8% and the dust fraction below 50 μm was 1.4%.

These granules were mixed with 3% of talc to give a mixture having free-flow characteristics according to DIN 53916 which corresponded to cotangent ψ=1.6.

This material for pressing was converted to microtablets having a diameter of 2.0 mm and a height of 2.5 mm on a 24-punch rotary press with sensitive monitoring of the compressive force and control of metering and with a precisely operated scraper, the compressive force used being 1.5 kN. The radius of curvature was 1.4 mm, the mean weight of 50 microtablets was 8.2 mg and the relative standard deviation was 2.5% the microtablets met the pharmacopeia requirements in respect of weight uniformity for tablets.

### EXAMPLE 5

Coarse-particled propafenone was comminuted using a roll mill so that the fraction above 0.6 mm was 0.2% and the dust fraction below 50 μm was 0.9%.

When 1,600 g of this propafenone had been mixed with 250 g of microcrystalline cellulose, 100 g of lactose, 40 g of talc and 10 g of magnesium stearate in a 5 liter laboratory mixer, the resulting mixture had free-

8

flow characteristics according to DIN 53916 which corresponded to cotangent ψ=1.5.

This material for pressing was converted to microtablets having a diameter of 2.1 mm and a height of 2.0 mm on an eccentric press equipped with instrumentation, and having precise punch control, the compressive force used being 1.5 kN. The radius of curvature as 1.5 mm. The mean weight of 50 microtablets was 7.0 mg and the relative standard deviation was 1.5%.

The propafenone microtablets were coated continuously, in a fluidized-bed spray granulator having a Wurster insert, with a 20% strength (w/w) aqueous solution of hydroxypropylmethylcellulose (specific viscosity 3 mPas). The total amount of the coating polymer was 5% based on the coated propafenone microtablets. The coating procedure was controlled so that the product temperature remained at 31°–34° C.

### EXAMPLE 6

Iron(III) oxide powder for catalytic purposes was granulated with a 20% strength (w/w) aqueous solution of polyvinylpyrrolidone (specific viscosity K.=25) in an intensive mixer. The moist granules were passed through a sieve of 2 mm mesh size, dried in a drying oven and then comminuted using a roll mill so that the fraction above 0.5 mm was 3.4% and the dust fraction below 50 μm was 5.8%. The amount of polyvinylpyrrolidone was 2% (w/w).

These granules were mixed with 2% of graphite to give a mixture having free-flow characteristics according to DIN 53916 which corresponded to cotangent ψ=1.4.

This material for pressing was converted to microtablets having a diameter of 2.25 mm and a height of 2.25 mm on an eccentric press equipped with instrumentation, and having precise punch control, the compressive forced used being 1.2 kN. The radius of curvature was 2.0 mm. The mean weight of 50 microtablets was 15.8 mg and the relative standard deviation was 3.5%. The catalyst microtablets could be fluidized in a fluidized bed without any noticeable mechanical abrasion.

We claim:

1. A cylindrical pharmaceutical microtablet consisting essentially of pancreatin, said microtablet having a convex upper face and convex lower face, wherein the cylinder diameter and the height independently of one another are each from 1.0 to 2.5 mm, the ratio from the said diameter to the said height being from 1:0.5 to 1:1.5, and the radius of curvature r of the convex upper and lower faces of the cylindrical microtablet is from 0.6 to 1.5 times the diameter of the cylinder.

2. The microtablet of claim 1 having a pancreatin content of 99.5%.

* * * * *

# EXHIBIT 10

# United States Patent [19]

## Pich et al.

[11] **Patent Number:** **4,828,843**

[45] **Date of Patent:** **May 9, 1989**

[54] **CYLINDRICAL MICROTABLETS**

[75] Inventors: Claus H. Pich; Thomas Moest, both of Moorrege, Fed. Rep. of Germany

[73] Assignee: BASF Aktiengesellschaft, Ludwigshafen, Fed. Rep. of Germany

[21] Appl. No.: 210,852

[22] Filed: **Jun. 24, 1988**

### Related U.S. Application Data

[60] Division of Ser. No. 45,194, Apr. 30, 1987, Pat. No. 4,797,287, which is a continuation of Ser. No. 745,960, Jun. 18, 1985, abandoned.

[30] **Foreign Application Priority Data**

Jun. 19, 1984 [DE] Fed. Rep. of Germany ....... 3422619
Jun. 19, 1984 [DE] Fed. Rep. of Germany ....... 8418439

[51] Int. Cl.⁴ .......................... A61K 9/20; A61K 9/28; A61K 9/36

[52] U.S. Cl. ..................................... 424/480; 424/464; 424/474

[58] Field of Search .......................... 424/464, 474, 480

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,175,521 | 3/1965 | Hershberg | 424/14 |
| 3,473,490 | 10/1969 | Corvi-Mora | 107/54 |
| 4,294,819 | 10/1981 | Tencza | 424/14 |
| 4,339,428 | 7/1982 | Tencza | 424/21 |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 996819 | 6/1965 | United Kingdom | |
| 1204580 | 9/1970 | United Kingdom | |
| 2039737 | 8/1980 | United Kingdom | |
| 2091554 | 8/1982 | United Kingdom | |

*Primary Examiner*—Shep K. Rose
*Attorney, Agent, or Firm*—Keil & Weinkauf

[57] **ABSTRACT**

Cylindrical microtablets which have a convex upper face and a convex lower face and whose cylinder diameter and height independently of one another are each from 1.0 to 2.5 mm and the ratio of the said diameter to said height is from 1:0.5 to 1:1.5, an a process for their preparation.

**2 Claims, 1 Drawing Sheet**



4,828,843

1

## CYLINDRICAL MICROTABLETS

This is a division of application Serial No. 045,194, filed Apr. 30, 1987 now U.S. No. 4,797,287, which is a continuation of application Serial No. 745,960, filed June 18, 1985, now abandoned.

For many purposes, it is desirable to have particles 1–2.5 mm diameter which possess a very uniform particle size and regular shape, high weight uniformity, very low porosity, a reproducible surface structure and a high content of active substance. For example, the administration of drugs in the form of pellets which can be introduced into, for example, capsules is generally preferred to the administration of compact tablets because very high local concentrations of active compound in the gastrointestinal tract are avoided with multi-unit-dose-system pellets, in contrast to single-unit-dose-system tablets. However, uniform filling of capsules necessitates uniform size and shape of the pellets. Moreover, the very steady release of active compound per unit time generally desired in the case of sustained-release pellets is only possible if the pellets are of uniform size and shape. The same applies to pellets which are provided with a coating resistant to gastric juice. Only regularly shaped particles permit uniform coating with a very small amount of coating agent.

It is also desirable to prepare pellets which have the stated properties and are of such uniformity that single-unit doses are possible. This means that each individual pellet particle must meet the requirements set by the European pharmacopeia with regard to the single-unit dose forms described there. The necessary weight uniformity for tablets is specified in the European pharmacopeia, vol. III, page 77.

The specifications regarding the disintegration times for uncoated tablets (loc. cit page 235), of coated tablets which are soluble in gastric juice (loc. cit page 237) and of tablets which are provided with a coating resistant to gastric juice (loc. cit page 237) must be met by each pellet particle.

Pellets are usually produced by a pelletizing process, for example using a disk or drum pelletizer, in a coating pan or with the aid of other apparatuses for agglomerative granulation, or by extrusion, cutting of the extrudates and rounding off the resulting cylindrical particles on appropriate conventional apparatuses. These processes are described, for example, by R. Voigt, in Lehrbuch der pharmazeutischen Technologie, 2nd edition, VEB Verlag Volk und Gesundheit, Berlin 1975, 158–169, and in Hagers Handbuch der pharmazeutischen Praxis, 4th edition, Springer-Verlag, Berlin-Heidelberg-New York, 1971, VII A, 312–318.

All of these processes have the disadvantage that they give a broad particle size distribution, so that over-size and undersize particles have to be separated off. Moreover, the shape and/or the surface structure are frequently non-uniform. In all of these processes, a solvent is incorporated and then evaporated, so that a porous structure is produced. The weight of the individual particles fluctuates greatly. Single-unit doses are impossible since the requirements of the European pharmacopeia are not met.

These disadvantages are overcome if tablets are produced by pressing, but tablets having a diameter of less than 3 mm are unknown to date.

Skilled workers from the manufacturing sector for tableting presses and tools, ie. dies and punches, are

2

unanimous in the opinion that it is impossible to produce smaller tablets. The reasons for this are the sensitivity of the thin punches, which are compressed and break off when used in conventional presses, the required precision of the tableting presses, and the requirements with respect to the free-flowing properties, particle size and particle size distribution of the tableting material.

It is an object of the present invention to produce particles having the properties described at the outset.

We have found that this object is achieved by a process for the production of cylindrical microtablets which have a convex upper face and a convex lower face and whose cylinder diameter and height, independently of one another, are each from 1.0 to 2.5 mm, preferably from 2.0 to 2.3 mm, and their ratio is from 1:0.5 to 1:1.5, preferably from 1:0.9 to 1:1.1, wherein a free-flowing tableting material having a maximum particle diameter of 30%, preferably 20%, of the tablet diameter and containing less than 10, preferably less than 5, per cent by weight of dust (with particle diameters of less than 50 μm) is pressed with a force of from 0.4 to 3, preferably from 1 to 2, kN.

The required tableting materials having the stated particle size and the stated low dust content are advantageously obtained by milling larger particles, preferred mills being those which have a low shearing action. The process furthermore requires novel tableting presses unlike those available commercially to date. Not only must they possess correspondingly small dies and punches, but the measuring range for the applied compressive force must be adapted to the smaller dimensions of the microtablet. The tools must be controlled in a particularly precise manner. Sensitive control of the metering is required in order to avoid deviations of the mean tablet weight during the pressing procedure, since overfilling the dies leads to overloading of the tools. Finally, it is necessary to provide a very efficiently functioning scraper, which conveys the microtablets carefully and without damage, but also reliably without leaving a residue, from the die into the discharge device.

The radius of curvature r of the convex upper and lower faces of the cylindrical microtablet is from 0.6 to 1.5 times, preferably from 0.7 to 0.9 times, the diameter of the cylinder. With smaller radii of curvature (a spherical shape), the tools do not withstand the pressure required, while with larger radii flat upper and lower faces (infinite radius of curvature) are approached, with the disadvantage that the edges present problems during coating and are susceptible to mechanical damage.

The height of the tablet is the maximum dimension along the cylinder axis.

Free-flowing, as used herein, is intended to mean that the cotangent φ of the angle of slope determined in accordance with DIN 53916 is greater than 1.2, preferably greater than 1.4.

The term dust content, as used herein embraces the product fractions having particle diameters of less than 50 μm. The amount of such fractions in the material being pressed should be less than 10, preferably less than 5, per cent by weight.

Pharmaceutical microtablets contain one or more active pharmaceutical compounds in an effective amount, in addition to conventional pharmaceutical auxiliaries.

The novel microtablets weigh from 1 to 20, preferably from 5 to 10, mg. The relative standard deviations of the mean weights of 50 weighed microtablets prepared

4,828,843

3

by this process are less than 4%, in general even less than 2.5%. They meet the requirements of the European pharmacopeia in respect of weight uniformity of tablets. For a definition of the standard deviation, see textbooks of statistics, eg. Siegfried Noack, Auswertung von Mess- und Versuchsdaten mit Taschenrechner und Tischkomputer, Walter de Gruyter Verlag, Berlin, New York 1980, pages 192–201.

After having been provided with a retarding lacquer coating, conventional pellets of non-uniform size and shape give characteristics for the release of active compound which exhibit pronounced scatter in individual cases. This is attributable to the different surface areas of pellets which have different diameters.

Smaller pellets which have a large surface area per unit weight require a larger amount of coating material than larger pellets with a smaller surface area per unit weight, in order to produce a coating which has the same thickness and is thus equally effective. This broad distribution of release rates is reinforced by the effects of shape factors, since particles with edges and corners or raised surface structures require a larger amount of coating material in order to cover these irregularities.

When an average amount of surface coating material is applied during the coating procedure, only a few pellets will achieve the desired average release characteristics. Release from large and flat particles will be slower, and that from small and irregular particles will be faster.

Mixing these different particles leads to addition of the individual release characteristics and hence to pronounced deviation from the desired linear characteristics. O-order release is not possible in the case of a large number of simultaneously releasing pellets, as are present, for example, after a hard gelatine capsule has been dissolved.

If the novel microtablets are provided with a retarding coating by a conventional method, for example by fluidized-bed coating or by coating in a perforated drum coater with coating solutions based on, for example, ethylcellulose or acrylic resins, the uniformity of size, shape and surface structure of the microtablets leads to coatings which ensure that each retard pellet releases the active compound present at a steady rate. A pellet ensemble, eg. the contents of a hard gelatine capsule, has the same narrow-band release characteristics, ie. linear variation with time.

The skilled worker is familiar with the problem of using coatings which are soluble in intestinal juice to formulate conventional pellets resistant to gastric juice so that the active compound present in the pellets is reliably protected from the action of the acidic medium in the stomach. Protection from gastric acid is necessary particularly for acid-sensitive substances, eg. the enzyme lipase. In the case of pellets of this type, a coating which is resistant to gastric juice usually requires a very large amount of coating material, which accounts for as much as 50% of the total weight of the coated pellets. Nevertheless, such resistant pellets too are generally only resistant to gastric juice in the sense that the active compound does not diffuse through the coating and into the gastric acid, but not in the required way whereby the gastric acid is not diffused in the opposite direction through the coating and into the interior of the pellet.

With the novel microtablets, pellets which are completely resistant to gastric juice can be produced without particular expense. With the aid of the above-mentioned coating procedures, pellets which are homoge-

4

neously resistant to gastric juice can be obtained by applying coatings based on conventional coating systems, such as cellulose acetate phthalate or hydroxypropylmethylcellulose phthalate. The consumption of coating material is not more than 25% (w/w), depending on the pellet size; in many cases 10% (w/w) is sufficient.

The novel microtablets can consist of a very wide range of materials and accordingly can be used for a very large variety of purposes. For example, they can be employed as catalysts in the petroleum and chemical industries, or as readily meterable starting materials or additives for solutions as used in a very wide variety of industrial processes, for example for finishing and dyeing textiles, tanning, impregnation, etc. However, the most important and very particularly preferred field of use is in the pharmaceutical sector. Their advantages are particularly utilized when they are provided with a retarding or gastric juice-resistant coating. Retardation can be effected by the matrix principle or, preferably, by means of a coating. The very particularly preferred novel microtablets provided with a coating resistant to gastric juice are those which contain panoreatin as the active compound.

Surprisingly, not only is it possible to produce microtablets having a diameter of less than 2.5 mm by pressing, but these microtablets furthermore possess unexpectedly good pressing characteristics, and the pressability of materials intended for pressing is, surprisingly, better in the case of such small tablets.

For example, it is possible to produce microtablets having a high content of substances which are difficult to press.

Paracetamol can be pressed, via PVP granules, to give mechanically stable microtablets containing 95% of active compound. These are so stable that they can be coated in a Wurster apparatus.

10 mm tablets prepared from the same granules by way of comparison cannot be coated since they undergo laminar cleavage under mechanical load.

This cannot be prevented by means of a higher compressive pressure, this resulting, on the contrary, in direct capping.

The mold release agent talc can likewise be pressed via PVP granules to give firm microtablets having a content of 95%. These microtablets, too, are so stable that they can be coated without difficulty in a Wurster apparatus.

10 mm tables prepared from the same granules by way of comparison possess only little strength. When they are fluidized in the Wurster apparatus, the mechanical abrasion is sufficient to cause the tablets to lose their shape.

Pancreatin can be pressed to give tablets having a content of 99.5%.

If these granules are pressed using conventional round tools of 10 mm diameter, either capping is observed or the strength of the resulting tablets is insufficient to permit them to be further processed.

In the Examples, parts and percentages are by weight.

## EXAMPLE 1

Commercial coarse-particled ascobic acid which met the requirements of the pharmacopeia was comminuted on a roll mill so that 1.2% remained on a sieve having a mesh size of 0.4 mm. The fraction below 50 μm was 7.5%

5

4,828,843

6

1,940 g of this milled vitamin C were mixed with 50 g of microcrystalline cellulose and 10 g of magnesium sterate in a 5 liter mixer. The mixture, having free-flow characteristics according to DIN 53916 which corresponded to cotangent $\phi = 1.45$, was pressed on an eccentric press equipped with instrumentation and having precise punch control to give microtablets having a diameter of 1.5 mm and a height of 1.8 mm, the compressive force used being 0.9 kN. The radius of curvature was 1.0 mm.

The mean weight of 50 microtablets was 3.56 mg, the relative standard deviation being 2.9%. The microtablets met the pharmacopeia requirements in respect of weight uniformity for tablets.

After 300,000 microtablets had been prepared, the press tool still remained completely undamaged.

EXAMPLE 2

The oversize was removed from commercial potassium chloride which met the pharmacopeia requirements by means of a 0.5 mm sieve. The fine fraction contained 2.7% of dust having a size of less than 50 μm.

After 11,940 g of this potassium chloride fraction has been mixed with 60 g of magnesium stearate in a 50 liter mixer, the mixture had free-flow characteristics according to DIN 53916 which corresponded to cotangent $\phi = 1.49$.

This material for pressing was converted to pelletlike microtablets having a diameter of 2.0 mm and a height of 2.0 mm on a 24-punch rotary press with sensitive monitoring of the compressive force and control of metering, and with a very precisely operating scraper, the compressive force used being 1.5 kN. The radius of curvature was 1.4 mm, the mean weight of 50 microtablets was 11.2 mg and the relative standard deviation was 1.8%.

The microtablets met the pharmacopeia requirements for weight uniformity for tablets. After the preparation of 100,000 microtablets, the press tool was still undamaged.

The potassium chloride microtablets were coated continuously in a fluidized-bed spray granulator with an ethanolic ethylcellulose solution whose concentration was 5.5% (w/w). The specific viscosity of the ethylcellulose was 10 mPas. The polymer solution contained 20%, based on the weight of the polymer, of dibutyl phthalate as a plasticizer.

Talc was suspended in this solution, as a filler, in an amount of 50% (w/w), based on the weight of the polymer. The total amount of coating material was 5% (w/w), based on the coated potassium chloride microtablets. The fluidized-bed coating procedure was controlled so that the product temperature was from 23 to 25° C.

Filling of the retarded potassium chloride microtablets produced in this manner into hard gelatine capsules could be carried out very easily and precisely in conventional apparatuses.

Potassium chloride release as determined by the paddle method according to U.S. pharmacopeia XX showed the following behavior:

| Time (h) | Amount liberated in % |
|---|---|
| 1 | 14 |
| 2 | 30 |
| 4 | 62 |

-continued

| Time (h) | Amount liberated in % |
|---|---|
| 8 | 98 |

COMPARATIVE EXPERIMENT

For comparison, potassium chloride pellets were prepared on a disk pelletizer, 4% (w/w) of hydroxypropylmethylcellulose being incorporated as a binder, and undersize particles smaller than 1.6 mm and oversize particles larger than 2.0 mm were separated off by means of a sieve. The useful fraction was retarded by a similar process, the total amount of coating material being 5.5% (w/w) based on the coated potassium chloride pellets.

Release of potassium chloride gave the following values:

| Time (h) | Amount liberated in % |
|---|---|
| 1 | 27 |
| 2 | 46 |
| 4 | 60 |
| 8 | 93 |

Comparison of the two products showed that the retarded potassium chloride microtablets used according to the invention approach ideal behavior, ie. 0-order release, whereas the conventionally prepared potassium chloride exhibits substantial deviations.

EXAMPLE 3

Pancreatin prepared by the extraction method was comminuted on a roll mill so that the fraction above 0.5 mm was 0.8%, and the dust fraction below 50 μm was 3.5%.

After 1,990 g of this pancreatin had been mixed with 10 g of magnesium stearate in a 5 liter laboratory mixer, the mixture had free-flow characteristics according to DIN 53916 which corresponded to cotangent $\phi = 1.35$.

This material for pressing was converted to microtablets having a diameter of 2.25 mm and a height of 2.2 mm on an eccentric press equipped with instrumentation, and having precise punch control, the compressive force used being 2 kN. The radius of curvature was 1.7 mm. The mean weight of 50 microtablets was 8.5 mg and the relative standard deviation was 2.4%.

The microtablets met the pharmacopeia requirements in respect of weight uniformity for tablets.

The pancreatin microtablets were coated in a rotating perforated drum (Accela Cota 24″ from Manesty, Liverpool having a drum with 0.3 mm perforations produced by laser beam) with a solution of hydroxypropylmethylcellulose phthalate in a 3:7 isopropanol/methylene chloride mixture with the aid of a two-material nozzle. The concentration of the solution was 7% (w/w). The total amount of the coating polymer was 14% (w/w), based on the coated pancreatin microtablets. 20% (w/w), based on the polymer material, of dibutyl phthalate was added to the polymer solution, as a plasticizer.

The coating procedure was controlled so that when the coating solution was metered at a rate of 40 ml/min, the product temperature remained at 24–26° C.

The pancreatin microtablets resistant to gastric juice could be introduced into hard gelatine capsules very easily and precisely using conventional apparatuses.

4,828,843

7

The resistance to gastric juice was tested by the method described in Ph. Eur. Furthermore, the penetration of synthetic gastric acid into the pellets was determined by measuring the content of lipase after the acid had been allowed to act for 2 hours, and comparing this content with the initial value.

In the microtablets resistant to gastric juice and produced according to the invention, no decrease in the lipase activity could be detected.

For comparison a commercial product containing pellets resistant to gastric juice was investigated. Although this product was resistant to gastric juice according to the pharmacopeia specification, the lipase activity was found to decrease by 60% after exposure to synthetic gastric acid for 2 hours. The amount of coating in this product was determined as 38% (w/w).

To compare the tabletting behavior, circular 10 mm tablets were prepared from the same material for pressing, containing 99.5% of pancreatin.

These tablets possess only a low breaking strength and exhibit high abrasion. An attempt to coat them in a Wurster apparatus had to be terminated because fragments and particles produced by abrasion did not permit useful coating to be carried out.

### EXAMPLE 4

Finely powered active carbon was granulated in an intensive mixer, together with starch paste, prepared by heating 10% of corn starch in water. The amount of starch paste was 15% (w/w). The moist granules were passed through a sieve of 1.6 mm mesh size, dried in a drying oven and then comminuted in a suitable mill so that the fraction above 0.5 mm was 2.8% and the dust fraction below 50 μm was 1.4%.

These granules were mixed with 3% of talc to give a mixture having free-flow characteristics according to DIN 53916 which corresponded to cotangent $\phi = 1.6$.

This material for pressing was converted to microtablets having a diameter of 2.0 mm and a height of 2.5 mm on a 24-punch rotary press with sensitive monitoring of the compressive force and control of metering and with a precisely operated scraper, the compressive force used being 1.5 kN. The radius of curvature was 1.4 mm, the mean weight of 50 microtablets was 8.2 mg and the relative standard deviation was 2.5% the microtablets met the pharmacopeia requirements in respect of weight uniformity for tablets.

### EXAMPLE 5

Coarse-particled propafenone was comminuted using n roll mill so that the fraction above 0.6 mm was 0.2% and the dust fraction below 50 μm was 0.9%.

When 1,600 g of this propafenone had been mixed with 250 g of microcrystalline cellulose, 100 g of lactose, 40 g of talc and 10 g of magnesium stearate in a 5 liter laboratory mixer, the resulting mixture had free-

8

flow characteristics according to DIN 53916 which corresponded to cotangent $\phi = 1.5$.

This material for pressing was converted to microtablets having a diameter of 2.1 mm and a height of 2.0 mm on an eccentric press equipped with instrumentation, and having precise punch control, the compressive force used being 1.5 kN. The radius of curvature was 1.5 mm. The mean weight of 50 microtablets was 7.0 mg and the relative standard deviation was 1.5%.

The propafenone microtablets were coated continuously, in a fluidized-bed spray granulator having a Wurster insert, with a 20% strength (w/w) aqueous solution of hydroxypropylmethylcellulose (specific viscosity 3 mPas). The total amount of the coating polymer was 5% based on the coated propafenone microtablets. The coating procedure was controlled so that the product temperature remained at 31–34° C.

### EXAMPLE 6

Iron (III) oxide powder for catalytic purposes was granulated with a 20% strength (w/w) aqueous solution of polyvinylpyrrolidone (specific viscosity K=25) in an intensive mixer. The moist granules were passed through a sieve of 2 mm mesh size, dried in a drying oven and then comminuted using a roll mill so that the fraction above 0.5 mm was 3.4% and the dust fraction below 50 μm was 5.8%. The amount of polyvinylpyrrolidone was 2% (w/w).

These granules were mixed with 2% of graphite to give a mixture having free-flow characteristics according to DIN 53916 which corresponded to cotangent $\phi = 1.4$.

This material for pressing was converted to microtablets having a diameter of 2.25 mm and a height of 2.25 mm on an eccentric press equipped with instrumentation, and having precise punch control, the compressive forced used being 1.2 kN. The radius of curvature was 2.0 mm. The mean weight of 50 microtablets was 15.8 mg and the relative standard deviation was 3.5%. The catalyst microtablets could be fluidized in a fluidized bed without any noticeable mechanical abrasion.

We claim:

1. A cylindrical pharmaceutical microtablet consisting essentially of pancreatin and having a surface coating which is resistant to gastric juices, the cylindrical microtablet having a convex upper face and convex lower face, wherein the cylinder diameter and the height independently of one another are each from 1.0 to 2.5 mm, the ratio from the said diameter to the said height being from 1:0.5 to 1:1.5, and the radius of curvature r of the convex upper and lower faces of the cylindrical microtablet is from 0.6 to 1.5 times the diameter of the cylinder.

2. The microtablet of claim 1 wherein said surface coating is selected from the group consisting of cellulose acetate phthalate or hydroxypropylmethylcellulose phthalate.

* * * * *

# EXHIBIT
# 11

# REDACTED IN ITS ENTIRETY

EXHIBIT 12



# NEW
# WEBSTER'S
# DICTIONARY
# AND THESAURUS
## of the English Language

School, Home and Office Edition

230,000 Entries . 1,248 Pages

COPYRIGHT © 1993 BY LEXICON PUBLICATIONS, INC.

Main dictionary section © 1972 Librairie Larousse as *The Larousse Illustrated International Encyclopedia and Dictionary*. Revised and updated 1993.

*All rights reserved. No part of this book may be reproduced or transmitted in any form by any means electronic, mechanical, or otherwise, whether now or hereafter devised, including photocopying, recording, or by any information storage and retrieval system without express written prior permission from the Publisher.*

*We have reason to believe that a number of words entered in this dictionary constitute trademarks, and we have designated them as such. However, neither the presence nor the absence of such designation should be regarded as affecting the legal status of any trademark.*

PRINTED AND MANUFACTURED IN THE UNITED STATES OF AMERICA

ISBN 0-7172-4671-X

**constringent**                    210                    **contemporaneous**

ing or constriction, e.g. a python, boa constrictor etc. ‖ a surgical instrument for constricting [L. =that which constricts]

**con·strin·gent** (kənstrĭnjənt) *adj.* causing constriction [fr. L. *constringens* (*constringentis*) fr. *constringere*, to constrict]

**con·stru·a·ble** (kənstrōō·əb'l) *adj.* able or liable to be construed

**con·struct 1.** (kənstrŭkt) *v.t.* to put together, build ‖ to arrange mentally, *to construct a theory* ‖ (*geom.*) to draw, *construct a triangle on base AB* ‖ to combine (words) meaningfully, *to construct a sentence* **2.** (kŏnstrŭkt) *n.* mental construction con·structer, con·struc·tor *n.* [fr. L. *construere* (*constructus*), to put up]

**con·struc·tion** (kənstrŭkshən) *n.* a thing constructed ‖ the process of constructing ‖ the manner of building with regard to materials, *the construction is lath and plaster* ‖ the arrangement and interrelation of words in a sentence ‖ meaning, interpretation, *to put a wrong construction on a statement* ‖ a nonrepresentational work of sculpture made from various components under construction in process of being constructed con·struc·tion·al *adj.* pertaining to construction ‖ structural con·struc·tion·ist *n.* someone who interprets a law or document in a specified way, *a liberal constructionist* [fr. L. *constructio* (*constructionis*)]

**con·struc·tive** (kənstrŭktĭv) *adj.* tending to or helping to construct (opp. DESTRUCTIVE), *constructive criticism* ‖ of construction, esp. the construction of a building, or comparable activity, *constructive toys* ‖ (*law*) inferred, expressed, inferred, *constructive permission* con·struc·tiv·ism *n.* one of the first movements whose aim was to create completely nonobjective sculpture. Antoine Pevsner and his brother Naum Gabo were its originators. They thought of sculpture essentially in terms of contemporary architecture. Their works give a strong impression of planes turning, moving toward or away from each other in calculated relationships. This metal rods, wires or pieces of plastic placed closely together form the planes and emphasize the sense of movement [fr. M.L: *constructivus*]

con·structor *CONSTRUCT

Constructs trade name of a computer system designed by Control Data Corporation to produce construction drawings

**con·strue** (kənstrōō) *pres. part.* con·stru·ing *past and past part.* con·strued *v.t.* to analyze (a sentence or clause) grammatically ‖ to interpret the meaning of (a statement) ‖ to combine (words) grammatically, *'aware' is construed with 'of' or 'that'* ‖ *v.i.* to admit of grammatical analysis, *this sentence does not construe* (i.e. is ungrammatical) [M.E. *construen* fr. L.]

**con·sub·stan·tial** (kŏnsəbstănshəl) *adj.* (esp. *theol.*) of the same kind, essence or nature [fr. L. *consubstantialis*]

**con·sub·stan·ti·al·i·ty** (kŏnsəbstănshĭĕlĭtĭ) *n.* (esp. *theol.*) the state or quality of being consubstantial [fr. L. *consubstantialitas*]

**con·sub·stan·ti·ate** (kŏnsəbstănshĭĕt) *pres. part.* con·sub·stan·ti·at·ing *past and past part.* con·sub·stan·ti·at·ed *v.t.* to unite in one common substance [fr. M.L. *consubstantiare* (*consubstantiatus*)]

**con·sub·stan·ti·a·tion** (kŏnsəbstănshĭāshən) *n.* (*theol.*) the Lutheran doctrine of the mode of Christ's presence in the Eucharist, the divine substance coexisting with the substance of the bread and wine (cf. IMPANATION, cf. TRANSUBSTANTIATION) [fr. L.L. *consubstantiatio* (*consubstantiationis*)]

**con·sue·tude** (kŏnswĭtūd, kŏnswĭtūd) *n.* (*rhet.*) custom, habit, social usage [O.F.]

**con·sue·tu·di·na·ry** (kŏnswĭtūdĭnĕrĭ, kŏnswĭtū'dĭnĕrĭ) *adj.* customary, consuetudinary *law* **2.** *n. pl.* con·sue·tu·di·nar·ies a manual of ritual devotions or ceremonial usage [fr. L. *consuetudinarius*]

**con·sul** (kŏnsəl) *n.* an agent appointed by a country to look after the interests of its citizens and its commerce in a foreign city ‖ (*hist.*) either of two joint chief magistrates of ancient Rome ‖ (*hist.*) one of the rulers of France under the Consulate [L.]

**con·su·lar** (kŏnsələr) *adj.* pertaining to a consul [fr. L. *consularis*]

**con·su·late** (kŏnsəlĭt) *n.* the premises or establishment of a consul ‖ the term of office of a consul ‖ (*hist.*) the office of a Roman consul ‖ the Consulate the French government Nov. 10, 1799–May 18, 1804. Originally a three-man

government, it was rapidly dominated by Napoleon, who became first consul for life (1802) and emperor (1804) [fr. L. *consulatus*]

**con·sult** (kənsŭlt) *v.t.* to seek advice from, *to consult a lawyer* ‖ to seek information from, *to consult a dictionary* ‖ to test, find out, *to consult someone's feelings* ‖ *v.i.* to reflect (with others), *sit in council, to consult with one's colleagues* [fr. L. *consultare*]

**con·sult·ant** (kənsŭltənt) *n.* a person (engineer, doctor etc.) giving expert or professional advice [fr. L. *consultans* (*consultantis*) fr. *consultare*, to consult]

**Consultants Club** exclusive group of industrial nations that consult annually on basic economic policy developments

**con·sul·ta·tion** (kŏnsəltāshən) *n.* the act of consulting, *consultation with a lawyer* ‖ a conference to discuss a problem, esp. among lawyers or doctors [F.]

**con·sul·ta·tive** (kənsŭltətĭv) *adj.* of or having to do with consultation

**con·sul·ta·to·ry** (kənsŭltətôrĭ, kənsŭltətŏrĭ) *adj.* consultative [fr. L. *consultatorius*]

**con·sul·ting** (kənsŭltĭng) *adj.* specializing in giving professional advice within a profession or to the public

**con·sum·a·ble** (kənsūməb'l) **1.** *adj.* that may be eaten ‖ that may be exhausted, used up (e.g. of nonproductive goods as distinguished from capital goods) **2.** *n.* a consumable commodity

**con·sume** (kənsūm) *pres. part.* con·sum·ing *past and past part.* con·sumed *v.t.* to eat or drink up ‖ to destroy by burning, *fire consumed the whole house* or by wastefulness, *to consume an inheritance* ‖ to waste or absorb, *a time-consuming activity* con·sumed *adj.* eaten up or as if eaten up, *consumed with envy* [fr. L. *consumere*]

**con·sum·er** (kənsūmer) *n.* someone who uses articles made by another (opp. PRODUCER) **consumer durables** consumer goods not consumed in a single use, with a minimum useful life of three yrs.; e.g., appliances, homes, and esp. those that perform multiple services, such as automobiles

**consumer goods** those goods which satisfy individual needs directly, e.g. food, clothing, refrigerators (as opposed to producer goods)

**con·sum·er·ism** (kənsū'mərĭzəm) **1.** program to promote consumer interests including protection of the environment, restraints on abuse by business, etc. —consumerist *n.* Cf NADERISM **2.** promotion of growth of increased use of goods

**consumer price index** (*economics*) a monthly index based on the composite cost of selected goods and services used by working-class households based on fixed costs Cf PRICE INDEX

**con·sum·mate 1.** (kŏnsəmĭt, kŏnsəmĭt) *adj.* complete, perfect, supreme, *consummate skill*, a *consummate liar* **2.** (kŏnsəmātt) *v.t. pres. part.* con·sum·mat·ing *past and past part.* con·sum·mat·ed to bring to completion or perfection, esp. to complete (a marriage) by sexual intercourse [fr. L. *consummare* (*consummatus*), to sum up]

**con·sum·ma·tion** (kŏnsəmāshən) *n.* the act of completing (esp. a marriage by sexual intercourse) ‖ perfection, *consummation of bliss* ‖ fulfillment, *the consummation of a life's work* [O.F. *consommation*]

**con·sump·tion** (kənsŭmpshən) *n.* a consuming ‖ an amount consumed ‖ (*econ.*) the use and enjoyment of goods and services by consumers or producers ‖ (*pop.*) tuberculosis of the lungs [fr. L. *consumptio* (*consumptionis*)]

**con·sump·tive** (kənsŭmptĭv) **1.** *adj.* of or consumption ‖ (*pop.*) suffering from or prone to pulmonary tuberculosis **2.** *n.* (*pop.*) a person suffering from tuberculosis of the lungs [fr. L. *consumere* (*consumptus*)]

**con·tact** (kŏntăkt) **1.** *n.* the state of touching or meeting ‖ a coming into association or establishing of communication, *to make contact with one's neighbors* ‖ a person who may be helpful to one, *social contacts* ‖ (*med.*) a person who has been exposed to infection and may carry and transmit a disease ‖ a junction of two conductors enabling an electric current to flow from one to the other ‖ a device for effecting such a junction ‖ to be in contact with to meet, esp. at intervals **2.** *v.t.* to get in touch with [fr. L. *contingere* (*contactus*), to touch together]

**contact angle** *ANGLE OF CONTACT

**contact electricity** electricity arising from the contact of two dissimilar bodies

**contact flying** the navigating of an aircraft by observing landmarks (cf. INSTRUMENT FLYING

**contact inhibition** (*biol.*) the phenomenon of cessation of cell division, when cells in a tissue culture establish contact with other cells

**contact lens** a thin glass or plastic lens designed to fit over the cornea of the eye to correct certain sight defects

**contact lens** (*optics*) optically adjusted lens worn over the cornea to correct vision

**contact maker** (*elec.*) a device for making, or for making and breaking, a contact

**con·tac·tor** (kŏntăktər, kəntăktər) *n.* a device for repeatedly making and breaking an electric circuit

**contact print** a photographic print made from exposure through a negative directly in contact with the sensitized paper

**con·ta·gion** (kəntādjən) *n.* the direct or indirect transmission of disease from one person to another ‖ a contagious disease ‖ the spreading of an influence (e.g. enthusiasm, panic) from person to person

**con·ta·gious** (kəntā'djəs) *adj.* (of diseases) catching, communicable by direct or indirect contact (cf. INFECTIOUS) ‖ (of persons) liable to pass on such a disease ‖ easily spreading, *contagious laughter* [O.F. *contagieus*]

**con·tain** (kəntān) *v.t.* to enclose, *the cupboard contains books* ‖ to have capacity for, hold, *the bottle contains two pints* ‖ to include, *this book contains illustrations* ‖ to comprise, *that block contains 8 garages* ‖ (*math.*) to be a multiple of without remainder, *10 contains 2 and 5* ‖ to enclose, bound, *lines XY, XZ contain the angle YXZ* ‖ to restrain (an enemy force) from moving ‖ to control (oneself or one's feelings) con·tain·er *n.* a carton, crate, jar, bottle etc. for receiving and holding something [O.F. *contenir*]

**con·tain·er·i·za·tion** (kəntānərĭzāshən) *n.* system of packing less-than-carload or less-than-shipload packages destined for a single destination into single standard containers for more efficient handling syn. container shipping — containerize *v.* to utilize this system —container ship *n.* ship adapted for containers' container ship a cargo ship in which all the cargo is packed in uniform containers, to speed up of loading and turnabout

**con·tain·ment** (kəntānmənt) *n.* a containing or being contained ‖ containment U.S. policy of firm and long-term inhibition of U.S.S.R. expansion

**con·tam·i·nate** (kəntămĭnāt) *pres. part.* con·tam·i·nat·ing *past and past part.* con·tam·i·nat·ed *v.t.* to infect with a contagious disease ‖ to pollute ‖ to harm morally con·tam·i·na·tion *n.* [fr. L. *contaminare* (*contaminatus*), to defile]

**con·tan·go** (kəntăngō) *n.* con·tan·gos, con·tan·goes *n.* (*Br.*, *stock exchange*) a premium paid by a buyer to the seller of stock for postponing delivery till next settling day [perh. fr. Span. *contengo*, check]

**contango day** (*Br.*, *stock exchange*) continuation day, the second day before settling day

**cont.** continued

**con·temn** (kəntĕm) *v.t.* (*rhet.*) to treat with contempt, despise [O.F. *contemner*]

**con·tem·plate** (kŏntĕmplāt, kəntĕmplāt) *pres. part.* con·tem·plat·ing *past and past part.* con·tem·plat·ed *v.t.* to look steadily at ‖ to consider attentively ‖ to intend, but not as part of an immediate plan, *to contemplate retiring* ‖ *v.i.* to meditate or ponder con·tem·pla·tion *n.* meditation, concentration of the mind on an intellectual or religious subject ‖ the act of looking attentively at something ‖ the process of considering with a view to a decision, *no changes are in contemplation* [fr. L. *contemplari* (*contemplatus*)]

**con·tem·pla·tive 1.** (kəntĕmplətĭv, kŏntĕmplətĭv) *adj.* concerned with or given to contemplation, thoughtful ‖ (*contemplative*, of religious orders) devoted to prayer and meditation as distinct from active orders) **2.** *n.* (kəntĕmplətĭv) a contemplative monk or nun [O.F. *contemplatif*]

**con·tem·pla·tor** (kŏntĕmplātər) *n.* someone who contemplates

**con·tem·po·ra·ne·i·ty** (kəntĕmpərənĭĭtĭ) *n.* the quality or state of being contemporaneous

**con·tem·po·ra·ne·ous** (kəntĕmpərān·ĭəs) *adj.* living, happening at the same time, *early industrialism was contemporaneous with enclosures* ‖ covering the same period of time [fr. L. *contemporaneus*]

**control tower**                    213                    **convexo-convex**

control tower *a device for controlling expenditure etc.* [F.]

