**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

RELIANT PHARMACEUTICALS, INC.,

Plaintiff,

v.

PAR PHARMACEUTICAL, INC.,

Defendant.

C.A. No. 06-774-JJF

**DECLARATION OF WALTER G. CHAMBLISS, Ph.D. IN OPPOSITION TO RELIANT'S CLAIM CONSTRUCTION AND IN SUPPORT OF PAR'S CLAIM CONSTRUCTION**

**YOUNG CONAWAY STARGATT & TAYLOR LLP**
Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Tel: (302) 571-6600

- and -

**FROMMER LAWRENCE & HAUG LLP**
Edgar H. Haug
James K. Stronski
John G. Taylor
H. Sarah Park
745 Fifth Avenue
New York, New York 10151
Tel: (212) 588-0800

*Attorneys for Defendant Par Pharmaceutical, Inc.*

March 19, 2008

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| RELIANT PHARMACEUTICALS, INC., Plaintiff, | : | |
| v. | : | C.A. No. 06-774-JJF |
| PAR PHARMACEUTICAL, INC., Defendant. | : | |

**DECLARATION OF WALTER G. CHAMBLISS, Ph.D. IN OPPOSITION TO RELIANT'S CLAIM CONSTRUCTION AND IN SUPPORT OF PAR'S CLAIM CONSTRUCTION**

I, Walter G. Chambliss, Ph.D. declare as follows:

## I. INTRODUCTION AND BACKGROUND

1. I am currently the Director of Technology Management, a Research Professor at the National Center for Natural Products Research, and a Professor of Pharmaceutics, at the University of Mississippi. I am also the Managing Director of Chambliss Technology Development and Transfer, LLC, where I serve as a consultant to the pharmaceutical industry.

2. I received a B.S. in Pharmacy, and an M.S. and a Ph.D. in Pharmaceutics at the University of Mississippi.

3. In addition to my work as a professor and consultant, I have over 20 years of experience in pharmaceutical research and development and have worked on more than 200 pharmaceutical products for use in the United States and international markets. I have developed a variety of dosage forms, including controlled-release pellets and tablets, enteric-coated pellets and tablets, bi-layered and multi-layered tablets, and capsules filled with pellets and powders. I performed this work while employed by G.D. Searle, Bristol-Myers, and Schering Plough.

4. I am a named inventor on one United States patent. Also, as the Director of Technology Management at the University of Mississippi, I serve as the liaison between the University and the outside patent counsel in determining when to seek patents and managing the prosecution of patents. I currently manage a portfolio of over 40 issued patents and over 20 pending applications.

5. My last position held in the pharmaceutical industry, before joining the University of Mississippi, was as the Vice President of Research and Development in the Health Care Products division of Schering-Plough.

6. Before working in pharmaceutical research and development, I worked as a pharmacist for approximately five years in a variety of settings. Since 1977, I have been and remain a registered pharmacist in the State of Tennessee.

7. I have published approximately twenty articles, book chapters, and technical monographs in the field of pharmaceutical research. I was on the International Steering Committee for each of the Second, Third, and Fourth Editions of the *Handbook of Pharmaceutical Excipients*, and I have contributed to the entries for several excipients in various editions of this handbook, including acetic acid, phosphoric acid, and talc, among others.[1]

8. I have been invited to speak at numerous scientific and technical conferences as well as symposia in the field of pharmaceutics. I also teach post-graduate-level courses to pharmaceutical scientists in the United States and Europe in connection with the Center for Professional Advancement.

9. I am a member of many national and international professional societies for pharmaceutical science and technology, including the American Pharmacists Association, the

[1] *The Handbook of Pharmaceutical Excipients* is written by more than 100 pharmaceutical scientists from around the world, and contains information on the most commonly used excipients found in pharmaceutical dosage forms.

American Association of Pharmaceutical Scientists, and the Association of University Technology Managers. I am currently a candidate for President-elect for the Academy of Pharmaceutical Research and Sciences of the American Pharmacists Association.

10. I have assisted the National Institutes of Health and the National Science Foundation by serving on external review panels.

11. My research is both in the industrial and academic settings, where I have focused on pharmaceutical formulation and process development for a variety of dosage forms, including bi-layered tablets, multi-layered tablets, and capsules, including capsules filled with pellets and powders. My present consulting company, Chambliss Technology Development and Transfer, LLC, helps both large and small healthcare companies develop pharmaceutical products.

12. My curriculum vitae is attached herewith as Exhibit A. It summarizes my education and professional experience. It also includes a list of my publications.

13. I have been retained by counsel for defendant Par Pharmaceutical, Inc. ("Par") as an expert consultant in connection with this lawsuit. In connection with this declaration, I have been asked to give my opinions concerning the meanings of certain terms and/or phrases in the claims of U.S. Patent No. 5,681,588 ("the '588 patent").

## II. BASES FOR OPINIONS

14. I base my opinions on my education, training, experience, and knowledge gained from my work in connection with this lawsuit.

15. In forming my opinions, I have reviewed the '588 patent and its file history, as well as Par's and Reliant Pharmaceuticals, Inc.'s ("Reliant") opening claim construction briefs and the declarations of Dr. Christopher T. Rhodes and Dr. Jeffrey A. Hubbell. I have also consulted various dictionaries, treatises, and other scientific publications, as set forth herein.

16.     I understand that in construing claim language, a court considers the meaning it would have to a person having ordinary skill in the relevant art at the time of the invention. I have been advised by counsel to assume that the date of invention here was in the 1993-94 timeframe.

17.     In my opinion, the art relevant to the '588 patent is solid oral dosage formulation, including controlled-release formulations. The person of ordinary skill would have had, in the 1993-94 timeframe either: (1) a Ph.D. or Master's degree in pharmaceutics or pharmaceutical sciences and one to two years of experience in formulating controlled-release solid oral dosage formulations; or (2) a Bachelor's degree in pharmaceutical sciences or a related field (e.g. chemistry or biology), with five or more years in formulating controlled-release solid oral dosage formulations.

18.     I may supplement or amend my opinions if I become aware of new and pertinent information. I may also provide an additional declaration or testimony in response or rebuttal to any additional expert opinions provided by Reliant in support of its proposed claim constructions.

## III.    BACKGROUND OF THE '588 PATENT

### A.    A Tablet

19.     A tablet is a solid oral pharmaceutical dosage form. It is made by compression, molding, or compaction. (*See* Edward Rudnic & Joseph B. Schwartz, *Oral Solid Dosage Forms in Remington's Pharmaceutical Sciences* 1633 (Alfonso R. Gennaro ed., 1990) (Exhibit B hereto).) The Bayer brand of aspirin is a well-known example of a tablet.

20.     A general description of how a tablet is formulated is provided in the Declaration of Dr. Rhodes in Support of Reliant's Opening Claim Construction Brief ("Rhodes Decl.") at ¶¶ 18-23. One notable characteristic of tablets not identified by Dr. Rhodes is that to achieve the

desired precise shape and dimensions, tablets are individually compressed in a die by an upper and lower punch. *See, e.g.*, Keith Marshall and Edward M. Rudnic, *Tablet Dosage Forms, in Modern Pharmaceutics* 355 (Gilbert S. Banker & Christopher T. Rhodes eds., 1990) (Exhibit C hereto) (tablets "consist of a mixture of powders which has been compacted in a die to produce a single rigid body").

21. Descriptions of tablet compression were commonly available in the literature in the 1993-94 timeframe. *See e.g.*, *id.* at 360 ("when the upper and lower punches squeeze together (rotary press) the powder mix or granulation is forced into a tablet"); Gilbert S. Banker and Neil R. Anderson, *Tablets, in The Theory and Practice of Industrial Pharmacy* 305 (Leon Lachman et al. eds., 3d ed. 1986) (Exhibit D hereto); Exhibit B at 1634. As these well-known references demonstrate, a tablet is compacted individually.

22. Moreover, the use of "[d]ies that define the size and shape of the tablet" and the individual compression assure uniformity of the tablets. (Ex. D at 303). Each tablet has the desired, precise size and shape of the die and punches used.

**B. Solubility and Delayed Release Tablet**

23. I have considered the declarations by Dr. Rhodes and Dr. Hubbell in Support of Reliant's Opening Claim Construction Brief. Dr. Rhodes mentions the relative insolubility of propafenone hydrochloride in passing but does not discuss its significance in any detail. I submit the following to assist the court in appreciating the significance of this characteristic.

24. An immediate release tablet disintegrates and dissolves in the stomach immediately upon ingestion. Drug products made to release the drug gradually over a longer time period are commonly referred to as "sustained-release, prolonged-release, timed-release, slow-release, sustained-action, prolonged-action, or extended-action tablets or capsules." *Peroral Solids, Capsules, Tablets, and Controlled-Release Dosage Forms, in Pharmaceutical Dosage*

*Forms and Drug Delivery Systems* 183 (Howard C. Ansel & Nicholas G. Popovich eds., 1990) (Exhibit E hereto.) The '588 patent describes a "delayed" or "sustained" release dosage form for the antiarrhythmic drug propafenone hydrochloride.

25. Water-soluble drugs dissolve readily in gastrointestinal tract (i.e. the stomach and the intestines) in the body. As of 1993-94, there were many ways of preparing a prolonged-release dosage unit of such drugs, including binding the drug chemically or physically to an excipient, using an osmotic tablet, forming a multi-layer tablet, forming a coating, or embedding the drug in a matrix, or a combination of these formulation techniques. *See* Gupta & Robinson, *Oral Controlled Release Delivery*, in *Treatise on Controlled Drug Delivery* 286-87 (Agis Kydonieus ed., 1992) (Exhibit F hereto); Alfred Martin et al., *Physical Pharmacy – Physical Chemical Principles in the Pharmaceutical Sciences* 586-589 (1983) (Exhibit G hereto). The prolongation of release can be achieved by adjusting the exposed surface area of the drug to, reduce the amount of drug that comes in contact with the liquid medium in the body.

26. Propafenone hydrochloride is relatively water-insoluble. (Par Ex. 1[2], col. 2, l. 24 hereto); Par Ex. 3 at 7886.) Water-insoluble drugs or drugs with low water-solubility release slowly from a tablet by nature. A formulator could further slow the release of such drugs, if desired, by adding release-delaying agents or by decreasing the surface area of the tablet. Or the formulator could increase the release rate, if desired, by the addition of select excipients or by increasing the surface area of the drug that comes in contact with the liquid medium.

27. The microtablets of the '588 patent, administered in a capsule, collectively provide a greater surface area than one large tablet. As of the 1993-94 timeframe, the skilled artisan would have appreciated that the use of small dosage units "which can be introduced into,

[2] "Par Ex. __" refers to the exhibits contained in Par's Appendices of Exhibits in Support of Claim Construction, dated March 5, 2008.

for example, capsules was generally preferred to the administration of compact tablets because very high local concentrations of active compound in the gastrointestinal tract are avoided." (U.S. Patent No. 4,797,287 at col. 1, ll. 10-17 (Exhibit H hereto); *see* also Par Ex. 1, col. 1, ll. 45-48.) Thus, the shape and dimensions of the claimed microtablets, which determine the surface area of the dosage unit, are important features in achieving prolonged and steady release in the '588 patent.

28. The skilled artisan would have understood from the '588 patent that the release rate of the drug can be adjusted by controlling the size, i.e., the surface area of the microtablet, and also by adding excipients to the formulation:

> "[release] is *adjusted via the size of the tablet* and possibly by additives which increase the rate..." (Par Ex. 1, col. 1, ll. 52-57 (emphasis added));
>
> "[a]nother element in the control of release *besides the size of the microtablets* is the addition of wetting agents which increase the rate of dissolution." (*id.*, col. 4, ll. 26-28 (emphasis added)).

29. Also, in reading the '588 patent's prosecution history, the skilled artisan would have appreciated that the release of a water-insoluble drug such as propafenone hydrochloride can be adjusted by careful design and manufacture of the dosage form's shape and dimensions:

> "the cylindrical delayed release microtablet of the present invention is *required to have a height and diameter* that are each, independently, 1-3 mm,..." (Par Ex. 2 at PA 225);
>
> "Applicants have shown in the present application that by preparing the microtablets of the present invention to meet *the size, shape and active ingredient content requirements*, one obtains a microtablet having remarkable delayed release characteristics." (*id.* at PA 228); and
>
> "Further, there "could be no expectation by one of ordinary skill in the art of *the delayed relatively uniform release* of active ingredient . . . in a *microtablet having the required size, shape*, and other characteristics as required by the present claims." (*id.* at PA 229).

**C. Compressibility and Delayed Release Tablets**

30. I have considered the declarations by Dr. Rhodes and Dr. Hubbell in support of Reliant's Opening Claim Construction Brief. Drs. Rhodes and Hubbell have not discussed compressibility of drug substances in any detail in their declarations. Propafenone hydrochloride is a poorly compressible substance, and I describe here why that characteristic is relevant to the skilled artisan's understanding of the '588 patent.

31. In the compression of a tablet, a force is applied to a powder contained in a tablet die by an upper and a lower punch. *See* ¶ 21, above. The force of the tablet punches pushes out air from the voids in the powder. A cohesive tablet results when sufficient pressure is applied. The force necessary to form a tablet depends on the compressibility of the active ingredient and excipients.

32. The '588 patent states that propafenone hydrochloride is a poorly compressible active ingredient. (Par Ex. 1, col. 2, ll. 30-37 ("by comparison with other substances, propafenone HCl is extremely difficult to compress. A bolus tablet with commercial dosages of 150-300 mg and an active ingredient content above 80% cannot be produced under production conditions."))

33. The skilled artisan would appreciate that propafenone hydrochloride's poor compressibility is relevant to certain aspects of the claimed microtablet. First, with poorly compressible substances, one needs to apply a great force to form a tablet. Having been subjected to such a force, the tablet is very hard and does not disintegrate, or break apart, easily. As Reliant states "an increase in tablet hardness usually slows down dissolution of drug." Reliant's Opening Claim Construction Brief ("Rel. Open. Br.") at 6. The '588 patent in fact refers to the optional use of a low level of a disintegrant in the claimed microtablets "to increase the rate of erosion of active ingredient from the tablet surface." (Par Ex. 1, col. 4, ll. 43-44). As

with low-solubility, poor compressibility of propafenone hydrochloride results in formation of a tablet that inherently releases the active ingredient slowly.

34.    Secondly, for a poorly compressible substance like propafenone hydrochloride, a formulator would want to minimize the air contained in the active ingredient powder as well as in any excipients used in the formulation to improve compressibility before tablet compression. An indication of the amount of air contained in a powder is the bulk density of the powder. *See* Exhibit G at 513, 516-521. The more air that is contained in a powder, the more force is required in order to compress a tablet that is not "friable." *See* Exhibit E at 174 ("deaeration also eliminates air entrapment within the die as the tablets are compressed, thereby reducing a major cause of capping, (loose at the top like a 'cap') or splitting of tablets upon compression."). A friable tablet will break or even crumble during packaging or shipping. For this reason, many excipients sold as compression aids have a high bulk density. An active ingredient powder with a low bulk density could result in poorly compressed tablets that fall apart.

## IV.    CLAIM TERMS FOR CONSTRUCTION

### A.    The Term Microtablet

35.    Reliant defines a "microtablet" as a "small unit of solid medicament prepared by compaction." (Rel. Open Br. at § IV.A). While this is true, not all such units of solid medicament prepared by compaction are "tablets." For example, a "pellet" is a solid pharmaceutical dosage form that can be made by compaction that is distinct from a tablet. Pellets can be made by mixing a drug with excipients, compacting the mixture in an extruder, and cutting the extrudate into pieces which can be ultimately shaped into variably sized and non-uniform particles. (Exhibit H, col. 1, ll. 40-56.) Though pellets are "small unit form of solid medicament prepared by compaction," they are not as uniform or precise as small tablets.

36. In my opinion, a "microtablet" as used in the '588 patent properly means ***a small compressed solid dosage form of precise shape and dimensions***, because this definition captures the required aspects of the microtablets in claim 1.

37. As explained in paragraphs 19 through 22 above, tablets are compressed individually in a die of a specific shape and dimensions. The die design and the set parameters of the tablet press result in tablets of uniform size, shape, and weight. The preciseness of the tablet is simply an inherent result of the tabletting process, and one that is important in proper administration of a drug.

38. The skilled artisan would understand that the preciseness of the size, shape, and weight is important with microtablets also, because the patent states that release rate of the drug is adjusted by the size of the microtablets: "[release] is *adjusted via the size of the tablet* and possibly by additives which increase the rate..." (Par Ex. 1, col. 1, ll. 52 – 57 (emphasis added)); "[a]nother element in the *control of release besides the size of the microtablets* is the addition of wetting agents which increase the rate of dissolution." (*Id.*, col. 4, ll. 26 – 28 (emphasis added).) Claim 1 prescribes the shape as cylindrical with convex or flat upper and lower surfaces, and dimensions between 1 and 3 mm, that are necessary for attaining delayed release.

39. The '588 patent also describes how the microtablet is made and the descriptions consistently indicate conventional tabletting, involving individual compression in a die and inherent preciseness of the microtablets' shape and dimensions. (*Id.*, col. 4, ll. 19-22 ("tabletting takes place in a suitable tabletting machine equipped with multiple microtablet punches"); col. 5, ll. 25-26 ("produced in a rotary tabletting machine equipped with multiple microtablet punches"); col. 8, ll. 60-61 ("compressed in a cylindrical mold with a height and diameter each of 1-3mm").)

**B. The Phrase "the tablet contains no release-delaying ancillary substance"**

40. Reliant defines the claim term "the tablet contains no release-delaying ancillary substance" as meaning that "the tablet contains no excipient that forms a release-delaying coating or matrix." (Rel. Open. Br. at § IV.D.) In my opinion, this is too restrictive a definition, even in the 1993-94 timeframe, because as stated in paragraph 25 above, there were several other well known ways to accomplish delayed release in the art at that time. For example, the skilled artisan would be well aware of binding a drug to an excipient to slow its dissolution in the body, e.g. albumins, pectins, absorbents, ion-exchange resins, etc. (Exhibit F at 286.) The skilled artisan would accordingly understand "release-delaying ancillary substance" to include these substances also.

41. In my opinion, the claim phrase means that ***the claimed microtablet includes no amount of any chemical element or compound other than the active ingredient that prolongs the diffusion of the active ingredient to any degree***. This is the natural understanding that a skilled artisan would form in reading Claim 1, the specification of the '588 patent, and the prosecution file history.

42. Claim 1, element (f) in full reads "the tablet contains no release-delaying ancillary substance but 0.1-5% by weight of a lubricant and 0-18.9% by weight of other conventional ancillary substances." The natural reading by the skilled artisan is that the microtablet should not have any release-delaying auxiliary substances (also known as excipients or inactive ingredients), but may contain a lubricant and may contain other conventional excipients as long as the lubricant and the other conventional excipients used in the formulation do not prolong the release of the drug from the microtablet. The prosecution history is consistent with this understanding.

43. "Release delaying agents," are well known to those of ordinary skill in the art as excipients that are added to a formulation to intentionally delay the release of the drug from the tablet. Excipients that are commonly used to provide a delayed release function include ingredients such as ethylcellulose, or sodium alginate and Eudragit RS as used in Example 8 of the '588 patent. *See Handbook of Pharmaceutical Excipients* 186-190, 428-430, 362-366 (Ainley Wade & Paul J. Weller eds., 2d ed. 1994) (Exhibit I hereto).

44. As Drs. Rhodes and Hubbell state, certain ancillary substances such as lubricants and wetting agents can have an effect on the release rate. (Rhodes Decl. ¶¶ 70-71, 75; Declaration of Dr. Jeffrey A. Hubbell in Support of Reliant's Opening Claim Construction Brief ("Hubbell Decl.") ¶ 42.) The '588 patent lists several conventional excipients such as talc, magnesium stearate, hydoxypropylmethylcellulose, alkyl sulfates, etc. that can be used in the formulation. (Par Ex. 1, col. 3, ll. 66 - col. 4, l. 18; col. 4, ll. 28-36.) The skilled artisan would recognize that some of these excipients could slow down the release of the drug from a microtablet whereas others could speed up the release. However, whether a particular excipient actually slows down or speeds up the release of the drug depends on its specific properties (e.g., low versus high viscosity grade and water solubility of a polymer) and the amount present in the dosage form in relation to the amount of active ingredient contained in the dosage form. Therefore the skilled artisan would recognize that these ancillary substances can be used in the claimed microtablet as long as they do not prolong the release of the drug from the microtablet. See e.g., "magnesium stearate" (Exhibit I at 281).

45. Thus, I conclude that the skilled artisan as of 1993-94 would understand from claim language, the remainder of the '588 patent, and its file history that the phrase "tablet contains no release-delaying ancillary substance" means that ***the claimed microtablet includes***

***no amount of any chemical element or compound other than the active ingredient that prolongs the diffusion of the active ingredient to any degree.***

**C. The Phrase "active ingredient density is greater than 1"**

46. Reliant defines "active ingredient density" as the "density of the active ingredient in the delayed release microtablet." (Rel. Open. Br. at § IV.H.; Rhodes Decl. ¶93; Hubbell Decl. ¶62) Reliant's definition of "active ingredient density" is vague. It does not use any units, or cite to any literature where active ingredient density was referred to in this way. Reliant's experts do not provide any example calculations or cite to any literature in the art to support their definition. To my knowledge there is no practical way of measuring the density of an active ingredient once it has been compressed into a microtablet. Certainly, the '588 patent teaches none. In my opinion, a person of ordinary skill would not understand the density of the active ingredient in the microtablet when there is no commonly accepted means of making such measurements and the patent teaches none.

47. In my opinion, this claim phrase has the customary and ordinary meaning: ***the propafenone, diprafenone, or their pharmacologically acceptable salts used to make the claimed microtablet has a bulk density greater than 1 gram per cubic centimeter (or gram per milliliter).***

48. The bulk density of a drug is a fundamental property of a powder that is important to pharmaceutical formulations. (*See* Ex. G at 512-521.) Two types of density are commonly used in the art to describe a drug powder. "Bulk density" is the mass of a powder specified in grams, divided by the bulk volume of the powder specified as cubic centimeters. A bulk density measurement includes the air that is contained within the void spaces in the powder. "True density" is the density of the powder exclusive of the air contained within the void spaces. (*Id.* at 513-516.)

49. One of ordinary skill in the art reading the '588 patent specification and claims would understand that active ingredient density refers to the bulk density of the active ingredient and not the true density of the active ingredient, because it is the bulk density of the active ingredient that impacts performance in a pharmaceutical formulation. Bulk density of the active ingredient at the practical level directly impacts the size of storage drums and mixing vessels that can be used to store and mix a prescribed weight of a powder.

50. In addition, it was well known in the 1993-94 timeframe that the bulk density of a powder impacts its flowability and compressibility. In general, the higher the bulk density of a powder, the better the compressibility and flowability. (*Id.* at 517-520.) The concept of "compressibility" was discussed above. "Flowability" is another physical characteristic that simply refers to how well a powder flows from the hopper of a tablet press into a tablet die. A powder that flows poorly will result in variable tablet weights. (*Id.* at 518; Eugene L. Parrott, *Compression in Pharmaceutical Dosage Forms - Tablets* 201 (Herbert A. Liebermann et al. eds., 2d ed. 1990) (Exhibit J hereto.)

51. For the reasons stated above, suppliers of drug powders typically provide the bulk density of the drug on the certificate of analysis that is provided to the customer and often the drug powder must meet a bulk density specification in order for it to be used in the pharmaceutical formulation. *See e.g.* Par Ex. 22.

52. Dr. Rhodes states that "active ingredient density" refers to a "characteristic of the delayed release microtablet." Rhodes Decl. ¶¶ 95-96. Presumably he is saying that "active ingredient density" is not a characteristic of the active ingredient itself but the *amount* of active ingredient that is contained in the delayed release microtablet. I disagree. The *amount* of active ingredient contained in the delayed release microtablet is already specified in claim element 1 (b)

(i.e. from 81 to 99.9% of the weight of the microtablet). It would be redundant to construe claim element 1 (c) to also be an indication of the *amount* of active ingredient contained in the delayed release microtablet. It is clear that "active ingredient density" as used in claim element 1 (c) is referring to the bulk density of the active ingredient before it is mixed with other excipients and then is compressed into a tablet. In other words a literal reading of elements (a), (b), and (c) of Claim 1 defines 3 different physical properties of the microtablets as follows:

1 (a) – the height and diameter of the microtablets are defined as 1 to 3 mm.

1 (b) – the active ingredient content (i.e. the amount of the active ingredient contained in the microtablet) is defined as 81 to 99.9% of the weight of the microtablet.

1 (c) – the density of the active ingredient is defined as being greater than 1.

53. In addition, as stated above in section III.C., the skilled artisan would know that he could improve the compressibility of a poorly compressible drug like propafenone hydrochloride by increasing its bulk density. As discussed above, the bulk density of the active ingredient before compression is of practical concern to a formulator. Reliant's definition of the phrase "active ingredient density" is merely redundant in view of the preceding claim element 1(b) concerning the amount of active ingredient in the claimed microtablets and offers no practical information to the formulator.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 19th day of March 2008, at Memphis, Tennessee.

[signature]

Walter G. Chambliss, Ph.D.

**CERTIFICATE OF SERVICE**

I, Karen L. Pascale, Esquire, hereby certify that on March 19, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Jack B. Blumenfeld [jbbefiling@mnat.com]
Maryellen Noreika [menefiling@mnat.com]
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

I further certify that on March 19, 2008, I caused a copy of the foregoing document to be served on the above-listed counsel and on the following non-registered participants in the manner indicated:

***By E-Mail and Hand Delivery***

Jack B. Blumenfeld [jblumenfeld@mnat.com]
Maryellen Noreika [mnoreika@mnat.com]
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

***By E-Mail***

John Desmarais [jdesmarais@kirkland.com]
Gerald J. Flattmann, Jr. [gflattmann@kirkland.com]
Christine Willgoos [cwillgoos@kirkland.com]
William T. Vuk [wvuk@kirkland.com]
KIRKLAND & ELLIS LLP
Citigroup Center
153 E. 53rd Street
New York, NY 10022
(212) 446-4800

Steven C. Cherny [steven.cherny@lw.com]
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
(212) 906-1200

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

*/s/ Karen L. Pascale*

Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391

*Attorneys for Defendant-Counterclaimant, Par Pharmaceutical, Inc.*

# EXHIBIT A

**Walter Galloway Chambliss, Ph.D.**
**43 W. Carlos Road**
**Memphis, Tennessee 38117**
**Home Office: 901-763-2703, Fax: 901 763-2703**
**University Office: 662-915-7134, Fax: 662-915-1006**

## EDUCATION

**Ph. D. Pharmaceutics**, University of Mississippi, December 1982
**M.S. Pharmaceutics**, University of Mississippi, December 1980
**B.S. Pharmacy**, University of Mississippi, May 1977

## WORK EXPERIENCE

**UNIVERSITY OF MISSISSIPPI** — **1999 to Present**

**Director of Technology Management; Research Professor, National Center for Natural Products Research; Professor, Pharmaceutics** — **2004 to Present**

Responsible for business development, intellectual property management and licensing for the University. Responsible for managing late stage pharmaceutical development projects and for teaching in graduate level courses in Pharmaceutics, Pharmacology and Pharmacy Administration.

**Associate Director, National Center for Natural Products Research, Research Professor, Pharmaceutics; School of Pharmacy** — **1999 to 2004**

Responsible for business development, intellectual property management and licensing for the School of Pharmacy. Responsible for pharmaceutical product development projects for the National Center for Natural Products Research and for teaching graduate courses in Pharmaceutics and Pharmacy Administration.

**CHAMBLISS TECHNOLOGY DEVELOPMENT AND TRANSFER, LLC** — **1998 to Present**
**Managing Director; Memphis, TN**

Founder of a consulting company to assist with R&D management, project management, preparation or review of technical documents, intellectual property management, and business development.

**SCHERING-PLOUGH HEALTHCARE PRODUCTS** — **1987 to 1998**
**Vice President, Research and Development (1993-1998)**
**Memphis, TN**

Led all technical groups in support of new and existing products under the Dr. Scholl's, Coppertone and the Schering-Plough over-the-counter brands such as Afrin, Correctol, A&D, Drixoral, Chlor-Trimeton, Lotrimin, Tinactin, and Gyne-Lotrimin. Supervised Formulation

Development, Process Development/Validation, Analytical Methods Development/Validation, Stability, Project Management, Product Safety/Toxicology, Clinical Development, Package Development, International Technical Services, and Consumer Relations. Reviewed and approved consumer labeling. Responsible for a $10 million budget and over 100 professionals. Directly responsible for technical evaluation of business development and Rx-to-OTC switch opportunities.

**Key Accomplishments:**

- Launched an average of 30 new or improved products per year in the United States, Canada, Japan, Latin America, and Europe. New products represented 25% of annual sales.
- Transferred 100 products with sales of over $200 million to 12 contract manufacturing sites over an 18-month period.
- Developed a strategic plan for the division with an executive team.
- Initiated and managed collaborative research alliances with European partners.
- Developed and implemented a project team approach to product development.

**Senior Director, Scientific Affairs; Liberty Corner, New Jersey (1991-1993)**

A staff position reporting to the Senior Vice President of Scientific and Regulatory Affairs. Led the Rx-to-OTC switch program, coordinated internal and external research programs, served on the Label and Advertising Review Committee and represented the corporation on trade association task groups. Served as interim Medical Director.

**Key Accomplishments:**

- Chaired the Non-Prescription Drug Manufacturers Association task group on antihistamines in the common cold. This led to an FDA agreement that antihistamines were safe and effective for this indication.
- Accelerated the completion of several NDA clinical programs while serving as interim Medical Director.
- Created four multidisciplinary therapy teams to drive the new products program.

**Director, Pharmaceutical R&D; Memphis, TN (1990-1991)**

Led group of 30 professionals responsible for formulation development for the OTC product line, and clinical supplies and analytical methods for the Coppertone, Dr. Scholl's, and the OTC product line.

**Key Accomplishments:**

- Assembled and led a task group to upgrade R&D to develop products for NDA submissions. The result was the addition of 50 new R&D scientists across all disciplines, a total rewrite of the SOP's, and initiation of 12 NDA projects.

**WALTER GALLOWAY CHAMBLISS, Ph.D.**

**Associate Director, Pharmaceutical R&D Memphis, TN (1987-1989)**

Managed a group of ten professionals responsible for formulation development and clinical supplies of OTC products and Dr. Scholl's drug and cosmetic products.

**BRISTOL-MYERS PHARMACEUTICAL COMPANY,** **1984 to 1987**
**Manager, Pharmaceutical Development; Evansville, IN (1987)**

Developed new pharmaceutical products under NDA's for the Animal Health Division. Supervised a group of three professionals responsible for all aspects of product development.

**Senior Research Scientist, Pharmaceutical R&D; Syracuse, New York (1986-1987)**

Conducted formulation development of new antibiotic compounds and independent research on novel controlled-release delivery systems.

**Department Head Process Development; Syracuse, New York (1984-1986)**

Managed a group of three professionals responsible for process development and technology transfer of new products for the Bristol Laboratories Division. The group, which reported to Operations, was responsible for solids, liquids, and sterile products.

**G. D. SEARLE PHARMACEUTICAL COMPANY** **1982 to 1984**
**Research Investigator, Pharmaceutical R&D; Skokie, IL.**

Responsible for formulation development, process development and transfer to production of new pharmaceutical products.

**RELIEF PHARMACIST** **1978 to 1982**
**Senatobia Hospital; Senatobia, Ms.**
**Batesville Hospital; Batesville, Ms.**
**Chaney's Pharmacy; Oxford, Ms.**

Responsible for managing the pharmacies on weekends, holidays and vacations.

**UNIVERSITY OF MISSISSIPPI, SCHOOL OF PHARMACY** **1978 TO 1982**
**Graduate teaching instructor**

Responsible for teaching pharmacy students how to prepare, label and dispense prescriptions.

**WALGREENS PHARMACY** **1978 TO 1978**
**Pharmacist**

Responsible for filling prescriptions and managing the pharmacy operations. Filled approximately 300 prescriptions per day.

**WALTER GALLOWAY CHAMBLISS, Ph.D.**

**TREASURY PHARMACY** **1977 TO 1978**
**Pharmacist**

Responsible for filling prescriptions and managing the pharmacy operations. Filled approximately 300 prescriptions per day.

**DOCTORS HOSPITAL** **1977 TO 1977**
**Pharmacist**

Responsible for filling prescriptions for a 100 bed hospital.

**PUBLICATIONS, PATENTS AND PRESENTATIONS**

Chambliss, W.G., "Formulation Issues Related to Dietary Supplements and Nutraceuticals", Formulation and Stability of Nutraceuticals Roundtable. American Association of Pharmaceutical Scientists Annual Meeting, 2007.

Chambliss, W.G., Course Director & Instructor, "Pharmaceutical Process Development and Technology Transfer", Center for Professional Advancement, Sao Paulo, Brazil, 2007.

Chambliss, W.G., Course Director & Instructor, "Pharmaceutical Technology Transfer", Center for Professional Advancement, New Brunswick, N.J., and Amsterdam, Netherlands; 2004, 2005 2006 and 2007.

Chambliss, W.G., Instructor, "Scale up and Post-Approval Changes Guidelines (SUPAC and BACPAC)", New Brunswick, N.J.; Boca Raton, Florida; and Amsterdam, Netherlands; Center for Professional Advancement, 2004, 2005, 2006 and 2007.

Garrison, R., Chambliss, W., Effect of a Proprietary Magnolia and Phellodendron Extract on Weight Management: A Pilot, Double-Blind, Placebo-Controlled Clinical Trial, Alternative Therapies in Health and Medicine, Vol. 12, No. 1, 2006.

Cheboyina, S., Chambliss, W., and Wyandt, C., "A Novel Freeze Pelletization Technique for Preparing Matrix Pellets", October, 100-110, 2004.

Chambliss, W.G., "*JPharmSci:* An International Source for Answers to Critical Research Questions", *JAPhA 44:*122-125, 2004.

Glisson J.K., Rogers H.E., and Chambliss W.G., "Dietary Supplements: Important Concerns for the Clinician", *Miss State Med Assoc*: 44(2):35-38, 2003.

Chambliss, W.G., Instructor, "Semi-solids Process Development", Center for Professional Advancement, 2003.

Chambliss, W.G., Acetic Acid, Glacial; Handbook of Pharmaceutical Excipients, 4th Edition, Rowe, Sheskey and Weller, Editors, Pharmaceutical Press and APhA, 2003

Chambliss, W.G., Phosphoric Acid, Handbook of Pharmaceutical Excipients, 4th Edition, Rowe, Sheskey and Weller, Editors., Pharmaceutical Press and APhA, 2003

Chambliss, W.G., Hufford, C.D., Flagg, M.L., and Glisson, J.K., "Assessment of the Quality of Reference Books on Botanical Dietary Supplements", *JAPhA*, 42:723-734, 2002.

Chambliss, W., "Tolerability and Pharmacokinetics of Ascending Doses of Delta-9 THC-Hemisuccinate in Suppositories and Comparative Bioavailability with Oral Marinol", Invited Speaker, International Cannabinoid Society Annual Meeting, July 2002

Chambliss, W., "Phase I Clinical Studies on THC-Hemisuccinate Suppositories", Invited Speaker, Center for Medicinal Cannabis Research Workshop, July 2002

Bentley, P.J., Best, A.M., Reisetter, B.C. and Chambliss, W.G., "Experiences and Activities of Primary Care Physicians Regarding Patient Use of Herbal Products", Academy of Health Services Research and Health Policy Annual Meeting, Washington, D.C., June 2002.

Bentley, P.J., Best, A.M., Reisetter, B.C. and Chambliss, W.G., "The Regulation of Herbal Products in the U.S.: What are the Views of Community Pharmacists and Primacy Care Physicians?" American Pharmaceutical Association Convention, March 2002.

Avdeef, A., Strafford, M., Block, E., Balogh, M.P., Chambliss, W., and Khan, I., "Drug Absorption in vitro Model: Filter-Immobilized Artificial Membranes. 2. Studies of the Permeability Properties of Lactones in Piper methysticum Forst. Eur. *J. Pharm. Sci*., 14(4) 271-280, 2001.

Chambliss, W.G., "Dietary Supplements and Controlled Release", Invited Speaker, 28th International Symposium on Controlled Release of Bioactive Materials, June 2001.

Chambliss, W.G., "Nutraceutical Formulations: Impact on Bioavailability", in Examining the Science Behind Nutraceuticals, Proceedings of the AAPS Dietary Supplement Forum, AAPS Press, pps. 367-380, 2001.

Sufka, K.J, Roach, J.T, Chambliss, W.G., Broom, S., Feltenstein, M.W., Wyandt, C., and Zeng, L., "Anxiolytic Properties of Botanical Extracts in the Chick Social Separation-Stress Procedure", *Psychopharmacology*, Vol 153, Issue 2, 2001.

Chambliss, W.G., "New Product Opportunities Through Formulation and Claim Support", Invited Speaker, Global Advisory Board, American Home Products, October 2000.

Chambliss, W.G., "Nutraceutical Formulations: Impact on Bioavailability", Invited Speaker, American Association of Pharmaceutical Scientists Dietary Supplement Forum, June 2000.

Instructor, "The Postgraduate Course in Tablet Technology", University of Tennessee, 10/98, 3/99 and 6/99.

Chambliss, W.G., "The Demands of Leadership", Invited Speaker; Honors Day, University of Mississippi, 4/98.

Chambliss, W.G., "Management versus Leadership", Rho Chi Banquet, University of Mississippi, 4/99.

Editorial Advisory Board, the Handbook of Pharmaceutical Excipients, 2nd, 3rd and 4th Editions.

J. Haslwanter and W. Chambliss, "Non-cariogenic Confections", U.S. Patent #4,963,359, October 16, 1990

J. Rider, E. Brunson, W. Chambliss, R. Cleary, G. Hemati, A Hakal, J. Johnson C. Rainey, L. Walker, and A. Jones, "Evaluation of an In Vitro Dissolution Apparatus for Medicated Chewing Gums", Poster Session, AAPS National Meeting, Atlanta, GA, November 1989.

Chambliss. W. G., "Conventional and Specialize Coating Pans", in Pharmaceutical Pelletization Technology, Marcel Dekker, Inc., NY 1989.

Chambliss. W.G., "Enteric Coatings", The Encyclopedia of Pharmaceutical Technology, Marcel Dekker, Inc. NY, 1990.

Patel, T. and Chambliss, W.G., "Formulation and Manufacture of Antibiotics", Antibiotics and Microbial Transformation, CRC Press, 1987.

Chambliss, W. G. and Hendrick, M.G., "One Approach to Reprocessing", Pharmaceutical Technology, December 1986.

Chambliss, W. G., "Shellac", Lawrence Review of Natural Products, Vol. 6, No. 7, July, 1985.

Chambliss, W. G., "Raw Material Characterization", Pharmaceutical Technology, June, 1984.

Chambliss, W. G., Chambliss, D. A., Cleary, R. W., Jones, A. B., Harland, E. and Kibbe, A. H., "The Development and Evaluation of Enteric Coated Penicillamine Tablets", Journal of Pharmaceutical Sciences, 73, 1215, 1984.

Chambliss, W. G., "The Forgotten Dosage Form: Enteric Coated Tablets", Pharmaceutical Technology, September 1983.

Chambliss, W.G., and Kibbe, A.H., "Zomepirac Pharmacokinetics in Renal Failure Patients", American Pharmaceutical Association Conference, Las Vegas, Nevada; April 1982.

Chambliss, W.G., Cleary, R. W., Fischer, R. Jones, A.B., Skierkowski, P., Nicholes, W., and Kibbe, A.H., "Effect of Docusate Sodium on Drug Release from a Controlled-Release Dosage Form", Journal of Pharmaceutical Sciences, 70: 1248, 1981.

**Reviewer:**

European Journal of Pharmaceutics and Biopharmaceutics, 2007 to present

National Science Foundation, Review Panel, Partnerships for Innovation Program, 2005

Journal of the American Pharmacists Association, 2004 to present

International Journal of Pharmaceutical Compounding, 2003 to present

Journal of Biomolecular Screening, 2003 to present

Natural Sciences and Engineering Research Council (NSERC), Ottawa, Canada, 2001 and 2002

Journal of Pharmaceutical Marketing and Management, 2000 to present

Journal of Natural Products, 2000 to present

Journal of the American Pharmaceutical Association, 2000 to 2004

National Center for Complementary and Alternative Medicine, Special Emphasis Panel, National Institutes of Health, March 2000, July 2000, October 2000, March 2001

## HONORS AND PROFESSIONAL ORGANIZATIONS

Fellow, Academy of Pharmaceutical Research and Sciences, American Pharmaceutical Association, 2003

Fellow, American Association of Indian Pharmaceutical Sciences, 2006

Chair, Strategic Alliance Committee, Licensing Executives Society, 2007/2008

Chair-Elect, Strategic Alliance Committee, Licensing Executives Society, 2006/2007

Board of Directors, Phytochemical Services Inc., 2006 to present

Board of Directors, Children's GMP LLC, 2005 to present

Executive Committee, Academy of Pharmaceutical Research and Sciences, American Pharmacists Association, 2003-2004

Board of Directors, University of Mississippi Research Foundation, 2004 to present

Board of Directors, Secretary and Treasurer, Technology Resources Foundation, 2003 to 2004

External Research Advisory Committee, Mississippi State University, 1994 to 2002

Scientific Advisory Board, Southern Regional Poison Control Center, 1996 to 2002 (Chairman-7/98 to 6/2000)

Scientific Advisory Board, Next Pharmaceuticals, 1999 to present

Technology Council Executive Committee, Memphis Area Regional Chamber of Commerce, 2002 to 2004

Technology Council Steering Committee, Oxford Lafayette County Economic Development Foundation, 2004 to 2006.

**WALTER GALLOWAY CHAMBLISS, Ph.D.**

Distinguished Alumni Award, University of Mississippi School of Pharmacy, 1998

Chair, Basic Sciences Section, Academy of Pharmaceutical Research and Sciences, American Pharmaceutical Association, 2002-2003

Chair-elect, Basic Sciences Section, Academy of Pharmaceutical Research and Sciences, American Pharmaceutical Association, 2001-2002

Member at Large, Basic Sciences Section, Academy of Pharmaceutical Research and Sciences, American Pharmaceutical Association, 1999 - 2001

Academy of Pharmaceutical Research and Sciences, American Pharmaceutical Association, Liaison to the *Journal of Pharmaceutical Sciences*, Editorial Advisory Board, 2001 – 2004.

Dietary Supplement Advisory Board, American Association of Pharmaceutical Sciences, 2001 to 2002.

Tennessee State Governor's Biotechnology Task Force - Commercialization Committee member, 2001 to 2003.

Registered Pharmacist, State of Tennessee, 1977 to present

Who's Who Among Students in American Universities and Colleges, 1982

National Register of Outstanding College Graduates, 1982

Rho Chi Honor Society

American Association of Pharmaceutical Scientists

Association of University Technology Managers

American Pharmacists Association

Licensing Executives Society

# EXHIBIT B



Remington's
Pharmaceutical
Sciences

Eighteenth Edition

18TH EDITION

# Remington's

**ALFONSO R. GENNARO**
*Editor, and Chairman of the Editorial Board*

# Pharmaceutical Sciences

1990

MACK PUBLISHING COMPANY
Easton, Pennsylvania 18042

RS91
.R384
1990

Entered according to Act of Congress, in the year 1885 by Joseph P Remington, in the Office of the Librarian of Congress, at Washington DC

Copyright 1889, 1894, 1905, 1907, 1917, by Joseph P Remington

Copyright 1926, 1936, by Joseph P Remington Estate

Copyright 1948, 1951, by The Philadelphia College of Pharmacy and Science

Copyright © 1956, 1960, 1965, 1970, 1975, 1980, 1985, 1990, by The Philadelphia College of Pharmacy and Science

*All Rights Reserved*

Library of Congress Catalog Card No. 60-53334

ISBN 0-912734-04-3

The
UNIVERSITY
OF CHICAGO
LIBRARY

*The use of structural formulas from USAN and the USP Dictionary of Drug Names is by permission of The USP Convention. The Convention is not responsible for any inaccuracy contained herein.*

*NOTICE—This text is not intended to represent, nor shall it be interpreted to be, the equivalent of or a substitute for the official United States Pharmacopeia (USP) and/or the National Formulary (NF). In the event of any difference or discrepancy between the current official USP or NF standards of strength, quality, purity, packaging and labeling for drugs and representations of them herein, the context and effect of the official compendia shall prevail.*

*Printed in the United States of America by the Mack Printing Company, Easton, Pennsylvania*

CHAPTER 89

# Oral Solid Dosage Forms

**Edward Rudnic, PhD**
Director, Formulation Development
Schering-Plough Research
Miami, FL 33169

**Joseph B Schwartz, PhD**
Tice Professor of Pharmaceutics
Philadelphia College of Pharmacy and Science
Philadelphia, PA 19104

Drug substances most frequently are administered orally by means of solid dosage forms such as tablets and capsules. Large-scale production methods used for their preparation, as described later in the chapter, require the presence of other materials in addition to the active ingredients. Additives also may be included in the formulations to enhance the physical appearance, improve stability and aid in disintegration after administration. These supposedly inert ingredients, as well as the production methods employed, have been shown in some cases to influence the release of the drug substances.[1] Therefore care must be taken in the selection and evaluation of additives and preparation methods to ensure that the physiological availability and therapeutic efficacy of the active ingredient will not be diminished.

In a limited number of cases it has been shown that the drug substance's solubility and other physical characteristics have influenced its physiological availability from a solid dosage form. These characteristics include its particle size, whether it is amorphous or crystalline, whether it is solvated or nonsolvated and its polymorphic form.[7] After clinically effective formulations are obtained, variations among dosage units of a given batch, as well as batch-to-batch differences, are reduced to a minimum through proper in-process controls and good manufacturing practices. The recognition of the importance of validation both for equipment and processes has greatly enhanced assurance in the reproducibility of formulations. It is in these areas that significant progress has been made with the realization that large-scale production of a satisfactory tablet or capsule depends not only on the availability of a clinically effective formulation but also on the raw materials, facilities, personnel, validated processes and equipment, packaging and the controls used during and after preparation (Fig 89-1).

Fig 89-1. Tablet press operators checking batch record in conformance with Current Good Manufacturing Practices (courtesy, Lilly).

## Tablets

Tablets may be defined as solid pharmaceutical dosage forms containing drug substances with or without suitable diluents and prepared either by compression or molding methods. They have been in widespread use since the latter part of the 19th century and their popularity continues. The term *compressed tablet* is believed to have been used first by John Wyeth and Brother of Philadelphia. During this same period, molded tablets were introduced to be used as "hypodermic" tablets for the extemporaneous preparation of solutions for injection. Tablets remain popular as a dosage form because of the advantages afforded both to the manufacturer (eg, simplicity and economy of preparation, stability and convenience in packaging, shipping and dispensing) and the patient (eg, accuracy of dosage, compactness, portability, blandness of taste and ease of administration).

Although the basic mechanical approach for their manufacture has remained the same, tablet technology has undergone great improvement. Efforts are being made continually to understand more clearly the physical characteristics of tablet compression and the factors affecting the availability of the drug substance from the dosage form after oral administration. Compression equipment continues to improve both as to production speed and the uniformity of tablets compressed. Recent advances in tablet technology have been reviewed.[8-13]

Although tablets frequently are more discoid in shape, they also may be round, oval, oblong, cylindrical or triangular. They may differ greatly in size and weight depending on the amount of drug substance present and the intended method of administration. They are divided into two general classes, whether they are made by compression or molding. Compressed tablets usually are prepared by large-scale production methods while molded tablets generally involve small-scale operations. The various tablet types and abbreviations used in referring to them are listed below.

### Compressed Tablets (CT)

These tablets are formed by compression and contain no special coating. They are made from powdered, crystalline or granular materials, alone or in combination with binders, disintegrants, lubricants, diluents and in many cases, colorants.

**Sugar-Coated Tablets (SCT)**—These are compressed tablets containing a sugar coating. Such coatings may be colored and are beneficial in covering up drug substances possessing objectionable tastes or odors, and in protecting materials sensitive to oxidation.

**Film-Coated Tablets (FCT)**—These are compressed tablets which are covered with a thin layer or film of a water-soluble material. A number of polymeric substances with film-forming properties may be used. Film coating imparts the same general characteristics as sugar coating with the added advantage of a greatly reduced time period required for the coating operation.

**Enteric-Coated Tablets (ECT)**—These are compressed tablets coated with substances that resist solution in gastric fluid but disintegrate in the intestine. Enteric coatings can be used for tablets containing drug substances which are inactivated or destroyed in the stomach, for those which irritate the mucosa or as a means of delayed release of the medication.

**Multiple Compressed Tablets (MCT)**—These are compressed tablets made by more than one compression cycle.

*Layered Tablets*—Such tablets are prepared by compressing additional tablet granulation on a previously compressed granulation. The operation may be repeated to produce multilayered tablets of two or three layers. Special tablet presses are required to make layered tablets such as the Versa press *(Stokes/Pennwalt)*.

*Press-Coated Tablets*—Such tablets, also referred to as dry-coated, are prepared by feeding previously compressed tablets into a special tableting machine and compressing another granulation layer around the preformed tablets. They have all the advantages of compressed tablets, ie, slotting, monogramming, speed of disintegration, etc, while retaining the attributes of sugar-coated tablets in masking the taste of the drug substance in the core tablets. An example of a press-coated tablet press is the *Manesty* Drycota. Press-coated tablets also can be used to separate incompatible drug substances; in addition, they can provide a means to give an enteric coating to the core tablets. Both types of multiple-compressed tablets have been used widely in the design of prolonged-action dosage forms.

**Controlled-Release Tablets**—Compressed tablets can be formulated to release the drug slowly over a prolonged period of time. Hence, these dosage forms have been referred to as "Prolonged-Release" or "Sustained-Release" dosage forms as well. These tablets (as well as capsule versions) can be categorized into three types: (1) those which respond to some physiological condition to release the drug, such as enteric coatings; (2) those that release the drug in a relatively steady, controlled manner and (3) those that combine combinations of mechanisms to release "pulses" of drug, such as repeat-action tablets. The performance of these systems are described in more detail in Chapter 91.

**Tablets for Solution**—Compressed tablets to be used for preparing solutions or imparting given characteristics to solutions must be labeled to indicate that they are not to be swallowed. Examples of these tablets are Halazone Tablets for Solution and Potassium Permanganate Tablets for Solution.

**Effervescent Tablets**—In addition to the drug substance, these contain sodium bicarbonate and an organic acid such as tartaric or citric. In the presence of water, these additives react liberating carbon dioxide which acts as a distintegrator and produces effervescence. Except for small quantities of lubricants present, effervescent tablets are soluble.

**Compressed Suppositories or Inserts**—Occasionally, vaginal suppositories, such as Metronidazole Tablets, are prepared by compression. Tablets for this use usually contain lactose as the diluent. In this case, as well as for any tablet intended for administration other than by swallowing, the label must indicate the manner in which it is to be used.

**Buccal and Sublingual Tablets**—These are small, flat, oval tablets. Tablets intended for buccal administration by inserting into the buccal pouch may dissolve or erode slowly; therefore, they are formulated and compressed with sufficient pressure to give a hard tablet. Progesterone Tablets may be administered in this way.

Some newer approaches use tablets that melt at body temperatures. The matrix of the tablet is solidified while the drug is in solution. After melting, the drug is automatically in solution and available for absorption, thus eliminating dissolution as a rate-limiting step in the absorption of poorly soluble compounds. Sublingual tablets, such as those containing nitroglycerin, isoproterenol hydrochloride or erythrityl tetranitrate, are placed under the tongue. Sublingual tablets dissolve rapidly and the drug substances are absorbed readily by this form of administration.

### Molded Tablets or Tablet Triturates (TT)

Tablet triturates usually are made from moist material using a triturate mold which gives them the shape of cut sections of a cylinder. Such tablets must be completely and rapidly soluble. The problem arising from compression of these tablets is the failure to find a lubricant that is completely water-soluble.

**Dispensing Tablets (DT)**—These tablets provide a convenient quantity of potent drug that can be incorporated readily into powders and liquids, thus circumventing the necessity to weigh small quantities. These tablets are supplied primarily as a convenience for extemporaneous compounding and should never be dispensed as a dosage form.

**Hypodermic Tablets (HT)**—Hypodermic tablets are soft, readily soluble tablets and originally were used for the preparation of solutions to be injected. Since stable parenteral solutions are now available for most drug substances, there is no justification for the use of hypodermic tablets for injection. Their use in this manner should be discouraged since the resulting solutions are not sterile. Large quantities of these tablets continue to be made but for oral administration. No hypodermic tablets have ever been recognized by the official compendia.

## *Compressed Tablets (CT)*

In order for medicinal substances, with or without diluents, to be made into solid dosage forms with pressure, using available equipment, it is necessary that the material, either in crystalline or powdered form, possess a number of physical characteristics. These characteristics include the ability to flow freely, cohesiveness and lubrication. Other ingredients such as disintegrants designed to break the tablet up in gastrointestinal fluids, and controlled-release polymers designed to slow down drug release, ideally should possess these characteristics, or not interfere with the desirable performance traits of the other excipients. Since most materials have none or only some of these properties, methods of tablet formulation and preparation have been developed to impart these desirable characteristics to the material which is to be compressed into tablets.

The basic mechanical unit in all tablet-compression equipment includes a lower punch which fits into a die from the bottom and an upper punch, having a head of the same shape and dimensions, which enters the die cavity from the top after the tableting material fills the die cavity. See Fig 89-2. The tablet is formed by pressure applied on the punches and subsequently is ejected from the die. The weight of the tablet is determined by the volume of the material which fills the die cavity. Therefore, the ability of the granulation to flow freely into the die is important in insuring a uniform fill, as well as the continuous movement of the granulation from the source of supply or feed hopper.

If the tablet granulation does not possess cohesive properties, the tablet after compression will crumble and fall apart on handling. As the punches must move freely within the die and the tablet must be ejected readily from the punch faces, the material must have a degree of lubrication to minimize friction and allow for the removal of the compressed tablets.

There are three general methods of tablet preparation: the wet-granulation method, the dry-granulation method and direct compression. The method of preparation and

Fig 89-2. Basic mechanical unit for tablet compression: lower punch, die and upper punch (courtesy, Vector/Colton).

the added ingredients are selected in order to give the tablet formulation the desirable physical characteristics allowing the rapid compression of tablets. After compression the tablets must have a number of additional attributes such as appearance, hardness, disintegration ability, appropriate dissolution characteristics and uniformity which also are influenced both by the method of preparation and by the added materials present in the formulation. In the preparation of compressed tablets the formulator also must be cognizant of the effect which the ingredients and methods of preparation may have on the availability of the active ingredients and hence the therapeutic efficacy of the dosage form. In response to a request by physicians to change a dicumarol tablet in order that it might be broken more easily, a Canadian company reformulated to make a large tablet with a score. Subsequent use of the tablet containing the same amount of drug substance as the previous tablet, resulted in complaints that larger-than-usual doses were needed to produce the same therapeutic response. On the other hand, literature reports indicate that the reformulation of a commercial digoxin tablet resulted in a tablet, although containing the same quantity of drug substance, that gave the desired clinical response at half its original dose. Methods and principles that can be used to assess the effects of excipients and additives on drug absorption have been reviewed.[2,14,15] See Chapters 36, 75 and 76.

## Tablet Ingredients

In addition to the active or therapeutic ingredient, tablets contain a number of inert materials. The latter are known as additives or *excipients*. They may be classified according to the part they play in the finished tablet. The first group contains those which help to impart satisfactory processing and compression characteristics to the formulation. These include diluents, binders and glidants and lubricants. The second group of added substances helps to give additional desirable physical characteristics to the finished tablet. Included in this group are disintegrants, colors, and in the case of chewable tablets, flavors and sweetening agents, and in the case of controlled-release tablets, polymers or waxes or other solubility-retarding materials.

Although the term *inert* has been applied to these added materials, it is becoming increasingly apparent that there is an important relationship between the properties of the excipients and the dosage forms containing them. Preformulation studies demonstrate their influence on stability, bioavailability and the processes by which the dosage forms are prepared. The need for acquiring more information and use standards for excipients has been recognized in a joint venture of the Academy of Pharmaceutical Sciences and the Council of the Pharmaceutical Society of Great Britain. The result is called the *Handbook of Pharmaceutical Excipients*. This reference is now distributed widely throughout the world.[16]

### *Diluents*

Frequently the single dose of the active ingredient is small and an inert substance is added to increase the bulk in order to make the tablet a practical size for compression. Compressed tablets of dexamethasone contain 0.75 mg steroid per tablet; hence, it is obvious that another material must be added to make tableting possible. Diluents used for this purpose include dicalcium phosphate, calcium sulfate, lactose, cellulose, kaolin, mannitol, sodium chloride, dry starch and powdered sugar. Certain diluents, such as mannitol, lactose, sorbitol, sucrose and inositol, when present in sufficient quantity, can impart properties to some compressed tablets that permit disintegration in the mouth by chewing. Such tablets commonly are called *chewable tablets*. Upon chewing, properly prepared tablets will disintegrate smoothly at a satisfactory rate, have a pleasant taste and feel and leave no unpleasant aftertaste in the mouth. Diluents used as excipients for direct compression formulas have been subjected to prior processing to give them flowability and compressibility. These are discussed under *Direct Compression*, page 1645.

Most formulators of immediate-release tablets tend to use consistently only one or two diluents selected from the above group in their tablet formulations. Usually, these have been selected on the basis of experience and cost factors. However, in the formulation of new therapeutic agents the compatibility of the diluent with the drug must be considered. For example, calcium salts used as diluents for the broad-spectrum antibiotic tetracycline have been shown to interfere with the drug's absorption from the gastrointestinal tract. When drug substances have low water solubility, it is recommended that water-soluble diluents be used to avoid possible bioavailability problems. Highly adsorbent substances, eg, bentonite and kaolin, are to be avoided in making tablets of drugs used clinically in small dosage, such as the cardiac glycosides, alkaloids and the synthetic estrogens. These drug substances may be adsorbed to the point where they are not completely available after administration. The combination of amine bases with lactose, or amine salts with lactose in the presence of an alkaline lubricant, results in tablets which discolor on aging.

Microcrystalline cellulose (Avicel) usually is used as an excipient in direct compression formulas. However, its presence in 5 to 15% concentrations in wet granulations has been shown to be beneficial in the granulation and drying processes in minimizing case-hardening of the tablets and in reducing tablet mottling.

Many ingredients are used for several different purposes, even within the same formulation. For example, corn starch can be used in paste form as a binder. When added in drug or suspension form, it is a good disintegrant. Even though these two uses are to achieve opposite goals, some tablet formulas use corn starch in both ways. In some controlled-release formulas, the polymer hydroxypropylmethylcellulose (HPMC) is used both as an aid to prolong the release from the tablet, as well as a film-former in the tablet coating. Therefore, most excipients used in formulating tablets and capsules have many uses, and a thorough understanding of their properties and limitations is necessary in order to use them rationally.

### *Binders*

Agents used to impart cohesive qualities to the powdered material are referred to as binders or granulators. They impart a cohesiveness to the tablet formulation which insures the tablet remaining intact after compression, as well as improving the free-flowing qualities by the formulation of granules of desired hardness and size. Materials commonly used as binders include starch, gelatin and sugars as sucrose, glucose, dextrose, molasses and lactose. Natural and synthetic gums which have been used include acacia, sodium alginate, extract of Irish moss, panwar gum, ghatti gum, mucilage of isapol husks, carboxymethylcellulose, methylcellulose, polyvinylpyrrolidone, Veegum and larch arabogalactan. Other agents which may be considered binders under certain circumstances are polyethylene glycol, ethylcellulose, waxes, water and alcohol.

The quantity of binder used has considerable influence on the characteristics of the compressed tablets. The use of too much binder or too strong a binder will make a hard tablet which will not disintegrate easily and which will cause excessive wear of punches and dies. Differences in binders used

for CT Tolbutamide resulted in differences in hypoglycemic effects observed clinically. Materials which have no cohesive qualities of their own will require a stronger binder than those with these qualities. Alcohol and water are not binders in the true sense of the word, but because of their solvent action on some ingredients such as lactose, starch and celluloses, they change the powdered material to granules and the residual moisture retained enables the materials to adhere together when compressed.

Binders are used both as a solution and in a dry form depending on the other ingredients in the formulation and the method of preparation. However, several "pregelatinized" starches available are intended to be added in the dry form so that water alone can be used as the granulating solution. The same amount of binder in solution will be more effective than if it were dispersed in a dry form and moistened with the solvent. By the latter procedure the binding agent is not as effective in reaching and wetting each of the particles within the mass of powders. Each of the particles in a powder blend has a coating of adsorbed air on its surface, and it is this film which must be penetrated before the powders can be wetted by the binder solution. After wetting, a certain period of time is necessary to dissolve the binder completely and make it completely available for use. Since powders differ with respect to the ease with which they can be wetted, and their rate of solubilization, it is preferable to incorporate the binding agent in solution. By this technique it often is possible to gain effective binding with a lower concentration of binder.

The direct compression method for preparing tablets (see page 1645) requires a material that not only is free-flowing but also sufficiently cohesive to act as a binder. This use has been described for a number of materials including microcrystalline cellulose, microcrystalline dextrose, amylose and polyvinylpyrrolidone. It has been postulated that microcrystalline cellulose is a special form of cellulose fibril in which the individual crystallites are held together largely by hydrogen bonding. The disintegration of tablets containing the cellulose occurs by breaking the intercrystallite bonds by the disintegrating medium.

**Starch Paste**—Corn starch is used widely as a binder. The concentration may vary from 10 to 20%. It usually is prepared as it is to be used by dispersing corn starch in sufficient cold purified water to make a 10% *w/w* solution and warming in a water bath with continuous stirring until a translucent paste forms. It has been observed that during paste formation, not all of the starch is hydrolyzed. Starch paste then, is not only useful as a binder, but also as a method to incorporate some disintegrant inside the granules.

**Gelatin Solution**—Gelatin generally is used as a 10 to 20% solution; gelatin solutions should be prepared freshly as needed and used while warm or they will solidify. The gelatin is added to cold purified water and allowed to stand until it is hydrated. It is then warmed in water bath to dissolve the gelatin and the solution is made up to the final volume on a weight basis to give the concentration desired.

**Cellulosic Solutions**—Various cellulosics have been used as binders in solution form. Hydroxypropylmethylcellulose (HPMC) has been used widely in this regard. Typical of a number of cellulosics, HPMC is more soluble in cold water than hot. It also is more dispersable in hot water than cold. Hence, in order to obtain a good, smooth gel that is free from lumps or "fisheyes," it is necessary to add the HPMC in hot, almost boiling water and, under agitation, cool the mixture down as quickly as possible, as low as possible. Other water-soluble cellulosics such as hydroxyethylcellulose (HEC) and hydroxypropylcellulose (HPC) have been used successfully in solution as binders.

Not all cellulosics are soluble in water. Ethylcellulose can be used effectively when dissolved in alcohol, or as a dry binder which then is wetted with alcohol. It is used as a binder for materials that are moisture-sensitive.

**PVP**—Polyvinylpyrrolidone can be used as an aqueous or alcoholic solution and this versatility has increased its popularity. Concentrations range from 2% and vary considerably.

It will be noted that binder solutions usually are made up to weight rather than volume. This is to enable the formulator to determine the weight of the solids which have been added to the tablet granulation in the binding solution. This becomes part of the total weight of the granulation and must be taken into consideration in determining the weight of the compressed tablet which will contain the stated amount of the therapeutic agent. As can be seen by the list of binders in this chapter, most modern binders used in solution are polymeric in form. Because of this, the flow or spreadability of these solutions becomes important when selecting the appropriate granulating equipment. The rheology of polymeric solutions is a fascinating subject in and of itself, and should be considered for these materials.

*Lubricants*

Lubricants have a number of functions in tablet manufacture. They prevent adhesion of the tablet material to the surface of the dies and punches, reduce interparticle friction, facilitate the ejection of the tablets from the die cavity and may improve the rate of flow of the tablet granulation. Commonly used lubricants include talc, magnesium stearate, calcium stearate, stearic acid, hydrogenated vegetable oils and polyethylene glycol (PEG). Most lubricants, with the exception of talc, are used in concentrations less than 1%. When used alone, talc may require concentrations as high as 5%. Lubricants are in most cases hydrophobic materials. Poor selection or excessive amounts can result in "waterproofing" the tablets, resulting in poor tablet disintegration and/or delayed dissolution of the drug substance.

The addition of the proper lubricant is highly desirable if the material to be tableted tends to stick to the punches and dies. Immediately after compression most tablets have the tendency to expand and will bind and stick to the side of the die. The choice of the proper lubricant effectively will overcome this.

The method of adding a lubricant to a granulation is important if the material is to perform its function satisfactorily. The lubricant should be divided finely by passing it through a 60- to 100-mesh nylon cloth onto the granulation. In production this is called "bolting" the lubricant. After adding the lubricant the granulation is tumbled or mixed gently to distribute the lubricant without coating the particles too well or breaking them down to finer particles. Some recent research has concluded that the order of mixing of lubricants and other excipients can have a profound effect on the performance of the final dosage form. Thus, attention to the mixing process itself is just as important as the selection of lubricant materials.

These process variable can be seen in the prolonged blending of a lubricant in a granulation. Overblending materially can affect the hardness, disintegration time and dissolution performance for the resultant tablets.

The quantity of lubricant varies, being as low as 0.1%, and in some cases as high as 5%. Lubricants have been added to the granulating agents in the form of suspensions or emulsions. This technique serves to reduce the number of operational procedures and thus reduce the processing time.

In selecting a lubricant, proper attention must be given to its compatibility with the drug agent. Perhaps the most widely investigated drug is acetylsalicylic acid. Different talcs varied significantly the stability of aspirin. Talc with a

Case 1:06-cv-00774-JJF Document 209-2 Filed 03/19/2008 Page 19 of 59

**Table I—Colors Approved for Use in the US in Oral Dosage Forms[a,b]**

| Color | Other names | Color Index (CI 1971) | Use restriction (US) |
|---|---|---|---|
| FD & C Red 40 | Allura red | 16035 | FDA certification on each lot of dye |
| D & C Red 33 | Acid fuchsin D<br>Naphtalone red B | 17200 | ADI 0–0.75 mg. |
| D & C Red 36 | | | ADI 0–1.0 mg |
| Canthaxanthinin | Food orange 8 | 40850 | None |
| D & C Red 22 | Eosin Y | 45380 | FDA certification on each lot of dye |
| D & C Red 28 | Phloxine B | 45410 | FDA certification on each lot of dye |
| D & C Red 3 | Erythrosine | 45430 | FDA certification on each lot of dye. |
| Cochineal extract | Natural red 4<br>Carmine | 75470 | None |
| Iron oxide—red | — | 77491 | ADI 0–5 mg elemental iron |
| FD & C Yellow 6 | Sunset yellow FCF<br>Yellow orange 5 | 15985 | None |
| FD & C Yellow 5 | Tartrazine | 19140 | Label declaration and FDA certification on each lot of dye |
| D & C Yellow 10 | Quinoline yellow WS | 47005 | Requires FDA certification on each lot of dye |
| Beta-carotene | — | 40800 | |
| Iron oxide—yellow | — | 77492 | ADI 0–5 mg elemental iron. |
| FD & C Blue 1 | Brilliant blue FCF | 42090 | FDA certification on each lot of dye |
| FD & C Blue 2 | Indigotine<br>Indigo carmine | 73015 | None |
| FD & C Green 3 | Fast green FCF | 42035 | FDA certification on each lot of dye |
| Iron oxide—black | — | 77499 | ADI 0–5 mg elemental iron |
| Caramel | Burnt sugar | — | None |
| Titanium dioxide | — | 77891 | None |

[a] Abbreviations: ADI—Acceptable Daily Intake (per kg body weight)
CI—Color index numbers of 1971 (US)
D & C—Drug and Cosmetic Dyes (US)
FD & C—Food, Drug and Cosmetic Dyes (US)
FDA—Food and Drug Administration (US)
[b] As of February, 1988 and subject to revision.

establish the identity of an unknown compressed tablet in situations arising from poisoning.

All colorants used in pharmaceuticals must be approved and certified by the FDA. For several decades colorants have been subjected to rigid toxicity standards and, as the result, a number of colorants have been removed from an approved list of FD&C colors or "delisted." Several have been listed as well. The colorants currently approved in the US are listed in Table I. Each country has its own list of approved colorants and formulators must consider this in designing products for the international market.[21]

Any of the approved certified water-soluble FD&C dyes, mixtures of the same or their corresponding lakes may be used to color tablets. A color lake is the combination by adsorption of a water-soluble dye to a hydrous oxide of a heavy metal resulting in an insoluble form of the dye. In some instances multiple dyes are used to give a purposefully heterogeneous coloring in form of speckling to compressed tablets. The dyes available do not meet all the criteria required for the ideal pharmaceutical colorants. The photosensitivity of several of the commonly used colorants and their lakes has been investigated, as well as the protection afforded by a number of glasses used in packaging tablets. Another approach for improving the photostability of dyes has been in the use of ultraviolet-absorbing chemicals in the tablet formulations with the dyes. The Di-Pac line (*Amstar*) is a series of commercially available colored, direct-compression sugars.

The most common method of adding color to a tablet formulation is to dissolve the dye in the binding solution prior to the granulating process. Another approach is to adsorb the dye on starch or calcium sulfate from its aqueous solution; the resultant powder is dried and blended with the other ingredients. If the insoluble lakes are used, they may be blended with the other dry ingredients. Frequently during drying, colors in wet granulations migrate, resulting in an uneven distribution of the color in the granulation. After compression the tablets will have a mottled appearance due to the uneven distribution of the color. Migration of colors may be reduced by drying the granulation slowly at low temperatures and stirring the granulation while it is drying. The affinity of several water-soluble anionic certified dyes for natural starches has been demonstrated; in these cases this affinity should aid in preventing color migration. Other additives have been shown to act as dye migration inhibitors. Tragacanth (1%), acacia (3%), attapulgite (5%) and talc (7%) were effective in inhibiting the migration of FD&C Blue No 1 in lactose. In using dye lakes the problem of color migration is avoided since the lakes are insoluble. Prevention of mottling can be helped also by the use of lubricants and other additives which have been colored similarly to the granulation prior to their use. The problem of mottling becomes more pronounced as the concentration of the colorants increases. Color mottling is an undesirable characteristic common to many commercial tablets.

### *Flavoring Agents*

In addition to the sweetness which may be afforded by the diluent of the chewable tablet, eg, mannitol or lactose, artificial sweetening agents may be included. Formerly, the cyclamates, either alone or in combination with saccharin, were used widely. With the banning of the cyclamates and the indefinite status of saccharin new natural sweeteners are being sought. Aspartame (*Searle*), recently made available, has found applications for pharmaceutical formulations. Sweeteners other than the sugars have the advantage of reducing the bulk volume considering the quantity of sucrose required to produce the same degree of sweetness. Being present in small quantities, they do not affect markedly the physical characteristics of the tablet granulation.

## Tablet Characteristics

Compressed tablets may be characterized or described by a number of specifications. These include the diameter size,

# EXHIBIT C

# Modern Pharmaceutics

Second Edition, Revised and Expanded

edited by

GILBERT S. BANKER
University of Minnesota
Minneapolis, Minnesota

CHRISTOPHER T. RHODES
University of Rhode Island
Kingston, Rhode Island

MARCEL DEKKER, INC. New York and Basel

Library of Congress Cataloging-in-Publication Data

Modern pharmaceutics.

(Drugs and the pharmaceutical sciences ; v. 40)
Includes bibliographical references.
1. Drugs--Dosage forms.  2.  Biopharmaceutics.
3.  Pharmacokinetics.  4.  Pharmaceutical industry--Quality
control.  I. Banker, Gilbert S.  II.  Rhodes,
Christopher T.  III.  Series.
RS200.M63    1989         615'.1          89-23365
ISBN 0-8247-7499-X

COPYRIGHT © 1990 by MARCEL DEKKER, INC.  ALL RIGHTS RESERVED

Neither this book nor any part may be reproduced or transmitted in any
form or by any means, electronic or mechanical, including photocopying,
microfilming, and recording, or by any information storage and retrieval
system, without permission in writing from the publisher.

MARCEL DEKKER, INC.
270 Madison Avenue, New York, New York 10016

PRINTED IN THE UNITED STATES OF AMERICA

# 10

# Tablet Dosage Forms

KEITH MARSHALL
*Smith Kline & French Laboratories, King of Prussia, Pennsylvania*

EDWARD M. RUDNIC
*Schering-Plough Corporation, Miami, Florida*

## I. INTRODUCTION

Solid oral dosage forms are medication delivery systems presented as solid-dose units readily administered by mouth. The group includes tablets, capsules, cachets, and pills, as well as bulk or unit-dose powders and granules. The group constitutes the most popular form of presentation, and tablets and capsules account for the greatest number of preparations in this category. The prime reasons for this popularity include: ease of accurate (yet versatile) dosage, good physical and chemical stability, competitive unit production costs, and an elegant distinctive appearance resulting in a high level of patient acceptability. Among the potential disadvantages are irritant effects on the gastrointestinal mucosa by some solids and the possibility of bioavailability problems caused by the fact that both disintegration (in most cases) and dissolution must take place before the drug is available for absorption.

### A. Types of Tablet Dosage Forms

#### *Compressed Tablets*

The most common solid dosage forms in contemporary practice are tablets, which may be defined as unit forms of solid medicaments prepared by compaction. Most consist of a mixture of powders which has been compacted in a die to produce a single rigid body. We may distinguish several categories of tablets depending on their mode of use. The most common types are those intended to be swallowed whole and to disintegrate and release their medicaments in the gastrointestinal tract (GIT). A less common type of tablet is that formulated to allow dissolution or dispersion in water prior to administration. Ideally for this type of tablet all ingredients should be soluble, but frequently a fine suspension has to be accepted. Many are formulated to be effervescent and their main advantages include more rapid release of medicament and reduced chance of causing gastric irritation.



Some tablets are designed to be masticated (chewed) and used where local action or absorption from the buccal cavity is desired, or to enhance dispersion prior to swallowing. Alternatively they may be intended to dissolve slowly in the mouth, e.g., lozenges, and used where a local action in the upper GIT is required, or to facilitate buccal absorption. A few tablets are designed to be placed under the tongue (sublingual) and to release their medicament rapidly with resultant quick onset of action. Buccal or sublingual absorption can be used for drugs liable to extensive hepatic metabolism by the so-called first-pass effect; thus, sublingual tablets are used for such drugs as testosterone and nitroglycerin.

There are now many types of tablet formulations which provide for the release of the medicament to be delayed or allow a controlled rate of availability. Some of these preparations are highly sophisticated and are rightly referred to as complete "drug delivery systems."

*Coated Tablets*

Many tablets are now coated because this can disguise or minimize the unpleasant taste of certain medicaments, protect the ingredients against decomposition, and enhance the appearance. Some coating techniques permit an even wider range of dosage regimens and can overcome inherent incompatibility. For example, a coat can be applied which will be resistant to the gastric juices but which is readily broken down in the lower GI tract. These "enteric" coatings can protect medicaments against decomposition in the acid environment of the stomach and transport them to the area of the GIT from which they are absorbed. This provides a further type of delayed-release product.

Traditionally the coating process involved the building up of a surface layer of materials, mainly sucrose, by applying a syrup to the tablets as they rotated in a pan and then hastening the drying process by blowing in hot air. This procedure was repeated until a coating of the required thickness and appearance was achieved and could take several days. Mainly for this reason the trend is towards more rapid coating methods involving the spray application of thin film of material onto the tablet surface and rapidly drying it. The coating usually consists of organic polymer plus plasticizer dissolved in an organic solvent mixture or in aqueous solution or dispersion. Although the process can be carried out in a pan, alternative techniques using air suspension equipment are becoming increasingly popular.

Tableting machinery has also developed to a stage where it is possible to compress a coat of material around a tablet "core." Similar presses can produce multilayered tablets with different ingredients in each layer and very distinctive appearance. More importantly, potentially incompatible ingredients can be copresented by such manipulations. For technical reasons, this process has been slow to be widely commercialized.

## B. Desirable Properties of Raw Materials

Most formulations will be composed of one or more medicaments plus excipients of the various types to be considered in the following sections. Irrespective of the type of tablet, certain general criteria for these raw materials can be indicated. For accurate reproducible dosage it is essential that each component be uniformly dispersed within the mixture and any tendency for component segregation be minimized. In addition, the processing operations demand that the mixture have certain minimum flow characteristics, but must be cohesive when compressed.

where enhance l to dis- action A few ıd to on. tensive gual tab- e for the of avail- re rightly

the un- nst de- s permit t incom- ant to I tract. ition in a of the of delayed-

surface lets as lowing quired rs. Mainly nvolving e and lus plasti- or disper- techniques

possible sses can er and atible cal reasons,

is exci- ons. Ir- raw ma- ssential d any e proc- ow charac-

We may generalize that to reduce segregation tendencies the particle size distribution, shape, and (theoretically) density of all the ingredients should be similar. Flow properties will be enhanced by using regular-shaped smooth particles with a narrow size distribution together with an optimum proportion of "fines" (particles in the <50 μm region) as demonstrated by the example shown in Fig. 1. If such conditions cannot be met, then some form of granulation should be considered. The whole question of particle morphology in selecting excipients has been discussed by Bergeron et al. [1].

The particle size distribution and hence surface area of the drug itself is of course an important property which has received considerable attention in the literature. It is now accepted that for many drugs, particularly those where dissolution may be the rate-determining step in the absorption sequence, therapeutic levels may depend upon achieving a small particle size. In fact it has been suggested that for such drugs, standards for specific surface area and the number of particles per unit weight should

Figure 1 Effect of fines on the rate of flow of mixtures of course granules (0.561 mm) as a function of increasing amounts of fines; (Δ) 0.158 mm; (♦) 0.09 mm; (*) 0.059 mm; (•) 0.048 mm. (After Ref. 143.)

be developed. Because of the increased difficulty in handling very fine powders and the possibility of altering the material in other ways, the emphasis now is on producing on optimum rather than a minimum particle size. For example, it has been shown [2] that an increase in surface area may result in greater strength and less lamination tendency in some tablets (such as primidone), probably by minimizing the adverse influence of a particular crystal structure on the bonding mechanism [3]. On the other hand, different equilibrium solubilities of various samples of milled digoxin crystals prepared by a number of size-reduction techniques have been reported [5]. It is suggested that the method of grinding may well affect the dissolution behavior in such cases.

The effect of particle size on the compaction characteristics of two model sulfonamide drugs, one exhibiting brittle fracture and the other being compressed chiefly by plastic deformation has been reported [4]. In particular it was shown that the tensile strength of the tablets made from brittle material was more sensitive to mean particle size of the drug.

An alternative approach aimed at reducing segregation tendencies of medicaments and excipients, involves milling the former to a small particle size and then physically adsorbing it uniformly onto the surface of the larger particles of some excipient substrate [6]. By this means "ordered" as opposed to "random" mixing is realized and dissolution is enhanced as a result of the fine dispersion [7].

One of the most significant parameters contributing to the behavior of many tablet formulations is the level of moisture during manufacture together with that residual in the product. In addition to the more obvious roles of water as a solvent and a granulating fluid and its potentially adverse effects on stability, its more subtle actions should not be overlooked. For example, there is increasing evidence to suggest that moisture levels may be very critical in minimizing certain faults occurring during compression (such as lamination). Also moisture levels can markedly affect mechanical strength of tablets and may act as an internal lubricant. For example, the data shown in Fig. 2 indicate the sensitivity of the lower to upper punch force ratio (the so-called "coefficient of lubricant efficiency" 'R') to small changes in moisture content, as the compressional force is increased. Accelerated aging and crystal transformation rates have also been traced to higher residual water content [8]. In many products it seems highly probable that there exists a narrow range of optimum moisture content which the formulator should determine, the production department should endeavor to maintain, and the quality controller insist upon. A very useful report [9] on the equilibrium moisture content of some thirty excipients has been compiled by a collaborative group of workers from several pharmaceutical companies.

More specifically the effect of moisture on microcrystalline cellulose containing tablets has been the subject of two investigations [10,11] which showed the sensitivity of this important excipient to water content.

Selection of the most suitable chemical form of the active principle for a tablet while not strictly within our terms of reference here, must be one of the prime considerations. For example, in the case of chloramphenicol, unless a suitable ester is selected there may be little clinical response [12] and there is a significant difference in biological utilization between anhydrous and hydrated forms of ampicillin [13]. Furthermore, different polymorphic forms and even crystal habits may have a pronounced influence on availability because of different dissolution rates as exemplified by certain

Figure 2
load (F
ratio of

steroids
facturin
as show
forms of
producti
material
Fina
of raw
obvious
tory rec
are perl
of the i
rate of
Ano
dosage
than du
sometim
of 168 s
isms pe
coated
Mod
most ot



Figure 2 The effect of moisture content on the relationship between applied load ($F_A$) and 'R' (the coefficient of lubricant efficiency), which is the ratio of power to upper punch forces.

steroids and sulfonamides [14]. Such changes can also give rise to manufacturing problems. Polymorphism is of course not restricted to actives, as shown for example in a report on the tableting characteristics of five forms of sorbitol [15]. The effect of raw material variability on tablet production [16] and suggestions for improving tableting quality of starting materials [17,18] have been the subject of recent publications.

Finally, as with all pharmaceutical preparations, the general question of raw material purity must be given careful attention. Apart from the obvious reasons for a high level of integrity, as recognized by the regulatory requirements, we should be aware of more subtle implications which are perhaps only just beginning to emerge. For instance, small proportions of the impurity aspirin anhydride have been shown to reduce the dissolution rate of aspirin itself [19].

Another area of interest is that of microbiological contamination of solid dosage forms which is thought to arise chiefly from raw materials rather than during processing. Common excipients such as gelatin and starch sometimes are heavily contaminated. For example, in one investigation [20] of 168 samples of commercial tablets, 20% had more than 1,000 viable organisms per gram (the acceptable limit suggested by several authorities), and coated tablets appear to be worse in this respect than uncoated ones [21].

Modern tablet development follows the same general pattern as that for most other routines, although many companies divide such studies into two



categories. More specifically "preformulation" groups, whose prime role is the physicochemical characterization of starting materials and their interactions, are now acting as a preliminary to any formulation work.

As the complexity of drug delivery systems and the pressure to quickly optimize formulations increases, so do the demands for sophisticated scientific methodology in this area. Already optimum formulations are being predicted by computer evaluation of a whole spectrum of experimental data [22]. Chapter 20 on optimization techniques describes this approach in some detail.

For a variety of reasons including cost, potential variability, regulatory concern and supply difficulties, there is a natural desire to keep the number of ingredients in a formulation to the minimum, and this is a sound maxim. However, because some excipients, while being superior in their main role, possess undesirable additional properties, judicious choice of synergistic mixtures with respect to a desired characteristic might result in a product of optimum overall performance. Such possibilities are considered in the more detailed treatment of excipients which follows. The question of drug-excipient interactions is normally addressed during preformulation screening, by preparation of intimate powder mixes of drug and commonly used adjuvants [23], or preferably compacted prototype formulae. The work of Chowhan and his colleagues [24] is typical of desirable studies and clearly indicates their value.

## II. DESIGN AND FORMULATION OF COMPRESSED TABLETS

### A. General Considerations

Pharmaceutical compressed tablets are prepared by placing an appropriate powder mix or granulation in a metal die on a tablet press. At the base of the die is a lower punch, and above the die is an upper punch. When the upper punch is forced down upon the powder mix (single punch press) or when the upper and lower punches squeeze together (rotary press) the powder mix or granulation is forced into a tablet.

Perhaps the most significant factor in the tableting process arises from the need to produce tablets of uniform weight and achieve this by feeding constant volumes of homogeneous material to the dies. Such an approach is necessary because direct weighing, at rates commensurate with modern tablet press operation, is impossible. This requirement immediately places demands on the physical characteristics of the feed and on press design itself. In the case of the former, the precompression step of granulation is one of the major ways of minimizing difficulties from this source.

We must remember also the great paradox in pharmaceutical tableting, namely, the need to manufacture a compact of sufficient mechanical strength to withstand the rigors of processing and packaging, yet capable of reproducible breakdown on administration so as to release the drug. The mechanisms involved in this dispersion of conventional tablets constitutes in most cases bursting apart of the compacted structure by aqueous fluids penetrating the fine residual pore structure of the tablet and coming into contact with components which either swell or release gases.

The selected precompression treatment (if any) markedly affects the formulation of tablets, determining in particular whether a mixture of powdered ingredients is to be used directly or whether an intervening moist granulation step is to be introduced. This is the first decision to be made and will be influenced by many factors including the stability of the medicament to heat and moisture, the flow properties of the mixed ingredients,

and any tendency to segregate. At the present time two additional conflicting general considerations tend to play a major role in the choice: these are reluctance to change methods employed traditionally by the company versus the economic advantages of omission of a complete stage in the production sequence. As a result of these factors, plus the increasing complications due to legislative demands, the tendency is that for existing products moist granulation methods predominate, whereas the trend for new ones is to utilize direct compression procedures. In moist granulation the components of the formulations are mixed with a granulating liquid such as water or ethanol to produce granules which will readily compress to give tablets. In direct compression there is no granulation stage. The ingredients are simply dry-mixed and then compressed. However, with many newer systems, some formulators have found that moist-granulated products are more robust, and can accommodate more variability in raw materials. Thus for some companies, the trend is toward formulating products for moist-granulation.

## B. Tablets Designed for Rapid Release of Drugs

Conventional solid dosage forms can be divided into two classes: those which disintegrate and those that don't. Disintegrating dosage forms release their medicaments by breaking down the physical integrity of the dosage form, usually with the aid of solid disintegrating agents or gas-releasing effervescent agents. Nondisintegrating dosage forms are usually made of soluble drugs and excipients which will rapidly dissolve in the mouth or gastrointestinal tract.

In recent years, the advent of new prolonged-release dosage forms has caused some pharmaceutical scientists to regard conventional disintegrating dosage forms as "noncontrolled-release." This term is a misnomer since with the add of modern tablet disintegrants and other excipients the disintegration of these dosage forms can be controlled, both quantitatively and qualitatively. There are certainly many drugs which when administered, need to achieve therapeutic levels quickly. Analgesics, most antibiotics and drugs for the acute treatment of angina pectoris are prime examples. These dosage forms need to be designed so that the drug is liberated from the dosage form in such a way that dissolution of the drug is maximized. Very often this means that disintegration of the tablet must be followed by granular disintegration (see Fig. 3) in order to promote rapid dissolution and hence absorption.

The ingredients or excipients used to make compressed tablets are many. They can be classified by their use or function as in Table 1. However, not all formulations need contain all of the types of ingredients listed in that table. Certain of these excipients, such as the antioxidants and wetting agents are clearly used only in situations where they are expressly needed to assure the stability or solubility of the active ingredient. Other ingredients, such as the dissolution modifiers are used primarily in controlled-release formulations, which will be discussed in detail later. In fact, the fewer ingredients in a formulation generally means fewer potential problems. Hence many formulators adhere to the motto, "Keep it simple..."

Because of the nature of modern pharmaceutical systems, pharmaceutical scientists have had to be more and more investigative of the materials they use. This interest has identified several uses for many materials, and these uses can be concentration dependent. For example, in Table 2 are listed

# EXHIBIT D

# The Theory and Practice of Industrial Pharmacy

LEON LACHMAN, Ph.D.
Lachman Consultant Services, Inc.
Garden City, New York

HERBERT A. LIEBERMAN, Ph.D.
H. H. Lieberman Associates, Inc.
Consultant Services
Livingston, New Jersey

JOSEPH L. KANIG, Ph.D.
Kanig Consulting and Research Associates, Inc.
Ridgefield, Connecticut

THIRD EDITION

LEA & FEBIGER • 1986 • PHILADELPHIA

Lea & Febiger
*200 Chester Field Parkway*
*Malvern, PA 19355-9725*
*U.S.A.*
*(215) 251-2230*

Library of Congress Cataloging in Publication Data
Main entry under title:

The Theory and practice of industrial pharmacy.

Includes bibliographies and index.
1. Pharmacy. 2. Drug trade. I. Lachman, Leon, 1929– . II. Lieberman, Herbert A., 1920– III. Kanig, Joseph L., 1921– [DNLM: 1. Drug Industry. QV 704 T396]
RS192.L33 1985 615'.19 84-27806
ISBN 0-8121-0977-5

First Edition, 1970
Second Edition, 1976

Copyright © 1986 by Lea & Febiger. Copyright under the International Copyright Union. All Rights Reserved. This book is protected by copyright. No part of it may be reproduced in any manner or by any means without written permission from the publisher.

PRINTED IN THE UNITED STATES OF AMERICA

Print No. 4 3

: compliance with
ecified in the indi-
(or a capsule). The
, specifies that ei-
ed for determining

a single tablet is
basket fastened to
ected to a variable
The basket is im-
dium (as specified
in a 100-ml flask.
hemispherical bot-
at 37°C ± 0.5°C by
The motor is ad-
l speed, and sam-
wn at intervals to
g in solution.
ipment as in appa-
basket is replaced
ade and a shaft, as
The dosage form
m of the flask be-
ay have a "small,
terial such as not
helix" attached to
Description of a
monograph speci-
ium and volume,
, the speed (rpm)
rformed, the time
y procedure. The
percentage of the
olved in the time
ldopa tablets, the
lium of 900 ml of
g at 50 rpm, and a
epted amount dis-
an 80% of the la-
based on the cited

erpretation can be
es if necessary. In
ed and are accept-
not less than the
) plus 5%. If the
tablets are tested
e if the average of
han or equal to Q
inus 15%. If the
ditional 12 tablets
eptable if the aver-
than or equal to Q
s are less than Q

nely test their for-
ir results are plot-
time. Values for

**FIG. 11-4.** A, *USP dissolution apparatus 1.* B, *USP dissolution apparatus 2. (Reproduced from the Third Supplement to USP XX-NF XV, © 1982, USP Convention, pages 310 and 311. Permission granted.)*

$t_{50\%}$, $t_{90\%}$, and the percentage dissolved in 30 min are used as guides. The value for $t_{50\%}$ is the length of time required for 50% of the drug to go into solution. A value for $t_{90\%}$ of 30 min is often considered satisfactory and is an excellent goal since a common dissolution tolerance in the USP/NF is not less than 75% dissolved in 45 min.

## Tablet Compression Operation

### *Tablet Compression Machines*

Tablets are made by compressing a formulation containing a drug or drugs with excipients on stamping machines called *presses*. Tablet compression machines or tablet presses are designed with the following basic components:

1. Hopper(s) for holding and feeding granulation to be compressed.
2. Dies that define the size and shape of the tablet.
3. Punches for compressing the granulation within the dies.
4. Cam tracks for guiding the movement of the punches.
5. A feeding mechanism for moving granulation from the hopper into the dies.

Tablet presses are classified as either single-punch or multi-station rotary presses. Figure 11-5 illustrates in cross-section the compression process on a single punch machine. Note that all of the compression is applied by the upper punch, making the single punch machine a "stamping press."

Multi-station presses are termed *rotary* because the head of the tablet machine that holds the upper punches, dies, and lower punches in place rotates. As the head rotates, the punches are guided up and down by fixed cam tracks, which control the sequence of filling, compression, and ejection. The portions of the head that hold the upper and lower punches are called the upper and lower turrets respectively, and the



FILL
FEED SHOE
PULL BACK
COMPRESSION
EJECTION
FEED SHOE OVER DIE

**FIG. 11-5.** *The compression cycle of a single-punch tablet press. (Courtesy of Vector Corporation, Marion, IA.)*

EJECT

**FIG. 11-6.** *The compression Engineering, Hoffman Estat*

portion holding the dies is called the *die table.* At the start of a compression cycle (Fig. 11-6), granulation stored in a hopper (not shown), empties into the feed-frame (A), which has several intercommected compartments (Fig. 11-7). These compartments spread the granulation over a wide area to provide time for the dies (B) to fill (Fig. 11-6). The pull-down cam (C) of Figure 11-6 guides the lower punches to the bottom of their vertical travel, allowing the dies to overfill. The punches then pass over a weight-control cam (E), which reduces the fill in the dies to the desired amount. A wipe-off blade (D) at the end of the feed-frame removes the excess granulation and directs it around the turret and back into the front of the feed-frame. Next, the lower punches travel over the lower compression roll (F) while simultaneously the upper punches ride beneath the upper compression roll (G). The upper punches enter a fixed distance into the dies, while the lower punches are raised to squeeze and compact the granulation within the dies. To regulate the upward movement of the lower punches, the height of the lower pressure roll is changed. After the moment of compression, the upper punches are withdrawn as they follow the upper punch raising cam (H); the lower punches ride up the cam (I), which brings the tablets flush with or slightly above the surface of the dies. The exact position is determined by a threaded bolt called the *ejector knob.* The tablets strike a sweep-off blade affixed to the front of the feed-frame (A) and slide down a chute into a receptacle. At the same time, the lower punches re-enter the pulldown cam (C), and the cycle is repeated.

Many production tablet machines are designed so that the compression cycle is accomplished more than once (requiring additional granulation hoppers, feed frames, cam tracks, and compression rolls) while the machine head makes a single revolution.

All other parts of a tablet press are designed to control the functioning of the components just listed. Such features as capacity, speed, maximum weight, and pressure vary with the design of the equipment, but the basic elements remain essentially the same.

Although tablet compressing machinery has undergone numerous mechanical modifications over the years, the compaction of materials between a pair of moving punches within a stationary die has remained unchanged. The principal modification from earlier equipment has been an increase in production rate rather than any fundamental change in the process. Better control and simplification have been corollary benefits.

In recent years, there has been a change by manufacturers from activities concerned with production rate to problems of process improvement and control. Growth of governmental and pharmacopeia tests related to intertablet weight and potency variation, as noted earlier in the chapter, have created some of the new requirements for tablet compressing machinery. As tablet production rates have increased with modern equipment, for example, the need for automatic

RECIRCULATE

**FIG. 11-7.** *Granulation flo*



**FIG. 11-6.** *The compression cycle of a rotary tablet press. (See text for explanation of lettered labels.) (Courtesy of Thomas Engineering, Hoffman Estates, IL.)*



**FIG. 11-7.** *Granulation flow in an open feed frame of a rotary tablet press. (Courtesy of Vector Corporation, Marion, IA.)*

tablet weight control independent of operator vigilance has become a matter of increasing concern. This topic is discussed later, in the section "Auxiliary Equipment."

Tabletting presses vary principally in the number of tooling stations available for compression and in special application features. Table 11-2 tabulates the maximum and minimum tablet manufacturing output capable within the various press models of several manufacturers.

A tablet machine's output is regulated by three basic characteristics of its design:

- Number of tooling sets
- Number of compression stations
- Rotational speed of the press

In general, all rotary presses are engineered for fast and economical production of all kinds of tablets. Larger machines can readily produce several million tablets each in a working day, and their performance can be geared to continuous low-maintenance operation. Figure 11-8 is an example of a modern high-speed tabletting machine.

There are many modifications and options that can be obtained from various manufacturers. One modification, which is found on most modern high-speed tablet presses, is the use of hydraulic or pneumatic pressure to control the pressure rolls in place of the older spring type pressure. Either of these alternatives gives a smoother pressure or compressive load force over a longer period of time. Hydraulic or pneumatic pressure is much more accurate and can be set with closer tolerances, which do not change with time or fatigue.

Special adaptations of tablet machines allow for the compression of "layered" tablets and coated tablets. Precompression stations are also available to help in compressing difficult granulations. Available with certain Fette machines is a device that chills the compression components to allow for the compression of low-melting-point substances such as waxes, thereby making it possible to compress products with low melting points, such as suppositories.

There are many basic and optional features available in tablet machines, including some not mentioned in this text. Manufacturers' brochures should be closely checked for available features. One should attend equipment shows, if possible, to obtain up-to-date information on equipment developments. In some instances, test runs on machinery may be made before a final decision to purchase new high-speed tablet equipment or specialized granulation or drying equipment.

## *Compression Machine Tooling*

As mentioned earlier, the size and shape of a tablet as well as certain identification markings

**TABLE 11-2.** *Selected Rotary Tablet Press Characteristics*

| *Manufacturer* | *Number of Stations Available* | | *Rated Output, Tablets per Minute (TPM)* | | *U.S. Representative* |
|---|---|---|---|---|---|
| | *Min* | *Max* | *Min* | *Max* | |
| Colton | 12 | 90 | 480 | 16,000 | Vector Corp. Marion, IA 52302 |
| Wilhelm Fette, Gmbh Hamburg, W. Germany | 20 | 55 | 300/900 | 3300/8250 | Raymond Automation Company, Inc. Norwalk, CT 06856 |
| Kilian & Co., Gmbh Koln, W. Germany | 14 | 67 | 140/383 | 1083/10,000 | INPPEC Fairfield, CT 06430 |
| Manesty Machines Ltd. Liverpool, England | 16 | 69 | 600/1500 | 3330/10,000 | Thomas Engineering Hoffman Estates, IL 60172 |
| Stokes-Merrill | 33 | 65 | 1200/3300 | 3500/10,000 | Stokes-Merrill Division Penwalt Corp. Oak Brook, IL 60521 |
| Korsch Maschinenfabrik Berlin, W. Germany | 20 | 55 | 540/1100 | 1640/5500 | Aeromatic East Towaco, NJ 07082 |
| Hata Ironworks Hori Engineering Co., Osaka, Japan | 28 | 71 | 420/1420 | 1960/7100 | Elizabeth-Hata International Inc. McKeesport, PA 15132 |

FIG. 11-8. *The Manesty*

are determined by t
tooling. Each tooling
upper and lower pun
formed by a tooling s
many requirements t
age uniformity, prod
thetic appearance.

The terminology u
trated in Figure 11-
employed are referre
5.25 inches in length
diameter of 0.75 inch
ter. B tooling is iden
that the lower punch
tooling is popular f



**FIG. 11-8.** *The Manesty Nova rotary tablet press. (Courtesy of Thomas Engineering, Hoffman Estates, IL.)*

are determined by the compression machine tooling. Each tooling set consists of a die and upper and lower punches. Since each tablet is formed by a tooling set, the tooling must meet many requirements to satisfy the needs of dosage uniformity, production efficiency, and esthetic appearance.

The terminology used with tooling is illustrated in Figure 11-9. The most common tools employed are referred to as BB tooling and are 5.25 inches in length, and have a nominal barrel diameter of 0.75 inches and 1-inch head diameter. B tooling is identical to the BB type except that the lower punch is only 3$\frac{9}{16}$ inches long. D tooling is popular for large tablets, utilizing a 1-inch barrel diameter, 1$\frac{1}{4}$-inch head diameter, and 5.25-inch length. The dies that are used with the above punches are either a 0.945-inch outside diameter (OD) die capable of making a $\frac{7}{16}$-inch round tablet or $\frac{9}{16}$-inch capsule-shaped tablet; or a 1$\frac{3}{16}$-inch OD die capable of handling a $\frac{9}{16}$-inch round or $\frac{3}{4}$-inch capsule shaped tablet.

Several types of steel are normally used in the manufacture of compression tooling. These steels differ in toughness, to withstand the cyclic compacting forces (ductility), and in wear resistance. Unfortunately, no single steel type has a high resistance to abrasive wear and a high ductility. Therefore, the selection of the

PUNCH BODY

PUNCH TIP

DIE

**FIG. 11-9.** *Tablet press tooling nomenclature. (Courtesy of Thomas Engineering, Hoffman Estates, IL.)*

best steel for a specific application must be based on experience and an accumulated history of the product being tabletted. In the selection of the proper steel for a specific use, one should also consider the shape of the punch tip, whether or not debossing is to be employed on the tooling, the expected compression forces involved, and whether the materials to be processed are abrasive or corrosive.

The size, shape, and contour of a tablet is almost unlimited within the given limits of the specified die size. A survey of the PDR Product Identification section reveals numerous variations on tablet size and shape.[4] In addition, tooling can be made with certain other information to aid in producing a visibly unique tablet product. Company names or symbols, trade names, dosage strength, or National Drug Code (NDC) numbers can be cut or engraved into a punch face, or the punches may be scored, to produce uniquely embossed or engraved tablets. Even though tooling design would appear to be limitless, certain practical aspects do limit design implementation. Because of the movement of tooling during a compression operation, certain tablet shapes or contour configurations perform better than others. Round tablets perform better than irregularly shaped tooling since they do not require "keying" to maintain the proper upper punch orientation with the die. When the tip on an upper punch is not round, it must not rotate, or it will strike the edge of the die hole as it descends for compression. To prevent this, a slot is cut longitudinally into the barrel of the punch, and a key is inserted. This key protrudes a short distance so that it engages a similar slot cut into the upper punch guides on the tablet press. Lower punches do not need keys because their tips remain within the die bore, which controls the axial movement of the punch. Because keyed punches cannot rotate, wear is distributed unevenly, and punch life is shortened.

When a press is set up with keyed punches, the upper punches are inserted first to determine the placement of the dies. Once the dies are properly aligned and seated, they are locked in place, and the lower punches are inserted. The more curvature that is built into a tablet contour, the more difficult it is to compress, especially if the tablet tends to laminate or cap. The engraving or embossing on a tablet must be designed to be legible, must not add to compression problems, and must fit on the tablet surface. Many considerations, at close tolerances, must be incorporated in tooling design to produce tablets that are uniform and esthetic. Manufacturing specifications for tooling have been standardized by the Industrial Pharmaceutical

Technology Section of the ... ceutical Sciences in its St... of Tabletting Tools.[22]

Because of its hard steel... ing may appear to be inde... mal use, however, the pun... worn, and the cyclic app... cause the steel to fatigue... storage and handling c... damage that necessitates... tooling set. The punch ti... cate and susceptible to d... contact with each other, ... turret upon insertion or... from the tablet machine. ... tem must be employed to... each tool set, not only t... surveillance of critical... wear, but also to elimin... preventing the wrong t... for a product.

To avoid tooling dama... pressures at the pressu... lated into a calculation o... tips. As tablet punch d... force is required to produ... the punch face, since... smaller fraction of a unit... formula for the area of ... the radius of the circle. ... the area of a ¼-inch-dia... be 3.14 × (⅛)$^2$ or 3.14... 1/20 square-inch. If a 1-... by the pressure roll, t... 2000 pounds on 1/20... pounds on 1 square in...

The following are ... compression tooling:

- Thomas Engineering...
- Stokes, Warminster, ...
- Natoli Engineering ... MO
- Elizabeth Carbide D...
- Key Industries, Eng...
- Advance Engineerin... St. Louis, MO
- Aeromatic Inc., So...
- Carle and Montana...
- I. Holland Ltd., No...

### *Auxiliary Equi...*

There are some c... equipment that inc...

:ation must be
mulated history
the selection of
ıse, one should
the punch tip,
be employed on
pression forces
rials to be proc-

of a tablet is al-
en limits of the
ne PDR Product
numerous varia-
In addition, tool-
her information
ique tablet prod-
ls, trade names,
ug Code (NDC)
ed into a punch
ored, to produce
d tablets. Even
pear to be limit-
do limit design
e movement of
peration, certain
rations perform
s perform better
since they do not
he proper upper
When the tip on
must not rotate,
die hole as it de-
vent this, a slot is
el of the punch,
protrudes a short
nilar slot cut into
the tablet press.
ys because their
, which controls
punch. Because
ear is distributed
ortened.
keyed punches,
ed first to deter-
s. Once the dies
d, they are locked
hes are inserted.
uilt into a tablet
to compress, es-
laminate or cap.
n a tablet must be
t add to compres-
n the tablet sur-
close tolerances,
ng design to pro-
nd esthetic. Man-
ooling have been
d Pharmaceutical

Technology Section of the Academy of Pharmaceutical Sciences in its Standard Specifications of Tabletting Tools.[22]

Because of its hard steel structure, tablet tooling may appear to be indestructible. During normal use, however, the punches and dies become worn, and the cyclic application of stress can cause the steel to fatigue and break. Improper storage and handling can readily result in damage that necessitates discarding of an entire tooling set. The punch tips are especially delicate and susceptible to damage if the tips make contact with each other, the dies, or the press turret upon insertion or removal of the tools from the tablet machine. A good tool control system must be employed to maintain the history of each tool set, not only to maintain a constant surveillance of critical tolerances altered by wear, but also to eliminate product mixups by preventing the wrong tooling from being used for a product.

To avoid tooling damage, compressive loads or pressures at the pressure rolls must be translated into a calculation of pressure at the punch tips. As tablet punch diameter decreases, less force is required to produce the same pressure at the punch face, since the face represents a smaller fraction of a unit area (square inch). The formula for the area of a circle is $\pi r^2$ where r is the radius of the circle. Given a flat punch face, the area of a ¼-inch-diameter punch would thus be $3.14 \times (1/8)^2$ or $3.14 \times 1/64$, or approximately 1/20 square-inch. If a 1-ton load is being applied by the pressure roll, this area is translated as 2000 pounds on 1/20 square inch, or 40,000 pounds on 1 square inch, a gross overload.

The following are manufacturers of tablet compression tooling:

Thomas Engineering, Hoffman Estates, IL

Stokes, Warminster, PA

Natoli Engineering Company, Chesterfield, MO

Elizabeth Carbide Die Co., McKeesport, PA

Key Industries, Englishtown, NJ

Advance Engineering and Manufacturing Co., St. Louis, MO

Aeromatic Inc., Somerville, N.J.

Carle and Montanari Inc., Hackensack, NJ

I. Holland Ltd., Nottingham, U.K.

## *Auxiliary Equipment*

There are some common auxiliary pieces of equipment that increase the efficiency of the tablet compression operation. In many cases, the speed of the die table is such that the dwell time of a die under the feed frame is too short to allow for adequate or consistent gravity filling of the die with granulation. Improper filling of the dies with granulation results in unsatisfactory weight variation and content uniformity of the resulting tablets. A similar result can occur with a poorly flowing granulation. To help alleviate these problems, mechanized feeders can be employed to force granulation into the dies (Fig. 11-10).

The high tablet output rates of modern presses demand that the granulation hoppers be refilled at frequent intervals; the larger the tablet is, the more frequently the hopper needs to be replenished. Allowing a tablet machine to run "dry" results in a series of rapidly degenerating and unacceptable events. First, low-weight tablets and tablets with poor weight variation are produced. Then, the soft granulation is unable to be formed into tablets. Finally, the tooling is usually ruined, particularly with thin tablets, by the punches being forced together without any granulation between them. Because of the relatively low volume of press hoppers, the filling of hoppers by hand on high-speed presses is inefficient, increases the risk of punch damage, and can contribute to weight variation problems. Therefore, mechanized equipment has been developed to load granulation into the press hoppers.

A popular method of handling large quantities of material is to place bulk granulation containers directly above tabletting machines to gravity-feed the granulation into hoppers. This can be accomplished by several means. Bulk granulation containers can be placed on floors above a tablet machine, and granulation can then be directed through openings in the floor into the hoppers. In a similar fashion, granulation containers can be held on mezzanines above tablet machines. If such overhead room is unavailable, hoists and mechanical lifts can be used to elevate granulation containers or material transfer devices directly in position above the press. Granulation level sensors can be used to stop the press automatically when the granulation level drops to a critical level in the hopper.

The high rate of tablet output with modern presses calls for a higher frequency or even continuous monitoring of tablet weight. Electronic monitoring devices, such as the Thomas Tablet Sentinel (Fig. 11-11), Pharmakontroll, and the Kilian Control System-MC, monitor the force at each compression station, which correlates with tablet weight. These monitors are also capable of initiating corrective actions, altering the amount

# EXHIBIT E

ɜm.

care.

ɔf thousands of

e families.
ɔund the world.

ɹ of medication.
s.
ɹe final check on

medication.
n the decision to

ɩotency.

# Pharmaceutical Dosage Forms and Drug Delivery Systems

HOWARD C. ANSEL, Ph.D.
*Professor and Dean, College of Pharmacy*
*The University of Georgia*

NICHOLAS G. POPOVICH, Ph.D.
*Professor, School of Pharmacy and Pharmacal Sciences*
*Purdue University*

FIFTH EDITION

Lea & Febiger • *Philadelphia* • *London*

Lea & Febiger
200 Chesterfield Parkway
Malvern, Pennsylvania 19355
U.S.A.
1-800-444-1785

**Library of Congress Cataloging-in-Publication Data**

Ansel, Howard C., 1933–
Pharmaceutical dosage forms and drug delivery systems / Howard C. Ansel with contribution by Nicholas G. Popovich.—5th ed.
p. cm.
Rev. ed of: Introduction to pharmaceutical dosage forms, 4th ed. 1985.
Includes bibliographies and index.
ISBN 0-8121-1255-5
1. Drugs—Dosage forms. 2. Drug delivery systems. I. Popovich, Nicholas G. II. Ansel, Howard C., 1933– Introduction to pharmaceutical dosage forms. III. Title.
[DNLM: 1. Dosage Forms. 2. Drugs—administration & dosage. QV 785 A618i]
RS200.A57 1990
615'.1—dc20
DNLM/DLC 89–8299
for Library of Congress CIP

*1st Edition, 1969*
*Reprinted, 1972*
*2nd Edition, 1976*
*Reprinted, 1978*
*3rd Edition, 1981*
*Reprinted, 1982*
*4th Edition, 1985*
*Reprinted, 1987, 1988*
*5th Edition, 1990*

Reprints of chapters may be purchased from Lea & Febiger in quantities of 100 or more.

The use of portions of the text of USPXXII-NFXVII is by permission of the USP Convention. The Convention is not responsible for any inaccuracy of quotation or for any false or misleading implication that may arise from separation of excerpts from the original context or by obsolescence resulting from publication of a supplement.

Copyright © 1990 by Lea & Febiger. Copyright under the International Copyright Union. All Rights Reserved. This book is protected by copyright. No part of it may be reproduced in any manner or by any means without written permission of the publisher.

PRINTED IN THE UNITED STATES OF AMERICA

Print No. 4 3 2

The title *Ph*
*Drug Delivery*
edition of *Intr*
*age Forms*. The
pose of the
pharmaceutic
drug delivery
technology. A
tended to int
students to m
substances, th
dosage forms
and their utili
This new ec
troduction of N
as a contribut
text an experti
age forms an
pharmacy pra
cordingly, the
text on drug p
form utilizatio
stand how to
and complianc
As in previo
sideration is g
such topics as
historic develo
pendia, pharm
discovery of d
ceutic conside
sign, drug proc
current good m



r punch, (B) die
rtesy of Cherry-

ne stage and
the die cav-
l compresses
m the tablet.
nd the lower
of the stage,
the stage by
the die cavity
ee Fig. 5–26).
or other suit-
s collected, as
ng the course
weight varia-
isintegration,
made in the
mpression to
lity.
es and high
uipped with
eatly outpro-
through the
the punches
n (Figs. 5–47
punch tablet
city of about
ry press with
d dies) may
nute. Double
37, 41, or 49
able of pro-
ich complete
se of having
of these ma-
e tablets per
or such high
eders are re-
feeders force

**Fig. 5–48.** *Manesty Rotapress rotary compression machine making compressed tablets. Tablets leaving the machine run over a tablet duster to screen where they are inspected. Material to be compressed is being fed from overhead hopper through yoke to each of the two compressing machine hoppers. Hardness of tablet is monitored electronically by oscilloscope at the right. (Courtesy of The Upjohn Company.)*

**Fig. 5–49.** *New Stokes Ultra Press, a double-sided rotary press capable of producing over 10,000 tablets per minute. (Courtesy of Stokes Equipment Division, Pennwalt Corporation.)*

granulation into the dies by the rotary action of an agitator. This feeding is much more rapid than standard gravity feeding and is necessary for the fast production rates achieved with these tableting machines.

As indicated earlier, tablet machines have been developed to form multiple-layered tablets by the multiple feed and multiple compression of fill material within a single die. Also, a layer of material can be compressed onto a tablet core placed strategically and automatically in the die by a special feed apparatus using a special tableting machine.

## Dry Granulation

In the dry granulation method the granulation is formed not by moistening or adding a binding agent to the powdered drug mixture but by compacting large masses of the mixture and subsequently crushing and sizing these pieces into smaller granules (see Fig. 5–41). By this method, either the active ingredient or the

**Fig. 5–50.** *Induced die feeder. The standard gravity-fed open feed frame can be replaced with an induced die feeder. Using this accessory, granulation is forced into the die by the rotary action of the agitator. (Courtesy of Cherry-Burrell Corporation.)*

diluent must have cohesive properties in order for the large masses to be formed. This method is especially applicable to materials that cannot be prepared by the wet granulation method due to their sensitivity to moisture or to the elevated temperatures required for drying.

After weighing and mixing the ingredients in the same manner as in the wet granulation method, the powder is "slugged" or compressed into large flat tablets or pellets of about 1 inch in diameter. It is possible to do this because the flow of the powder into the slugging machine is facilitated by the large cavity and the tablets need not be of exact size or weight. The slugs must be hard enough to be broken up without producing an excessive amount of powder. The slugs are broken up by hand or by a mill (Fig. 5–51) and passed through a screen of desired mesh for sizing. Lubricant is added in the usual manner, and tablets are prepared by compression. Aspirin, which is hydrolyzed on exposure to moisture, is commonly prepared into tablets after slugging. Instead of the slugging method, compaction mills may be used to increase the density of a powder by pressing it between high-pressure rollers. The densified material is then broken up, sized, and lubricated, and tablets are prepared by compression in the usual manner.

### Direct Compression

Some granular chemicals like potassium chloride and methenamine possess free flowing as well as cohesive properties that enable them to be compressed directly in a tablet machine without need of either wet or dry granulation. In past years the number of medicinal substances that could be tableted without prior granulation was quite small. Today the use of special pharmaceutical excipients imparts to certain tablet formulations the required qualities for tablet production by direct compression, and many additional products may now be produced in this manner. In the direct-compression of tablets, the tableting excipients used must be materials with properties of fluidity and compressibility. Tableting excipients having the desired characteristics include: *fillers*—spray-dried lactose, microcrystals of alpha-monohydrate lactose, sucrose-invert sugar-corn starch mixtures (NuTab, Ingredient Technology Corp.), microcrystalline cellulose, and dicalcium phosphate (Di-Tab, Stauffer Chemical Co.); *disintegrating agents*—direct-compression starch (Starch 1500, Colorcon, Inc.), sodium carboxymethyl starch, cross-linked carboxymethylcellulose fibers (Ac-Di-Sol, FMC Corp.), and cross-linked polyvinylpyrrolidone; *lubricants*—magnesium stearate and talc; and *glidants*—fumed silicon dioxide (Cab-O-Sil, Cabot Corp.).[15]

In addition to the use of special excipients, forced or induced feeders which have been developed permit the preparation of certain additional tablets by direct compression because the deaerating action of the feeder on light, bulky powders makes them more dense and permits them to flow evenly and completely into the die cavities under moderate pressure. This deaeration also eliminates air entrapment within the die as the tablets are compressed, thereby reducing a major cause of *capping*, (loose at the top like a "cap") or splitting of tablets upon compression.

The capping or splitting of tablets may be caused by a number of factors and is not limited to tablets prepared by direct compression. For instance punches that are not immaculately clean and perfectly smooth may result in capped tablets, as may dies that are old or imperfect. Too much pressure on compression can cause capping, as can a granulation which is too soft. Generally there is a portion of "fines" or a fine powder which results when the dry granulation is sized and generally amounts to 10 to 20% of the weight of the granulation and are necessary to properly fill the die cavity. However, an excess of these fines can also lead to capping. When a large quantity of air is trapped in the tablet, a condition called *laminating* results. The tablets appear split and cracked around the sides caused by expansion when the pressure of tableting is released. Figure 5–52 shows tablets which have split. Tablets which have aged (usually beyond the expiration date) may also exhibit splitting or other physical deformation.

## *Tablet Dedusting*

To remove traces of loose powder adhering to tablets following compression, the tablets are conveyed directly from the tableting machine to a tablet deduster. Examples of this type of apparatus are shown in Figures 5–53 and 5–54.

## *Tablet Coating*

Since the reasons for coating tablets and the different types of coatings (i.e., enteric, sugar,

**Fig. 5–51.** *Frewitt O*
*and Company.)*



-elcaps" dosage form. A
t. Dosage form is more
: tablet, smaller than an
-evident. (Courtesy of

· as sweet as sucrose
n-feel, the latter re-
at of solution and a
er. Mannitol's non-
.t an ideal excipient
able tablets contain-
s. Chewable tablets
ation and compres-
rees of tablet hard-
tablet formulations,
50% or more of the
. Sometimes, other
tol, lactose, dextrose
ituted for part or all
s and binders which
ure or desired hard-
n formulating chew-
e appeal of the tab-
fruity flavorants are
mong the types of
hewable tablets are
algesic and cold tab-

la for a typical chew-

Per Tablet
325.0 mg
812.0 mg
0.4 mg
) 32.5 mg
35.0 mg
4.0 mg

inum hydroxide, man-
. Prepare a wet granula-
on. Dry at 120°F and
een. Add the flavor and
and compress into tab-

## Molded Tablets

The commercial preparation of tablets by molding has been replaced by the tablet compression process. The student who may be using the molding process in the laboratory, may refer to Chapter 13 for a description of this method.

## Official Tablets

Examples of official tablets are presented in Table 5–4.

## Rate-Controlled Dosage Forms and Drug Delivery Systems

Some solid dosage forms are designed to release their medication to the body for absorption rapidly and completely, whereas other products are designed to release the drug slowly for more prolonged drug release and sustained drug action. The latter types of dosage forms are commonly referred to as *controlled-release, sustained-release, prolonged-release, timed-release, slow-release, sustained-action, prolonged-action,* or *extended-action* tablets or capsules.

**Table 5–4. Examples of Some Official Tablets**

| *Official Tablet* | *Some Representative Commercial Products* | *Tablet Strengths Usually Available* | *Category and Comments* |
|---|---|---|---|
| Acetaminophen | Tylenol (McNeil) | 325 mg | Analgesic and antipyretic |
| Allopurinol | Zyloprim (Burroughs Wellcome) | 100 and 300 mg | Antigout; antiurolithic |
| Amitriptyline HCl | Elavil HCl (Merck, Sharp & Dohme) | 10, 25, 50, 100, and 150 mg | Antidepressant |
| Betamethasone | Celestone (Schering) | 0.6 mg | Adrenocorticoid |
| Bisacodyl | Dulcolax (Boehringer Ingelheim) | 5 mg | Cathartic; enteric coated tablets |
| Carbamazepine | Tegretol (Geigy) | 200 mg | Anticonvulsant |
| Chlorambucil | Leukeran (Burroughs Wellcome) | 2 mg | Antineoplastic |
| Chlorpheniramine Maleate | Chlor-Trimeton Maleate (Schering) | 4, 8, and 12 mg | Antihistaminic; some tablets (8 and 12 mg) controlled-release |
| Chlorpropamide | Diabinese (Pfizer) | 100 and 250 mg | Antidiabetic |
| Cimetidine | Tagamet (Smith, Kline & French) | 200 and 300 mg | Histamine $H_2$ receptor antagonist |
| Diazepam | Valium (Roche) | 2, 5, and 10 mg | Sedative; skeletal muscle relaxant |
| Digoxin | Lanoxin (Burroughs Wellcome) | 0.125, 0.25 and 0.5 mg | Cardiotonic |
| Dimenhydrinate | Dramamine (Searle) | 50 mg | Antinauseant |
| | — | 25 and 30 mg | Bronchodilator; vasoconstrictor |
| Furosemide | Lasix (Hoechst-Roussel) | 20, 40, and 80 mg | Diuretic; antihypercalcemic; antihypertensive |
| Griseofulvin | Fulvicin U/F (Schering) | 250 and 500 mg | Antifungal |
| Haloperidol | Haldol (McNeil) | 0.5, 1, 2, 5, 10 and 20 mg | Tranquilizer |
| Hydrochlorothiazide | Hydro-Diuril (Merck, Sharp & Dohme) | 25, 50 and 100 mg | Diuretic; antihypertensive |
| Ibuprofen | Motrin (Upjohn) | 300, 400, 600 and 800 mg | Analgesic; antipyretic |
| Levodopa | Larodopa (Roche) | 100, 250, and 500 mg | Antidyskinetic |
| Levothyroxine sodium | Synthroid (Flint) | 0.025, 0.05, 0.075, 0.1, 0.125, 0.15, 0.2 and 0.3 mg | Thyroid hormone |
| Meclizine HCl | Antivert (Roerig) | 12.5, 25 and 50 mg | Antivertigo |

**Table 5–4. Continued**

| Official Tablet | Some Representative Commercial Products | Tablet Strengths Usually Available | Category and Comments |
|---|---|---|---|
| Meperidine Hydrochloride | Demerol (Winthrop-Breon) | 50 and 100 mg | Narcotic analgesic |
| Meprobamate | Equanil (Wyeth) | 200 and 400 mg | Sedative; hypnotic |
| Methyldopa | Aldomet (Merck, Sharp & Dohme) | 125, 250, and 500 mg | Antihypertensive |
| Metronidazole | Flagyl (Searle) | 250 and 500 mg | Antiamebic; antitrichomonal |
| Nitroglycerin | Nitrostat (Parke-Davis) | 0.150, 0.3, 0.4 and 0.6 mg | Anti-anginal sublingual tablets |
| Penicillin V Potassium | Pen Vee K (Wyeth) | 250, and 500 mg | Antibacterial |
| Prednisone | Meticorten (Schering) | 1 mg | Adrenocorticoid |
| Prochlorperazine maleate | Compazine (Smith, Kline & French) | 5, 10 and 25 mg | Antiemetic |
| Propanolol HCl | Inderal (Ayerst) | 10, 20, 40, 60, 80, and 90 mg | Antianginal; antiarrhythmic; antihypertensive |
| Sulindac | Clinoril (Merck, Sharp & Dohme) | 150 and 200 mg | Antirheumatic, anti-inflammatory |
| Terbutaline sulfate | Brethine (Geigy) | 2.5 and 5 mg | Antiasthmatic |
| Tolbutamide | Orinase (Upjohn) | 250 and 500 mg | Antidiabetic |
| Warfarin Sodium | Coumadin Sodium (DuPont) | 2, 2.5, 5, 7.5, and 10 mg | Anticoagulant |

Although these terms have been frequently used interchangeably, the meaning of "sustained-release" and "controlled-release" are different. Sustained release describes the release of a drug substance from a dosage form or delivery system over an extended period of time. Controlled-release describes a system in which the *rate* of the drug's release is more precisely controlled compared to the sustained release product.

The term "drug delivery systems" refers to the technology utilized to present the drug to the desired body site for drug release and absorption. The modern transdermal patch, discussed in Chapter 9, is an example of a drug delivery system. The first drug delivery system developed was the *syringe*, invented in 1855, used to deliver medication by injection.

The goal of rate-controlled technology is to produce a convenient, generally self-administered dosage form that yields a constant infusion of the drug. The advantages of rate-controlled drug delivery are presented in Table 5–5.

Controlled-release dosage forms that provide sustained drug release require less frequent drug administration than ordinary dosage forms (Fig. 5–63A). This is considered an advantage in assuring patient compliance in the taking of medication. Patients required to take 1 or 2 dosage units a day are thought to be less likely to forget a dose than if they were required to take their medication 3 or 4 times a day. Further, controlled-release dosage forms allow whole day coverage and help to reduce the need for the patient to be awakened for an early morning dosing. Also, depending upon the medication and the dosage form, the daily cost to the patient may be less with less frequent dosage administration.

Rather than providing *sustained-release*, some solid dosage forms are designed to sequentially release two full doses of a drug. Such dosage forms also enable the patient to be maintained on the drug for longer than usual periods following the administration of a single dosage unit. These types of products are usually termed *repeat-action* tablets or capsules (Fig. 5–63B).

Many of these specialized types of dosage forms are protected by patents and have been given trademark names that help to identify both the manufacturer and the type of pharmaceutical product.

### Sustained-Release Forms

Most sustained-release forms are designed so that the administration of a single dosage unit provides the immediate release of an amount

**Table 5-5. Advantages of Rate-Controlled Drug-Delivery Systems Over Conventional Dosage Forms**

| *Advantage* | *Explanation* |
| --- | --- |
| Reduction in drug blood level fluctuations | By controlling the rate of drug release, "peaks and valleys" of drug-blood or serum levels are eliminated. |
| Reduction in dosing frequency | Rate-controlled products deliver more than a single dose of medication and thus are taken less often than conventional forms. |
| Enhanced patient convenience and compliance | With less frequency of dose administration, the patient is less apt to neglect taking a dose. There is also greater patient convenience with daytime and nighttime medication, and control of chronic illness. |
| Reduction in adverse side effects | Because there are seldom drug blood level peaks above the drug's therapeutic range, and into the toxic range, adverse side effects are less frequently encountered. |
| Reduction in health care costs i.e., economy | Although the initial cost of rate-controlled drug delivery systems is usually greater than conventional dosage forms, the average cost of treatment over an extended time period may be less. With less frequency of dosing, enhanced therapeutic benefit, and reduced side-effects, the time required of health care personnel to dispense, administer and monitor patients is reduced. |

of drug that promptly produces the desired therapeutic effect and gradual and continual release of additional amounts of drug to maintain this level of effect over an extended period, usually 8 to 12 hours.

In this type of dosage form, the design is based on the particular qualities of each individual drug. What may be an effective type of dosage form design for one drug may be ineffective in promoting the sustained release of another drug because of peculiar physical, chemical, and biological qualities. To maintain the constant level of drug in the system, the drug must be released from the dosage form at a rate that will replace the amount of drug being metabolized and excreted from the body. For each drug, this is a highly individualized quality. In general, the drugs best suited for incorporation into a sustained release product have the following characteristics.

1. *They exhibit neither very slow nor very fast rates of absorption and excretion.* Drugs with slow rates of absorption and excretion are usually inherently long-acting and their preparation into sustained-action type dosage forms is not necessary. Similarly, a drug with a short half life, i.e., < 2 hours, should not be formulated into a sustained release product because such a delivery system would require unacceptably large release rates and doses.
2. *They are uniformly absorbed from the gastrointestinal tract.* Drugs absorbed poorly or at varying and unpredictable rates are not good candidates for sustained-release products, because their drug release and therefore drug absorption will fluctuate, depending upon the position of the drug in the gastrointestinal tract and the dosage form's rate of movement within the tract.
3. *They are administered in relatively small doses.* Drugs with large single doses frequently are not suitable for the preparation of the sustained-action product because the individual dosage unit needed to maintain the extended therapeutic blood level of the

*Fig. 5-63A. Hypothetical drug blood level-time curves for a conventional solid dosage form and a controlled release product.*

*Fig. 5-63B. Hypothetical drug blood level-time curves for a conventional solid dosage form and a multiple-action product.*

drug would have to be too large for the patient to easily swallow.

4. *They possess a good margin of safety.* The most widely used measure of the margin of safety is its therapeutic index [Chapter 2], i.e., median toxic dose, TD50/median effective dose, ED50. This index can range from one (where the effective dose produces toxic effects) to several thousand. For very "potent" drugs whose therapeutic concentration is narrow, the value of the therapeutic index is very small. The larger the therapeutic index the safer the drug. Thus, those drugs which are potent in very small doses or possess very narrow or small therapeutic indices are poor candidates for formulation into controlled-release formulations because of technologic limitations of precise control over release rates.
5. *They are used in the treatment of chronic rather than acute conditions.* Drugs for acute conditions generally require more physician control of the dosage than that provided by sustained-release products.

The most common mechanisms utilized in rate-controlled pharmaceutical products are: solvent action of biologic fluids on coated drug particles, osmotic systems controlled by the diffusion of biologic fluids through a polymer, erodible systems controlled by the erosion of a polymeric matrix, diffusion systems controlled by the diffusion of the drug through a polymeric membrane or monolithic matrix, and chemical reaction or interaction between the drug substance or its pharmaceutical barrier and site-specific biologic fluids. These mechanisms are utilized in the development of dosage forms and drug delivery systems for oral and other routes of administration.

Examples of the pharmaceutical technology utilized to achieve rate-controlled and sustained release solid dosage forms are described below.

COATED BEADS OR GRANULES OR MICROENCAPSULATED DRUG. In this method a solution of the drug substance in a non-aqueous solvent such as a mixture of acetone and alcohol is coated onto small inert non-pareil seeds or beads made of a combination of sugar and starch. In instances in which the dose of the drug is large, the starting granules of material may be composed of the drug itself. Then with some of the beads or granules remaining uncoated and intended to provide the immediately released dose of drug when taken, coats of a lipid material like beeswax or a cellulosic material like ethylcellulose are applied to the remainder (about two-thirds to three-fourths) of the granules, with some granules receiving a few coats and others many coats. Then the beads or granules of different thicknesses of coatings are blended in the desired proportions to achieve the proper blend. The coating material may be colored with a dye material so that the beads of different coating thicknesses will be darker in color and distinguishable from those having fewer coats and being lighter in color. When properly blended, the granules may be placed in capsules or tableted. The variation in the thickness of the coats and in the type of material used in the coating is reflected in the rate at which the body fluids are capable of penetrating the coating and in dissolving the drug. Naturally, the thicker the coat, the more resistant to penetration and the more delayed will be the drug release. The presence of drug granules of various coating thicknesses therefore produces the sustained drug release. The time-blood level profile is similar to that obtained with multiple

dosing. An example of this type of dosage form is the *Spansule* capsule, shown in Figure 5–64.

*Microencapsulation* is a process by which solids, liquids, or even gases may be encapsulated into microscopic size particles through the formation of thin coatings of "wall" material around the substance being encapsulated. The process had its early origin in the late 1930s as a "clean" substitute for carbon paper and carbon ribbons as sought by the business machines industry. The ultimate development in the 1950s of reproduction paper and ribbons which contained dyes in tiny gelatin capsules released upon impact by a typewriter key or the pressure of a pen or pencil was the stimulus for the development of a host of microencapsulated materials, including drugs. Gelatin is a common wall-forming material but synthetic polymers as polyvinyl alcohol, ethylcellulose, or polyvinyl chloride have been used. The typical encapsulation process usually begins with the dissolving of the prospective wall material, say gelatin, in water. The material to be encapsulated is added and the two-phase mixture thoroughly stirred. With the material to be encapsulated broken up to the desired particle size, a solution of a second material is added, usually acacia. This additive material is chosen to have the ability to concentrate the gelatin (polymer) into tiny liquid droplets. These droplets (coacervate) then form a film or coat around the particles of the substance to be encapsulated as a consequence of the extremely low interfacial tension of the residual water or solvent in the wall material so that a continuous, tight, film coating remains on the particle (Fig. 5–65). The final dry microcapsules are free-flowing, discrete particles of coated material. Of the total particle weight, the wall material usually represents between 2 and 20%. By varying the wall thickness of microencapsulated drug particles, their dissolution rates may be altered and sustained release obtained. An example of a drug commercially available in microencapsulated dosage form is potassium chloride as Micro-K (Robins Laboratories).

EMBEDDING DRUG IN SLOWLY ERODING MATRIX. By this process, the portion of the drug intended to have sustained action is combined with lipid or cellulosic material processed into granules that can be placed into capsules or tableted. When these granules are combined with granules of drug prepared without the special lipid or cellulosic excipient, the untreated portion provides the immediate drug effect, and the treated portion the prolonged effect. The treated granules slowly erode in the body fluids. The types of materials used in the preparation of the granules may be varied to achieve different rates of erosion. The product SLOW-K (CIBA) is a sugar-coated tablet containing 8 mEq of potassium chloride in a wax matrix. The formulation is intended to provide a controlled release of potassium from the matrix to minimize the likelihood of producing high (and irritating) localized concentrations of potassium within the gastrointestinal tract.

Two-layered tablets may be prepared from the granules, with one layer containing the untreated drug for immediate release and the other layer having the drug for sustained release. Three-layered tablets may be similarly prepared, with both outer layers containing the drug for immediate release. Some commercial tablets are prepared with an inner core containing the sustained release portion of drug and

*Fig. 5–64. The Spansule capsule showing the hard gelatin capsule containing hundreds of tiny pellets for sustained drug release and the rupturing of one of the pellets as occurs in the gastric fluid. (Courtesy of Smith, Kline & French Laboratories.)*

*Fig. 5-65. Microcapsules of mineral oil in a gelatin-acacia coacervate. (Photo courtesy of James C. Price, Ph.D., College of Pharmacy, The University of Georgia.)*

an outer shell completely enclosing the core and containing the drug portion for immediate release. Tablets prepared from the type of material described in the next method may be similarly constructed.

EMBEDDING DRUG IN INERT PLASTIC MATRIX. By this method, the drug is granulated with an inert plastic material such as polyethylene, polyvinyl acetate, or polymethacrylate, and the granulation is compressed into tablets. The drug is slowly released from the inert plastic matrix by leaching by the body fluids. The compression of the tablet creates the matrix or plastic form that retains its shape during the leaching of the drug and through its elimination from the alimentary tract. The initially released drug is present on the surfaces of the tablet or is only superficially embedded. The primary example of a dosage form of this type is the *Gradumet* (Abbott).

COMPLEX FORMATION. Certain drug substances when chemically combined with certain other chemical agents form chemical complexes that may be only slowly soluble in body fluids, depending upon the pH of the environment. This slow dissolution rate is effective to provide the sustained action of the drug.

It should be remembered that certain drug substances that are only slowly soluble in body fluids, without special complexation or other treatment are inherently long acting.

ION-EXCHANGE RESINS. A solution of the cationic drug is passed through a column containing the ion-exchange resin, to which it complexes by the replacement of hydrogen atoms. The resin-drug complex is then washed and may be tableted, encapsulated, or suspended in an aqueous vehicle. The release of the drug is dependent upon the pH and the electrolyte concentration in the gastrointestinal tract. Generally, release is greater in the acidity of the stomach than the less acidic small intestine. Examples of drug products of this type include *Biphetamine* capsules (resin complexes of amphetamine and dextroamphetamine) and *Ionamin* capsules (phentermine resin) both by Pennwalt.

The mechanism of action of drug release from ion exchange resins may be depicted as follows.

In the stomach:

(1) Drug resinate + HCl ⇌ acidic resin + drug hydrochloride
(2) Resin salt + HCl ⇌ resin chloride + acidic drug

In the intestine:

(1) Drug resinate + NaCl ⇌ sodium resinate + drug hydrochloride
(2) Resin salt + NaCl ⇌ resin chloride + sodium salt of drug.

Pennwalt's "Pennkinetic" system incorporates a polymer barrier coating and bead technology in addition to the ion-exchange mechanism. The initial dose comes from an uncoated portion, and the remainder from the coated beads. The coating does not dissolve, and release is controlled over a 12-hour period by ionic exchange. The drug-containing polymer particles are minute, and may be suspended to produce a liquid with controlled-release characteristics [e.g., Delsym (McNeil)] as well as solid dosage forms.

HYDROCOLLOID SYSTEM. Hydrocolloids can play a significant role in the design of a controlled-release product. An example is the product Valrelease, a 15-mg slow-release dosage form of Valium (diazepam/Roche). Valrelease has been formulated using a unique Hydrodynamically Balanced drug-delivery System (HBS). This dosage form was designed to achieve, in one administration, plasma concentrations of diazepam equivalent to those ob-



Fig. 5–66. *Depiction of the OROS osmotic pump drug-delivery system. (Courtesy of Alza Corporation.)*

tained with conventional Valium 5 mg tablets taken 3 times daily. The Hydrodynamically Balanced drug-delivery System consists of a matrix so designed that upon contact with gastric fluid, the dosage form demonstrates a bulk density of less than one and, thus, remains buoyant. When the Valrelease capsule shell dissolves, the outermost hydrocolloids come in contact with gastric fluid. They swell to form a boundary layer, which prevents immediate penetration of fluid into the formulation. The outer hydrocolloid boundary layer gradually erodes, with the subsequent formation of another "outer" boundary layer. This is a continuous process causing the gelatinous mass to constantly erode, while diazepam is gradually released through each layer as the fluid slowly penetrates the matrix. Valrelease remains in the stomach for a variable period of time, depending on individual physiologic characteristics. However, when Valrelease passes into the intestine, gradual release of the active drug and absorption continue.

OSMOTIC PUMP. The Oros system, developed by Alza, is an oral osmotic pump composed of a core tablet and a semi-permeable coating with a 0.4 mm diameter hole for drug exit. The hole is produced by a laser beam and the product operates on the principle of osmotic pressure (Fig. 5–66). The semi-permeable membrane permits water to enter from the patient's stomach into the core, dissolving the drug. The pressure that is built up forces or pumps the drug solution out of the delivery orifice (Fig. 5–67). A currently marketed product of this type is Acutrim (CIBA-Geigy).

Oros is a sophisticated oral controlled release drug delivery system in which the release rate may be controlled by changing the *surface area*, *the thickness* or *the nature* of the membrane and/or by changing the diameter of the drug release

Fig. 5–67. *The OROS (Oral Osmotic) drug delivery system. A tablet core of drug is surrounded by a semipermeable membrane that is pierced by a small laser-drilled hole. After ingestion, water is drawn into the tablet from the digestive tract by osmosis. As water enters the tablet core, the drug gradually goes into solution. The solution is pushed out through the small hole at a controlled rate of about 1 to 2 drops per hour. (Courtesy of ALZA Corporation.)*

orifice. Other pharmaceutical companies have developed similar systems. For example, Elan Pharmaceutical has developed a system called Modas–*Multidirectional Osmotic Drug Absorption System.* Modas is an osmotic device with solubilized drug delivered through a fixed permeable membrane designed to admit moisture and excrete the soluble drug back through the same membrane at constant pressure. The drug comes out of the entire surface area of the tablet at a constant rate.

### Repeat Action Forms

Some specialized tablets are prepared so that an initial dose of the drug is released from the tablet shell and a second dose from an inner core of the tablet, which is separated from the outer shell by a slowly permeable barrier coating. Generally the barrier coating is penetrated

# EXHIBIT F

# TREATISE ON CONTROLLED DRUG DELIVERY

Fundamentals • Optimization • Applications

edited by
Agis Kydonieus

*ConvaTec*
*A Bristol-Myers Squibb Company*
*Princeton, New Jersey*

Marcel Dekker, Inc. New York • Basel • Hong Kong

Library of Congress Cataloging-in-Publication Data

Treatise on controlled drug delivery: fundamentals, optimization, applications / edited by Agis Kydonieus.
p. cm.
Includes bibliographical references and index.
ISBN 0-8247-8519-3
1. Drugs--Controlled release. 2. Controlled release preparations.
I. Kydonieus, Agis F.
[DNLM: 1. Delayed-Action Preparations. 2. Dosage Forms. 3. Drug Carriers. QV 785 T784]
RS201.C64T74 1991
615'.6--dc20
DNLM/DLC
For Library of Congress 91-24646
CIP

This book is printed on acid-free paper.

Copyright © 1992 by Marcel Dekker, Inc. All Rights Reserved.

Neither this book nor any part may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, microfilming, and recording, or by any information storage and retrieval system, without permission in writing from the publisher.

Marcel Dekker, Inc.
270 Madison Avenue, New York, New York 10016

Current printing (last digit):
10 9 8 7 6 5 4 3 2 1

PRINTED IN THE UNITED STATES OF AMERICA

Figure 12 Mean steady-state plasma levels of metoprolol in healthy subjects after repetitive dosing of an osmotic pump (O) and a conventional CR product (●). (From Ref. 46.)

Drug devices that are designed to stay in a particular segment of the GI tract, e.g., bioadhesive systems and large size to delay gastric emptying, must take into account the stability of the drug in that environment. Degradation due to pH or enzymes may reduce bioavailability of such dosage forms. Also, single-unit forms, intended to stay at the pylorus or ileo-cecal junction, may release enough drug in their immediate vicinity to cause local toxicity or irritation. Design must also account for possible bacterial degradation, and variable and poor absorption from the colon and rectum.

## STRATEGIES AND DESIGN OF ORAL CONTROLLED-RELEASE SYSTEMS

The design and fabrication of oral CR systems has been reviewed recently by a number of authors [47]. These reviews are extensive concerning the technology involved in the fabrication of such systems and the underlying mechanisms of release. Table 2 lists some of the technological approaches to the fabrication of oral CR systems [1]. The present section will focus on the basic principles involved in conception and development of new approaches to oral CR drug-delivery systems. Emphasis will be on the rationale of design of systems and their interaction with the GI environment.

Most oral CR systems are solids, although a few liquids, all of them suspensions, have recently been introduced. The following classification of such systems is chosen because it includes not only the conceptual approach of design, but some elements of physiology of the GI system as well.

1. Continuous-release systems
   a. Dissolution control
   b. Diffusion control
   c. Dissolution and diffusion control
   d. Ion-exchange resins
   e. Osmotically controlled devices
   f. Slow-dissolving salts or complexes
   g. pH-independent formulations

2. Delayed-transit and continuous-release systems
   a. Density-based systems
   b. Size-based systems
   c. Bioadhesive-based systems
3. Delayed-release systems
   a. Intestinal release
   b. Colonic release

The design of oral CR dosage forms is aimed at presenting the drug to the absorptive membrane of the GI tract at a predetermined rate. The majority of such systems rely on dissolution, diffusion, or a combination of both mechanisms, to control drug release rate in the gastrointestinal lumen. Whatever the mechanism may be, as long as the drug release rate from the dosage form is significantly smaller than the rate of drug absorption, there is little drug in solution in the gut. The drug is absorbed by the GI mucosa as soon as it is released. On the other hand, when drug absorption is the rate-limiting step, there is a high concentration of drug in solution in the gut lumen. Plasma drug concentration in release rate-limited processes reflect drug release rate from the dosage form. Before a decision about a system, based on a particular mechanism, is made, drug properties such as solubility, dose requirements, stability, and absorption rate must be considered. These issues have already been discussed in previous sections. Desired in-vivo kinetics of drug release will also play a part in decision making.

## Continuous-Release Systems

### *Dissolution Control*

Continuous release for extended periods can be obtained by employing dissolution as the rate-limiting step in drug release. Certain drugs are slow-dissolving due to their intrinsic low aqueous solubility and thus act as natural sustained-release products. Digoxin and griseofulvin are examples of slow-dissolving drugs. A few others, such as aluminum aspirin and benzamphetamine pamoate, produce slow-dissolving forms when they come in contact with aqueous media [48].

For compounds with high aqueous solubility, one needs to reduce the solubility rate by some mechanism. Unless a chemical modification of the drug in question is involved, the approach to control the rate of dissolution of such compounds will be based on either or both of the following techniques:

1. Increase in the stagnant diffusion layer
2. Encapsulation or coating which erodes or slowly dissolves

**Stagnatnt-layer control.** If the dissolution process is diffusion layer-controlled, i.e., the rate of diffusion through an unstirred water layer on the solid surface to the bulk of solution is rate-limiting, an increase in the stagnant diffusion layer works effectively. In such a system, flux J (mg/s) is given by

$$J = -D\left(\frac{dc}{dx}\right) \quad (9)$$

where

$D$ = diffusion coefficient ($cm^2/s$)

$\frac{dc}{dx}$ = concentration gradient from the solid surface to bulk solution (mg/ml/cm)

Table 2 Principles of Technological Possibilities for the Manufacture of Oral Extended-Release Dosage Forms

| Method and type of factors used to achieve extended release | Examples of use excipients | Kind of drug release | Kinetics of drug release | Possibilities of release rate regulation | Examples of dosage forms |
|---|---|---|---|---|---|
| 1. Binding | | | | | |
| (a) Chemical binding (slightly soluble salts or complexes) | Tannic acid, polygalacturonic acid, albumins, pectins | Slow dissolution of salts, esters hydrolysis, complex dissociation | First-order under, some conditions zero order | Selection of salt or complex forming substances | Tablets, capsules, liquid suspensions |
| (b) Physical-chemical binding | Ion-exchange resins | Ion exchange | First-order | Variation of binding strength depending on chemical stuctures of the resin or adsorbents and the drug | Tablets, capsules, liquid suspensions |
| | Absorbents | Desorption | | | |
| 2. Coating | | | | | |
| (a) Insoluble membrane | Ethyl cellulose | Diffusion, partitioning | Zero- or first-order | Membrane porosity and/or thickness | Granules, pellets, microcapsules, film tablets |
| | Polymers | Diffusion | Zero-order | Membrane porosity and thickness | Oros osmotic pumps |
| (b) Soluble membrane | | | | | |
| (i) pH-Dependent solubility | Polymers of methacrylic acid and its esters, cellulose acetate phthalate, hydroxypropylmethylcellulose phthalate | Drug dissolution after coating; disintegration, repeat release | First- or second-order | Substitution and/or polymerization degree, membrane thickness | Multilayer tablets, coated granules or pellets with varying disintegration time, ultiple-unit capsules, liquid suspensions |

| | | | | | |
|---|---|---|---|---|---|
| (ii) Enzyme-dependent solubility | Lipids, proteins | Drug dissolution after coating, disintegration | First-order | Changes in the chemical composition | Coated granules or pellets with varying disintegration time, tablets from mixed granules, multiple-unit capsules |
| (iii) Liquid membrane | Glycerides and surfactants | Diffusion and partitioning | Zero- or first-order | Oil-to-water phase ratio, droplet diameter in the dispersed phase | Multiple emulsion |
| 3. Embedding (a) Hydrophilic carrier (gel-forming base) | Methylcellulose, gelactose mannate, alginic acid or sodium alginate, polyacrylic acid | Slow diffusion from viscous gel, very slow pH-dependent dissolution of the matrix | First- or second-order | Polymerization degree, drug-to-carrier ratio | Multiplayer tablets with slow-release cores, capsules |
| (b) Hydrophobic carrier (i) Soluble carrier (digestible base) | glycerides, waxes, fatty alcohols, fatty acids | Release when the surface layer is continuously eroded in the gastrointestinal fluids | $Q = \sqrt{t}$ First- or second-order | Changes in the chemical composition influencing the lipase sensibility, melting point, self-emulsifying properties, drug-to-carrier ratio | Eroding tablets, multilayer tablets with slow-release cores, capsules, liquid suspensions |
| (ii) Insoluble carrier (non-digestible base) | Polyethylene, polyvinylchloride, polycinylacetate, waxes, calcium sulphate | Immediate release from the surface, after that, continuous diffusion (leaching principle) | $Q = \sqrt{t}$ | Tablet porosity, compression conditions, addition of soluble solids, drug-to-carrier ratio | Matrix tablets |

The material flow rate through a unit area A from a dosage form can be defined as

$$J = \left(\frac{1}{A}\right)\frac{dm}{d_t} \qquad (10)$$

The gradient dc/dx can be expressed in terms of diffusion-layer thickness, and the concentration gradient across this layer as

$$\frac{dc}{dx} = \frac{C_b - C_s}{h} \qquad (11)$$

where

$C_b$ = concentration in the bulk solution

$C_s$ = concentration on the solid surface, which is usually the same as the saturated solution

$h$ = diffusion-layer thickness

The above equation assumes that the concentration gradient across the diffusion layer is linear.

Thus, the rate of material flow will be

$$\frac{d_m}{d_t} = -\left(\frac{DA}{h}\right)(C_b - C_s) = kA(C_s - C_b) \qquad (12)$$

where $k = D/h$ = intrinsic dissolution rate constant.

If A, D, h, and the concentration difference remain constant, the release rate will be constant. In practice, however, all of these parameters may change continuously, especially surface area.

For release rate from a diffusion layer-controlled system, the following general equation may be more useful:

$$\frac{M_t}{M} = 1 - \left(\frac{1 - K_0 t}{C_0 a}\right)^n \qquad (13)$$

where

$M_t$ = amount released at time t (mg)

$M$ = total amount released (mg)

$a$ = half-thickness of dosage form (cm)

$n$ = constant shape factor: $n = 3$ for a sphere, $n = 2$ for a cylinder, and $n = 1$ for a slab

*Example:* The intrinsic dissolution rate constant of a drug is $5 \times 10^{-5}$ cm/s. Calculate the rate of dissolution in milligrams per hour from a tablet of surface area 2.5 $cm^2$ under sink conditions. The solubility of the drug is 50 mg/ml.

Using Eq. (12):

$$\frac{dm}{dt} = (5 \times 10^{-5}\ \text{cm/s})(3600\ \text{s/h})(2.5\ \text{cm}^2)(50\ \text{mg/cm}^3)$$
$$= 22.5\ \text{mg/h}$$

# EXHIBIT G

THIRD EDITION

# Physical Pharmacy

## PHYSICAL CHEMICAL PRINCIPLES IN THE PHARMACEUTICAL SCIENCES

Alfred Martin, Ph.D.
*Coulter R. Sublett Professor,*
*Drug Dynamics Institute,*
*College of Pharmacy,*
*University of Texas*

James Swarbrick, Ph.D.
*Professor and Chairman,*
*Division of Pharmaceutics;*
*School of Pharmacy,*
*The University of North Carolina at Chapel Hill*

Arthur Cammarata, Ph.D.
*Professor of Physical Medicinal Chemistry,*
*School of Pharmacy,*
*Temple University*

*with illustrations by*
A. H. C. CHUN, Ph.D.
*Associate Research Fellow*
*Pharmaceutical Products Division,*
*Abbott Laboratories*

LEA & FEBIGER  PHILADELPHIA

LEA & FEBIGER
*600 Washington Square*
*Philadelphia, PA 19106*
*U.S.A.*

**Library of Congress Cataloging in Publication Data**
Martin, Alfred N.
Physical pharmacy.

Includes bibliographies and index.
1. Chemistry, Pharmaceutical. 2. Chemistry, Physical and theoretical. I. Swarbrick, James, 1934– . II. Cammarata, Arthur, 1940– III. Title. [DNLM: 1. Chemistry, Pharmaceutical. 2. Chemistry, Physical. QD 453 M379p]
RS403.M34 1983 541.3'024'615 82-22872
ISBN 0-8121-0877-9

Copyright © 1983 by Lea & Febiger.

Copyright under the International Copyright Union. All rights reserved. This book is protected by copyright. *No part of it may be reproduced in any manner or by any means without written permission from the publisher.*

PRINTED IN THE UNITED STATES OF AMERICA

Print No. 5 4 3 2

Many new developm
since the publication c
1960 and again in 196
these advances, a nu
been made in the curr

An understanding
become important be
the first step in the bic
lowing their administ
routes. Diffusion, a pr
ionized molecules mus
sites of action, has bee
cant process that sho
quantitated. Polymers
high molecular weight
opment of new device
the body at preprogra
chapters on diffusion
mers, and the new the
have been added to th
*cal Pharmacy.*

Other chapters hav
incorporation of rece
and instrumentation.
added to sections deali
ties, solubility, com
binding, kinetics and
micromeritics, and sur
ments. References to
worked examples, an
added or updated in

In order to make r
without increasing the
on pharmacokinetics a
to ionic equilibria ha
chapters on computer

Fig. 18-14. (*a*) Pore into which vapor is condensing, corresponding to point *a*,*c* on the up-curve of Figure 18-13. Key: $\theta_a$, advancing contact angle; r, pore radius; R, radius of meniscus. (*b*) Pore from which the liquid is vaporizing, corresponding to point *b*,*c* on the down-curve of Figure 18-13. Key: $\theta_d$, receding or desorption contact angle; *R* and *r* defined as in (*a*); *c*, condensed vapor on walls of the capillary.

as seen in Figure 18-14*b*, and $p/p_o$ will decrease, since R is in the denominator of the Kelvin equation, the right-hand side of which is negative.

The Kelvin equation gives a reasonable explanation for the differences of $p/p_o$ on adsorption and desorption and consequently provides for the existence of the hysteresis loop.

Christian and Tucker[22] have done a careful and extensive study of pore models and concluded that a model that included a combination of cylindric and *slit-shaped pores* provided the best quantitative fit of the data obtained on both the adsorption and desorption branches of the pore distribution plots. A modification of the BET equation, assuming multilayer adsorption at the walls in the capillaries, has also been found to provide a satisfactory model for the hysteresis that occurs with porous solids.[23]

The adsorption of water vapor, flavoring agents, perfumes, and other volatile substances into films, containers, and other polymeric materials used in pharmacy are important in product formulation; they were discussed in the chapter on diffusion (pp. 434–436). Sadek and Olsen[24] showed that the adsorption isotherms for water vapor on methylcellulose, povidone (PVP), gelatin, and polymethylmethacrylate all exhibited hysteresis loops. Hydration of gelatin films was observed to be lowered by treatment with formaldehyde, which causes increased crosslinking in gelatin and a decrease in pore size. PVP showed increased water adsorption by treatment with acetone, which enlarged pore size and increased the number of sites for water sorption. In a study of the action of tablet disintegrants, Lowenthal and Burress[25] measured the mean pore diameter of tablets in an air permeability apparatus. A linear correlation was observed between log mean pore diameter and tablet porosity, allowing a calculation of mean pore diameter from the more easily obtained tablet porosity. Gregg and Sing[26] discuss pore size and pore size distribution in some detail.

## DERIVED PROPERTIES OF POWDERS

The preceding sections of this chapter have been concerned mainly with size distribution and surface areas of powders. These are the two *fundamental* properties of any collection of particles. There are, in addition to these, numerous *derived* properties that are based upon these fundamental properties. Those of particular relevance to pharmacy are discussed in the remainder of this chapter. Very important properties, those of particle dissolution and dissolution rate, are subjects of separate chapters (Chapters 12 and 15).

**Porosity.** Suppose a powder, such as zinc oxide, is placed in a graduated cylinder and the total volume is noted. The volume occupied is known as the *bulk volume* $V_b$. If the powder is nonporous, i.e., has no internal pores or capillary spaces, the bulk volume of the powder consists of the true volume of the solid particles plus the volume of the spaces between the particles. The volume of the

spaces, known as
by the equation,

1

in which $V_p$ is the
The method for d
particles will be

The *porosity* o
fined as the rati
bulk volume of t

$\epsilon = \frac{V}{}$

Porosity is frequ
$\epsilon \times 100$.

***Example 6.*** A s
with a true densit
was found to have
placed in a 100-n
the porosity.

The volume of
131.3 g/(

From equation
$v = 82.0$ cr

and the porosity i

$\epsilon = \frac{8}{}$

**Packing Arran**
form sized sphe
two ideal packir
*rhombohedral,*
*cubic packing.* T
der consisting
packing is 26%
The arrangeme
closest and loos
ure 18-15.

The particles
spherical in sha
be expected tha
ders may have

Fig. 18-15. Schem
ranged in closest p
ing. The dotted ci
particle in a plane

of Figure 18-13. Key: $\theta_a$, vaporizing, corresponding l and r defined as in (a):

and increased the sorption. In a study egrants, Lowenthal e mean pore diame- neability apparatus. served between log olet porosity, allow- pore diameter from d tablet porosity. pore size and pore letail.

OF POWDERS

of this chapter have th size distribution ers. These are the s of any collection addition to these, ies that are based roperties. Those of macy are discussed apter. Very impor- particle dissolution ubjects of separate 15).

vder, such as zinc ated cylinder and The volume occu- *volume* $V_b$. If the ., has no internal he bulk volume of true volume of the ume of the spaces ne volume of the

spaces, known as the *void volume*, $v$, is given by the equation,

$$v = V_b - V_p \qquad (22)$$

in which $V_p$ is the *true volume* of the particles. The method for determining the volume of the particles will be given later.

The *porosity* or *voids* $\epsilon$ of the powder is defined as the ratio of the void volume to the bulk volume of the packing:

$$\epsilon = \frac{V_b - V_p}{V_b} = 1 - \frac{V_p}{V_b} \qquad (23)$$

Porosity is frequently expressed in percent, $\epsilon \times 100$.

***Example 6.*** A sample of calcium oxide powder with a true density of 3.203 and weighing 131.3 g was found to have a bulk volume of 82.0 cm³ when placed in a 100-ml graduated cylinder. Calculate the porosity.

The volume of the particles is

$$131.3 \text{ g}/(3.203 \text{ g/cm}^3) = 41.0 \text{ cm}^3$$

From equation (22), the volume of void space is

$$v = 82.0 \text{ cm}^3 - 41.0 \text{ cm}^3 = 41.0 \text{ cm}^3$$

and the porosity from equation (23) is

$$\epsilon = \frac{82 - 41}{82} = 0.5 \text{ or } 50\%$$

**Packing Arrangements.** Powder beds of uniform sized spheres can assume either one of two ideal packing arrangements: (1) *closest* or *rhombohedral*, and (2) *most open, loosest*, or *cubic packing*. The theoretic porosity of a powder consisting of uniform spheres in closest packing is 26% and for loosest packing is 48%. The arrangements of spherical particles in closest and loosest packing are shown in Figure 18-15.

The particles in real powders are neither spherical in shape nor uniform in size. It is to be expected that the particles of ordinary powders may have any arrangement intermediate

**Fig. 18-15.** Schematic representations of (a) particles arranged in closest packing and (b) particles in loosest packing. The dotted circle in (a) shows the position taken by a particle in a plane above that of the other three particles.

between the two ideal packings of Figure 8-15, and most powders in practice have porosities between 30 and 50%. If the particles are of greatly different sizes, however, the smaller may sift between the larger to give porosities below the theoretic minimum of 26%. In powders containing flocculates or aggregates, which lead to the formation of bridges and arches in the packing, the porosity may be above the theoretic maximum of 48%. In real powder systems, then, almost any degree of porosity is possible. Crystalline materials compressed under a force of 100,000 lb/sq inch can have porosities of less than 1%.

**Densities of Particles.** Since particles may be hard and smooth in one case and rough and spongy in another, one must express densities with great care. Density is universally defined as weight per unit volume; the difficulty arises when one attempts to determine the volume of particles containing microscopic cracks, internal pores, and capillary spaces.

For convenience, three types of densities may be defined.[26,27] (a) *true density* of the material itself, exclusive of the voids and intraparticle pores larger than molecular or atomic dimensions in the crystal lattices, (b) *granule density* as determined by the displacement of mercury, which does not penetrate at ordinary pressures into pores smaller than about 10 μm, and (c) *bulk density* as determined from the bulk volume and the weight of a dry powder in a graduated cylinder.*

When a solid is nonporous, true and granule density are identical, and both can be obtained by the displacement of helium or a liquid such as mercury, benzene, or water. When the material is porous, having an internal surface, the true density is best approximated by the displacement of helium, which penetrates into the smallest pores and is not adsorbed by the material. The density obtained by liquid displacement is considered as approximately equal to true density but may differ from it somewhat when the liquid does not penetrate well into the pores.

The methods for determining the various densities are now discussed.

*The term *apparent density* has been used by various authors to mean granular or bulk density, and some have used it to mean true density obtained by liquid displacement. Because of this confusion, the use of the term apparent density should be discouraged.

*True density*, $\rho$, is the density of the actual solid material. Methods for determining the density of nonporous solids by displacement in liquids in which they are insoluble are found in general pharmacy books. If the material is porous, as is the case with most powders, the true density may be determined by use of a helium densitometer as suggested by Franklin.[28] The volume of the empty apparatus (dead space) is first determined by introducing a known quantity of helium. A weighed amount of powder is then introduced into the sample tube, adsorbed gases are removed from the powder by an out-gassing procedure, and helium, which is not adsorbed by the material, is again introduced. The pressure is read on a mercury manometer, and by application of the gas laws, the volume of helium surrounding the particles and penetrating into the small cracks and pores is calculated. The difference between the volume of helium filling the empty apparatus and the volume of helium in the presence of the powder sample yields the volume occupied by the powder. Knowing the weight of the powder, one is then able to calculate the true density. The procedure is equivalent to the first step in the BET method for determining the specific surface area of particles.

The density of solids ordinarily listed in handbooks is often determined by liquid displacement. It is the weight of the body divided by the weight of the liquid it displaces, i.e., the loss of weight of the body when suspended in a suitable liquid. For solids that are insoluble in the liquid and heavier than it, an ordinary pycnometer may be used for the measurement. For example, if the weight of a sample of glass beads is 5.0 grams and the weight of water required to fill a pycnometer is 50.0 grams, then the total weight would be 55.0 grams. When the beads are immersed in the water and the weight is determined at 25° C, the value is 53.0 grams or a displacement of 2.0 cm³ of water, and the density is 5.0 g/2.00 cm³ = 2.5 g/cm³. The true density determined in this manner may differ slightly depending on the ability of the liquid to enter the pores of the particles, the possible change in the density of the liquid at the interface, and other complex factors.

Since helium penetrates into the smallest pores and crevices (Fig. 18-16), it is generally conceded that the helium method gives the

**Fig. 18-16.** Pores and crevices of a pharmaceutical granule. Water or mercury surrounds such a particle and rests only in the surface irregularities such as regions *A* and *B*. Helium molecules may enter deep into the cracks at point C, allowing calculation of true rather than granule density.

closest approximation to true density. Liquids such as water and alcohol are denied entrance into the smallest spaces, and liquid displacement accordingly gives a density somewhat smaller than the true value. True densities are found in Table 18-6 for some powders of pharmaceutical interest.

*Granule density*, $\rho_g$, may be determined by a method similar to the liquid displacement method. Mercury is employed since it fills the void spaces but fails to penetrate into the internal pores of the particles. The volume of the particles together with their *intraparticle spaces* then gives the granule volume, and from a knowledge of the powder weight, the granule density is obtained. Strickland, Busse, and Higuchi[29] determined the granule density of tablet granulations by the mercury displacement method using a specially designed pycnometer. A measure of true density was obtained by highly compressing the powders. The samples were compressed to 100,000 lb/sq inch, and the resulting tablets were weighed. The volumes of the tablets were computed after measuring the tablet dimensions with calipers. The weight of the tablet divided by the volume then gave the "true" or high-compression density.

The *intraparticle porosity* of the granules may be computed from a knowledge of the true and granule density. The porosity is given by the equation

TABLE 18-6.
Aluminum oxid
Benzoic acid
Bismuth subca
Bismuth subnit
Bromoform
Calcium carbo
Calcium oxide
Chalk
Charcoal (air f
Clay
Cork
Cotton
Gamboge
Gelatin
Glass Beads
Graphite
Kaolin
Magnesium ca
Magnesium o
Magnesium si

$\epsilon_{intraparticle}$ = 

= 1

or

$\epsilon_{intraparticle}$ =

in which $V_p$ i
ticles and $V_g$
gether with t

TABLE 18-7

Granulation

Sulfathiazo
Sodium Bi
Phenobarbi
Aspirin‡

* Stricklan
owner.
† Granulat
‡ Granulat

harmaceutical gran-
1 a particle and rests
as regions *A* and *B*.
n the cracks at point
han granule density.

lensity. Liquids
denied entrance
liquid displace-
nsity somewhat
ue densities are
owders of phar-

determined by
id displacement
since it fills the
ate into the in-
ie volume of the
ir *intraparticle*
le volume, and
der weight, the
rickland, Busse,
granule density
ercury displace-
y designed pyc-
density was ob-
g the powders.
ed to 100,000
g tablets were
e tablets were
tablet dimen-
ht of the tablet
ve the "true" or

of the granules
owledge of the
orosity is given

**TABLE 18-6.** ***True Density in g/cm³ of Solids Commonly Used in Pharmacy***

| | | | |
|---|---|---|---|
| Aluminum oxide | 4.0 | Mercuric chloride | 5.44 |
| Benzoic acid | 1.3 | Mercuric iodide | 6.3 |
| Bismuth subcarbonate | 6.86 | Mercuric oxide | 11.1 |
| Bismuth subnitrate | 4.9 | Mercurous chloride | 7.15 |
| Bromoform | 2.9 | Paraffin | 0.90 |
| Calcium carbonate (calcite) | 2.72 | Potassium bromide | 2.75 |
| Calcium oxide | 3.3 | Potassium carbonate | 2.29 |
| Chalk | 1.8–2.6 | Potassium chloride | 1.98 |
| Charcoal (air free) | 2.1–2.3 | Potassium iodide | 3.13 |
| Clay | 1.8–2.6 | Sand, fine dry | 1.5 |
| Cork | 0.24 | Silver iodide | 5.67 |
| Cotton | 1.47 | Silver nitrate | 4.35 |
| Gamboge | 1.19 | Sodium borate, borax | 1.73 |
| Gelatin | 1.27 | Sodium bromide | 3.2 |
| Glass Beads | 2.5 | Sodium chloride | 2.16 |
| Graphite | 2.3–2.7 | Sucrose | 1.6 |
| Kaolin | 2.2–2.5 | Sulfadiazine | 1.50 |
| Magnesium carbonate | 3.04 | Sulfur, precipitated | 2.0 |
| Magnesium oxide | 3.65 | Talc | 2.6–2.8 |
| Magnesium sulfate | 1.68 | Zinc oxide (hexagonal) | 5.59 |

$$\epsilon_{\text{intraparticle}} = \frac{V_g - V_p}{V_g} = 1 - \frac{V_p}{V_g}$$

$$= 1 - \frac{\text{weight/true density}}{\text{weight/granule density}} \quad (23)$$

or

$$\epsilon_{\text{intraparticle}} = 1 - \frac{\text{granule density}}{\text{true density}} = 1 - \frac{\rho_g}{\rho} \quad (24)$$

in which $V_p$ is the true volume of the solid particles and $V_g$ is the volume of the particles together with the intraparticle pores.

***Example 7.*** The granule density $\rho_g$ of sodium bicarbonate is 1.450 and the true density $\rho$ is 2.033. Compute the intraparticle porosity.

$$\epsilon_{\text{intraparticle}} = 1 - \frac{1.450}{2.033} = 0.286 \text{ or } 28.6\%$$

The granule densities and internal porosity or percent pore spaces in the granules, as obtained by Strickland et al., are shown in Table 18-7. The difference in porosity depends on the method of granulation as brought out in the table.

***Bulk density***, $\rho_b$, is defined as the mass of a powder divided by the bulk volume. A stand-

**TABLE 18-7.** ***Densities and Porosities of Tablet Granulations***[29]*

| Granulation | "True" or High-Compression Density (g/cm³) | Granule Density by Mercury Displacement (g/cm³) | Percent Pore Space in Granules (Porosity) |
|---|---|---|---|
| Sulfathiazole† | 1.530 | 1.090 | 29 |
| Sodium Bicarbonate† | 2.033 | 1.450 | 29 |
| Phenobarbital† | 1.297 | 0.920 | 29 |
| Aspirin‡ | 1.370 | 1.330 | 2.9 |

*Strickland, Busse, and Higuchi, J. Am. Pharm. Assoc., Sci. Ed. 45, 482, 1956, reproduced by permission of the copyright owner.

†Granulation prepared by wet method using starch paste

‡Granulation prepared by dry method (slugging process)

ard procedure for obtaining bulk density or its reciprocal, ***bulk specific volume***, has been established.[30] A sample of about 50 $cm^3$ of powder, which has previously been passed through a U.S. Standard No. 20 sieve, is carefully introduced into a 100-ml graduated cylinder. The cylinder is dropped onto a hard wood surface 3 times from a height of 1 inch at 2-second intervals. The bulk density is then obtained by dividing the weight of the sample in grams by the final volume in $cm^3$ of the sample contained in the cylinder. The bulk density does not actually reach a maximum until the container has been dropped or tapped some 500 times; however, the 3-tap method has been found to give the most consistent results among various laboratories. The bulk density of some pharmaceutical powders is compared with true and apparent densities in Table 18-8. The term "light" as applied to pharmaceutical powders means low bulk density or large bulk volume, whereas "heavy" signifies a powder of high bulk density or small volume. It should be noted that these terms have no relationship to granular or true densities.

The bulk density of a powder depends primarily on particle size distribution, particle shape, and the tendency of the particles to adhere together. The particles may pack in such a way as to leave large gaps between their surfaces, resulting in a light powder or powder of low bulk density. On the other hand, the smaller particles may sift between the larger ones to form a heavy powder or one of high bulk density.

The ***interspace*** or ***void porosity*** of a powder of porous granules is the relative volume of interspace voids to the bulk volume of the powder, exclusive of the intraparticle pores. The interspace porosity is computed from a knowledge of the bulk density and the granule density and is expressed by the equation,

$$\epsilon_{\text{interspace}} = \frac{V_b - V_g}{V_b} = 1 - \frac{V_g}{V_b}$$

$$= 1 - \frac{\text{weight/granule density}}{\text{weight/bulk density}} \qquad (25)$$

$$\epsilon_{\text{interspace}} = 1 - \frac{\text{bulk density}}{\text{granule density}}$$

$$= 1 - \frac{\rho_b}{\rho_g} \qquad (26)$$

in which $V_b = w/\rho_b$ is the bulk volume, and $V_g = w/\rho_g$ is the granule volume, i.e., the volume of the particles plus pores.

The ***total porosity*** of a porous powder is made up of voids between the particles as well as pores within the particles. The total porosity is defined as

$$\epsilon_{\text{total}} = \frac{V_b - V_p}{V_b} = 1 - \frac{V_p}{V_b} \qquad (27)$$

in which $V_b$ is the bulk volume and $V_p$ is the volume of the solid material itself. This equation is identical with that for nonporous powders [cf. equation (22)]. As in the previous cases, $V_p$ and $V_b$ may be expressed in terms of powder weights and densities:

$$V_p = \frac{w}{\rho}$$

and

$$V_b = \frac{w}{\rho_b}$$

in which $w$ is the mass ("weight") of the powder, $\rho$ is the true density and $\rho_b$ is the bulk density. Substituting these relationships into equation (27) gives

$$\text{total porosity, } \epsilon_{\text{total}} = 1 - \frac{w/\rho}{w/\rho_b} \qquad (28)$$

or

$$\epsilon_{\text{total}} = 1 - \frac{\rho_b}{\rho} \qquad (29)$$

**TABLE 18-8. *Comparison of Bulk Densities with True Densities***

| | Bulk Density g/cm³ | True Density g/cm³ |
|---|---|---|
| Bismuth subcarbonate heavy | 1.01 | 6.9† |
| Bismuth subcarbonate light | 0.22 | 6.9† |
| Magnesium carbonate heavy | 0.39 | 3.0† |
| Magnesium carbonate light | 0.07 | 3.0† |
| Phenobarbital | 0.34 | 1.3* |
| Sulfathiazole | 0.33 | 1.5* |
| Talc | 0.48 | 2.7† |

*True densities obtained by helium displacement
†Densities obtained by liquid displacement

***Example 8.*** The we
was 0.3439 g and the
use of calipers and fin
density of NaI is 3.66
sity and the total po

bulk density $\rho_b$

$\epsilon_{\text{total}}$

In addition to s
tion about tablet p
tionship to tablet
time, bulk density
uniformity of bulk
the proper size of
tus, and capsules f
der. These topics
quent sections of
In summary, th
three densities (tru
understood better
rocals: specific tru
volume, and spec
The specific tru
volume of the so
mass of powder.
measure it does no
the pores, the spe
the volume per un
rial itself and the s
within the granul
the liquid. When
however, the disc
ous. Specific gran
the solid and esse
within the particle
ume constitutes th
the solid, the v
pores, and the vol
particle spaces.

***Example 9.*** The fo
ple of a granular po

volume

volume of i

volume of spaces

(a) What is the spe
granule volume $V_g$
$V_b$?

$V = 0.3$

r or one of high

›sity of a powder ive volume of in- ume of the pow- ticle pores. The ed from a knowl- the granule den- equation,

$\frac{V_g}{V_b}$

le density / density (25)

y / sity

$= 1 - \frac{\rho_b}{\rho_g}$ (26)

ulk volume, and me, i.e., the vol- es.

orous powder is particles as well The total porosity

$1 - \frac{V_p}{V_b}$ (27)

ne and $V_p$ is the itself. This equa- nonporous pow- in the previous essed in terms of s:

ght") of the pow- d $\rho_b$ is the bulk elationships into

$1 - \frac{w/\rho}{w/\rho_b}$ (28)

$1 - \frac{\rho_b}{\rho}$ (29)

***Example 8.*** The weight of a sodium iodide tablet was 0.3439 g and the bulk volume was measured by use of calipers and found to be 0.0963 cm³. The true density of NaI is 3.667 g/cm³. What is the bulk density and the total porosity of the tablet?

$$\text{bulk density } \rho_b = \frac{0.3439}{0.0963} = 3.571 \text{ g/cm}^3$$

$$\epsilon_{total} = 1 - \frac{3.571}{3.667}$$

$$= 0.026 \text{ or } 2.6\%$$

In addition to supplying valuable information about tablet porosity and its evident relationship to tablet hardness and disintegration time, bulk density may be used to check the uniformity of bulk chemicals and to determine the proper size of containers, mixing apparatus, and capsules for a given mass of the powder. These topics are considered in subsequent sections of this chapter.

In summary, the differences between the three densities (true, granule, and bulk) can be understood better by reference to their reciprocals: specific true volume, specific granule volume, and specific bulk volume.

The specific true volume of a powder is the volume of the solid material itself per unit mass of powder. When the liquid used to measure it does not penetrate completely into the pores, the specific volume is made up of the volume per unit weight of the solid material itself and the small part of the pore volume within the granules that is not penetrated by the liquid. When the proper liquid is chosen, however, the discrepancy should not be serious. Specific granule volume is the volume of the solid and essentially all of the pore volume within the particles. Finally, specific bulk volume constitutes the volume per unit weight of the solid, the volume of the *intra*particle pores, and the void volume or volume of *inter*particle spaces.

***Example 9.*** The following data apply to a 1-g sample of a granular powder:

$$\text{volume of the solid alone} = 0.3 \text{ cm}^3/\text{g}$$
$$\text{volume of intraparticle pores} = 0.1 \text{ cm}^3/\text{g}$$
$$\text{volume of spaces between particles} = 1.6 \text{ cm}^3/\text{g}$$

(*a*) What is the specific true volume $V$, the specific granule volume $V_g$, and the specific bulk volume $V_b$?

$$V = 0.3 \text{ cm}^3$$

$$V_g = V + \text{intraparticle pores}$$
$$= 0.3 + 0.1 = 0.4 \text{ cm}^3/\text{g}$$
$$V_b = V + \text{intraparticle pores} + \text{spaces between particles}$$
$$= 0.3 + 0.1 + 1.6$$
$$= 2.0 \text{ cm}^3/\text{g}$$

(*b*) Compute the total porosity $\epsilon_{total}$, interspace porosity $\epsilon_{interspace}$ or void spaces between the particles, and the intraparticle porosity $\epsilon_{intraparticle}$ or pore spaces within the particles.

$$\epsilon_{total} = \frac{V_b - V_p}{V_b} = \frac{2.0 - 0.3}{2.0}$$
$$= 0.85 \text{ or } 85\%$$
$$\epsilon_{interspace} = \frac{V_b - V_g}{V_b} = \frac{2.0 - 0.4}{2.0}$$
$$= 0.80 \text{ or } 80\%$$
$$\epsilon_{intraparticle} = \frac{V_g - V_p}{V_g} = \frac{0.4 - 0.3}{0.4}$$
$$= 0.25 \text{ or } 25\%$$

Thus the solid, itself, constitutes 15% of the total bulk, and 85% is made up of void space; 80% of the bulk is contributed by the voids between the particles and 5% of the total bulk by the pores and crevices within the particles. These pores, however, contribute 25% to the volume of the granules, i.e., particles plus pores.

**Bulkiness.** Specific bulk volume, the reciprocal of bulk density, is often called *bulkiness* or *bulk*. It is an important consideration in the packaging of powders. The bulk density of calcium carbonate may vary from 0.1 to 1.3, and the lightest or bulkiest type would require a container about 13 times larger than that needed for the heaviest variety. Bulkiness increases with a decrease in particle size. In a mixture of materials of different sizes, however, the smaller particles sift between the larger ones and tend to reduce the bulkiness.

**Flow Properties.** A bulk powder is somewhat analogous to a non-Newtonian liquid (p. 525), which exhibits plastic flow and sometimes dilatancy, the particles being influenced by attractive forces to varying degrees. Accordingly, powders may be *free-flowing* or *cohesive* ("sticky"). Neumann[31] has discussed the factors that affect the flow properties of powders. Of special significance are particle size, shape, porosity and density, and surface texture. Those properties of solids that determine

the magnitude of particle-particle interactions have been reviewed by Hiestand.[32]

With relatively small particles (less than 10 $\mu m$), particle flow through an orifice is restricted because the cohesive forces between particles are of the same magnitude as gravitational forces. Since these latter forces are a function of the diameter raised to the third power, they become more significant as the particle size increases and flow is facilitated. A maximum flow rate is reached, after which the flow decreases as the size of the particles approach that of the orifice.[33] If a powder contains a reasonable amount of small particles, the powder's flow properties may be improved by removing the "fines" or adsorbing them onto the larger particles. Occasionally, poor flow may result from the presence of moisture, in which case drying the particles will reduce the cohesiveness.

Elongated or flat particles tend to pack, albeit loosely, to give powders with a high porosity. Particles with a high density and a low internal porosity tend to possess free-flowing properties. This can be offset by surface roughness, which leads to poor flow characteristics due to friction and cohesiveness.

Free-flowing powders are characterized by "dustibility," a term meant to signify the opposite of stickiness. Lycopodium shows the greatest degree of dustibility; if it is arbitrarily assigned a dustibility of 100%, talcum powder has a value of 57%, potato starch 27%, fine charcoal 23%. Finely powdered calomel has a relative dustibility of 0.7%.[31] These values should have some relation to the uniform spreading of dusting powders when applied to the skin, and stickiness, a measure of the cohesiveness of the particles of a compacted powder, should be of some importance in the flow of powders through filling machines and in the operation of automatic capsule machines.

Poorly flowing powders or granulations present many difficulties to the pharmaceutical industry. The production of uniform tablet dosage units has been shown to depend on several granular properties. Arambulo and coworkers[34] observed that as the granule size was reduced, the variation in tablet weight fell. The minimum weight variation was attained with granules having a diameter of 400 to 800 $\mu m$. As the granule size was reduced further, the granules flowed less freely and the tablet weight variation increased. The particle size distribution affects the internal flow and segregation of a granulation.

Raff et al.[35] have studied the flow of tablet granulations. They found that internal flow and granule demixing (i.e., the tendency of the powder to separate into layers of different sizes) during flow through the hopper contribute to a decrease in tablet weight during the latter portion of the compression period. Hammerness and Thompson[36] observed that the flow rate of a tablet granulation increased with an increase in the quantity of fines added. An increase in the amount of lubricant also raised the flow rate, and the combination of lubricant and fines appeared to have a synergistic action.

The frictional forces in a loose powder can be measured by the *angle of repose*, $\phi$. This is the maximum angle possible between the surface of a pile of powder and the horizontal plane. If more material is added to the pile, it slides down the sides until the mutual friction of the particles, producing a surface at an angle $\phi$, is in equilibrium with the gravitational force. The tangent of the angle of repose is equal to the coefficient of friction $\mu$ between the particles:

$$\tan \phi = \mu \tag{30}$$

Hence, the rougher and more irregular the surface of the particles, the higher will be the angle of repose. This situation has been observed by Fonner, Banker, and Swarbrick,[37] who, studying granules prepared by five different methods, found the repose angle to be primarily a function of surface roughness. Ridgway and Rupp[38] have studied the effect of particle shape on powder properties. Using closely sized batches of sand separated into different shapes, they showed that, with increasing departure from the spherical, the angle of repose increased while bulk density and flowability decreased.

To improve flow characteristics, materials termed *glidants* are frequently added to granular powders. Examples of commonly used glidants are magnesium stearate, starch, and talc. Using a recording powder flowmeter, which measured the weight of powder flowing per unit time through a hopper orifice, Gold et al.[39] found the optimum glidant concentration to be 1% or less. Above this level, a decrease in flow rate was usually observed. No correlation was found between flow rate and repose angle. By means of a shear cell and a tensile tester, York[40] was able to determine an optimum glidant concentration for lactose and calcium hydrogen phosphate powders. In

agreement with G
pose was found to
the flowability of t
Nelson[41] studied
thiazole granulatic
particle size, pres
mixture of fines. H
angle increased wi
The addition of ta
creased the repos
centration it increa
of fines, i.e., parti
to coarse granule
crease of the repo
The ability of a
factors involved i
to form a powder l
vention of unmixi
ceutical operation
of many dosage f
capsules.[42] Other
process are partic
density difference
charge. The theo
scribed by Train[43]
**Compaction:** C
mann[45] found tha
pacted under a pre
porosities of the
particles (sodium c
higher than poro
packing, as dete
ments. Hence, th
i.e., they showed
rather than contra
stress. In the case
(e.g. kaolin), how
on compression, a
than after tapping
dition of closest p
might be conduc
mum condition fo
sules on the man
The behavior of
is significant in
While basic infor
the literature on
compression of m
has performed so
in this area, has
theories develope
will necessarily l
metals.
Much of the e
Higuchi and asso
fluence of compr

l the flow of tablet
that internal flow
., the tendency of
layers of different
the hopper contrib-
weight during the
mpression period.
on[36] observed that
nulation increased
tity of fines added.
t of lubricant also
he combination of
d to have a syner-

loose powder can
f *repose*, $\phi$. This is
e between the sur-
and the horizontal
lded to the pile, it
the mutual friction
surface at an angle
the gravitational
angle of repose is
riction $\mu$ between

(30)

nore irregular the
higher will be the
tion has been ob-
and Swarbrick,[37]
pared by five dif-
repose angle to be
urface roughness.
udied the effect of
properties. Using
separated into dif-
that, with increas-
rical, the angle of
density and flow-

eristics, materials
tly added to gran-
commonly used
rate, starch, and
owder flowmeter,
of powder flowing
pper orifice, Gold
glidant concentra-
e this level, a de-
lly observed. No
en flow rate and
shear cell and a
e to determine an
on for lactose and
te powders. In

agreement with Gold et al., the angle of repose was found to be unsuitable for assessing the flowability of the powders used.

Nelson[41] studied the repose angle of a sulfathiazole granulation as a function of average particle size, presence of lubricants, and admixture of fines. He found that, in general, the angle increased with decreasing particle size. The addition of talc in low concentration decreased the repose angle, but in higher concentration it increased the angle. The addition of fines, i.e., particles smaller than 100 mesh, to coarse granules resulted in a marked increase of the repose angle.

The ability of a powder to flow is one of the factors involved in mixing different materials to form a powder blend. Mixing, and the prevention of unmixing, is an important pharmaceutical operation involved in the preparation of many dosage forms, including tablets and capsules.[42] Other factors affecting the mixing process are particle aggregation, size, shape, density differences, and the presence of static charge. The theory of mixing has been described by Train[43] and Fischer.[44]

**Compaction: Compressed Tablets.** Neumann[45] found that when powders were compacted under a pressure of about 5 kg/cm$^2$, the porosities of the powders composed of rigid particles (sodium carbonate, for example) were higher than porosities of powders in closest packing, as determined by tapping experiments. Hence, these powders were *dilatant*, i.e., they showed an unexpected expansion, rather than contraction, under the influence of stress. In the case of soft and spongy particles (e.g. kaolin), however, the particles deformed on compression, and the porosities were lower than after tapping the powder down to its condition of closest packing. Similar experiments might be conducted to determine the optimum condition for packing powders into capsules on the manufacturing scale.

The behavior of powders under compression is significant in pharmaceutical tableting. While basic information can be obtained from the literature on powder metallurgy and the compression of metallic powders, Train,[46] who has performed some of the fundamental work in this area, has pointed out that not all the theories developed for the behavior of metals will necessarily hold when applied to nonmetals.

Much of the early work was carried out by Higuchi and associates,[47] who studied the influence of compression force on specific sur-

**FIG. 18-17.** The influence of compressional force on the specific surface of a sulfathiazole granulation (after T. Higuchi et al.[47]).

face area, granule density, porosity, tablet hardness, and disintegration time of pharmaceutical tablets. As illustrated in Figure 18-17, the specific surface of a sulfathiazole tablet granulation, determined by the BET method, increased to a maximum and then decreased. The initial increase in surface area can be attributed to the formation of new surfaces as the primary crystalline material is fragmented, while the decrease in specific surface beyond a compression force of 2500 pounds is presumably due to cold bonding between the unit particles. It was also observed that porosity decreased and density increased as a linear function of the logarithm of the compression force, except at the higher force levels. As the compression is increased, so the tablet hardness and fracture resistance also rise. Typical results obtained using an instrumented rotary tablet machine[48] are shown in Figure 18-18.

The strength of a compressed tablet depends on a number of factors, the most important of which are compression force and parti-

**FIG. 18-18.** Effect of compressional force on tablet hardness and fracture strength (after E. L. Knoechel, C. C. Sperry, and C. J. Lintner, J. Pharm. Sci. 56, 116, 1967.

cle size. The literature dealing with the effect of particle size has been outlined by Hersey et al.[49], who, as a result of their studies, concluded that, over the range 4 to 925 $\mu$m, there is no simple relationship between strength and particle size. These workers did find that for simple crystals, the strength of the tablet increased with decreasing particle size in the range of 600 to 100 $\mu$m.

The work initiated by Higuchi and co-workers[47] involved the investigation of other tablet ingredients, the development of an instrumented tablet machine, and the evaluation of tablet lubricants. The reader who desires to follow this interesting work should consult the original reports, as well as more recent studies[50-54] in this area. Tableting research and technology were comprehensively reviewed in 1972 by Cooper and Rees.[55] Deformation processes during decompression may be the principle factors responsible for the success or failure of compact formation.[56]

## References

1. J. M. DallaValle, *Micromeritics*, 2nd Edition, Pitman, New York, 1948, p. xiv.
2. K. A. Lees, J. Pharm. Pharmacol. 15, 43T, 1963.
3. I. C. Edmundson, *Advances in Pharmaceutical Sciences*, Vol. 2, Edited by H. S. Bean, J. E. Carless and A. H. Beckett, Academic Press, London, 1967, p. 95.
4. E. L. Parrott, J. Pharm. Sci. 63, 813, 1974.
5. T. Hatch, J. Franklin Inst. 215, 27, 1933; T. Hatch and S. P. Choate, ibid. 207, 369, 1929.
6. T. Allen, *Particle Size Measurement*, 2nd Edition, Chapman and Hall, London, 1975.
7. M. J. Groves, Pharm. Tech. 4(5), 781, 1980.
8. G. Martin, Trans. Br. Ceramic Soc. 23, 61, 1924.
9. M. I. Barnett and V. Timbrell, Pharm. J. 189, 379, 1962.
10. A. S. Arambulo and D. L. Deardorff, J. Am. Pharm. Assoc., Sci. Ed. 42, 690, 1953.
11. L. D. King and C. H. Becker, Drug Standards 21, 1, 1953.
12. G. Herdan, *Small Particle Statistics*, Elsevier, New York, 1953, p. 72.
13. D. E. Fonner, Jr., G. S. Banker and J. Swarbrick, J. Pharm. Sci. 55, 576, 1966.
14. H. J. Heywood, J. Pharm. Pharmacol. 15, 56T, 1963.
15. W. I. Higuchi et al., J. Pharm. Sci. 51, 1081, 1962; ibid. 52, 162, 1963; ibid. 53, 405, 1964; ibid. 54, 74, 1205, 1303, 1965.
16. S. Bisaillon and R. Tawashi, J. Pharm. Sci. 65, 222, 1976.
17. E. R. Garrett, G. H. Miller and M. R. W. Brown, J. Pharm. Sci. 55, 593, 1966; G. H. Miller, S. Khalil and A. Martin, J. Pharm. Sci. 60, 33, 1971.
18. S. Brunauer, P. H. Emmett and E. Teller, J. Am. Chem. Soc. 60, 309, 1938.
19. P. C. Hiemenz, *Principles of Colloid and Surface Chemistry*, Marcel Dekker, New York, 1977, p. 333.
20. J. V. Swintosky, S. Riegelman, T. Higuchi and L. W. Busse, J. Am. Pharm. Assoc., Sci. Ed. 38, 210, 308, 378, 1949.
21. I. C. Edmundson, Analyst, Lond. 91, 1082, 1966.
22. S. D. Christian and E. E. Tucker, Am. Lab. 13, 42, 1981; ibid. 13, 47, Oct. 1981.
23. P. C. Hiemenz, *Principles of Colloid and Surface Chemistry*, Marcel Dekker, New York, 1977, pp. 342–345; A. W. Adamson, *Physical Chemistry of Surfaces*, 3rd Edition, Wiley, New York, 1976, pp. 618–623.
24. H. M. Sadek and J. L. Olsen, Pharm. Technol. 5, 40, 1981.
25. W. Lowenthal and R. A. Burress, J. Pharm. Sci. 60, 1325, 1971; W. Lowenthal, ibid. 61, 303, 1972.
26. S. J. Gregg and K. S. W. Sing, *Adsorption, Surface Area and Porosity*, Academic Press, New York, 1982; S. J. Gregg, *The Surface Chemistry of Solids*, 2nd Edition, Reinhold, New York, 1961, p. 268.
27. J. J. Kipling, Quart. Rev. 10, 1, 1956.
28. R. E. Franklin, Trans, Faraday Soc. 45, 274, 1949.
29. W. A. Strickland, Jr., L. W. Busse and T. Higuchi, J. Am. Pharm. Assoc., Sci. Ed. 45, 482, 1956.
30. A. Q. Butler and J. C. Ramsey, Jr., Drug Standards 20, 217, 1952.
31. B. S. Neumann, *Advances in Pharmaceutical Sciences*, Vol. 2, Edited by H. S. Bean, J. E. Carless and A. H. Beckett, Academic Press, London, 1967, p. 181.
32. E. N. Hiestand, J. Pharm. Sci. 55, 1325, 1966.
33. C. F. Harwood and N. Pilpel, Chem. Process Engineering, July 1968.
34. A. S. Arambulo, H. Suen Fu and D. L. Deardorff, J. Am. Pharm. Assoc., Sci. Ed. 42, 692, 1953.
35. A. M. Raff, A. S. Arambulo, A. J. Perkins and D. L. Deardorff, J. Am. Pharm. Assoc., Sci. Ed. 44, 290, 1955.
36. F. C. Hammerness and H. O. Thompson, J. Am. Pharm. Assoc., Sci. Ed. 47, 58, 1958.
37. D. E. Fonner, Jr., G. S. Banker and J. Swarbrick, J. Pharm. Sci. 55, 181, 1966.
38. K. Ridgeway and R. Rupp, J. Pharm. Pharmacol. Suppl. 30S, 1969.
39. C. Gold, R. N. Duvall, B. T. Palermo and J. G. Slater, J. Pharm. Sci. 55, 1291, 1966.
40. P. York, J. Pharm. Sci. 64, 1216, 1975.
41. E. Nelson, J. Am. Pharm. Assoc., Sci. Ed. 44, 435, 1955.
42. E. L. Parrott, Drug and Cosmetic Ind. 115(6), 42, 1974.
43. D. Train, J. Am. Pharm. Assoc., Sci. Ed. 49, 265, 1960.
44. J. J. Fischer, Chem. Engineering, August 1960, p. 107.
45. B. S. Neumann, *Flow Properties of Disperse Systems*, Edited by J. J. Hermans, Interscience, New York, 1953, Chapter 10.
46. D. Train, J. Pharm. Pharmacol. 8, 745, 1956; Trans. Inst. Chem. Eng. 35, 258, 1957.
47. T. Higuchi et al., J. Am. Pharm. Assoc., Sci. Ed. 41, 93, 1952; ibid. 42, 1944, 1953; ibid. 43, 344, 596, 685, 718, 1954; ibid. 44, 223, 1955; ibid. 49, 35, 1960; J. Pharm. Sci. 52, 767, 1963.
48. E. L. Knoechel, C. C. Sperry and C. J. Lintner, J. Pharm. Sci. 56, 116, 1967.
49. J. A. Hersey, G. Bayraktar and E. Shotton, J. Pharm. Pharmacol. 19, 24S, 1967.
50. E. Shotton a
12, 87T, 93T
51. J. Varsano an
1966.
52. S. Leigh, J. I
56, 888, 196
53. J. E. Carless
289, 1974.
54. P. York and
(Suppl.), 47T
55. J. Cooper an
1972.
56. E. N. Hiest
Ochs, J. Pha
57. C. Bloom an
1953.

## Problems

1. What is th
sulfathiazole p
1.5 g/cm³ and
is assumed that
*Answer:* 2 ×
2. Calculate
talc that has a
324 g of the po
talc was found
*Answer:* 40%
3. Suppose
scope, the foll
lected:

diameter ($\mu$
number ($n$)

Compute the a
ticle diameter
ter $d_{vs}$, and the
that the particl
and are spheri
*Answer:* $d_{ln}$
$S_w$
4. The *true*
When compre
density of the
the porosity of
*Answer:* 2%
5. What is t
anesthetic pow
average diame
density of 2.0
spheres.
*Answer:* 6 ×
6. Calculate
num oxide ha
When 75 g of
ated cylinder,
volume of 62 c
*Answer:* 69.
7. An anima
antibiotic at th

ıan, T. Higuchi and L. W.
c., Sci. Ed. 38, 210, 308,

Lond. 91, 1082, 1966.
Tucker, Am. Lab. 13, 42,
81.
*of Colloid and Surface*
r, New York, 1977, pp.
*Physical Chemistry of Sur-*
New York, 1976, pp. 618–

n, Pharm. Technol. 5, 40,

urress, J. Pharm. Sci. 60,
ibid. 61, 303, 1972.
Sing, *Adsorption, Surface*
ic Press, New York, 1982;
*Chemistry of Solids*, 2nd
rk, 1961, p. 268.
10, 1, 1956.
nday Soc. 45, 274, 1949.
. Busse and T. Higuchi, J.
d. 45, 482, 1956.
ısey, Jr., Drug Standards

*s in Pharmaceutical Sci-*
S. Bean, J. E. Carless and
: Press, London, 1967,

Sci. 55, 1325, 1966.
ıel, Chem. Process Engi-

'u and D. L. Deardorff, J.
d. 42, 692, 1953.
), A. J. Perkins and D. L.
Assoc., Sci. Ed. 44, 290,

I. O. Thompson, J. Am.
', 58, 1958.
anker and J. Swarbrick, J.

p, J. Pharm. Pharmacol.

3. T. Palermo and J. G.
1291, 1966.
1216, 1975.
Assoc., Sci. Ed. 44, 435,

Cosmetic Ind. 115(8), 42,

Assoc., Sci. Ed. 49, 265,

gineering, August 1960,

*erties of Disperse Systems*,
Interscience, New York,

macol. 8, 745, 1956; Trans.
1957.
harm. Assoc., Sci. Ed. 41,
53; ibid. 43, 344, 596, 685,
355; ibid. 49, 35, 1960; J.

erry and C. J. Lintner, J.

and E. Shotton, J. Pharm.

50. E. Shotton and D. Ganderton, J. Pharm. Pharmacol. 12, 87T, 93T, 1960; ibid. 13, 144T, 1961.
51. J. Varsano and L. Lachman, J. Pharm. Sci. 55, 1128, 1966.
52. S. Leigh, J. E. Carless and B. W. Burt, J. Pharm. Sci. 56, 888, 1967.
53. J. E. Carless and S. Leigh, J. Pharm. Pharmacol. 26, 289, 1974.
54. P. York and N. Pilpel, J. Pharm. Pharmacol. 24 (Suppl.), 47P, 1972.
55. J. Cooper and J. E. Rees, J. Pharm. Sci. 61, 1511, 1972.
56. E. N. Hiestand, J. E. Wells, C. B. Peot, and J. F. Ochs, J. Pharm. Sci. 66, 510, 1977.
57. C. Bloom and E. F. Livesy, Manuf. Chemist 24, 371, 1953.

## Problems

1. What is the specific surface of the particles of a sulfathiazole powder having a particle density of 1.5 g/cm$^3$ and an average diameter $d_{vs}$ of 2 $\mu$m? It is assumed that the particles are perfect spheres.
*Answer:* $2 \times 10^4$ cm$^2$/g

2. Calculate the percent porosity of a sample of talc that has a true density of 2.70 g/cm$^3$. When 324 g of the powder were placed in a graduate, the talc was found to have a bulk volume of 200 ml.
*Answer:* 40%

3. Suppose that, by means of an optical microscope, the following hypothetical data were collected:

| diameter ($\mu$m) | 10 | 20 | 30 |
|---|---|---|---|
| number ($n$) of particles | 3 | 2 | 1 |

Compute the arithmetic (length-number) mean particle diameter $d_{ln}$, the mean volume surface diameter $d_{vs}$, and the specific surface in cm$^2$/g, assuming that the particles have a true density of 1.5 g/cm$^3$ and are spherical.
*Answer:* $d_{ln} = 16.7$ $\mu$m; $d_{vs} = 23$ $\mu$m;
$S_w = 1740$ cm$^2$/g

4. The *true density* of a powder mixture is 3.203. When compressed into tablet form, the granule density of the mixture is found to be 3.138. What is the porosity of the tablet?
*Answer:* 2%

5. What is the total surface in cm$^2$ of 4 g of local anesthetic powder in which the particles have an average diameter $d_{vs}$ of $2 \times 10^{-4}$ cm and a true density of 2.0 g/cm$^3$. Assume that the particles are spheres.
*Answer:* $6 \times 10^4$ cm$^2$

6. Calculate the porosity of a sample of aluminum oxide having a true density of 4.0 g/cm$^3$. When 75 g of the powder were placed in a graduated cylinder, the $Al_2O_3$ was found to have a bulk volume of 62 cm$^3$.
*Answer:* 69.8%

7. An animal feed distributor desires to add an antibiotic at the rate of 20 mg per ton (2000 lb) to a chick feed. He asks your advice with respect to the fineness of the mix. Assume that each chick eats 40 grains of food mix at a meal and that each of these 40-grain portions must contain at least 1000 particles of the antibiotic on the average to ensure even dosage of the drug among the chicks. Calculate the diameter in micrometers to which the antibiotic must be pulverized. The antibiotic has a true density of 1.2 g/cm$^3$ and is assumed to consist of spherical particles.[57]
*Answer:* 4.5 $\mu$m

8. A sample of silica was analyzed by the microscope method, and the following data were collected:

| diameter ($\mu$m) | 10 | 15 | 20 | 25 |
|---|---|---|---|---|
| frequency ($n$) | 73 | 77 | 82 | 37 |

Compute $d_{ln}$, $d_{vs}$ and $d_{wm}$
*Answer:* $d_{ln} = 16.5$, $d_{vs} = 19.5$,
$d_{wm} = 20.5$ $\mu$m

9. A sample of heavy magnesium oxide was analyzed in an Andreasen apparatus and the following data were obtained:

| $h/t$ (cm/min) | Stokes law diameter ($\mu$m) | Percent of powder below stated size |
|---|---|---|
| 15.4 | 96 | 94 |
| 5.0 | 53 | 81 |
| 0.70 | 20 | 32 |
| 0.20 | 10 | 12 |

Plot the data on log probability paper and obtain $d'_g$ and $\sigma_g$. Then compute $d_{ln}$, $d_{sn}$, and $d_{vn}$.
*Answer:* $d'_g = 27$, $\sigma_g = 2.3$, $d_{ln} = 4.77$,
$d_{sn} = 6.74$, $d_{vn} = 9.54$ $\mu$m

10. (*a*) If the weight of a tablet is 0.2626 g and its bulk volume is 0.0836 ml, what is the bulk density?
(*b*) If the true density of the mixture of ingredients is 3.202, what is the porosity of the tablet?
*Answer:* (*a*) 3.138 and (*b*) 0.019 or 1.9%

11. A sample of charcoal was analyzed in the BET apparatus before and after activation, and the $V_m$ values obtained were 3.4 cm$^3$/g and 260 cm$^3$/g respectively. Calculate the specific surface of the charcoal before and after activation.
*Answer:* $S_w$ (before) = 14.8 meter$^2$/g,
$S_w$ (after) = 1131 meter$^2$/g

12. The true density of aspirin is 1.37 and the granule density is 1.33. What is the porosity or percent void spaces within the granules?
*Answer:* 3%

13. Water (molecular weight 18.016 g/mole, surface tension 72.8 erg/cm$^2$, and density 0.998 g/cm$^3$ at 293° K) is allowed to condense in the pores of griseofulvin particles. Calculate the vapor pressure ratio $p/p_0$ using the Kelvin expression, equation (21), if the radius of the griseofulvin pores is $5.3 \times 10^{-7}$ cm.
*Answer:* $p/p_0 = 0.816$

than) acid-base considerations. The small intestine presents a considerably larger surface area for absorption than does the stomach, and drugs may be predominantly absorbed there, regardless of pH or $pK_a$ considerations.

## CONTROLLED DRUG THERAPY

The rationale for the controlled delivery of drugs is to promote therapeutic benefits while at the same time minimizing toxic effects. New drug delivery approaches to medication technology are finding use in long-term fertility control, genetically related enzyme replacement therapy, transdermal administration, glaucoma, and ocular anti-inflammatory treatment. Normal drug dosing may follow a "saw-tooth" kinetic profile (Fig. 21-5), in which the dose first greatly exceeds the desired therapeutic level, then falls to a subclinical level, and, on subsequent dosing, rises to dangerously high values, falling again to ineffective concentrations, in continuous cycles of excessive-then-ineffective levels. Controlled sustained drug delivery can reduce the undesirable fluctuation of drug levels, enhancing therapeutic action and eliminating dangerous side effects. Furthermore, the localization of a drug in the vicinity of its target cells can prevent systemic effects or side effects on other tissues through preprogrammed drug delivery methods.

The most popular sustained drug delivery forms and devices used today make use of inert polymers, such as the silastics, or biodegradable polylactic acids. Suitable drug levels can be sustained in certain regions of the body such as the eye, vagina, the surface of the skin, or in a subcutaneous depot by use of these materials. Polymeric forms and recently introduced therapeutic systems will be considered in some detail following a brief discussion of chemical and biologic approaches to prolonged and intensified action of drugs in the body. The physical chemical properties of polymers are discussed in Chapter 22.

**Prodrugs and Biologic Drug Carriers.** Chemical *analog* and *prodrug* approaches to drug delivery have been growing in popularity in recent years. According to these methods of delivery, a drug is chemically modified, for example, by the addition of an ester group so as to improve the solubility, absorption, and concentration of the parent compound at the target site in the body. In a prodrug, the ester group or similar carrier moiety is chemically removed in the gut or at the tissue site, usually by enzymatic action, and the parent drug is freed to produce its pharmacologic action. Prodrug formation and other chemical modifications may also facilitate pharmaceutical processing and improve the stability of the parent drug. Sparingly soluble salts of the penicillins are examples of chemical analogs that have been used for some time to promote higher blood levels and bring about better distribu-

FIG. 21-5. Saw-tooth kinetic profile under conditions of normal dosing.

tion in the tissues. Pivampicillin is quite lipophilic and produces high blood levels of the parent drug, ampicillin, through a prodrug mechanism. New erythromycin prodrugs are available that are tasteless and stable in aqueous suspension, the parent molecules being protected with chemical groupings that are eventually lost in the tissue, where the drugs then become effective antibacterial agents.

Biologic entities, including red blood cells and liposomes, have been used as drug carriers to promote controlled release in the body. *Liposomes* are uni- or multilayered vesicles of phospholipids first described by Bangham at Cambridge.[15] They may be used to improve the penetration of drugs into neoplastic cells, which normally resist drug permeation; however, they have some limitations as drug delivery agents.

For example, as carriers for chemotherapeutic agents in the treatment of cancer, liposomes have failed in vivo because of their rapid clearance by phagocytes in the liver and spleen and because of their lack of target site specificity. According to Widder et al.,[16] protein or lipid-based microspheres containing the drug together with ultrafine particles of $Fe_3O_4$ overcome the problem of targeting an anticancer agent to the tumor site. The microspheres of drug are infused into an artery leading to the tumor and retained in place by use of an external magnet positioned over the tumor site. The high concentration of drug, such as adriamycin, results in the death of the tumor cell when the drug is released at the site. To date, animal studies have proved successful.

These natural and artificial cells of biologic origin, such as the nanocapsules discussed earlier (p. 566), are being studied as carriers for enzymes, nucleic acids, and other large molecules required in the treatment of certain diseases. Chemical analogs, prodrugs, and biologic carriers are discussed in the works of Juliano, Robinson, and Higuchi and Stella.[17]

**Contraceptives.** Chien[18] reviewed the sustained release of contraceptive hormones and other steroids from silicone capsules and matrix-type polymer delivery systems, and vaginal rings medicated with steroidal hormones for contraception. The vaginal ring permits convenient administration of contraceptive drugs without the risk of systemic side effects observed with oral contraceptives. The silicone ring is easily inserted and removed by the patient for continuous administration of the steroidal hormones. When a contraceptive pill is taken, the drug is carried through the liver before it enters the general circulation in the body and is greatly inactivated by hepatic processes. This condition, which occurs with many drugs taken orally, is known as the "first-pass effect" of the liver. In contrast, intravaginal medication is carried by the blood directly to the target tissue, bypassing the liver circulation. A remarkably uniform drug level may be maintained by use of the silicone vaginal ring, as observed in Figure 21-6, for the administration of a contraceptive drug. Medroxyprogesterone acetate in 2% concentration is effective over a period of 20 days.

A diffusional model[19] for intravaginal absorption of therapeutic agents from a silastic matrix system was outlined in Chapter 15, and the student should review that discussion in connection with intravaginal implants.

Intrauterine contraceptive devices (IUDs) have been developed over the last 15 years, both unmedicated and medicated with antifertility agents. Extensive tests found that a polypropylene IUD, which may be shaped like a T or like the number 7, with copper wire wound around its vertical stem was an effective contraceptive (Fig. 21-7*a*). With the IUD in place, the device delivers a dose of about 10 $\mu$g/day of copper for as long as a 40-month antifertility period. A T-shaped IUD containing progesterone in a hollow portion of the vertical stem is shown in Figure 21-7*b*. It is known as a Progestasert and has been approved by the FDA for 12-month intrauterine contraception.[20] Progesterone is released through the membrane-like wall of the T-shaped object at the rate of 65 $\mu$g/day for a 1-year period, and the patient returns to normal fertility after removal of the device.

**Transdermal Delivery Systems.** Diffusional processes associated with skin permeation were described in Chapter 15, in which it was learned that lipoid-like materials pass through the skin barriers more readily than substances of a polar or aqueous nature. The normally hydrated stratum corneum, however, also allows some passage of water-soluble molecules.

Diffusion through the skin is a passive rather than active process, the compound penetrating successively through the stratum corneum, the lower layers of the epidermis, the dermis,

FIG. 21-6. Serum concent
(Y. W. Chien, in *Drug L*

and finally into the b
ripheral circulatory
layer or stratum cor
est resistance to p
here constitutes the
penetration. Limite
through the hair f
Movement of a drug
greater through the l
nal tract, the rectun
cavity than through
Penetration of dru
has been facilitated l
cated bandages and
drug delivery systen
consists of a 0.2-cm
one attached to a pl

rted and removed by ous administration of When a contraceptive s carried through the general circulation in inactivated by hepatic m, which occurs with lly, is known as the e liver. In contrast, 's carried by the blood tissue, bypassing the arkably uniform drug by use of the silicone d in Figure 21-6, for contraceptive drug. cetate in 2% concen- a period of 20 days. ' for intravaginal ab- agents from a silastic ed in Chapter 15, and ew that discussion in ginal implants.

ptive devices (IUDs) ver the last 15 years, medicated with anti- ve tests found that a ch may be shaped like 7, with copper wire stem was an effective a). With the IUD in ers a dose of about s long as a 40-month shaped IUD contain- ollow portion of the n Figure 21-7*b*. It is t and has been ap- 2-month intrauterine terone is released -like wall of the T- e of 65 μg/day for a tient returns to nor- l of the device.

**Systems.** Diffusional th skin permeation er 15, in which it was aterials pass through adily than substances ature. The normally m, however, also al- er-soluble molecules. kin is a passive rather compound penetrat- he stratum corneum, idermis, the dermis,

FIG. 21-6. Serum concentration of medroxyprogesterone acetate from intravaginal silicone ring over a period of 20 days (Y. W. Chien, in *Drug Delivery Systems*, R. L. Juliano, Ed., Oxford University Press, New York, 1980, Chapter 2).

and finally into the blood capillaries of the peripheral circulatory system. The outer horny layer or stratum corneum provides the greatest resistance to penetration, and diffusion here constitutes the rate-limiting step of skin penetration. Limited absorption also occurs through the hair follicles and sweat ducts. Movement of a drug such as a steroid is much greater through the linings of the gastrointestinal tract, the rectum, vagina, eye, and buccal cavity than through the skin.

Penetration of drugs by transdermal passage has been facilitated by the use of various medicated bandages and tapes. The "microsealed drug delivery system" of Chien and Lambert[21] consists of a 0.2-$cm^2$ disk containing testosterone attached to a plastic bandage. This device releases testosterone at a dose of about 40 μg/$cm^2$/day for a period of 46 days as tested by application to the navel region of the monkey.

Motion sickness is often treated orally with scopolamine hydrobromide in doses of 600 μg, but it can be administered in considerably lower doses and without the undesired central nervous system effects (drowsiness and memory disturbance) by prolonged application to the skin in an adhesive polymeric reservoir. This transdermal device (area, 2.5 $cm^2$; thickness, 150 μm) releases a primary dose of 200 μg of scopolamine and then provides a steady rate of release of 10 μg/hour of the drug over a period of as long as 3 days. When placed on the proper region of the skin, ordinarily

FIG. 21-7. (*a*) A T-shaped intrauterine contraceptive device (IUD) with copper wire spiral for highly effective contraception. (*b*) The T-shaped Progestasert is devoid of the copper wire and contains progesterone in the hollow portion of the vertical stem (K. Heilmann, *Therapeutic Systems*, G. Thieme, Stuttgart, 1978, p. 94).

behind the ear, the microporous membrane maintains a constant drug delivery at a rate less than the rate of skin absorption of scopolamine. Therefore, the transdermal device, rather than the skin layers, maintains control over the rate of drug entrance into the blood circulation. This Transdermal Therapeutic System, as it is called, is illustrated in Figure 21-8.

Nitroglycerin is customarily given sublingually, particularly for acute attacks of angina. It is effective for only about 5 minutes by this

FIG. 21-8. A schematic of the Transdermal Therapeutic System (after K. Heilmann, *Therapeutic Systems*, Georg Thieme, Stuttgart, 1978, p. 53).

route; however, new an
rently being developec
administered as a 2% la
ment for longer-lasting
application is messy and
glycerin reservoir that a
delivers the drug at
25 $\mu g/cm^2/hr$ for 24 hoi
by several companies,
Geigy, Key Pharmaceu
ratories. The rate of in
glycerin release from
is shown in Figure 21-
Comparisons have l
subjects between the
tem and sublingual tab
glycerin ointment. It v
hours, the transdermal
equivalent in systemic
to three controlled ap
ment administered ev
The Transderm-Nit
have distinct advanta
ointment administratio
steady therapeutic a
through the skin over
effective and reliable f

FIG. 21-9. Release of nitro
in vivo plasma concentrat
nia. 1982.)

:/vinyl acetate copolymer

servoir

able membrane
elease rate of drug)

thread

ıly effective contracep-
e hollow portion of the

rmal Therapeutic
ustrated in Figure

rily given sublin-
: attacks of angina.
5 minutes by this

ane

eservoir

ɔrous membrane to
trol drug release

ive layer to attach
evice to the skin

'ens, Georg Thieme,

route; however, new and better forms are currently being developed. The drug has been administered as a 2% lanolin-petrolatum ointment for longer-lasting relief, but this form of application is messy and inconvenient. A nitroglycerin reservoir that adheres to the skin and delivers the drug at the rate of about 25 $\mu g/cm^2/hr$ for 24 hours has been fabricated by several companies, e.g., Alza and Ciba-Geigy, Key Pharmaceuticals, and Searle Laboratories. The rate of in vitro and in vivo nitroglycerin release from Transderm-Nitro (Alza) is shown in Figure 21-9.[22]

Comparisons have been made on normal subjects between the Trandsderm-Nitro system and sublingual tablets as well as 2% nitroglycerin ointment. It was found that after 28 hours, the transdermal therapeutic patch was equivalent in systemic levels of nitroglycerin to three controlled applications of the ointment administered every 8 hours.

The Transderm-Nitro system appears to have distinct advantages over sublingual or ointment administration, providing as it does a steady therapeutic amount of nitroglycerin through the skin over a 24-hour period. It is effective and reliable for repeated 1-day applications up to 4 weeks, and the patients can engage in swimming and bathing without inconvenience. Transdermal nitroglycerin patches are available at various dose levels. Nitro-Dur 5 (Key) delivers 2.5 mg/24 hr; Transderm-Nitro 5 (Ciba) supplies 5 mg/24 hr, and Nitrodisc 16 (Searle) provides 11.2 mg/24 hr. Some patients experience nitroglycerin headaches at higher doses, but this side effect is common with all forms of nitroglycerin therapy. For special uses, particularly emergency situations, nitroglycerin is available in the form of intravenous preparations.

**Controlled-Release Eye Medication.** Drugs are administered to the eye in aqueous or nonaqueous solutions, suspensions, gels, and ointments. They may be administered topically to the surface of the cornea or introduced into the conjunctival sac, from where they are absorbed into the aqueous humor and the vitreous body.[23] A section of the eye with routes of administration is shown in Figure 21-10. Solutions, particularly aqueous ones, are readily washed out of the eye with the tears and so must be given frequently to produce therapeutic effects. Polymers such as methylcellulose and polyvinyl alcohol have been added to oph-

FIG. 21-9. Release of nitroglycerin from Transderm-Nitro (Alza) for prolonged control of angina. Key: ○, in vitro release; ● in vivo plasma concentration. (From J. E. Shaw, Product Research & Development, Alza Corporation, Palo Alto, California. 1982.)

FIG. 21-10. A section of the eye showing possible routes of drug administration.

thalmic drug solutions to increase their viscosity and prolong corneal contact time. Soft disks or contact lenses impregnated with atropine, pilocarpine, and other ophthalmic drugs have been tested for prolonged drug action. In such systems, one is concerned with the diffusion of drugs of average molecular weight (150 to 300 g/mole) through amorphous soft polymers. The diffusion coefficients for such systems (see Chapter 15) are on the order of $10^{-6}$ $cm^2$ $sec^{-1}$ for water-swollen soft contact lenses and may be as low as $10^{-8}$ to $10^{-12}$ $cm^2$ $sec^{-1}$ for drugs of high molecular weight in nonpolar polymers.[24]

The pilocarpine-containing device, Ocusert, introduced in 1975 by Alza Corporation, was the first controlled topical dosage form marketed for use in the eye. The device (Fig. 21-11*a*) consists of a central core or reservoir of pilocarpine between two membrane surfaces, made of an ethylene-vinyl acetate copolymer, that control the rate of release of the drug. The oval device, slightly larger than a contact lens, is placed in the cul-de-sac under the upper or lower lid (Fig. 21-11*b*), where pilocarpine is released at a zero-order rate and is absorbed into the cornea of the eye. Two products are available: Ocusert P-20, which delivers a dose of 20 μg/hr, and Ocusert P-40, which delivers a dose of 40 μg/hr.

Pilocarpine is used in the eye to produce miosis and reduce intercoular tension in open-angle glaucoma. It is ordinarily given by dropping a solution (0.5 to 6% concentration) in the conjunctival sac of the eye for 1 to as many as 20 or more times a day to reduce the interocular pressure. Large doses are required because only a small percentage of the drug in the conjunctival sac penetrates to the aqueous humor, most of it being lost with the tears that drain from the eye. The Ocusert delivery system was designed to overcome this inefficient delivery of pilocarpine. Because of the close contact with the eye and continuous release of drug from the Ocusert over a period of a week, only about one fourth as much pilocarpine need be administered compared to the dropper technique, and this reduction in dose overcomes toxicity and side effects. The specialized medication system is expensive, however, and probably will be used only in those patients who need continuous medication, can tolerate the presence of the disk in the eye, and can afford the therapy.

FIG. 21-11. (*a*) Schematic
p. 67). (*b*) Insertion of the
Thieme, Stuttgart, 1978,

With drugs that ar
water, such as chlor
eye may be calculate
(Chapter 15):

$M =$

in which $M$ is the
leased and $t$ is the ti

FIG. 21-12. Controlled
through an Ocusert mem
tionship of *release rate*,
released (main curve),

lid

sh

mea

queous humor

junctival
cul de sac)

tration.

which delivers a dose P-40, which delivers

the eye to produce erocular tension in is ordinarily given by to 6% concentration) f the eye for 1 to as s a day to reduce the ge doses are required entage of the drug in trates to the aqueous st with the tears that Ocusert delivery sys- come this inefficient Because of the close continuous release of r a period of a week, s much pilocarpine npared to the drop- reduction in dose de effects. The spe- n is expensive, how- e used only in those ious medication, can the disk in the eye, y.

FIG. 21-11. (*a*) Schematic of Ocusert (Alza) (after K. Heilmann, *Therapeutic Systems*, Georg Thieme, Stuttgart, 1978, p. 67). (*b*) Insertion of the Ocusert (Alza) into the cul-de-sac of the eye (after K. Heilmann, *Therapeutic Systems*, Georg Thieme, Stuttgart, 1978, p. 69).

With drugs that are only sparingly soluble in water, such as chloramphenicol, release in the eye may be calculated from a form of Fick's law (Chapter 15):

$$M = \frac{SDKC_s}{h} \cdot t \qquad (4)$$

in which $M$ is the accumulated amount released and $t$ is the time. $S$ is the surface area of the device in contact with the eye, $D$ is the diffusion coefficient of the Ocusert membrane, $K$ is a liquid-liquid partition coefficient between the Ocusert and the eye fluids, $C_s$ is the solubility of the drug in water, and $h$ is the Ocusert membrane thickness. As observed in Figure 21-12, a plot of accumulated drug release against time is linear, showing a break at point $A$ (130 hr), then becoming horizontal, indicating that chloramphenicol is depleted and no more is released after 130 hours. A plot of *release rate*, rather than amount, versus time results in a straight horizontal line to point $A$, then tends toward zero. The curve does not fall vertically following point $B$, but descends parabolically as observed in Figure 21-12 (insert). These plots indicate that the release rate of a sparingly soluble drug is almost constant, i.e., a zero-order release rate over most of the lifetime of the device,[24] rather than a first-order release, which would represent a continuously decreasing rate with time.

FIG. 21-12. Controlled drug release of chloramphenicol through an Ocusert membrane. The insert shows the relationship of *release rate*, rather than cumulative amount released (main curve), versus time.

***Example 2.*** The diffusion coefficient $D$ of a new chloramphenicol derivative in the Ocusert is $1.30 \times 10^{-4}$ cm²/hr. The surface area $S$ of the Ocusert is 0.80 cm², the partition coefficient $K$ between Ocusert and ocular fluids is 1.03, the thickness of the membrane $h$ is 0.007 cm, and the solubility in water (25° C) of the new compound $C_s$ is

3.93 mg/cm³. Calculate the cumulative amount of drug released in 125 hours.

$$M = \frac{(0.80 \text{ cm}^2)(1.30 \times 10^{-4} \text{ cm}^2/\text{hr})(1.03)(3.93 \text{ mg/cm}^3)(125 \text{ hr})}{(0.007 \text{ cm})}$$

$M = 7.52$ mg released in 125 hours

Pilocarpine is water soluble, and equation (4) is not an exact representation of the profile of the release rate with time of such a compound. The flux or rate per unit time for a water-soluble compound is not horizontal (Fig. 21-12, insert) but rather declines slowly as the release proceeds. By the proper choice of membranes for the Ocusert, however, the release rate of pilocarpine can be held essentially constant (near zero-order drug release) for up to 7 days of delivery.

**Osmotic Pump.** The *miniosmotic pump* is a chemically operated pumping system structured as a dosage delivery device for implantation in small experimental animals to obtain kinetic, pharmacologic, and toxicologic data during administration of addictive drugs, hormones, cancer chemotherapeutic agents, antigens, and drugs of other types. The miniosmotic pump, developed by the Alza Corporation, is available in two forms, a system with an internal volume of 20 microliters (μL) for mice and a device with an internal volume of 2 ml for rats, rabbits, and larger experimental animals. The 200-μL device is designed to deliver 1 μL/hr for 1 week or 0.5 μL/hr for 2 weeks; the 2-ml system delivers its contents over 1 week, 2 weeks, or 4 weeks. Both models are based on the principle of osmosis as discussed by Theeuwes and Yum.[25]

The construction of the miniosmotic pump is shown in Figure 21-13. The reservoir containing a drug solution or suspension is collapsible and is surrounded by a chamber that contains an osmotic driving agent—a low-molecular-weight salt such as NaCl, KCl, or $MgSO_4$. The semipermeable membrane surrounding the salt-containing chamber also serves as the housing wall. When water passes through the permeable walls of the device, the pressure on the flexible reservoir gradually compresses it and causes a discharge of the drug formulation through the delivery portal. The osmotic material is sealed and retained in its chamber, comprised of reservoir and membrane wall; thus only the drug solution is pumped from the reservoir. The rate of volume delivery $dV/dt$ is established by the manufacturer of the device taking into account the area of the membrane wall, the thickness and composition of the membrane that controls membrane permeability, and the osmotic pressure of the salt acting as a driving agent. The mass delivery rate of these systems can be programmed in relation to the drug concentration $C_d$ in the drug reservoir, using the relationship, $dM/dt = (dV/dt)C_s$.

FIG. 21-13. Construction and operation of the Mini-Osmotic Pump (Alza) (after F. Theeuwes and S. I. Yum, Ann. Biomed. Engineer. 4, 343, 1976).

**Gastrointestinal Therapeutic System.** Sustained-release dosage forms have been available for the oral administration of drugs for more than 25 years. In order to obtain a slow continuous release leading to uniform plasma concentration over a period of 6 to 12 hours, the drug is usually formulated in a plastic matrix that dissolves or leaches out the drug. The capsules, tablets, or granules may be specially coated to resist attack by the acidic gastric fluid, yet allow break-up of the dosage form and absorption of the drug in the small intestine or other specific area of the gastrointesti-

FIG. 21-14. The elementary ... in its inactive state. (*b*) Libe... membrane and into the dr...

nal tract. It is sometir... physical chemical p... form and variable ph... countered in the gastr... the desired results h... tained with sustained... forms.

The *elementary os*... as Oros or Gastroint... tem, was first descr... Higuchi and was rece... Corporation.[25] Like ...

FIG. 21-15. Osmotically con... See the section on *Sample*...



le cap

ıoderator

:k plug

impermeable
rvoir wall

motic agent

ıermeable
mbrane

ir

ıtion of the Mini-
wes and S. T. Yum,
6).

into account the ıe thickness and ıe that controls .d the osmotic a driving agent. ɜ systems can be drug concentra-, using the rela-

; **System.** Sus-ave been availa-on of drugs for to obtain a slow uniform plasma f 6 to 12 hours, l in a plastic ma-ut the drug. The may be specially ıe acidic gastric the dosage form the small intes-:he gastrointesti-

**Fig. 21-14.** The elementary osmotic pump, Oros (Alza) employed as a gastrointestinal therapeutic system. (*a*) The system in its inactive state. (*b*) Liberation of the drug through the small orifice due to osmosis of fluids through the semipermeable membrane and into the drug reservoir (After K. Heilmann, *Therapeutic Systems*, Georg Thieme, Stuttgart, 1978, p. 49).

nal tract. It is sometimes difficult to control the physical chemical properties of the dosage form and variable physiologic conditions encountered in the gastrointestinal tract. Hence, the desired results have not always been obtained with sustained- and controlled-release forms.

The *elementary osmotic pump*, also known as Oros or Gastrointestinal Therapeutic System, was first described by Theeuwes and Higuchi and was recently introduced by Alza Corporation.[25] Like the miniosmotic pump, the dosage form has a semipermeable membrane on one surface to bring water by osmosis into the drug reservoir in the tablet. The device is shown in Figure 21-14*a*. The hydrostatic pressure generated by the influx of water forces the release of a saturated solution of the drug through an opening in the tablet as seen in Figure 21-14*b*. The rate of drug release is constant (zero-order) until the excess undissolved drug is depleted. The release rate then decreases parabolically to zero (Fig. 21-15). Earlier sustained-release forms were markedly

**Fig. 21-15.** Osmotically controlled drug delivers from Oros at zero-order release; then parabolic decrease of release rate. See the section on *Sample Calculations*.



**Fig. 21-16.** Release rate of phenobarbital from Oros, showing release rate independent of pH. The Oros was maintained in gastric fluid for 2.5 hours and then was transferred to intestinal fluid and kept there for 2.5 hours. (After K. Heilmann, *Therapeutic Systems*, Georg Thieme, Stuttgart, 1978, p. 51.)

affected by physiologic pH changes. With the Oros system, the rates of release of phenobarbital, placed in both artificial gastric fluid at pH 2 and intestinal fluid at pH 7.5 were found to be independent of pH (Fig. 21-16). The release rate of the device may be altered by changing the nature of the semipermeable membrane.

**Sample Calculations.** Theeuwes[26] first tested the elementary osmotic pump for drug delivery using potassium chloride to serve both as the osmotic agent and the drug model. In a later report, Theeuwes et al.[27] designed a therapeutic system, based on the principle of the osmotic pump, to deliver indomethicin at a constant or zero-order rate. For zero-order delivery rate, Theeuwes used the equation

$$\left(\frac{dM}{dt}\right)_z = \frac{S}{h} k'\pi_s C_s \qquad (5)$$

in which $(dM/dt)_z$ is the rate of delivery of the solute under zero-order conditions, $S$ is the semipermeable membrane area (2.2 cm$^2$); $h$ is the membrane thickness (0.025 cm); $k'$ is a permeability coefficient, $2.8 \times 10^{-6}$ cm$^2$/atm hr, and $\pi_s$ is the osmotic pressure, 245 atm, of the formulation under zero-order conditions (saturated solution) ($k'\pi_s = 0.686 \times 10^{-3}$ cm$^2$/hr). The concentration of the saturated solution, $C_s$, at 37° C is 330 mg/cm$^3$.

The zero-order delivery rate for this system is calculated as follows.

$$\left(\frac{dM}{dt}\right)_z = \left(\frac{2.2 \text{ cm}^2}{0.025 \text{ cm}}\right)$$
$$(0.686 \times 10^{-3} \text{ cm}^2/\text{hr})(330 \text{ mg/cm}^3)$$

$$\left(\frac{dM}{dt}\right)_z = 19.9 \text{ mg/hr}$$

Some of the drug is released from the device by simple diffusion through the membrane. Equation (5) therefore should be modified as follows:

$$\left(\frac{dM}{dt}\right)_z = \frac{S}{h} k'\pi_s C_s + \frac{S}{h} PC_s$$

or

$$= \frac{S}{h} \cdot (k'\pi_s + P)C_s \qquad (6)$$

in which $P$ is the permeability coefficient for passage of KCl across the semipermeable membrane ($0.122 \times 10^{-3}$ cm$^2$/hr).

$$\left(\frac{dM}{dt}\right)_z = \left(\frac{2.2 \text{ cm}^2}{0.025 \text{ cm}}\right)(330 \text{ mg/cm}^3) \times$$
$$(0.686 \times 10^{-3} \text{ cm}^2/\text{hr} + 0.122 \times 10^{-3} \text{ cm}^2/\text{hr})$$

$$\left(\frac{dM}{dt}\right)_z = 23.5 \text{ mg/hr}$$

The time $t_z$ in which the mass of the drug $M_z$ is delivered (disregarding the start-up time required to reach equilibrium) is

$$t_z = M_t \left(1 - \frac{C_s}{\rho}\right) \frac{1}{(dM/dt)_z} \qquad (7)$$

in which $M_t$ is the total mass of drug in the core (500 mg KCl) and $\rho$ is the density of the drug (2 g/cm$^3$ or 2000 mg/cm$^3$):

$$t_z = (500 \text{ mg})\left(1 - \frac{330 \text{ mg/cm}^3}{2000 \text{ mg/cm}^3}\right) \times \frac{1}{23.5 \text{ mg/hr}}$$

$t_z = 17.8$ hr.

The zero-order delivery rate, $(dM/dt)_z$ = 23.5 mg/hr, and the time, $t_z$, during which the drug is being delivered are shown in Figure 21-15.

Beyond $t_z$, the drug is delivered under nonzero-order conditions. For a drug that is released both by osmotic pumping action and passive diffusion through the membrane, the rate beyond $t_z$ is given by

$$\frac{dM}{dt} = \frac{F_s}{S} C^2 + \left(\frac{S}{h} P\right) C \qquad (8)$$

in which the symbol $F_s$ is a volume flux (cm$^3$/hr) used to represent the quantity

$(S/h)k'\pi_s = (2.2$ cm$^2$/0.
cm$^2$/hr) or 0.0604 cm$^3$/l
tion of drug in the disp
at $t$ values beyond $t_z$, $C_s$
centration, has fallen t
centration, $C$. Let us ca
in Figure 21-15 has fall
parabolic descending c
written in the quadrati

$$\left(\frac{F_s}{C_s}\right) C^2 + \left(\frac{S}{h}\right.$$

$$C = \frac{-b \pm}{}$$

in which $a = F_s/C_s =$
hr; $b = SP/h = 0.01$
$-dM/dt = -10$ mg/hr
the figure. (Only the p
ratic equation is applic

$$C = \frac{-0.0107 + \sqrt{(0.0107)^2 -}}{2(1.8}$$

$C = 206.3$ mg/cm$^3$

In order to plot the c
21-15 to the right of $t_z$,
$t$ for each value of
10 mg/hr used previou
obtain $t$ using the expi

$$t - t_z = \left(\frac{Vh}{SP}\right) \ln$$

in which $V$ is the vol
obtained from mass ar

$$V = \frac{500 \text{ mg}}{2000 \text{ mg/}}$$

$$t - t_z = \frac{(.250}{(2.2 \text{ cm}^2)(0.}$$
$$\ln \frac{(0.0377 \text{ cm}^3/\text{h}}{(0.0604 \text{ cm}^3/\text{hr} + 0.01}$$

$t - t_z = (23.286$ hr)
$t = 1.98$ hr $+ t$

This point ($dM/dt = 1$
shown as a black circle
ing curve of Figure 21

d from the device
ı the membrane.
ld be modified as

$^{P}C_s$

(6)

ility coefficient for
ıe semipermeable
$cm^2/hr$).

0 mg/cm³) ×

122 × $10^{-3}$ cm²/hr)

mass of the drug $M_z$
; the start-up time
ium) is

$\frac{1}{(dM/dt)_z}$ (7)

mass of drug in the
is the density of the
g/cm³):

mg/cm³ / mg/cm³

$\times \frac{1}{23.5 \text{ mg/hr}}$

y rate, $(dM/dt)_z$ =
ıe, $t_z$, during which
ed are shown in Fig-

is delivered under
. For a drug that is
pumping action and
ı the membrane, the
ɔy

$+ \left(\frac{S}{h}P\right)C$ (8)

$F_s$ is a volume flux
resent the quantity

$(S/h)k'\pi_s$ = (2.2 cm²/0.025 cm)(0.686 × $10^{-3}$ cm²/hr) or 0.0604 cm³/hr. $C$ is the concentration of drug in the dispensing fluid (mg/cm³); at $t$ values beyond $t_z$, $C_s$, or the saturation concentration, has fallen to a subsaturation concentration, $C$. Let us calculate $C$ when $dM/dt$ in Figure 21-15 has fallen to 10 mg/hr on the parabolic descending curve. Equation (8) is written in the quadratic form:

$$\left(\frac{F_s}{C_s}\right)C^2 + \left(\frac{S}{h}P\right)C - \frac{dM}{dt} = 0 \quad (9)$$

$$C = \frac{-b \pm \sqrt{b^2 - 4ac}}{2a} \quad (10)$$

in which $a = F_s/C_s = 1.829 \times 10^{-4}$ cm⁶/mg hr; $b = SP/h = 0.0107$ cm³/hr; and $c = -dM/dt = -10$ mg/hr as shown at point $C$ in the figure. (Only the positive root of the quadratic equation is applicable.)

$$C = \frac{-0.0107 + \sqrt{(0.0107)^2 - 4(1.829 \times 10^{-4})(-10)}}{2(1.829 \times 10^{-4})}$$

$$C = 206.3 \text{ mg/cm}^3$$

In order to plot the calculated line of Figure 21-15 to the right of $t_z$, one needs the values of $t$ for each value of $dM/dt$. For $dM/dt$ = 10 mg/hr used previously in this example, we obtain $t$ using the expression,[26]

$$t - t_z = \left(\frac{Vh}{SP}\right) \ln \frac{\left(F_s \cdot \frac{C}{C_s}\right) + \frac{SP}{h}}{\left(F_s + \frac{SP}{h}\right)\frac{C}{C_s}} \quad (11)$$

in which $V$ is the volume of the drug and is obtained from mass and density as

$$V = \frac{500 \text{ mg}}{2000 \text{ mg/cm}^3} = 0.250 \text{ cm}^3$$

$$t - t_z = \frac{(.250 \text{ cm}^3)(0.025 \text{ cm})}{(2.2 \text{ cm}^2)(0.122 \times 10^{-3} \text{ cm}^2/\text{hr})} \times \ln \frac{(0.0377 \text{ cm}^3/\text{hr}) + (0.0107 \text{ cm}^3/\text{hr})}{(0.0604 \text{ cm}^3/\text{hr} + 0.0107 \text{ cm}^3/\text{hr})\left(\frac{206.3 \text{ mg/cm}^3}{330 \text{ mg/cm}^3}\right)}$$

$$t - t_z = (23.286 \text{ hr}) \ln 1.0889 = 1.98 \text{ hr}$$

$$t = 1.98 \text{ hr} + t_z = 19.8 \text{ hr}$$

This point ($dM/dt$ = 10 mg/hr, $t$ = 19.8 hr) is shown as a black circle on the downward-sloping curve of Figure 21-15. By calculating a sufficient number of such points, the parabolic portion of the curve is plotted.

Another interesting quantity is the maximum size of the orifice or portal for delivery of the drug from the osmotic pumping system. The maximum cross-sectional area is given by

$$S_{max} = \frac{L}{f}\left(\frac{dM}{dt}\right)_z \frac{1}{DC_s} \quad (12)$$

in which $D$ is the diffusivity (see Chapter 15) of the drug delivered through the orifice ($D$ = 2 × $10^{-5}$ cm²/sec or 0.072 cm²/hr), $L$ the pathlength of this opening (25 × $10^{-4}$ cm), and $f$ a dimensionless sizing factor, taken to have a value of about 50. The sizing factor specifies how many times greater is the zero-order pumping rate than the free diffusion rate.

We use equation (12) to estimate the port size for drug delivery and convert $D$ to cm²/hr:

$$S_{max} = \frac{(25 \times 10^{-4} \text{ cm})}{50}(23.5 \text{ mg/hr}) \cdot \frac{1}{(0.072 \text{ cm}^2/\text{hr})(330 \text{ mg/cm}^3)}$$

$S_{max}$ = 4.945 × $10^{-5}$ cm² or 4945 μm² area.

(Note: 1 cm = $10^4$ μm; therefore, 1 cm² = $10^4 \cdot 10^4$ = $10^8$ μm²). This area is equal to $\pi r^2$, and the radius of the orifice is obtained as follows:

$$4945 \ \mu\text{m}^2 = 3.14159 \times r^2$$

$$r = 39.675 \ \mu\text{m}$$

Orifice diameter = 79 μm.

**Patient Compliance and the New Therapeutic Systems.** Patient compliance is an important factor in drug therapy. Gatley[28] found that as many as 67% of patients involved in single daily dosage regimens took the prescribed medication correctly. With a regimen of three daily doses, compliance fell to 44%, and with four doses a day, the percentage was reduced still further to 22%. Thus, the recent advances in dosage design, leading to forms that are administered once daily or once weekly, should greatly increase patient compliance and result in improved therapeutic success.

The principal advantages of the newer release forms of drugs for oral, percutaneous, intrauterine, and other routes of administration and bioabsorption are the constant or zero-order rate of release and the relative lack

of irritation at the site of release. Furthermore, the physiologic conditions of the gastrointestinal tract, vaginal tract, skin surface, eye, mouth, and other regions with which the device is brought into contact are not left to control or alter the rate and amount of drug release. Instead, the system itself is preprogrammed to deliver the drug under prescribed conditions. The principles on which these newer forms are based are sound, and the generality of these approaches no doubt will lead to the development of dosage forms not presently conceived. Most of the new controlled therapeutic systems have been developed by one company, the Alza Corporation, but other pharmaceutical firms, research institutes, and individual drug development pharmacists, chemists, and engineers are now involved in this new and exciting enterprise.

Heilmann[29] concludes his excellent book, *Therapeutic Systems*, with the opinion that the introduction of controlled delivery systems represents a milestone in therapy, comparable to the discovery of drugs such as the antibiotics, psychopharmaceutical agents, and antineoplastic and immunosuppressive agents. Heilmann predicts that controlled and sustained drug delivery heralds a new approach to the treatment of disease and the practice of general medicine.

The practicing pharmacist should be knowledgeable of the factors—many of them founded on the principles of physical pharmacy—that are involved in the design and operation of controlled-action dosage forms. The pharmacist can then better inform the patient about the rational use of these new agents.

## References

1. W. Nernst and E. Brunner, Z. Phys. Chem. 47, 52, 1904; B. Hoener and L. Z. Benet, in *Modern Pharmaceutics*, G. S. Banker and C. T. Rhodes, Eds., Chapter 4, Marcel Dekker, New York, 1979.
2. J. T. Carstensen, *Pharmaceutical Solids and Solid Dosage Forms*, Wiley, New York, 1977, Chapter 3.
3. L. F. Prescott, R. F. Steel and W. R. Ferrier, Clin. Pharmacol. Ther. 11, 496, 1970.
4. C. Bedford et al. Arch. Dermatol. 81, 735, 1960; R. Atkinson, C. Bedford, K. J. Child and E. G. Tomich, Nature (Lond.) 193, 588, 1962.
5. D. C. Monkhouse and J. L. Lach, J. Pharm. Sci. 61, 1430, 1972.
6. E. I. Stupak and T. R. Bates, J. Pharm. Sci. 61, 400, 1972.
7. M. A. Moustafa, S. A. Khalil, A. R. Ebian and M. M. Motawi, J. Pharm. Sci. 63, 1103, 1974.
8. W. I. Higuchi, N. A. Nir and S. J. Desai, J. Pharm. Sci. 54, 1405, 1965.
9. T. Higuchi and M. Ideda, J. Pharm. Sci. 63, 809, 1974.
10. D. C. Monkhouse and J. L. Lach, Can. J. Pharm. Sci. 7, 29, 1972.
11. M. J. Akers, J. L. Lach and L. J. Fischer, J. Pharm. Sci. 62, 239, 1973.
12. J. McGinity, S. Stavchansky and A. Martin, *Pharmaceutical Dosage Forms: Tablets*, Vol. 2, H. A. Lieberman and L. Lachman, Eds., Marcel Dekker, New York, 1981, Chapter 6.
13. E. Nelson, J. Am. Pharm. Assoc., Sci. Ed. 48, 96, 1959; E. Nelson, E. L. Knoechel, W. E. Hamlin and J. G. Wagner, J. Pharm. Sci. 51, 509, 1962.
14. B. Hoener and L. Benet, *Modern Pharmaceutics*, G. Banker and C. Rhodes, Eds., Marcel Dekker, New York, 1979, Chapter 4.
15. A. D. Bangham and R. W. Horne, J. Mol. Biol. 8, 660, 1964; A. D. Bangham, M. M. Standish and J. C. Watkins, J. Mol. Biol. 13, 238, 1965.
16. K. J. Widder, A. E. Senyei and B. Sears, J. Pharm. Sci. 71, 379, 1982.
17. R. L. Juliano, Ed., *Drug Delivery Systems*, Oxford, New York, 1980; J. R. Robinson, Ed., *Sustained and Controlled Release Drug Delivery Systems*, Marcel Dekker, New York, 1978; T. Higuchi and V. Stella, Eds., *Pro-drugs as Novel Drug Delivery Systems*, American Chemical Society, Washington, DC, 1975.
18. Y. W. Chien, in *Drug Delivery Systems*, R. L. Juliano, Ed., Oxford, New York, 1980, Chapter 2.
19. G. L. Flynn et al., in *Controlled Release Polymeric Formulations*, D. R. Paul and F. W. Harris, Eds., ACS Symposium Series #33, American Chemical Society, Washington, DC, p. 87, 1976.
20. H. J. Tatum, Fertil. Steril. 28, 3, 1977.
21. Y. W. Chien and H. J. Lambert, International Symposium on Bioactivation and Controlled Drug Release, Stockholm, Sweden, April 21–23, 1976.
22. Transdermal Therapeutic System: A Major Advance in Angina Prophylaxis; Ciba, New Jersey, Nov. 1981.
23. J. R. Robinson and L. M. Goshman, in *Pharmaceutics and Pharmacy Practice*, G. S. Banker and R. K. Chalmers, Eds., Lippincott, Philadelphia, 1982, Chapter 10.
24. J. W. Shell and R. W. Baker, Ann. Ophthalmol. 1037, Oct., 1974.
25. F. Theeuwes and S. I. Yum, Ann. Biomed. Eng. 4, 343, 1976; Alzet Mini-Osmotic Pump Bibliography, Alza Corporation, 1981.
26. F. Theeuwes, J. Pharm. Sci. 64, 1987, 1975.
27. F. Theeuwes et al., J. Pharm. Sci. 72, 253, 1983.
28. M. S. Gatley, J. R. Coll. Gen. Pract. 16, 39, 1968.
29. K. Heilmann, *Therapeutic Systems*, Georg Thieme, Stuttgart, 1978.

### *Problems*

1. A penicillin derivative has a $K_a$ of $3.5 \times 10^{-3}$ mole/liter at 25° C and a solubility $C_s$ in the stationary layer of solvent around the drug particle of $2.6 \times 10^{-3}$ g/cm³. In the bulk phase of the solution, the concentration of drug, $C_g$, is $1.7 \times 10^{-4}$ g/cm³. The diffusion coefficient $D$ of the drug in the medium is $6.8 \times 10^{-7}$ cm²/sec, the surface area $S$ of the particle is $1.5 \times 10^{4}$ cm², and the

thickness $h$ of the stationar
Calculate the dissolution r
lin derivative in solutior
would be found in the stor
tine, viz., pH 1.0, 2.0, 3.
plot $dM/dt$ versus pH o:
paper.

*Partial answer:* At pH

2. The diffusion coeffic
pine derivative in o
$10^{-9}$ cm²/sec. The surfa
sert is 0.80 cm², the liqu
cient $K$ between the fluic
eye is 1.83, and the thick
brane, $h$, is 0.01 cm. The
water, $C_s$, is 8.0 mg/cm³.
amount of pilocarpine rel
mg per 24-hour day.

*Answer:* 0.931 mg.

3. A new drug, gastro
hibit gastric acid secretion
an osmotic gastrointestina
area $S$ of the semipermea
dosage form is 2.0 cm², t
is 0.019 cm, the permea
drug in gastric fluid is 5.
the osmotic pressure, $\pi$,
osmotic pump-like dosage
ubility of the drug in the
750 mg/cm³. What is the
the drug in mg/hr from t
drug diffusion through th

and S. J. Desai, J. Pharm.
1, J. Pharm. Sci. 63, 809.
, Lach, Can. J. Pharm. Sci.
d L. J. Fischer, J. Pharm.
y and A. Martin, *Pharma-blets*, Vol. 2, H. A. Lieber-ds., Marcel Dekker, New
. Assoc., Sci. Ed. 48, 96, oechel, W. E. Hamlin and ici. 51, 509, 1962.
*Modern Pharmaceutics*, G. ds., Marcel Dekker, New
. Horne, J. Mol. Biol. 8, M. M. Standish and J. C. 238, 1965.
d and B. Sears, J. Pharm.
*Delivery Systems*, Oxford, nson, Ed., *Sustained and Delivery Systems*, Marcel T. Higuchi and V. Stella, *Drug Delivery Systems*, , Washington, DC, 1975.
*Delivery Systems*, R. L. York, 1980, Chapter 2.
*trolled Release Polymeric* and F. W. Harris, Eds., 33, American Chemical p. 87, 1976.
28, 3, 1977.
ert, International Sympo-Controlled Drug Release, 21–23, 1976.
ystem: A Major Advance New Jersey, Nov. 1981.
shman, in *Pharmaceutics* . Banker and R. K. Chal-iladelphia, 1982, Chap-
Ann. Ophthalmol. 1037,
, Ann. Biomed. Eng. 4, otic Pump Bibliography,
. 64, 1987, 1975.
rm. Sci. 72, 253, 1983.
en. Pract. 16, 39, 1968.
*ystems*, Georg Thieme,

has a $K_a$ of 3.5 × a solubility $C_s$ in the und the drug particle ulk phase of the solu- of drug, $C_g$, is on coefficient $D$ of the $0^{-7}$ cm²/sec, the sur- 5 × $10^4$ cm², and the

thickness $h$ of the stationary layer is $8.0 \times 10^{-3}$ cm. Calculate the dissolution rate $dM/dt$ of the penicillin derivative in solution of increasing pH that would be found in the stomach and the small intestine, viz., pH 1.0, 2.0, 3.0, 4.0, 5.0, 6.0, 7.0, and plot $dM/dt$ versus pH on rectangular coordinate paper.

*Partial answer:* At pH 1.0, 3.21 mg/sec.

2. The diffusion coefficient $D$ of a new pilocarpine derivative in ocular fluid is $9.2 \times 10^{-9}$ cm²/sec. The surface area $S$ of an Ocusert is 0.80 cm², the liquid-liquid partition coefficient $K$ between the fluids of the Ocusert and the eye is 1.83, and the thickness of the Ocusert membrane, $h$, is 0.01 cm. The solubility of the drug in water, $C_s$, is 8.0 mg/cm³. Calculate the cumulative amount of pilocarpine released from an Ocusert in mg per 24-hour day.

*Answer:* 0.931 mg.

3. A new drug, gastrogen, was developed to inhibit gastric acid secretion and was formulated into an osmotic gastrointestinal therapeutic system. The area $S$ of the semipermeable membrane of the new dosage form is 2.0 cm², the membrane thickness $h$ is 0.019 cm, the permeability coefficient $k$ of the drug in gastric fluid is $5.0 \times 10^{-6}$ cm²/atm hr, and the osmotic pressure, $\pi$, provided by KCl in this osmotic pump-like dosage form is 120 atm. The solubility of the drug in the gastric fluid $C_s$ at 37° C is 750 mg/cm³. What is the zero-order delivery rate of the drug in mg/hr from this system? Disregard the drug diffusion through the membrane.

*Answer:* 47.4 mg/hr.

4. If the new drug, gastrogen, has a diffusion coefficient $D = 6.3 \times 10^{-6}$ cm²/sec at 37° C, and the path length $L$ of the orifice in the osmotic pump-type dosage form is $10 \times 10^{-4}$ cm, what is the maximum size (diameter in µm) of the orifice for proper delivery of the drug from the device? $C_s$ = 750 mg/cm³ at 37° C, in the gastric fluid. Assume the sizing factor $f$ has a value of 50, and the zero-order delivery rate $(dM/dt)_z$ is 35 mg/hr at body temperature. Note: $D$ must be in cm²/hr.

*Answer:* 72 µm diameter

5. The approximate osmotic pressure $\pi$ produced by a saturated phenobarbital sodium solution in an osmotic pump-like device is given by the equation (review Chapters 7 and 8):

$$\pi = \nu \frac{C_s}{M} RT$$

in which $\nu$ is the number of particles into which a molecule of phenobarbital sodium ionizes, namely about two. The saturation concentration (solubility) of phenobarbital sodium at ordinary temperatures is $C_s \approx 100$ g/L. The molecular weight of the drug $M$ is 254.2 g/mole, $R$ is 0.082 liter atm mole$^{-1}$ deg$^{-1}$, and $T$ is 310° K for body temperature on the Kelvin scale.

Calculate the osmotic pressure produced by the drug (exclusive of any added osmotic agent mixed with the drug) using the equation just given.

*Answer:* 20 atm.

# EXHIBIT H



U 7133183

THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

February 15, 2008

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *4,797,287*
ISSUE DATE: *January 10, 1989*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer

**United States Patent** [19]
**Pich et al.**

[11] **Patent Number:** 4,797,287
[45] **Date of Patent:** Jan. 10, 1989

[54] **CYLINDRICAL MICROTABLETS**

[75] Inventors: Claus H. Pich; Thomas Moest, both of Moorrege, Fed. Rep. of Germany

[73] Assignee: BASF Aktiengesellschaft, Ludwigshafen, Fed. Rep. of Germany

[21] Appl. No.: 45,194

[22] Filed: Apr. 30, 1987

Related U.S. Application Data

[63] Continuation of Ser. No. 745,960, Jun. 18, 1985, abandoned.

[30] Foreign Application Priority Data

Jun. 19, 1984 [DE] Fed. Rep. of Germany ....... 3422619
Jun. 19, 1984 [DE] Fed. Rep. of Germany ....... 8418439

[51] Int. Cl.⁴ ................ A61K 9/20
[52] U.S. Cl. ................ 424/464
[58] Field of Search ................ 424/464

[56] References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,175,521 | 3/1965 | Hershberg | 424/14 |
| 3,473,490 | 10/1969 | Corvi-Mora | 107/54 |
| 4,294,819 | 10/1981 | Tencza | 424/14 |
| 4,339,428 | 7/1982 | Tencza | 424/21 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 996819 | 6/1965 | United Kingdom | 424/14 |
| 1204580 | 9/1970 | United Kingdom | 424/37 |
| 2039737 | 8/1980 | United Kingdom . | |
| 2091554 | 8/1982 | United Kingdom | 424/14 |

*Primary Examiner*—Shep K. Rose
*Attorney, Agent, or Firm*—Keil & Weinkauf

[57] **ABSTRACT**

Cylindrical microtablets which have a convex upper face and a convex lower face and whose cylinder diameter and height independently of one another are each from 1.0 to 2.5 mm and the ratio of the said diameter to said height is from 1:0.5 to 1:1.5, and a process for their preparation.

**2 Claims, 1 Drawing Sheet**

Copy provided by USPTO from the PIRS Image Database on 02/14/2008

U.S. Patent Jan. 10, 1989 4,797,287

r
h
d

Copy provided by USPTO from the PIRS Image Database on 02/14/2008

## CYLINDRICAL MICROTABLETS

This application is a continuation of application Ser. No. 745,960, filed on June 18, 1985 now abandoned.

For many purposes, it is desirable to have particles 1-2.5 mm diameter which possess a very uniform particle size and regular shape, high weight uniformity, very low porosity, a reproducible surface structure and a high content of active substance. For example, the administration of drugs in the form of pellets which can be introduced into, for example, capsules is generally preferred to the administration of compact tablets because very high local concentrations of active compound in the gastrointestinal tract are avoided with multi-unit-dose-system pellets, in contrast to single-unit-dose-system tablets. However, uniform filling of capsules necessitates uniform size and shape of the pellets. Moreover, the very steady release of active compound per unit time generally desired in the case of sustained-release pellets is only possible if the pellets are of uniform size and shape. The same applies to pellets which are provided with a coating resistant to gastric juice. Only regularly shaped particles permit uniform coating with a very small amount of coating agent.

It is also desirable to prepare pellets which have the stated properties and are of such uniformity that single-unit doses are possible. This means that each individual pellet particle must meet the requirements set by the European pharmacopeia with regard to the single-unit dose forms described there. The necessary weight uniformity for tablets is specified in the European pharmacopeia, vol. III, page 77.

The specifications regarding the disintegration times for uncoated tablets (loc.cit page 235), of coated tablets which are soluble in gastric juice (loc.cit page 237) and of tablets which are provided with a coating resistant to gastric juice (loc.cit page 237) must be met by each pellet particle.

Pellets are usually produced by a pelletizing process, for example using a disk or drum pelletizer, in a coating pan or with the aid of other apparatuses for agglomerative granulation, or by extrusion, cutting of the extrudates and rounding off the resulting cylindrical particles on appropriate conventional apparatuses. These processes are described, for example, by R. Voigt, in Lehrbuch der pharmazeutischen Technologie, 2nd edition, VEB Verlag Volk und Gesundheit, Berlin 1975, 158-169, and in Hagers Handbuch der pharmazeutischen Praxis, 4th edition, Springer-Verlag, Berlin - Heidelberg - New York, 1971, VII A, 312-318.

All of these processes have the disadvantage that they give a broad particle size distribution, so that oversize and undersize particles have to be separated off. Moreover, the shape and/or the surface structure are frequently non-uniform. In all of these processes, a solvent is incorporated and then evaporated, so that a porous structure is produced. The weight of the individual particles fluctuates greatly. Single-unit doses are impossible since the requirements of the European pharmacopeia are not met.

These disadvantages are overcome if tablets are produced by pressing, but tablets having a diameter of less than 3 mm are unknown to date.

Skilled workers from the manufacturing sector for tableting presses and tools, i.e. dies and punches, are unanimous in the opinion that it is impossible to produce smaller tablets. The reasons for this are the sensitivity of the thin punches, which are compressed and break off when used in conventional presses, the required precision of the tableting presses, and the requirements with respect to the free-flowing properties, particle size and particle size distribution of the tableting material.

It is an object of the present invention to produce particles having the properties described at the outset.

We have found that this object is achieved by a process for the production of cylindrical microtablets which have a convex upper face and a convex lower face and whose cylinder diameter and height, independently of one another, are each from 1.0 to 2.5 mm, preferably from 2.0 to 2.3 mm, and their ratio is from 1:0.5 to 1:1.5, preferably from 1:0.9 to 1:1.1, wherein a free-flowing tableting material having a maximum particle diameter of 30%, preferably 20%, of the tablet diameter and containing less than 10, preferably less than 5, per cent by weight of dust (with particle diameters of less than 50 μm) is pressed with a force of from 0.4 to 3, preferably from 1 to 2, kN.

The required tableting materials having the stated particle size and the stated low dust content are advantageously obtained by milling larger particles, preferred mills being those which have a low shearing action. The process furthermore requires novel tableting presses unlike those available commercially to date. Not only must they possess correspondingly small dies and punches, but the measuring range for the applied compressive force must be adapted to the smaller dimensions of the microtablet. The tools must be controlled in a particularly precise manner. Sensitive control of the metering is required in order to avoid deviations of the mean tablet weight during the pressing procedure, since overfilling the dies leads to overloading of the tools. Finally, it is necessary to provide a very efficiently functioning scraper, which conveys the microtablets carefully and without damage, but also reliably without leaving a residue, from the die into the discharge device.

The radius of curvature r of the convex upper and lower faces of the cylindrical microtablet is from 0.6 to 1.5 times, preferably from 0.7 to 0.9 times, the diameter of the cylinder. With smaller radii of curvature (a spherical shape), the tools do not withstand the pressure required, while with larger radii flat upper and lower faces (infinite radius of curvature) are approached, with the disadvantage that the edges present problems during coating and are susceptible to mechanical damage.

The height of the tablet is the maximum dimension along the cylinder axis.

Free-flowing, as used herein, is intended to mean that the cotangent $\psi$ of the angle of slope determined in accordance with DIN 53916 is greater than 1.2, preferably greater than 1.4.

The term dust content, as used herein, embraces the product fractions having particle diameters of less than 50 μm. The amount of such fractions in the material being pressed should be less than 10, preferably less than 5, per cent by weight.

Pharmaceutical microtablets contain one or more active pharmaceutical compounds in an effective amount, in addition to conventional pharmaceutical auxiliaries.

The novel microtablets weigh from 1 to 20, preferably from 5 to 10, mg. The relative standard deviations of the mean weights of 50 weighed microtablets prepared by this process are less than 4%, in general even less than 2.5%. They meet the requirements of the Euro-

Copy provided by USPTO from the PIRS Image Database on 02/14/2008

pean pharmacopeia in respect of weight uniformity of tablets. For a definition of the standard deviation, see textbooks of statistics, eg. Siegfried Noack, Auswertung von Mess- und Versuchsdaten mit Taschenrechner und Tischkomputer, Walter de Gruyter Verlag, Berlin, New York 1980, pages 192–201.

After having been provided with a retarding lacquer coating, conventional pellets of non-uniform size and shape give characteristics for the release of active compound which exhibit pronounced scatter in individual cases. This is attributable to the different surface areas of pellets which have different diameters.

Smaller pellets which have a large surface area per unit weight require a larger amount of coating material than larger pellets with a smaller surface area per unit weight, in order to produce a coating which has the same thickness and is thus equally effective. This broad distribution of release rates is reinforced by the effects of shape factors, since particles with edges and corners or raised surface structures require a larger amount of coating material in order to cover these irregularities.

When an average amount of surface coating material is applied during the coating procedure, only a few pellets will achieve the desired average release characteristics. Release from large and flat particles will be slower, and that from small and irregular particles will be faster.

Mixing these different particles leads to addition of the individual release characteristics and hence to pronounced deviation from the desired linear characteristics. 0-order release is not possible in the case of a large number of simultaneously releasing pellets, as are present, for example, after a hard gelatine capsule has been dissolved.

If the novel microtablets are provided with a retarding coating by a conventional method, for example by fluidized-bed coating or by coating in a perforated drum coater with coating solutions based on, for example, ethylcellulose or acrylic resins, the uniformity of size, shape and surface structure of the microtablets leads to coatings which ensure that each retard pellet releases the active compound present at a steady rate. A pellet ensemble, e.g. the contents of a hard gelatine capsule, has the same narrow-band release characteristics, i.e. linear variation with time.

The skilled worker is familiar with the problem of using coatings which are soluble in intestinal juice to formulate conventional pellets resistant to gastric juice so that the active compound present in the pellets is reliably protected from the action of the acidic medium in the stomach. Protection from gastric acid is necessary particularly for acid-sensitive substances, e.g. the enzyme lipase. In the case of pellets of this type, a coating which is resistant to gastric juice usually requires a very large amount of coating material, which accounts for as much as 50% of the total weight of the coated pellets. Nevertheless, such resistant pellets too are generally only resistant to gastric juice in the sense that the active compound does not diffuse through the coating and into the gastric acid, but not in the required way whereby the gastric acid is not diffused in the opposite direction through the coating and into the interior of the pellet.

With the novel microtablets, pellets which are completely resistant to gastric juice can be produced without particular expense. With the aid of the abovementioned coating procedures, pellets which are homogeneously resistant to gastric juice can be obtained by applying coatings based on conventional coating systems, such as cellulose acetate phthalate or hydroxypropylmethylcellulose phthalate. The consumption of coating material is not more than 25% (w/w), depending on the pellet size; in many cases 10% (w/w) is sufficient.

The novel microtablets can consist of a very wide range of materials and accordingly can be used for a very large variety of purposes. For example, they can be employed as catalysts in the petroleum and chemical industries, or as readily meterable starting materials or additives for solutions as used in a very wide variety of industrial processes, for example for finishing and dyeing textiles, tanning, impregnation, etc. However, the most important and very particularly preferred field of use is in the pharmaceutical sector. Their advantages are particularly utilized when they are provided with a retarding or gastric juice-resistant coating. Retardation can be effected by the matrix principle or, preferably, by means of a coating. The very particularly preferred novel microtablets provided with a coating resistant to gastric juice are those which contain pancreatin as the active compound.

Surprisingly, not only is it possible to produce microtablets having a diameter of less than 2.5 mm by pressing, but these microtablets furthermore possess unexpectedly good pressing characteristics, and the pressability of materials intended for pressing is, surprisingly, better in the case of such small tablets.

For example, it is possible to produce microtablets having a high content of substances which are difficult to press.

Paracetamol can be pressed, via PVP granules, to give mechanically stable microtablets containing 95% of active compound. These are so stable that they can be coated in a Wurster apparatus.

10 mm tablets prepared from the same granules by way of comparison cannot be coated since they undergo laminar cleavage under mechanical load.

This cannot be prevented by means of a higher compressive pressure, this resulting, on the contrary, in direct capping.

The mold release agent talc can likewise be pressed via PVP granules to give firm microtablets having a content of 95%. These microtablets, too, are so stable that they can be coated without difficulty in a Wurster apparatus.

10 mm tablets prepared from the same granules by way of comparison possess only little strength. When they are fluidized in the Wurster apparatus, the mechanical abrasion is sufficient to cause the tablets to lose their shape.

Pancreatin can be pressed to give tablets having a content of 99.5%.

If these granules are pressed using conventional round tools of 10 mm diameter, either capping is observed or the strength of the resulting tablets is insufficient to permit them to be further processed.

In the Examples, parts and percentages are by weight.

## EXAMPLE 1

Commercial coarse-particled ascorbic acid which met the requirements of the pharmacopeia was comminuted on a roll mill so that 1.2% remained on a sieve having a mesh size of 0.4 mm. The fraction below 50 μm was 7.5%

1,940 g of this milled vitamin C were mixed with 50 g of microcrystalline cellulose and 10 g of magnesium

Copy provided by USPTO from the PIRS Image Database on 08/14/2003

sterate in a 5 liter mixer. The mixture, having free-flow characteristics according to DIN 53916 which corresponded to cotangent $\psi$=1.45, was pressed on an eccentric press equipped with instrumentation and having precise punch control to give microtablets having a diameter of 1.5 mm and a height of 1.8 mm, the compressive force used being 0.9 kN. The radius of curvature was 1.0 mm.

The mean weight of 50 microtablets was 3.56 mg, the relative standard deviation being 2.9%. The microtablets met the pharmacopeia requirements in respect of weight uniformity for tablets.

After 300,000 microtablets had been prepared, the press tool still remained completely undamaged.

## EXAMPLE 2

The oversize was removed from commercial potassium chloride which met the pharmacopeia requirements by means of a 0.5 mm sieve. The fine fraction contained 2.7% of just having a size of less than 50 µm.

After 11,940 g of this potassium chloride fraction has been mixed with 60 g of magnesium stearate in a 50 liter mixer, the mixture had free-flow characteristics according to DIN 53916 which corresponded to cotangent $\psi$=1.49.

This material for pressing was converted to pellet-like microtablets having a diameter of 2.0 mm and a height of 2.0 mm on a 24-punch rotary press with sensitive monitoring of the compressive force and control of metering, and with a very precisely operating scraper, the compressive force used being 1.5 kN. The radius of curvature was 1.4 mm, the mean weight of 50 microtablets was 11.2 mg and the relative standard deviation was 1.8%.

The microtablets met the pharmacopeia requirements for weight uniformity for tablets. After the preparation of 100,000 microtablets, the press tool was still undamaged.

The potassium chloride microtablets were coated continuously in a fluidized-bed spray granulator with an ethanolic ethylcellulose solution whose concentration was 5.5% (w/w). The specific viscosity of the ethylcellulose was 10 mPas. The polymer solution contained 20%, based on the weight of the polymer, of dibutyl phthalate as a plasticizer.

Talc was suspended in this solution, as a filler, in an amount of 50% (w/w), based on the weight of the polymer. The total amount of coating material was 5% (w/w), based on the coated potassium chloride microtablets. The fluidized-bed coating procedure was controlled so that the product temperature was from 23° to 25° C.

Filling of the retarded potassium chloride microtablets produced in this manner into hard gelatine capsules could be carried out very easily and precisely in conventional apparatuses.

Potassium chloride release as determined by the paddle method according to U.S. pharmacopeia XX showed the following behavior:

| Time (h) | Amount liberated in % |
|---|---|
| 1 | 14 |
| 2 | 30 |
| 4 | 62 |
| 8 | 98 |

## COMPARATIVE EXPERIMENT

For comparison, potassium chloride pellets were prepared on a disk pelletizer, 4% (w/w) of hydroxypropylmethylcellulose being incorporated as a binder, and undersize particles smaller than 1.6 mm and oversize particles larger than 2.0 mm were separated off by means of a sieve. The useful fraction was retarded by a similar process, the total amount of coating material being 5.5% (w/w) based on the coated potassium chloride pellets.

Release of potassium chloride gave the following values:

| Time (h) | Amount liberated in % |
|---|---|
| 1 | 27 |
| 2 | 46 |
| 4 | 60 |
| 8 | 93 |

Comparison of the two products showed that the retarded potassium chloride microtablets used according to the invention approach ideal behavior, i.e. 0-order release, whereas the conventionally prepared potassium chloride exhibits substantial deviations.

## EXAMPLE 3

Pancreatin prepared by the extraction method was comminuted on a roll mill so that the fraction above 0.5 mm was 0.8%, and the dust fraction below 50 µm was 3.5%.

After 1,990 g of this pancreatin had been mixed with 10 g of magnesium stearate in a 5 liter laboratory mixer, the mixture had free-flow characteristics according to DIN 53916 which corresponded to cotangent $\psi$=1.35.

This material for pressing was converted to microtablets having a diameter of 2.25 mm and a height of 2.2 mm on an eccentric press equipped with instrumentation, and having precise punch control, the compressive force used being 2 kN. The radius of curvature was 1.7 mm. The mean weight of 50 microtablets was 8.5 mg and the relative standard deviation was 2.4%.

The microtablets met the pharmacopeia requirements in respect of weight uniformity for tablets.

The pancreatin microtablets were coated in a rotating perforated drum (Accela Cota 24" from Manesty, Liverpool having a drum with 0.3 mm perforations produced by laser beam) with a solution of hydroxypropylmethylcellulose phthalate in a 3:7 isopropanol/methylenechloride mixture with the aid of a two-material nozzle. The concentration of the solution was 7% (w/w). The total amount of the coating polymer was 14% (w/w), based on the coated pancreatin microtablets. 20% (w/w), based on the polymer material, of dibutyl phthalate was added to the polymer solution, as a plasticizer.

The coating procedure was controlled so that when the coating solution was metered at a rate of 40 ml/min, the product temperature remained at 24°-26° C.

The pancreatin microtablets resistant to gastric juice could be introduced into hard gelatine capsules very easily and precisely using conventional apparatuses.

The resistance to gastric juice was tested by the method described in Ph. Eur. Furthermore, the penetration of synthetic gastric acid into the pellets was determined by measuring the content of lipase after the acid

had been allowed to act for 2 hours, and comparing this content with the initial value.

In the microtablets resistant to gastric juice and produced according to the invention, no decrease in the lipase activity could be detected.

For comparison a commercial product containing pellets resistant to gastric juice was investigated. Although this product was resistant to gastric juice according to the pharmacopeia specification, the lipase activity was found to decrease by 60% after exposure to synthetic gastric acid for 2 hours. The amount of coating in this product was determined as 38% (w/w).

To compare the tabletting behavior, circular 10 mm tablets were prepared from the same material for pressing, containing 99.5% of pancreatin.

These tablets possess only a low breaking strength and exhibit high abrasion. An attempt to coat them in a Wurster apparatus had to be terminated because fragments and particles produced by abrasion did not permit useful coating to be carried out.

EXAMPLE 4

Finely powdered active carbon was granulated in an intensive mixer, together with starch paste, prepared by heating 10% of corn starch in water. The amount of starch paste was 15% (w/w). The moist granules were passed through a sieve of 1.6 mm mesh size, dried in a drying oven and then comminuted in a suitable mill so that the fraction above 0.5 mm was 2.8% and the dust fraction below 50 $\mu$m was 1.4%.

These granules were mixed with 3% of talc to give a mixture having free-flow characteristics according to DIN 53916 which corresponded to cotangent $\psi$=1.6.

This material for pressing was converted to microtablets having a diameter of 2.0 mm and a height of 2.5 mm on a 24-punch rotary press with sensitive monitoring of the compressive force and control of metering and with a precisely operated scraper, the compresive force used being 1.5 kN. The radius of curvature was 1.4 mm, the mean weight of 50 microtablets was 8.2 mg and the relative standard deviation was 2.5% the microtablets met the pharmacopeia requirements in respect of weight uniformity for tablets.

EXAMPLE 5

Coarse-particled propafenone was comminuted using a roll mill so that the fraction above 0.6 mm was 0.2% and the dust fraction below 50 $\mu$m was 0.9%.

When 1,600 g of this propafenone had been mixed with 250 g of microcrystalline cellulose, 100 g of lactose, 40 g of talc and 10 g of magnesium stearate in a 5 liter laboratory mixer, the resulting mixture had free-flow characteristics according to DIN 53916 which corresponded to cotangent $\psi$=1.5.

This material for pressing was converted to microtablets having a diameter of 2.1 mm and a height of 2.0 mm on an eccentric press equipped with instrumentation, and having precise punch control, the compressive force used being 1.5 kN. The radius of curvature as 1.5 mm. The mean weight of 50 microtablets was 7.0 mg and the relative standard deviation was 1.5%.

The propafenone microtablets were coated continuously, in a fluidized-bed spray granulator having a Wurster insert, with a 20% strength (w/w) aqueous solution of hydroxypropylmethylcellulose (specific viscosity 3 mPas). The total amount of the coating polymer was 5% based on the coated propafenone microtablets. The coating procedure was controlled so that the product temperature remained at 31°–34° C.

EXAMPLE 6

Iron(III) oxide powder for catalytic purposes was granulated with a 20% strength (w/w) aqueous solution of polyvinylpyrrolidone (specific viscosity K=25) in an intensive mixer. The moist granules were passed through a sieve of 2 mm mesh size, dried in a drying oven and then comminuted using a roll mill so that the fraction above 0.5 mm was 3.4% and the dust fraction below 50 $\mu$m was 5.8%. The amount of polyvinylpyrrolidone was 2% (w/w).

These granules were mixed with 2% of graphite to give a mixture having free-flow characteristics according to DIN 53916 which corresponded to cotangent $\psi$=1.4.

This material for pressing was converted to microtablets having a diameter of 2.25 mm and a height of 2.25 mm on an eccentric press equipped with instrumentation, and having precise punch control, the compressive forced used being 1.2 kN. The radius of curvature was 2.0 mm. The mean weight of 50 microtablets was 15.8 mg and the relative standard deviation was 3.5%. The catalyst microtablets could be fluidized in a fluidized bed without any noticeable mechanical abrasion.

We claim:

1. A cylindrical pharmaceutical microtablet consisting essentially of pancreatin, said microtablet having a convex upper face and convex lower face, wherein the cylinder diameter and the height independently of one another are each from 1.0 to 2.5 mm, the ratio from the said diameter to the said height being from 1:0.5 to 1:1.5, and the radius of curvature r of the convex upper and lower faces of the cylindrical microtablet is from 0.6 to 1.5 times the diameter of the cylinder.

2. The microtablet of claim 1 having a pancreatin content of 99.5%.

* * * * *

Copy provided by USPTO from the PIRS Image Database on 02/14/2008

# EXHIBIT I

# Handbook of PHARMACEUTICAL EXCIPIENTS

## Second Edition

*Edited by*

Ainley Wade and Paul J Weller

American Pharmaceutical Association
Washington

1994

The Pharmaceutical Press
London

© Copyright 1986, 1994 by the American Pharmaceutical Association, 2215 Constitution Avenue NW, Washington, DC 20037-2985, USA, and The Pharmaceutical Press, Royal Pharmaceutical Society of Great Britain, 1 Lambeth High Street, London, SE1 7JN, England.

A catalogue record for this book is available from the British Library.

Library of Congress Catalog Card Number: 94-79492.

International Standard Book Number (ISBN) in the UK: 0 85369 305 6
International Standard Book Number (ISBN) in the USA: 0 91730 66 8

No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage or retrieval system, without prior written permission from the joint publishers.

Typeset and printed at Alden Press Limited, Oxford and Northampton, Great Britain

# Ethylcellulose

## 1. Nonproprietary Names

BP: Ethylcellulose
PhEur: Ethylcellulosum
USPNF: Ethylcellulose

## 2. Synonyms

*Aquacoat*; E462; *Ethocel*; *Surelease*.

## 3. Chemical Names and CAS Registry Number

Cellulose ethyl ether [9004-57-3]

## 4. Empirical Formula Molecular Weight

Ethylcellulose is an ethyl ether of cellulose, a long-chain polymer consisting of anhydroglucose units joined together by acetal linkages. Each anhydroglucose unit has three replaceable hydroxyl groups which are substituted to the extent of 2.25-2.60 ethoxyl groups $(OC_2H_5)$ per unit, equivalent to an ethoxyl content of 44-51%.

## 5. Structural Formula

$CH_2OC_2H_5$ ... $OC_2H_5$ ... $OC_2H_5$ (repeating anhydroglucose unit, n)

Structure shown with complete ethoxyl substitution. *See also* Section 4.

## 6. Functional Category

Coating agent; tablet binder; viscosity-increasing agent.

## 7. Applications in Pharmaceutical Formulation or Technology

Ethylcellulose is widely used in oral and topical pharmaceutical formulations.

The main use of ethylcellulose in oral formulations is as a hydrophobic coating agent for tablets and granules.[1-5] Ethylcellulose coatings are used to modify the release of a drug,[5] to mask an unpleasant taste, or to improve the stability of a formulation, e.g. ethylcellulose dissolved in propan-2-ol is used to coat ascorbic acid granules to prevent oxidation. Modified release tablet formulations may also be produced using ethylcellulose as a matrix former.[6]

Ethylcellulose, dissolved in an organic solvent, or solvent mixture, can be used on its own to produce water-insoluble films. Higher viscosity ethylcellulose grades tend to produce stronger, tougher films. Ethylcellulose films may be modified, to alter their solubility, by the addition of hydroxypropylmethylcellulose[7] or a plasticizer, *see* Section 19. An aqueous polymer dispersion (or latex) of ethylcellulose such as *Aquacoat* (FMC Corporation) may also be used to produce ethylcellulose films without the need for organic solvents. With coats of hydrated ethylcellulose, drug release is via diffusion. This can be a slow process unless a large surface area is utilized and aqueous ethylcellulose dispersions tend therefore to be used to coat granules.[8,9]

Ethylcellulose is also widely used in drug microencapsulation,[10-14] high viscosity grades usually being used. Release of a drug from an ethylcellulose microcapsule is a function of the microcapsule wall thickness.[12]

In tablet formulations, ethylcellulose may additionally be employed as a binder, the ethylcellulose being blended dry or wet-granulated with a solvent such as ethanol (95%). Ethylcellulose produces hard tablets, with low friability; they may however demonstrate poor dissolution.

In topical formulations, ethylcellulose is used as a thickening agent in creams, lotions or gels, provided an appropriate solvent is used.

Ethylcellulose is additionally used in cosmetics and food products.

| Use | Concentration (%) |
|---|---|
| Microencapsulation | 10.0-20.0 |
| Sustained release tablet coating | 3.0-10.0 |
| Tablet coating | 1.0-3.0 |
| Tablet granulation | 1.0-3.0 |

## 8. Description

Ethylcellulose is a tasteless, free-flowing, white to light tan colored powder.

SEM: 1
Excipient: Ethylcellulose
Manufacturer: Hercules Ltd
Lot No.: 57911
Magnification: 60x
Voltage: 10 kV

**SEM: 2**
Excipient: Ethylcellulose
Manufacturer: Hercules Ltd
Lot No.: 57911
Magnification: 600x
Voltage: 10 kV

**SEM: 3**
Excipient: Ethylcellulose (*Ethocel*)
Manufacturer: Dow Chemical Company
Lot No.: 103051
Magnification: 60x
Voltage: 10 kV

**SEM: 4**
Excipient: Ethylcellulose (*Ethocel*)
Manufacturer: Dow Chemical Company
Lot No.: 103051
Magnification: 600x
Voltage: 10 kV

## 9. Pharmacopeial Specifications

| Test | PhEur 1993 | USPNF XVII |
|---|---|---|
| Identification | + | + |
| pH (2% w/w suspension) | 5.0-7.5 | — |
| Viscosity | + | + |
| Loss on drying | ≤ 3.0% | ≤ 3.0% |
| Residue on ignition | — | ≤ 0.4% |
| Sulfated ash | ≤ 0.5% | — |
| Arsenic | — | ≤ 3 ppm |
| Lead | — | ≤ 10 ppm |
| Heavy metals | ≤ 20 ppm | ≤ 40 ppm |
| Acetaldehyde | ≤ 100 ppm | — |
| Chlorides | ≤ 0.05% | — |
| Assay (of ethoxyl groups) | — | 44.0-51.0% |

## 10. Typical Properties

*Density (bulk)*: 0.4 g/cm$^3$
*Glass transition temperature*: 130-133°C[3]
*Hygroscopicity*: ethylcellulose absorbs very little water at high relative humidities or during immersion; any absorbed water evaporates readily.[15] *See also* HPE Data.
*Solubility*: practically insoluble in glycerin, propylene glycol and water. Ethylcellulose that contains less than 46.5% of ethoxyl groups is freely soluble in chloroform, methyl acetate, tetrahydrofuran, and in mixtures of aromatic hydrocarbons with ethanol (95%). Ethylcellulose that contains not less than 46.5% of ethoxyl groups is freely soluble in chloroform, ethanol (95%), ethyl acetate, methanol and toluene.
*Specific gravity*: 1.12-1.15
*Viscosity*: various grades of ethylcellulose are commercially available which differ in their ethoxyl content and degree of polymerization. They may be used to produce 5% w/v

solutions, in organic solvents, with viscosities of 6-110 mPa s (6-110 cP), *see also* Section 19. Specific ethylcellulose grades, or blends of different grades, may be used to obtain solutions of a desired viscosity. Solutions of higher viscosity tend to be composed of longer polymer chains and produce stronger, tougher films. The viscosity of solutions increases with an increase in concentration of ethylcellulose, e.g. the viscosity at 25°C of a 5% w/v solution of *Ethocel* in an 80/20 toluene/ethanol solvent blend is 4 mPa s (4 cP), whilst a 25% w/v solution in the same solvent mixture has a viscosity of 850 mPa s (850 cP). Solutions with a lower viscosity may be obtained by incorporating a higher percentage (up to 35%) of a low molecular weight aliphatic alcohol, such as methanol or ethanol, in a solvent mixture. The viscosity of such solutions depends almost entirely on the alcohol content and is independent of the other aromatic solvent.

| | HPE Laboratory Project Data | | |
|---|---|---|---|
| | **Method** | **Lab #** | **Results** |
| Average flow rate | FLO-3 | 24 | 1.66 g/s [b] |
| Moisture content | MC-29 | 23 | 1.853% [a] |
| | MC-20 | 15 | 0.700% [a] |
| | MC-29 | 23 | 1.020% [b] |
| | EMC-1 | 15 | *See* Fig. 1. [a] |
| Particle friability | PF-1 | 36 | 0.068% [b] |
| Particle size | PSD-6 | 23 | *See* Fig. 2. [a] |
| | PSD-6 | 23 | *See* Fig. 3. [b] |
| Solubility | SOL-6 | 23 | |
| Ethanol (95%) at 25°C | | | 53 mg/mL [a] |
| Ethanol (95%) at 25°C | | | 15 mg/mL [b] |
| Ethanol (95%) at 37°C | | | 66 mg/mL [a] |
| Ethanol (95%) at 37°C | | | 25 mg/mL [b] |
| Hexane at 25°C | | | < 2 mg/mL [a] |
| Hexane at 25°C | | | < 2 mg/mL [b] |
| Hexane at 37°C | | | < 6 mg/mL [a] |
| Hexane at 37°C | | | < 6 mg/mL [b] |
| Propylene glycol at 25°C | | | 25 mg/mL [a] |
| Propylene glycol at 25°C | | | 25 mg/mL [b] |
| Propylene glycol at 37°C | | | 25 mg/mL [a] |
| Propylene glycol at 37°C | | | 25 mg/mL [b] |
| Water at 25°C | | | < 1 mg/mL [a] |
| Water at 25°C | | | 10 mg/mL [b] |
| Water at 37°C | | | < 1 mg/mL [a] |
| Water at 37°C | | | 10 mg/mL [b] |

Supplier: a. Hercules Ltd (Lot No.: 58587); b. Dow Chemical Company.

## 11. Stability and Storage Conditions

Ethylcellulose is a stable, slightly hygroscopic material. It is chemically resistant to alkalis, both dilute and concentrated, and to salt solutions, although it is more sensitive to acidic materials than cellulose esters.

Ethylcellulose is subject to oxidative degradation in the presence of sunlight or UV light at elevated temperatures. This may be prevented by the use of an antioxidant and a compound with light absorption properties between 230-340 nm.

The bulk material should be stored in a dry place, in a well-closed container at a temperature between 7-32°C.

## 12. Incompatibilities

Incompatible with paraffin wax and microcrystalline wax.

**Fig. 1: Equilibrium moisture content of ethylcellulose.**[15]

**Fig. 2: Particle size distribution of ethylcellulose.**

## 13. Method of Manufacture

Ethylcellulose is prepared from wood pulp by treatment with alkali followed by ethylation of the alkali cellulose with chloroethane.

## 14. Safety

Ethylcellulose is widely used in oral and topical pharmaceutical formulations. It is also used in food products.

Ethylcellulose is not metabolized following oral consumption and is therefore a noncaloric substance. It is generally regarded as a nontoxic, nonallergenic and nonirritant material. Since ethylcellulose is not metabolized it is not recommended for use in parenteral products; parenteral use may be harmful to the kidneys.



**Fig. 3: Particle size distribution of ethylcellulose (*Ethocel*).**

The WHO has not specified an acceptable daily intake of ethylcellulose since the level of use in foods was not considered to be a hazard to health.[16]

## 15. Handling Precautions

Observe normal precautions appropriate to the circumstances and quantity of material handled. Dust may be irritant to the eyes and eye protection should therefore be worn. Excessive dust generation should be avoided to minimize the risk of explosions. Ethylcellulose is combustible.

## 16. Regulatory Status

GRAS listed. Accepted for use as a food additive in Europe. Included in the FDA Inactive Ingredients Guide (oral capsules, suspensions and tablets; topical emulsions and vaginal preparations). Included in nonparenteral medicines licensed in the UK.

## 17. Pharmacopeias

Br, Eur, Mex and USPNF.

## 18. Related Substances

Methylcellulose.

## 19. Comments

Ethylcellulose is compatible with the following plasticizers: dibutyl phthalate; diethyl phthalate; dimethyl phthalate; benzyl benzoate; butyl and glycol esters of fatty acids; refined mineral oils; oleic acid; stearic acid; cetyl alcohol; stearyl alcohol; castor oil; corn oil; camphor and numerous other materials.

Various grades of ethylcellulose are commercially available which differ in their ethoxyl content and physical properties, see Table I.

**Table I: Comparison of different grades of ethylcellulose.**

| Grade | Viscosity (mPa s)* | Mean particle diameter (μm) |
|---|---|---|
| *Aqualon N7* | 5.3 | 160 (a) |
| *Aqualon N10* | 5.5 | 225 (a) |
| *Aqualon N100* | 80.0 | 194 (a) |
| *Ethocel Std 4* | 5.4 | 204 (b) |
| *Ethocel Std 7* | 6.4 | 210 (b) |
| *Ethocel Std 10* | 10.6 | 212 (b) |
| *Ethocel Std 20* | 19.3 | 243 (b) |
| *Ethocel Std 45* | 47.6 | 305 (b) |
| *Ethocel Std 100* | 95.9 | 280 (b) |
| *Ethocel Med 50* | 55.0 | 262 (b) |
| *Ethocel Med 70* | 66.9 | 280 (b) |
| *Ethocel Med 100* | 98.6 | 286 (b) |

* Viscosities are for a 5% w/v solution at 25°C. Solvent is the supplier's recommended blend of toluene/ethanol.
Supplier: a. Aqualon Company; b. Dow Chemical Company.

## 20. Specific References

1. Donbrow M, Friedman M. Timed release from polymeric films containing drugs and kinetics of drug release. J Pharm Sci 1975; 64: 76-80.
2. Kent DJ, Rowe RC. Solubility studies on ethyl cellulose used in film coating. J Pharm Pharmacol 1978; 30: 808-810.
3. Sakellariou P, Rowe RC, White EFT. The thermomechanical properties and glass transition temperatures of some cellulose derivatives used in film coating. Int J Pharmaceutics 1985; 27: 267-277.
4. Sarisuta N, Sirithunyalug J. Release rate of indomethacin from coated granules. Drug Dev Ind Pharm 1988; 14: 683-687.
5. Porter SC. Controlled-release film coatings based on ethylcellulose. Drug Dev Ind Pharm 1989; 15: 1495-1521.
6. Upadrashta SM, Katikaneni PR, Hileman GA, Keshary PR. Direct compression controlled release tablets using ethylcellulose matrices. Drug Dev Ind Pharm 1993; 19: 449-460.
7. Rowe RC. The prediction of compatibility/incompatibility in blends of ethyl cellulose with hydroxypropyl methylcellulose or hydroxypropyl cellulose using 2-dimensional solubility parameter maps. J Pharm Pharmacol 1986; 38: 214-215.
8. Appel LE, Zentner GM. Release from osmotic tablets coated with modified Aquacoat lattices. Proceed Intern Symp Control Rel Bioact Mater 1990; 17: 335-336.
9. Parikh NH, Porter SC, Rohera BD. Aqueous dispersion of ethylcellulose I: evaluation of coating process variables. Pharm Res 1993; 10: 525-534.
10. Jalsenjak I, Nicolaidou CF, Nixon JR. The *in vitro* dissolution of phenobarbitone sodium from ethyl cellulose microcapsules. J Pharm Pharmacol 1976; 28: 912-914.
11. Oya Alpar H, Walters V. The prolongation of the in vitro dissolution of a soluble drug (phenethicillin potassium) by microencapsulation with ethylcellulose. J Pharm Pharmacol 1981; 33: 419-422.
12. Benita S, Donbrow M. Effect of polyisobutylene on ethylcellulose-walled microcapsules: wall structure and thickness of salicylamide and theophylline microcapsules. J Pharm Sci 1982; 71: 205-210.
13. Robinson DH. Ethyl cellulose-solvent phase relationships relevant to coacervation microencapsulation processes. Drug Dev Ind Pharm 1989; 15: 2597-2620.
14. Tirkkonen S, Paronen P. Enhancement of drug release from ethylcellulose microcapsules using solid sodium chloride in the wall. Int J Pharmaceutics 1992; 88: 39-51.

15. Callahan JC, Cleary GW, Elefant M, Kaplan G, Kensler T, Nash RA. Equilibrium moisture content of pharmaceutical excipients. Drug Dev Ind Pharm 1982; 8: 355-369.
16. FAO/WHO. Evaluation of certain food additives and contaminants: thirty-fifth report of the joint FAO/WHO expert committee on food additives. Tech Rep Ser Wld Hlth Org 1990; No. 789.

## 21. General References

Aqualon Company. Technical literature: ethylcellulose, 1989.
Dow Chemical Company. Technical literature: Ethocel, ethylcellulose in pharmaceutical applications, 1991.
Doelker E. Cellulose derivatives. Adv Polymer Sci 1993; 107: 199-265.

Iyer U, Hong W-H, Das N, Ghebre-Sellassie I. Comparative evaluation of three organic solvent and dispersion-based ethylcellulose coating formulations. Pharmaceut Technol 1990; 14(9): 68, 70, 72, 74, 76, 78, 80, 82, 84, 86.
Rowe RC. Molecular weight studies on ethyl cellulose used in film coating. Acta Pharm Suec 1982; 19: 157-160.
Rowe RC. Materials used in the film coating of oral dosage forms. In: Florence AT, editor. Critical reports on applied chemistry, volume 6: materials used in pharmaceutical formulation. Oxford: Blackwell Scientific Publications, 1984: 1-36.

## 22. Authors

USA: TC Dahl.

# Hydroxypropyl Methylcellulose

## 1. Nonproprietary Names

BP: Hypromellose
PhEur: Methylhydroxypropylcellulosum
USP: Hydroxypropyl methylcellulose

## 2. Synonyms

Cellulose, hydroxypropyl methyl ether; *Culminal MHPC*; E464; HPMC; *Methocel*; methylcellulose propylene glycol ether; methyl hydroxypropylcellulose; *Metolose*; *Pharmacoat*.

## 3. Chemical Name and CAS Registry Number

Cellulose, 2-Hydroxypropyl methyl ether
[9004-65-3]

## 4. Empirical Formula Molecular Weight

The PhEur 1992 describes hydroxypropyl methylcellulose as a partly *O*-methylated and *O*-(2-hydroxypropylated) cellulose. It is available in several grades which vary in viscosity and extent of substitution. Grades may be distinguished by appending a number indicative of the apparent viscosity, in mPa s, of a 2% w/w aqueous solution at 20°C. Hydroxypropyl methylcellulose defined in the USP XXII specifies the substitution type by appending a four digit number to the nonproprietary name, e.g. hydroxypropyl methylcellulose [illegible]. The first two digits refer to the approximate percentage [illegible]nt of the methoxy group ($OCH_3$). The second two digits refer to the approximate percentage content of the hydroxypropoxy group ($OCH_2CHOHCH_3$), calculated on a dried basis. Molecular weight is approximately 10 000-1 500 000.

## 5. Structural Formula

CH₂OR, OR, O, O, OR, OR, O, O, OR, CH₂OR, n

Where R is H, $CH_3$ or $[CH_3CH(OH)CH_2]$.

## 6. Functional Category

Coating agent; film-former; stabilizing agent; suspending agent; tablet binder; viscosity-increasing agent.

## 7. Applications in Pharmaceutical Formulation or Technology

Hydroxypropyl methylcellulose is widely used in oral and [illegible]cal pharmaceutical formulations.

In oral products, hydroxypropyl methylcellulose is primarily used as a tablet binder,[1] in film-coating[2-7] and as an extended release tablet matrix.[8-12] Concentrations of between 2-5% w/w may be used as a binder in either wet or dry granulation processes. High viscosity grades may be used to retard the release of water-soluble drugs from a matrix.

Depending upon the viscosity grade, concentrations between 2-10% w/w are used as film-forming solutions to film-coat tablets. Lower viscosity grades are used in aqueous film-coating solutions while higher viscosity grades are used with organic solvents.

Hydroxypropyl methylcellulose is also used as a suspending and thickening agent in topical formulations, particularly ophthalmic preparations. Compared with methylcellulose, hydroxypropyl methylcellulose produces solutions of greater clarity, with fewer undispersed fibres present, and is therefore preferred in formulations for ophthalmic use. Concentrations of between 0.45-1.0% w/w may be added as a thickening agent to vehicles for eye-drops and artificial tear solutions.

Hydroxypropyl methylcellulose is also used as an emulsifier, suspending agent and stabilizing agent in topical gels and ointments. As a protective colloid, it can prevent droplets and particles from coalescing or agglomerating, thus inhibiting the formation of sediments.

In addition, hydroxypropyl methylcellulose is used as an adhesive in plastic bandages and as a wetting agent for hard contact lenses. It is also widely used in cosmetics and food products.

## 8. Description

Hydroxypropyl methylcellulose is an odorless and tasteless, white or creamy-white colored fibrous or granular powder.

## 9. Pharmacopeial Specifications

| Test | PhEur 1992 | USP XXII (Suppl 2) |
|---|---|---|
| Identification | + | + |
| Appearance of solution | + | — |
| pH (1% w/w solution) | 5.5-8.0 | — |
| Apparent viscosity | + | + |
| Loss on drying | ≤ 10.0% | ≤ 5.0% |
| Residue on ignition | | |
| for viscosity grade > 50 mPa s | — | ≤ 1.5% |
| for viscosity grade ≤ 50 mPa s | — | ≤ 3.0% |
| for type 1828 of all viscosities | — | ≤ 5.0% |
| Sulfated ash | ≤ 1.0% | — |
| Arsenic | — | ≤ 3 ppm |
| Chlorides | ≤ 0.5% | — |
| Heavy metals | ≤ 20 ppm | ≤ 0.001% |
| Methoxy content | | |
| Type 1828 | — | 16.5-20.0% |
| Type 2208 | — | 19.0-24.0% |
| Type 2906 | — | 27.0-30.0% |
| Type 2910 | — | 28.0-30.0% |
| Hydroxypropoxy content | | |
| Type 1828 | — | 23.0-32.0% |
| Type 2208 | — | 4.0-12.0% |
| Type 2906 | — | 4.0-7.5% |
| Type 2910 | — | 7.0-12.0% |

## 10. Typical Properties

*Acidity/alkalinity*:
pH = 5.5-8.0 for a 1% w/w aqueous solution.

**SEM: 1**
Excipient: Hydroxypropyl methylcellulose
Manufacturer: Shin-Etsu Chemical Co Ltd
Lot No.: 83214
Magnification: 60x
Voltage: 10kV

**SEM: 2**
Excipient: Hydroxypropyl methylcellulose
Manufacturer: Shin-Etsu Chemical Co Ltd
Lot No.: 83214
Magnification: 600x
Voltage: 10kV

*Ash*: 1.5-3.0%, depending upon the grade.
*Autoignition temperature*: 360°C
*Density (tapped)*: 0.50-0.70 g/cm$^3$ for *Pharmacoat.*
*Melting point*: browns at 190-200°C; chars at 225-230°C. Glass transition temperature is 170-180°C.
*Moisture content*: hydroxypropyl methylcellulose absorbs moisture from the atmosphere, the amount of water absorbed depending upon the initial moisture content and the temperature and relative humidity of the surrounding air. *See also* HPE Data.
*Solubility*: soluble in cold water, forming a viscous colloidal solution; practically insoluble in chloroform, ethanol (95%) and ether, but soluble in mixtures of ethanol and dichloromethane, and mixtures of methanol and dichloromethane. Certain grades of hydroxypropyl methylcellulose are soluble in aqueous acetone solutions, mixtures of dichloromethane and propan-2-ol, and other organic solvents. *See also* Section 11.
*Specific gravity*: 1.26
*Viscosity (dynamic)*: a wide range of viscosity types are commercially available. Aqueous solutions are most commonly prepared although hydroxypropyl methylcellulose may also be dissolved in aqueous alcohols such as ethanol and propan-2-ol provided the alcohol content is less than 50% w/w. Dichloromethane and ethanol mixtures may also be used to prepare viscous hydroxypropyl methylcellulose solutions. Solutions prepared using organic solvents tend to be more viscous; increasing concentration also produces more viscous solutions, *see* Table I.

To prepare an aqueous solution, it is recommended that hydroxypropyl methylcellulose is dispersed and thoroughly hydrated in about 20-30% of the required amount of water. The water should be vigorously stirred and heated to 80-90°C then the remaining hydroxypropyl methylcellulose added. Cold water should then be added to produce the required volume.

When a water-miscible organic solvent such as ethanol, glycol, or mixtures of ethanol and dichloromethane is used, the hydroxypropyl methylcellulose should first be dispersed into the organic solvent, at a ratio of 5-8 parts of solvent to 1 part of hydroxypropyl methylcellulose. Cold water is then added to produce the required volume.

**Table I: Dynamic viscosity (mPa s) of *Pharmacoat 603* (Shin-Etsu Chemical Co Ltd) solutions in various solvents at 20°C.**

| Solvent | Viscosity (mPa s) at 20°C Concentration (% w/w) | | | |
|---|---|---|---|---|
| | 2 | 6 | 10 | 14 |
| Dichloromethane: ethanol (50:50) | 4 | 28 | 150 | 580 |
| Ethanol: water (50:50) | 8 | 32 | 120 | 350 |
| Water | 3 | 15 | 45 | 100 |

| HPE Laboratory Project Data | | | |
|---|---|---|---|
| | Method | Lab # | Results |
| Moisture content | MC-20 | 15 | 2.10% [a] |
| Moisture content | MC-20 | 15 | 3.10% [b] |
| Moisture content | EMC-1 | 15 | *See* Fig. 1. [a] |

Supplier: a. Dow Chemical Company; b. Aqualon.

## 11. Stability and Storage Conditions

Hydroxypropyl methylcellulose powder is a stable material although it is hygroscopic after drying.



**Fig. 1: Equilibrium moisture content of hydroxypropyl methylcellulose, *Methocel E15* (Dow Chemical Company, Lot No.: QP0502-801-E).**

Solutions are stable between pH 3-11. Increasing temperature reduces the viscosity of solutions. Hydroxypropyl methylcellulose undergoes a reversible sol to gel transformation upon heating and cooling respectively. The gel point is 50-90°C, depending upon the grade of material.

Aqueous solutions are comparatively enzyme-resistant; providing good viscosity stability during long-term storage.[13] However, aqueous solutions are liable to microbial spoilage and should be preserved with an antimicrobial preservative. When used as a viscosity-increasing agent in ophthalmic solutions, benzalkonium chloride is commonly used for this purpose. Aqueous solutions may also be sterilized by autoclaving; the coagulated polymer must be redispersed on cooling by shaking.

Hydroxypropyl methylcellulose powder should be stored in a well-closed container, in a cool, dry, place.

## 12. Incompatibilities

Hydroxypropyl methylcellulose is incompatible with some oxidizing agents. Since it is nonionic, hydroxypropyl methylcellulose will not complex with metallic salts and ionic organics to form insoluble precipitates.

## 13. Method of Manufacture

A purified form of cellulose, obtained from cotton waste or wood pulp, is reacted with sodium hydroxide solution to produce a swollen alkali cellulose which is chemically more reactive than untreated cellulose. The alkali cellulose is then treated with chloromethane and propylene oxide to produce methylhydroxypropyl ethers of cellulose. The fibrous reaction product is then purified and ground to a fine, uniform powder or granules.

## 14. Safety

Hydroxypropyl methylcellulose is widely used as an excipient in oral and topical pharmaceutical formulations. It is also used extensively in cosmetics and food products.

Hydroxypropyl methylcellulose is generally regarded as a nontoxic and nonirritant material although excessive oral consumption may have a laxative effect.[14] The WHO has not specified an acceptable daily intake for hydroxypropyl methylcellulose since the levels consumed were not considered to represent a hazard to health.[15]

$LD_{50}$ (mouse, IP): 5 g/kg[16]
$LD_{50}$ (rat, IP): 5.2 g/kg

## 15. Handling Precautions

Observe normal precautions appropriate to the circumstances and quantity of material handled. Hydroxypropyl methylcellulose dust may be irritant to the eyes and eye protection is recommended. Excessive dust generation should be avoided to minimize the risks of explosions. Hydroxypropyl methylcellulose is combustible.

## 16. Regulatory Status

GRAS listed. Accepted as a food additive in Europe. Included in the FDA Inactive Ingredients Guide (ophthalmic preparations, oral capsules, suspensions, syrups and tablets, topical and vaginal preparations). Included in nonparenteral medicines licensed in the UK.

## 17. Pharmacopeias

Br, Eur, Fr, Gr, It, Jpn, Neth, Port, Swiss and US.

## 18. Related Substances

Hydroxyethyl Cellulose; Hydroxypropyl Cellulose; Hydroxypropyl Methylcellulose Phthalate.

## 19. Comments

Powdered or granular, surface-treated grades of hydroxypropyl methylcellulose are also available which are dispersible in cold water. The dissolution rate of these materials can be controlled by a shift in pH and they are thus useful for slow-release or enteric coated formulations.

## 20. Specific References

1. Chowhan ZT. Role of binders in moisture-induced hardness increase in compressed tablets and its effect on *in vitro* disintegration and dissolution. J Pharm Sci 1980; 69: 1-4.
2. Rowe RC. The adhesion of film coatings to tablet surfaces - the effect of some direct compression excipients and lubricants. J Pharm Pharmacol 1977; 29: 723-726.
3. Rowe RC. The molecular weight and molecular weight distribution of hydroxypropyl methylcellulose used in the film coating of tablets. J Pharm Pharmacol 1980; 32: 116-119.
4. Banker G, Peck G, Jan S, Pirakitikulr P. Evaluation of hydroxypropyl cellulose and hydroxypropyl methyl cellulose as aqueous based film coatings. Drug Dev Ind Pharm 1981; 7: 693-716.
5. Okhamafe AO, York P. Moisture permeation mechanism of some aqueous-based film coats. J Pharm Pharmacol 1982; 34(Suppl): 53P.
6. Alderman DA, Schulz GJ. Method of making a granular, cold water dispersible coating composition for tablets. US Patent 4816298, 1989.
7. Patell MK. Taste masking pharmaceutical agents. US Patent 4916161, 1990.
8. Hardy JG, Kennerley JW, Taylor MJ, Wilson CG, Davis SS. Release rates from sustained-release buccal tablets in man. J Pharm Pharmacol 1982; 34(Suppl): 91P.

Case 1:05-cv-00774-JJF Document 209-4 Filed 03/19/2008 Page 12 of 29

9. Hogan JE. Hydroxypropylmethylcellulose sustained release technology. Drug Dev Ind Pharm 1989; 15: 975-999.
10. Shah AC, Britten NJ, Olanoff LS, Badalamenti JN. Gel-matrix systems exhibiting bimodal controlled release for oral delivery. J Controlled Release 1989; 9: 169-175.
11. Wilson HC, Cuff GW. Sustained release of isomazole from matrix tablets administered to dogs. J Pharm Sci 1989; 78: 582-584.
12. Dahl TC, Calderwood T, Bormeth A, Trimble K, Piepmeier E. Influence of physicochemical properties of hydroxypropyl methylcellulose on naproxen release from sustained release matrix tablets. J Controlled Release 1990; 14: 1-10.
13. Banker G, Peck G, Williams E, Taylor D, Pirakitikulr P. Microbiological considerations of polymer solutions used in aqueous film coating. Drug Dev Ind Pharm 1982; 8: 41-51.
14. Final report on the safety assessment of hydroxyethylcellulose, hydroxypropylcellulose, methylcellulose, hydroxypropyl methylcellulose and cellulose gum. J Am Coll Toxicol 1986; 5(3): 1-60.
15. FAO/WHO. Evaluation of certain food additives and contaminants: thirty-fifth report of the joint FAO/WHO expert committee on food additives. Tech Rep Ser Wld Hlth Org 1990; No. 789.
16. Sweet DV, editor. Registry of toxic effects of chemical substances. Cincinnati: US Department of Health, 1987.

## 21. General References

Dow Chemical Company. Technical literature: *Methocel*, 1993.

Doelker E. Cellulose derivatives. Adv Polymer Sci 1993; 107: 199-265.

Malamataris S, Karidas T, Goidas P. Effect of particle size and sorbed moisture on the compression behavior of some hydroxypropyl methylcellulose (HPMC) polymers. Int J Pharmaceutics 1994; 103: 205-215.

Papadimitriou E, Buckton G, Efentakis M. Probing the mechanisms of swelling of hydroxypropylmethylcellulose matrices. Int J Pharmaceutics 1993; 98: 57-62.

Parab PV, Nayak MP, Ritschel WA. Influence of hydroxypropyl methylcellulose and of manufacturing technique on *in vitro* performance of selected antacids. Drug Dev Ind Pharm 1985; 11: 169-185.

Radebaugh GW, Murtha JL, Julian TN, Bondi JN. Methods for evaluating the puncture and shear properties of pharmaceutical polymeric films. Int J Pharmaceutics 1988; 45: 39-46.

Rowe RC. Materials used in the film coating of oral dosage forms. In: Florence AT, editor. Critical reports on applied chemistry, volume 6: materials used in pharmaceutical formulation. Oxford: Blackwell Scientific Publications, 1984: 1-36.

Sebert P, Andrianoff N, Rollet M. Effect of gamma irradiation on hydroxypropylmethylcellulose powders: consequences on physical, rheological and pharmacotechnical properties. Int J Pharmaceutics 1993; 99: 37-42.

Shin-Etsu Chemical Co Ltd. Technical literature: *Metolose*, 1977.

Shin-Etsu Chemical Co Ltd. Technical literature: *Pharmacoat* hydroxypropyl methylcellulose, 1990.

Wan LSC, Heng PWS, Wong LF. The effect of hydroxypropylmethylcellulose on water penetration into a matrix system. Int J Pharmaceutics 1991; 73: 111-116.

## 22. Authors

USA: RJ Harwood, JL Johnson.

# Magnesium Stearate

## 1. Nonproprietary Names

BP: Magnesium stearate
PhEur: Magnesii stearas
USPNF: Magnesium stearate

## 2. Synonyms

E572; *HyQual*; magnesium octadecanoate; stearic acid magnesium salt.

## 3. Chemical Name and CAS Registry Number

Octadecanoic acid magnesium salt [557-04-0]

## 4. Empirical Formula / Molecular Weight

$C_{36}H_{70}MgO_4$ — 591.27 (for pure material)

The USPNF XVII describes magnesium stearate as a compound of magnesium with a mixture of solid organic acids obtained from fats and consists chiefly of variable proportions of magnesium stearate and magnesium palmitate ($C_{32}H_{62}MgO_4$). The BP 1993 and PhEur 1983 describe magnesium stearate as consisting mainly of magnesium stearate with variable proportions of magnesium palmitate and magnesium oleate ($C_{36}H_{66}MgO_4$).

## 5. Structural Formula

$[CH_3(CH_2)_{16}COO]_2Mg$

## 6. Functional Category

Tablet and capsule lubricant.

## 7. Applications in Pharmaceutical Formulation or Technology

Magnesium stearate is widely used in cosmetics, foods and pharmaceutical formulations. It is primarily used as a lubricant in capsule and tablet manufacture at concentrations between 0.25-5.0%.

## 8. Description

Magnesium stearate is a fine, white, precipitated or milled, impalpable powder of low bulk density, having a faint, characteristic odor and taste. The powder is greasy to the touch and readily adheres to the skin.

## 9. Pharmacopeial Specifications

| Test | PhEur 1983 | USPNF XVII (Suppl 9) |
|---|---|---|
| Identification | + | + |
| Microbial limits | — | + |
| Acidity or alkalinity | + | — |
| Color of solution | + | — |
| Acid value of the fatty acids | 195-210 | — |
| Clarity and color of solution of the fatty acids | + | — |
| Loss on drying | ≤ 6.0% | ≤ 4.0% |
| Heavy metals | ≤ 20 ppm | — |
| Lead | — | ≤ 0.001% |
| Organic volatile impurities | — | + |
| Chloride | ≤ 250 ppm | — |
| Sulfate | ≤ 0.5% | — |
| Assay (dried basis, as Mg) | 3.8-5.0% | — |
| Assay (as MgO) | — | 6.8-8.3% |

SEM: 1
Excipient: Magnesium stearate
Magnification: 600x

SEM: 2
Excipient: Magnesium stearate
Magnification: 2400x

## 10. Typical Properties

*Compressibility: see* HPE Data.
*Density:* 1.03-1.08 g/cm³, *see also* HPE Data.
*...ty (tapped):* 0.30 g/cm³, *see also* HPE Data.
*...point:* 250°C
*Flowability:* poorly flowing, cohesive powder.
*Melting point:* 88.5°C
*Moisture content: see* HPE Data.
*Polymorphism:* a trihydrate, acicular form and a dihydrate, lamellar form have been isolated, with the latter possessing the better lubricating properties.
*Solubility:* practically insoluble in ethanol, ethanol (95%), ether and water; slightly soluble in warm benzene and warm ethanol (95%). *See also* HPE Data.
*Specific surface area:* 2.45-16.0 m²/g.

| HPE Laboratory Data | Method | Lab # | Results |
|---|---|---|---|
| Compressibility | | | |
| at 63.5-235 MPa | COM-1 | 21 | No compacts [a] |
| at 500 MPa | COM-7 | 12 | Lamination [b] |
| Density | DE-1 | 7 | 1.06-1.1 g/cm³ [b] |
| Density (bulk & tapped) | BTD-2 | 1 | B: 0.143 g/cm³ [b]<br>T: 0.224 g/cm³ [b] |
| Density (bulk & tapped) | BTD-7 | 14 | B: 0.160 g/cm³ [b]<br>T: 0.180 g/cm³ [b] |
| Moisture content | EMC-1 | 5 | *See* Fig. 1. [c] |
| Moisture content | MC-12 | 1 | 3.85% [b] |
| Moisture content | MC-12 | 5 | 3.00% [c] |
| Solubility | | | |
| Ethanol (95%) at 25°C | SOL-1 | 1 | 0.160 mg/mL [b] |
| *n*-Hexane at 25°C | SOL-1 | 1 | 0.018 mg/mL [b] |
| ...ter at 25°C | SOL-1 | 1 | 0.040 mg/mL [b] |

...plier:
a. Witco Corporation;
b. Mallinckrodt Speciality Chemicals Co;
c. Penick (Lot No.: 338-NB5-003).

1: Equilibrium moisture content of magnesium stearate.

## 11. Stability and Storage Conditions

Magnesium stearate is stable and should be stored in a well-closed container in a cool, dry place.

## 12. Incompatibilities

Incompatible with strong acids, alkalis and iron salts. Avoid mixing with strong oxidizing materials.

## 13. Method of Manufacture

Magnesium stearate is prepared either by the interaction of aqueous solutions of magnesium chloride with sodium stearate, or by the interaction of magnesium oxide, hydroxide or carbonate with stearic acid at elevated temperatures.

## 14. Safety

Magnesium stearate is widely used as a pharmaceutical excipient and is generally regarded as being nontoxic following oral administration. However, oral consumption of large quantities may result in some laxative effect or mucosal irritation. Inhalation of magnesium stearate powder is harmful and has resulted in fatalities, *see also* Section 15.

## 15. Handling Precautions

Observe normal precautions appropriate to the circumstances and quantity of material handled. Eye protection and gloves are recommended. Magnesium stearate should be handled in a well-ventilated environment; a respirator is recommended.

## 16. Regulatory Status

GRAS listed. Accepted as a food additive in Europe. Included in the FDA Inactive Ingredients Guide (oral capsules and tablets). Included in nonparenteral medicines licensed in the UK.

## 17. Pharmacopeias

Aust, Belg, Br, Braz, Chin, Cz, Eur, Fr, Ger, Hung, Ind, It, Jpn, Mex, Neth, Nord, Port, Rom, Swiss, Yug and USPNF.

## 18. Related Substances

Calcium Stearate; Stearic Acid; Zinc Stearate.

## 19. Comments

Magnesium stearate is hydrophobic and may retard the dissolution of a drug from a solid dosage form; the lowest possible concentration is therefore used in such formulations.[1-6] Since there may be variation between batches of magnesium stearate, it has not been possible to conclusively correlate the dissolution rate retardation with the observed lubricity.[7] The physical properties of different batches of magnesium stearate, such as specific surface area, have however been correlated with lubricant efficacy.[8-11]
There is evidence to suggest that the hydrophobic nature of magnesium stearate can vary from batch to batch due to the presence of water-soluble, surface-active impurities such as sodium stearate. Batches containing very low concentrations of these impurities have been shown to retard the dissolution of a drug to a greater extent than when using batches which contain higher levels of impurities.
An increase in the coefficient of variation of mixing and a decrease in the dissolution rate has been observed following blending of magnesium stearate with a tablet granulation. Tablet dissolution rate and crushing strength decreased as the time of blending increased; magnesium stearate may also

increase tablet friability. Blending times with magnesium stearate should thus be carefully controlled.[12-26]

## 20. Specific References

1. Levy G, Gumtow RH. Effect of certain formulation factors on dissolution rate of the active ingredient III: tablet lubricants. J Pharm Sci 1963; 52: 1139-1144.
2. Ganderton D. The effect of distribution of magnesium stearate on the penetration of a tablet by water. J Pharm Pharmacol 1969; 21: 9S-18S.
3. Caldwell HC. Dissolution of lithium and magnesium from lithium carbonate capsules containing magnesium stearate. J Pharm Sci 1974; 63: 770-773.
4. Chowhan ZT, Amaro AA, Chow YP. Tablet-to-tablet dissolution variability and its relationship to the homogeneity of a water soluble drug. Drug Dev Ind Pharm 1982; 8: 145-168.
5. Lerk CF, Bolhuis GK, Smallenbroek AJ, Zuurman K. Interaction of tablet disintegrants and magnesium stearate during mixing II: effect on dissolution rate. Pharm Acta Helv 1982; 57: 282-286.
6. Hussain MSH, York P, Timmins P. Effect of commercial and high purity magnesium stearates on in-vitro dissolution of paracetamol DC tablets. Int J Pharmaceutics 1992; 78: 203-207.
7. Billany MR, Richards JH. Batch variation of magnesium stearate and its effect on the dissolution rate of salicylic acid from solid dosage forms. Drug Dev Ind Pharm 1982; 8: 497-511.
8. Frattini C, Simioni L. Should magnesium stearate be assessed in the formulation of solid dosage forms by weight or by surface area? Drug Dev Ind Pharm 1984; 10: 1117-1130.
9. Bos CE, Vromans H, Lerck CF. Lubricant sensitivity in relation to bulk density for granulations based on starch or cellulose. Int J Pharmaceutics 1991; 67: 39-49.
10. Phadke DS, Eichorst JL. Evaluation of particle size distribution and specific surface area of magnesium stearate. Drug Dev Ind Pharm 1991; 17: 901-906.
11. Steffens KJ, Koglin J. The magnesium stearate problem. Mfg Chem 1993; 64(12): 16, 17, 19.
12. Ragnarsson G, Hölzer AW, Sjögren J. The influence of mixing time and colloidal silica on the lubricating properties of magnesium stearate. Int J Pharmaceutics 1979; 3: 127-131.
13. Bolhuis GK, Lerk CF, Broersma P. Mixing action and evaluation of tablet lubricants in direct compression. Drug Dev Ind Pharm 1980; 6: 15-33.
14. Bossert J, Stamm A. Effect of mixing on the lubrication of crystalline lactose by magnesium stearate. Drug Dev Ind Pharm 1980; 6: 573-589.
15. Bolhuis GK, Smallenbroek AJ, Lerk CF. Interaction of tablet disintegrants and magnesium stearate during mixing I: effect on tablet disintegration. J Pharm Sci 1981; 70: 1328-1330.
16. Sheikh-Salem M, Fell JT. The influence of magnesium stearate on time dependent strength changes in tablets. Drug Dev Ind Pharm 1981; 7: 669-674.
17. Stewart PJ. Influence of magnesium stearate on the homogeneity of a prednisone granule ordered mix. Drug Dev Ind Pharm 1981; 7: 485-495.
18. Jarosz PJ, Parrott EL. Effect of tablet lubricants on axial and radial work of failure. Drug Dev Ind Pharm 1982; 8: 445-453.
19. Mitrevej KT, Augsburger LL. Adhesion of tablets in a rotary tablet press II: effects of blending time, running time, and lubricant concentration. Drug Dev Ind Pharm 1982; 8: 237-282.
20. Khan KA, Musikabhumma P, Rubinstein MH. The effect of mixing time of magnesium stearate on the tableting properties of dried microcrystalline cellulose. Pharm Acta Helv 1983; 58: 109-111.
21. Johansson ME. Investigations of the mixing time dependence of the lubricating properties of granular and powdered magnesium stearate. Acta Pharm Suec 1985; 22: 343-350.
22. Johansson ME. Influence of the granulation technique and starting material properties on the lubricating effect of granular magnesium stearate. J Pharm Pharmacol 1985; 37: 681-685.
23. Chowhan ZT, Chi LH. Drug-excipient interactions resulting from powder mixing III: solid state properties and their effect on drug dissolution. J Pharm Sci 1986; 75: 534-541.
24. Chowhan ZT, Chi LH. Drug-excipient interactions resulting from powder mixing IV: role of lubricants and their effect on in vitro dissolution. J Pharm Sci 1986; 75: 542-545.
25. Johansson ME, Nicklasson M. Influence of mixing time, particle size and colloidal silica on the surface coverage and lubrication of magnesium stearate. In: Rubinstein MH, editor, Pharmaceutical technology: tableting technology. Chichester: Ellis Horwood, 1987: 43-50.
26. Wang LH, Chowhan ZT. Drug-excipient interactions resulting from powder mixing V: role of sodium lauryl sulfate. Int J Pharmaceutics 1990; 60: 61-78.

## 21. General References

Bohidar NR, Restaino FA, Schwartz JB. Selecting key pharmaceutical formulation factors by regression analysis. Drug Dev Ind Pharm 1979; 5: 175-216.

Butcher AE, Jones TM. Some physical characteristics of magnesium stearate J Pharm Pharmacol 1972; 24: 1P-9P.

Dansereau R, Peck GE. The effect of the variability in the physical and chemical properties of magnesium stearate on the properties of compressed tablets. Drug Dev Ind Pharm 1987; 13: 975-999.

Ertel KD, Carstensen JT. Chemical, physical, and lubricant properties of magnesium stearate. J Pharm Sci 1988; 77: 625-629.

Ford JL, Rubinstein MH. An investigation into some pharmaceutical interactions by differential scanning calorimetry. Drug Dev Ind Pharm 1981; 7: 675-682.

Johansson ME. Granular magnesium stearate as a lubricant in tablet formulations. Int J Pharmaceutics 1984; 21: 307-315.

Jones TM. The effect of glidant addition on the flowability of bulk particulate solids. J Soc Cosmet Chem 1970; 21: 483-500.

Leinonen UI, Jalonen HU, Vihervaara PA, Laine ESU. Physical and lubrication properties of magnesium stearate. J Pharm Sci 1992; 81: 1194-1198.

Miller TA, York P, Jones TM. Manufacture and characterisation of magnesium stearate and palmitate powders of high purity. J Pharm Pharmacol 1982; 34: 8P.

Pilpel N. Metal stearates in pharmaceuticals and cosmetics. Mfg Chem Aerosol News 1971; 42(10): 37-40.

## 22. Authors

USA: LV Allen, PE Luner.

Case 1:06-cv-00774-JJF Document 209-4 Filed 03/19/2008 Page 17 of 29

# Polymethacrylates

## 1. Nonproprietary Names

USPNF: Ammonio methacrylate copolymer
USPNF: Methacrylic acid copolymer
Note that two separate monographs applicable to polymethacrylates are contained in the USPNF, *see* Section 9.

## 2. Synonyms

*Eudragit*; polymeric methacrylates.

## 3. Chemical Name and CAS Registry Number

*See* Table I.

## 4. Empirical Formula Molecular Weight

The USPNF XVII describes methacrylic acid copolymer as a fully polymerized copolymer of methacrylic acid and an acrylic or methacrylic ester. Three types, type A (*Eudragit L*), type B (*Eudragit S*), and type C (*Eudragit L 30 D-55*), are defined which vary in their methacrylic acid content and solution viscosity. Two additional polymers, type A (*Eudragit RL*) and type B (*Eudragit RS*), also referred to as ammonio methacrylate copolymers, consisting of fully polymerized copolymers of acrylic acid and methacrylic acid esters with a low content of quaternary ammonium groups, are also described in the USPNF XVII. *See* Section 9.
Typically, the molecular weight of the polymer is ≥ 100 000.

## 5. Structural Formula

```
         R1          R3          R1          R3
         |           |           |           |
-------- C ---CH2--- C ---CH2--- C ---CH2--- C ---CH2-------
         |           |           |           |
        C=O         C=O         C=O         C=O
         |           |           |           |
         O           O           O           O
         |           |           |           |
         R2          R4          R2          R4
```

For *Eudragit E*:
$R_1$, $R_3$ = $CH_3$
$R_2$ = $CH_2CH_2N(CH_3)_2$
$R_4$ = $CH_3$, $C_4H_9$
For *Eudragit L* and *S*:
$R_1$, $R_3$ = $CH_3$
$R_2$ = H
$R_4$ = $CH_3$
For *Eudragit RL* and *RS*:
$R_1$ = H, $CH_3$
$R_2$ = $CH_3$, $C_2H_5$
$R_3$ = $CH_3$
$R_4$ = $CH_2CH_2N(CH_3)_3{}^+Cl^-$
For *Eudragit NE 30 D*:
$R_1$, $R_3$ = H, $CH_3$
$R_2$, $R_4$ = $CH_3$, $C_2H_5$
For *Eudragit L 30 D-55* and *L 100-55*:
$R_1$, $R_3$ = H, $CH_3$
$R_2$ = H
$R_4$ = $CH_3$, $C_2H_5$

## 6. Functional Category

Film-former; tablet binder; tablet diluent.

## 7. Applications in Pharmaceutical Formulation or Technology

Polymethacrylates are primarily used in oral capsule and tablet formulations as film coating agents.[1-10] Depending on the type of polymer used, films of different solubility characteristics can be produced, *see* Table III.
*Eudragit E* is used as a plain or insulating film former; it is soluble in gastric fluid below pH 5. In contrast, *Eudragit L* and *S* types are used as enteric coating agents since they are resistant to gastric fluid. Different types are available which are soluble at different pH values, e.g. *Eudragit L 100* is soluble at > pH 6, *Eudragit S 100* is soluble at > pH 7.
*Eudragit RL*, *RS* and *NE 30 D* are used to form water-insoluble film coats for sustained release products. *Eudragit RL* films are more permeable than those of *Eudragit RS*, and by mixing the two types together films of varying permeability can be obtained. *Eudragit L 100-55* is a redispersible powder and is an alternative to *Eudragit L 30 D-55* for aqueous enteric coating.
Polymethacrylates are also used as binders in both aqueous and organic wet-granulation processes. Larger quantities (5-20%) of dry polymer are used to control the release of an active substance from a tablet matrix. Solid polymers may be used in direct compression processes in quantities of 10-50%.
Polymethacrylate polymers may additionally be used to form the matrix layers of transdermal delivery systems and have also been used to prepare novel gel formulations for rectal administration.[11]
*See also* Section 19.

## 8. Description

Polymethacrylates are synthetic cationic and anionic polymers of dimethylaminoethylmethacrylates, methacrylic acid and methacrylic acid esters in varying ratios. Several different types are commercially available and may be obtained as the dry powder, an aqueous dispersion, or as an organic solution. A (60:40) mixture of acetone and propan-2-ol is most commonly used as the organic solvent. *See* Tables I and II.
*Eudragit E* is cationic polymer based on dimethylaminoethyl methacrylate and other neutral methacrylic acid esters. It is soluble in gastric fluid as well as in weakly acidic buffer solutions (up to approximately pH 5). *Eudragit E* is available as a 12.5% ready-to-use solution in propan-2-ol/acetone (60:40). It is light yellow in color with the characteristic odor of the solvents. Solvent-free granules contain ≥ 98% dried weight content of *Eudragit E*.
*Eudragit L* and *S*, also referred to as methacylic acid copolymers in the USPNF monograph, are anionic copolymerization products of methacrylic acid and methyl methacrylate. The ratio of free carboxyl groups to the ester is approximately 1:1 in *Eudragit L* and approximately 1:2 in *Eudragit S*. Both polymers are readily soluble in neutral to weakly alkaline conditions (pH 6-7) and form salts with alkalis, thus affording film coats which are resistant to gastric media but soluble in intestinal fluid. They are available as a 12.5% solution in propan-2-ol without plasticizer (*Eudragit L 12.5* and *S 12.5*); and as a 12.5% ready-to-use solution in propan-2-ol with 1.25% dibutyl phthalate as plasticizer (*Eudragit L 12.5 P* and *S 12.5 P*). Solutions are colorless, with the characteristic odor of the solvent. *Eudragit L-100* and

**Table I: Chemical name and CAS registry number of polymethacrylates.**

| Chemical name | Trade name | CAS number |
|---|---|---|
| Poly(butyl methacrylate, (2-dimethyl aminoethyl) methacrylate, methyl methacrylate) 1:2:1 | *Eudragit E 100*<br>*Eudragit E 12.5* | [24938-16-7] |
| Poly(ethyl acrylate, methyl methacrylate) 2:1 | *Eudragit NE 30 D*<br>(formerly *Eudragit 30 D*) | [9010-88-2] |
| Poly(methacrylic acid, methyl methacrylate) 1:1 | *Eudragit L 100*<br>*Eudragit L 12.5*<br>*Eudragit L 12.5 P* | [25806-15-1] |
| Poly(methacrylic acid, ethyl acrylate) 1:1 | *Eudragit L 30 D-55*<br>*Eudragit L 100-55* | [25212-88-8] |
| Poly(methacrylic acid, methyl methacrylate) 1:2 | *Eudragit S 100*<br>*Eudragit S 12.5*<br>*Eudragit S 12.5 P* | [25086-15-1] |
| Poly(ethyl acrylate, methyl methacrylate, trimethylammonioethyl methacrylate chloride) 1:2:0.2 | *Eudragit RL 100*<br>*Eudragit RL PO*<br>*Eudragit RL 30 D*<br>*Eudragit RL 12.5* | [33434-24-1] |
| Poly(ethyl acrylate, methyl methacrylate, trimethylammonioethyl methacrylate chloride) 1:2:0.1 | *Eudragit RS 100*<br>*Eudragit RS PO*<br>*Eudragit RS 30 D*<br>*Eudragit RS 12.5* | [33434-24-1] |

*Eudragit S-100* are white free flowing powders with at least 95% of dry polymers.

*Eudragit RL* and *Eudragit RS*, also referred to as ammonio-methacrylate copolymers in the USPNF monograph, are copolymers synthesized from acrylic acid and methacrylic acid esters with *Eudragit RL* (type A) having 10% of functional quaternary ammonium groups and *Eudragit RS* (type B) having 5% of functional quaternary ammonium groups. The ammonium groups are present as salts and give rise to pH-independent permeability of the polymers. Both polymers are water-insoluble, and films prepared from *Eudragit RL* are freely permeable to water, whereas, films prepared from *Eudragit RS* are only slightly permeable to water. They are available as 12.5% ready-to-use solutions in propan-2-ol/acetone (60:40). Solutions are colorless or slightly yellow in color, and may be clear or slightly turbid; they have an odor characteristic of the solvents. Solvent-free granules (*Eudragit RL 100* and *Eudragit RS 100*) contain ≥ 97% of the dried weight content of the polymer.

*Eudragit RL PO* and *Eudragit RS PO* are fine, white powders with a slight amine-like odor. They are characteristically the same polymers as *Eudragit RL* and *RS*. They contain ≥ 97% of dry polymer.

*Eudragit RL 30 D* and *Eudragit RS 30 D* are aqueous dispersions of copolymers of acrylic acid and methacrylic acid esters with a low content of quaternary ammonium groups. The dispersions contain 30% polymer. The quaternary groups occur as salts and are responsible for the permeability of films made from these polymers. Films prepared from *Eudragit RL 30 D* are readily permeable to water and to dissolved active substances, whereas films prepared from *Eudragit RS 30 D* are less permeable to water. Film coatings prepared from both polymers give pH-independent release of active substance. Plasticizers are usually added to improve film properties.

*Eudragit NE 30 D* is an aqueous dispersion of a neutral copolymer consisting of polymethacrylic acid esters. The dispersions are milky-white liquids of low viscosity and have a weak aromatic odor. Films prepared from the lacquer swell in water, to which they become permeable. Thus, films produced are insoluble in water, but give pH-independent drug release.

*Eudragit L 30 D-55* is an aqueous dispersion of an anionic copolymer based on methacrylic acid and acrylic acid ethyl ester. The polymer corresponds to USPNF methacrylic acid copolymer, type C. The ratio of free carboxyl groups to ester groups is 1:1. Films dissolve above pH 5.5 forming salts with alkalis, thus affording coatings which are insoluble in gastric media, but soluble in the small intestine.

*Eudragit L 100-55* (prepared by spray-drying *Eudragit L 30 D-55*) is a white, free-flowing powder which is redispersible in water to form a latex which has properties similar to *Eudragit L 30 D-55*.

## 9. Pharmacopeial Specifications

Specifications for methacrylic acid copolymers (*Eudragit L, S* and *L 30 D-55*).

| Test | USPNF XVII (Suppl 6) |
|---|---|
| Identification | + |
| Viscosity | |
| Type A | 50-200 mPa s |
| Type B | 50-200 mPa s |
| Type C | 100-200 mPa s |
| Loss on drying | |
| Type A | ≤ 5.0% |
| Type B | ≤ 5.0% |
| Type C | ≤ 3.0% |
| Residue on ignition | |
| Type A | ≤ 0.1% |
| Type B | ≤ 0.1% |
| Type C | ≤ 0.4% |
| Arsenic | ≤ 2 ppm |
| Heavy metals | ≤ 0.002% |
| Monomers | ≤ 0.3% |
| Assay of methacrylic acid units (dried basis) | |
| Type A | 46.0-50.6% |
| Type B | 27.6-30.7% |
| Type C | 46.0-50.6% |

Specifications for ammonio methacrylate copolymers (*Eudragit RL* and *RS*).

| Test | USPNF XVII (Suppl 4) |
|---|---|
| Identification | + |
| Viscosity | |
| Types A and B | ≤ 15 mPa s |
| Loss on drying | |
| Types A and B | ≤ 3.0% |
| Residue on ignition | |
| Types A and B | ≤ 0.1% |
| Arsenic | ≤ 2 ppm |
| Heavy metals | ≤ 0.002% |
| Monomers | ≤ 0.3% |
| Assay of ammonio methacrylate units (dried basis) | |
| Type A | 8.85-11.96% |
| Type B | 4.48-6.77% |

## 10. Typical Properties

*Acid value*: 315 for *Eudragit L 12.5, L 12.5 P, L 100, L 30 D-55,* and *L 100-55*; 180-200 for *Eudragit S 12.5, S 12.5 P,* and *S 100.*

*Alkali value*:
162-198 for *Eudragit E 12.5* and *E 100*;
23.9-32.3 for *Eudragit RL 12.5, RL 100,* and *RL PO*;
27.5-31.7 for *Eudragit RL 30 D*;
12.1-18.3 for *Eudragit RS 12.5, RS 100,* and *RS PO*;
16.5-22.3 for *Eudragit RS 30 D.*

*Density*:
0.81-0.82 g/cm³ for *Eudragit E*;
0.83-0.85 g/cm³ for *Eudragit L, S 12.5* and *12.5 P*;
0.83-0.85 g/cm³ for *Eudragit L, S 100*;
1.06-1.07 g/cm³ for *Eudragit L 30 D-55*;
0.82-0.84 g/cm³ for *Eudragit L 100-55*;
0.815-0.835 g/cm³ for *Eudragit RL* and *RS 12.5*;
0.815-0.835 g/cm³ for *Eudragit RL* and *RS PO*;
1.045-1.055 g/cm³ for *Eudragit RL* and *RS 30 D.*

*Refractive index*:
$n_D^{20}$ = 1.38-1.385 for *Eudragit E*;
$n_D^{20}$ = 1.39-1.395 for *Eudragit L* and *S*;
$n_D^{20}$ = 1.387-1.392 for *Eudragit L 100-55*;
$n_D^{20}$ = 1.38-1.385 for *Eudragit RL* and *RS.*

*Solubility*: *see* Table II.

*Viscosity (dynamic)*:
3-12 mPa s for *Eudragit E*;
50-200 mPa s for *Eudragit L* and *S*;
≤ 50 mPa s for *Eudragit L 30 D-55*;
100-200 mPa s for *Eudragit L 100-55*;
≤ 15 mPa s for *Eudragit RL* and *RS*;
≥ 200 mPa s for *Eudragit RL* and *RS D.*

**Table II: Solubility of commercially available polymethacrylates (*Eudragit*, Röhm Pharma GmbH) in various solutions.**

| Type | Solvent | | | | | | |
|---|---|---|---|---|---|---|---|
| | Acetone and alcohols[a] | Dichloromethane | Ethyl acetate | 1N HCl | 1N NaOH | Petroleum ether | Water |
| *Eudragit E 12.5* | M | M | M | M | — | M | — |
| *Eudragit E 100* | S | S | S | — | — | I | I |
| *Eudragit L 12.5 P* | M | M | M | — | M | P | P |
| *Eudragit L 12.5* | M | M | M | — | M | P | P |
| *Eudragit L 100-55* | S | I | I | — | S | I | I |
| *Eudragit L 100* | S | I | I | — | S | I | I |
| *Eudragit L 30 D-55*[b] | M[c] | — | — | — | M[d] | — | M |
| *Eudragit S 12.5 P* | M | M | M | — | M | P | P |
| *Eudragit S 12.5* | M | M | M | — | M | P | P |
| *Eudragit S 100* | S | I | I | — | S | I | I |
| *Eudragit RL 12.5* | M | M | M | — | — | P | M |
| *Eudragit RL 100* | S | S | S | — | — | I | I |
| *Eudragit RL PO* | S | S | S | — | I | I | I |
| *Eudragit RL 30 D* | M[e] | M | M | — | I | I | M |
| *Eudragit RS 12.5* | M | M | M | — | — | P | M |
| *Eudragit RS 100* | S | S | S | — | — | I | I |
| *Eudragit RS PO* | S | S | S | — | I | I | I |
| *Eudragit RS 30 D* | M[e] | M | M | — | I | I | M |

Where: S = soluble;
M = miscible;
I = insoluble or immiscible;
P = precipitates.
Note: a. Alcohols including ethanol, methanol and propan-2-ol.
b. Supplied as a milky-white colored aqueous dispersion.
c. A 1:5 mixture forms a clear, viscous, solution.
d. A 1:2 mixture forms a clear or slightly opalescent, viscous liquid.
e. A 1 part of both *Eudragit RL 30 D* and *Eudragit RS 30 D* dissolve completely in 5 parts acetone, ethanol or propan-2-ol to form a clear or slightly turbid solution. However, when mixed in a ratio of 1:5 with methanol, *Eudragit RL 30 D* dissolves completely, whereas *Eudragit RS 30 D* only partially.

## 11. Stability and Storage Conditions

Dry powder polymer forms are stable at temperatures less than 30°C. Above this temperature, powders tend to form clumps although this does not affect the quality of the substance and the clumps can be readily broken up. Dry powders are stable for at least two years if stored in a tightly closed container at less than 30°C.
Dispersions are sensitive to extreme temperatures and phase separation occurs below 0°C. Dispersions should therefore be stored at temperatures between 5-25°C and are stable for at least one year after shipping from the manufacturer's warehouse if stored in a tightly closed container at the above conditions.

## 12. Incompatibilities

Incompatibilities occur with certain polymethacrylate dispersions depending upon the ionic and physical properties of the polymer and solvent. For example, coagulation may be caused by soluble electrolytes, pH changes, some organic solvents and extremes of temperature, *see* Table II. Dispersions of *Eudragit L 30 D*, *RL 30 D*, *L 100-55* and *RS 30 D* are also incompatible with magnesium stearate.
Interactions between polymethacrylates and some drugs can occur although solid polymethacrylates and organic solutions are generally more compatible than aqueous dispersions.

## 13. Method of Manufacture

Prepared by the polymerization of acrylic and methacrylic acids or their esters, e.g. butyl ester or dimethylaminoethyl ester.

## 14. Safety

Polymethacrylate copolymers are widely used as film coating materials in oral pharmaceutical formulations. They are also used to a lesser extent in topical formulations and are generally regarded as nontoxic and nonirritant materials.
A daily intake of 2 mg/kg body-weight of *Eudragit* (equivalent to approximately 150 mg for an average adult) may be regarded as essentially safe in humans.
*See also* Section 15.

**Table III: Summary of properties and uses of commercially available polymethacrylates (*Eudragit*, Röhm Pharma GmbH).**

| Type | Supply form | Polymer dry weight content | Recommended solvents or diluents | Solubility | Applications |
|---|---|---|---|---|---|
| *Eudragit E 12.5* | Organic solution | 12.5% | Acetone, alcohols | Soluble in gastric fluid to pH 5 | Film coating |
| *Eudragit E 100* | Granules | 98% | Acetone, alcohols | Soluble in gastric fluid to pH 5 | Film coating |
| *Eudragit L 12.5 P* | Organic solution | 12.5% | Acetone, alcohols | Soluble in intestinal fluid from pH 6 | Enteric coatings |
| *Eudragit L 12.5* | Organic solution | 12.5% | Acetone, alcohols | Soluble in intestinal fluid from pH 6 | Enteric coatings |
| *Eudragit L 100* | Powder | 95% | Acetone, alcohols | Soluble in intestinal fluid from pH 6 | Enteric coatings |
| *Eudragit L 100-55* | Powder | 95% | Acetone, alcohols | Soluble in intestinal fluid from pH 5.5 | Enteric coatings |
| *Eudragit L 30 D-55* | Aqueous dispersion | 30% | Water | Soluble in intestinal fluid from pH 5.5 | Enteric coatings |
| *Eudragit S 12.5 P* | Organic solution | 12.5% | Acetone, alcohols | Soluble in intestinal fluid from pH 7 | Enteric coatings |
| *Eudragit S 12.5* | Organic solution | 12.5% | Acetone, alcohols | Soluble in intestinal fluid from pH 7 | Enteric coatings |
| *Eudragit S 100* | Powder fluid | 95% | Acetone, alcohols | Soluble in intestinal from pH 7 | Enteric coatings |
| *Eudragit RL 12.5* | Organic solution | 12.5% | Acetone, alcohols | High permeability | Sustained release |
| *Eudragit RL 100* | Granules | 97% | Acetone, alcohols | High permeability | Sustained release |
| *Eudragit RL PO* | Powder | 97% | Acetone, alcohols | High permeability | Sustained release |
| *Eudragit RL 30 D* | Aqueous dispersion | 30% | Water | High permeability | Sustained release |
| *Eudragit RS 12.5* | Organic solution | 12.5% | Acetone, alcohols | Low permeability | Sustained release |
| *Eudragit RS 100* | Granules | 97% | Acetone, alcohols | Low permeability | Sustained release |
| *Eudragit RS PO* | Powder | 97% | Acetone, alcohols | Low permeability | Sustained release |
| *Eudragit RS 30 D* | Aqueous dispersion | 30% | Water | Low permeability | Sustained release |
| *Eudragit NE 30 D* | Aqueous dispersion | 30% or 40% | Water | Swellable, permeable | Sustained release, tablet matrix |

Note: Recommended plasticizers for the above types of *Eudragit* polymers include dibutyl phthalate, polyethylene glycols and triethyl citrate. Approximately 20% plasticizer is required for *Eudragit RL 30 D* and *Eudragit RS 30 D*. A plasticizer is not necessary with *Eudragit E 12.5*, *Eudragit E 100* and *Eudragit NE 30 D*.

## 15. Handling Precautions

Observe normal precautions appropriate to the circumstances and quantity of material handled. Additional measures should be taken when handling organic solutions of polymethacrylates. Eye protection, gloves and a dust mask or respirator are recommended. Polymethacrylates should be handled in a well-ventilated environment and measures taken to prevent dust formation.

Acute and chronic adverse effects have been observed in workers handling the related substances methyl methacrylate and poly(methyl methacrylate) (PMMA).[12,13] In the UK, the occupational exposure limit for methyl methacrylate has been set at 410 mg/m$^3$ (100 ppm) long-term (8-hour TWA), and 510 mg/m$^3$ (125 ppm) short-term.[14]

*See also* Section 18.

## 16. Regulatory Status

Included in the FDA Inactive Ingredients Guide (oral capsules and tablets). Included in nonparenteral medicines licensed in the UK.

## 17. Pharmacopeias

Fr and USPNF.

## 18. Related Substances

Methyl methacrylate; poly(methyl methacrylate).

**Methyl methacrylate:** $C_5H_8O_2$
*Molecular weight*: 100.13
*CAS number*: [80-62-6]
*Synonyms*: methacrylic acid, methyl ester; methyl 2-methacrylate; methyl 2-methylpropenoate; MME.
*Comments*: methyl methacrylate forms the basis of acrylic bone cements used in orthopaedic surgery.

**Poly(methyl methacrylate):** $(C_5H_8O_2)_n$
*Synonyms*: methyl methacrylate polymer; PMMA.
*Comments*: poly(methyl methacrylate) has been used as a material for intra-ocular lenses, for denture bases and as a cement for dental prostheses.

## 19. Comments

A number of different polymethacrylates are commercially available which have different applications and properties, *see* Table III.

For spray-coating, polymer solutions and dispersions should be diluted with suitable solvents. Some products need the addition of a plasticizer such as: dibutyl sebacate; dibutyl phthalate; glyceryl triacetate and polyethylene glycol. Different types of plasticizer may be mixed to optimize the polymer properties for special requirements.

## 20. Specific References

1. Lehmann K, Dreher D. The use of aqueous synthetic-polymer dispersions for coating pharmaceutical dosage forms. Drugs Made Ger 1973; 16: 126, 131, 132, 134, 136.
2. Lehmann K. Acrylic coatings in controlled release tablet manufacture I. Mfg Chem Aerosol News 1973; 44(5): 36-38.
3. Lehmann K. Acrylic coatings in controlled release tablet manufacture II. Mfg Chem Aerosol News 1973; 44(6): 39-41.
4. Lehmann K. Polymer coating of tablets - a versatile technique. Mfg Chem Aerosol News 1974; 45(5): 48, 50.
5. Gurny R, Guitard P, Buri P, Sucker H. Realization and theoretical development of controlled-release drug forms using methacrylate films 3: preparation and characterization of controlled-release drug forms [in French]. Pharm Acta Helv 1977; 52: 182-187.
6. Lehmann K, Dreher D. Coating of tablets and small particles with acrylic resins by fluid bed technology. Int J Pharm Technol Prod Manuf 1981; 2(4): 31-43.
7. Dew MJ, Hughes PJ, Lee MG, Evans BK, Rhodes J. An oral preparation to release drugs in the human colon. Br J Clin Pharmacol 1982; 14: 405-408.
8. Lehmann K. Formulation of controlled release tablets with acrylic resins. Acta Pharm Fenn 1984; 93: 55-74.
9. Lehmann K. Acrylic latices from redispersible powders for peroral and transdermal drug formulations. Drug Dev Ind Pharm 1986; 12: 265-287.
10. Lehmann K, Dreher D. Mixtures of aqueous polymethacrylate dispersions for drug coating. Drugs Made Ger 1988; 31: 101-102.
11. Umejima H, Kim N-S, Ito T, Uchida T, Goto S. Preparation and evaluation of Eudragit gels VI: in vivo evaluation of Eudispert rectal hydrogel and Xerogel containing salicylamide. J Pharm Sci 1993; 82: 195-199.
12. Routledge R. Possible hazard of contact lens manufacture [letter]. Br Med J 1973; 1: 487-488.
13. Burchman S, Wheater RH. Hazard of methyl methacrylate to operating room personnel. JAMA 1976; 235: 2652.
14. Health and Safety Executive. EH40/93: occupational exposure limits, 1993. London: HMSO, 1993.

## 21. General References

McGinity JW. Aqueous polymeric coatings for pharmaceutical dosage forms. New York: Marcel Dekker Inc, 1989.

Röhm Pharma GmbH. Technical literature: *Eudragit*, 1990.

## 22. Authors

USA: AJ Shukla.

# Sodium Alginate

## 1. Nonproprietary Names

BP: Sodium alginate
PhEur: Natrii alginas
USPNF: Sodium alginate

## 2. Synonyms

Algin; alginic acid, sodium salt; E401; *Kelcosol*; *Keltone*; *Manucol*; *Manugel*; *Pronova*; *Protanal*; *Satialgine-H8*; sodium polymannuronate.

## 3. Chemical Name and CAS Registry Number

Sodium alginate [9005-38-3]

## 4. Empirical Formula Molecular Weight

Sodium alginate consists chiefly of the sodium salt of alginic acid, a linear glycuronan polymer consisting of a mixture of β-(1→4)-D-mannosyluronic acid and α-(1→4)-L-gulosyluronic acid residues.

## 5. Structural Formula

*See* Section 4.

## 6. Functional Category

Stabilizing agent; suspending agent; tablet and capsule disintegrant; tablet binder; viscosity-increasing agent.

## 7. Applications in Pharmaceutical Formulation or Technology

Sodium alginate is used in a variety of oral and topical pharmaceutical formulations. In tablet formulations, sodium alginate may be used as both a binder and disintegrant.[1] Sodium alginate has also been used in the preparation of sustained release oral formulations since it can delay the dissolution of a drug from tablets[2] and aqueous suspensions.[3]

In topical formulations, sodium alginate is widely used as a thickening and suspending agent in a variety of pastes, creams and gels, and as a stabilizing agent for oil-in-water emulsions. Recently, sodium alginate has been used for the aqueous microencapsulation of drugs,[4] in contrast with the more conventional microencapsulation techniques which use organic solvent systems.

Therapeutically, sodium alginate has been used in combination with an $H_2$-receptor antagonist in the management of gastroesophageal reflux,[5] and as a hemostatic agent in surgical dressings.[6]

Sodium alginate is also used in cosmetics and food products.

| Use | Concentration (%) |
|---|---|
| Pastes and creams | 5-10 |
| Stabilizer in emulsions | 1-3 |
| Suspending agent | 1-5 |
| Tablet binder | 1-3 |
| Tablet disintegrant | 2.5-10 |

## 8. Description

Sodium alginate occurs as an odorless and tasteless, white to pale yellowish-brown colored powder.

## 9. Pharmacopeial Specifications

| Test | PhEur 1992 | USPNF XVII |
|---|---|---|
| Identification | + | + |
| Appearance of solution | + | — |
| Microbial limits | ⩽ 1000/g | ⩽ 200/g |
| Loss on drying | ⩽ 15.0% | ⩽ 15.0% |
| Ash | — | 18.0-24.0% |
| Sulfated ash | 30.0-36.0% | — |
| Arsenic | — | ⩽ 1.5 ppm |
| Calcium | ⩽ 1.5% | — |
| Chlorides | ⩽ 1.0% | — |
| Lead | — | ⩽ 0.001% |
| Heavy metals | ⩽ 20 ppm | ⩽ 0.004% |
| Assay (dried basis) | — | 90.8-106.0% |

## 10. Typical Properties

*Acidity/alkalinity*:
pH ≈ 7.2 for a 1% w/v aqueous solution.
*Solubility*: practically insoluble in ethanol, ether and ethanol/water mixtures in which the ethanol content is greater than 30%. Also, practically insoluble in other organic solvents and acids, in which the pH of the resultant solution is less than pH 3. Slowly soluble in water, forming a viscous colloidal solution.
*Viscosity (dynamic)*: various grades of sodium alginate are commercially available which yield aqueous solutions of varying viscosity. Typically, a 1% w/v aqueous solution, at 20°C, will have a viscosity of 20-400 mPa s (20-400 cP). Viscosity may vary depending upon concentration, pH, temperature or the presence of metal ions. Above pH 10, viscosity decreases, *see also* Alginic Acid and Section 11.

| | HPE Laboratory Project Data Method | Lab # | Results |
|---|---|---|---|
| Viscosity (2% w/v aqueous solution) | | | |
| | VIS-3 | 28 | 2.16 Pa s [a] |
| | VIS-3 | 28 | 2.05 Pa s [a] |
| | VIS-3 | 28 | 2.00 Pa s [b] |
| | VIS-3 | 28 | 3.04 Pa s [b] |
| Viscosity (3% w/v aqueous solution) | | | |
| | VIS-3 | 28 | 9.85 Pa s [b] |
| | VIS-3 | 28 | 8.35 Pa s [b] |
| | VIS-3 | 28 | 8.64 Pa s [b] |
| | VIS-3 | 28 | 7.20 Pa s [b] |

Supplier: a. Edward Mendell Co Inc; b. Algum.

## 11. Stability and Storage Conditions

Sodium alginate is a hygroscopic material although it is stable if stored at low relative humidities and a cool temperature.

Aqueous solutions of sodium alginate are most stable between pH 4-10; below pH 3, alginic acid is precipitated. A 1% w/v aqueous solution of sodium alginate exposed to differing temperatures had a viscosity 60-80% its original value after storage for two years.[7] Solutions should not be stored in metal containers.

Sodium alginate solutions are susceptible on storage to microbial spoilage which may affect solution viscosity. Solutions are ideally sterilized using ethylene oxide, although

filtration using a 0.45 μm filter also has only a slight adverse effect on solution viscosity.[8] Autoclaving of solutions can cause a decrease in viscosity which may vary depending upon the nature of any other substances present.[8,9] Gamma irradiation should not be used to sterilize sodium alginate solutions since this process severely reduces solution viscosity.[8,10]

Preparations for external use may be preserved by the addition of 0.1% chlorocresol, 0.1% chloroxylenol or parabens. If the medium is acidic, benzoic acid may also be used.

The bulk material should be stored in an airtight container in a cool, dry, place.

## 12. Incompatibilities

Sodium alginate is incompatible with acridine derivatives, crystal violet, phenylmercuric acetate and nitrate, calcium salts, heavy metals and ethanol in concentrations greater than 5%. High concentrations of electrolytes cause an increase in viscosity until salting-out of sodium alginate occurs; salting-out occurs if more than 4% of sodium chloride is present.

## 13. Method of Manufacture

Alginic acid is extracted from brown seaweed and neutralized with sodium bicarbonate to form sodium alginate.

## 14. Safety

Sodium alginate is widely used in cosmetics, food products and pharmaceutical formulations, such as tablets and topical products, including wound dressings. It is generally regarded as a nontoxic and nonirritant material although excessive oral consumption may be harmful. A study in five healthy male volunteers fed a daily intake of 175 mg/kg body-weight of sodium alginate for 7 days, followed by a daily intake of 200 mg/kg body-weight of sodium alginate for a further 16 days, showed no significant adverse effects.[11]

The WHO has set an estimated acceptable daily intake of alginate salts and alginic acid, used as food additives, at up to 25 mg/kg body-weight, calculated as alginic acid.[12]

Inhalation of alginate dust may be irritant and has been associated with industrially related asthma in workers involved in alginate production. However, it appears that the cases of asthma were linked to exposure to seaweed dust rather than pure alginate dust.[13]

$LD_{50}$ (cat, IP): 0.25 g/kg[14]
$LD_{50}$ (rabbit, IV): 0.1 g/kg
$LD_{50}$ (rat, IV): 1 g/kg
$LD_{50}$ (rat, oral): > 5 g/kg

## 15. Handling Precautions

Observe normal precautions appropriate to the circumstances and quantity of material handled. Sodium alginate may be irritant to the eyes or respiratory system if inhaled as dust, *see* Section 14. Eye protection, gloves and a dust respirator are recommended. Sodium alginate should be handled in a well-ventilated environment.

## 16. Regulatory Status

GRAS listed. Accepted in Europe for use as a food additive. Included in the FDA Inactive Ingredients Guide (oral suspensions and tablets). Included in nonparenteral medicines licensed in the UK.

## 17. Pharmacopeias

Aust, Br, Eur, Fr, Ger, It, Mex, Neth, Swiss and USPNF.

## 18. Related Substances

Alginic Acid; calcium alginate; potassium alginate; Propylene Glycol Alginate.

**Calcium alginate**

*CAS number*: [9005-35-0]

*Synonyms*: alginic acid, calcium salt; calcium polymannuronate; calginate; E404.

*Comments*: calcium alginate is used in applications similarly to sodium alginate, such as in sustained release formulations[15] and hemostatic wound dressings which can be washed off with sterile sodium chloride solution.[6]

**Potassium alginate**

*CAS number*: [9005-36-1]

*Synonyms*: alginic acid, potassium salt; E402; potassium polymannuronate.

## 19. Comments

A number of different grades of sodium alginate, which have different solution viscosities, are commercially available. Many different alginate salts and derivatives are also commercially available including: ammonium alginate; calcium alginate; magnesium alginate and potassium alginate.

*See also* Alginic Acid for further information.

## 20. Specific References

1. Sakr AM, Elsabbagh HM, Shalaby AH. Effect of the technique of incorporating sodium alginate on its binding and/or disintegrating effectiveness in sulfathiazole tablets. Pharm Ind 1978; 40(10): 1080-1086.
2. Klaudianos S. Alginate sustained-action tablets [in German]. Dtsch Apoth Ztg 1978; 118: 683-684.
3. Zatz JL, Woodford DW. Prolonged release of theophylline from aqueous suspensions. Drug Dev Ind Pharm 1987; 13: 2159-2178.
4. Bodmeier R, Wang J. Microencapsulation of drugs with aqueous colloidal polymer dispersions. J Pharm Sci 1993; 82: 191-194.
5. Stanciu C, Bennett JR. Alginate/antacid in the reduction of gastro-oesophageal reflux. Lancet 1974; i: 109-111.
6. Thomas S. Wound management and dressings. London: The Pharmaceutical Press, 1990: 43-49.
7. Pávics L. Comparison of rheological properties of mucilages [in Hungarian]. Acta Pharm Hung 1970; 40: 52-59.
8. Coates D, Richardson G. A note on the production of sterile solutions of sodium alginate. Can J Pharm Sci 1974; 9: 60-61.
9. Vandenbossche GMR, Remon J-P. Influence of the sterilization process on alginate dispersions. J Pharm Pharmacol 1993; 45: 484-486.
10. Hartman AW, Nesbitt RU, Smith FM, Nuessle NO. Viscosities of acacia and sodium alginate after sterilization by cobalt-60. J Pharm Sci 1975; 64: 802-805.
11. Anderson DM, Brydon WG, Eastwood MA, Sedgwick DM. Dietary effects of sodium alginate in humans. Food Add Contam 1991; 8(3): 237-248.
12. FAO/WHO. Toxicological evaluation of certain food additives with a review of general principles and of specifications. Seventeenth report of the joint FAO/WHO expert committee on food additives. Tech Rep Ser Wld Hlth Org 1974; No. 539.
13. Henderson AK, et al. Pulmonary hypersensitivity in the alginate industry. Scott Med J 1984; 29(2): 90-95.
14. Sweet DV, editor. Registry of toxic effects of chemical substances. Cincinnati: US Department of Health, 1987.
15. Badwan AA, et al. Sustained-release drug delivery system using calcium alginate beads. Drug Dev Ind Pharm 1985; 11: 239-256.

430 *Sodium Alginate*

**21. General References**

—

**22. Authors**

UK: PJ Weller.

# EXHIBIT J

# PHARMACEUTICAL DOSAGE FORMS

## Tablets

*SECOND EDITION, REVISED AND EXPANDED*

---

In Three Volumes

VOLUME 2

EDITED BY

**Herbert A. Lieberman**
H. H. Lieberman Associates, Inc.
Consultant Services
Livingston, New Jersey

**Leon Lachman**
Lachman Consultant Services
Westbury, New York

**Joseph B. Schwartz**
Philadelphia College of Pharmacy and Science
Philadelphia, Pennsylvania

MARCEL DEKKER, INC. New York and Basel

Library of Congress Cataloging-in-Publication Data
(Revised for vol. 2)

Pharmaceutical dosage forms--tablets.

"In three volumes."
Includes bibliographical references.
1. Tablets (Medicine) 2. Drugs--Dosage forms.
I. Lieberman, Herbert A. II. Lachman, Leon
III. Schwartz, Joseph B.
[DNLM: 1. Dosage forms. 2. Drugs--administration & dosage. QV 785 P535]
RS201.T2P46 1989 615'.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
ISBN 0-8247-8044-2 (v. 1 : alk. paper)

This book is printed on acid-free paper.

Copyright © 1990 by MARCEL DEKKER, INC. All Rights Reserved

Neither this book nor any part may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, microfilming, and recording, or by any information storage and retrieval system, without permission in writing from the publisher.

MARCEL DEKKER, INC.
270 Madison Avenue, New York, New York 10016

Current printing (last digit):
10 9 8 7 6 5 4 3 2

PRINTED IN THE UNITED STATES OF AMERICA



Lantz

. Chem. Soc.,

3:28

, New York,

l Dosage Forms,

omich, E. G.,

pplications,

B, Coulter

ual—HIAC S,

# 4
# Compression

Eugene L. Parrott
*University of Iowa, Iowa City, Iowa*

## I. THE PROCESS OF COMPRESSION

Compression is the process of applying pressure to a material. In pharmaceutical tableting an appropriate volume of granules in a die cavity is compressed between an upper and a lower punch to consolidate the material into a single solid matrix, which is subsequently ejected from the die cavity as an intact tablet. The subsequent events that occur in the process of compression are (a) transitional repacking, (b) deformation at points of contact, (c) fragmentation and/or deformation, (d) bonding, (e) deformation of the solid body, (f) decompression, and (g) ejection.

### A. Transitional Repacking or Particle Rearrangement

In the preparation of the granulation to be placed in the hopper of the tablet press, formulation and processing are designed to ensure that the desired volume of the granulation is fed into each die cavity so that at a fast production rate the weight variation of the final tablets is minimal. The particle size distribution of the granulation and the shape of the granules determine the initial packing (bulk density) as the granulation is delivered into the die cavity. In the initial event the punch and particle movement occur at low pressure. The granules flow with respect to each other, with the finer particles entering the void between the larger particles, and the bulk density of the granulation is increased. Spherical particles undergo less particle rearrangement than irregular particles as the spherical particles tend to assume a close packing arrangement initially. To achieve a fast flow rate required for high-speed presses the granulation is generally processed to produce spherical or oval particles;

thus, particle rearrangement and the energy expended in rearrangement are minor considerations in the total process of compression.

### B. Deformation at Points of Contact

When a stress (force) is applied to a material, deformation (change of form) occurs. If the deformation disappears completely (returns to the original shape) upon release of the stress, it is an elastic deformation. A deformation that does not completely recover after release of the stress is known as a plastic deformation. The force required to initiate a plastic deformation is known as the yield stress. When the particles of a granulation are so closely packed that no further filling of the void can occur, a further increase of compressional force causes deformation at the points of contact. Both plastic and elastic deformation may occur although one type predominates for a given material. Deformation increases the area of true contact and the formation of potential bonding areas.

### C. Fragmentation and Deformation

At higher pressure, fracture occurs when the stresses within the particles become great enough to propagate cracks [1,2]. Fragmentation furthers densification, with the infiltration of the smaller fragments into the void space. Fragmentation increases the number of particles and forms new, clean surfaces that are potential bonding areas. The influence of applied pressure on specific surface area (surface area of 1 g of material) is shown in Figure 1. The specific surface of the starch and sulfathiazole granulation was 0.18 $m^2/g$; the tablet compressed at a pressure of 1600 $kg/cm^2$ had a specific surface of 0.9 $m^2/g$ [3].

With some materials fragmentation does not occur because the stresses are relieved by plastic deformation. Plastic deformation may be thought of as a change in particle shape and as the sliding of groups of particles in an attempt to relieve stress (viscoelastic flow). Such deformation produces new, clean surfaces that are potential bonding areas.

### D. Bonding

Several mechanisms of bonding in the compression process have been conceived, but they have not been substantiated by experimentation and have not been useful in the prediction of the compressional properties of materials [4]. Three theories are the mechanical theory, the intermolecular theory, and the liquid-surface film theory.

The mechanical theory proposes that under pressure the individual particles undergo elastic, plastic, or brittle deformation and that the edges of the particles intermesh, forming a mechanical bond. If only the mechanical bond exists, the total energy of compression is equal to the sum of the energy of deformation, heat, and energy adsorbed for each constituent. Mechanical interlocking is not a major mechanism of bonding in pharmaceutical tablets.

The molecules (or ions) at the surface of a solid have unsatisfied intermolecular forces (surface free energy), which interacts with other

Pı

Figure 1 Th
fathiazole table
The American

particles in tr
strength of th
bonding. Acc
the molecules
the granules a
consolidate the
described as a
enough togeth
appears that v
microcrystallin
formation and
bonding has st
their integrity
The liquid-
thin liquid film
the surface of
compression an
the force is ap
pressure exist