# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

April 2, 2008

Ms. Deborah Krett    *VIA ELECTRONIC FILING*
Case Manager
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE  19801

   Re:   Request For Permission To Have Computer Equipment in Courtroom 4B
         for the *Markman* hearing in the matter of *Reliant Pharmaceuticals, Inc. v.
         Par Pharmaceutical, Inc.*, C.A. No. 06-774-JJF

Dear Ms. Krett:

   We are scheduled to appear for a *Markman* hearing in Courtroom 4B today and request permission to bring a laptop computer and cables into the courtroom to assist with the presentation during the hearing. We are of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices.

                                              Respectfully,

                                              */s/ Jack B. Blumenfeld*

                                              Jack B. Blumenfeld (#1014)

JBB/dlb
cc:   David Thomas, United States Marshal (Via Hand Delivery)
      Keith Ash, Chief Court Security Officer (Via Hand Delivery)
      Karen L. Pascale, Esquire (Via Electronic Mail)
      Josy W. Ingersoll, Esquire (Via Electronic Mail)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>PERMISSION FOR COUNSEL TO<br>POSSESS AND UTILIZE A LAPTOP<br>COMPUTER DURING HEARING<br>PROCEEDINGS IN COURTROOM 4B<br>OF THE J. CALEB BOGGS FEDERAL<br>BUILDING | C.A. No. 06-774 (JJF) |

### ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, one laptop computer and cables for proceedings on April 2, 2008. Counsel shall comply with the inspection provisions of the United States Marshal.

James Hossain

Dated: April 2, 2008

_____
JOSEPH J. FARNAN, JR.
United States District Court Judge