# YOUNG CONAWAY STARGATT & TAYLOR, LLP

KAREN L. PASCALE
DIRECT DIAL: (302) 571-5001
DIRECT FAX: (302) 576-3516
kpascale@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

April 2, 2008

**BY E-FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

Re:   *Reliant Pharmaceuticals, Inc. v. Par Pharmaceutical, Inc.*,
C.A. No. 06-774-JJF

Request for Permission To Have Laptop Computers in
Courtroom 4B for April 2, 2008 *Markman* Hearing

Dear Judge Farnan:

     We are scheduled to appear for a *Markman* hearing at 1:00 p.m. today, and request permission to bring two laptop computers into Courtroom 4B to assist in the presentation during the hearing. We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices.

                                            Respectfully submitted,

                                            Karen L. Pascale (No. 2903)

cc:   David Thomas, United States Marshal (by hand delivery)
      Keith Ash, Chief Court Security Officer (by hand delivery)
      Jack B. Blumenfeld, Esquire (by CM/ECF and e-mail)
      Gerald J. Flattmann, Jr., Esquire (by CM/ECF and e-mail)
      Edgar H. Haug, Esquire (by e-mail)
      James K. Stronski, Esquire (by CM/ECF and e-mail)
      John G. Taylor, Esquire (by CM/ECF and e-mail)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: <br> PERMISSION FOR COUNSEL TO <br> POSSESS AND UTILIZE A LAPTOP <br> COMPUTER DURING COURT <br> PROCEEDINGS IN COURTROOM 4B <br> OF THE J. CALEB BOGGS FEDERAL <br> BUILDING | : <br> : <br> : <br> : C.A. No. 06-774-JJF <br> : <br> : <br> : <br> : |

## ORDER

The attorneys and staff listed below are each permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, a laptop computer and cables for the *Markman* hearing commencing at 1:00 p.m. on April 2, 2008. Counsel shall comply with the inspection provisions of the United States Marshal.

        Edgar H. Haug, Esquire

        Caroline DeBonis

DATED: April 2, 2008

                                                      JOSEPH J. FARNAN, JR.
                                                    United States District Court Judge