IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>PERMISSION FOR COUNSEL TO<br>POSSESS AND UTILIZE A LAPTOP<br>COMPUTER DURING HEARING<br>PROCEEDINGS IN COURTROOM 4B<br>OF THE J. CALEB BOGGS FEDERAL<br>BUILDING | )<br>)<br>)  C.A. No. 06-774 (JJF)<br>)<br>)<br>)<br>) |

### ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, one laptop computer and cables for proceedings on April 2, 2008. Counsel shall comply with the inspection provisions of the United States Marshal.

James Hossain

Dated: April 2, 2008

_____
JOSEPH J. FARNAN, JR.
United States District Court Judge