IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>PERMISSION FOR COUNSEL TO<br>POSSESS AND UTILIZE A LAPTOP<br>COMPUTER DURING COURT<br>PROCEEDINGS IN COURTROOM 4B<br>OF THE J. CALEB BOGGS FEDERAL<br>BUILDING | : <br> : <br> : <br> : C.A. No. 06-774-JJF<br> : <br> : <br> : <br> : |

## ORDER

The attorneys and staff listed below are each permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroon 4B, a laptop computer and cables for the *Markman* hearing commencing at 1:00 p.m. on April 2, 2008. Counsel shall comply with the inspection provisions of the United States Marshal.

        Edgar H. Haug, Esquire

        Caroline DeBonis

DATED: April 2, 2008

                              JOSEPH J. FARNAN, JR.
                              United States District Court Judge