IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RELIANT PHARMACEUTICALS, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 06-774 (JJF) |
| PAR PHARMACEUTICAL, INC., | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:  Josy W. Ingersoll, Esquire  
YOUNG, CONAWAY, STARGATT & TAYLOR  
The Brandywine Building  
1000 West Street, 17th Floor  
Wilmington, DE 19801  

John G. Taylor, Esquire  
James K. Stronski, Esquire  
FROMMER LAWRENCE & HAUG LLP  
745 Fifth Avenue  
New York, NY 10151  

PLEASE TAKE NOTICE THAT 1) Reliant's Motion to Compel Par Pharmaceutical, Inc. to Supplement Its Interrogatory Responses; and 2) Reliant's Motion to Compel Par Pharmaceutical, Inc. to Produce Documents of Julie Szozda and Karen Rocco will be heard at 10:00 a.m. on May 9, 2008.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

OF COUNSEL:

John Desmarais  
Gerald J. Flattmann, Jr.  
Christine Willgoos  
KIRKLAND & ELLIS, LLP  
Citigroup Center  
153 E. 53rd Street  
New York, NY 10022  
(212) 446-4800  

Jack B. Blumenfeld (#1014)  
Maryellen Noreika (#3208)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE 19899-1347  
(302) 658-9200  
jblumenfeld@mnat.com  
mnoreika@mnat.com  

*Attorneys for Plaintiff*

April 4, 2008  
2283684

CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Josy W. Ingersoll, Esquire
>YOUNG, CONAWAY, STARGATT & TAYLOR

I further certify that I caused to be served copies of the foregoing document on April 4, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| John G. Taylor, Esquire<br>James K. Stronski, Esquire<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY  10151 | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)