IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RELIANT PHARMACEUTICALS, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 06-774 (JJF) |
| PAR PHARMACEUTICAL, INC., | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) *Reliant Pharmaceuticals, Inc.'s Notice of Deposition of Paul Campanelli*; (2) *Reliant Pharmaceuticals, Inc.'s Notice of Deposition of Robert Femia*; and (3) *Reliant Pharmaceuticals, Inc.'s Notice of Deposition of Karen Close* were caused to be served on April 7, 2008 upon the following in the manner indicated:

Josy W. Ingersoll, Esquire  *VIA ELECTRONIC MAIL*
YOUNG, CONAWAY, STARGATT & TAYLOR
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

John G. Taylor, Esquire  *VIA ELECTRONIC AND*
James K. Stronski, Esquire  *FIRST CLASS MAIL*
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY 10151

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    /s/ Jack B. Blumenfeld
                    Jack B. Blumenfeld (#1014)
                    Maryellen Noreika (#3208)
                    1201 North Market Street
                    P.O. Box 1347
                    Wilmington, DE  19899-1347
                    (302) 658-9200
                    jblumenfeld@mnat.com
                    mnoreika@mnat.com

                    *Attorneys for Plaintiff*

*Of Counsel*:

John Desmarais
Gerald J. Flattmann, Jr.
Christine Willgoos
KIRKLAND & ELLIS, LLP
Citigroup Center
153 E. 53rd Street
New York, NY  10022
(212) 446-4800

April 8, 2008
679019

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Josy W. Ingersoll, Esquire
>YOUNG, CONAWAY, STARGATT & TAYLOR

I further certify that I caused to be served copies of the foregoing document on April 8, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| John G. Taylor, Esquire<br>James K. Stronski, Esquire<br>FROMMER LAWRENCE & HAUG LLP<br>745 Fifth Avenue<br>New York, NY 10151 | *VIA ELECTRONIC MAIL* |

Jack B. Blumenfeld (#1014)