# Amtsgericht Elmshorn

D - Amtsgericht Elmshorn, Postfach 126, 25301 Elmshorn

The United States
District Court for the District of Delaware
J.Caleb Boggs Federal Building
8 N. King Street
Wilmington
Delaware 19801

USA

Ihr Zeichen: C. A. Nr. 06-774-JJF

**Unser Zeichen: 53 AR 18/08**

Ansprechpartnerin: Frau Gottke
Dezernent: Frau Kühl. Ri'inAG

Telefon: (04121) 232-201
Telefax: (04121) 232-444

Datum: 19.03.2008 / ab 07.04.2008

Rechtshilfeverkehr in einer Zivilsachen zur Vernehmung von Zeugen in Deutschland

Sehr geehrte Damen und Herren,

in der Zivilsache

Par Pharmaceutical, Inc. gegen Reliant Pharmaceuticals, Inc.

wird Ihnen mitgeteilt, dass Termin zur Vernehmung der Zeugen

a) Herr Helmut Fricke, Klinkerstraße 37, 25436 Moorrege,
b) Herr Claus Pich, Werftweg 4, 25436 Moorrege sowie
c) Herr Thomas Moest, Nordmark Arzneimittel GmbH & Co.KG,
   Pinnauallee 4, 25436 Uetersen

anberaumt worden ist auf

**Freitag, den 16. Mai 2008, 09.30 Uhr, Saal 4.**

Mit freundlichen Grüßen

Kühl, Richterin am Amtsgericht

Beglaubigt:

Jacobs, Justizangestellte

Dienstgebäude:                Telefon: (04121) 232-0          Kontoverbindung: Bundesbank-Filiale-Kiel
Bismarckstraße 8              Telefax: (04121) 232-444        Landeskasse Schleswig-Holstein



Amtsgericht Elmshorn

ELMSHORN 1
-7. 4. 08
25335

DEUTSCHE POST
EURO CENT
01001
F724217



U.S.M.S. X-RAY



1980139999