IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RELIANT PHARMACEUTICALS, INC.,  :
        Plaintiff,  :
   v.  :  Civil Action No. 06-774-JJF
PAR PHARMACEUTICAL, INC.,  :
        Defendant.  :

### O R D E R

At Wilmington, this 23 day of April 2008, for the reasons discussed in the Opinion issued this date;

IT IS HEREBY ORDERED that Plaintiff's Renewed Motion For Disqualification Of Frommer Lawrence & Haug LLP (D.I. 86) is **DENIED**.

                                                 */s/ Joseph J. Farnan*
                                           UNITED STATES DISTRICT JUDGE