

**Amtsgericht Elmshorn**

*Amtsgericht Elmshorn, Postfach 126, 25301 Elmshorn*

The United States
District Court for the District of Delaware
J. Caleb Boggs Federal Building
K. 8 N. King Street
L. Wilmington
M. Delaware 19801

USA

Ihr Zeichen: C. A. Nr. 06-774-JJF

Unser Zeichen: 53 AR 18/08

Ansprechpartnerin: Frau Gottke
Dezernent: Frau Kühl. Ri'inAG

Telefon: (04121) 232-201
Telefax: (04121) 232-444

Datum: 28.04.2008 / ab 30.04.2008

Rechtshilfeverkehr in einer Zivilsache zur Vernehmung von Zeugen in Deutschland

Sehr geehrte Damen und Herren,

in der Zivilsache
Par Pharmaceutical, Inc. gegen Reliant Pharmaceuticals, Inc.

wird mitgeteilt, dass wegen Verhinderung des Zeugen Dr. Thomas Moest der Termin am Freitag, 16.05.2008, 09.30 Uhr, Saal 4 aufgehoben wird.

Neuer Termin zur Vernehmung der Zeugen Fricke, Pich und Moest ist anberaumt worden auf

**<u>Freitag, den 13. Juni 2008, 9.00 Uhr, Saal 4.</u>**

Mit freundlichen Grüßen

Kühl, Richterin am Amtsgericht

Beglaubigt:
Jacobs, Justizangestellte

FILED
MAY -5 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dienstgebäude:              Telefon: (04121) 232-0           Kontoverbindung: Bundesbank-Filiale-Kiel
Bismarckstraße 8            Telefax: (04121) 232-444         Landeskasse Schleswig-Holstein

Amtsgericht
Elmshorn





0170
F724217





1980183528 C012