

**Amtsgericht Ettlingen**
Sternengasse 26
76275 Ettlingen
Telefon: 07243/508-458
Telefax: 07243/508-444

3 AR 1/08
Distriktgericht von Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Wilmington

Delaware 19801
USA

| Geschäfts-Nr. | Zimmer-Nr. | Durchw. | Ihr Zeichen | Datum |
|---|---|---|---|---|
| 3 AR 1/08 | 1.05 | 508-458 | C.A.Nr.06-774-JJF | 09.05.2008 |

In Sachen

Reliant
gegen
Par Pharmaceuticals, Inc.,
wegen Zeugenvernehmung


Sehr geehrte Damen und Herren,

in oben genannter Sache ( Rechtsstreit vor dem Distriktgericht von Delaware , Aktenzeichen C.A. Nr. 06-774-JJF ) wurde Termin zur Beweisaufnahme bestimmt auf:

**Freitag, den 18.7.2008 um 8.30 Uhr, Sitzungssaal Nr. 1.02**
**im Justizgebäude Sternengasse 26 in 76275 Ettlingen**

sowie auf

**Montag, den 21. Juli 2008, 8.30 Uhr, Sitzungssaal 1.02**
**im Justizgebäude Sternengasse 26 in 76275 Ettlingen**

Die Termine werden vorraussichtlich jeweils den ganzen Tag andauern.

Als Zeuge wurde geladen:
Dr. Volker Bühler


Mit freundlichen Grüßen
Herbig
Richterin

Beglaubigt
Justizangestellte