

**Amtsgericht Heidelberg Heidelberg**
Czernyring 22/10, 69115 Heidelberg
Telefon :06221/59-1396, Telefax: 06221/59-2265
**Sprechzeiten: Mo. bis Fr. 09.00 Uhr - 11.30 Uhr
Mo. bis Do. 14.00 Uhr - 15.30 Uhr**

26 AR 4/08
An
J.Caleb Boggs Federal Building
US-Distrikgericht Delaware
844 N. King Street

Wilmington, Delware 19801
USA

| Geschäfts-Nr. | Zimmer-Nr. | Durchw. | Ihr Zeichen | Datum |
|---|---|---|---|---|
| 26 AR 4/08 | AG216 | 06221/59-1396 | | 09.05.2008 |

In Sachen

Par Pharmaceutical, Inc.
gegen
Reliant Pharmaceuticals, Inc.
wegen Zeugenvernehmung

Sehr geehrter Empfänger,

Nachricht vom Termin am
**Mittwoch, den 23.7.2008 um 9.00 Uhr, Sitzungssaal 208**

Auf Ersuchen des Prozeßgerichts wurde der obige Termin bestimmt zur

Vernehmung
des Zeugen

Dr. Herbert Müller-Peltzer

Mit freundlichen Grüßen
Minutoli
Urkundsbeamtin
der Geschäftsstelle



