

**Amtsgericht Elmshorn**

Amtsgericht Elmshorn, Postfach 126, 25301 Elmshorn

The United States
District Court for the District of Delaware
J. Caleb Boggs Federal Building
K. 8 Nr. King Street
L. Wilmington
M. Delaware 19801

U S A

Ihr Zeichen: **C.A. Nr.06-774-JJF**
**Unser Zeichen: 53 AR 18/08**

Ansprechpartnerin: Frau Gottke
Dezernent: Frau Kühl. Ri'inAG

Telefon: (04121) 232-201
Telefax: (04121) 232-444

Datum: 19.05.2008 / ab 23.05.2008

Rechtshilfeverkehr in Zivilsachen zur Vernehmung von Zeugen in Deutschland

Sehr geehrte Damen und Herren,

in der Zivilsache
Reliant Pharmaceuticals, Inc. gegen Par Pharmaceuticals, Inc.

wird mitgeteilt, dass wegen Verhinderung des Rechtsanwalts Flattermann der Termin am Freitag, 13.06.2008, 09.00 Uhr, Saal 4 aufgehoben wird.

Neuer Termin zur Vernehmung der Zeugen Fricke, Pich und Moest ist anberaumt worden auf

<u>Freitag, 04.07.2008, 09.00 Uhr, Saal 4</u>

Mit freundlichen Grüßen

Kühl, Richterin am Amtsgericht

Beglaubigt:

Jacobs, Justizangestellte