

**Amtsgericht Heidelberg Heidelberg**
Czernyring 22/10, 69115 Heidelberg
Telefon :06221/59-1396, Telefax: 06221/59-2265
**Sprechzeiten: Mo. bis Fr. 09.00 Uhr - 11.30 Uhr**
                Mo. bis Do. 14.00 Uhr - 15.30 Uhr

06-774

26 AR 4/08
Distriktgericht der
Vereinigten Staaten für den
Distrikt von Dalaware
J. Caleb Boggs Federal
Building
844 N. King Street
Wilmington, Delaware 19801
USA

| Geschäfts-Nr. | Zimmer-Nr. | Durchw. | Ihr Zeichen | Datum |
|---|---|---|---|---|
| 26 AR 4/08 | 210 | 06221/59-1396 | | 4.6.2008 |

In Sachen

Par Pharmaceutical, Inc.
gegen
Reliant Pharmaceuticals, Inc.
wegen Zeugenvernehmung

Sehr geehrte Damen und Herren,

der Termin vom 23.7.2008 wird aufgehoben wegen Verhinderung des Zeugen.
Neuer Termin kann erst von dem neuen Sachbearbeiter bestimmt werden, da der jetzige Sachbearbeiter Ende September 2008 in Ruhestand geht.
Mit freundlichen Grüßen

Dr. Schwarzkopf
Richterin am Amtsgericht
Beglaubigt

Pfahler
Urkundsbeamtin
der Geschäftsstelle

Dieses Schreiben wurde maschinell erstellt und ist daher nicht unterschrieben.

