

**Amtsgericht Ettlingen**
Sternengasse 26
76275 Ettlingen
Telefon: 07243/508-458
Telefax: 07243/508-444

3 AR 1/08
Distriktgericht von Delaware
J.Caleb Boggs Federal Building

844 N. King Street, Wilmington

Delaware 19801
USA

| Geschäfts-Nr. | Zimmer-Nr. | Durchw. | Ihr Zeichen | Datum |
|---|---|---|---|---|
| 3 AR 1/08 | 1.05 | 508-458 | C.A. Nr. 06-774-JJF | 09.06.08 |

In Sachen

Reliant
gegen
Par Pharmaceuticals, Inc.,
wegen Zeugenvernehmung

Sehr geehrte Damen und Herren,

beiliegende Schriftstücke erhalten Sie zur Kenntnis.

Mit freundlichen Grüßen

Herbig
Richterin

Beglaubigt

Krautschneider
Justizangestellte



## Amtsgericht Ettlingen
Sternengasse 26, 76275 Ettlingen
Telefon: 07243/508-0, Telefax: 07243/508-444

3 AR 1/08

# BESCHLUSS

vom 09.06.2008

In Sachen

Reliant
gegen
Par Pharmaceuticals, Inc.,
wegen Zeugenvernehmung

1. Die Termine zur Vernehmung des Zeugen Bühler vom 18.07.2008 und 21.07.2008 werden aufgehoben.

2. Das Verfahren wird zuständigkeitshalber an das

   **Amtsgericht Karlsruhe**
   Lammstraße 1-5, 76133 Karlsruhe

   abgegeben.

   Der Zeuge Herr Dr. Volker Bühler, der aufgrund des Rechtshilfeersuchens vernommen werden soll, hat seit 2002 seinen ersten Wohnsitz in 76135 Karlsruhe, Liebigstraße 2.

Herbig
Richterin

Ausgefertigt:

Krautschneider, JAng.

# HOFFMANN · EITLE
### MÜNCHEN LONDON

HOFFMANN · EITLE • Postfach 81 04 20 • D-81904 München

Amtsgericht Ettlingen
Sternengasse 26
**76275 Ettlingen**

*Amtsgericht 09. Juni 2008 Ettlingen*

Vorab per Telefax (07243) 508-444 [3 Seiten]

München, 6. Juni 2008

Unser Zeichen: 126 869 z1/mho

**Geschäfts-Nr.: 3 AR 1/08**

**Zeugenvernehmung am 18. Juli 2008 und 21. Juli 2008
von Herrn Dr. Volker Bühler**

Sehr geehrte Damen und Herren,

Herr Dr. Bühler hat uns mit der Wahrnehmung seiner Interessen beauftragt, unsere Vollmacht fügen wir anbei.

Unser Mandant hat ca. im Jahr 2002 seinen Wohnsitz nach Karlsruhe verlegt. Seine Adresse lautet nun:

**Liebigstraße 2, 76135 Karlsruhe.**

Wir sind daher der Ansicht, dass das Amtsgericht Ettlingen für die Zeugeneinvernahme nicht zuständig ist und bitten um Verlegung an ein zuständiges Amtsgericht in Karlsruhe. Dies würde auch den Anfahrtsweg für unseren Mandanten verkürzen.

**PATENTANWÄLTE · MÜNCHEN
EUROPEAN PATENT ATTORNEYS
EUROPEAN TRADEMARK ATTORNEYS**

Klaus Füchsle, Dipl.-Ing.
Bernd Hansen, Dr., Dipl.-Chem.
Klaus Görg, Dipl.-Ing.
Rainer Zangs, Dipl.-Ing.
Matthias Kindler, Dr., Dipl.-Chem.
Roy D. Marsh, M.A. (Oxon) C.P.A. |1
Christiane Stein-Dräger, Dr., Dipl.-Chem.
Detlev A. Pust, Dr., Dipl.-Phys.
Veit Frank, Dipl.-Ing., M.Sc. (London)
Leo Polz, Dr., Dipl.-Chem.
Christopher Furlong, B.E. (U.C.D.) C.P.A. |1,3
Thorsten Bausch, Dr., Dipl.-Chem.
Thomas Koch, Ph.D. (London), Dipl.-Ing.
Friedrich Hieber, Dipl.-Phys. |1,3
Joseph Taormino, Dr. (J.H.U.) |1,3
Peter Klusmann, Dr., Dipl.-Chem.
Georg Siegert, Dr., Dipl.-Phys.
Peter Schweighart, Dr., Dipl.-Ing.
Stefan Mayrhofer, Dr., Dipl.-Ing.
Matthias Wolf, Dr., Dipl.-Chem.
Klemens Stratmann, Dr., Dipl.-Chem.
Peter Wiedemann, Dipl.-Ing.
Lorenz von Kurowski, Dr., Dipl.-Ing.
Joachim Renken, Dr., Dipl.-Chem.
Jan-Hendrik Spilgies, Dr., Dipl.-Chem.
C. Thomas Becher, Dipl.-Ing.
Elisabeth Engelhard, Dr., Dipl.-Biol.
Martin Bachelin, Dr., Dipl.-Chem.
Georg M. Kreuz, Dipl.-Ing. |1,3
Stephan Disser, Dr., Dipl.-Chem.
Ulrike Ciesla, Dr., Dipl.-Chem.
Oliver Dannenberger, Dr., Dipl.-Chem.
Kathrin Füchsle, Dr., Dipl.-Chem.
Anne K. Schön, Dipl.-Ing.
Ulrich Kross, Dipl.-Ing. |2
Henrik Vocke, Dr., Dipl.-Ing.
Andreas Görg, Dipl.-Ing., DIP (FPLC)
Philipp Nordmeyer, Dipl.-Phys.
Frank van Bouwelen, Ph.D. (Cantab), M.Sc. |1,4
Lüder Behrens, Dr., Dipl.-Biol. |2
Morten Garberg, M. Chem. (Oxon) C.P.A. |1,3
Klaus Breitenstein, Dr., Dipl.-Chem. |2
Markus G. Müller, Dr., Dipl.-Phys., M.Sc. |2
Karen Thirlwell, B.Sc. (Bristol) C.P.A. |1,3
Bianca-Lucia Vos, Dr., Dipl.-Chem.
Andreas Stefferl, Dr., Mag.rer.nat. (Biol.)
Christine Strege, Dr., Dipl.-Ing.
Nicolas Douxchamps, M.Sc. |1,3
Greg Sach, B.Sc. (U.C.L.) |1,3
Steffen Thomas, Dr., Dipl.-Chem. |2

