**Amtsgericht Elmshorn**

Dokument 114

*Amtsgericht Elmshorn, Postfach 126, 25301 Elmshorn*

Ihr Zeichen: Fall 1: 06-cv-00774-JJF
**Unser Zeichen: 53 AR 18/08**

C.A. Nr. 06-774-JJF

The United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Wilmington
Delaware 19801

Ansprechpartnerin: Frau Gottke
Dezernent: Frau Kühl. Ri'inAG

*Telefon: (04121) 232-201*
*Telefax: (04121) 232-444*

*Datum: 01.07./gef. 01.07.2008*

## Abladung !

Sehr geehrte Damen und Herren,

in dem Verfahren
Reliant Pharmaceuticals, Inc. ./. Par Pharmaceuticals, Inc.

ist der auf den 04.07.2008 angesetzte Termin aufgehoben worden.

Sie brauchen deshalb zu diesem Termin nicht zu erscheinen.

Mit freundlichem Gruß

Auf Anordnung

Galofiska, Justizangestellte

2008 JUL -9 PM 3: 51
FILED CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE