

**Amtsgericht Karlsruhe**
Lammstraße 1-5, 76133 Karlsruhe
Telefax: 0721/926-6794, Telefon:0721/926-5184,
**Kontaktzeiten:**
Montag - Freitag: 9.00 - 12.00 Uhr
Montag - Donnerstag: 13.00 - 15.30 Uhr

06-774  JJF

6 AR 4/08
US-Distiktgericht Delaware
Boggs Federal Building, 844
N.King Street

Wilmington, Delaware 19801

| Geschäfts-Nr. | Zimmer-Nr. | Durchw. | Ihr Zeichen | Datum |
|---|---|---|---|---|
| 6 AR 4/08 | 301 | 5184 | 934 E-154/08 | 26.6.08 |

## MITTEILUNG

In Sachen

Reliant
gegen
Par
wegen Rechtshilfe

Sehr geehrte Damen und Herren,

anliegend erhalten Sie Terminsnachricht zur Kenntnisnahme.

Mit freundlichen Grüßen

Auf Anordnung

Stöber
Urkundsbeamtin
der Geschäftsstelle

FILED
2008 JUL 10 PM 1:39
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE



**Amtsgericht Karlsruhe**
Lammstraße 1-5, 76133 Karlsruhe
Telefax: 0721/926-6794, Telefon:0721/926-5184,
Kontaktzeiten:
Montag - Freitag: 9.00 - 12.00 Uhr
Montag - Donnerstag: 13.00 - 15.30 Uhr

6 AR 4/08

### Terminsnachricht

In dem Rechtsstreit

Reliant
gegen
Par
wegen Rechtshilfe

wurde Termin zur mündlichen Verhandlung bestimmt auf:

**Mittwoch, den 20.8.2008 um 9.15 Uhr, Sitzungssaal 303 Amtsgericht Karlsruhe, Lammstr. 1-5**

sowie

**Donnerstag, den 21.8.2008 um 9.15 Uhr, Sitzungssaal 303, Amtsgericht Karlsruhe, Lammstr. 1-5**

Auf Anordnung

Stober
Justizhauptsekretärin