# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

Original Filing Date:
July 7, 2008

Redacted Filing Date:
July 11, 2008

The Honorable Joseph J. Farnan, Jr.
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE  19801

*VIA ELECTRONIC FILING*

Re:   *Reliant Pharmaceuticals, Inc. v. Par Pharmaceutical, Inc.*
      C.A. No. 06-774-JJF

Dear Judge Farnan:

[REDACTED]

Respectfully,

*[signature]*
Jack B. Blumenfeld (#1014)

JBB/dlb
cc:   Clerk of Court (Via Hand Delivery)
      Karen L. Pascale, Esquire (Via Electronic Mail and Hand Delivery)
      Edgar H. Haug, Esquire (Via Electronic Mail)
      James K. Stronski, Esquire (Via Electronic Mail)
      Gerald J. Flattmann, Esquire (Via Electronic Mail)