

**Amtsgericht Karlsruhe**
Lammstraße 1-5, 76133 Karlsruhe
Telefax: 0721/926-6794, Telefon:0721/926-5184,
Kontaktzeiten:
Montag - Freitag: 9.00 - 12.00 Uhr
Montag - Donnerstag: 13.00 - 15.30 Uhr

*06cv 774*

6 AR 4/08
Distriktgericht der
Vereinigten Staaten für den
Distrikt von Delaware
J. Caleb Boggs Federal
Building
844 N. King Street

Wilmington, Delaware 19801

| Geschäfts-Nr. | Zimmer-Nr. | Durchw. | Ihr Zeichen | Datum |
|---|---|---|---|---|
| 6 AR 4/08 | 301 | 5184 | | 7.7.08 |

## MITTEILUNG

In Sachen

Reliant
gegen
Par
wegen Rechtshilfe

Sehr geehrte Damen und Herren,

anliegend erhalten Sie Beschlussausfertigung zur Kenntnisnahme.

Mit freundlichen Grüßen
Auf Anordnung

Stober
Urkundsbeamtin
der Geschäftsstelle

*2008 JUL 15 PM 1:44 FILED CLERK, U.S. DISTRICT COURT DISTRICT OF DELAWARE*



**Amtsgericht Karlsruhe**
Lammstraße 1-5, 76133 Karlsruhe
Telefax: 0721/926-6794, Telefon:0721/926-5184,
**Kontaktzeiten:**
Montag - Freitag: 9.00 - 12.00 Uhr
Montag - Donnerstag: 13.00 - 15.30 Uhr

6 AR 4/08

# BESCHLUSS

vom 4.7.2008

In Sachen

Reliant Pharmaceuticals, Inc., 110 Allen Road, Liberty Corner, New Jersey 07938, USA

- Klägerin -

Prozessbevollmächtigte:      Rechtsanwälte Kirkland & Ellis LLP, Citigroup Center, 153 East 53rd Street, New York 10022-4611 , USA

gegen

Par Pharmaceuticals, Inc., 300 Tice Boulevard, Woodcliff Lake, New Jersey 07677, USA

- Beklagte -

Prozessbevollmächtigte:      Rechtsanwälte Boehmert & Boehmert, Postfach 107127, 28071 Bremen , Gz.: P10487

wegen Rechtshilfe

hat das Amtsgericht Karlsruhe durch Richter am Amtsgericht Kapperstein beschlossen:

Die für die Vernehmung des Zeugen Dr. Volker Bühler am 20.08. und 21.08.2008 vorgesehenen Termine werden aufgehoben.

Seite 2

6 AR 4/08

### G r ü n d e :

Der Zeuge Dr. Bühler hat, vertreten durch seine Rechtsanwältin Dr. Anja Petersen-Padberg, beim Oberlandesgericht Karlsruhe beantragt, die Genehmigung des Rechtshilfeersuchens durch das Amtsgericht Freiburg als zentrale Behörde nach Artikel 2 HBÜ aufzuheben oder abzuändern. Gleichzeitig hat sie eine einstweilige Anordnung beantragt, eine etwaige Terminierung der Zeugenvernehmung auszusetzen. Das Verfahren beim Oberlandesgericht Karlsruhe hat das Aktenzeichen: 6 VA 2/08. Das OLG Karlsruhe hat das Amtsgericht Karlsruhe mit Schreiben vom 01.07.2008 gebeten, mit einer Vernehmung des Zeugen zuzuwarten, bis der Senat über den Antrag des Zeugen Dr. Bühler entschieden hat.

Kapperstein
Richter am Amtsgericht

Ausgefertigt.
der Prüfungsbeamte der Geschäftsstelle

Stober
Justizhauptsekretärin



**OBERLANDESGERICHT KARLSRUHE**
6. Zivilsenat

129

| Eingegangen |
| 03. JULI 2008 |
| Amtsgericht Karlsruhe |

Oberlandesgericht · Hoffstraße 10 · 76133 Karlsruhe

**Amtsgericht Karlsruhe**

- Zivilabteilung -

Karlsruhe

Karlsruhe, 01. Juli 2008
Durchwahl (07 21) 9 26- 20 37
Ihr Zeichen: noch unbekannt
Aktenzeichen: **6 VA 2/08**
(Bitte bei Antwort angeben)

G DR 4/08

1. Dr. Volker Bühler
2. Dr. Herbert Müller-Peltzer

gegen

Den Präsidenten des Amtsgerichts Freiburg i. Br.

Sehr geehrte Damen und Herren,

das AG Ettlingen (dortiges Az. 3 AR 1/08) hat ein Ersuchen um Vernehmung von Herrn Dr. Volker Bühler als Zeugen im Wege der Rechtshilfe zuständigkeitshalber an Sie abgegeben. Herr Dr. Bühler hat hier beantragt, die Genehmigung des Rechtshilfeersuchens durch das AG Freiburg als Zentrale Behörde nach Art. 2 HBÜ aufzuheben oder abzuändern. Wir bitten Sie, mit einer Vernehmung des Zeugen zuzuwarten, bis der Senat über diesen Antrag entschieden hat. Über die Entscheidung werden wir Sie informieren. Bitte teilen Sie uns Ihr Aktenzeichen mit.

Mit freundlichen Grüßen
Der Vorsitzende:
Schmukle
Beglaubigt



Köhler

Justizhauptsekretärin

Wir haben gleitende Arbeitszeit - Kontaktzeit: Mo. - Do. 9.00 - 11.30 Uhr und 13.30 - 15.30 Uhr, Fr. 9.00 - 12.00 Uhr
Bankverbindung: Landesoberkasse Baden-Württemberg, Baden-Württembergische Bank (BLZ 660 200 20) Konto Nr. 400 606 0000
Bei Überweisungen bitte obiges Aktenzeichen vollständig angeben.