**con·trol·ler** *n.* [A.F. *contrerollour*]

**control tower** *the building on an airfield from which permanent visual observation of the landing area is maintained and its use by air and ground traffic controlled, normally by ra*

**con·tro·ver·sial** (kɒntrəvɜːʃəl) *adj.* disputable, *a controversial statement* ‖ prone to controversy, *a controversial manner* ‖ relating to controversy

**con·tro·ver·sial·ist** *n.* [L. *controversia*]

**con·tro·ver·sy** (kɒntrəvɜːsi) *pl.* **con·trover·sies** *n.* a disputing ‖ an argument, esp. a prolonged one, e.g. in newspaper correspondence ‖ a quarrel or wrangle [fr. L. *controver*

**con·tro·vert** (kɒntrəvɜːt, kɒntrəˈvɜːt) *v.t.* to deny the truth of ‖ to call in question, dispute [fr. L. *controversus*, opposed]

**con·tu·ma·cious** (kɒntjuˈmeɪʃəs, kɒntjuməˈʃəs) *adj.* obstinately disobedient, rebellious, esp. against lawful authority, e.g. an order of court

**con·tu·ma·cy** *n.* [fr. L. *contumax* (*contumaci-*), stubborn]

**con·tu·me·li·ous** (kɒntjuːˈmiːliəs, kɒntjuːˈmiːliəs) *adj.* contemptuous, arrogant, insolent in language or behavior [O.F. *contumélieux*]

**con·tu·me·ly** (kɒntjuˈmiːli, kɒntjuˈmiːli, kɒntjuˈmeɪli, kɒntjuːˈmiːli) *n.* insolent or insulting language or treatment [O.F. *contumélie*]

**con·tuse** (kəntjuːz, kɒntjuːz) *pres. part.* **con·tusing** *past* and *past part.* **con·tused** *v.t.* to bruise, to damage the subcutaneous tissue of, without breaking the skin [fr. L. *contundere* (*contusus*), to thump]

**con·tu·sion** (kəntjuːʒən, kɒntjuːʒən) *n.* a bruise, damage to subcutaneous tissue [F.]

**co·nun·drum** (kəˈnʌndrəm) *n.* a riddle turning on a play of words ‖ (*fig.*) a problem [origin unknown]

**con·ur·ba·tion** (kɒnɜːˈbeɪʃən) *n.* a large network of urban communities [fr. L. *cum*, with+*urbs*, city]

**con·va·lesce** (kɒnvəˈles) *pres. part.* **con·va·lescing** *past* and *past part.* **con·va·lesced** *v.i.* to recover health, esp. gradually, after prolonged illness [fr. L. *convalescere*]

**con·va·les·cence** (kɒnvəˈlesəns) *n.* the act or period of convalescing [F.]

**con·va·les·cent** *n.* a convalescing person *adj.* relating to, or recovering from illness ‖ of or suitable for convalescence, *a convalescent home* [fr. L. *convalescere*]

**con·vec·tion** (kənˈvekʃən) *n.* (*phys.*) transference of heat energy from place to place by the circulatory movement of a mass of fluid (due to variations in temperature and hence density) and the action of gravity, the energy being conveyed by the fluid [*vector*.] a mechanically or thermally produced process involving upward or downward transfer of part of the atmosphere [F.] conveyance]

**convection current** *a stream of fluid produced by convection*, e.g. in the atmosphere or in the ocean

**convection oven** *stove in which a fan circulates heated air through the oven for fast, even cooking*

**con·vec·tor** (kənˈvektər) *n.* a heating stove or other device using the principle of convection

**con·vene** (kənviːn) *pres. part.* **con·ven·ing** *past* and *past part.* **con·vened** *v.t.* to call together (a committee, assembly etc.) ‖ to summon to appear before a tribunal etc. ‖ *v.i.* to assemble, *the meeting convened yesterday* [F. *convenir*]

**con·ven·ience** (kənˈviːniəns) *n.* advantage, *living fleet and work is a convenience* ‖ a convenient time or arrangement, *deal with it at your convenience* ‖ something which makes for one's comfort or for saving work, or any useful appliance ‖ (esp. *Br.*) a public lavatory *to make a convenience of someone* to use someone's services for one's own ends without regard for their interest [fr. L. *convenientia*]

**convenience clinic** *private medical service approximating a hospital emergency room in providing patient care*

**convenience foods** *prepared or semiprepared packaged foods sold at retail and substantially ready for eating*, e.g., frozen dinners, canned or dehydrated vegetables

**con·ven·ient** (kənˈviːniənt) *adj.* favorable to one's comfort, occasioning little trouble or extrusion ‖ suitable as an instrument, arrangement, *come homeward* ‖ *it is convenient* ‖ easy of access, *a convenient bookshelf* ‖ fitting in with one's require

*ments, a convenient bus service* [fr. L. *convenire*, to come together, to suit]

**con·vent** (kɒnvənt) *n.* a community of religious, esp. of nuns ‖ the establishment in which they live [M.E. *covent* fr. A.F.]

**con·ven·tion** (kənˈvenʃən) *n.* the act of convening ‖ a conference, a body of delegate assembled for a common purpose ‖ (*Eng.* Hist.) parliament assembled without royal summons (1660, 1685) ‖ an agreement or covenant between parties or nations ‖ an arbitrary but consistently observed usage, *italics for examples are a convention in this book* ‖ a polite practice observed by the majority ‖ such a practice that has become a deadening influence, or such practices collectively, *a slave to convention* ‖ any of various accepted and generally understood methods of bidding, leading etc. in various card games ‖ a rule or practice traditionally observed in the arts etc., *the conventions of the novel* [F.]

**con·ven·tion·al** (kənˈvenʃənl) *adj.* depending on or deriving from convention ‖ customary, sanctioned by usage, *conventional clothing* ‖ not original or spontaneous, *a conventional letter of sympathy* ‖ conformist ‖ (*arts*) lacking originality, merely traditional ‖ (of signs, symbols etc., e.g. in mathematics and the sciences) habitually used with a single arbitrary, well understood significance ‖ of or relating to a convention or meeting **con·ven·tion·al·ism**, **con·vention·al·ist**, **con·ven·tion·al·i·ty** (kənvenʃənˈæliti) *n.* **con·ven·tion·al·ize** (kənˈvenʃənlaɪz) *pres. part.* **con·ven·tion·al·iz·ing** *past* and *past part.* **con·ven·tion·al·ized** *v.t.* to make conventional ‖ (*arts*) to treat or represent conventionally [fr. L. *conventionalis*]

**Convention of 1818** *an Anglo-U.S. convention which determined the U.S.-Canadian boundary along the forty-ninth parallel, from Lake of the Woods to the Rocky Mtns. It provided for a joint ten-year occupation of the disputed Oregon area, comprising the present states of Washington and Oregon and the province of British Columbia*

**Convention, the**, *National the revolutionary assembly which governed France (Sept. 1792–Oct. 1795) during the French Revolution and founded the First Republic*

**con·ven·tu·al** (kənˈventjuəl) **1.** *adj.* of or relating to a convent **2.** *n.* a member of a convent **Con·ven·tu·al** *a member of a branch of the Franciscan order following a less strict regimen than the Observants* [fr. L. *conventualis*]

**con·verge** (kənˈvɜːdʒ) *pres. part.* **con·verg·ing** *past* and *past part.* **con·verged** *v.i.* (of two or more directions) to lie towards the same point in space ‖ (of two or more things having direction) to be directed towards the same point in space ‖ (with 'upon' or 'towards', of two or more things in motion) to move towards the same specified point in space ‖ (of two or more actions) to be directed towards the same end ‖ (*math.*, of a sequence, series or integral) to tend to a limit ‖ *v.t.* to cause (things) to converge [fr. L.L. *convergere*, to tend towards]

**con·ver·gence** (kənˈvɜːdʒəns) *n.* the act or state of converging ‖ the buildup of a high-pressure layer due to several air currents meeting in a region ‖ (*math.*) of a sequence, series or integral ‖ possessing the property of converging ‖ (*biol.*) the evolutionary development of similarities in different species living in the same environment

**con·ver·gen·cy** (kənˈvɜːdʒənsi) *n.* the act or state of converging, convergence

**con·ver·gent** (kənˈvɜːdʒənt) *adj.* of things in motion or of directions or actions which converge, or of that which causes things to converge ‖ of agencies (mirrors, lenses, lens systems etc.) which focus light or other electromagnetic radiation ‖ (*math.*, of an infinite sequence, an infinite series or an improper integral) that tends to a finite limit as the number of terms or domains of integration tends to infinity

**con·verg·er** (kənˈvɜːdʒər) *n.* one who has special ability in answering rational, unimaginative questions (✗/DIVERGER, LATERAL THINKING, VERTICAL THINKING

**con·vers·a·ble** (kənˈvɜːsəbl) *adj.* easy to talk to, sociable ‖ fond of conversation ‖ suitable for conversation **con·vers·a·bly** *adv.* [F.]

**con·ver·sance** (kənˈvɜːsəns, kɒnvɜːsəns) *n.* acquaintance through study **con·ver·san·cy** *n.* **con·ver·sant** (kənˈvɜːsənt, kɒnvɜːsənt) *adj.* well acquainted, familiar, *conversant with poli-*

*tics* ‖ informed about, *he is quite conversant with the matter* [O.F.]

**con·ver·sa·tion** (kɒnvɜːˈseɪʃən) *n.* talk, esp. informal and friendly ‖ good talk practiced as an art ‖ (*pl.*) exploratory discussion of an issue by diplomats of different countries or by officials of institutions **con·ver·sa·tion·al** *adj.* pertaining to or characteristic of conversation, *a conversational tone* ‖ fond of conversation **con·ver·sation·al·ist** *n.* a practiced or gifted talker [O.F.]

**conversation piece** *a painting etc. of a group of people in free and easy attitudes of conversation ‖ something which sets off conversation*

**con·ver·sa·zi·o·ne** (kɒnvɜːsætsɪˈəʊni) *n.* a reception given for conversation, esp. an evening gathering given by a learned society [Ital.]

**con·verse 1.** (kɒnvɜːs) *n.* a statement which transposes the terms of another statement, e.g., 'he has strength but no skill' is the converse of 'no has skill but no strength' ‖ (*logic*) a proposition obtained by conversion ‖ something which is the opposite of something else 2. (kənvɜːs, kɒnvɜːs) *adj.* of one statement which is the converse of another [fr. L. *conversus*, turned around]

**con·verse 1.** (kənvɜːs) *v.i.* *pres. part.* **convers·ing** *past* and *past part.* **con·versed** to have a conversation 2. (kɒnvɜːs) *n.* spiritual communion, *to hold converse with nature* [F. *converser*]

**con·ver·sion** (kənvɜːʒən, kənvɜːʃən) *n.* a converting or being converted, esp. to new beliefs or to a new allegiance, e.g. from one Christian denomination to another ‖ a change of role, purpose etc., *the conversion of a house into offices* ‖ voluntary change of stocks and shares into others of a different kind ‖ (*economics*) a change in a rate of interest to a lower rate ‖ (*real estate*) changeover of a rental apartment building to condominium or cooperative ownership ‖ (*logic*) the act of interchanging the terms of a proposition, *if no two-legged animals are horses, then by conversion no horses are two-legged* ‖ (*math.*) a change or reduction of the form of an expression, e.g. from a fractional to an integral form ‖ (*phys.*) the change from one physical state into another, *the conversion of water into steam* ‖ (*chem.*) the change of one substance into another, *the conversion of quicklime into slaked lime* ‖ (*football*) a score made on a try for point after touchdown [F.]

**con·vert 1.** (kənvɜːt) *v.t.* to change, to convert *a wilderness into a garden* ‖ to change the chemical or physical character of, *to convert sugar into starch* ‖ to bring over to a new position, faith etc., *to convert someone to one's own opinion* ‖ to make a spiritual change in ‖ to turn to another use, *to convert stables into a cottage* ‖ (*rugby*) to complete (a try) by kicking the ball between the uprights of the goal above the crossbar from a position 25 yds back from the goal line and level with where the try was scored ‖ (*logic*) to change (a statement etc.) by conversion ‖ to change (stocks, shares etc.) into others by conversion ‖ *v.i.* to undergo a conversion ‖ to be able to be converted ‖ (*football*) to make a conversion 2. (kɒnvɜːt) *n.* a person who is converted, esp. to new religious, philosophical or political beliefs etc. have been changed **con·vert·er** *n.* an apparatus for converting, esp. a contact used in the Bessemer steel process ‖ a device for transforming electrical voltage [O.F.]

**con·vert·i·bil·i·ty** (kənvɜːtəˈbɪlɪti) *n.* the quality of being convertible

**con·vert·i·ble** (kənvɜːˈtəbl) **1.** *adj.* liable to conversion ‖ able to be converted ‖ interchangeable, *these terms are convertible* 2. *n.* a car with a folding top [F.]

**convertible currency** *paper money able to be exchanged at a fixed price for gold, usually restricted to currency held by foreigners. The term is commonly used in connection with its U.S. dollars*

**con·vex 1.** (kɒnveks, kɒnvéks) *adj.* curving outwards like the outside of a sphere (opp. CONCAVED 2. (kɒnvéks) *n.* a convex surface, line etc. **con·vex·i·ty** *n.* [fr. L. *convexus*]

**con·vex·o-con·cave** (kɒnvéksoʊkɒnkéiv) *adj.* convex on one side and concave on the other ‖ (*optics*) of a lens whose convex face has a greater curvature than the concave face (cf. CONCAVO-CONVEX)

**con·vex·o-con·vex** (kɒnvéksoʊkɒnvéks) *adj.* (esp. of a lens) biconvex

relieve some types of skeletal muscle spasms caused by diseases of the central nervous system. [Orig. marketed as Flexeril]

**cy·clo·cross** (sāĭklōkrôs′) n. the sport of bicycling plus cross-country running

**cy·clo·di·ene** (sīklōdī′ēn′) n. (chem.) an insecticide with a chlorinated methylene group forming a bridge across a six-membered carbon ring.

**cy·clo·graph** (sīklōgraf′) n. (eng.) electronic device to measure metallurgical properties (hardness, carbon content, etc.) of steel samples, utilizing a cathode-ray screen on which shaped patterns indicate values.

**cy·cloid** (sīkloid) n. (math.) a curve described by a point on a circle which rolls in a straight line. —**cy·cloi·dal** adj. [fr. Gk *kukloeidēs*, like a circle]

**cy·cloi·dal pendulum** a pendulum whose bob swings in a cycloid

**cy·clom·e·ter** (sīklŏmĭtər) n. a device for recording the revolutions of a wheel, esp. a bicycle wheel, and so measuring the distance covered [wheel, and so measuring the area of circles [fr. Gk *kuklos*, circle + *metron*, measure]

**cy·clone** (sīklōn) n. a region of low atmospheric pressure characterized by rotating winds, in middle and high latitudes called a depression or low. The term usually refers to the expression or low. The term usually refers to the tropical storms which accompany it, with winds reaching up to 130 m.p.h., often causing havoc [fr. Gk *kuklōn*, moving in a circle]

**cy·clone cellar** an underground refuge from cyclones

**cyclone collector** device that uses centrifugal force to pull large particles from polluted air

**cy·clon·ic** (sīklŏn′ĭk) adj. of or relating to a cyclone

**cy·clo·nite** (sīklōnīt′, sīklōnāt′) n. a high explosive (cyclonite) used in detonators, bombs etc. Also called cyclotrimethylene-trinitramine]

**cy·clo·pae·di·a** *CYCLOPEDIA

**Cy·clo·pe·an** (sīklōpē′ən) adj. like a Cyclops. (Cyclopean gigantic) of a style of building involving large blocks untrimmed and set together without mortar

**cy·clo·pe·di·a, cy·clo·pae·di·a** (sīklōpē′dēə) n. encyclopedia, the all-embracing like an encyclopedia; cyclopedic knowledge

**cy·clo·pho·tron** (sīklōtron) n. switch created by a stream of electrons emitted from a vacuum tube

**Cy·clo·pro·pane** (sīklōprō′pān) n. Southeast Asian metalled or motorized rickshaw; a pedicab.

**Cy·clops** (sīklōps) pl. *Cy·clops, **Cy·clo·pes** (sīklōpēz) n. (Gk myth.) one of a race of one-eyed giants visited by Odysseus

**cy·clops** n. a small freshwater crustacean of genus *Cyclops*, suborder *Copepoda* [L. fr. Gk *kuklōps*, round-eyed]

**cy·clo·ra·ma** (sīklōrä′mə, sīklōrâ′mə) n. a scene painted or projected on a screen surrounding the spectator [fr. Gk *kuklos*, circle + *horama*, sight]

**cy·clo·spor·in** (sīklōspôr′ĭn) n. (pharm.) drug used following organ transplants to disarm the immune system

**cy·clo·thi·a·zide** (sīklōdī′əzīd) n. (pharm.), a diuretic having a circular mouth cy·clo—**cy·clo·sto·ma·tous, cy·clo·stom·a·tous** (sīklōstō′mətəs, sīklōstŏm′ətəs) adj. [fr. Gk *kuklos*, circle + *stoma* (*stomatos*), mouth]

**cy·clo·stome** (sīklōstōm′) n. a member of *Cyclostomi*, a class of primitive and degenerate aquatic vertebrates. They are eel-like, jawless, limbless animals, and include the lamprey [fr. Gk *kuklos*, round + *stoma*, mouth]

**cy·clo·style** (sīklōstīl′, sīklōstāl′) n. an apparatus for duplicating copies of writing or drawing cut on a stencil sheet by a pen with a sharp wheel [t. ot. pres. part. cy·clo·styl·ing, past part. cyclo·styled] means by this means [fr. Gk *kuklos*, circle + L. *stilus*, pen]

**cy·clo·thi·a·zide** (sīklōtron′) n. a device to produce and focus a beam of high-energy particles by subjecting them to successive accelerating electric field. The ions are caused to move in roughly circular paths of increasing radius by the repeated passing of a constant electric field through the accelerating field. The energies of energy $10^8$ eV can be produced in this manner, the limit being set by the relativistic increase in the speed of the

particles approach the speed of light (*SYN·CHROTRON [fr. Gk *kuklos*, circle+ELECTRON)

**cyg·net** (sĭgnĭt) n. a young swan [dim. of F. *cygne* fr. L. *cygnus*, swan]

**cyl·in·der** (sĭlĭndər) n. a solid figure traced out when a rectangle rotates using one of its sides as the axis of rotation ‖ a solid or hollow body having this form (esp. the chamber in which a piston is propelled by the expansion of steam or a gas mixture) ‖ the revolving part of a revolver, containing the cartridge chambers [fr. L. *cylindrus* fr. Gk]

**cylinder press** a printing press in which the paper is brought into contact with the type on a flat bed by the action of a cylinder [cf. ROTARY PRESS]

**cyl·in·dri·cal** (sĭlĭndrĭk′l) adj. cylinder-shaped [fr. Mod. L. *cylindricus* fr. Gk]

**cyl·in·droid** (sĭlĭndroid) n. (math.) a cylinder with elliptical right sections [fr. Gk *kulindros*, cylinder]

**cy·ma** (sīmə) pl. **cy·mae** (sīmī′), **cy·mas** n. a concave line and a convex line joined to form a double curve ‖ a doucine [Mod. L. fr. Gk *kuma*, wave]

**cy·ma·graph** *CYMOGRAPH

**cym·bal** (sĭmb′l) n. (mus.) one of a pair of shallow brass plates clashed together to make a ringing clang cym·bal·ist n. [fr. L. *cymbalum* fr. Gk]

**cyme** (sīm) n. (bot.) an inflorescence in which the peduncle terminates in a single flower. Other flowers grow later, on lateral shoots [fr. *cyma*, summit]

**cy·mo·gene** (sīmədjēn) n. a gaseous product of petroleum used for expansion for low temperatures [fr. *cyma*, a hydrocarbon fr. Gk *kuma* + *cumin*]

**cy·mo·graph, cy·ma·graph** (sīmōgraf, sāimōgraf) n. a device for tracing the outline of moldings cy·mo·graph·ic, cy·ma·graph·ic (sāimōgrafĭk) adj. [fr. Gk *kuma*, wave + *graphos*, written]

**cy·mose** (sīmōs, sāimōs) adj. (bot.) of, like or derived from a cyme ‖ bearing a cyme [fr. L. *cymosus*]

**Cym·ric** (kĭmrĭk, sĭmrĭk) adj. Welsh [fr. Welsh *Cymru*, Wales]

**Cym·e·wulf** (kĭnewŭlf) an Anglo-Saxon (probably Northumbrian) poet of the late 8th c. His poems are extant in two early 11th-c. manuscripts: the Exeter Book, Codex Exoniensis, includes 'Crist', 'Guthlac', 'Harrowing of Hell', 'Juliana'. The Vercelli Book, Codex Vercellensis, contains 'Andreas', 'Elene', 'Fates of the Apostles' and 'The Dream of the Rood' (which is attributed to him)

**cyn·ic** (sĭnĭk) 1. n. someone who believes that self-interest is the motive of all human conduct ‖ (*loosely*) a habitual scoffer **Cyn·ic** (*hist.*) a member of a school of Greek philosophers (*DIOGENES) founded by Antisthenes. The Cynics taught that virtue is the only good and that it is to be won by self-control and austerity, not by social conventions 2. adj. cynical **Cyn·ic** of the doctrines of the Cynics **cyn·i·cal** adj. thinking like a cynic or revealing such thoughts cyn·i·cism (sĭnĭsĭzəm) n. the quality of being cynical ‖ an expression of this quality **Cyn·i·cism** the doctrine of the Cynics [fr. L. *cynicus* fr. Gk *kyni·kos*, doglike]

**Cy·no·sceph·a·lae**, Battles of (sīnŏsĕf′əlī′) two battles fought in Thessaly, Greece. In the first (394 B.C.), Alexander of Pherae was defeated by the Thebans under Pelopidas. In the second (197 B.C.) the Romans under Flaminius defeated Philip V of Macedon

**cy·no·sure** (sīnōsûr, sĭnōshûr) n. (*rhet.*) a strong center of interest and attraction [F. fr. L. fr. Gk]

**cy·pher** *CIPHER

**cy·press** (sīprĭs) n. a member of *Cupressus*, a genus of coniferous trees. The general habit is xerophytic, the leaves being much reduced and closely pressed to the stem. *C. funebris* is the funereal cypress of China. *C. macrocarpa* of California is planted for lumber and shade in warm countries ‖ the hard wood of these trees [O.F. *ciprès* fr. L. fr. Gk]

**cypress vine** *Quamoclit pennata*, fam. *Convolvulaceae*, a cultivated plant of tropical America, with red or white tubular flowers

**Cyp·ri·an** (sĭprĭən), St (c. 200–58), bishop of Carthage, one of the Latin Fathers of the Church, and a martyr. Feast: Sept. 16

**cy·pri·noid** (sĭprĭnoid, sĭpriʹnoid) adj. of, like, or relating to a carp [fr. Gk *kuprinos*, carp]

**Cyp·ri·ot** (sĭprĭət) 1. adj. of or relating to Cyprus or an inhabitant or the language of Cyprus 2. n. an inhabitant or the language of Cyprus **Cyp·ri·ote** (sĭprĭət, sĭprĭət) adj. and n. Cypriot

**cy·pro·hep·ta·dine** [C₂₁H₂₁N] (sāiprōhĕp′tədēn) n. (*pharm.*) antihistamine and antiserotonin used to relieve itching; marketed as Periactin

**cy·pro·ter·one** [C₂₂H₂₇ClO₂] (sāiprōtĕrooun) n. (*pharm.*) synthetic steroid drug used to inhibit male-hormone secretions

**Cy·prus** (sīprəs) an island (area 3,572 sq. miles, pop. 700,000) in the E. Mediterranean. It is a republic. Capital: Nicosia. Nationalities and religion: 80% Greeks (Orthodox), 18% Turks (Moslem). Languages: Greek and Turkish, English. The land is 47% arable and 19% forest. The central plain (Messaoria) lies between the Kyrenia Mtns. to the north and the Olympus Mtns (Mt Troodos 6,406 ft, snow-capped in winter) in the southwest. Winters are mild, summers are hot and dry in the Messaoria, damp along the coast. Rainfall (chiefly in winter): 14 ins in the Messaoria, 40 ins in the mountains. Mean annual temperature: 69° F. Livestock: sheep, goats. Exports: copper, iron pyrites, oranges, wine, grapes, raisins. Other products: cereals, vegetables, asbestos, chromite, gypsum. Imports: metals, manufactured goods, vehicles, fuel oils, meat. Port: Famagusta. Monetary unit: pound (1,000 mils). HISTORY. Cyprus was colonized by the Greeks and fell to the Phoenicians (9th c. B.C.), Assyrians (704 B.C.), Egyptians (560 and 323 B.C.), Persians (525 B.C.), and Macedonians (333 B.C.). It was annexed as a Roman province (58 B.C.) and became part of the Byzantine Empire (395 A.D.). It was frequently attacked by Arabs (7th–10th cc.), was captured by Richard I of England (1191), who sold it to the Lusignan dynasty of Jerusalem (1192). It passed to the Venetian republic (1489), was captured by the Turks (1571), ceded by Turkey to Britain for administration (1878), annexed by Britain on the outbreak of war with Turkey (1914) and became a British Crown Colony (1925). Cyprus was an important Middle East base for the British in the 2nd world war and the postwar period. Archbishop Makarios, who advocated union with Greece, led a struggle for independence (1955–60). Bitter conflicts also took place (1956 1958) between Turkish and Greek Cypriot communities. After agreement had been reached (1959) in London, Cyprus became an independent republic (Aug. 16, 1960) and a member of the British Commonwealth (1961). Fighting began again (1963) between Greeks and Turks, and a U.N. force was sent (1964) to the island. Turkish forces invaded Cyprus (1974), fearing that Greece was preparing to annex it. The island was forcibly partitioned (1975) as a result, with the Greek zone (Republic of Cyprus) led by Pres. Spyros Kyprianou (1977–86) and George Vassilou (1988– ) and the Turkish zone under Rauf Denktash declaring itself the Turkish Republic of Northern Cyprus (1983)

**cyp·se·la** (sĭpsələ) pl. **cyp·se·lae** (sĭpsəlī) n. an achene formed by the fusion of an inferior bicarpellary ovary with the calyx tube, e.g. in composites [Mod. L. fr. Gk *kupselē*, hollow vessel]

**Cy·re·na·ic** (sĭrənāĭk, sāirənāĭk) n. a member of the hedonistic school of philosophy founded by Aristippus of Cyrene [fr. L. *Cyrenaicus* fr. Gk fr. Kurēnē, Cyrene]

**Cy·re·na·i·ca** (sĭrənāĭkə, sāirənāĭkə) the eastern region of Libya. Chief town: Benghazi. Originally Berber territory, it was captured by Arabs in 643 A.D. and passed successively into Turkish (1517) and Italian (1912) hands. It became (1951) part of the newly created kingdom of Libya

**Cy·re·ne** (sairēnē) an ancient Greek city and colony founded in N. Africa; to the west of Egypt. It was annexed (96 B.C.) by the Romans. Important ruins (agora, Temple of Apollo, baths)

**Cyr·il** (sĭrəl), St, of Alexandria (c. 376–444), champion of orthodoxy against Nestorianism. Feast: Jan. 28

**Cyr·il**, St, of Jerusalem (c. 315–86), bishop and theologian, one of the Greek Fathers of the Church. Feast: Mar. 18

**Cyr·il** and **Me·tho·di·us** (məθōudĭəs), Sts, brothers from Salonica, the apostles of the Slavs in the 9th c. Feast: Mar. 9

**Cy·ril·lic** (sĭrĭlĭk) adj. of or relating to the Slav alphabet from which Russian, Bulgarian and

**pay** a mortgage ‖ to give (someone) his wages and dismiss him ‖ (*naut.*) to cause or allow (a ship) to fall off to leeward ‖ to recompense for good or evil ‖ to turn out profitably, *it was a risk but it paid off* to pay one's way to pay one's share of costs or expenses ‖ to remain solvent to pay out to distribute (money etc.), *they paid out hundreds of dollars in prizes* ‖ (*past* and *past part.* payed) to pass along the slack of (a rope) to pay up to pay in full or on time **2.** *adj.* (of earth) yielding oil or valuable metals ‖ made available for use by the insertion of a coin or coins in a slot, *a pay toilet* [M.E. fr. F. *payer*]

**pay** *pres. part.* paying *past* and *past part.* payed, paid *v.t.* (*naut.*) to coat with pitch etc. so as to make waterproof [O.N.F. *peier* fr. L. fr. *pix*, pitch]

**pay** *n.* money received as wages or salary for work or services (always used instead of 'wage' or 'salary' in the armed services) in the pay of receiving money from, in return for work or services (often with the suggestion of being bribed) [O.F. *paie*]

**pay·a·ble** (péiəb'l) *adj.* that must, can, should, or may be paid; *the rent is payable in advance* ‖ (of a mine etc.) profitable to work

**pay-as-you-earn** (péiəzju:érn) *n.* (*Br., abbr.* P.A.Y.E.) the system of deducting income tax from wages before they are paid to the worker

**pay-book** (péibuk) *n.* (*Br.*) a serviceman's record of his pay and allowances

**pay-ca-ble** (péikéib'l) *n.* cable television programs for which a surcharge is made

**pay-day** (péidei) *n.* the day of the week or month on which wages or salary are regularly paid ‖ the day on which stock transfers are paid for in the London Stock Exchange

**pay dirt** earth containing enough ore to be profitably worked by a miner ‖ something that turns out to be a valuable source of information etc. **P.A.Y.E.** *PAY-AS-YOU-EARN*

**pay-ee** (peíí:) *n.* a person to whom money is or should be paid, esp. a person to whom a check, money order etc. is made out

**paying guest** (abbr. P.G.) a boarder in a boardinghouse or in a private home

**pay-load** (péiloud) *n.* (*rocketry*) the warhead of a guided missile, or whatever is projected by it

**pay-load** (péiloud) *n.* the size and weight of cargo, instrumentation, and passenger capacity, but not including the fuel, of a plane or space vehicle

**pay-mas-ter** (péimæstər, péimɑːstər) *n.* an official who pays troops, government employees etc.

**paymaster general** *pl.* paymasters general, **paymaster generals** (*Br.*) a government officer, nominally the head of the department responsible for arranging payments to most other government departments, but effectively free to assume any special responsibilities the prime minister may entrust to him

**pay-ment** (péimənt) *n.* a paying for work, services, goods bought, charges incurred, debts etc. ‖ the money etc. paid for work or services ‖ something given in return, or as a reward, punishment or revenge [F. *paiement*]

**pay-off** (péiɔf, péiɒf) *n.* a paying of wages, winnings etc. ‖ (*pop.*) a final reckoning, *the payoff came when Interpol closed in* ‖ (*pop.*) the climax of a dramatic situation or story

**pay-o-la** (peíóula) *n.* illegal or unethical payments for favors

**pay-out ra-tio** (péiautréiʃiou) (*securities*) the ratio of corporate dividends to earnings

**pay-roll** (péiroul) *n.* a list of employees and their wages or salaries ‖ the whole body of people employed by a person or firm or institution ‖ the total amount regularly paid in wages and salaries

**Pay-san-dú** (paisandú:) an industrial city and port (pop. 76,000) of W. Uruguay, on the east bank of the Uruguay River: meat-packing and tanning center

**pay telephone** a telephone operated by a coin-in-the-slot device

**Paz** (pɑs), **Octavio** (1914— ). Mexican poet, writer and diplomat, author of 'Raíz del hombre', 'Libertad bajo palabra', and 'Luna silvestre.' He was awarded the Nobel Prize in Literature (1990)

**PBB** (*chem. acronym*) polybrominated biphenyl, a persistent toxic chemical used in a fire retardant

**PCB** (*chem. acronym*) polychlorinated biphenyls, a group of clear, slightly viscous nearly

indestructible and highly toxic industrial compounds used in transformers etc.