**RECHTSANWÄLTE · MÜNCHEN
ATTORNEYS AT LAW
EUROPEAN TRADEMARK ATTORNEYS**

Guntram Rahn, Dr. jur.
Wedig v.d. Osten-Sacken, LL.M.
Holger Stratmann
Anja Petersen-Padberg, Dr. jur.
Christian Holger Folz, Dr. jur.
Dirk Schüssler-Langeheine, Dr. jur.
Ortrun Günzel
Marc Dernauer, Dr. jur., LL.M.
Angela Wenninger
Clemens Tobias Steins, Dr. jur., LL.M.
Isabelle Kuschel, LL.M.
Oliver Sude

**BRITISH PATENT ATTORNEYS · LONDON
EUROPEAN PATENT ATTORNEYS
EUROPEAN TRADEMARK ATTORNEYS**

Stephen J. Avery, M.A. (Oxon)
David J. Lethem, M.A. (Cantab) |3
Alan Mitchell, M.A. (Oxon) |3
Susan M. Dupuy, M.Sc. (London)
Alistair Russell, M.Eng. (Cantab) |3
David Sproston, B.Sc. (London)
John F. Hardwick, B.Sc. (Hons)
Sabine Böhm, Ph.D. (London), B.Sc. |5,6

**CONSULTANTS · MÜNCHEN**

Karl Kohlmann, Dipl.-Ing.

2

Unser Mandant ist **vom 16. Juli 2008 bis zum 6. August 2008 im Urlaub**. Wir regen daher an, dass das zuständige Amtsgericht den Termin für die Zeugeneinvernahme nach seinem Urlaub festlegt.

Mit freundlichen Grüßen

*[Signature: Anja Petersen-Padberg]*

Dr. Anja Petersen-Padberg
Rechtsanwältin

Anlage:   Vollmacht

# Vollmacht

## den Rechtsanwälten
## der Kanzlei Hoffmann · Eitle, Arabellastraße 4, 81925 München

wird hiermit in Sachen   Internationale Rechtshilfe nach dem Haager Beweisübereinkommen, Zeugenvernehmung von Herrn Dr. Volker Bühler in Sachen Par v Reliant (US-Patentverletzungsprozess) vor dem Amtsgericht Ettlingen

wegen   Vertretung der Rechte des Zeugen

Vollmacht erteilt

1. zur Prozessführung (u. a. nach §§ 81 ff. ZPO) einschließlich der Befugnis zur Erhebung und Zurücknahme von Widerklagen;

2. zur Antragstellung gem. § 23 Abs. 1 EGGVG;

3. zur Begründung und Aufhebung von Vertragsverhältnissen und zur Abgabe und Entgegennahme von einseitigen Willenserklärungen in Zusammenhang mit der oben unter „wegen…" genannten Angelegenheit.

Die Vollmacht gilt für alle Instanzen und erstreckt sich auch auf Neben- und Folgeverfahren aller Art (z. B. Arrest und einstweilige Verfügung, Kostenfestsetzungs-, Zwangsvollstreckungs-, Interventions-, Zwangsversteigerungs-, Zwangsverwaltungs- und Hinterlegungsverfahren sowie Konkurs- und Vergleichsverfahren über das Vermögen des Gegners). Sie umfasst insbesondere die Befugnis, Zustellungen zu bewirken und entgegenzunehmen, die Vollmacht ganz oder teilweise auf andere zu übertragen (Untervollmacht), Rechtsmittel einzulegen, zurückzunehmen oder auf sie zu verzichten, den Rechtsstreit oder außergerichtliche Verhandlungen durch Vergleich, Verzicht oder Anerkenntnis zu erledigen, Geld, Wertsachen und Urkunden, insbesondere auch den Streitgegenstand und die von dem Gegner, von der Justizkasse oder von sonstigen Stellen zu erstattenden Beträge entgegenzunehmen sowie Akteneinsicht zu nehmen.

Karlsruhe, den 5. Juni 2008

_Bühler_
Unterschrift