**PCM** (*computer*) **1.** (*acronym*) plug compatible manufacturer, equipment producers who manufacture equipment compatible with IBM software. **2.** (*abbr.*) punched card machine. **3.** (*abbr.*) pulse code modulation

**PCP** (*med. abbr.*) phencyclidine hydrochloride [C₂₁H₂₆ClN], a drug abuser

**P-day** (píːdei) *n.* (*mil.*) the time when the rate of production of an item available for military consumption equals the rate at which the item is required by the armed forces

**pea** (píː) *n. Pisum sativum,* fam. *Papilionaceae,* a climbing or bushy annual plant with large green pods whose fresh or dried seeds are valued as a vegetable. The pods and vines are used as green manure and forage ‖ one of the seeds of this plant ‖ any of several leguminous plants, *e.g.* the chick pea [older *pease* sing. and pl., taken as a pl., fr. O.E. *pise* fr. L. fr. Gk *pison*]

**Pea-bo-dy** (píːbɒdi, píːbɑdi), **George** (1795–1869), U.S. merchant, financier, and philanthropist. He established (1829) a banking and mercantile firm in London and amassed a fortune. He donated about $8.5 million to educational institutions and the poor

**Peace** (píːs) a river (1,065 miles long) of British Columbia and Alberta, Canada rising in the Rocky Mtns, the main headstream of the Mackenzie

**peace** *n.* the condition that exists when nations or other groups are not fighting ‖ the ending of a state of war ‖ the treaty that marks the end of a war ‖ friendly relations between individuals, untroubled by disputes ‖ freedom from noise, worries, trouble, fears etc., *peace of mind* ‖ a state or a state of peace, friendliness or calm ‖ the peace or (*Br.*) the king's (or queen's) peace public order, and security to hold (or keep) one's peace (*rhet.*) to be silent to keep the peace to prevent or avoid strife to make (one's) peace to put an end to a quarrel, become friendly again [M.E. *pais* fr. O.F. *pais*, -Mod. F. *paix* fr. L. *pax (pacis)*]

**peace-a-ble** (píːsəb'l) *adj.* not given to fighting or quarreling ‖ in a state of peace, *peace-a-bly adv.* [M.E. *peisible* fr. O.F.]

**Peace Corps** a U.S. government agency established (1961) by President John Kennedy to help foreign countries meet their urgent needs for skilled manpower. A volunteer, who must be a U.S. citizen and at least 18 years old, undergoes intensive training in the language, history, culture and customs of the country to which he is to be sent, normally for a two-year term. Once overseas, he works directly with the people of the host country, speaking their language and sharing their lives

**peace-ful** (píːsfəl) *adj.* calm, quiet, untroubled, undisturbed by noise, worries, fears etc., *peaceful summer evenings* ‖ not warlike or violent, *to use peaceful means* ‖ not given to fighting or quarreling

**peace-keep-ing force** (píːskiːpiŋfɔːs) *n.* a United Nations combat-ready force of member nations combined into military body to maintain peace in an area involved in dispute

**peace-mak-er** (píːsmeikər) *n.* a person who restores peace or friendly relations

**peace-nik** (píːsnik) *n.* antiwar activist

**peace offering** something given to show that one wishes to end a quarrel

**Peace of God** (*hist.*) a truce in feudal warfare enjoined by the Church periodically, from the 9th c. until 1095, when, at the Synod of Clermont-Ferrand, it became an official institution of the Church

**peace pipe** the calumet as a symbol of peace **peace-time** (píːstaim) *n.* the time when a country is not at war

**peach** (píːtʃ) **1.** *n. Prunus persica,* fam. *Rosaceae,* a small tree of the temperate zone, native to China, having lanceolate leaves. The fruit is a sweet, juicy, yellow or white drupe occurring in clingstone and freestone varieties and having a thin, downy skin ‖ the fruit of this tree ‖ (*pop.*) any particularly excellent person or thing, *a peach of a house* ‖ a color resembling that of the fruit, a soft, pale, yellowish red **2.** *adj.* of the color peach [M.E. *peche* fr. F. *pêche,* O.F. *pesche,* *pêche*]

**peach** *v.i.* (*pop.*) to turn informer [M.E. *apeche,* fr. *impede, impeach*]

**Pea-cock** (píːkɒk), **Thomas Love** (1785–1866), English novelist and poet. 'Headlong Hall' (1816), 'Nightmare Abbey' (1818), and

'Crotchet Castle' (1831) are conversation pieces rather than novels. In a playful but effective way he wittily attacked both Romanticism and the myth of inevitable social progress. His 'Four Ages of Poetry' (1820) provoked Shelley into writing his 'Defense of Poetry'

**pea-cock** (píːkɒk) *n.* a male member of *Pavo* fam. *Phasianidae,* a genus of large gallinaceous birds, native to India and Asia but widely kept for their ornamental value. They occur in predominantly blue or white species. Their tails are brilliantly colored tail coverts are marked with iridescent ocellate spots ('eyes'), and they display them in a vertical position fanned out magnificently ‖ (*loosely*) the male or female of any of these birds [M.E. fr. O.E. *pēa* fr. L.+cock]

**peacock blue** a bright iridescent blue, as seen on the neck plumage of a peacock

**peacock butterfly** *Nymphalis io,* a European butterfly with markings on its wings like the eyes on the peacock's tail

**pea-fowl** (píːfaul) *pl.* pea-fowls, pea-fowl *n.* peacock or peahen

**pea-green** a bright, yellowish-green color

**pea-hen** (píːhɛn) *n.* the female of the peacock [M.E. *pehen, pehenne* fr. O.E. *pēa henn*]

**pea jacket** a short, double-breasted, black or navy blue overcoat worn esp. by seamen [prob. fr. M.Du. *pie,* coarse woolen coat+JACKET]

**peak** (píːk) *n.* a pointed top or projection ‖ a pointed top of a mountain ‖ a high mountain, esp. one that stands alone ‖ the projecting brim at the front of a cap ‖ the highest point, maximum, *tourism is at its peak in August* ‖ (*elec.*) the maximum value of a varying quantity during a specified period ‖ (*naut.*) the forepeak or the afterpeak ‖ (*naut.*) the upper, after corner of a fore-and-aft sail held by a gaff [var. of PIKE, sharp point]

**peak** *v.i.* (*old-fash.*) to be sickly and listless, to come increasingly low in health and spirits [etym. doubtful]

**peak** *v.t.* (*naut.*) to raise (a yard, a gaff, oars) or towards the vertical [fr. AFEAK]

**Peak District** a plateau region of wild moors and crags in N. Derbyshire, England, a famous tourist area.

**peak-ed** (píːkt) *adj.* having a peak or point ‖ (píːkid) looking sickly and thin

**peak-y** (píːki) *comp.* peak-i-er *superl.* peak-i-est *adj.* peaked (sickly looking) [FEAK n.]

**peal** (píːl) **1.** *n.* a loud ringing of a bell or bells ‖ a set of bells tuned to the notes of the major scale for ringing changes ‖ a complete set or part of a set of changes, rung on these ‖ a sudden burst of noise, *a peal of thunder* **2.** *v.i.* (of bells, thunder, laughter etc.) to ring out, burst into sudden noise ‖ *v.t.* (often with 'out') to sound vigorously in a peal, *the organ pealed out the wedding march* [M.E. *pele* fr. *apele, appeal*]

**Pea-le** (píːl), **Charles Willson** (1741–1827), U.S. painter, best known for his portraits of leading figures of the Revolutionary period, incl. several life portraits of George Washington. He founded (1784) Peale's Museum in Philadelphia, which held (1801) the first U.S. scientific exhibition, displaying the first complete skeleton of an American mastodon

**Peale, Rembrandt** (1778–1860), U.S. painter, who served (1808–10) an portrait painter at the court of Napoleon. He is best known for his portrait of Thomas Jefferson and his huge 'Court of Death' (1819)

**pean.** *PAEAN*

**pea-nut** (píːnʌt) *n. Arachis hypogaea,* fam. *Papilionaceae,* a branched, trailing annual plant probably indigenous to Brazil, but cultivated widely in warm regions for its oily, nutritious seeds ‖ its nutlike seed

**peanut butter** an edible paste made of ground roasted peanuts

**peanut oil** an oil expressed from peanuts used as a salad oil, in soaps, and as a vehicle in medicines

**pear** (peər) *n. Pyrus communis,* fam. *Rosaceae,* a tree native to W. Asia and E. Europe. Many strains and hybrids are cultivated in all temperate regions ‖ its fruit, a fleshy, juicy, sweet pome, varying in color between yellow-green and russet, and usually tapering at the stem from a bulbous base [O.E. *pere* fr. L.]

**Pearce** (piərs), **Charles Sprague** (1851–1914), U.S. historical painter, best known for his 'Beheading of John the Baptist' and 'The...'

**plasmagene** | 769 | **platinum**

**plasmagene** (plăz'mə-jēn) n. (genetics) one of genes not in a chromosome. These chromosomes reproduce

**jet** n. a stream of hot, ionized gas used in and in satellite propulsion

**plasmapause** (plăz'mə-pôz) n. the upper part of the plasmasphere

**plasma physics** branch of physics dealing with ionized gas in the thermonuclear activity and ionized gas — plasma physicist n.

**plasmasphere** (plăz'mə-sfîr) n. (astron.) the region of ionized gas surrounding a planet

**plasma torch** a device for producing ionized

**plasmid** (plăz'mĭd) n. 1. (genetics) a self-reproducing particle of protoplasm, without a chromosome that determines hereditary characters 2. (biol.) cell cytoplasm capable of self-reproduction. 3. (phys.) a section of plasma that has a distinct shape

**plasmodium** (plăz-mō'dē-əm) pl. **plasmodia** the vegetative stage in the life of a slime mold, consisting of a motile mass of protoplasm containing several nuclei || member of *Plasmodium*: fam. *Plasmodiidae*, a genus of parasitic sporozoans including those causing malaria in man [Mod. L. fr. Gk. *plasma*, fr. the subst. like]

**plasmolysis** (plăz-mŏl'ĭ-sĭs) n. (bot.) contraction of the plant cell wall and loss of protoplasm from the cell wall, caused by the withdrawal of water from plant cells by osmosis [fr. Gk *plasma*, form + *lusis*, loosing]

**plasmon** (plăz'mŏn) n. (genetics) the hereditary factors in cytoplasm

**Plassey, Battle of** (plăs'ē, plăs'ĭ) a battle (1757) in which Clive decisively defeated the Nawab of Bengal and prepared the way for British rule in India

**plaster** (plăs'tər, plä'stər) n. a mixture of slaked lime and water, sometimes with hair or fiber added as binding material, applied wet to interior wall or ceiling and hardening to a smooth surface when dry || plaster of paris || a medicinal preparation spread on a cloth and applied to the body. a *mustard plaster* [O.E. fr. L. *plastrum* fr. L. fr. Gk.]

**plaster** v.t. to cover (a wall etc.) with wet plaster || to put (something adhesive) on a surface, esp. in large quantity or with force || to apply a medicinal plaster to || to cover a mass of paris to neutralize acidity || to bomb or heavily hit. PLASTER n. or older F. *plas-*

**plasterboard** (plăs'tər-bôrd, plä'stər-bôrd) n. a board made by compressing sheets of fiber separated by a layer or partly set plaster of paris and used esp. as a material to be plastered

**plaster cast** a sculpture cast in plaster of paris || a linen covering made of gauze and plaster of paris used e.g. for holding a fractured bone in

**plasterer's putty** (plăs'tər-ərz, plä'stər-ərz) a fine paste of slaked lime, used for finishing, plaster of paris a white or pinkish powder, essentially the hemihydrate of calcium sulfate, 2CaSO₄·H₂O, obtained by calcining gypsum, which water it forms a quick-setting paste, drying to form a tough, hard solid. It is used for molding and building materials

**plastic** (plăs'tĭk) 1. adj. of material which changes shape when pressure is applied and retains its new shape when the pressure is removed (cf. ELASTIC) || of the processes involved in using such materials to fashion things, the *plastic arts* || of an object fashioned from such a material || (art) of, relating to or characterized by three-dimensional movement, form and space || pliable, easily influenced || (biol.) capable of undergoing variation, growth, repair etc. || (sl.) unnatural, synthetic || so changeable as to be showy 2. n. a plastic material plasticity etc. [fr. L. *plasticus*, able to be molded, fr. Gk. fr. *plassein*, to shape, form]

**plastic material** is a substance which, though stable in normal use, was plastic under pressure or heat (or both) at some stage during manufacture. Plastics are usually polymers. If soften again when reheated, they are said to be thermoplastic. If, after fashioning, they resist further applications of heat, they are thermosetting. The raw materials of the plastics industry are by-products of oil refining, coal distillation etc. The plastics industry has great importance in industrialized countries (*BAKELITE, *CELLULOID, *POLYSTYRENE, *POLYETHYLENE)

**plasticine** (plăs'tĭ-sēn) n. a plastic substance used as a substitute for modeling clay, drying very slowly and not adhering to the fingers. It cannot be fired in a kiln [Trademark]

**plasticity** (plăs-tĭs'ĭ-tē) n. the quality or state of being plastic || (chem.) the quality of being displaced within a molecular sphere of action

**plasticize** (plăs'tĭ-sīz) pres. part. **plasticizing** past and past part. **plasticized** v.t. to make plastic || v.i. to become plastic

**plasticizer** n. any of a number of substances added to a plastic to improve its physical properties, e.g. its flexibility

**plastic memory** tendency of some plastics to return to a former shape

**plastic surgery** the branch of surgery concerned with correcting disfigurements due to injury, age or congenital deformities, usually by transference of skin or bone

**plastic zone** *RUPTURE ZONE

**plastid** (plăs'tĭd) n. a small body of specialized protoplasm within the cell of some organisms (e.g. a chloroplast) [G. fr. Gk fr. *plassein*, to form]

**plastral** (plăs'trəl) adj. (zool.) of or pertaining to a plastron

**plastron** (plăs'trŏn, plăs'trən) n. a padded breast shield worn by a fencer || (hist.) a steel breastplate || (zool.) the ventral part of the shell of a tortoise or turtle || a similar part in other animals || a dicky (for a shirt or blouse) [F. fr. Ital.]

**plat** (plăt) 1. n. a small piece of land || a detailed plan or map 2. v.t. pres. part. **platting** past and past part. **platted** to make a plan or map of [fr. PLOT]

**Plata, Río de la** *RÍO DE LA PLATA

**Plataea, Battle of** (plă-tē'ə) a battle fought (479 B.C.) during the Persian Wars. The Greeks, under Pausanias, destroyed a superior Persian army and forced the Persians to withdraw from Greece

**plate** (plāt) 1. n. a flat, shallow dish (usually circular, and typically of porcelain or earthenware) from which food is eaten || the food served on such a dish || the main course of a meal (meat, vegetables, salad etc.) all served on one plate || a thin flat piece of metal for engraving on or bearing an impression || a full-page illustration (usually on coated paper or some paper other than what is used for the text) bound in a book || (collect.) domestic utensils (esp. tableware) made of gold, silver etc., or plated || a thin coating of precious metal put on base metal by electrolysis, *the plate is wearing off these forks* || (photog.) a rectangular piece of metal or glass, coated with a sensitized emulsion, on which a photograph is taken || a thin flat piece of metal etc. of uniform thickness, varying in size and serving various purposes, e.g. to join a fractured bone or forming part of a ship's armor || (dentistry) that part of a denture which fits against the mouth and holds the artificial teeth in position || (pop.) a set of false teeth || of metal or wooden dish used for taking up the collection in church || (printing) a sheet of metal, cast from type or engraved, from which impressions are taken || a printed impression from this, e.g. of an engraving || (archit.) a horizontal beam supporting or supported by vertical ones || a horse race carrying a gold or silver cup etc. as prize for the winner, or the trophy awarded || (hist.) sheets are one sheet of armor metal || (baseball) home plate || (baseball) a piece of rubber upon which the pitcher stands when delivering the ball to the batter || a thin cut of beef from the forequarter, below the short ribs || (anat., zool.) a thin layer or scale, e.g. of bone, horny tissue etc. || (elec.) the anode or positive element of an electron tube toward which the stream of electrons flows 2. v.t. pres. part. **plating** past and past part. **plated** to cover with metal plates || to cover with a thin layer (e.g. of metal) mechanically, chemically or electrically || to make a solid plate (of type) for printing [M.E. fr. O.F. *plate*, a thin plate]

**plate armor**, Br. **plate armour** (hist.) armor consisting of steel plates riveted side by side with welded joints (*E. MAIL)

**plateau** (plă-tō', Br. plă'tō) pl. **plateaus**, **plateaux** (plă-tōz', Br. plă'tōz) n. a level, horizontal region at a considerable height above sea level or surrounding regions || a roughly level section in a graph (e.g. of progress in production, showing little or no advance) [F.]

**plateful** (plāt'fool) pl. **platefuls** n. the amount of food etc. that fills a plate

**plate glass** thick polished glass made in large

sheets and used for shop windows, mirrors etc.

**plate-layer** (plāt'lā-ər) n. (Br.) a trackman

**platelet** (plāt'lĭt) n. a microscopic, noncellular disk found in large numbers in vertebrate blood, that is involved in the activation of prothrombin. The rupture of blood vessels serves to initiate this process

**plate mark** a hallmark || the rectangular depression surrounding an engraving where the metal plate has sunk into the paper

**platen**, Br. also **platten** (plăt'ən) n. (printing) an iron plate in a hand press or platen press which presses the paper against the inked type || the roller in a typewriter [M.E. *platyne*, a flat plate of metal, fr. O.F. *platine*]

**platen press** a small printing press in which the type is secured in a vertical flat bed, and a platen brings the paper up into contact with it

**plater** (plāt'ər) n. someone who makes plates or applies them to ships etc. || someone who plates with metals || (racing) a horse only good enough to be entered for a selling race

**plateresque** (plăt'ər-ĕsk') adj. of a style or architecture of the early Spanish Renaissance characterized by rich ornamentation [fr. Span. *platteresco* fr. *plata*, silver)

**Plate, River** *RÍO DE LA PLATA

**plate tracery** (archit.) tracery consisting of flat surfaces of stone in which ornamental patterns have been traced, e.g. in early Gothic windows

**platform** (plăt'fôrm) n. 1. a raised structure of planks on which a speaker or performer stands, acts etc. so that he can be seen by an audience || a raised structure next to the track, by which passengers enter or leave a train in a station || the open area at the end of a railroad passenger car, trolley car etc. || a ledge, e.g. on a cliff face || a flat structure on which a gun is mounted || a flat, esp. raised, piece of ground || a statement of aims and policies in the program of a person or party seeking electoral support 2. adj. of or designating a shoe sole from ½ in. to 3 ins. thick || of or designating a shoe with such a sole [F. *plateforme*, flat form]

**platform car** (rail) a flatcar

**platform tennis** paddleball game utilizing four walls of wire netting on an outdoor platform, similar to a small covered tennis court; usu. played in winter; developed in 1928 from paddle tennis

**Plath** (plăth), **Sylvia** (1932–63) U.S. poet. Her first volume of verse 'Colossus,' was published in 1960. But it was only upon the posthumous publication of 'Ariel' (1965) that she became the most celebrated poet of her generation, based on her intense descriptions of extreme states of mind. Two other collections of verse were published following her suicide, 'Crossing the Water' (1971) and 'Winter Trees' (1971). She also wrote a semiautobiographical novel, 'The Bell Jar' (1963), an account of a young woman's struggle with mental breakdown

**plating** (plāt'ĭng) n. the process or result of covering with a plate or plates, esp. with a thin layer of metal || the plates of a vessel, tank or other armored vehicle

**platinic** (plă-tĭn'ĭk) adj. of or pertaining to platinum, esp. of compounds in which platinum is tetravalent (cf. PLATINOUS)

**platinize** (plăt'ə-nīz) pres. part. **platinizing** past and past part. **platinized** v.t. to coat with platinum black or combine or treat with platinum

**platinoid** (plăt'ə-noid) 1. n. an alloy of copper (60%), zinc (24%), nickel (14%) and wolfram (2%), used as a substitute for platinum in resistances and thermocouples || a metal related to platinum 2. adj. like platinum

**platinotron** (plăt'ə-nŏt'rən) n. (electr.) device consisting of a microwave tube with a permanent magnet, used as a high-power saturated oscillator or amplifier in radar apparatus

**platinotype** (plăt'ə-nō-tīp) n. a photographic print of great lasting quality, in which platinum is used instead of silver || the process of making such a print [PLATINUM+TYPE]

**platinous** (plăt'ə-nəs) adj. of or pertaining to platinum, esp. of compounds in which platinum is divalent (cf. PLATINIC)

**platinum** (plăt'ə-nəm, plăt'nəm) n. a very heavy, ductile, malleable, silvery white metallic element (symbol Pt, at. no. 78, at. mass 195.09), very resistant to acids, heat and corro-

Case 1:06-cv-00774-JJF    Document 202-3    Filed 03/12/2008    Page 39 of 49

**pro·late** (próuleit) *adj.* (geom., of a spheroid) elongated in the direction of the longer axis (opp. OBLATE) [fr. L. *proferre* (*prolatus*), to extend]

**pro·leg** (próuleg) *n.* one of the fleshy legs found on the abdominal segments of the larvae of certain insects

**pro·leg·om·e·non** (prouleṉgómanon) *pl.* **pro·leg·om·e·na** (prouleṉgómana) *n.* (esp. *pl.*) an introductory section, esp. to a learned work [prolegómenous *adj.* [Gk:what is being said first, fr. *prolegein*, to say before]

**pro·lep·sis** (proulépsis) *pl.* **pro·lep·ses** (proulépsi:z) *n.* (in rhetoric) the anticipation of objections, the figure of speech by which what is to follow is taken as already effective, e.g. the application for dramatic effect of an adjective to a noun to which it does not yet apply [Gk *prolépsis* fr. *prolambanein*, to take before]

**pro·le·tar·i·an** (proulitéarian) *n.* a member of the proletariat 2. *adj.* of or relating to the proletariat [fr. L. *proletarius*, lowest-class citizen]

**pro·le·tar·i·at** (proulitéariat) *n.* the lowest class in a modern society, esp. (in Marxist theory) industrial wage earners possessing neither property nor capital and living by the sale of their labor [ (Rom. hist.) the lowest class in ancient Rome [fr. *proletariat*]

**pro·life** movement (próulaif) antiabortion pro-life movement, groups, *ant.* pro-choice movement

**pro·lif·er·ate** (proulífareit) *pres. part.* **pro·lif·er·at·ing** *past and past part.* **pro·lif·er·at·ed** *v.i.* (biol.) to grow or reproduce rapidly by cell division, budding, etc. ‖ to multiply fast, grow by multiplying, ideas *proliferated in his mind* ‖ *v.t.* to cause to increase greatly in number [back-formation fr. PROLIFERATION]

**pro·lif·er·a·tion** (proulifaréiʃən) *n.* a proliferating or being proliferated [fr. *proliferation*]

**pro·lif·er·ous** (proulífaras) *adj.* (*bot.*) developing buds from a normally terminal organ (e.g. a leaf or flower) [biol.] reproducing by budding [fr. PROLIFER, bearing offspring]

**pro·lif·ic** (proulífik) *adj.* reproducing rapidly and in large numbers, *rabbits are very prolific* ‖ producing abundantly, *a prolific writer* ‖ abundant, *a prolific output* ‖ (rhet., with 'in' or 'of') very productive [pro·lif·i·ca·cy *n.* pro·lif·i·cal·ly *adv.* [fr. M. L. *prolificus*]

**pro·lix·i·ca·tion** (proulifskéiʃən) *n.* (biol.) the quality or state of being proliferous ‖ (*bot.*) a proliferous growth [fr. M. L. *prolificatio* (*prolificationis*), production of offspring]

**pro·lix** (próuliks, proulíks) *adj.* tediously wordy, long-winded, verbose pro·lix·i·ty *n.* [fr. L. *prolixus*, extended]

**pro·loc·u·tor** (proulókjutar) *n.* (rhet.) a spokesman ‖ a chairman, esp. (*Br.*) of the lower house of a convocation of the Church of England [L. fr. *proloqui* (*prolocutus*), to speak out]

**pro·logue** *PROLOGUE*

**pro·lo·gize** (proulagaiz, proulogaiz, proulodʒaiz) *pres. part.* **pro·log·iz·ing** *past and past part.* **pro·log·ized** *v.i.* to write or speak a prologue [fr. Gk *prologizein*]

**pro·logue, prolog** (próulog, próulag) *n.* an introduction or preface, often in verse, to a literary work, esp. a play (cf. EPILOGUE) [O.F. fr. L. fr. Gk]

**pro·lon·gize** (proulágaiz, próulaṉgaiz) *pres. part.* **pro·lon·giz·ing** *past and past part.* **pro·lo·gu·ized** *v.i.* to prologize

**pro·long** (proulóṉ, proulóṉ) *v.t.* to make longer, extend, draw out (usually in time), *to prolong a visit* ‖ to lengthen the pronunciation of (a syllable etc.) [O.F. *prolonger*]

**pro·lon·ga·tion** (proulaṉɡéiʃən, proulóṉɡéiʃən) *n.* a prolonging or being prolonged ‖ a linear extension [F.]

**prom** (prom) *n.* ‖ (*pop.*) a ball or dance given by a college or high school group or class ‖ (*Br.*, pop.) a promenade concert ‖ (*Br.*, pop.) a seafront promenade [shortened fr. PROMENADE]

**prom·e·nade** (promanéid, promanáːd) 1. *n.* a promenade deck at a liner, a leisurely walk on an upper deck or the like ‖ (*Br.*) a paved walk along the seafront at a resort ‖ a series of walking steps in a square dance ‖ the opening of a formal ball in which all the guests participate in a stately march [*Am.*, hist.) a competitive walk or strut to music by couples 2. *v. pres. part.* **prom·e·nad·ing** *past and past part.* **prom·e·nad·ed** *v.i.* to take a stroll ‖ to go on, a promenade ‖ to perform a promenade in a dance ‖ *v.t.* to take a stroll through, *to promenade the streets* ‖ to take for a stroll or ride so as to display [F.]

**pt** ‖menade concert an orchestral concert where some members of the audience are not seated and may stroll around

**promenade deck** an upper deck of a liner, where passengers may stroll

**Pro·me·the·an** (prəmíːθiən) *adj.* having to do with Prometheus, or like him in his skill or suffering

**Pro·me·the·us** (prəmíːθiəs, prəmíːθjuːs) (Gk mythol.) son of the Titan Iapetus and brother of Atlas. He stole fire from the gods and gave it to man. In punishment, Zeus chained Prometheus to a rock and sent an eagle or vulture by day to eat out his liver, which was restored every night. He was eventually rescued by Heracles. In some myths, Prometheus appears as the giver of the arts and sciences to mankind

**pro·me·thi·um** (prəmíːθiəm) *n.* a metallic element (symbol Pm, at. no. 61, weight of most important isotope 147) of the rare-earth series, produced during the fission of uranium [after PROMETHEUS]

**prom·i·nence** (prómínəns) *n.* the state or quality of being prominent ‖ a hill, elevation etc. ‖ a solar prominence prom·i·nen·cy *n.* [F. *prominere*]

**prom·i·nent** (prómínənt) *adj.* conspicuous, *a prominent landmark* ‖ jutting out, projecting, *a prominent nose* ‖ distinguished, eminent, *a prominent public figure* ‖ leading, *a prominent advocate of reform* (fr. L. *prominens* (*prominentis*) fr. *prominere*, to project, jut out)

**prom·is·cu·i·ty** (prɒmiskjúːiti) *pl.* **prom·is·cu·i·ties** *n.*, the fact or an instance of being promiscuous [fr. F. *promiscuité*]

**pro·mis·cu·ous** (prəmískjuəs) *adj.* having sexual relations with many ‖ indiscriminate, promiscuous borrowing from secondary sources ‖ made up of various kinds indiscriminately mixed together, *a promiscuous gathering* [fr. L. *promiscuus*, mixed]

**prom·ise** (prómis) 1. *n.* an assurance that one will do or refrain from doing a specified thing, *a promise to return soon* ‖ a firm prospect, *a promise of a good harvest* ‖ potential greatness or distinction, *a new writer of great promise* 2. *v. pres. part.* **promis·ing** *past and past part.* **promised** *v.t.* to make a promise (to do something, that something will be done etc.) ‖ to assure (someone) that he will receive, *to promise someone a warm welcome* ‖ to give reasonable expectation of, *emit mist promises a fine day* ‖ *v.i.* to make a promise ‖ (with 'well') to show potential good quality, *he promises well as a mathematician* [fr. L. *promittere* (*promissum*), to put forth, promise]

**promised Land** Canaan

**prom·i·see** (prómisíː) *n.* (*law*) someone to whom a promise is made

**prom·is·ing** (prómisiṉ) *adj.* giving hope of achievement or success in the future, likely to turn out well, *a promising pupil*

**prom·i·sor** (prómísər) *n.* (*law*) someone who makes a promise

**prom·is·so·ry** (prómisəri, prómisɔːri) *adj.* containing a promise [fr. M.L. *promissorius*]

**promissory note** a written and signed promise to pay unconditionally to a named person or body, or to bearer, a fixed sum of money either on demand or at some definite future time, e.g. a bank note

**pro·mo** (próuməu) *n.* (*colloq.*) short for advertising promotion—*promo adj.*, *v.*

**prom·on·to·ry** (prómantəri, prómantɔːri) *n.* any one of high land jutting out into an area of water ‖ (*anat.*) any one of certain protuberances [fr. M.L. *promontorium*]

**pro·mote** (prəmóut) *pres. part.* **pro·mot·ing** *past and past part.* **pro·mot·ed** *v.t.* to raise in rank or status ‖ to help forward, further, to promote a scheme ‖ to push the sales of by intensive advertising etc. ‖ to encourage, to promote international goodwill ‖ to organize, present and secure financial backing for, to promote a boxing match ‖ to support actively, devote energy and influence to securing the passage of, to promote a bill in Congress ‖ (chess) to advance (a pawn) to the eighth rank and change it into a piece [fr. L. *promovere* (*promotus*), to move forward]

**pro·mot·er** (prəmóutər) *n.* a person who promotes the formation of a company etc. ‖ someone who organizes and secures financial backing (esp. for a sporting event) [A.F. *promoteur*]

**pro·mo·tion** (prəmóuʃən) *n.* a promoting or being promoted ‖ advancement to higher rank or status, *to work for promotion* ‖ a striving to secure greater sales by intensive advertising

etc. ‖ the organization or setting up of an enterprise, company promotion pro·mo·tion·al pro·mo·tive *adj.* [F.]

**prompt** 1. *adj.* quick to respond and act without delay, prompt to obey ‖ immediate, instant, prompt reply 2. *n.* (commerce) a time limit allowed for payment of the account for goods bought, or fr. L. *promptus*, at hand]

**prompt** (prompt) 1. *v.t.* to move or rouse to action, *his anger prompted him to interrupt* ‖ to give rise to, inspire, *malice prompted that remark* ‖ to whisper to (an actor) words which he has forgotten ‖ to suggest words to be forgotten speaker) 2. *n.* the prompting of an actor speaker ‖ the words said in prompting prompter *n.* [fr. PROMPT *adj.* or fr. F. or L. *promptus*], he is made ready to do something

**prompt·i·tude** (prómptitu:d, prómptitjuːd) *n.* the quality of being prompt [F. or fr. L. *promptitudo*]

**prompt side** (*theater*) the side of the stage closest to the prompter, usually to the actor's right (in the U.S.A.) or left (in Britain) as he faces the audience

**pro·mul·gate** (prómalgeit, prəmálgeit) 1. *part.* **pro·mul·gat·ing** *past and past part.* **pro·mul·gat·ed** *v.t.* to proclaim, make public known (a statute, decree, dogma etc.) promul·ga·tion, pro·mul·ga·tor *ns.* [fr. L. *promulgatus*), to expose to public view]

**pro·nate** (próuneit) *pres. part.* **pro·nat·ing** *past and past part.* **pro·nat·ed** *v.t.* to turn (a hand so that the palm is downward (cf. SUPINATE) [fr. L. *pronatus* (*pronatus*), to bend forward]

**pro·na·tion** (prounéiʃən) *n.* a pronating or being pronated [fr. M.L. *pronatio* (*pronationis*)—bending forward]

**pro·na·tor** (prounéitər) *n.* a muscle in the forearm which performs pronation [M.L.]

**prone** (proun) *adj.* lying face down (opp. SUPINE) ‖ flat on the ground, *prostrate*, *the knight lay prone for several seconds* ‖ (with 'to') inclined, liable, disposed, *prone to act rashly* [fr. L. *pronus*]

**pron·eth·a·lol** [$C_{16}H_{25}NO$] (prounéθəlɒl) *n.* (*pharm.*) drug that causes a blockage of the receptor of sympathomimetic agent, also as thalide

**prong** (proṉ, prɒṉ) 1. *n.* a tine of a fork ‖ a horn for lifting hay etc. ‖ any thin pointed object, e.g. the point of an antler 2. *v.t.* to pierce or lift (with a fork or prong) [etym. doubtful]

**prong·horn** (próṉhɔːrn, prɒṉhɔːrn) *pl.* prong·horn, prong·horns *n.* Antilocapra americana, a North American ruminant mammal whose curved horns have an annually deciduous outer sheath and a short prong in front

**pro·nom·i·nal** (prounómínəl) *adj.* (*gram.*) of or relating to or acting as a pronoun [fr. L.S. pro *nominalis*]

**pro·noun** (próunaun) *n.* a word used to replace a noun. It functions as a noun and represents a person or thing previously mentioned or known, or being asked about. Pronouns may be classified as demonstrative, distributive, indefinite, interrogative, personal, possessive, reflexive and relative

**pro·nounce** (prənáuns) *pres. part.* **pro·nounc·ing** *past and past part.* **pro·nounced** *v.t.* to make the sounds of, utter, articulate, *he pronounced every syllable with care* ‖ to utter and declare formally, *to pronounce sentence* ‖ to declare authoritatively, *the doctor pronounced him free from infection* ‖ *v.i.* to produce speech sounds, *she pronounces abominably* ‖ to give one's considered or authoritative opinion, *to pronounce on a matter* pro·nounce·a·ble *adj.*

**pro·nounced** (prənáunst) *adj.* clearly marked, very noticeable, *a pronounced list* 

**pro·nounce·ment** (prənáunsmənt) *n.* an official statement or announcement ‖ an opinion, decision etc. announced in a formal way [O.F. *prononcier*]

**pronouncing dictionary** a dictionary which shows how words are pronounced

**PRONTO** (*computer acronym*) program for numerical tool operation, a computer program utilizing numerical machine tool language translated from drawings in order to direct a cutting device; designed by General Electric

**pro·nu·cle·us** (prounjúːkliəs, proʊnjuːklíəs) *pro·nu·cle·i* (prounjúːkliai, prounjuːklíai) *n.* (*biol.*) the haploid nucleus of a spermatozoon or egg (ovum) after maturation and fertilization

**pro·nun·ci·a·men·to** (prənʌnsiəméntou, prənʌnsiəméntɔːs) *pl.* **pro·nun·ci·a·men·tos** *n.* a proclamation or pronouncement, esp. one made by revolutionaries or by any self-appointed dictatorial body [fr. Span. *pronunciamiento*]

# EXHIBIT 13

The

# AMERICAN
# HERITAGE

# Science

# *dic·tion·ar·y*

BASED ON
AMERICA'S FAVORITE
DICTIONARY

- A new and indispensable resource for
  understanding today's science and technology

- Up-to-date coverage, reflecting the latest
  discoveries and controversies

- In-depth explanations, with 175 explanatory notes
  on important scientific concepts and research

- Detailed illustrations, with 380 photographs
  and custom drawings



Words included in this book that are known to have current trademark registrations are shown with initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this book is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no word in this book is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 2005 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

Visit our website: www.houghtonmifflinbooks.com

ISBN-13: 978-0-618-45504-1
ISBN-10: 0-618-45504-3

*Library of Congress Cataloging-in-Publication Data*

The American heritage science dictionary.-- 1st ed.
    p. cm.
  ISBN 0-618-45504-3
  1. Science--Dictionaries.
  Q123.A5178 2005
  503--dc22                              200419696

Manufactured in the United States of America

MP 10 9 8 7 6 5 4 3 2

159

', sĭk'lə-) A color-
trocarbon derived
as a solvent and
ıla: $C_5H_{10}$.

', sĭk'lə-) A high-
rless gas that was
nesthetic but has
' less flammable
atoms of cyclo-
ing. Chemical for-

. –in) also cyclo-
rpeptide obtained
eromycete fungi.
ssive drug to pre-
anted organs.

y of various jaw-
itomata, having a
scales, a cartilagi-
e mouth used for
ey. Cyclostomes
mpreys, although
se two groups as

of particle accel-
arged subatomic
id electrons, in an
greatly increasing



particle's
path

target

met
le)

s the particles from
er. The cyclotron's
vo electromagnets,
horizontal spiral,
keep up with the
e particle reaches
to collide with the

their energies. Cyclotrons are used to bring about high-speed particle collisions in order to study subatomic structures. Compare linear accelerator. See also synchrocyclotron. See Note at particle accelerator.

**Cygnus** (sĭg'nəs) A constellation in the Northern Hemisphere near Cepheus and Lyra. Cygnus (the Swan, or the Northern Cross) contains the bright star Deneb.

**cylinder** (sĭl'ən-dər) A three-dimensional surface or solid object bounded by a curved surface and two parallel circles of equal size at the ends. The curved surface is formed by all the line segments joining corresponding points of the two parallel circles.



height (h)

radius (r)

cylinder

The equation for determining the volume (V) of a cylinder is $V = \pi r^2 h$.

**cylindrical projection** (sə-lĭn'drĭ-kəl) A map projection in which the surface features of a globe are depicted as if projected onto a cylinder typically positioned with the globe centered horizontally inside the cylinder. In flattened form, a cylindrical projection so centered produces a rectangular map with the equator in the middle and the poles at the top and bottom. Parallels and meridians appear as straight lines that intersect each other at right angles in a grid pattern, with the meridians equally spaced and the parallels spaced progressively farther apart moving away form the equator. Distortion of shape and scale in a whole-world cylindrical projection is minimal in equatorial regions and maximal at the poles. Compare azimuthal projection, conic projection. See illustration at Mercator projection.

**cyme** (sīm) A usually flat-topped or convex determinate inflorescence in which the central main stem and each side branch end in a

flower. The flowers in the cluster begin blooming from the flower on the main stem downwards or outwards. Baby's breath, dogwood, and the tomato have cymes.

**cypsela** (sĭp'sə-lə) Plural cypselae (sĭp'sə-lē'). A type of dry fruit consisting of an achene with a closely adhering calyx, the characteristic fruit of the aster family. Dandelions produce cypselae in which the plume, or pappus, is actually a modified sepal.

**cyst** (sĭst) 1. An abnormal membranous sac in the body, containing a gaseous, liquid, or semisolid substance. 2. A small, capsulelike form of certain organisms that develops in response to adverse or extreme conditions. Under adverse conditions, for instance, dinoflagellates form nonmotile resting cysts that fall to the ocean or lake bottom and can remain there for years before reviving. Certain invertebrates, such as the water bear (phylum Tardigrada), also develop cysts.

**cysteine** (sĭs'tə-ēn') A nonessential amino acid. Chemical formula: $C_3H_7NO_2S$. See more at amino acid.

**cystic fibrosis** (sĭs'tĭk fī-brō'sĭs) An inherited disorder of the exocrine glands, usually developing during early childhood and affecting mainly the pancreas, respiratory system, and sweat glands. It is marked by the production of abnormally thick mucus by the affected glands, usually resulting in chronic respiratory infections and impaired pancreatic function.

**cyto–** A prefix meaning "cell," as in the word cytoplasm.

**cytochrome** (sī'tə-krōm') Any of a class of usually colored proteins that play important roles in oxidative processes and energy transfer during cell metabolism and cellular respiration. Cytochromes are electron carriers. They contain a heme group and are similar in structure to hemoglobin and chlorophyll. The most abundant and stable type is cytochrome c. By comparing different kinds of cytochromes, scientists can trace the evolutionary relationships of the organisms in which they occur.

**cytogenetics** (sī'tō-jə-nĕt'ĭks) The scientific study of the cellular components associated with heredity, especially chromosomes.

**cytokine** (sī'tə-kīn') Any of several regulatory proteins, such as the interleukins and lymphokines, that are released by cells of the

PROPERTY OF
FROMMER, LAWRENCE & HAUG LLP
LIBRARY

# EXHIBIT 14



*Hawley's*

**Twelfth Edition**

# CONDENSED CHEMICAL DICTIONARY

Richard J. Lewis, Sr.

Copyright © 1993 by Van Nostrand Reinhold

IⓣP™ Van Nostrand Reinhold is a division of International Thomson Publishing, Inc.
The ITP logo is a trademark under license

Printed in the United States of America

For more information, contact:

Van Nostrand Reinhold
115 Fifth Avenue
New York, NY 10003

Chapman & Hall
2-6 Boundary Row
London
SE1 8HN
United Kingdom

Thomas Nelson Australia
102 Dodds Street
South Melbourne, 3205
Victoria, Australia

Nelson Canada
1120 Birchmount Road
Scarborough, Ontario
Canada M1K 5G4

Chapman & Hall GmbH
Pappelallee 3
69469 Weinheim
Germany

International Thomson Publishing Asia
221 Henderson Road #05-10
Henderson Building
Singapore 0315

International Thomson Publishing Japan
Hirakawacho Kyowa Building, 3F
2-2-1 Hirakawacho
Chiyoda-ku, 102 Tokyo
Japan

International Thomson Editores
Campos Eliseos 385, Piso 7
Col. Polanco
11560 Mexico D.F. Mexico

All rights reserved. Certain portions of this work © 1930, 1920, 1919 by The Chemical Catalog Co., Inc., and 1978, 1981, 1977, 1971, 1966, 1956, 1950 by Van Nostrand Reinhold. No part of this work covered by the copyright hereon may be reproduced or used in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without the written permission of the publisher.

96 97 98 99 HAM 10 9 8 7 6 5

Library of Congress Cataloging-in-Publication Data

Condensed chemical dictionary.
    Hawley's condensed chemical dictionary.—12th ed./revised by
Richard J. Lewis, Sr.
        p.   cm.
    ISBN 0-442-01131-8
    I. Chemistry-Dictionaries.   I. Hawley, Gessner Goodrich, 1905-1983
    II. Lewis, Richard J., Sr.   III. Title.
    QD5.C5   1992
540'.3—dc20                  92-18951
                              CIP

**Demjanov rearrangement.** Deamination of primary amines by diazotization to give rearranged alcohols.

**Democritus.** A Greek philosopher (approximately 465 BC). The first thinker of record to conceive of matter as existing in the form of small indivisible particles, which he called atoms. However, this concept was overshadowed by Aristotle's theories, and it was not until some 2000 years later that it was developed by John Dalton in England—an astonishing length of dormancy for one of the most creative ideas in the history of science.
See also Dalton, John.

**demulsification.** The process of destroying or "breaking" an unwanted emulsion, especially water-in-oil types occurring in crude petroleum. Both chemical and physical means are used. Chemical means include addition of polyvalent ions to neutralize electrical charges or of a strong acid; physical means include heating, centrifuging, or use of high-potential alternating current.
See also emulsion, nonylphenol.

**demurrage.** A fee imposed on shippers of chemicals and other products by the railroads for retaining freight cars at loading docks for more than a given period of time (usually 24 hr).

**"DEN"** [*Dow*]. TM for a series of epoxy novolacs for multifunctional resins for all uses where maximum chemical or heat resistance is required.

**denatonium benzoate.** USAN for benzyldiethyl
-[(2,6-xylylcarbamoyl)methyl]ammonium benzoate (Bitrex), a bitter-tasting compound approved as a denaturant for alcohol, mp 165C, soluble in water and alcohol, insoluble in ether.

**denaturant.** See alcohol, denatured.

**denaturation.** A change in the molecular structure of globular proteins that may be induced by bringing a protein solution to its boiling point or by exposing it to acids or alkalies or to various detergents. Denaturation reduces the solubility of proteins and prevents crystallization. It involves rupture of hydrogen bonds so that the highly ordered structure of the native protein is replaced by a looser and more random structure. It is usually irreversible but in some cases is reversible, depending on the protein and the treatment involved.
See also degradation.

**denatured alcohol.** See alcohol, denatured.

**denier.** A unit used in the textile industry to indicate the fineness of a filament. If 9000 meters of a filament weighs 1 gram, the filament is 1 denier; if 10,000 meters weighs 1 gram, the filament is 1 grex. Sheer women's hosiery usually runs from 15 to 10 denier.

**"Denox"** [*Carus*]. TM for 300 Highlighter series, a group of products.
Use: Treating denim with stone washing and other finishes. ∟

**density.** Mass/unit volume expressed in grams/cubic centimeter for solids and liquids and usually in grams/liter for gases. Densities of some common substances follow:

| | g/cc | g/L |
|---|---|---|
| sulfur | 2.06 | |
| aluminum | 3.7 | |
| sodium | 0.967 | |
| glycerol | 1.27 | |
| water* | 1.0 | |
| chlorine | | 3.214 |
| carbon dioxide | | 1.977 |
| air** | | 1.293 |
| oxygen | | 1.429 |
| hydrogen | | 0.0899 |

---

*Basis of comparison for solids and liquids.
**Basis of comparison for gases. For discussion of density vs specific gravity, see specific gravity. Apparent density is the mass of a unit volume of powder, usually expressed in grams per cubic centimeter, determined by a specified method. (MPA definition, MPA Standard 9–50T). Bulk density is an alternative term for apparent density.
See also current density.

**"Deo-Base"** [*Witco*]. TM for light petroleum distillate, a superfine grade of kerosene without its objectionable odor.

**deodorant.** A substance used to remove or mask an unpleasant odor. It may or may not have a distinctive odor of its own. Deodorants act (1) by adsorption (activated carbon, charcoal, chlorophyllin), (2) by replacement (pine oil or other perfume), (3) by neutralization (aluminum chlorohydrate), and (4) by oxidation or hydrogenation, e.g., of fish oils. The cosmetic industry supplies a wide variety of deodorants and antiperspirants, chiefly based on neutralization. Mouthwashes and breath "sweeteners" often contain calcium iodate, thymol, peppermint, or a similar substance to mask or replace odors.
See also odor, cosmetic.

**deoxidizer.** An agent which removes oxygen from a compound or from a molten metal.

**Reissert reaction.** Formation of 1-acyl-2-cyano-1,2-dihydroquinoline derivatives (Reissert compounds) by reaction of acid chlorides with quinoline and potassium cyanide; hydrolysis of these compounds yields aldehydes and quinaldic acid.

**relative error.** Ratio of absolute error to exact value.

**release.** (1) Separation of a cured or baked product from the metal mold or pan in which it is formed. Common release agents for rubber and plastics are waxy or fatty materials such as paraffin and tallow; vegetable oils are used in the baking industry. Such materials are collectively called abherents.
(2) Gradual diffusion of an active ingredient through a permeable or soluble coating. Pelleted products such as fertilizers and medicinals are often covered with a layer of a substance that permits slow and uniform escape of the active principle. Sulfur is used to coat controlled-release fertilizers; gelatin and similar materials serve the same purpose in pharmaceuticals.

**rem.** The unit of radiation dose equivalent, the dosage in rads multiplied by a factor representing the different biological effects of various types of radiation. The federal radiation safety standard is 0.5 rem per person per year for non-occupational exposure, and even this is considered too high by some authorities. Occupational exposure is set at 5 rem per year.
See also rad, dosimetry, radiation.

**Remsen, Irn.** (1846–1927). An American chemist born in New York. He began his career in medical practice, but abandoned it for chemistry, and went to Germany to study. He received his doctorate in chemistry from the University of Göttingen in 1870. Returning to the U.S., he taught physics and chemistry at Williams and was later invited to join the staff of Johns Hopkins University, where he became head of the department of chemistry. There he established the first graduate curriculum in chemistry in the U.S. based on the system then in use in Germany. In 1879, saccharin was discovered in his research laboratory. He wrote several widely used textbooks, and founded the *American Journal of Chemistry*, which later merged with *JACS*. He was President of Johns Hopkins from 1901 to 1912, and is recognized as one of the great teachers of chemistry.

**rendering.** The process that separates fats from protein, connective tissue, and other water-insoluble materials by treating small pieces of animal matter with hot water or steam.

**renewable resources.** See biomass, waste control, gasohol.

**"Renite" [*Renite*].** TM for a series of high-temperature lubricants, swabbing compounds, release agents, and automatic spray equipment for hot-forming glass, hot-working metals, and the lubrication of oven conveyer chains and bearings.
Use: Glassware products, forging, extrusions and die castings. Provide lubrication for conveyer chains and bearings in bakery and brick industries.

**rennet.** See rennin.

**rennin.** (rennase; chymosin). CAS: 9001-98-3. A digestive enzyme secreted by the glands of the stomach that causes curdling of milk. It has the power of coagulating 25,000 times its own weight of milk.
Properties: Yellowish-white powder or yellow grains or scales. Characteristic and slightly salty taste and peculiar odor, slightly hygroscopic, partially soluble in water and dilute alcohol.
Derivation: From the glandular layer (inner lining) of the true stomach of the calf. It has been made experimentally by gene-splicing techniques.
Grade: Rennet is the dried commercial extract containing the rennin.
Use: Pharmacy, cheese making, coagulation of casein for plastics, food additive.

**repellent.** (1) A substance that causes an insect or animal to turn away from it or reject it as food. Repellents may be in the form of gases (olfactory), liquids, or solids (gustatory). Standard repellents for mosquitos, ticks, etc., are citronella oil, dimethyl phthalate, n-butylmesityl oxide oxalate, DEET, and 2-ethyl hexanediol-1,3. Actidione is the most effective rodent repellent, but is too toxic and too costly to use. Thiuram disulfide, amino complexes with trinitrobenzene, and hexachlorophene are successfully used. Copper naphthenate and lime/sulfur mixtures protect vegetation against rabbits and deer. Shark repellents are copper acetate or formic acid mixed with ground asbestos. Bird repellents are chiefly based on taste, but this sense varies widely with the type of bird, so a full generalization is impossible. α-naphthol, naphthalene, sandalwood oil, quinine, and ammonium compounds have been used, with no uniformity of result.
See also fumigant.
(2) A substance that, because of its physicochemical nature, will not mix or blend with another substance. All hydrophobic materials have water-repellent properties caused largely by differences in surface tension or electric charges,

and used as a qualitative or quantitative specific test for monomeric styrene in mixtures with other hydrocarbons.

styrene oxide. CAS: 96-09-3.

$C_6H_5CHOCH_2$.

Properties: Colorless to pale straw-colored liquid, boiling range 194.2–195C (5–95%), fp −36.6C, flash p (COC) 180F (82.2C), refractive index 1.5328 (25C), d 1.0469 (25/4C). Miscible with benzene, acetone, ether, and methanol. Combustible.
Hazard: Toxic by ingestion and inhalation.
Use: Highly reactive organic intermediate.

"Styresol" [Reichhold]. TM for a group of styrenated alkyd resins with air-drying and baking properties and high resistance to gasoline, alkalies, acids, and water.

"Styrofoam" [Dow]. TM for expanded cellular polystyrene (available in colors).
Use: Insulating materials; lightweight materials for boats, toys, etc.; separators in packing containers; airport runways; highway construction; battery cases.

"Styron" [Dow]. TM for polystyrene resins, general-purpose, medium- and high-impact, heat- and impact-heat-resistant, and light-stabilized resins ("Styron Verelite"). Available in wide range of translucent and opaque colors, as well as natural and crystal.
Use: Packaging, toys, appliance parts, bottle closures and containers, hot- and cold-drink cups, television cabinet backs, automotive components and machine housings, lighting equipment.

styryl carbinol. See cinnamic alcohol.

suberane. See cycloheptane.

suberic acid. (octanedioic acid).
CAS: 505-48-6. $HOOC(CH_2)_6COOH$.
Properties: Colorless crystals from water, mp 143C, bp 279C (100 mm Hg) partially soluble in water and ether, soluble in alcohol. Combustible.
Derivation: Oxidation of oleic acid with nitric acid.
Use: Intermediate for the synthesis of drugs, dyes, and high polymers.

suberone. See cycloheptanone.

"Sublaprints" [Holliday]. TM for uncut disperse dyestuffs.
Use: In transfer printing applications.

sublimation. The direct passage of a substance from solid to vapor without appearing in the intermediate (liquid) state. An example is solid carbon dioxide, which vaporizes at room temperature; the conversion may also be from vapor to solid under appropriate conditions of temperature.

subnuclear particle. A particle either found in the nucleus or observed coming from the nucleus as the result of nuclear reaction or rearrangement, e.g., neutrons, mesons, etc.

substance. Any chemical element or compound. All substances are characterized by a unique and identical constitution and are thus homogeneous. "A material of which every part is like every other part is said to be homogeneous and is called a substance" (Black and Conant, Practical Chemistry).
See also homogeneous.

substantive dye. See direct dye.

substituent. An atom or radical that replaces another in a molecule as the result of a reaction. See substitution.

substitute natural gas. See synthetic natural gas.

substitution. The replacement of one element or radical by another as a result of a chemical reaction. Chlorination of benzene to produce chlorobenzene is a typical example; in this case a chlorine atom replaces a hydrogen atom in the benzene molecule.

substrate. (1) A substance upon which an enzyme or ferment acts. (2) Any solid surface on which a coating or layer of a different material is deposited.

subtilin. An antibiotic produced by the metabolic processes of a strain of Bacillus subtilis. It is a cyclic polypeptide similar to bacitracin in chemical structure and antibiotic activity, but not as important clinically. Subtilin is active against many Gram-positive bacteria, some Gram-negative cocci, and some species of fungi. It is a surface tension depressant and its antibiotic action is increased by use of wetting agents.
Properties: Soluble in water in pH range 2.0–6.0; soluble in methanol and ethanol (up to 80%), insoluble in dry ethanol or other common organic solvents. Relatively stable in acid solutions. Inactivated by pepsin and trypsin and destroyed by light.
Use: Seed disinfectant, bacteriostat in foods.

subtilisins. (Alk [Monsanto]; "Maxatase" [Pfizer]; proteolytic enzyme).

EXHIBIT 15

(12) **UK Patent Application** (19) **GB** (11) **2 176 999 A**

(43) Application published 14 Jan 1987

(21) Application No 8515851

(22) Date of filing 22 Jun 1985

(71) Applicants
Stanley Stewart Davis,
5 Wortley Hall Close, Nottingham
Liam Feely,
The University of Nottingham, University Park,
Nottingham NG7 2RD

(72) Inventors
Stanley Stewart Davis,
Liam Feely

(74) Agent and/or address for service
Eric Potter & Clarkson, 14 Oxford Street, Nottingham
NG1 5BP

(51) INT CL⁴
A61K 9/52

(52) Domestic classification (Edition I)
A5B 16D 835 837 M
U1S 2410 2416 2417 A5B

(56) Documents cited
| GB A | 2098867 | EP A2 | 0156592 |
| EP A2 | 0164967 | WO A1 | 85/04100 |

(58) Field of search
A5B
Selected US specifications from IPC sub-class A61K

(54) **Multiparticulate sustained release medicament**

(57) A multiparticulate sustained release drug delivery system, e.g. comprising small tablets contained in a gelatin or other rapidly dissolving capsule, comprises particles containing (a) an ionically charged bioactive ingredient or a salt or ester thereof (b) a release-sustaining and binding medium which is a polymer having an anhydroglucose backbone and (c) an ionic substance having a charge opposite to component (a) or a salt or ester thereof. Component (b) is preferably a hydroxyalkyl alkylcellulose ether or methylcellulose ether and component (c) may be finely divided particles of cross-linked ion exchange resin.

GB 2 176 999 A

The drawings originally filed were informal and the print here reproduced is taken from a later filed formal copy.
The claims were filed later than the filing date within the period prescribed by Rule 25(1) of the Patents Rules 1982.

2176999



Fig. 1. Effect of anionic surfactant on release of a cationic drug.

% sodium lauryl sulphate
△ 0 %
▽ 5 %
◁ 10 %
○ 15 %

% chlorpheniramine released

Time (hrs)



Fig. 2.    Effect of alkyl sulphate concentration on chlorpheniramine release rate constant

3176999

3/14



Fig. 3.   Effect of sodium lauryl sulphate (15%) on chlorpheniramine release from HPMC,—K100M and K4M matrices.

3176999

4/14



Fig. 4.  Effect of sodium carboxylate on cationic drug release

2176999

5/14



Fig. 5.    Effect of cationic surfactant on release of an anionic drug.

o  Sodium salicylate alone
⊙  Sod. sal. + 15% HDTMAB

3176999



Fig. 6.   Effect of cetylpyridinium bromide (CPB) on Penicillin V release

6/14

3176999

7/14



Fig. 7.  Effect of cetylpyridinium bromide on release of sodium salicylate (SS)

3176999

8/14



Fig.8.   Effect of Amberlight IR120 on chlorpheniramine release

3176999

9/14



Fig. 9.   Effect of Dowex resin on release of Penicillin V

2176999

10/14



Fig. 10.    Effect of ionic polymers on release from K100M tablets.



11/14

Fig. 12.   Plot of log[SOS] v log[Chl]

Fig. 11.   Plot of [SOS] v 1/[Chl] for complexation

2176999

12/14



Fig.13 Gastric emptying of liquid and mini-matrices in fed volunteers.

2176999

13/14



TIME 0.25h – Stomach 100%          TIME 2.25h – Stomach 10%



TIME 1.75h – Stomach 49%          TIME 7.75h – Stomach 0%

Fig. 14  Gastrointestinal transit of mini-matrices in a fed volunteer

2176999

14/14



Fig.15 Gastric emptying of liquid and mini-matrices in fasted volunteers.

△ Mini-matrices

● Liquid

1                                                                    GB 2 176 999 A    1

SPECIFICATION
Sustained Release Medicament

    The present invention relates to sustained release
    medicaments and more particularly to a multi-
5   particulate delivery system designed for
    administration to a bio-system.

    A first known sustained release system comprises
    a single large tablet which is made by pressing a
    mixture of the active medicament a carrier and
10  possibly other inactive fillers see for example U.S.
    4,389,393. When in use in a biosystem the carrier
    which may be for example HPMC (hydroxypropyl-
    methylcellulose) is active to release the active
    medicament in a controlled manner by swelling and
15  only allowing the active medicament to diffuse
    slowly. An advantage with such large tablets is that
    they are relatively cheap to make since they are
    made by a single pressing action. A disadvantage is
    that they are a single relatively large unit and they
20  release the active medicament from a single entity.
    If therefore the tablet becomes lodged in a particular
    area of the biosystem the active ingredient is all
    released locally and this will result in poor
    administration of the medicament and may cause
25  damage if the medicament is irritant.

    To overcome the above disadvantages the multi-
    particulate type of medicament filled into a capsule
    has now become popular to achieve the sustained
    release action. In this type the active medicament is
30  contained within a larger number, normally one
    hundred or more, tiny spheres normally less than 2
    mm diameter which are contained within a quick
    dissolving capsule. When taken orally the capsule
    dissolves and the spheres are released and spread
35  through the biosystem thereby avoiding any
    problem of too high a localised concentration of the
    active ingredient and also avoiding the problem of
    the large tablet becoming lodged in a particular spot
    in the biosystem.

40  The disadvantage with this known capsule
    multiparticulate system is in the cost of producing
    the tiny spheres. Each sphere has to be produced
    individually. For example, by a process involving
    producing a smaller inner sphere which contains the
45  active medicament usually in a fairly concentrated
    form. Each inner sphere is then subjected to a series
    of coating processes which surround the inner
    sphere with a coating which allows only slow
    diffusion of the active medicament through the
50  coating and hence gives the sustained release
    action.

    It is an object of the present invention to provide
    a sustained release medicament which is
    substantially cheaper to produce than the
55  previously known multiparticulate capsule type and
    which does not suffer from the disadvantages of the
    single tablet form.

    According to the present invention there is
    provided a sustained release medicament
60  comprising a multiparticulate delivery system
    designed for administration to a biosystem, the
    particles of which system including

Component A) an ionically charged bioactive
              ingredient or salt or ester of same,
65  Component B) a release-sustaining and binding
              medium selected from natural and
              synthetic polymers having
              anhyroglucose-based units in their
              backbone; and
70  Component C) an ionic substance having a charge
              opposite that of component A, or a
              salt or ester of said substance,

    wherein the ratio of Components A, B and C is
    selected so as to reduce the rate of release of
75  Component A to the biosystem from the particles of
    the delivery system when compared to the rate of
    release of Component A from a single tablet
    comprising the same amounts of Components A
    and B without Components C.
80  The invention also provides in a preferred
    embodiment a delivery system which is contained
    in a gelatin or other rapidly dissolving capsule.
    In a further preferred form in the delivery system
    Component A is selected for administration due to
85  its bioactivity in warm blooded animals.
    Preferably in the delivery system Component C is
    selected from the group of polymeric materials of
    sufficiently high molecular weight or insolubility as
    to be inert with respect to the biosystem to which it
90  is designed to be administered.
    In a preferred system Component C is preferably
    selected from finely comminuted particles of cross-
    linked ion exchange resins.
    In a further preferred system Component B is
95  selected from alkyl cellulose ethers.
    In a further preferred system Component B is
    selected from hydroxyalkyl alkylcellulose ethers and
    in an alternative preferred system Component B is
    selected from methylcellulose ethers.
100 Component B may preferably be selected from
    hydroxypropylmethylcellulose ethers.
    The present invention also provides a process for
    making a multiparticulate delivery system mixing A,
    B & C to form a substantially homogeneous mixture,
105 forming a plurality of individual small tablets by a
    process of compression,
    placing a plurality of said small tablets in a
    suitable container for oral application.
    Embodiments of the present invention will now
110 be described with reference to the accompanying
    drawings in which:—
    Figure 1 shows a time release graph for a first
    embodiment of the present invention for a cationic
    drug (weak base);
115 Figure 2 shows a graph showing the effect of the
    concentration of alkyl sulphate on the release rate of
    the cationic drug (weak base) of Figure 1;
    Figure 3 shows a time release graph showing the
    effect of a change in polymer on the release rate of a
120 cationic drug (weak base) in a system according to
    the present invention;
    Figure 4 shows a time release graph showing the
    effect of sodium carboxylate on the release of the
    cationic drug (weak base) in a system according to
125 the present invention;
    Figure 5 shows the effect of cationic surfactant on

the release of an anionic drug (weak base) in a system according to the present invention;

Figure 6 shows in particular the effect of cetyl-pyridinium bromide on the release of penicillin V;

Figure 7 shows in particular the effect of cetyl-pyridinium bromide on the release of sodium salicilate;

Figure 8 shows in particular the effect of Amberlite IR120 on the release of chlorpheniramine;

Figure 9 shows in particular the effect of Dowex 2-X8 on the release of penicillin V;

Figure 10 shows the effect of ionic polymers on the release from K100M tablets;

Figure 11 shows a graph of concentration of sodium octyl sulphate (SOS) against the inverse of chlorpheniramine maleate (CHI) to demonstrate ionic interaction between (SOS) and (CHI);

Figure 12 shows a graph of the log of the concentration of SOS against the log of CHI to demonstrate ionic interaction between (SOS) and (CHI);

Figure 13 shows gastric emptying of liquid and mini-matrices according to the present invention in fed volunteers;

Figure 14 shows the gamma scintagraphy record of the progress of mini matrices according to the present invention emptying from the stomach of a fed volunteer;

Figure 15 shows the graph of Figure 13 but for a fasted volunteer.

The present invention concerns the preparation of controlled release mini-tablets which are prepared by compressing directly a mixture of HPMC drug and excipient in order to produce a dosage form whose release profile is similar to that of a single, large, non-disintegrating sustained release table. The mini-tablets have been shown to give a more reproducible gastric emptying profile in vivo than a large non-disintegrating tablet. This provides more consistent bioavailability profiles. The mini-matric tablets are preferably contained in a quick dissolving capsule for administration. The capsule may preferably contain between ten and twenty mini-tablets but more or less could be used.

In a first embodiment of the present invention the release of a cationic drug (to include a wide variety of drug substances that are weak bases) from HPMC matrices is retarded by the use of an anionic surface active agent in the form of sodium lauryl sulphate. Retardation increases with increasing the amount of surfactant added. Other similar surfactants would be expected to have a similar retarding effect. This retardation effect is used to provide similar release profiles for the drug when administered as the mini-matrix as would be obtained from the conventional single unit matrix system. In the first embodiment the formular for the mini-tablet mix is as follows:

| Methocel K100M HPMC | 70% |
| chlorpheniramine maleate | 15% |
| sodium lauryl sulphate | x% |
| lactose B.P. | to 100% |

in which x has values of 5, 10, 15, %. The retardation effects can be seen in Figure 1.

The tablet diameter was approximately 5 mm, tablet weight about 50 mg, compaction pressure about 170 MNm$^{-2}$, particle size of powders 127—180 micron size fraction. USP rotating peddle method was used, 5 cells. 900 ml of phosphate buffer at pH 7.0, 37 degrees, 4 tablets per cell, analysis by u.v. absorbance at 264.5 nm. A tablet size of 2 mm may be used with sixteen tablets per capsule. If percentage released is plotted against root time (for 0—240 mins) a straight line is obtained with a gradient K. A plot of K against molar surfactant added produces a straight line.

The retarding abilities of the alkyl sulphate surfactants on the release of chlorpheniramine from HPMC matrices is dependent on the number of moles of surfactant present and independent of the chain length of the surfactant. Repeating the above experiments for other alkyl sulphates (sodium hexyl sulphate, sodium octadecyl sulphate) and plotting the K value against moles of alkyl sulphate per tablet produces a straight line as shown in Figure 2. There is no significant difference between the lines for the homologues used.

The retarding ability of sodium lauryl sulphate on chlorpheniramine release is greater than K100M is used (Figure 3). Therefore it appears that the viscosity of the HPMC is important when surfactants are used to retard drug release. The release of chlorpheniramine has been retarded by the use of an anionic carboxylate surfactant (sodium laurate). The retarding effect is dependent upon the amount of carboxylate added (Figure 4). The method of making the mini-tablets and dissolution testing was as above except that the surfactant was different. Sodium laurate did not have as great an effect as sodium lauryl sulphate indicating that the head group of the surfactant is important in retarding release.

In a second embodiment of the present invention the release of an anionic drug (to include many drugs that are weak acids) such as sodium salicylate BP is retarded by the use of a cationic surface active agent such as hexadecyltrimethylammonium bromide (HDTMAB). Mini-tablets were made according to the following formula:

| Methocel K100M | 70% |
| Sodium salicylate | 15% |
| HDTMAB | 15% |

The physical characteristics of the tablets and their production was as with reference to Figure 1 except that 296.0 nm was used as the analysis wavelength (Figure 5).

The release of sodium salicylate and penicillin V B.P. is retarded using the cationic surfactant cetyl-pyridinium bromide. The formula for the mini-tablet was as follows:

| Methocel K100M | 70% |
| Sodium salicylate or Penicillin V | 15% |
| Cetylpyridinium bromide | 15% |

The analysis wavelength for penicillin V was 275.5 nm (Figures 6 and 7).

The release of chlorpheniramine from HPMC mini-matrices retarded by the use of the cationic exchange resin Amberlite IR 120. Release rates are highly dependent upon the quantity of resin incorporated. A preferred formula used was:

| Methocel K100M | 70% |
| Chlorpheniramine maleate | 15% |
| Amberlite IR 120 | x% |
| lactose B.P. | to 100% |

The quantity for resin used was 2, 5, 10 and 15% (Figure 8).

The release of Penicillin V from K100M matrices has been retarded by the use of Dowex 2-XB anionic exchange resin. Release rates are highly dependent upon the amount of resin used. A preferred formula used was:

| Methocel K100M | 70% |
| Penicillin V B.P. | 15% |
| lactose B.P. | to 100% |

The quantity of resin used was 2, 5, 10, and 15% (Figure 9).

The release profile of chlorpheniramine from K100M matrices has been altered by the presence of sodium carboxymethyl cellulose. A preferred formula used for the mini-tablet was:

| Methocel K100M | 42.5% |
| chlorpheniramine maleate | 15% |
| sodium CMC | 42.5% |

release curves are shown in Figure 10.

Other polymeric materials having positive and negative charged groups should also be effective in retarding the release of drugs that are weak acids and weak bases. Materials employed in the food industry should be suitable, for example xanthan gum.

In all the above cases the charge interaction of the drug with the excipient appears to be the major factor in reducing the release rate of the drug. Sodium octyl sulphate has been found to complex with chlorpheniramine maleate to form a 1:1 complex with a solubility product of $2.58 \times 10^{-5}$ mol 2 1—2 (Figures 11 and 12). Such a complex is less likely to release from the matrix quickly because of its lower solubility.

In a practical test a dosage form containing 16 controlled release HPMC mini-matrices within a hard gelatin capsule were administered to each of 4 human volunteers and their gastrointestinal transit followed using the technique of gamma scintigraphy. When taken after a light breakfast (cornflakes with milk, two slices of toast with butter and a cup of tea) the tablets emptied gradually after an initial lag period. The tablets appeared to spread within the small intestine and as such behaved more as a pellet system than a large non-disintegrating tablet (Figure 13 and Figure 14). The more predictable gastrointestinal transit and the

spreading of the tablets in the small intestine should lead to a more predictable drug absorption profile than would be expected from a conventional single unit matrix system.

The tablet diameter was 3.1 mm and the tablet weight 16 mg. The number of tablets per capsule was sixteen in a capsule size 0.

In more detail radiolabelled mini-matrices were prepared by blending 15% w/w of Indium-111 labelled Amberlite IR 120 resin (BDH Chemicals) with 85% w/w of Methocel K100M grade HPMC (Colorcon) and then directly compressing the mix on a Manestry F3 single punch tablet machine. The tablets had a mean diameter of 3.1 mm and a mean weight of 16 mg.

The *in vitro* dissolution rate of the Indium-111 labelled resin was measured using the USP rotating basket method at 100 rpm. A phosphate buffer (pH 7.0) of constant and low ionic strength was used as the dissolution medium. At each sampling interval the tablets were removed carefully from their baskets and assayed using a Spectro Type 5350 radioactivity counter (ESI Nuclear).

The practical test involved four healthy, non-smoking, male volunteers (age 19—24, weight 60 kg—95 kg, height 1.70 m—1.78 m) who were not taking medication, had abstained from alcohol for 24 hours and had fasted overnight. Two of the volunteers were given a light breakfast (cereals with milk, two slices of toast with butter and a cup of tea) immediately before the study; the other two volunteers remained fasted. Each subject ingested sixteen Indium-111 labelled mini-matrices (either individually or contained with a hard gelatin capsule) and also 200 ml of a Technetium—99 m diethylenetriaminepenta-acetic acid labelled drink.

An external anatomical marker radiolabelled with Technetium—99 m was taped on each subject, anteriorly over the right lobe of the liver. Imaging was undertaken with the subjects standing, using a General Electric Maxicamera Type II having a 40 cm diameter field of view, fitted with a medium energy parallel hole collimator and linked to a Nodecrest computer. For each image obtained a region of interest was drawn around the position of the stomach and the activity count in this region was noted. The count was corrected for background, scatter down (the scatter of the Indium—111 into the energy window of the Technetium—99 m) and then radioactive decay. The geometric mean of anterior and posterior counts was used to give a result independent of the depth of the source. The corrected counts were plotted as a percentage of the initial count against time.

A crossover study was carried out seven days later such that those subjects given breakfast originally were fasted and vice versa.

The *in vitro* dissolution of the radiolabelled tablets showed that 63% of the Indium—111 was still within the tablets after five hours. It therefore appears reasonable to assume that the Indium—111 images relate to the position of the mini-matrices *in vivo*.

The gastric emptying profiles for subjects given breakfast are shown (Figure 13). The Technetium—99 m labelled liquid emptied exponentially with a

mean T50% (time for 50% to empty from the
stomach) of 70 minutes (SD 20 minutes). The
mini-matrices emptied linearly after an initial lag
phase of 90 minutes and with a T50% of 140
5  minutes (SD 35 minutes).

Figure 14 shows the mini-matrices emptying
gradually from the stomach of a fed volunteer. The
tablets appear to spread within the small intestine
and then regroup once they enter the large intestine
10  at about eight hours after ingestion.

In fasted volunteers (Figure 15) emptying
occurred very quickly for both liquid and tablets. No
lag phase was observed and the tablets emptied
more as a bolus. Gastric emptying was virtually
15  complete by 75 minutes. The interdigestive
myoelectric complex ("housekeeper effect") may be
the reason for this sudden bolus emptying of the
tablets. When digestion is complete the motility
pattern of the intestine changes from a fed mode to
20  a fasting mode. During the fasting mode large,
sweeping, peristaltic waves remove all undigested
material from the stomach down through the small
intestine. This type of motility pattern should be
present in all of the fasted subjects provided that the
25  dosage forms were not sufficient to promote a
digestive pattern.

Small intestinal transit times were also calculated
by subtracting the time for 90% of the tablets to
empty from the stomach from the time for 90% to
30  reach the ascending colon. There was no significant
difference in transit times between fed subjects
(mean 220 minutes, SD 75 minutes) and fasted
subjects (mean 300 minutes, SD 70 minutes).

It may be concluded therefore that the transit of a
35  small number of mini-matrices through the GI tract
is more predictable than that reported for single
large, non-disintegrating tablets. When taken after
food, the mini-matrices empty gradually, spread in
the small intestine and regroup in the colon. Transit
40  times through the small intestine are independent of
the food content of the stomach.

CLAIMS
1. A sustained release medicament comprising a
multiparticulate delivery system designed for
45  administration to a biosystem, characterised in that
the particles of the system include

Component A)  an ionically charged bioactive
ingredient or salt or ester of same,
Component B)  a release-sustaining and binding
50              medium selected from natural and
synthetic polymers having
anhydroglucose-based units in
their backbone; and

Component C)  an ionic substance having a charge
55              opposite that of component A, or a
salt or ester of said substance,

wherein the ratio of Components A, B and C is
selected so as to reduce the rate of release of
Component A to the biosystem from the particles of
60  the delivery system when compared to the rate of
release of Component A from a single tablet
comprising the same amounts of Components A
and B without Components C.

2. A sustained release medicament as claimed in
65  Claim 1 characterised in that Component A is
selected for administration due to its bioactivity in
warm blooded animals.

3. A sustained release medicament as claimed in
Claim 1 or Claim 2 characterised in that Component
70  C is selected from the group of polymeric materials
of sufficiently high molecular weight or insolubility
as to be inert with respect to the biosystem to which
it is designed to be administered.

4. A sustained release medicament as claimed in
75  any one of Claims 1 to 3 characterised in that
Component C is preferably selected from finely
comminuted particles of cross-linked ion exchange
resins.

5. A sustained release medicament as claimed in
80  any one of Claims 1 to 4 characterised in that
Component B is selected from alkyl cellulose ethers.

6. A sustained release medicament as claimed in
any one of Claims 1 to 4 characterised in that
Component B is selected from hydroxyalkyl
85  alkylcellulose ethers or from methylcellulose ethers.

7. A sustained release medicament as claimed in
any one of Claims 1 to 4 characterised in that
Component B is selected from hydroxypropyl-
methylcellulose ethers.

90  8. A sustained release medicament as claimed in
any one of Claims 1 to 7 characterised in that the
delivery system is contained in a gelatin or other
rapidly dissolving capsule.

9. A process for making a sustained release
95  medicament including a multiparticulate delivery
system characterised by mixing Components A, B &
C as hereinbefore claimed to form a substantially
homogeneous mixture,
forming a plurality of individual small tablets by a
100  process of compression,
placing a plurality of said small tablets in a
suitable container for oral application.

10. A sustained release medicament substantially
as described with reference to the accompanying
105  drawings.

11. A process for making a sustained release
medicament substantially as described with
reference to the accompanying drawings.

Printed for Her Majesty's Stationery Office by Courier Press, Leamington Spa. 1/1987. Demand No. 8817366.
Published by the Patent Office, 25 Southampton Buildings, London, WC2A 1AY, from which copies may be obtained.

EXHIBIT 16

**PCT**

WORLD INTELLECTUAL PROPERTY ORGANIZATION
International Bureau



INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

| (51) International Patent Classification⁵ : | | (11) International Publication Number: | WO 92/04013 |
|---|---|---|---|
| A61K 9/48, 9/20 | A1 | (43) International Publication Date: | 19 March 1992 (19.03.92) |

(21) International Application Number: PCT/EP91/01562

(22) International Filing Date: 15 August 1991 (15.08.91)

(30) Priority data:
21338A/90  30 August 1990 (30.08.90)  IT

(71) Applicant *(for all designated States except US)*: EURAND INTERNATIONAL SPA [IT/IT]; Via M de Vizzi, 60, I-20092 Cinisello Balsamo (IT).

(72) Inventors; and
(75) Inventors/Applicants *(for US only)* : BONGIOVANNI, Giovanni [IT/IT]; Via F Brunelleschi, 9, I-20046 Biassono (IT). CALANCHI, Massimo, Maria [IT/IT]; Via Catalafimi, 12, I-20052 Monza (IT). MARCONI, Marco, Giuseppe, Raffaele [IT/IT]; Via Aurora, 6, I-20092 Cinisello Balsamo (IT).

(74) Agents: PORTER, G., R. et al.; Wyeth Laboratories, Huntercombe Lane South, Taplow, Nr Maidenhead, Berkshire SL6 0PH (GB).

(81) Designated States: AT (European patent), AU, BE (European patent), CA, CH (European patent), DE (European patent), DK (European patent), ES (European patent), FR (European patent), GB (European patent), GR (European patent), IT (European patent), JP, KR, LU (European patent), NL (European patent), SE (European patent), SU⁺,US.

Published
*With international search report.*

(54) Title: MULTIPARTICULATE SUSTAINED RELEASE MATRIX SYSTEM

(57) Abstract

The present invention relates to an oral dosage system of pharmacologically active substances consisting of different small tablets, each having a prolonged and controlled release, filled into hard gelatin capsules. Specifically the small tablets have a hydrophilic matrix made of xanthan gum, alone or mixed with other hydrophilic polymers, by which the slow release of the drug along the gastro-intestinal tract is obtained.

+ See back of page

**+ DESIGNATIONS OF "SU"**

Any designation of "SU" has effect in the Russian Federation. It is not yet known whether any such designation has effect in other States of the former Soviet Union.

---

*FOR THE PURPOSES OF INFORMATION ONLY*

Codes used to identify States party to the PCT on the front pages of pamphlets publishing international applications under the PCT.

| | | | | | |
|---|---|---|---|---|---|
| AT | Austria | ES | Spain | MG | Madagascar |
| AU | Australia | FI | Finland | ML | Mali |
| BB | Barbados | FR | France | MN | Mongolia |
| BE | Belgium | GA | Gabon | MR | Mauritania |
| BF | Burkina Faso | GB | United Kingdom | MW | Malawi |
| BG | Bulgaria | GN | Guinea | NL | Netherlands |
| BJ | Benin | GR | Greece | NO | Norway |
| BR | Brazil | HU | Hungary | PL | Poland |
| CA | Canada | IT | Italy | RO | Romania |
| CF | Central African Republic | JP | Japan | SD | Sudan |
| CG | Congo | KP | Democratic People's Republic | SE | Sweden |
| CH | Switzerland | | of Korea | SN | Senegal |
| CI | Côte d'Ivoire | KR | Republic of Korea | SU+ | Soviet Union |
| CM | Cameroon | LI | Liechtenstein | TD | Chad |
| CS | Czechoslovakia | LK | Sri Lanka | TG | Togo |
| DE | Germany | LU | Luxembourg | US | United States of America |
| DK | Denmark | MC | Monaco | | |

WO 92/04013                                    PCT/EP91/01562

MULTIPARTICULATE SUSTAINED RELEASE MATRIX SYSTEM

The present invention relates to an oral dosage system
of pharmacologically active substances consisting of
different small tablets, each having a prolonged and
controlled release, filled into hard gelatin capsules.

5       Hydrophilic matrix tablets consist fundamentally of a
homogeneous mixture of the active medicament and one or
more polymers which dissolve slowly in water.

For Example:

US Patent No. 4,259,341 to Lowey, US Patent No.
10      3,870,790 to Lowey et al and US Patent No. 4,226,849 to
Schor and US Patent No 4,357,469 to Schor concern the
preparation of tablets with a hydrophilic matrix of
hydroxypropylmethylcellulose, alone or mixed with other
cellulose derivatives, which have undergone treatments,
15      that is forced dehydration, humidification, hydrolysis
aned oxidation.

US Patent No. 4,369,172 and No. 4,389,393 to Schor et
al which concern the use of one or more types and
well-defined quantities of hydroxypropylcellulose alone
20      or mixed with methylcellulose and/or sodium
carboxymethylcellulose.

US Patent No. 4,167,446 and No. 4,126,672 to Sheth et
al which concern the use of
hydroxypropylmethylcellulose for the preparation of
25      tablets and especially hydrophilic matrix capsules in
such a form that they float in the digestive juices of
the stomach.

– 2 –

The article entitled "A Review of Cellulose Ethers in
Hydrophylic Matrices for Oral Controlled-release Dosage
Forms" by D.A. Alderman, published in Int.J.Pharm.Tech
and Prod.Mfr., 5 (3) 1-9, 1984, describes extensively
5      the use of hydroxypropylmethylcellulose to prepare
controlled-release hydrophilic matrix and examines the
influence of various parameters characteristic of
hydroxypropylmethylcellulose, such as molecular weight,
degree of substitution; granulometric distribution,
10     hydration velocity, on the release of the active
medicament.

The EURO PCT Patent Application EP 261,213 (WO 87/5212)
(corresponding to Italian Patent application No. 19 675
A/86) discloses hydrophilic matrix tablets in which the
15     matrix consists of Xanthan Gum alone or in a mixtrue
(50% maximum) with hydrophilic cellulose polymers such
as            hydroxypropylmethylcellulose            and
hydroxypropylcellulose.

The advantage of these large matrix polymers is their
20     low cost, but they have various disadvantages since
they tend to adhere to the stomach and intestinal
walls, causing irritation of the mucosa and irregular
absorption of the active medicament.

These     disadvantages     are     overcome     by     the
25     multiparticulate form as spherules composed of active
medicament coated with a polymeric membrane which
delays     the     dissolution.     These     spherules     of
controlled-release medicament are filled into hard
gelatin capsules which, when ingested, dissolve to
30     release the tens and sometimes hundreds of spherules
which disperse along the gastro-intestinal tract, thus

- 3 -

avoiding a high local concentration of the active
medicament.

With this multiparticulate form the following
advantages are obtained: a more reproducible release;
5    an improved gastro-intestinal tolerance; a more uniform
concentration of the active medicament in the blood
without "peaks", which often cause negative side
effects, and therefore a greater acceptability for the
patient. However, the methods of producing the small
10   sustained-release spheres are very long and complex and
therefore expensive. In addition the dimensions of the
spherules are not equal, but since they are distributed
in a large range the release of single spherules, after
coating with the delaying membrane, will not be
15   homogeneous either.

These disadvantages can be overcome by preparing the
tablets with a matrix of small dimensions (also called
minitablets) to fill hard gelatin capsules, so
obtaining a multiparticulate form.

20   The production of small hydrophilic matrix tablets
however is not very easy and presents two main
problems. The first is due to the fact that the small
dimensions, the permeability and the solubility of the
polymers utilized for the hydrophilic matrix
25   preparation do not permit to delay sufficiently the
dissolution of the active medicament.

The second is due to the fact that the minitablets form
gelatinous layer and stick together on contact with the
gastro-intestinal juices. In fact when the gelatin
30   capsule is ingested and dissolves, the polymer

- 4 -

constituent of the minitablet matrix hydrates and forms
a gelatinous layer. The single units stick together
giving rise to a single mass which proceeds along the
gastro-intestinal tract like a single large tablet so
5      cancelling out the desired advantages of the
multiparticulate form.

G.B. Patent No 2,176,999 managed to get around the
first of these problems by the addition of an ionic
substance to the minitablet formulation, in addition to
10     the hydroxylalkylcellulose ethers, with a large
opposite to that of the active medicament, preferably
an ionic exchange resin, with the function of delaying
the release of the active medicament as specified in
the text of the patent and as known (see for example
15     European Patent Appln. 0294103 A of Muneo Nonomura et
al)..

The object of the present invention are small
hydrophilic matrix tablets which are not only
slow-releasing but also do not aggregate when hydrated.

20     In fact we have discovered, very surprisingly, that if
natural xanthan gum is used as the hydrophilic matrix,
minitablets with the above-mentioned characteristics
are obtained.

Once put in the capsule, these minitabs permit the
25     administration of an economical controlled-release
multiparticulate form and the units remain in single
entities along the gastro-intestinal tract.

According to the invention there is provided a

- 5 -

pharmaceutical dosage form comprising a hard gelatin
capsule containing a multiplicity of minitablets
providing prolonged and regular release of the active
ingredient, said tablets comprising one or more active
5       medicaments contained within a matrix which provides a
sustained release effect, the matrix consisting
essentially of xanthan gum or a mixture of xanthan gum
and one or more natural or synthetic polymers, which
hydrate and dissolve in water or gastric juices.

10      The present invention concerns the preparation of
controlled-release minitablets obtained by compression
of an active medicament, xanthan gum and possible other
inert excipients commonly utilized for the production
of tablets such as lubricants, fillers and flowing
15      agents.
We have found, very surprisingly, that if xanthan gum
is used as a hydrophilic matrix, the release of the
active medicament is slowed down. Moreover when the
polymer is hydrated giving rise to the formation of a
20      superficial gelatinous layer the single units do not
stick together therefore maintaining all the advantages
of multiparticulate form.

The xanthan gum is a natural polymer with a high
molecular    weight    or    more    specifically    a
25      biopolysaccharide,    fermentation    product    of    the
microorganism Xanthomonas campestris.   The structure,
the molecular weight, and the dissolution properties of
this polymer are constant and reproducible in strictly
controlled working conditions.

30      Xanthan gum is used in numerous fields including the
pharmaceutical, cosmetic and food industries.   In these

- 6 -

cases the thickening and stabilizing properties of
emulsions or suspensions given by xanthan gum in
solution are made use of.

With the present invention we found that it is possible
5       to make use of xanthan gum's properties also in solid
forms of medicament, using it for the preparation of
the hydrophilic matrix in which xanthan gum has a
retarding effect on the dissolution of the medicament.

The matrix can consist of xanthan gum only or as a
10      mixture of xanthan gum always being 50% or higher with
respect to the polymer.

The delaying matrix is mixed in suitable apparatus with
the desired active medicament or even medicaments to be
administered in a sustained-release formulation. Among
15      the active medicaments we cite as an illustrative, but
not     restrictive,     example     adrenergicamines
(ethylephrine,     phenylephrine,     phenylpropanolamine,
d-pseudoephendrin),     antispasmodics     (scopolamine, and
other     alkaloids     of     belladonna,     papaverine     and
20      derivatives),     antihistamines     (broncopheniramine,
chlorpheniramine,     diphenylpiraline,     dimenhydr(in)ate),
anorexics     (norpsuedoephedrin,     fentermine,
diethylpropion,     flenfuramine),     antiasthmatics
(theophylline,     salbutamol,     terbutaline),     antianginous
25      (isosorbide-5-mononitrate,     isosorbide     dinitrate,
pentaerythritol tetranitrate, nitroglycerin, nifedipin,
diltiazem),     anti-inflammatory     and     antipyretics
(indomethacin,     ibuprofen,     ketoprofen,     aspirin,
paracetamol,     phenacetin),     antiphypertensives
30      (nifedipin,     idralazin,     prazosin,     verapamil),
antidepressives (amitriptyline, lithium salts),

- 7 -

antitussive (destromethorphan, noscapine, codeine), gastroenteric (cimetidine, ranitidine, metoclopramide) antiarrhythmic (procainamide, lidocaine, flecainide, propafenone), analgesics (morphine), vitamins (ascorbic acid) and their salts used in the pharmaceutical field.

Apart from polymers and medicaments, inert excipients commonly used by experts in the art may be present in the formulation, in order to improve its characteristics.

For example in the preparation of minitablets, lubricants, inert excipients, etc. can be added to improve the flowability of the powder, the appearance, the precision of the dose.

The quantity of matrix used to delay the release of the active medicament can vary widely depending on whether the formulation consists only of active medicament and matrix or if there are other excipients present, in various quantities according to whether the active medicament is very or not very soluble and whether the dose is high or low.

The minitablets are produced using the usual tabletting machines as for example the Ronchi rotary type AM13 equipped with punches and matrices adapted in order to obtain minitablets with a diameter less than 4 mm and preferably between 2 - 2.5 mm.

The invention also includes a method for the preparation of a pharmaceutical dosage form which method comprises mixing an active medicament with xanthan gum or a mixture of xanthan gum and one or more

– 8 –

natural or synthetic polymers, which hydrate and
dissolve in water or gastro-intestinal juices, forming
the mixture into minitablets, filling the minitablets
into hard gelatin capsules so that each capsule
5       contains a multiplicity of minitablets, the xanthan gum
or xantham gum mixture providing a matrix from which in
use the active medicament has a prolonged and regular
release.

The following examples which serve to better illustrate
10      the invention must not be considered in any way as
restrictive of the scope of the present invention and
possible variations are obvious for experts in this
field.

EXAMPLE 1

15      A)   Preparation of the Mixture

Transfer the following raw materials, previously sieved
through a 0.5 mm sieve, in a stainless steel laboratory
cube mixer

ibuprofen            219.0g
20      xanthan gum           45.0g
cornstarch            12.0g
glyceryl behenate      4.5g
magnesium stearate     4.5g
mix for about 15 minutes.

25      B)   Preparation of the Minitablets

The mixture obtained from A) is compressed with a
tabletting machine, model Ronchi AM13 equipped with

- 9 -

punchers (diameter 2 mm, bending radius 3 mm) giving minitablets with an average weight of 9.2 mg and each containing 6 mg of ibuprofen.

C)    Preparation of the Final Pharmaceutical Form

5       Utilizing  hard  gelatin  capsules,  type  Coni  Snap Supro-A, 34 of the small tablets produced in B were introduced into each capsule with a suitable capsule filling machine.

Each capsule contains 200 mg of ibuprofen.

10      D)    Analysis

The minitablets were analysed with the rotating paddle method described in the current edition of the US Pharmacopoeia (USP) using 900 ml of artificial intestinal juice with pH 6.8 and a rotation speed of 50
15      rpm.

% Release

      -after 1 hour:  27.0
      -after 2 hours: 44.4
      -after 3 hours: 59.7
      -after 4 hours: 73.0
20      -after 5 hours: 85.1
      -after 6 hours: 94.5

EXAMPLE 2

A)    Preparation of the mixture

- 10 -

Transfer 2550 g of sodium diclofenac into a laboratory
blender and blend with 570 g of a solution of 15%
hydroxypropylcellulose in 95% alcohol.

5      Granulate the paste obtained through a 1200 µm mesh
screen and subsequently through 800 µm and 700 µm mesh
screens.

The granules are dried at about 40° C for 12-15 hours
in a circulating air oven and selected between 300 and
700 µm.

10     The following materials are transferred in a double
cone shaped laboratory mixer:

| | |
|---|---|
| granulated sodium diclofenac (300-700 µm) | 800.0g |
| xanthan gum | 1140.0g |
| silicon dioxide | 20.0g |
15 | magnesium stearate | 40.0g |

mix for about 15 minutes.

B)   Preparation of the Minitablets

The mixture obtained from A) is compressed with a
tabletting machine, model Ronchi AM13 equipped with
20     punchers (diameter 2mm, bending radius 3mm) giving
minitablets with an average weight of 7.7 mg and each
containing 2.9 mg of diclofenac.

C)   Preparation of the Final Pharmaceutical Form

Utilizing hard gelatin capsules, type Snap Fit size
25     1,35 of the small tablets produced in B were introduced
into each capsule with a suitable capsule filling
machine.

WO 92/04013                                    PCT/EP91/01562

- 11 -

Each capsule contains 100 mg of sodium diclofenac.

D)    Analysis

The minitablets were analysed with the rotating paddle
mthod described in the current edition of the US
Pharmacopoeia (USP) using 900 ml of artificial
intestinal juice with pH 6.8 and a rotation speed of
50 rpm.

% Release
        -after 1 hour:  30.2
        -after 2 hours: 52.9
        -after 3 hours: 65.1
        -after 4 hours: 72.6
        -after 6 hours: 99.0


EXAMPLE 3

A)    Preparation of the Mixture

Transfer the following raw materials, previously sieved
through a 0.5 mm sieve, in a stainless steel laboratory
cube mixer

        granulate theophylline (200-400 μm)    108.7g
        xanthan gum                             41.5g
        hydroxypropylmethylcellulose            44.5g
        silicone dioxide                         0.9g
        magnesium stearate                       1.4g
        Mix for about 15 minutes

B)    Preparation of the Minitablets

- 12 -

The mixture obtained from A) is compressed with a compressing machine, model Ronchi AM13 equipped with punchers (diameter 2 mm, bending radius 3 mm) giving minitabs with an average weight of 8.1 mg and each 5 containing 4.4 mg of theophylline.

C)   Preparation of the Final Pharmaceutical Form

Utilizing hard gelatin capsules, type Coni Snap Fit size 0,45 of the small tablets produced in B were introduced into each capsule with a suitable filling 10 machine.

Each capsule contains 200 mg of theophylline.

D)   Analysis

The minitablets were analyzed with the rotating paddle method described in the current edition of the US 15 Pharmacopoeia (USP) using 900 ml of artificial intestinal juice with pH 7.5 and a rotation speed of 50 rpm.

% Release
        -after 1 hour:  43.5
20      -after 2 hours: 68.9
        -after 3 hours: 99.0

The minitablets were analyzed as described above using 900ml of artificial gastric juice with pH 1.2

% Release
25      -after 1 hour:  53.9
        -after 2 hours: 77.7
        -after 4 hours: 100

– 13 –

## CLAIMS

1.    A pharmaceutical dosage form comprising a hard
gelatin   capsule   containing   a   multiplicity   of
minitablets providing prolonged and regular release of
the active ingredient, said tablets comprising one or
more active medicaments contained within a matrix which
provides   a   sustained   release   effect,   the   matrix
consisting essentially of xanthan gum or a mixture of
xanthan   gum   and   one   or   more   natural   or   synthetic
polymers,   which   hydrate   and   dissolve   in   water   or
gastric juices.

2.  A pharmaceutical dosage form as claimed in Claim 1,
wherein the matrix comprises at least 50% of xanthan
gum.

3.  A pharmaceutical dosage form as claimed in Claim 1
or Claim 2, wherein the matrix consists essentially of
xanthan gum and one or both of hydroxypropylcellulose
or hydroxypropylmethylcellulose .

4.  A pharmaceutical dosage form as claimed in any one
of the preceding Claims wherein the minitablets also
contain conventional inert excipients.

5.  A pharmaceutical dosage form as claimed in any one
of the preceding claims wherein the active medicament
is ibuprofen, theophylline or sodium diclofenac .

6.  A pharmaceutcal dosage form as claimed in any one
of the preceding Claims wherein the capsule contains
from 30 – 50 minitablets.

7.  A method for the preparation of a pharmaceutical

- 14 -

dosage form which method comprises mixing an active medicament with xanthan gum or a mixture of xanthan gum and one or more natural or synthetic polymers, which hydrate and dissolve in water or gastro-intestinal juices, forming the mixture into minitablets, filling the minitablets into hard gelatin capsules so that each capsule contains a multiplicity of minitablets, the xanthan gum or xantham gum mixture providing a matrix from which in use the active medicament has a prolonged and regular release.

8.    A method as claimed in Claim 7, wherein the dosage form is as claimed in any one of Claims 1 - 6.

9.    A pharmaceutical dosage form as claimed in Claim 1, substantially as hereinbefore described in any one of Examples 1 - 3.

# INTERNATIONAL SEARCH REPORT

International Application No   PCT/EP 91/01562

| I. CLASSIFICATION OF SUBJECT MATTER   (if several classification symbols apply, indicate all)[6] |
|---|
| According to International Patent Classification (IPC) or to both National Classification and IPC |
| Int.Cl.5     A 61 K   9/48     A 61 K   9/20 |

| II. FIELDS SEARCHED | |
|---|---|
| Minimum Documentation Searched[7] | |
| Classification System | Classification Symbols |
| Int.Cl.5 | A 61 K |
| Documentation Searched other than Minimum Documentation to the Extent that such Documents are Included in the Fields Searched[8] | |

| III. DOCUMENTS CONSIDERED TO BE RELEVANT[9] | | |
|---|---|---|
| Category[°] | Citation of Document,[11] with indication, where appropriate, of the relevant passages[12] | Relevant to Claim No.[13] |
| X | GB,A,2176999 (THE UNIVERSITY OF NOTTINGHAM) 14 January 1987, see claims 1,7-9; page 1, lines 58-108; page 2, lines 41-45; page 3, lines 32-37 (cited in the application) | 1,3,4,6 -9 |
| Y | --- | 2,5 |
| Y | EP,A,0234670 (THE BOOTS CO. PLC) 2 September 1987, see claims 1-3,7,9,15; page 15; example 1 ----- | 2,5 |

° Special categories of cited documents :[10]

"A" document defining the general state of the art which is not considered to be of particular relevance

"E" earlier document but published on or after the International filing date

"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)

"O" document referring to an oral disclosure, use, exhibition or other means

"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention

"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step

"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art.

"&" document member of the same patent family

| IV. CERTIFICATION | |
|---|---|
| Date of the Actual Completion of the International Search | Date of Mailing of this International Search Report |
| 17-10-1991 | 1 9 NOV 1991 |
| International Searching Authority | Signature of Authorized Officer |
| EUROPEAN PATENT OFFICE | Mme N. KUIPER |

Form PCT/ISA/210 (second sheet) (January 1985)

**ANNEX TO THE INTERNATIONAL SEARCH REPORT**
**ON INTERNATIONAL PATENT APPLICATION NO.**     EP 9101562
                                                  SA     50208

This annex lists the patent family members relating to the patent documents cited in the above-mentioned international search report.
The members are as contained in the European Patent Office EDP file on 06/11/91
The European Patent Office is in no way liable for these particulars which are merely given for the purpose of information.

| Patent document cited in search report | Publication date | Patent family member(s) | Publication date |
|---|---|---|---|
| GB-A- 2176999 | 14-01-87 | None | |
| EP-A- 0234670 | 02-09-87 | AU-B-    608208<br>AU-A-   6762587<br>JP-A-  62181227 | 28-03-91<br>23-07-87<br>08-08-87 |

# EXHIBIT 17

(19) Europäisches Patentamt

European Patent Office

Office européen des brevets

(11) Publication number: **0 221 732 A2**

(12) **EUROPEAN PATENT APPLICATION**

(21) Application number: 86308238.4

(22) Date of filing: 23.10.86

(51) Int. Cl.⁴: **A 61 K 9/22**
**A 61 K 31/19**

(30) Priority: 25.10.85 US 791282

(43) Date of publication of application:
13.05.87   Bulletin 87/20

(84) Designated Contracting States:
BE CH DE FR GB IT LI LU NL SE

(71) Applicant: ELI LILLY AND COMPANY
Lilly Corporate Center
Indianapolis Indiana 46285(US)

(72) Inventor: Oren, Peter Lloyd
33 Appletree Circle
Noblesville Indiana 46060(US)

(72) Inventor: Seidler, Werner Max Karl
1647 West 72nd Street
Indianapolis Indiana 46260(US)

(74) Representative: Tapping, Kenneth George et al,
Erl Wood Manor
Windlesham Surrey, GU20 6PH(GB)

(54) Sustained release tablets.

(57) The present invention provides sustained release tablets in unit dosage form comprising an active agent which has low aqueous solubility.

EP 0 221 732 A2

Croydon Printing Company Ltd.

0221732

X-6799                              -1-

## SUSTAINED RELEASE TABLETS

This invention relates to sustained release
tablets.

5          A variety of methods are known to formulate
pharmaceutical compositions to provide various release
patterns of the active agent from the composition.
However, research continues in an effort to develop
improved compositions capable of delivering pharma-
10     ceutical agents in a sustained and predictable manner.
Compositions containing active agents which
exhibit low aqueous solubility are difficult to formu-
late in such a manner so as to promote the uniform,
sustained release of the agent from the composition.
15    The present compositions provide excellent dissolution
of an active agent having low aqueous solubility from
a tablet composition wherein a large percentage of the
composition is the active agent itself.
The present invention relates to a sustained
20     release pharmaceutical formulation in tablet unit dosage
form which provides prolonged plasma levels of an active
agent and comprises about 60.0% to about 80.0% by weight
of the active agent, about 1.0% to about 15.0% by weight
of a pharmaceutically acceptable excipient, about 3.0%
25     to about 15.0% by weight of a disintegrant, about 2.0%
to about 10.0% by weight of a pharmaceutically acceptable
binder and about 0.5% to about 3.0% by weight of a
tablet lubricant.

0221732

X-6799                          -2-

Amounts and percentages are described in this
document as weight units unless otherwise stated.

The percent of the ingredients required in the
formulation of the invention, namely the active agent,
5    the excipient, the disintegrant, the binder and the
tablet lubricant, is calculated on a dry weight basis
without reference to any water or other components
present. Thus, these five components together consti-
tute 100 percent of the formulation for purposes of
10   calculating individual percentages. If additional
ingredients are present in the formation, then the
actual percentages for these five ingredients will
change accordingly but their relative concentrations to
each other will remain the same. If other ingredients
15   are present, the sum of all of the components consti-
tutes 100 percent of the formulation for purposes of
calculating individual percentages with the exception of
the film coating.

The term "unit dosage form", as employed in
20   the specification, refers to physically discrete units
suitable as unitary dosages for human subjects and other
mammals, each unit containing a predetermined quantity
of active material calculated to produce the desired
therapeutic effect, in association with the other
25   ingredients of the formulation disclosed herein.

The active agents employed herein exhibit
low aqueous solubility, i.e., a water solubility of less
than 1/100 (w/w) at 20°C. An active agent will be pres-
ent in the formulations of the invention at a concentra-
30   tion in the range of about 60.0% to about 80.0% by weight,

0221732

X-6799                               -3-

preferably from about 65.0% to about 75.0% by weight.
The active agents employed in the present formulations
are typically those of the class commonly referred to
as non-steroidal anti-inflammatories (NSAIDS). Many of
5    these agents are weakly acidic in nature and hence
typically exhibit relatively low aqueous solubility at
lower pH values. The preferred active agent of this
type is fenoprofen, and especially fenoprofen calcium.
However, a variety of agents may be employed in the
10   formulation and include the salicylate derivatives such
as aspirin and sodium salicylate; the pyrazolon deriv-
atives such as phenyl butazone, oxyphenbutazone and
apazone; indomethacin and sulindac; derivatives of
N-phenyl anthranilic acid such as mefenamic, meclo-
15   fenamic, flufenamic, tolfenamic and etofenamic acids;
tolmetin sodium; propionic acid derivatives such as
ibuprofen, naproxen, flurbiprofen and ketoprofen; and
related compounds. Additional examples of active agents
include that class of compounds which are acidic in
20   nature and which possess the solubility characteristics
described above.

        The formulations of the invention will also
contain from about 1.0% to about 15.0% by weight of a
pharmaceutically acceptable excipient, more preferably
25   in the range of about 5.0% to about 12.0% by weight.
These excipients should be water soluble (i.e., having
a water-solubility of from 1/1 to 1/500 (w/w), pre-
ferably 1/5 to 1/20 (w/w) at 20°C) and chemically inert
to the other ingredients. While the preferred excipient
30   is lactose, a variety of other known and commonly used

0221732

X-6799                    -4-

excipients may be used such as mannitol, glucose,
fructose, xylose, galactose, sucrose, maltose, xylitol,
sorbitol, as well as other pharmaceutically acceptable
monosaccharides and disaccharides.  Other suitable
5    excipients would include inorganic compounds such as
the chloride, sulfate and phosphate salts of potassium,
sodium and magnesium, as well as calcium, lactate,
gluconate and succinate salts.  The excipient aids uni-
form erosion of the tablet, and therefore acts, at least
10    to some extent, as an erosion agent.
        The present formulation will also contain a
disintegrant at a concentration in the range of about
3.0% to about 15.0% by weight, more preferably from
about 5.0% to about 9.0% by weight.  While a variety of
15    disintegrants may be used in the formulation, the pre-
ferred disintegrant is starch powder.  Other suitable
disintegrants include the modified starches, for exam-
ple, sodium carboxymethyl starch; cellulose derivatives
such as microcrystalline celluloses (Avicel PH 101),
20    or colloidal microcrystalline cellulose with carboxy-
methyl cellulose added as a dispersant (Avicel RC-591)
and cross linked types (Ac-Di-Sol), water soluble
cellulose derivatives such as methyl cellulose, sodium
carboxymethyl cellulose, and hydroxypropyl methyl
25    cellulose; aliginic acid, sodium alginate, clays,
cross-linked  polyvinylpyrrolidone, ion exchange resins
or other disintegrants which are well known to those
familar with pharmaceutical formulations.  These disin-
tegrants may be added to the formulation either in
30    the granulation step, known as intragranular disin-

0221732

X-6799                              -5-

tegrants, or after the granulation step but before the
compression step, which are known as extragranular
disintegrants.

    The formulations of the invention will also
5  contain a pharmaceutically acceptable binder. This
binder will be present at a concentration in the range
of about 2.0% to about 10.0% by weight, more preferably
from about 2.0% to about 6.0% by weight. The preferred
binders are pregelatinized starch and povidone. Other
10  pharmaceutically acceptable binders include sucrose,
lactose, gelatin, starch paste, acacia, tragacanth, and
other gums; cellulose derivatives such as methyl cellu-
lose, sodium carboxymethyl cellulose, hydroxypropyl
methyl cellulose, hydroxypropyl cellulose, and ethyl
15  cellulose; microcrystalline cellulose; polyethylene
glycols; corn syrup; or other binders known to those
familiar with pharmaceutical formulations.

    The present formulations will also contain a
tablet lubricant. The lubricant will be present in the
20  formulation at a concentration in the range of about
0.5% to about 3.0% by weight, preferably from about 1.0%
to about 2.0% by weight. The preferred lubricants are
stearic acid, in powder form, and magnesium stearate.
Other suitable tablet lubricants are calcium or zinc
25  stearate, hydrogenated vegetable oils, talc, polyethyl-
ene glycols, mineral oil or other pharmaceutically
acceptable die wall lubricants.

    The present formulations may also contain a
surface active agent at a concentration in the range of
30  about 0.1% to about 2.0% by weight, preferably from

0221732

about 0.2% to about 1.0% by weight, and its presence is
preferred. The preferred agent is sodium lauryl sul-
fate. However, other agents may also be employed such
as DSS (dioctyl sodium sulfosuccinate), triethanolamine,

5  polyoxyethylene sorbitan and poloxalkol derivatives,
quaternary ammonium salts or other pharmaceutically
acceptable surface active agents. Additionally, the
lubricants and surface active agents can be combined and
incorporated in the formulation as a single ingredient.

10  An additional disintegrant is preferably added
to the present formulation following granulation of the
formulation ingredients but prior to forming the tab-
lets. This extragranular disintegrant will be present
from about 0.1% to about 15% by weight, more preferably

15  from about 1.0% to about 5.0% by weight. The extra-
granular disintegrant may be chosen from those described
above, with the preferred extragranular disintegrant
being cellulose with sodium carboxymethylcellulose.

The present formulation may also contain a

20  hydrophobic retarding agent. This agent will be present
at a concentration in the range of about 0.1% to about
15.0% by weight, more preferably from about 2.0% to
about 8.0% by weight. Depending on the manufacturing
method employed (discussed infra), the inclusion of this

25  ingredient in the formulation may not be required to
yield the proper release pattern. Preferably, stearic
acid powder is used, but other suitable agents include
purified grades of beeswax; fatty acids; long chain
fatty alcohols, such as cetyl alcohol, myristyl alcohol,

30  and stearyl alcohol; glycerides such as glyceryl esters

of fatty acids like glyceryl monostearate, glyceryl
distearate, glyceryl esters of hydrogenated castor oil
and the like; oils such as mineral oil and the like, or
acetylated glycerides; ethyl cellulose, vegetable oil
5    derivatives, paraffin, carnauba wax, talc; and the
stearate salts such as calcium, magnesium, and zinc.

        If desired, other conventional tablet ingredi-
ents such as preservatives, stabilizers, glidants, and
FD&C colors may be included in the formulation.  These
10   ingredients may be included at a concentration of about
0.1% to about 2.0% by weight.  Acceptable glidants or
flow enhancers include such agents as colloidal silicon
dioxide and talc.  Coloring agents may be incorporated
into the formulation by various methods but a particu-
15   larly preferred procedure is the addition of appropriate
dye dispersions such Opaspray, marketed by Colorcon,
Inc., West Point, Pennsylvania, to the granulating
solution.

        The resulting tablets may be coated, if
20   desired, with one of many readily available coating
systems.  Coating the tablets serves to mask the taste
of the drug, make the tablet easier to swallow and, in
some cases, improve the appearance of the dosage form.
The tablets can be sugar coated according to procedures
25   well known in the art, or can be coated with any one of
numerous polymeric film coating agents frequently
employed by formulation chemists.  Representative
examples of such film coating agents include hydroxy-
propyl methyl cellulose, carboxymethylcellulose,
30   hydroxypropyl cellulose, methyl cellulose, ethyl cellu-

0221732

X-6799                              -8-

lose, acrylic resins, povidone, polyvinyl diethylamino-
acetate, cellulose acetate phthalate, polyvinyl acetate
phthalate, hydroxypropyl methyl cellulose phthalate,
acrylic latex emulsions, ethyl cellulose latex emulsions
5    or other commercially available preparations such as
Pharmacoat, manufactured by Shin-Etsu Chemical Co.,
Ltd., Ohtemachi, Chiyodaku Tokyo, Japan, and Opadry,
manufactured by Colorcon, Inc.
          The present formulations may be prepared by
10   procedures well known by formulation chemists.  However,
it has been determined that the granulator employed in
the manufacture of a formulation of the invention plays
an important role in the release rate which the final
formulation will have.  For example, when using a
15   granulator which imparts high energy to the formulation
by the rapid turning of the mixing blades, the granules
which are formed are typically spherical and more
compact, possessing lower porosity than those produced
by low energy granulators.  As such, formulations
20   prepared with a high energy granulator may require
increased amounts of excipient and disintegrant in order
to draw greater amounts of water into the formulation in
order to promote release of the active agent.  The
preferred high energy granulator is the Diosna mixer
25   available from Dierks and Sohne Maschinefabrik.  In
contrast, a low energy granulator may also be employed
to prepare the present compositions which typically
results in a formulation having a faster rate of release
as compared to a formulation prepared with a high energy
30   granulator.  As such, formulations prepared with a low

0221732

X-6799                        -9-

energy granulator will typically need less excipient and
disintegrant than may be otherwise employed, and may
require a hydrophobic retarding agent.  While a number
of low energy granulators may be employed, the preferred
5    low energy granulators are planetary mixers such as a
Pony mixer and especially a Hobart mixer.
        A particularly preferred formulation of the
invention is as follows:

10       Ingredient                    Percent by Weight


         fenoprofen calcium           about 67.0% to about 72.0%
         pharmaceutically             about 5.0% to about 12.0%
            acceptable excipient
15   disintegrant                     about 5.0% to about 9.0%
         pharmaceutically             about 2.0% to about 6.0%
            acceptable binder
         tablet lubricant             about 1.0% to about 2.0%
         surface active agent         about 0.2% to about 1.0%
20

        A more highly preferred formulation of the
present invention may be represented by the following:

0221732

X-6799                    -10-

| Ingredient | Percent by Weight |
|---|---|
| fenoprofen calcium | about 70.0% |
| lactose | about 10.0% |
| 5   starch powder | about 7.0% |
| cellulose with sodium carboxymethylcellulose | about 3.0% |
| pregelatinized starch | about 3.0% |
| povidone | about 3.0% |
| 10  stearic acid | about 1.0% |
| magnesium stearate | about 0.5% |
| sodium lauryl sulfate | about 0.25% |

     The formulations of the invention will have a
15   prolonged *in vitro* release rate.  The *in vitro* test used
to measure release rate of the active agent from a
formulation of the invention was as follows.  A solution
of 1000 ml of a 0.05M pH 4.5 monobasic potassium phos-
phate solution was placed in an apparatus capable of
20   agitation.  The apparatus contained a paddle and rotated
at a speed of 100 rpm.  The tablet formulation was
placed in the apparatus and dissolution was periodically
measured.
     The following Examples further illustrate the
25   formulations of the invention, and methods for their
preparation.  The Examples are not intended to be
limiting to the scope of the invention in any respect
and should not be so construed.
     Example 1 illustrates the preferred formula-
30   tion when prepared with a high energy granulator such as
a Diosna mixer.

0221732

X-6799                              -11-

## Example 1

Mixture A was prepared as follows:  A Diosna
mixer was charged with 17.5 kg of fenoprofen calcium,
5    2.64 kg of lactose, 1.75 kg of starch powder and 656 g
of pregelatinized starch through a No. 10 mesh screen.
The mixture was blended for five minutes using a low
speed mixer and low speed chopper settings.  While
continuing to mix as described above, 4373 ml of a 15%
10   w/v aqueous povidone solution was added slowly.  The
mixture was then agitated using a high speed mixer and
high speed chopper settings for three minutes.  During
this time, purified water was added to the mixture in a
quantity sufficient to produce a satisfactory granu-
15   lation.  The granulation was then wet sieved through a
No. 6 screen onto paper-lined trays.  The granulation
was dried at 110°F for 16 hours.  The dried granulation
was milled at 1400 rpm with a Fitz mill into a clean,
polyethylene lined drum yielding 22.32 kg of mixture A.
20   The mill employed a 2AA plate with knives forward.
A second mixture, hereinafter termed "mix-
ture B", was prepared as follows.  To a Diosna mixer was
added 26.25 kg of fenoprofen calcium, 3.965 kg of
lactose, 2.625 kg of starch powder and 984.5 g of
25   pregelatinized starch.  The mixture was blended for five
minutes using a low speed mixer and low speed chopper
settings.  While continuing to mix as described above,
6563 ml of a 15% w/v aqueous povidone solution con-
taining 495 g of Opaspray Butterscotch L-2701 (Manu-
30   factured by Colorcon, Inc.) was added slowly.  The

0221732

mixture was then agitated using a high speed mixer and
high speed chopper settings for three minutes.  During
this time, purified water was added in a quantity
sufficient to produce a satisfactory granulation.  The
5    wet granulation was sieved using a No. 6 screen onto
paper-lined trays.  The granulation was dried at 110°F
for 16 hours.

        A third mixture, mixture C, was prepared in
the same manner as mixture B.  After drying, this mix-
10   ture was combined with mixture B and milled at 1400 rpm
with a Fitz mill into a clean polyethylene lined drum
yielding 68.03 kg of mixture BC.  The mill employed
a 2AA plate with knives forward.

        A ribbon mixer was charged with 11.6 kg of
15   mixture A and 35.3 kg of mixture BC.  To this mixture
was added 1.5 kg of cellulose with sodium carboxymethyl-
cellulose-591 (Avicel RC-591, FMC Corporation) and 120 g
of sodium lauryl sulfate through a No. 30 mesh screen.
The mixture was blended for ten minutes.  To the mixture
20   was added 250 g of magnesium stearate and 500 g of
stearic acid powder through a No. 30 mesh screen.
Mixing was continued for an additional five minutes
after which the granulation was discharged into a clean
polyethylene lined drum, yielding 49.20 kg of material.
25   This was then compressed on a Manisty Express Tabletting
Machine using appropriate tooling.

        The resulting tablets were coated in a 48 inch
Accela Cota with an aqueous film coating mixture con-
sisting of hydroxypropyl methylcellulose 7% w/w, poly-
30   ethylene glycol 2% w/w, propylene glycol 3% w/w, and
benzyl alcohol 1% w/w.  The tablets were then placed on
paper-lined trays to dry.

0221732

X-6799                    -13-

The tablets prepared by the preceding method had the following per tablet unit formula:

| | weight (mg) | weight percent |
|---|---|---|
| fenoprofen calcium | 700.0 | 71.03 |
| lactose | 105.7 | 10.73 |
| starch powder | 70.0 | 7.10 |
| pregelatinezed starch | 26.25 | 2.66 |
| povidone | 26.25 | 2.66 |
| opaspray butterscotch | 9.9 | 1.00 |
| cellulose with sodium CMC-591 | 30.0 | 3.04 |
| sodium lauryl sulfate | 2.4 | 0.24 |
| magnesium stearate | 5.0 | 0.51 |
| stearic acid powder | 10.0 | 1.01 |
| clear film coat (theory) | 19.32 | |

The tablet had the following dissolution results when evaluated according to the procedure described above.

| Time (minutes) | percent dissolved |
|---|---|
| 60 | 7 |
| 120 | 17 |
| 240 | 33 |
| 360 | 48 |
| 480 | 60 |

5

10

15

20

25

0221732

### Bioavailability Study

The formulation of Example 1 was tested in a
multiple dose study designed to compare the bioavaila-
5   bility of this formulation with Nalfon 600 mg tablets on
successive days of psuedo-steady state treatment.  The
sustained release formulation of Example 1 was given as
two 600 mg tablets every twelve hours, while the immedi-
ate release Nalfon 600 mg tablets were given as 1 tablet
10  every six hours.  This was a cross-over clinical study
involving eighteen normal volunteers.  Plasma samples
were drawn on days five and six to determine blood
levels of fenoprofen.  The following abbreviations are
used in the Table:

15

AUC  –  Area under the plasma concentration curve
Cpss –  Mean Steady State plasma concentration (AUC
O-T/T)
Cmax –  Mean maximal plasma concentration
20  Cmin –  Mean minimal plasma concentration
Cmax-Cmin –  Mean plasma concentration
Tmax –  Mean time to maximal concentration

0221732

X-6799                          -15-

|  |  | Formulation | |
| --- | --- | --- | --- |
|  |  | Nalfon IR | Example 1 |
|  | Total daily dose | 2400 mg | 2400 mg |
| 5 | Dosing Interval | 6 hours | 12 hours |
|  | **Day 5 (96-102 hrs)** |  |  |
|  | AUC(0-12)mcg*hr/ml | 338.8+/-84.4 | 356.7+/-85.4 |
|  | Cpss(mcg/ml) | 28.23 | 29.73 |
| 10 | Cmax(mcg/ml) | 57.7+/-14.4 | 57.6+/-14.0 |
|  | Cmin(mcg/ml) | 9.45+/-3.76 | 8.37+/-4.28 |
|  | Cmax-Cmin | 48.25 | 49.23 |
|  | Tmax(hrs.) | 0.94+/-0.73 | 2.1+/-1.1 |
| 15 | **Day 6 (120-132 hrs)** |  |  |
|  | AUC(0-12)mcg*hr/ml | 354.8+/-76.9 | 353.0+/-83.1 |
|  | Cpss(mcg/ml) | 29.57 | 29.41 |
|  | Cmax(mcg/ml) | 61.38+/-16.65 | 61.4+/-14.6 |
|  | Cmin(mcg/ml) | 11.66+/-5.35 | 9.16+/-5.56 |
| 20 | Cmax-Cmin | 49.72 | 52.24 |
|  | Tmax(hrs.) | 1.05-/-0.94 | 2.4+/-1.7 |

The following Example illustrates the manufac-
ture of a formulation of the invention with a Hobart
25 mixer.

Example 2

Mixture A was prepared as follows. A Hobart
30 mixer was charged with 2.0 kg of fenoprofen calcium,
200 g of stearic acid powder, 100 g of lactose, 200 g of

0221732

X-6799                          -16-

starch powder, and 75 g of pregelatinized starch through
an appropriate screen. This mixture was blended throughly
and then granulated with 750 ml of a 10% w/v aqueous
povidone solution. Purified water was added in a
5    sufficient quantity to produce a satisfactory granula-
tion. Total granulating time was between five and ten
minutes. The wet granulation was placed through a No. 6
mesh screen onto paper-lined trays. The granulation was
then dried in a dryhouse at 40°C for 14 hours. The
10   dried granulations were placed through a No. 16 mesh
screen into an appropriate container.
     A second mixture, hereinafter termed "mix-
ture B", was prepared as follows. To a Hobart mixer was
added 2.0 kg of fenoprofen calcium, 200 g of stearic
15   acid powder, 100 g of lactose, 200 g of starch powder
and 75 g of pregelatinized starch. This mixture was
blended thoroughly and then granulated with 750 ml of a
10% w/v aqueous povidone solution containing 50 g of
Opaspray Gold L-2106 (Colorcon, Inc). Purified water
20   was added in a quantity sufficient to produce a satis-
factory granulation. Total granulating time was between
five and ten minutes. The wet granulation was placed
through a No. 6 screen onto paper-lined trays. The
granulation was dried in a dryhouse at 40°C for 14
25   hours. The granulation was then placed through a No. 16
mesh screen into an appropriate container.
     A V-blender was charged with 2.32 kg of
mixture A and 2.36 kg of mixture B. To this mixture was
added 125 g of lactose spray dried through a No. 30 mesh
30   screen. This mixture was blended for ten minutes and

0221732

X-6799                          -17-

37.5 g of magnesium stearate was added through a No. 30
mesh screen.  This was mixed for five minutes and then
discharged into an appropriate container.  The resulting
mixture was compressed on a Stokes F-Press tabletting
5    machine using appropriate tooling.

This particular formulation was not film
coated prior to *in vitro* or *in vivo* evaluation.

Per Tablet Unit Formula:

10

| | Weight (mg) | Weight percent |
|---|---|---|
| fenoprofen calcium | 700.0 | 72.25 |
| stearic acid powder | 70.0 | 7.23 |
| lactose | 35.0 | 3.61 |
| starch powder | 70.0 | 7.23 |
| pregelatinized starch | 26.3 | 2.71 |
| povidone | 26.3 | 2.71 |
| Opaspray Gold | 8.7 | 0.90 |
| lactose spray dried | 25.0 | 2.58 |
| magnesium stearate | 7.5 | 0.77 |

The dissolution of these tablets was evaluated
by the previously described method with the following
results.

25

| | | |
|---|---|---|
| 60 min | - | 6% dissolved |
| 120 min | - | 10% dissolved |
| 240 min | - | 17% dissolved |
| 360 min | - | 23% dissolved |

30

0221732

X-6799                          -18-

### Bioavailability Study

This formulation was administered in a single-dose crossover study designed to compare the absorption profile and bioavailability with Nalfon 600 mg tablets (Immediate Release). Twelve male subjects between the ages of 22 and 46 were employed. The formulations were given after an overnight fast by the subjects. The subjects fasted for two hours before they received a standard breakfast meal.

The result of this study are presented below:

| Formulation | AUC(0-24) (hrs.mcg/ml) | %STD | Cmax (mcg/ml) | Tmax (hrs.) |
|---|---|---|---|---|
| Example 2 | 158.16 +/-32.23 | 83.2% | 18.00 +/-5.55 | 6.29 +/-4.10 |
| Nalfon IR | 188.32 +/-30.39 | 100% | 39.15 +/-10.65 | 2.83 +/-2.59 |

### Example 3

Mixture A was prepared as follows. A Hobart mixer was charged with 800 g of fenoprofen calcium, 80 g of stearic acid powder, 40 g of lactose, 80 g of starch powder and 30 g of pregelatinized starch through an appropriate screen. This mixture was blended thoroughly and then granulated with 300 ml of 10% w/v aqueous povidone solution. Purified water was added in a sufficient quantity to produce a satisfactory granulation. Total granulating time was between five and ten minutes. The wet granulation was placed through a No. 6

0221732

mesh screen onto paper-lined trays. The granulation was
then dried at 40°C for 14 hours. The dried granulation
was placed through a No. 16 mesh screen into an appro-
priate container.

5          A second mixture, hereinafter termed "mix-
ture B", was prepared as follows. To a Hobart mixer was
added 2.4 kg of fenoprofen calcium, 240 g of stearic
acid powder, 120 g of lactose, 240 g of starch powder
and 90 g of pregelatinized starch through an appropriate

10   screen. This mixture was blended thoroughly and then
granulated with 900 ml of a 10% w/v aqueous povidone
solution containing 45 g of Opaspray Butterscotch L-2701
(Colorcon, Inc.). Purified water was added in a quan-
tity sufficient to produce a satisfactory granulation.

15   Total granulating time was between five and ten minutes.
The wet granulation was placed through a No. 6 screen
onto paper-lined trays. The granulation was dried in a
dryhouse at 40°C for 14 hours. The granulation was then
placed through a No. 16 screen into an appropriate

20   container.

A V-blender was charged with 928 g of mix-
ture A and 2822 g of mixture B. To this mixture was
added 100 g of cellulose with sodium CMC-591 (Avicel
RC 591) and 9.6 g of sodium lauryl sulfate through a

25   No. 30 mesh screen. This mixture was blended for ten
minutes after which 50 g of magnesium stearate was added
through a No. 30 mesh screen. The mixture was mixed for
five minutes and then discharged into an appropriate
container. The resulting mixture was then compressed on

30   a Stokes F-press tabletting machine using appropriate
tooling.

0221732

X-6799                    -20-

    These tablets were then film coated with an
aqueous film coating mixture, consisting of hydroxy-
propyl methylcellulose 7% w/w, polyethylene glycol 2%
w/w, propylene glycol 3% w/w, and benzyl alcohol 1% w/w
5   in a conventional coating pan.  The tablets were then
placed onto paper-lined trays to dry.

Per Tablet Unit Formula:

| | Weight (mg) | Weight percent |
|---|---|---|
| 10 | | |
| fenoprofen calcium | 700.0 | 71.63 |
| stearic acid powder | 70.0 | 7.16 |
| lactose | 35.0 | 3.58 |
| starch powder | 70.0 | 7.16 |
| 15 pregelatinized starch | 26.25 | 2.69 |
| povidone | 26.25 | 2.69 |
| Opaspray Butterscotch | 9.9 | 1.01 |
| cellulose with sodium CMC-591 | 25.0 | 2.56 |
| 20 sodium lauryl sulfate | 2.4 | 0.25 |
| magnesium stearate | 12.5 | 1.28 |
| clear film coat (theory) | 25.5 | |

    The dissolution of these tablets was tested by
25  the previously described method to provide the following
results.

                 60 min  -   6%
                120 min  -  12%
                240 min  -  25%
30              360 min  -  35%
                480 min  -  47%

0221732

X-6799                            -21-

## Bioavailability Study

The formulation of Example 3 was administered
in a single-dose crossover study designed to compare the
5    absorption profile and bioavailability of the formula-
tion with 2 X Nalfon 300 mg capsules (Immediate Re-
lease).  Twelve male subjects between the ages of 22 and
46 were employed.  The formulations were given after an
overnight fast by the subjects.  The subjects fasted for
10   two hours before they received a standard breakfast
meal.

The results of this study are presented below:

| Formulation | AUC(0-24) (hrs.mcg/ml) | %STD | Cmax (mcg/ml) | Tmax (hrs.) |
|---|---|---|---|---|
| Example 3 | 162.4 +/-51.9 | 89.8% | 15.3 +/-4.2 | 4.4 +/-2.5 |
| Nalfon IR | 178.3 +/-49.9 | 100% | 48.6 +/-6.8 | 1.1 +/-0.6 |

## Example 4

25

Mixture A was prepared as follows:  A Hobart
mixer was charged with 800 g of fenoprofen calcium,
120 g of lactose, 80 g of starch powder and 30 g of
pregelatinized starch through an appropriate screen.
30   This mixture was blended thoroughly and then granulated
with 300 ml of 10% w/v aqueous povidone solution.
Purified water was added in a sufficient quantity to
produce a satisfactory granulation.  Total granulating
time was between five and ten minutes.  The wet granu-

0221732

lation was placed through a No. 6 mesh screen and onto
paper-lined trays, and dried at 40°C for 10 hours.  The
dried granulation was placed through a No. 16 mesh
screen into an appropriate container.

5          A second mixture, hereinafter termed "mixture
B", was prepared as follows.  To a Hobart mixer was
added 2.4 kg of fenoprofen calcium, 360 g of lactose,
240 g of starch powder and 90 g of pregelatinized starch
through an appropriate screen.  This mixture was blended
10   thoroughly and then granulated with 900 ml of a 10% w/v
aqueous povidone solution containing 45 g of Opaspray
Butterscotch L-2701.  Purified water was added in a
quantity sufficient to produce a satisfactory granu-
lation.  Total granulating time was between five and ten
15   minutes.  The wet granulation was placed through a No. 6
screen onto paper-lined trays.  The granulation was
dried at 40°C for 10 hours.  The granulation was then
placed through a No. 16 screen into an appropriate
container.

20          A V-blender was charged with 928 g of mix-
ture A and 2822 g of mixture B.  To this mixture was
added 100 g of lactose spray dried through a No. 30 mesh
screen and 9.6 g of sodium lauryl sulfate.  This mixture
was blended for ten minutes after which 50 g of mag-
25   nesium stearate was added through a No. 30 mesh screen.
This mixture was mixed for five minutes and then dis-
charged into an appropriate container.  The resulting
mixture was then compressed on a Stokes F-press tab-
letting machine using appropriate tooling.

0221732

X-6799                          -23-

These tablets were then film coated with an aqueous film coating mixture, consisting of hydroxy-propyl methylcellulose 7% w/w, polyethylene glycol 2% w/w, propylene glycol 3% w/w, and benzyl alcohol 1% w/w
5   in a conventional coating pan. The tablets were then placed onto paper-lined trays to dry.

Per Tablet Unit Formula:

| 10 | | Weight (mg) | Weight percent |
|---|---|---|---|
| | fenoprofen calcium | 700.00 | 71.63 |
| | lactose | 105.00 | 10.74 |
| | starch powder | 70.00 | 7.16 |
| | pregelatinized starch | 26.25 | 2.69 |
| 15 | povidone | 26.25 | 2.69 |
| | Opaspray Butterscotch | 9.90 | 1.01 |
| | lactose spray dried | 25.00 | 2.56 |
| | sodium lauryl sulfate | 2.40 | 0.25 |
| | magnesium stearate | 12.50 | 1.28 |
| 20 | clear film coat (theory) | 25.50 | |

The dissolution of these tablets was evaluated by the previously described method with the following results.

25

| 60 min | - | 53% |
|---|---|---|
| 120 min | - | 76% |
| 240 min | - | 88% |
| 360 min | - | 91% |
| 30   480 min | - | 94% |

0221732

X-6799                          -24-

## Bioavailability Study

The formulation of Example 4 was administered in a single-dose crossover study designed to compare the absorption profile and bioavailability of the formulation with 2 X Nalfon 300 mg capsules (Immediate Release).  Twelve male subjects between the ages of 22 and 46 were employed.  The formulations were given after an overnight fast by the subjects, and two hours before the subjects received a standard breakfast meal.

The results of this study are presented below:

| Formulation | AUC(0-24) (hrs.mcg/ml) | %STD | Cmax (mcg/ml) | Tmax (hrs.) |
|---|---|---|---|---|
| Example 4 | 159.3 +/-57.1 | 87.8% | 16.0 +/-4.7 | 3.1 +/-2.1 |
| Nalfon IR | 178.3 +/-49.9 | 100% | 48.6 +/-6.8 | 1.1 +/-0.6 |

## Example 5

A Diosna P-25 mixer was charged with 4.8 kg of fenoprofen calcium, 240 g of stearic acid powder, 480 g of lactose, 480 g of starch powder and 180 g of pre-gelatinized starch through a No. 10 mesh screen.  This mixture was blended using the low speed mixer and low speed chopper settings for five minutes.  While continuing to mix as described above, 1500 ml of a 12% w/v aqueous povidone solution was added slowly.  The mixture was then agitated on the high speed chopper and high

0221732

X-6799                              -25-

speed mixer settings for three minutes.  During this
time, purified water was added in quantity sufficient to
make a satisfactory granulation.  The granulation was
then wet sieved through a No. 8 mesh screen onto paper-
5    lined trays.  These were dried in a dryhouse at 110°F
for 18 hours.  The dried granulation was then sieved
through a No. 16 mesh screen by hand into an appropriate
container.

A V-Blender was charged with 1391 g of this
10   granulation.  To this was added 112.5 g of cellulose
with sodium CMC-591 and 3.6 g of sodium lauryl sulfate
through a No. 30 mesh screen.  This mixture was blended
for ten to fifteen minutes after which 18.75 g of
magnesium stearate was added through a No. 30 mesh
15   screen.  This was mixed for five minutes and then
discharged into an appropriate container.  The resulting
mixture was compressed on a Stokes F-press tabletting
machine using appropriate tooling.

20   Per Tablet Unit Formula:

|  | Weight (mg) | Weight percent |
|---|---|---|
| fenoprofen calcium | 700.00 | 68.80 |
| stearic acid powder | 35.00 | 3.44 |
| lactose | 70.00 | 6.88 |
| starch powder | 70.00 | 6.88 |
| pregelatinized starch | 26.25 | 2.58 |
| povidone | 26.25 | 2.58 |
| cellulose with sodium CMC-591 | 75.00 | 7.37 |
| sodium lauryl sulfate | 2.40 | 0.24 |
| magnesium stearate | 12.50 | 1.23 |

0221732

X-6799                              -26-

## CLAIMS

1.  A sustained release pharmaceutical formu-
lation in tablet unit dosage form which provides pro-
longed plasma levels of an active agent and comprises
about 60.0% to about 80.0% by weight of the active agent,
about 1.0% to about 15.0% by weight of a pharmaceu-
tically acceptable excipient, about 3.0% to about 15.0%
by weight of a disintegrant, about 2.0% to about 10.0%
by weight of a pharmaceutically acceptable binder and
about 0.5% to about 3.0% by weight of a tablet lubri-
cant.

2.  A formulation of Claim 1 wherein the
active agent is fenoprofen calcium.

3.  A formulation of Claim 2 which contains
from about 0.1% to about 2.0% by weight of a surface
active agent.

# EXHIBIT 18



Remington's
Pharmaceutical
Sciences

Eighteenth Edition

Entered according to Act of Congress, in the year 1885 by Joseph P Remington,
in the Office of the Librarian of Congress, at Washington DC

Copyright 1889, 1894, 1905, 1907, 1917, by Joseph P Remington

Copyright 1926, 1936, by Joseph P Remington Estate

Copyright 1948, 1951, by The Philadelphia College of Pharmacy and Science

Copyright © 1956, 1960, 1965, 1970, 1975, 1980, 1985, 1990, by The Philadelphia College of
Pharmacy and Science


*All Rights Reserved*


Library of Congress Catalog Card No. 60-53334

ISBN 0-912734-04-3

*The use of structural formulas from USAN and the USP Dictionary of Drug Names is by
permission of The USP Convention. The Convention is not responsible for any inaccuracy
contained herein.*

*NOTICE—This text is not intended to represent, nor shall it be interpreted to be, the equivalent
of or a substitute for the official United States Pharmacopeia (USP) and/or the National
Formulary (NF). In the event of any difference or discrepancy between the current official
USP or NF standards of strength, quality, purity, packaging and labeling for drugs and
representations of them herein, the context and effect of the official compendia shall
prevail.*


*Printed in the United States of America by the Mack Printing Company, Easton, Pennsylvania*

# CHAPTER 89

# Oral Solid Dosage Forms

Edward Rudnic, PhD
Director, Formulation Development
Schering-Plough Research
Miami, FL 33169

Joseph D Schwartz, PhD
Vice Professor of Pharmaceutics
Philadelphia College of Pharmacy and Science
Philadelphia, PA 19104

Drug substances most frequently are administered orally by means of solid dosage forms such as tablets and capsules. Large-scale production methods used for their preparation, as described later in the chapter, require the presence of other materials in addition to the active ingredients. Additives also may be included in the formulations to enhance the physical appearance, improve stability and aid in disintegration after administration. These supposedly inert ingredients, as well as the production methods employed, have been shown in some cases to influence the release of the drug substances.[1] Therefore care must be taken in the selection and evaluation of additives and preparation methods to ensure that the physiological availability and therapeutic efficacy of the active ingredient will not be diminished.

In a limited number of cases it has been shown that the drug substance's solubility and other physical characteristics have influenced its physiological availability from a solid dosage form. These characteristics include its particle size, whether it is amorphous or crystalline, whether it is solvated or nonsolvated and its polymorphic form. After clinically effective formulations are obtained, variations among dosage units of a given batch, as well as batch-to-batch differences, are reduced to a minimum through proper in-process controls and good manufacturing practices. The recognition of the importance of validation both for equipment and processes has greatly enhanced assurance in the reproducibility of formulations. It is in these areas that significant progress has been made with the realization that large-scale production of a satisfactory tablet or capsule depends not only on the availability of a clinically effective formulation



Fig 89-1. Tablet press operators checking batch record in conformance with Current Good Manufacturing Practices (courtesy, Lilly).

but also on the raw materials, facilities, personnel, validated processes and equipment, packaging and the controls used during and after preparation. (Fig 89-1).

## Tablets

Tablets may be defined as solid pharmaceutical dosage forms containing drug substances with or without suitable diluents and prepared either by compression or molding methods. They have been in widespread use since the latter part of the 19th century and their popularity continues. The term compressed tablet is believed to have been used first by John Wyeth and Brother of Philadelphia. During this same period, molded tablets were introduced to be used as "hypodermic" tablets for the extemporaneous preparation of solutions for injection. Tablets remain popular as a dosage form because of the advantages afforded both to the manufacturer (eg, simplicity and economy of preparation, stability and convenience in packaging, shipping and dispensing) and the patient (eg, accuracy of dosage, compactness, portability, blandness of taste and ease of administration).

Although the basic mechanical approach for their manufacture has remained the same, tablet technology has undergone great improvement. Efforts are being made continually to understand more clearly the physical characteristics of tablet compression and the factors affecting the availability

of the drug substance from the dosage form after oral administration. Compression equipment continues to improve both as to production speed and the uniformity of tablets compressed. Recent advances in tablet technology have been reviewed.[8-13]

Although tablets frequently are more discoid in shape, they also may be round, oval, oblong, cylindrical or triangular. They may differ greatly in size and weight depending on the amount of drug substance present and the intended method of administration. They are divided into two general classes, whether they are made by compression or molding. Compressed tablets usually are prepared by large-scale production methods while molded tablets generally involve small-scale operations. The various tablet types and abbreviations used in referring to them are listed below.

### Compressed Tablets (CT)

These tablets are formed by compression and contain no special coating. They are made from powdered, crystalline or granular materials, alone or in combination with binders, disintegrants, lubricants, diluents and in many cases, colorants.

EXHIBIT 19



# THE NEW FOWLER'S
# MODERN
# ENGLISH USAGE

*First Edited by*
## H. W. Fowler

*Third Edition Edited by*
## R. W. Burchfield

COLLECTOR'S EDITION
*Bound In Genuine Leather*

*The Easton Press*
NORWALK, CONNECTICUT



Copyright © Oxford University Press 1965, 1996

Published with the permission of Oxford University Press by Easton Press
Norwalk, Connecticut

First edition 1926
Second edition 1965
Third edition 1996

Oxford is a registered trademark of Oxford University Press

All rights reserved. No part of this publication may be reproduced, stored in a retrieval
system, or transmitted, in any form or by any means, electronic, mechanical, photocopying,
recording, or otherwise, without the prior written permission of Oxford University Press.

This book is sold subject to the condition that it shall not, by way of trade or otherwise, be lent,
re-sold, hired out or otherwise circulated without the publisher's prior consent in any form of
binding or cover other than that in which it is published and without a similar condition
including this condition being imposed on the subsequent purchaser.

The cover and spine designs by Christopher Simon
are copyright © 2000 by Easton Press (MBI, Inc.),
Norwalk, Connecticut.

This book is printed on archival quality paper especially milled for this
edition. It is acid-neutral and conforms to all guidelines established for
permanence and durability by the Council of Library Resources and the
American National Standards Institute. ⊗™

Printed and bound in the United States of America.

## aggressor | agreement

people marketing or selling goods or services: *We are seeking an aggressive senior level manager with excellent business acumen*— ad. in *Times*, 1985; *Sales People, For an aggressive home improvement company. Experience not necessary as we prefer to train*—ad. in *Cambridge* (Mass.) *Chron.*, 1986.

**aggressor**, not *aggresser*.

**agitator**, not *agitater*.

**ago.** If *ago* is used, and the event to be dated is given by a clause, it must normally be one beginning with *that* or *when* and not *since*. The right forms are: *He died 20 years ago* (no clause); *it is 20 years since he died* (not *ago*); *it was 20 years ago that he died*; *That was years ago, when he was a young man*. The tautologous construction *it was 20 years ago since he died* should not be used.

**agree.** Alongside the commonest uses of the verb with a prepositional complement (*agree on, about, to, upon, with*), the OED records a transitive use ('to arrange, concert, or settle (a thing in which various interests are concerned)') which has played a part in the language since the 16c. (first recorded in 1523). Older examples, which seem to have caused no concern, can be consulted in the OED. In the 20c. a not dissimilar transitive use has become common but somewhat controversial in Britain but remains rare or non-existent in America. Examples: (an accountant's letter) *the tax inspector has agreed your allowances; The Russians have agreed a wide list of categories*—*Bookseller*, 1959; *the difficulty of agreeing a definition of mysticism*—*Listener*, 1963; *There is nothing unusual about agreeing the end but disputing the means*—*Times*, 1986.

**agreement** (in grammar).

1 Definition.
2 Normal concord.
3 Nouns joined by *and*.
4 Nouns joined by quasi-coordinators.
5 Collective nouns.
6 Indefinite pronouns.
7 Subject-complement agreement.
8 Attraction.
9 one of those who.
10 Titles.
11 Subjects.
12 Names of illnesses.

1 *Definition*. Also called (*grammatical*)

concord, it signifies 'formal agreement between words as parts of speech, expressing the relation of fact between things and their attributes or predicates' (OED). This formal agreement, as the OED says, 'consists in the words concerned being put in the same case, number, gender, and person, as far as the inflexional structure of the language provides for this, or as other considerations (in respect to gender and ·number) do not forbid it'.

2 *Normal concord*. In present-day English, agreement in number between subject and verb is overwhelmingly normal: *The climate was not brilliant* (in standard English one just cannot say *The climate were not brilliant*). This is true even if another phrase containing a noun in the plural intervenes: *The wooden platform between the pillars was green and rotten; a line of caravans lumbers northward*. If the subject is plural, the verb must also be plural: *The supplies were all laid out; the doorknobs gleam*.

Similarly, pronouns must agree in gender and number with their antecedents: *he had never been close enough to a girl to consider making her his wife; she adored her little Renault ... She drove it fast; Madeleine took charge of the guests, leading them through the hall.*

3 *Nouns joined by 'and'*. Two nouns joined by *and* normally form a plural subject and require a plural verb: *Unreason and inevitability go hand in hand; Historians and dramatists approach the truth by different routes. Except that a composite subject may be thought of as a single theme and then is followed by a singular verb: Tarring and feathering was too good for Meakin as far as I was concerned; A certain cynicism and resignation comes along with the poverty of Italian comedy; the usefulness and credibility of such an arms control agreement hinges on the reliability of seismic technology.* (Such constructions existed in OE and ME: examples are listed in Mitchell 1985 and Visser 1963.) Naturally there are borderline cases in which judgements will differ: *The Service, and the country, owes nothing much more than may be generally recognized* (remove the commas, *owe*): *The celebration and mirroring of this union ... is the marriage of Apollonian lyric and*

Dionysian music (influenced by lar complement).·The hurt an of patients' friends and familie quite real (hurt and disbelief no theme'); The extent and sever use in the United States has bee Dr ——, the medical director of Ly and severity not 'a single then

4 *Nouns joined by quasi*-Nouns joined by other linkin quasi-coordinators (e.g. *accol as well as, not to mention, to* etc.) are followed by a singl the first noun or noun phrase *A very profitable company suc Telecom, along with many othe in the UK, is not prepared to pay amount; Daddy had on the hairy with leather elbow patches whi with his pipe, was his trade·n when the linking words ar· *Every run-out or lbw is simila neither our morning nor our r the world's is* (T. S. Eliot, 193£

5 *Collective nouns*. The idea agreement affects this grou those deals with in 6 and collective nouns may be o lowed by either a singular verb: (sing.) *Each succeeding g gallery visitors finds it easier Cubist subject-matter; A group men, in denim overalls, was s to him; the Oxford Universit lishes many scholarly monogra* (pl.) *The jury retired at five mir o'clock to consider their verdic that the Ministry of Defenc side this time.*

In AmE it is customary f· verb to be used with collect· fleet of helicopters was flyi Yorker, 1986); the governmen poses differential taxes on h and the like (Bull. Amer. Acai 1987); the KGB uses black timidation (Chr. Sci. Monitor some collective nouns in Ar of the type 'a + noun noun', optionally govern a a couple of them rattle on a Yorker, 1986); a handful of bobbing about in the waves (i you think of the States as a the majority of all the sharel the hands of women (Dædalus and detailed picture of a wo

# EXHIBIT 20

*Cardiovascular Drug Reviews*
Vol. 15, No. 3, pp. 244–259
© 1997 Neva Press, Branford, Connecticut

# Diprafenone: A New Antiarrhythmic Drug Related to Propafenone

Rossen Koytchev

*Cooperative Clinical Drug Research and Development (CCDRD) GmbH, Berlin, Germany*

**Key Words:** Antiarrhythmics—Diprafenone—Propafenone—Review

## INTRODUCTION

After the results of the CAST trial were published in 1989 (42), the risks and benefits of antiarrhythmic therapy were reconsidered. The sales of class Ic antiarrhythmic drugs fell dramatically (by 75%) during the first year after CAST. The process of antiarrhythmic drug development, approval, and marketing before CAST was even regarded in some sensational publications as "America's worst drug disaster" (32). This claim was critically examined by Anderson et al. (1), who evaluated the annual coronary artery disease death rates in relation to antiarrhythmic drug sales for 1982 through 1991. The results of this analysis demonstrated no connection between the coronary artery disease death rates and the introduction, rise, and fall in class Ic drug sales.

Among the most surprising findings of the CAST trial were the very low total and sudden death rates over one year in the placebo group: 3.6% and 1.5%, respectively (37). Compared with other trials, the CAST placebo group behaved more like the lowest post-myocardial infarction risk group possible. It is difficult to believe that a controlled clinical study using the same endpoint would demonstrate the superiority of any antiarrhythmic drug to this particular type of placebo group. In the post-CAST period, β-blockers are regarded as the only class of agents that in controlled trials have been shown to reduce sudden death (40).

The results of the CAST trial have had major implications for the use and development strategies of new antiarrhythmic drugs. In recent years attention is centered on drugs like sotalol, which has considerable β-blocking activity. Propafenone, the first antiarrhythmic agent that combines sodium channel blocking activity with β-blocking properties, was introduced in the USA in 1988 and was not used in the CAST trial. The results of the clinical use of propafenone are encouraging (for review see ref. 4), which stimulated the development of its structural analogs with potential advantages.

---

Address correspondence and reprint requests to: Dr. R. Koytchev, CCDRD GmbH, Waldstraße 23-24, 13403 Berlin, Germany.

## CHEMISTRY AND PHARMACOLOGY

Diprafenone, (±)-2′-[2-hydroxy-3-(*tert.*-pentylamino)propoxy]-3-phenylpropiophenone, is closely related to propafenone (Fig. 1). Like propafenone, diprafenone exists as a racemate of S(−) and R(+) diprafenone. The general pharmacology of diprafenone was studied in several pharmacological models.

### Cardiac Effects

The Na⁺ channel-blocking activity of diprafenone was compared with that of propafenone and amiodarone in cell-attached patch-clamp experiments using cultured cardiocytes of neonatal rats (22). Pretreatment of the cardiocytes with amiodarone, propafenone or diprafenone (10 to 20 μM/l) led rapidly to a blockade and reduced the likelihood of membrane depolarization triggering the opening of Na⁺ channels. Apart from its blocking action, diprafenone exerted a modifying effect on the mean open time for the Na⁺ channel and reduced it by up to 45%, which might be indicative of a channel modification brought about by a facilitation of the transition from the open to the inactivated state. Although propafenone and diprafenone are structurally closely related, only diprafenone has this modifying effect, in addition to and independent of its channel blocking effect.

The effects of diprafenone and propafenone on transmembrane action potential were compared in papillary muscles and single myocytes isolated from guinea pig hearts (20). In papillary muscles, both diprafenone and propafenone ($\geq 10^{-6}$ M) caused a significant, dose-dependent decrease in the maximum upstroke velocity of the action potential. The overall findings of the experiment suggest that diprafenone, like propafenone, may block the Na⁺ channel during both the activated and inactivated states. Some differences were also observed between both drugs: the relative contribution of inactivation block seemed to be less important for diprafenone.



**FIG. 1.** Chemical structure of diprafenone and propafenone.

The potency of S(−) and R(+) diprafenone in depressing the $V_{max}$ of $Na^+$-dependent action potentials and in blocking single cardiac $Na^+$ channels was analyzed in microelectrode experiments with guinea pig papillary muscles and in patch-clamp experiments with diphenylpiperazinylindole derivative (DPI 201-106)-modified $Na^+$ channels (38) using neonatal cardiocytes (22). Kinetic analysis of the blocking action revealed a $K_D$ value of $6.3 \times 10^{-5}$ M for the S(−) enantiomer and $7.1 \times 10^{-5}$ M for the R(+) enantiomer. The authors proposed the existence of stereoselective reaction kinetics in blocking modified $Na^+$ channels.

The β-adrenoreceptor blocking activity of diprafenone was compared with that of propafenone and propranolol in anesthetized dogs (9). Propranolol was two to seven times more potent as a β-blocking agent than diprafenone, which in turn was six times more potent than propafenone (Fig. 2). The equilibrium dissociation constants for displacement of dihydroalprenolol by racemic propranolol, diprafenone, and propafenone were 2.7, 14.3, and 252 nM, respectively.

Nanoff and Schütz (33) demonstrated in rats that diprafenone interacts stereoselectively with β-adrenoreceptors, the S(−)-enantiomer being more potent. In the same time, great fluctuations in diprafenone plasma levels caused by its rapid metabolism, prevented β-adrenoreceptor upregulation.

Groschner et al. (11) compared the effects of the stereoisomers of propafenone and diprafenone in guinea pig hearts. The β-adrenoreceptor affinities of diprafenone enantiomers exceeded those of corresponding propafenone enantiomers by one order of magnitude (Fig. 3). The displacement of a [$^3$H]-marked β-adrenoreceptor antagonist by both antiarrhythmics was highly stereoselective, in that the S(−)-enantiomers were 40 to 60-fold more potent than the R(+)-enantiomers. Both propafenone and diprafenone antagonized the positive inotropic action of isoproterenol in isolated atria. For both drugs, the S(−)-enantiomer was considerably more potent than the R(+)-enantiomer.

Thale et al. (41) studied the effect of diprafenone in acute experimental myocardial ischemia and infarction in mongrel dogs with temporary or permanent coronary occlusion. Conduction delay in the ischemic area increased significantly following pretreatment with diprafenone. During acute coronary occlusion diprafenone diminished the incidence of ventricular fibrillation. In some cases, however, it enhanced the incidence of ventricular arrhythmias. In manifesting predominantly antifibrillatory without strong antiarrhythmic effects, diprafenone closely resembles β-blockers (31).

The electrophysiological and hemodynamic effects of diprafenone were studied by Gülker et al. (12,13) in both animals and humans. Diprafenone produced a dose-dependent prolongation of conduction in all parts of the cardiac conduction system. At 0.8 mg/kg, diprafenone was considerably more effective than propafenone at the same dose. Diprafenone at this dose increased AH-time by 18 ms, HV-time by 5 ms, ventricular refractory period by 55 ms, and decreased heart rate by 12 beats per min. After propafenone, the respective changes were 9 ms in AH-time, 2 ms in HV-time, and 18 ms in the ventricular refractory period; there was no decrease in heart rate.

Hasfeld et al. (15) performed a sonographic determination of the enddiastolic (EDD) and endsystolic (ESD) cardiac diameters, the fractional shortening (FS) and the mean circumferential speed of fiber shortening ($VCF_{mean}$) at the mitral and papillary muscle level after a cumulative intravenous (i.v.) dose of diprafenone, 1.5 mg/kg body weight. Significant ($p < 0.05$) decrease was observed in FS (from 37.2 to 33.0 mm) and $VCF_{mean}$







μg/kg of isoproterenol, i.v.

FIG. 2. Effect of intravenous administration of propranolol (upper graph), propafenone (middle graph) and diprafenone (lower graph) on heart rate response to isoproterenol. From ref. 9.

248                              R. KOYTCHEV



—⊖— S-enantiomer          —○— R-enantiomer

FIG. 3. Inhibition of specific β-adrenoreceptor antagonist binding to guinea pig myocardial membranes by the stereoisomers of propafenone (above) and diprafenone (below). From ref. 11.

(from 1.24 to 1.06 mm). ESD increased significantly at the mitral level (from 38.5 to 40.7 mm). In addition, significant prolongations of PQ (from 185 to 210 ms) and QRS (from 86 to 100 ms) were observed in the electrocardiogram.

Thormann et al. (43) performed a study in patients without arrhythmia during routine diagnostic catheterization with the aim of evaluating the cardiodepressive risks of anti-arrhythmic treatment with diprafenone. In addition to conventional hemodynamic parameters, endsystolic pressure-volume relations were monitored to assess potential negative

inotropic effects. Thirteen patients underwent hemodynamic analysis at rest (paced heart rate of 90 beats/min) and during tachycardia (paced heart rate of 160 beats/min). Diprafenone depressed left ventricular function during tachycardia: ejection fraction fell by 25% and stroke work by 19%, while enddiastolic pressure and systemic vascular resistance increased by 28% and 34%, respectively. The authors concluded that, because of the negative inotropic effect and depressed left ventricular function, diprafenone should not be used as an antiarrhythmic agent in patients with advanced cardiac failure.

### Extracardiac Effects

Greenberg and Luisi (10) compared the effects of diprafenone and its 5-hydroxy-metabolite to that of propafenone, flecainide, or lidocaine on nonvascular smooth muscles. At a concentration of $10^{-4}$ M, diprafenone, flecainide, or 5-hydroxydiprafenone (5-OHDP) inhibited the contractile responses of nonvascular smooth muscle (guinea pig was deferens and uterus) to norepinephrine or bradykinin. Diprafenone or 5-OHDP, but not flecainide, relaxed rabbit bronchial smooth muscle contracted by acetylcholine. Diprafenone, 5-OHDP, or propafenone ($10^{-5}$ M and $10^{-4}$ M) also depressed the contractile responses of canine mesenteric arteries to transmural nerve stimulation.

Neuromuscular transmission in rabbit gastrocnemius muscle was partially (38%) inhibited after administration of diprafenone 3 mg/kg or propafenone 7 mg/kg. Diprafenone or propafenone decreased blood pressure and heart rate in anesthetized rabbits at 3 and 7 mg/kg i.v., respectively. The results of the study demonstrate that diprafenone, and to a lesser extent 5-OHDP, depressed cardiovascular function, neuromuscular, and adrenergic neural transmission as well as smooth muscle function at doses or concentrations which exceeded the therapeutic plasma level of $2.5–3.2 \times 10^{-6}$ M. The authors concluded that it is highly unlikely that clinically effective antiarrhythmic doses of diprafenone will affect autonomic or cardiovascular function in humans. Diprafenone is more than twice as potent as propafenone as an antiarrhythmic agent in humans, and an improvement over the side effect profile of propafenone might be expected.

### PHARMACOKINETICS

The pharmacokinetics profile of diprafenone is complex and resembles that of propafenone (8) in that it is nonlinear, saturable, stereoselective, and dependent on debrisoquin metabolizer phenotype.

Diprafenone is rapidly absorbed after oral (p.o.) administration. A study with [$^3$H]-diprafenone in rats (4) demonstrated that between 50% and 80% of an oral dose were absorbed. The use of [$^{14}$C]diprafenone in healthy volunteers demonstrated that oral diprafenone is rapidly absorbed with a $t_{max} = 1.22$ to 1.4 h (Table 1). The maximum plasma concentration depends on the dose administered and increases from approximately 50 ng/ml after a single oral dose of 50 mg, to approximately 250 ng/ml after 100 mg, and 370 ng/ml after 150 mg.

In spite of rapid and relatively good oral absorption, the absolute bioavailability of diprafenone in humans after a single oral dose is low. Trenk et al. (44) reported mean values (healthy volunteers, n = 6) between 10.9% and 32.5% after single oral doses of

TABLE 1. Pharmacokinetic parameters of diprafenone

| $C_{max}$ (ng/ml) | $t_{max}$ (h) | AUC (ng.h/ml) | $CL_{tot}$ (ml.min$^{-1}$) | $t_{1/2}$ (h) | Bioavailability (%) | Type of Trial and Reference |
|---|---|---|---|---|---|---|
| 50 mg s.d.*: 50.4 (54.5)** | 50 mg s.d.: 1.22 (0.27) | 50 mg s.d.: 114 (117) | 50 mg i.v.: 741 (124) (corrected for 70 kg weight) | 50 mg s.d.: 1.20 (0.48) | 50 mg s.d.: 10.9 (9.6) | 6 volunteers, single doses, cross-over, ref. 44 |
| 150 mg s.d.: 370 (319) | 150 mg s.d.: 1.25 (0.44) | 150 mg s.d.: 1003 (915) 50 mg i.v.: 979 (225) | | 150 mg s.d.: 1.44 (0.34) 50 mg i.v.: 1.50 (0.13) | 150 mg s.d.: 32.5 (26.0) | |
| 100 mg s.d.: 221.7 (169.4) | 100 mg s.d.: 1.39 (0.25) | 100 mg s.d.: 750 (1046) | 50 mg i.v.: 799 | — | 100 mg s.d.: 20 (median) | 24 volunteers single and multiple dose |
| 3 × 100 mg for 10 d: 598 (384) | | 3 × 100 mg for 10 d: 2943 (2978) | | | 3 × 100 mg for 10 days; 66 (median) | |
| 100 mg s.d. fasting: 262 (198) | 100 mg s.d. fasting: 1.4 (0.8) | 100 mg s.d. fasting: 760 (523) | — | 100 mg s.d. fasting: 1.6 (0.4) | food increases bioavail- ability by 50% | 15 volunters single doses, cross-over, ref. 25 |
| 100 mg s.d. with food: 285 (153) | 100 mg s.d. with food: 2.3 (0.8) | 100 mg s.d. with food: 1052 (538) | | 100 mg s.d. with food: 1.7 (0.6) | | |

**Values in parentheses are standard deviations. *s.d.: single oral dose.

50 mg and 150 mg, respectively. These data correspond to the findings of Blume et al. (unpublished). The median absolute bioavailability of diprafenone in 24 healthy volunteers after administration of 100 mg as a single dose was 20%, and thus still considerably higher than that of propafenone (approximately 5% after 150 mg p.o.; 18). The main reason for the relatively low bioavailability of diprafenone seems to be first-pass metabolism. Several findings are in favor of this hypothesis. Trenk et al. (44) calculated that the total plasma clearance of diprafenone of 741 ml/min/70 kg corresponds to a whole blood clearance of 1.2 l/min, since the blood to plasma concentration ratio of diprafenone was 0.61. The value of 1.2 l/min numerically approaches the total liver blood flow (approximately 1.5 l/min) and leads to an average hepatic extraction ratio of 0.82. Diprafenone can thus be classified as a highly extractable drug. In another study the only identified slow hydroxylator of debrisoquin (24) had considerably higher concentrations of diprafenone in plasma and no detectable concentrations of the metabolite, 5-hydroxydiprafenone.

The volume of distribution of diprafenone (1.23 l/kg) calculated by Trenk et al. (44) indicates extensive distribution of the drug. This finding corresponds to the results of experiments with [$^3$H]diprafenone in rats (3), showing that tissue levels were generally higher than blood levels. In this last study, the highest levels of radioactivity were observed in the lung, followed by duodenum, pancreas, kidneys, stomach, heart and liver. The tissue-to-plasma level ratios were up to 50 in the lung, 10 to 20 in the duodenum, and 1 to 10 in the kidneys, stomach, and heart.

Radioactivity levels in the other organs studied were close to plasma levels. Binding to erythrocytes was 34% to 51%. The subcellular distribution of diprafenone was studied in lung and heart tissue. In the lungs that showed the highest radioactivity levels after intravenous dosing, about 40% of diprafenone total radioactivity was found in the pellet containing mostly nuclear material, ~one-third was found in the mitochondrial fraction, 10% in the microsomal pellet, and ~15% in the cytosol. The authors reported no results concerning a separate fraction containing cellular membranes only.

Plasma protein binding of diprafenone was studied both in animals (rats) and humans. Brunner et al. (3) reported protein binding of [$^3$H]diprafenone of approximately 89% in plasma of untreated rats at concentrations ranging between 71 and 646 ng/ml. Binding to plasma proteins is considerably higher in humans. Trenk et al. (44) reported a free fraction of approximately 1.7% at 750 ng/ml in humans. The protein binding of diprafenone in humans is thus considerably higher than that of propafenone: approximately 4% (6).

Trials in animals (3) demonstrated that diprafenone is rapidly and extensively metabolized. At least three (one major and two minor) degradation products were identified by means of HPLC in rat plasma after either oral or intravenous administration. Bile also contained the same metabolites. The metabolites, observed in the chromatograms of rat plasma, were not chemically identified, but extensive chromatographic comparisons excluded the identity of any of the metabolites with 5-hydroxydiprafenone. On the contrary, 5-hydroxydiprafenone was always found at considerable concentrations in most of the volunteers, receiving diprafenone. Considerable differences in diprafenone metabolism seem to exist in different species.

5-Hydroxydiprafenone is an active metabolite of diprafenone (10). Different authors have reported the following mean $C_{max}$ values of 5-hydroxydiprafenone after single oral doses: 105 ng/ml after 150 mg (44), 42.5 ng/ml after 100 mg (25), and 167 ng/ml after 100 mg (unpublished). The formation of 5-hydroxydiprafenone is mediated by the same cytochrome P450 enzyme responsible for hydroxylation of debrisoquin (CYP-2D6). The role of the activity of this enzyme for the metabolism of chemically closely related propafenone has been reported by Boriani et al. (2) and Kroemer et al. (26). Poor metabolizers, as determined by the method described by Mahgoup et al. (29), make up about 7% of the Caucasian population (2).

In all investigations of diprafenone pharmacokinetics a sharp distinction between two types of volunteers was made: such with relatively low diprafenone concentrations, rapid elimination of diprafenone ($t_{1/2} = 1$ to 2 h) and relatively high concentrations of 5-hydroxydiprafenone, and others with considerably higher concentrations and slower elimination of diprafenone ($t_{1/2} > 10$ h) and no detectable concentrations of 5-hydroxydiprafenone. In one of the trials (24), the only volunteer with the second combination of pharmacokinetic parameters was identified as a slow metabolizer of debrisoquin. These findings suggest that no substantial difference exists between diprafenone and propafenone, considering the main route of metabolism, the type of metabolites and that the CYP2D6 phenotype plays a substantial role in the type of metabolism and in the ratio diprafenone/5-hydroxydiprafenone in plasma. This also explains the differences between mean $C_{max}$ values of 5-hydroxydiprafenone described above: the proportion of slow metabolizers in the trials conducted by Trenk et al. (44) and Blume et al. (unpublished) was considerably higher than in the study conducted by Koytchev et al. (24).

Another metabolite of propafenone, N-depropylpropafenone, has been identified in

humans (4). There is no information on the formation of this or similar metabolites after diprafenone, but, if the close structural and pharmacokinetic similarity of diprafenone and propafenone is taken into account, it might be expected that similar metabolite(s) is (are) also formed after administration of diprafenone.

Most of the evidence suggests that the metabolism of diprafenone is saturable. Two main factors seem to play a role in the saturation of the metabolizing capacity for diprafenone: dose and duration of treatment. The absolute bioavailability of diprafenone increases more than three times with increasing dose (44) within the expected therapeutic dose range (50 to 150 mg). In addition, multiple dosing also increases bioavailability more than three times.

Diprafenone exhibits stereoselective pharmacokinetics. Zhong et al. (47) have used a HPLC method for the selective determination of both enantiomers of diprafenone in plasma of 8 volunteers who received single and multiple oral doses of 100 mg racemic diprafenone. Somewhat higher plasma concentrations of the $R(+)$- than the $S(-)$- enantiomer were present. This makes diprafenone different from propafenone since considerably higher levels of the $S(-)$-enantiomer are observed after oral administration of propafenone (23).

The metabolic conversion of orally administered diprafenone is the main route of its elimination. Less than 1% of an orally administered dose is excreted unchanged in urine (44). It can be, therefore, expected that renal failure will play no substantial role in the elimination of diprafenone. Due to the fact that within the expected therapeutic single dose range of diprafenone (50 to 150 mg) its liver metabolism is saturable, the drug should be used with caution in patients with liver disease.

Koytchev et al. (24) examined the effect of food on the bioavailability of diprafenone in 15 healthy volunteers. The findings of the study demonstrated that food increased the oral bioavailability of diprafenone by approximately 50%. This effect seemed to be similar in rapid and slow hydroxylators. These findings indicate that diprafenone should be administered in constant temporal relationship to food.

Similarly to propafenone, diprafenone alters the pharmacokinetics of some other drugs, e.g., metoprolol or digoxin (34,35). Trenk et al. (45) observed in 6 healthy volunteers a 2-fold increase of AUC values of metoprolol after a single dose of 50 mg metoprolol administered concomitantly with a single dose of 200 mg diprafenone. The pharmacokinetics of diprafenone were not altered by metoprolol. Koytchev et al. (25) investigated in 12 healthy men the effect of diprafenone (3 × 100 mg/day) on the bioavailability of digoxin in steady state (0.5 mg/day). All men were rapid hydroxylators of debrisoquin. The study had three different phases, each lasting 7d without a washout period (phase 1: digoxin alone; phase 2: digoxin + diprafenone; phase 3: digoxin alone). Diprafenone caused a statistically significant increase in trough digoxin concentrations ($1.4 \pm 0.2$ ng/ml vs. $1.6 \pm 0.3$ ng/ml), $AUC_{0-24}$ values ($41 \pm 7$ ng.h/ml vs. $48 \pm 9$ ng.h/ml, and $C_{ss-max}$ ($3.9 \pm 0.6$ ng/ml vs. $5.5 \pm 0.9$ ng/ml, Fig. 4). In all volunteers the parameters tended to return to the original values after diprafenone was discontinued ($1.4 \pm 0.3$ ng/ml, $39 \pm 11$ ng.h/ml, and $3.9 \pm 1.1$ ng/ml for trough concentration, $AUC_{0-24}$ and $C_{max}$, respectively). The mean relative magnitude of the increase in $AUC_{0-24}$ and trough concentration values of digoxin corresponded to the mean relative decrease in the renal clearance of digoxin (in both cases approximately 20%). This suggests that the increase in AUC and $C_{ss}$ was caused by reduced renal clearance of digoxin.



**FIG. 4.** Mean concentration vs. time curves and cumulative urine excretion of digoxin when administered alone (periods 1 and 3) or in combination with diprafenone (period 2). From ref. 25.

In both trials, the observed pharmacokinetic changes also had pharmacodynamic implications, which can be summarized as follows: 1) the increased plasma concentration of metoprolol increased β-adrenoreceptor blocking activity; 2) the PR interval and the duration of QRS were prolonged above values observed with digoxin alone; there is, therefore, a greater risk of a AV block (a known symptom of digoxin toxicity) when diprafenone is co-administered. Previous studies have confirmed the presence of a pharmacokinetic interaction between digoxin and propafenone (46,5). The last group reported reduced renal clearance of digoxin when co-administered with propafenone. Several cases of digoxin toxicity, one fatal, after simultaneous administration of propafenone have been reported (36).

Hinderling et al. (17) investigated the pharmacokinetic and pharmacodynamic interactions of single doses of diprafenone (200 mg) and propranolol (80 mg) in 9 healthy male volunteers. The authors found no evidence of a pharmacokinetic interaction between the two drugs. A pharmacodynamic interaction between diprafenone and propranolol led to an increased negative chronotropic effect of both drugs, at rest and during exercise.

## CLINICAL USE

The results of clinical trials with diprafenone are summarized in Table 2. Manz et al. (30) studied the electrophysiologic effects of diprafenone in 31 patients: 9 patients with AV reentrant tachycardia, 9 patients with Wolff-Parkinson-White (WPW) syndrome, 4 patients with paroxysmal atrial fibrillation, and 10 patients with recurrent ventricular tachycardia. Intracardial conduction times were measured before and after intravenous

254                                R. KOYTCHEV

**TABLE 2.** *Clinical trials with diprafenone*

| Type of trial | Ref. drug | Dosage and duration of treatment | Diagnosis and no. of patients | Results | Reference |
|---|---|---|---|---|---|
| open | no | 1.5 mg/kg i.v. for 10 min. | AV reentry: 9<br>WPW syndr.: 9<br>Atrial fibrillation: 4<br>Ventr. tachycard.: 10 | Increase in refractory periods and suppression of inducibility in all types of tachycardia | 30 |
| open | no | 0.5–1.5 mg/kg i.v. (10 patients) or 300–600 mg/d p.o. (15 patients) | Ventricular arrhythmia, 25 patients, in 15 patients resistant to therapy with quinidine, flecainide, mexiletine, propafenone, or sotalol alone or in combination | Dose-dependent increase in intracardial (especially AH) conduction times. 13 of 15 patients resistant to other therapy improved | 16 |
| open | no | 300–600 mg/d p.o. for an average of 8 months | Ventricular arrhythmia, 27 patients resistant to therapy with flecainide, propafenone, or sotalol, alone or in combination | Reduction in arrhythmic activity of 80% or more and Lown class of II or less could be achieved and maintained in 21 of 27 patients | 13, 14 |
| open | no | 1.5–2.0 mg/kg i.v., single dose in 15 patients followed by 300–375 mg/d for 17 months in 14 patients | Wolff-Parkinson-White syndrom, 15 patients | 11 of 14 patients treated orally were asymptomatic during a 17-month follow-up | 27 |
| open | no | 1.5 mg/kg i.v. | Recurrent supraventricular tachycardia, 24 patients | Significant increase in intracardial conduction times and AV and ventricular effective refractory periods | 39 |
| open crossover | flecainide | diprafenone: 3 × 100–150 mg/d flecainide: 2 × 100–150 mg/d, each drug was taken 4 weeks with a wash-out of 2 weeks | Ventricular arrhythmia, 30 patients | Both drugs caused a significant reduction (by 96% compared to baseline) of premature ventricular complexes and of couplets (by 90% compared to baseline) | 28 |
| open randomized crossover | propafenone | both drugs: 3 × 150–200 mg/d each drug was taken for 5–10 d with a washout period of 7 d | Frequent and complex premature ventricular complexes, 10 patients | After individual dose titration 7/10 cases were effectively treated with diprafenone (mean dose 471 mg) and 5/10 with propafenone (mean dose 540 mg) | 7 |
| double-blind randomized crossover | propafenone | diprafenone: 3 × 100 mg/d propafenone: 3 × 150 mg/d duration of ther. 7 d washout 3 d | Chronic ventricular arrhythmia, Lown class IIb–IVb, 15 patients | Diprafenone reduced Lown class to I or less in 9/15 patients and of VES/h by 86% Propafenone reduced Lown-class to I or less in 2/15 patients and of VES/h by 76% | 19 |

infusion of 1.5 mg/kg diprafenone over 10 min. Diprafenone prolonged mean RR interval during sinus rhythm by 14% (from 690 to 789 ms) and maximal sinus node recovery time by 20% (from 1081 to 1300 ms). The effective refractory period of the right atrium increased by 8% (from 195 to 210 ms) and of the right ventricle by 7% (from 220 to 235 ms). Diprafenone also prolonged antegrade effective refractory period of the AV node by 13% (from 260 to 294 ms) and retrograde effective refractory period by 51% (from 265 to 400 ms). The effective antegrade and retrograde refractory periods of the Kent bundle

were increased by 38% and 14%, respectively. Suppression of inducibility was observed in 71% of patients with supraventricular reentrant tachycardia, in 63% of patients with atrial fibrillation, and in 70% of patients with recurrent ventricular tachycardia.

### Ventricular Arrhythmias

In an open, noncontrolled study in patients with ventricular tachycardia Heuer et al. (16) studied the effect of diprafenone at different intravenous (0.5 to 1.5 mg/kg, 10 patients) or oral 300 to 600 mg/d, 15 patients) doses. Fifteen patients who received the drug orally were resistant to at least one of the following drugs: quinidine (900 to 1200 mg/d), flecainide (300 to 400 mg/d), mexiletine (600 mg/d), propafenone (450 to 900 mg/d), sotalol (160 to 320 mg/d), or combinations of these drugs (flecainide/sotalol or propafenone/sotalol). Diprafenone caused a dose-dependent prolongation of intracardial conduction times (particularly of AH time) and of the atrial or ventricular refractory periods. No significant changes in heart rate were observed. After oral therapy, a significant reduction of premature ventricular complexes was observed in 13 of the 15 patients who were resistant to other therapy. The therapy with diprafenone had to be discontinued in three cases because of adverse events (headache or dizziness).

In another open, long-term study (14), the efficacy of oral diprafenone (300 to 600 mg/day for an average of 8 months) was studied in 27 patients with malignant ventricular arrhythmia. Fifteen of 27 patients exhibited recurrent ventricular tachycardia. Before diprafenone all patients were refractory to flecainide, propafenone, sotalol, or combinations of flecainide with sotalol, or of propafenone with sotalol. Following diprafenone a reduction in arrhythmic activity of more than 80% and in Lown class of II or less was achieved and maintained in 21 of 27 patients. Blood pressure decreased by 10% to 15%. In 5 patients the drug had to be discontinued. In one patient AV-block of third degree developed.

### Supraventricular Arrhythmias

Seidl et al. (39) studied the electrophysiological effect of a single intravenous dose of diprafenone (1.5 mg/kg) in 24 patients with recurrent supraventricular tachyarrhythmia by means of a programmed stimulation. Eight of these patients had AV-reentry tachycardia, 12 patients AV-nodal reentry tachycardia, and 4 patients had atrial fibrillation. After administration of diprafenone, there was a significant increase in all electrophysiological parameters studied (length of the sinus cycle, AH- and HV-intervals, and the AV- and right ventricle refractory periods). No supraventricular tachycardia could be induced after diprafenone in 13 of 20 patients.

Diprafenone seems to be effective also in the treatment of Wolff-Parkinson-White (WPW) syndrome. Kunze et al. (27) reported the results of an open study with diprafenone (1.5 to 2.0 mg/kg as a single, intravenous dose followed by 300 to 375 mg/d p.o. for 17 months) in 15 Patients with WPW syndrome and symptomatic supraventricular tachycardia. By intravenous administration, diprafenone significantly increased atrioventricular nodal conduction time as well as the effective refractory periods of the right ventricle and of the accessory pathway in both the antegrade and retrograde directions. Antegrade conduction block in the Kent bundle occurred in two patients after the dose of diprafenone was increased to 2.0 mg/kg. Eleven of 14 patients treated with oral diprafenone were

asymptomatic during a 17 month follow-up therapy. The drug had to be withdrawn in two patients due to gastrointestinal adverse events and in one patient due to bronchospasm.

## Comparison with Other Drugs

Diprafenone was compared with flecainide in a randomized crossover study in 30 patients with ventricular arrhythmias (the results were published in part, 28). The duration of therapy with each drug was 4 weeks. A washout period of 2 weeks separated the two periods of drug therapy. The initial daily dose of diprafenone was $3 \times 100$ mg and of flecainide $2 \times 100$ mg. After one week of therapy and only insignificant reduction of ventricular arrhythmia, the doses of either drug could be increased to $3 \times 150$ mg for diprafenone and to $2 \times 150$ mg for flecainide. At the end of the first week of therapy, either drug significantly reduced the number of ventricular complexes over a 24-h period ($p < 0.01$ for diprafenone and $p < 0.05$ for flecainide). After 4 weeks of therapy, premature ventricular complexes were reduced by 96.5% by flecainide and 96.6% by diprafenone. After 4 weeks of therapy flecainide reduced couplets by 92.5% and diprafenone by 90.5%. There was no significant difference in the efficacy of diprafenone as compared to flecainide. Aggravation of arrhythmias was observed in 2 patients receiving diprafenone and in 2 patients receiving flecainide.

Diprafenone was compared with propafenone in two trials. In the first study (7) both drugs were compared in an open, crossover study in 10 patients with frequent and complex premature ventricular complexes. After an initial control period, all patients received either diprafenone ($3 \times 150$ mg/d) or propafenone ($3 \times 150$ mg/d) for 5 d. If the patients responded to therapy, they were subjected to a washout period of 7 d, and were subsequently treated with a second antiarrhythmic drug for 5 d. If patients did not respond to the drug, the dose of either drug was increased to $3 \times 200$ mg/d for a second 5-d period. After individual dose titration, 7 of 10 patients were effectively treated with diprafenone (mean dose = 471 mg/d, mean suppression of premature ventricular complexes = 92%). Five of 10 patients were effectively treated with propafenone (mean dose = 550 mg/d, mean suppression of premature ventricular complexes = 80%). Diprafenone had a stronger effect on AV-nodal and ventricular conduction times than did propafenone.

Izmir et al. (19) compared diprafenone with propafenone in a double-blind, randomized, crossover study in 15 patients with ventricular arrhythmia (Lown class IIIb to IVb). The dose of diprafenone in this study was $3 \times 100$ mg/d and that of propafenone was $3 \times 150$ mg/d. The duration of therapy with each drug was 7 d and both treatment periods were separated by a washout period of 3 d, during which all patients received placebo. Diprafenone caused a reduction of the Lown class to I or less in 9 of 15 patients and of the number of premature ventricular complexes per hour by 86%. Propafenone seemed to be less effective. It caused a reduction of the Lown class to I or less in only 2 of 15 patients and of the number of premature ventricular complexes per hour by 75%.

## SUMMARY

The published results at the present stage of development of diprafenone can be summarized as follows:

Case 1:06-cv-00774-JJF     Document 202-5     Filed 03/12/2008     Page 23 of 45

1. Diprafenone is a structural analog of propafenone with a combined $Na^+$ channel- and β-adrenoreceptor-blocking activity. Although propafenone and diprafenone are structurally closely related, only diprafenone has, in addition and independent of its channel blocking effect, a modifying effect on the channels.

2. Diprafenone is up to six times more potent than propafenone as a β-adrenoreceptor blocking agent.

3. Diprafenone is a racemate of two enantiomers (R(+)- and S(−)-diprafenone). The $Na^+$ channel activity of the enantiomers is comparable, the β-blocking activity differs: the S(−)-enantiomer is 40 to 60-fold more potent than the R(+)-enantiomer.

4. The pharmacokinetic profile of diprafenone is complex and resembles that of propafenone in that it is nonlinear, saturable, stereoselective, and dependent on a high first-pass effect and metabolizer phenotype for debrisoquin. In addition, diprafenone alters the pharmacokinetics of digoxin and metoprolol by significantly increasing their plasma levels and pharmacodynamic effects.

5. The absolute oral bioavailability of diprafenone is approximately 20% after a single dose of 100 mg; it is 4 times higher than the absolute bioavailability of propafenone.

6. In clinical conditions diprafenone significantly increases all intracardial conduction times. It was demonstrated to be effective in the treatment of ventricular and supraventricular arrhythmias, although only pilot clinical trials with diprafenone were published.

7. The dose of diprafenone used in clinical trials was between $3 \times 100$ and $3 \times 200$ mg/d. It is possible that this dose can be reduced, since it is almost equivalent to the recommended dose of propafenone and diprafenone is not only a more potent $Na^+$ channel and β-blocking agent than propafenone *in vitro* but has also four times higher absolute oral bioavailability. There are some indications that *in vivo*, at the given doses, diprafenone might be superior to propafenone.

8. The complex pharmacokinetics of diprafenone and the presence of rapid and slow metabolizers may necessitate individual dose titration.

## REFERENCES

1. Anderson JL, Pratt CM, Waldo AL, Karagounis LA. Impact of the Food and Drug Administration approval of flecainide and encainide of coronary artery disease mortality: Putting deadly medicine to the test. *Am J Cardiol* 1997;79:43–47.
2. Boriani G, Strocchi E, Capucci A, Boshi S, Marchesini B. Relationships between debrisoquine hydroxylation and propafenone pharmacokinetics. *Drug Invest* 1990;2:114–119.
3. Brunner F, Kolmayr U, Kukovetz WR. Pharmacokinetics and metabolism of the antiarrhythmic agent [³H]diprafenone in the rat. *Arzneim-Forsch/Drug Res* 1989;39:1430–1435.
4. Bryson HM, Palmer KJ, Langtry HD, Fitton A. Propafenone. A reappraisal of its pharmacology, pharmacokinetics and therapeutic use in cardiac arrhythmias. *Drugs* 1993;45:85–130.
5. Calvo MV, Martin-Suarez A, Martin Lugeno C, Avila C, Cascon M, Dominguez-Gil Hurlé A. Interaction between digoxin and propafenone. *Ther Drug Monit* 1989;11:10–15.
6. Chan GL-Y, Axelson JE, Price JDE, McErlane KM, Kerr CR. In vitro protein binding of propafenone in normal and uraemic human sera. *Eur J Clin Pharmacol* 1989;36:495–499.
7. Geibel A, Zehender M, Hohnloser S, Landsrath C, Meinertz T, Just H. Diprafenone—A comparative study of antiarrhythmic therapy with propafenone. *Z Kardiol* 1988;77:464–469.
8. Giani P, Landolina M and Giudici V. Pharmacokinetics and pharmacodynamics of propafenone during acute and chronic administration. *Eur J Pharmacol* 1988;34:187–194.
9. Greenberg S, Cantor E, Paul J. β-Adrenoreceptor-blocking activity of diprafenone in anesthetized dogs: comparison with propafenone and propranolol. *J Cardiovasc Pharmacol* 1989;14:444–453.

258                                    R. KOYTCHEV

10. Greenberg S, Luisi A. General pharmacology of diprafenone, a new class Ic antiarrhythmic agent, and 5-hydroxydiprafenone, an active metabolite. *Drug Dev Res* 1989;17:35–50.
11. Groschner K, Lindner W, Schnedl H, Kukovetz WR. The effects of the stereoisomers of propafenone and diprafenone in guinea pig heart. *Br J Pharmacol* 1991;102:669–674.
12. Gülker H, Thale J, Olbing B, Heuer H, Frenking B, Bender F. Assessment of the antiarrhythmic profile of the new class I agent diprafenone. *Arzneim-Forsch/Drug Res* 1985;35:1387–1393.
13. Gülker H, Thale J, Behrenbeck Th. Electrophysiologische und hämodynamische Wirkungen der neuen antiarrhythmischen Substanz Diprafenon. *Z Kardiol* 1987;76:411–414.
14. Gülker H, Heuer H, Hindricks G, Haverkamp W, Hasfeld M. Use of diprafenone, a propafenone-analogue with combined class Ic and β-sympatholytic antiarrhythmic activity in otherwise resistant ventricular tachyarrhythmias—Experience of long-term treatment. *Circulation* (Suppl II) 1987;76:521.
15. Hasfeld M, Hasfeld I, Frenking B, Heuer H, Engberding R. Echokardiographische und Elektrokadriographische Befunde bei intravenöser Gabe des Antiarrhythmikums Diprafenon. *Z Kardiol* (Suppl 1) 1988;77:101.
16. Heuer H, Gülker H, Müller US, Bender F. Elektrophysiologische und antiarrhythmische Wirkungen von Diprafenon. *Z Kardiol* (Suppl 3) 1985;74:89.
17. Hinderling PH, Tendolkar A, Dee CM, Barr WH, Selberling M, Duerr H. Single-dose interaction study of diprafenone HCl and propranolol HCl in healthy volunteers. *J Clin Pharmacol* 1995;35:721–729.
18. Hollmann M, Brode E, Hotz D, Kaumeier S, Kehrhahn OH. Investigations on the pharmacokinetics of propafenone in man. *Arzneim Forsch/Drug Res* 1983;33:763–770.
19. Izmir F, Langescheid C, Hochrein H. Diprafenone vs. Propafenone. *Münch Med Wschr* 1993;135:51–54.
20. Kodama I, Suzuki R, Honjo H, Toyama J. Electrophysiological effects of diprafenone, a dimethyl congener of propafenone on guinea pig ventricular cells. *Br J Pharmacol* 1992;103:813–820.
21. Kohlhardt M, Fichtner H. Block of single cardiac Na⁺ channels by antiarrhythmic drugs: The effect of amiodarone, propafenone and diprafenone. *J Membr Biol* 1988;102:105–119.
22. Kohlhardt M, Fichtner H. Inhibitory effects of diprafenone stereoenantiomers on cardiac Na⁺ channels. *Eur J Pharmacol* 1988;156:55–62.
23. Koytchev R, Alken R-G, Mayer O, Böhm R, Ellrich A, Waldner-Kölblin RG. Untersuchungen zur Bioäquivalenz von zwei oralen Propafenon-Zubereitungen. *Arzneim-Forsch/Drug Res* 1995;45:542–545.
24. Koytchev R, Alken R-G, Mayer O, Smith I, Greenwood. Influence of food on the bioavailability and some pharmacokinetic parameters of diprafenone—A novel antiarrhythmic agent. *Eur J Clin Pharmacol* 1996;50:315–319.
25. Koytchev R, Alken R-G, Mayer. Effect of diprafenone in the pharmacokinetics of digoxin. *Eur J Clin Pharmacol* 1996;50:97–100.
26. Kroemer HK, Mikus G, Kronbach T, Meyer UA, Eichelbaum M. In vitro characterization of the human cytochrome P-450 involved in the polymorphic oxidation of propafenone. *Clin Pharmacol Ther* 1989;45:28–33.
27. Kunze KP, Schlüter M, Geiger M, Kuck K-H. Diprafenone for treatment of Wolff-Parkinson-White syndrome. *Cardiovasc Drugs Ther* 1989;3:73–79.
28. Levenson B, Andresen D, Brüggemann T, Schröder R. Comparative evaluation of antiarrhythmic effectiveness of diprafenone and flecainide in patients with ventricular arrhythmias. *Eur Heart J* (Suppl A) 1988;9:53.
29. Mahgoub A, Dring LG, Idle JR, Lancaster R, Smith RL. Polymorphic hydroxylation of debrisoquine in man. *Lancet* 1977;2:584–586.
30. Manz M, Beermann J, Gerkens U, Lüderitz B. Elektrophysiologic effects of diprafenone in supraventricular and ventricular tachycardia. *Z Kardiol* 1986;75:757–763.
31. Menken U, Wiegand V, Bucher U, Meesmann W. Prophylaxis of ventricular fibrillation after experimental coronary occlusion by chronic β-adrenoreceptor blockade. *Cardiovasc Res* 1979;13:588–595.
32. Moore TJ. Deadly Medicine: Why tens of thousands of heart patients died in America's worst drug disaster. New York: Simon & Schuster, 1995.
33. Nanoff C, Schütz W. Characterization of the β-adrenoreceptor blocking property of diprafenone in rats: Stereoselective interaction, subtype specificity, and sensitization. *J Cardiovasc Pharmacol* 1991;18:837–842.
34. Nolan PE, Marcus FI, Erstad BL, Hoyer MS, Furman C, Kirsten EB. Pharmacokinetic interaction between propafenone and digoxin. *JACC* 1988;11:168.
35. Nolan JR PE, Marcus FI, Erstad BL, Hoyer MS, Furman C. Effects of coadministration of propafenone on the pharmacokinetics of digoxin in healthy volunteer subjects. *J Clin Pharmacol* 1989;29:46–52.
36. Palumbo E, Svetoni N, Casini M, Spargi T, Biagi G. Interazione digoxina-propafenone: Valori e limiti del dosaggio plasmatico dei dui farmaci. Efficacia antiaritmica del propafenone. *Giorn Ital Cardiol* 1986;16:855–862.

37. Pratt CM, Moye LA. The cardiac arrhythmia suppression trial: Background, interim results and implications. *Am J Cardiol* 1990;65:20B–29B.
38. Romey G, Quast U, Pauron D, Frelin C, Renaud JF, Lazdunski M. Na+ channels as sites of action of the cardioactive agents DPI 201-106 with agonist and antagonist enantiomers. *Proc Natl Acad Sci USA* 1987; 84:896–899.
39. Seidl K, Lengfelder W, Hauer B, Senges J. Elektrophysiologische und Antiarrhythmische Wirkung von Diprafenon bei supraventrikulären Tachyarrhythmien. *Z Kardiol* (Suppl 1) 1990;79:155.
40. Singh BN. Do antiarrhythmic drugs work? Some reflections on the implications of the cardiac arrhythmia suppression trial. *Clin Cardiol* 1990;13:725–728.
41. Thale J Gülker H, Hindricks G, Haverkamp W, Bender F. Use of diprafenone, a new potent propafenone-analogue, in acute experimental myocardial ischaemia and infarction. *Eur Heart J* (Suppl D) 1987;8:107–115.
42. The cardiac arrhythmia suppression trial (CAST) investigators. Preliminary report: Effect of encainide or flecainide on mortality in a randomized trial of arrhythmia suppression after myocardial infarction. *N Engl J Med* 1989;321:406–412.
43. Thormann J, Kramer W, Kremer P, Schlepper M. Influence of the new class I antiarrhythmic agent diprafenone on the end-systolic pressure-volume relationship (conductance technique) *Cardiovasc Drugs Ther* 1989;3:145–154.
44. Trenk D, Wagner P, Sachs W, Jähnchen E. Pharmacokinetic characterization of the antiarrhythmic drug diprafenone in man. *Eur J Clin Pharmacol* 1989a;37:313–316.
45. Trenk D, Wagner P, Jähnchen E. Increased β-sympatholytic activity of metoprolol by concomitant administration of diprafenone. *Eur Heart J* 1989;10:458.
46. Zalzstein E, Koren G, Bryson SM, Freedom RM. Interaction between digoxin and propafenone in children. *J Pediatr* 1990;116:310–312.
47. Zhong D, Chen R, Fieger-Büschges H, Blume H. Enantioselective determination of diprafenone in human plasma. *Pharmazie* 1997;52:106–109.

# EXHIBIT 21

# DICTIONARY
# OF
# PHARMACY

UNIVERSITY OF SOUTH CAROLINA PRESS

Copyright © University of South Carolina 1986

Published in Columbia, South Carolina, by the
University of South Carolina Press

Manufactured in the United States of America


Library of Congress Cataloging-in-Publication Data

Dictionary of pharmacy.

   1. Pharmacy—Dictionaries.  I. Fincher, Julian H.
[DNLM: 1. Pharmacy—dictionaries. QV 13 D5535]
RS51.D48   1986        615'.1'0321        86—4080
ISBN 0-87249-444-6

86    *denature*

**denature:** to alter a substance from its natural state; most often used in reference to alterations in protein structure and the rendering of alcohol solutions non-drinkable

**densitometer:** instrument used with electrophoretograms and thin-layer chromatograms to determine the amount of substance in the individual fractions (bands) by measurement of the amount of light passing through the separated material

**density 1:** mass per unit volume; cgs units are gram (g) per cm³ **2 apparent density:** that density which is usually observed **3 bulk density:** that which includes the volume of all void spaces as in a powder **4 relative density:** comparison of (or ratio of) the density of one substance to that of another

**dent-; denta-; denti-; or dento-:** prefixes meaning tooth

**dentrifice:** substance used with a toothbrush to clean the surface of teeth

**denture:** an artificial replacement for one or more teeth; false teeth or prosthetic tooth or teeth

**deoxy-:** prefix meaning lack of an oxygen at a particular site in a molecule when compared with a parent oxygen containing structure; same as desoxy-

**dependent variable:** that part of a mathematical expression which is changed in accordance with a controlled change of another variable; contrasted to independent variable

**depilatory:** agent employed to rid the body of excessive or bothersome hair; example, calcium thioglycolate with calcium hydroxide

**depolarization 1:** excitation or stimulation of a nerve or muscle; caused by the influx of sodium ions from outside the membrane which shifts the membrane potential from a negative towards a positive charge **2:** a reduction in the separation of a charge on a substance

**depot 1:** body compartment where a drug accumulates **2:** an injected dosage unit from which a drug is released to the tissues

**depreciation:** a reduction in the book value of an asset over time

**depression:** mood that is sad and full of despair; often a normal feeling unless severe functional impairment occurs

**depth filter:** filter device which allows partial penetration of particles from a slurry to be trapped as the channel diameters become smaller

# EXHIBIT
# 22

# REDACTED IN ITS ENTIRETY

# EXHIBIT 23

# PHARMACEUTICAL DOSAGE FORMS

## Tablets

### SECOND EDITION, REVISED AND EXPANDED

In Three Volumes
### VOLUME 2

EDITED BY

**Herbert A. Lieberman**

H. H. Lieberman Associates, Inc.
Consultant Services
Livingston, New Jersey

**Leon Lachman**

Lachman Consultant Services
Westbury, New York

**Joseph B. Schwartz**

Philadelphia College of Pharmacy and Science
Philadelphia, Pennsylvania

MARCEL DEKKER, INC.                New York and Basel

Library of Congress Cataloging-in-Publication Data
(Revised for vol. 2)

Pharmaceutical dosage forms--tablets.

    "In three volumes."
    Includes bibliographical references.
    1. Tablets (Medicine)  2. Drugs--Dosage forms.
I. Lieberman, Herbert A.    .          II. Lachman, Leon
         III. Schwartz, Joseph B.
[DNLM: 1. Dosage forms.  2. Drugs--administration &
dosage.  QV 785 P635]
RS201.T2P46  1989         615'.191        89-1629
ISBN 0-8247-8044-2 (v. 1 : alk. paper)

This book is printed on acid-free paper.

Copyright © 1990 by MARCEL DEKKER, INC.  All Rights Reserved

Neither this book nor any part may be reproduced or transmitted in any
form or by any means, electronic or mechanical, including photocopying,
microfilming, and recording, or by any information storage and retrieval
system, without permission in writing from the publisher.

MARCEL DEKKER, INC.
270 Madison Avenue, New York, New York  10016

Current printing (last digit):
10 9 8 7 6 5 4 3 2

PRINTED IN THE UNITED STATES OF AMERICA



*Lantz*

. *Chem. Soc.*,

3:28

., New York,

l *Dosage Forms*,

omich, E. G.,

pplications,

B, Coulter

nal—HIAC S,

# 4

# Compression

Eugene L. Parrott
*University of Iowa, Iowa City, Iowa*

## 1.  THE PROCESS OF COMPRESSION

Compression is the process of applying pressure to a material.  In pharmaceutical tableting an appropriate volume of granules in a die cavity is compressed between an upper and a lower punch to consolidate the material into a single solid matrix, which is subsequently ejected from the die cavity as an intact tablet.  The subsequent events that occur in the process of compression are (a) transitional repacking, (b) deformation at points of contact, (c) fragmentation and/or deformation, (d) bonding, (e) deformation of the solid body, (f) decompression, and (g) ejection.

### A.  Transitional Repacking or Particle Rearrangement

In the preparation of the granulation to be placed in the hopper of the tablet press, formulation and processing are designed to ensure that the desired volume of the granulation is fed into each die cavity so that at a fast production rate the weight variation of the final tablets is minimal. The particle size distribution of the granulation and the shape of the granules determine the initial packing (bulk density) as the granulation is delivered into the die cavity.  In the initial event the punch and particle movement occur at low pressure.  The granules flow with respect to each other, with the finer particles entering the void between the larger particles, and the bulk density of the granulation is increased.  Spherical particles undergo less particle rearrangement than irregular particles as the spherical particles tend to assume a close packing arrangement initially.  To achieve a fast flow rate required for high-speed presses the granulation is generally processed to produce spherical or oval particles;

202                                                                    *Parrott*

thus, particle rearrangement and the energy expended in rearrangement are minor considerations in the total process of compression.

### B. Deformation at Points of Contact

When a stress (force) is applied to a material, deformation (change of form) occurs. If the deformation disappears completely (returns to the original shape) upon release of the stress, it is an elastic deformation. A deformation that does not completely recover after release of the stress is known as a plastic deformation. The force required to initiate a plastic deformation is known as the yield stress. When the particles of a granulation are so closely packed that no further filling of the void can occur, a further increase of compressional force causes deformation at the points of contact. Both plastic and elastic deformation may occur although one type predominates for a given material. Deformation increases the area of true contact and the formation of potential bonding areas.

### C. Fragmentation and Deformation

At higher pressure, fracture occurs when the stresses within the particles become great enough to propagate cracks [1,2]. Fragmentation furthers densification, with the infiltration of the smaller fragments into the void space. Fragmentation increases the number of particles and forms new, clean surfaces that are potential bonding areas. The influence of applied pressure on specific surface area (surface area of 1 g of material) is shown in Figure 1. The specific surface of the starch and sulfathiazole granulation was $0.18 \text{ m}^2/\text{g}$; the tablet compressed at a pressure of 1000 $\text{kg/cm}^2$ had a specific surface of $0.9 \text{ m}^2/\text{g}$ [3].

With some materials fragmentation does not occur because the stresses are relieved by plastic deformation. Plastic deformation may be thought of as a change in particle shape and as the sliding of groups of particles in an attempt to relieve stress (viscoelastic flow). Such deformation produces new, clean surfaces that are potential bonding areas.

### D. Bonding

Several mechanisms of bonding in the compression process have been conceived, but they have not been substantiated by experimentation and have not been useful in the prediction of the compressional properties of materials [4]. Three theories are the mechanical theory, the intermolecular theory, and the liquid-surface film theory.

The mechanical theory proposes that under pressure the individual particles undergo elastic, plastic, or brittle deformation and that the edges of the particles intermesh, forming a mechanical bond. If only the mechanical bond exists, the total energy of compression is equal to the sum of the energy of deformation, heat, and energy adsorbed for each constituent. Mechanical interlocking is not a major mechanism of bonding in pharmaceutical tablets.

The molecules (or ions) at the surface of a solid have unsatisfied intermolecular forces (surface free energy), which interacts with other



*Compression*

Figure 1   The
fathiazole table
The American

particles in tr
strength of th
bonding. Acc
the molecules
the granules a
consolidate the
described as a
enough togeth
appears that v
microcrystallin
formation and
bonding has st
their integrity

The liquid
thin liquid film
the surface of
compression an
the force is ap
pressure exist

EXHIBIT 24

# Webster's Medical Desk Dictionary



*A Merriam-Webster*

MERRIAM-WEBSTER INC., *Publishers*
Springfield, Massachusetts, U.S.A.



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence! It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*A Merriam-Webster©* is the registered trademark you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1986 by Merriam-Webster Inc.

Philippines Copyright 1986 by Merriam-Webster Inc.

Library of Congress Cataloging in Publication Data

Webster's medical desk dictionary.

    1. Medicine—Dictionaries. I. Merriam-Webster, Inc.
R121.W357      1986      610′.3′21      86-16280
ISBN 0-87779-025-6

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

910RRD92

‣lər\ *adj* : composed of rela-
urinary bladder\
‣'kăv, -'kăv-,\ *adj* : flat en
⟨a ~ lens⟩
‣'kăv-, -kɔn-'\ *adj* : flat en
⟨a ~ lens⟩
ell (as a leukocyte) that moves
lia\
, *n pl* : a family of freshwater
air of tentacles with an eye at
as lungs and including commer-
ate hosts of pathogenic trema-
ala-nar-bid \-bəd\ *adj or n*
s widely distributed genus of
family Planorbidae, comprises
gills and rather flattened spiral
e intermediate hosts for schis-

*cap* : a large genus (the type
eeds that have narrow or ellip-
cuous flowers in close-bracted
contains, and include the Old
two other plants (*P. indica* and
mucilaginous seeds used as a
n 2 : PLANTAIN

t of the genus *Plantago*
tj : of, relating to, or typical
set of the foot)
in the sole of the foot formed
branch of the dorsalis pedis
s : two terminal branches into
vides; : a ‑ one that is large
lally to join with a branch of
tar arch — called also *lateral*
der and follows a more medial
ying or giving off branches
he foot and the toes — called

ligament \‑(,)kal‑,kā‑nē‑ō‑
ument of the sole of the foot
vicular bone and supports the
ing ligament
of fibrous tissue behind and
s of the horse
ense fibrous membrane of the
e skin and superficial layer of
ructures
s involving the plantar fascia
to the calcaneus and causing
running
he foot that flexes the foot or
compare DORSIFLEXION
three small muscles of the
which lies along the plantar
fifth toes facing the second
of the toe along which it lies,
und acts to flex the proximal
nges of its toe and to adduct
ed also *interosseus plantaris,*

lan·tar·es \‑,sēz\ : a small
ses from the lower end of the
f the knee joint, is thickest at
long, slender tendon into the
g at the knee and the foot at

urves of the foot that are the
e tibial nerve divides : a ‑ o
e deeper muscles of the foot
e sole and on the fifth toe as
rth toe — called also *lateral*
accompanies the medial plan-
muscles of the medial part of

the foot, the skin on the medial two-thirds of the sole, and the
skin on the first to fourth toes — called also *medial plantar nerve*
**plantar reflex** *n* : a reflex movement of flexing the foot and toes
that after the first year is the normal response to tickling of the
sole — compare BABINSKI REFLEX
**plantar vein** *n* : either of two veins that accompany the plantar
arteries:   a : one accompanying the lateral plantar artery —
called also *lateral plantar vein*   b : one accompanying the me-
dial plantar artery — called also *medial plantar vein*
**plantar wart** *n* : a wart on the sole of the foot — called also
*planter's wart, verruca plantaris*
**plant hormone** \'plant-\ *n* : an organic substance other than a
nutrient that in minute amounts modifies a plant physiological
process; *esp* : one produced by a plant and active elsewhere than
at the site of production — called also *phytohormone*
**plan·ti·grade** \'plant-ə-,grād\ *adj* : walking on the sole with
the heel touching the ground ⟨the bear and man are both ~ ani-
mals⟩ — compare DIGITIGRADE — **plantigrade** *n*
**plant kingdom** *n* : the one of the three basic groups of natural
objects that includes all living and extinct plants — compare AN-
IMAL KINGDOM, MINERAL KINGDOM, PROTISTA
**plant pathologist** *n* : a specialist in plant pathology — called
also *phytopathologist*.
**plant pathology** *n* : a branch of botany concerned with the dis-
eases of plants — called also *phytopathology*
**pla·num** \'plā-nəm\ *n, pl* **pla·na** \-nə\ : a flat surface of bone
esp. of the skull
**plaque** *also* **placque** \'plak\ *n*  1 : a localized abnormal patch
on a body part or surface and esp. on the skin ⟨psoriatic ~⟩  b
: a film of mucus that harbors bacteria on a tooth  c : an athero-
sclerotic lesion  2 : a clear area in a bacterial culture produced
by destruction of cells by a virus
**Plaque·nil** \'plak-ə-,nil\ *trademark* — used for a preparation of
hydroxychloroquine
**plasm** \'plaz-əm\ *n* : PLASMA — see GERM PLASM
**plas·ma** \'plaz-mə\ *n*  1 a : the fluid part esp. of blood, lymph,
or milk that is distinguished from suspended material and that in
blood differs from serum essentially in containing the precursor
substance of fibrin in addition to the constituents of serum  b
: the juice that can be expressed from muscle  2 : PROTOPLASM
**plasma-** or **plasmo-** combining form
**plasma·gel** \'plaz-mə-,jel\ *n* : gelated protoplasm; *esp* : the
stiffer firm zone of a pseudopodium
**plasma·gene** \‑,jēn\ *n* : an extranuclear determiner of heredi-
tary characteristics with a capacity for replication similar to that
of a nuclear gene
**plasma·lem·ma** \,plaz-mə-'lem-ə\ *n* : PLASMA MEMBRANE
**plas·mal·o·gen** \plaz-'mal-ə-jən, -,jen\ *n* : any of a group of
phosphatides in which a fatty acid group is replaced by a fatty
aldehyde and which include lecithins, phosphatidylethanol-
amines, and phosphatidylserines
**plasmal reaction** *n* : a modified Feulgen reaction designed to
detect aldehyde in tissue
**plasma membrane** *n* : a semipermeable limiting layer of cell
protoplasm consisting of three molecular layers of which the in-
ner and outer are composed of protein while the middle layer is
composed of a double layer of fat molecules — called also *plas-
malemma*
**plas·ma·pher·e·sis** \,plaz-mə-'fer-ə-səs, -fə-'rē-səs\ *n, pl*
**-e·ses** \‑,sēz\ : a process in which blood constituents and esp.
red blood cells are separated from the plasma of a blood donor
or patient and returned to his circulatory system
**plas·ma·sol** \'plaz-mə-,säl, -,sȯl, -,sȯl\ *n* : solated protoplasm;
*esp* : the inner fluid zone of a pseudopodium or ameboid cell —
compare PLASMOSOME
**plasmosome** *var of* PLASMOSOME
**plasma thromboplastin an·te·ced·ent** \‑,ant-ə-'sēd-ᵊnt\ *n*
: a clotting factor whose absence is associated with a form of
hemophilia — abbr. *PTA*; called also *factor XI*
**plasma thromboplastin component** *n* : FACTOR IX — abbr.
*PTC*
**plas·mat·ic** \plaz-'mat-ik\ *adj* : of, relating to, or occurring in
plasma esp. of blood ⟨~ fibrils⟩
**plas·mic** \'plaz-mik\ *adj* : PROTOPLASMIC; *also* : PLASMATIC
**plas·mid** \'plaz-məd\ *n* : an extrachromosomal ring of DNA
that replicates autonomously and is found esp. in bacteria —
compare EPISOME
**plas·min** \-mən\ *n* : a proteolytic enzyme that dissolves the fi-
brin of blood clots
**plas·min·o·gen** \plaz-'min-ə-jən\ *n* : the precursor of plasmin
that is found in blood plasma and serum — called also *profibri-
nolysin*
**Plas·mo·chin** \'plaz-mə-kən\ *trademark* — used for a prepara-
tion of pamaquine
**plasmocytoma** *var of* PLASMACYTOMA
**plas·mo·di·al** \plaz-'mōd-ē-əl\ *also* **plas·mod·ic** \-'mäd-ik\
*adj* : of, relating to, or resembling a plasmodium
**plas·mo·di·a·sis** \,plaz-mə-'dī-ə-səs\ *n, pl* **-ses** \‑,sēz\ : MA-
LARIA
**plas·mo·di·cide** \plaz-'mōd-ə-,sīd\ *n* : an agent used to kill
malaria parasites — **plas·mo·di·cid·al** \‑,mōd-ə-'sīd-ᵊl\ *adj*
**Plas·mo·di·idae** \,plaz-mə-'dī-ə-,dē\ *n pl* : a family of sporo-
zoans of the order Haemosporidia that comprises the malaria par-
asites, is distinguished by alternation between the blood system
of vertebrates and the digestive system of mosquitoes, and is usu.
held to include only the genus *Plasmodium* — see LAVERANIA
**plas·mo·di·o·sis** \,plaz-,mōd-ē-'ō-səs\ *n, pl* **-o·ses** \‑,sēz\
: MALARIA
**plas·mo·di·tro·pho·blast** \,plaz-,mōd-ē-'trō-fə-,blast\ *n* : the
syncytium of a chorion
**plas·mo·di·um** \plaz-'mōd-ē-əm\ *n*  1 *pl* **-dia** \-dē-ə\  a : a
motile multinucleate mass of protoplasm resulting from fusion of
uninucleate amoeboid cells; *also* : an organism (as a stage of a
slime mold) that consists of such a structure  b : SYNCYTIUM 1
2 a *cap* : the type genus of the family Plasmodiidae that includes
all the malaria parasites affecting man  b *pl* **-dia** : any individual
malaria parasite
**Plas·mod·ro·ma** \plaz-'mäd-rə-mə\ *n pl* : a subphylum of Pro-
tozoa comprising the classes Mastigophora, Sarcodina, and Spo-
rozoa and characterized by absence of cilia and possession of
nuclei of one kind only — compare CILIOPHORA
**plas·mog·a·my** \plaz-'mäg-ə-mē\ *n, pl* **-mies** : fusion of the
cytoplasm of two or more cells as distinguished from fusion of
nuclei — called also *plastogamy*
**plas·mol·y·sis** \plaz-'mäl-ə-səs\ *n* : shrinking of the cytoplasm
away from the wall of a living cell due to water loss by exos-
mosis
**plas·mo·lyt·ic** \,plaz-mə-'lit-ik\ *adj* : of or relating to plasmol-
ysis
**plas·mo·lyz·abil·i·ty** *or chiefly Brit* **plas·mo·lys·abil·i·ty**
\,plaz-mə-,līz-ə-'bil-ət-ē\ *n, pl* **-ties** : the capability of being
plasmolyzed
**plas·mo·lyz·able** *or chiefly Brit* **plas·mo·lys·able** \,plaz-mə-'lī-
zə-bəl\ *adj* : capable of being plasmolyzed
**plas·mo·lyze** *or chiefly Brit* **plas·mo·lyse** \'plaz-mə-,līz\ *vb*
**-lyzed** *or chiefly Brit* **-lysed**, **-lyz·ing** *or chiefly Brit* **-lys·ing** *vt*
: to subject to plasmolysis ~ *vi* : to undergo plasmolysis
**plas·mon** \'plaz-,män\ *also* **plas·mone** \-,mōn\ *n* : the cyto-
plasm of a cell regarded as a system of hereditary extrachromo-

\ə\abut  \ᵊ\kitten  \ər\further  \a\ash  \ā\ace  \ä\cot, cart
\aú\out  \ch\chin  \e\bet  \ē\easy  \g\go  \i\hit  \ī\ice  \j\job
\ŋ\sing  \ō\go  \ȯ\law  \ȯi\boy  \th\thin  \th̶\the  \ü\loot
\ú\foot  \y\yet  \zh\vision   *see also* Pronunciation Symbols page

# EXHIBIT 25

# Applied Biopharmaceutics and Pharmacokinetics

Leon Shargel
Andrew B.C. Yu

T H I R D   E D I T I O N

0-8385-0129-X

Notice: The authors and the publisher of this volume have taken care to make certain that the doses of drugs and schedules of treatment are correct and compatible with the standards generally accepted at the time of publication. Nevertheless, as new information becomes available, changes in treatment and in the use of drugs become necessary. The reader is advised to carefully consult the instruction and information material included in the package insert of each drug or therapeutic agent before administration. This advice is especially important when using new or infrequently used drugs. The publisher disclaims any liability, loss, injury, or damage incurred as a consequence, directly or indirectly, of the use and application of any of the contents of this volume.

 Copyright © 1993 by Appleton & Lange
Simon & Schuster Business and Professional Group
Copyright © 1980 by Appleton-Century-Crofts
Copyright © 1985 by Appleton-Century-Crofts

All rights reserved. This book, or any parts thereof, may not be used or reproduced in any manner without written permission. For information, address Appleton & Lange, 25 Van Zant Street, East Norwalk, Connecticut 06855.

93 94 95 96 97 / 10 9 8 7 6 5 4 3 2

Prentice Hall International (UK) Limited, *London*
Prentice Hall of Australia Pty. Limited, *Sydney*
Prentice Hall Canada, Inc., *Toronto*
Prentice Hall Hispanoamericana, S.A., *Mexico*
Prentice Hall of India Private Limited, *New Delhi*
Prentice Hall of Japan, Inc., *Tokyo*
Simon & Schuster Asia Pte. Ltd., *Singapore*
Editora Prentice Hall do Brasil Ltda., *Rio de Janeiro*
Prentice Hall, *Englewood Cliffs, New Jersey*

Library of Congress Cataloging-in-Publication Data

Shargel, Leon, 1941–
    Applied biopharmaceutics and pharmacokinetics / Leon Shargel,
Andrew B.C. Yu. — 3rd ed.
       p.    cm.
    Includes bibliographical references and index.
    ISBN 0-8385-0129-X
    1. Biopharmaceutics.   2. Pharmacokinetics.   I. Yu, Andrew B.C.,
1945–    .  II. Title.
    [DNLM: 1. Biopharmaceutics.   2. Pharmacokinetics.   QV38 S531a]
RM301.4.S52   1992
615'.7—dc20
DNLM/DLC
for Library of Congress                                    92-22049

Acquisitions Editor: Cheryl L. Mehalik
Production Editor: Karen W. Davis
Designer: Janice Barsevich Bielawa
Cover photograph by Janice Barsevich Bielawa

PRINTED IN THE UNITED STATES OF AMERICA

'$_{max}$. How does your value
subjects?
henylpropanolamine HCl to


d elimination in man. *J Pharm*

rinsic absorption rate of drugs.

*rent Concepts in the Pharma-*
970, Chap 1
s. ACS monograph 185. Wash-
175
tolazamide from tablets: Com-
259, 1982
*armacol Ther* 8:201–218, 1967


absorption rate calculations. *J*

on kinetics of lidocaine hydro-

ith use of the one-compartment
*col Ther* 23:617–623, 1978
d urinary excretion in the ab-
3:1392, 1964
from blood level and/or urinary

# Bioavailability and Bioequivalence

Many drugs are made and marketed by more than one pharmaceutic manufacturer. The study of biopharmaceutics gives substantial evidence that the method of manufacture and the final formulation of the drug can markedly affect the bioavailability of the drug. Because of the plethora of drug products containing the same amount of active drug, physicians, pharmacists, and others who prescribe, dispense, or purchase drugs must select products that produce equivalent therapeutic effect. To facilitate such decisions, guidelines have been developed by the U.S. Food and Drug Administration. These guidelines and methods for determining drug availability are discussed in this chapter.

## DEFINITIONS

- *Bioavailability*. Indicates a measurement of the rate and extent (amount) of therapeutically active drug that reaches the general circulation.
- *Bioequivalence requirement*. A requirement imposed by the Food and Drug Administration (FDA) for in vitro and/or in vivo testing of specified drug products. This requirement must be satisfied as a condition for marketing.
- *Bioequivalent drug products*. Bioequivalent drug products are pharmaceutical equivalents that have similar bioavailability (ie, are not significantly different with respect to rate and extent of absorption) when given in the same molar dose and studied under similar experimental conditions. Some drugs may be considered bioequivalent that are equal in the extent of absorption but *not* in the rate of absorption; this is possible if the difference in the rate of absorption is considered clinically insignificant, is not essential for the attainment of effective body drug concentrations on chronic use, and is reflected in the proposed labeling. For example, aspirin and acetaminophen are well-absorbed drugs, and small differences in the rate of absorption are of very little clinical consequence.
- *Brand name*. Trade name of the drug. This name is privately owned by the manufacturer or distributor and is used to distinguish the specific drug product from competitors' products (eg, Tylenol, McNeil Laboratories).
- *Chemical name*. Name used by the organic chemist to indicate the chemical structure of the drug (eg, N-acetyl-*p*-aminophenol).
- *Drug product*. The finished dosage form (eg, tablet or capsule) that contains the active drug ingredient, generally but not necessarily in association with inactive ingredients.

193

**198**    10. BIOAVAILABILITY AND BIOEQUIVALENCE

# METHODS OF ASSESSING BIOAVAILABILITY

There are several direct and indirect methods of assessing bioavailability in humans. The selection of a method depends on the purpose of the study, analytic method of drug measurement, and nature of the drug product. The parameters that are useful in determining the bioavailability of a drug from a drug product include:

1. Plasma data
   The time of peak plasma (blood) concentration ($t_{max}$)
   The peak plasma concentration ($C_{max}$) .
   The area under the plasma level–time curve (AUC) .
2. Urine data
   The cumulative amount of drug excreted in the urine ($D_u^\infty$)
   The rate of drug excretion in the urine ($dD_u/dt$)
   The time for maximum urinary excretion ($t^\infty$)
3. Acute pharmacologic effect
4. Clinical observation

Because the free or therapeutically active drug can be accurately quantitated in biologic fluids, plasma and urine data give the most objective information on bioavailability.

## Plasma Data

$t_{max}$

The time of peak plasma concentration corresponds to the time required to reach maximum drug concentration after drug administration. At $t_{max}$ absorption is maximized, and the rate of drug absorption exactly equals the rate of drug elimination (see Fig. 9–5). Absorption still proceeds after $t_{max}$ is reached, but at a slower rate. When comparing drug products, $t_{max}$ can be used as an approximate indication of drug absorption rate. The value for $t_{max}$ will become smaller (indicating less time required to reach peak plasma concentration) as the absorption rate for the drug becomes more rapid. Units for $t_{max}$ are units of time (eg, hours, minutes).

$C_{max}$

The peak plasma concentration represents the maximum plasma drug concentration obtained after oral administration of drug (see Fig. 9–5). For many drugs . relationship is found between the pharmacologic effect of a drug and the plasma drug concentration. $C_{max}$ provides an indication that the drug is sufficiently systemically absorbed to provide a therapeutic response. In addition, $C_{max}$ provides warning of possibly toxic levels of drug. The units for $C_{max}$ are concentration units (eg, $\mu g/mL$, $ng/mL$).

$AUC$

The area under the plasma level–time curve is a measurement of the extent of bioavailability of a drug. The AUC reflects the total amount of active drug that reaches the systemic circulation. The AUC is the area under the drug plasma

: bioavailability in hu-
of the study, analytic
luct. The parameters
from a drug product

ix)

e $(D_u^\infty)$

ately quantitated in
ive information on

: required to reach
absorption is max-
if drug elimination
it at a slower rate.
ximate indication
r (indicating less
ption rate for the
hours, minutes).

drug concentra-
or many drugs a
and the plasma
sufficiently sys-
, $C_{max}$ provides
e concentration

f the extent of
tive drug that
e drug plasma



Figure 10–1. Plasma level–time curve follow-
ing administration of single doses of (A) 250
mg, (B) 500 mg, and (C) 1000 mg of drug.

level–time curve from $t = 0$ to $t = \infty$, and is equal to the amount of unchanged
drug reaching the general circulation divided by the clearance.

$$[AUC]_0^\infty = \int_0^\infty C_p dt \tag{10.5}$$

$$[AUC]_0^\infty = \frac{FD_0}{\text{clearance}} = \frac{FD_0}{kV_D} \tag{10.6}$$

where $F$ = fraction of dose absorbed; $D_0$ = dose; $k$ = elimination rate constant;
and $V_D$ = volume of distribution. The AUC is independent of the route of ad-
ministration and processes of drug elimination as long as the elimination processes
do not change. The AUC can be determined by a numerical integration procedure,
such as the trapezoidal rule method. The units for AUC are concentration time
(eg, μg hr/mL).

For many drugs, the AUC is directly proportional to dose. For example, if
a single dose of a drug is increased from 250 to 1000 mg, the AUC will also show
a fourfold increase (Figs. 10–1 and 10–2).

In some cases the AUC is not directly proportional to the administered dose
for all dosage levels. For example, as the dosage of drug is increased, one of the



Figure 10–2. Linear relationship between AUC
and dose (data from Fig. 10–1).